FILED by \_\_\_KS\_\_\_ D.C.

Apr 27, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **21-14017-CR-CANNON/MAYNARD**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

RONELL BERNARD BRYANT III,
a/k/a "Lil Polo Da Don,"
a/k/a "Polo Bryant,"

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
Possession of a Firearm and Ammunition by a Convicted Felon
(18 U.S.C. § 922(g)(1))

On or about July 9, 2020, in Saint Lucie County, in the Southern District of Florida, the defendant,

**RONELL BERNARD BRYANT III,**
a/k/a "Lil Polo Da Don,"
a/k/a "Polo Bryant,"

knowingly possessed a firearm, a FN, Model Five seveN, 5.7mm pistol, and ammunition in and affecting interstate and foreign commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

### FORFEITURE ALLEGATIONS

1.    The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **RONELL BERNARD BRYANT III**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property subject to forfeiture as a result of the alleged offense, includes, but is not limited to, the following:

    (i) One (1) FN, Model Five seveN, 5.7mm pistol, serial number 386371156;
    (ii) Fifty (50) rounds of 5.7mm ammunition; and
    (iii) Forty-Eight (48) rounds of 7.62mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

UNITED STATES OF AMERICA

v.

RONELL BERNARD BRYANT III,
   a/k/a "Lil Polo Da Don,"
   a/k/a "Polo Bryant,"
        Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     \_\_\_ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     \_\_\_ Yes  ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     \_\_\_ Yes  ✓ No

                    Respectfully submitted,

                    JUAN ANTONIO GONZALEZ
                    ACTING UNITED STATES ATTORNEY

BY:   _____
                    DANIEL E. FUNK
                    ASSISTANT UNITED STATES ATTORNEY
                    District Court No. A5501915
                    101 South U.S. Highway 1, Suite 3100
                    Fort Pierce, Florida 34950
                    Tel:    772-466-0899
                    Fax:   772-466-1020
                    Email:  Daniel.Funk@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RONELL BERNARD BRYANT III,

Defendant.      /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [✓] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       [✓]
   - II   6 to 10 days      [ ]
   - III  11 to 20 days     [ ]
   - IV   21 to 60 days     [ ]
   - V    61 days and over  [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-019-SMM**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **03/29/2021**
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
DANIEL E. FUNK
Assistant United States Attorney
Court ID No.    A5501915

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

## PENALTY SHEET

**Defendant's Name:** RONELL BERNARD BRYANT III, a/k/a "Lil Polo Da Don," a/k/a "Polo Bryant"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Possession of a Firearm and Ammunition by a Convicted Felon | 18 U.S.C. § 922(g)(l) | 10 years<br>$250,000 fine<br>SR: 3 years<br>$100 Special Assessment |