UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14017-CR-CANNON/MAYNARD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RONELL BERNARD BRYANT III,
a/k/a "Lil Polo Da Don,"
a/k/a "Polo Bryant,"

        Defendant.
_____/

## SPEEDY TRIAL REPORT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files this Speedy Trial Report. The Speedy Trial Act requires that a defendant's trial commence within seventy days of the filing of the indictment or the date of the defendant's first appearance before a judicial officer of the court, whichever occurs later. *See* 18 U.S.C. § 3161(c)(1)(c)(2).

## AGREED EXCLUDABLE TIME

1. The March 25, 2021, the defendant was charged by sealed criminal complaint (DE 3). On March 29, 2021, the defendant made his initial appearance in federal court (DE 7). On April 5, 2021, the Court found probable cause and detained the defendant pending trial (DE 10).

2. On April 27, 2021, a federal grand jury sitting in the Southern District of Florida returned a single count indictment charging the defendant with possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g) (DE 18). On April 30, 2021, the Court arraigned the defendant (DE 19).

3. April 28, 2021, would have been the first day of the Defendant's seventy-day period under the Speedy Trial Act. 18 U.S.C. § 3161(c)(1)(c)(2); *see United States v. Campbell,* 706 F.2d

1138, 1141 (11th Cir. 1983)(explaining that the triggering date is excluded from the Speedy Trial Act calculation).

4. On April 30, 2021, this Court entered its Trial Order advising that given the ongoing public health crisis caused by COVID-19 and the corresponding entry of Administrative Order 2020-76 ("Ninth Order Concerning Jury Trials and Other Proceedings"), which continued all jury trials in the Southern District of Florida set to begin on or after March 30, 2020, until July 6, 2021, the Court was setting the Defendant's trial for July 19, 2021. (DE 20).

5. The Court found, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by the extended trial date outweighed the best interest of the parties and the public in a speedy trial, given the need to protect the health and safety of defendant, his counsel, prosecutors, court staff, and the public by reducing the number in-person hearings to the fullest extent possible, and due to the inability of the Court to ensure the availability of a fair cross-section of jurors absent a continuance. *Id*.

6. Consequently, from April 28, 2021, through July 19, 2021, zero of the seventy non-excludable days will have run. Absent any additional periods of exclusion, the Speedy Trial Act requires jury trial to begin by September 27, 2021.

                                                Respectfully submitted,

                                                JUAN ANTONIO GONZALEZ
                                                ACTING UNITED STATES ATTORNEY

By:    *s/Daniel E. Funk*
         DANIEL E. FUNK
         Assistant United States Attorney
         Florida Bar No. 0592501
         101 South US Highway 1, Suite 3100
         Fort Pierce, Florida 34950
         Telephone: 305-905-7509
         Email: daniel.funk@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                        *s/Daniel E. Funk*
                                        DANIEL E. FUNK
                                        Assistant United States Attorney

## SERVICE LIST

| **Daniel E. Funk, AUSA** | **Paul Walsh, Esq.** |
|---|---|
| EMAIL: daniel.funk@usdoj.gov | Keller, Melchiorre & Walsh, PLLC |
| 101 S. U.S. Highway 1, Ste. 3100 | 3900 Military Trial, Suite 600 |
| Ft. Pierce, FL 34950 | Jupiter, Florida 33458 |
| TEL: 772-293-0981 | Email: paul@kmwlegal.com |
| Attorney for Plaintiff U.S.A. | Attorney for Defendant |