UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

Case No.: 2:21-cr-14017-AMC

v.

RONELL BRYANT III,
Defendant.
_____/

## MR. BRYANT'S WAIVER OF SPEEDY TRIAL

After consultation with his undersigned counsel, the Defendant, Ronell Bryant, hereby voluntarily and knowingly waives his right to a speedy trial under 18 U.S.C. § 3161 et seq., and the Sixth Amendment of the U.S. Constitution. This is a waiver of Mr. Bryant's speedy trial rights from September 13, 2021 through October 31, 2021.

_____
RONELL BRYANT

_____8/13/21_____
DATE

Dated this 13th of August 2021.

Respectfully Submitted,
/s/ Lydia Pittaway
Florida Bar No. 44790
Pittaway Law, PLLC
133 S 2nd Street, Ste 101
Fort Pierce, FL 34950

Phone: 772-494-1821
Fax: 407-674-2524
Lydia@PittawayLaw.us

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice of filing to all parties of record.

Dated this 13th of August 2021.

*/s/ Lydia Pittaway*
Florida Bar No.: 44790