UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14017-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONELL BERNARD BRYANT, III,

    Defendant.
_____/

## VERDICT FORM

We, the Jury, unanimously find the Defendant, RONELL BERNARD BRYANT III, as to the sole Count of the Indictment:

**GUILTY** _X_    **NOT GUILTY** _____

SO SAY WE ALL.

_____
JURY FOREPERSON

Dated: 3/24/2022