```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT PIERCE DIVISION
                  CASE NO.  21-CR-14017-CR-CANNON


UNITED STATES OF AMERICA,

              Plaintiff,              MARCH 21, 2022

        vs.                           PAGES 1 - 310

RONELL BERNARD BRYANT,                DAY 1 OF III

              Defendant.
_____/


             TRANSCRIPT OF JURY TRIAL PROCEEDINGS
          BEFORE THE HONORABLE AILEEN M. CANNON
               UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:      DANIEL FUNK, AUSA
                         CHRISTOPHER HUDOCK, AUSA
                         Office of U.S. Attorney
                         101 South U.S. Highway 1
                         Fort Pierce, Florida  34950


FOR THE DEFENDANT:       LYDIA PITTAWAY, ESQ.
                         Office of U.S. Public Defender
                         109 North 2nd Street
                         Fort Pierce, Florida  34950

                         PETER PATANZO, ESQ.
                         Benjamin Aaronson, et al.
                         1700 East Las Olas Boulevard
                         Suite 202
                         Fort Lauderdale, FL  33301



REPORTED BY:             DIANE MILLER, RMR, CRR, CRC
                         Official Court Reporter
                         U.S. District Court
                         diane_miller@flsd.uscourts.gov
```

1                          **JURY TRIAL INDEX**

2                                                               PAGE

3    VENIRE PANEL SWORN                                           12

4    VOIR DIRE:

5       GENERAL QUESTIONS                                         15

6       INDIVIDUAL QUESTIONS                                      45

7    JURY SWORN                                                  170

8    OPENING STATEMENTS

9       BY THE GOVERNMENT                                        178

10      BY THE DEFENSE                                           183

11                       **INDEX OF WITNESSES**

12                                                              **PAGE**

13   CHRISTOPHER JADEN

14       Direct Examination by Mr. Funk                          197

15       Cross-Examination by Ms. Pittaway                       205

16   BRIAN SALIBA

17       Direct Examination by Mr. Funk                          208

18       Cross-Examination by Ms. Pittaway                       231

19   KEITH PEARSON

20       Direct Examination by Mr. Funk                          247

21

22

23

24

25

                    Monday, March 21, 2022.

1                        **P-R-O-C-E-E-D-I-N-G-S**

2              THE COURT:  Good morning.

3              You may call the case.

4              THE COURTROOM DEPUTY:  Calling case

5      21-CR-14017-Cannon, U.S.A. vs. Ronell Bernard Bryant.

6              Can we have the parties enter your appearance,

7      beginning with the government, please.

8              MR. FUNK:  Good morning, Your Honor; Daniel Funk on

9      behalf of the United States.  I'm seated at counsel table with

10     Christopher Hudock, he's an AUSA, and Seth Christy, special

11     agent with the Bureau of Alcohol, Tobacco and Firearms.

12             THE COURT:  Good morning, everybody.

13             MS. PITTAWAY:  Good morning, Your Honor; Lydia

14     Pittaway on behalf of Mr. Bryant, who is standing next to me.

15             MR. PATANZO:  Good morning, Judge; Peter Patanzo on

16     behalf of Mr. Bryant.

17             THE COURT:  Good morning, everybody.  You may be

18     seated.

19             Here we are, day one of trial.  Ms. Glass is now

20     supplying the questionnaires to both sides.  You'll have a few

21     minutes to review these before the jurors get called in.  I did

22     want to just handle a few preliminary items before we get

23     started.

24             First, are there any Government exhibits that can be

25     preadmitted at this time without objection?

1           MR. FUNK:  We had not discussed that, Judge, but we

2     will if we have a break.

3           THE COURT:  Sorry, the one thing that's going to be

4     important throughout this trial is that we always stay in front

5     of a microphone, please.

6           MR. FUNK:  Yes, Your Honor.

7           THE COURT:  And if you want to use the portable one

8     that hangs on your neck, that's fine too.

9           MR. FUNK:  The answer, Your Honor, is we have not

10    discussed that.  Yes, we will certainly discuss that before the

11    lunch hour or during the lunch hour and give you a list that's

12    updated.

13          THE COURT:  All right.  Then we'll take that up a bit

14    later today.  That would help to streamline matters, if there

15    are any exhibits that can come in without objection.

16          Let's see... please plan on a charge conference

17    tomorrow afternoon around 5:00.  As a reminder, there are no

18    backstrikes during jury selection.  Once we seat the 12 jurors,

19    then each side will have one peremptory for the selection of

20    the two alternates.  In other words, you can't reserve

21    peremptories from the first 12 to use for the alternates.

22          Any questions?

23          MR. HUDOCK:  No, Your Honor.

24          MS. PITTAWAY:  Not from the Defense, Your Honor.

25          THE COURT:  Okay.  As far as the voir dire

1    questions -- one moment.  I did have a chance to review them.

2    I'm going to ask a lot of these during my questioning.  There

3    were a few questions that I felt were too broad and

4    disconnected from the context of this case, so let me be more

5    precise.

6            On Defendant's proposed voir dire questions,

7    questions one and six are either too broad compared to the

8    context of this case or too disconnected in general.  And so

9    the Court will be asking the venire whether anyone has any

10   particular feelings one way or the other with respect to the

11   felon in possession law and -- but to open the door to inquire

12   whether anybody owns a firearm, I don't think is appropriate.

13           The other questions are generally fine and for the

14   most part will be covered in my presentation; but to the extent

15   they're not, you can use your ten minutes for that purpose.

16           Now, as far as the Government's questions,

17   questions one and two, again, similar to Defendant's questions

18   that I pointed out earlier, I'm not going to permit.  The other

19   questions, three through eight, will be covered or

20   substantially covered by the Court's questions.  And then

21   question nine I think is too broad from the Government.  Again,

22   disconnected from the particular context of this case.

23           Are there any questions about voir dire?

24           Ms. Pittaway?

25           MS. PITTAWAY:  Not from the Defense.

Monday, March 21, 2022.

 1              THE COURT:  Okay.  Mr. Funk -- or Mr. Hudock, sorry?

 2              MR. HUDOCK:  No, Your Honor.  Thank you.

 3              THE COURT:  All right.

 4         Okay.  So I think we've taken care of that.

 5         I did enter an order yesterday just memorializing the

 6    rulings on Defendant's motion in limine.  The Government's

 7    motion in limine was previously granted for the reasons stated

 8    on the record.  Have all necessary redactions been

 9    accomplished, Mr. Funk or Mr. Hudock?

10              MR. FUNK:  Yes, Your Honor, they have.  There was a

11    discussion over the last week, and I think that we agree on the

12    redactions.

13              THE COURT:  Okay.

14         Ms. Pittaway, anything on that or any other

15    evidentiary issue?

16              MS. PITTAWAY:  Yes, Your Honor.

17         Regarding the redactions, there are two aspects to

18    the redactions.  The first would be any alleged gang signs in

19    the hands, we have asked for that to be pixilated.  The

20    Government has not shown us the redaction yet, so I would just

21    leave that open until I review that.

22              THE COURT:  Okay.

23              MS. PITTAWAY:  The other aspect is regarding the

24    redactions that were proposed by the Government, they were --

25    and if the Court recalls, these are a series of several

```
 1   photographs where my client is holding what appears to be two
 2   firearms.  As the Court knows, there's one firearm at issue.
 3   So the second firearm, there's a black box redacted, and it
 4   looks -- it looks very -- it compounds all the prejudice.  I
 5   would just renew, in light of the compounding prejudice from
 6   the black box redactions, just absolutely how prejudicial and
 7   how little probative value is offered by these cumulative
 8   404(b) images and photographs.  And I do have copies of the
 9   black box redactions for this Court's consideration.
10          THE COURT:  All right.  If you could make those
11   available, I'll take a look at them, and we can discuss this
12   during our first morning break.
13          But for purposes of opening then, Mr. Funk, please,
14   at this point, don't reference that particular image, just to
15   insure that we don't run afoul of any potential ruling to the
16   extent that black box is deemed by the Court to be unfairly
17   prejudicial.
18          MR. FUNK:  I may have misunderstood our conversations
19   with Defense Counsel.  My understanding was that they were
20   electing not to have the redactions and the images at this
21   point in time with that being a choice between -- let me rewind
22   just to remind the Court as to the ruling.  There was an
23   objection because of the 404(b).  Obviously, that was the
24   general objection.  There was a ruling to redact the second
25   firearm that appears in the images.
```

1          We did the redactions which included both the

2    blacking out and also a photo shop to avoid there being the

3    appearance of the firearm.  And I told my AV person to put it

4    in the best possible way so that you couldn't tell what they

5    were holding.  I provided that to Defense Counsel.

6          Defense Counsel has elected, at this point in time,

7    from our conversation, unless I misunderstood, to just have

8    both firearms in the images.

9          THE COURT:  All right.  Maybe, Ms. Pittaway, you were

10   going to say that?

11         MS. PITTAWAY:  I was going to say that I was going to

12   wait until the break and then have a larger discussion on the

13   issue.  And of course, any -- this Court's ruling -- my

14   understanding was this Court's ruling was also premised on the

15   idea that there would be the redactions.  After looking at the

16   redactions and seeing how much it compounds the prejudice, then

17   that's why I'm renewing this in front of the Court.  And I

18   certainly would have explained all of that during the break.  I

19   thought we were going to be continuing the conversation.

20         THE COURT:  All right.  Let's do this.  Please

21   provide that copy, I'll take a look, but I don't want to hold

22   the jury up.  So we're going to recess briefly.  You'll have

23   about five or so minutes to look at the questionnaires, and

24   then the jurors will be brought upstairs.

25         Anything further before we proceed in that manner?

```
 1            MR. FUNK:  There was one additional thing.  When it
 2   comes to admonishments for the jury of not talking about the
 3   case with one another, I think there might be, when we talk
 4   about Mr. Bryant's profession that he's on social media and
 5   that he's an artist, just to admonish them, because I've seen
 6   it come up in trials before.  Nothing on the internet, no
 7   research of any kind.  I think it's an unusual case.  They
 8   might really be tempted.
 9            THE COURT:  That's standard.  I repeatedly remind
10   them not to engage in any internet research or any social media
11   research of any kind over and over again, so I think that will
12   be taken care of.
13            MR. FUNK:  Okay.  Thank you.
14            All right.  Then we will be in recess.  You have the
15   questionnaires.  I'll see the parties momentarily.
16            THE COURTROOM DEPUTY:  All rise.
17            (Recess taken at 9:36 a.m. until 9:45 a.m.)
18            THE COURTROOM DEPUTY:  All rise for the jury.
19            THE COURT:  Thank you.
20            You all may be seated.
21            Good morning, ladies and gentlemen.  Welcome to the
22   federal courthouse in Fort Pierce.  My name is Aileen Cannon.
23   I'm a United States district court judge, and I will be
24   presiding over this case.
25            Before we begin, I want to extend our sincere
```

 1   gratitude to all of you for being here on behalf of myself, the

 2   entire Southern District of Florida, and the parties in this

 3   case.

 4          The right to a trial by jury is a cherished right in

 5   our constitutional democracy.  It is recognized, preserved, and

 6   protected by our constitution, and it is one of the most

 7   important duties that a citizen is called upon to perform.  Our

 8   framework allows litigants to select members of their community

 9   to decide the outcome of a case that ends up in court, and your

10   role is indispensable to that system.  So although I can

11   understand that some of you may not have been thrilled when you

12   received your juror summons, I want to stress just how

13   important jury service is to our system of laws, and thank you

14   again for being here today.

15          I assume that at least for some of you, this may be

16   your first call to jury service.  These proceedings may feel

17   unfamiliar to you and uncertain.  Please don't be apprehensive

18   or feel inadequate.  As we go along, the Court and the

19   attorneys will familiarize you with the proceedings and further

20   instruct you as to what your role and what your duties will be.

21          First things first.  I want to go over a few

22   preliminary matters related to the COVID-19 pandemic and the

23   safety precautions we, as a court, are taking in light of that.

24          As you may have noticed when you walked in, we have

25   four air purifiers.  Those are the white machines, the boxes in

    1    each corner.  Those, of course, are designed to improve the air

    2    quality in the room.  They do emit a low-grade humming sound,

    3    however, so it's very important that we speak up as best we can

    4    so our court reporter can hear us clearly.

    5           If at any point you don't hear what I'm saying or

    6    what anybody else is saying, please do raise your juror paddle

    7    so I can hopefully assist in improving the audio.

    8           On the subject of masks, there is a mask requirement

    9    in federal buildings.  We ask that you adhere to it throughout

   10    the trial.  At certain points, for example, when the witnesses

   11    are testifying or when the lawyers are examining witnesses or

   12    presenting argument, they will be permitted to remove their

   13    masks.  The same applies to jurors during this process, if I

   14    ask you a question, but please do put it on after you're done

   15    speaking.

   16           I'd like to now introduce to you our courtroom

   17    personnel and their respective duties.

   18           Our courtroom deputy for this trial, you already met

   19    is Teresa Glass.  She's here to my right.  She's here to assist

   20    us in coordinating the day-to-day operation of the court.

   21           Then seated in front of me is Diane Miller.  She is

   22    our court reporter, and she will be transcribing and taking

   23    down everything that is said in the courtroom including

   24    everything that I'm saying right now.  Again, it's crucial that

   25    we speak up and speak clearly so she can hear as well.

1          Now, we also have the juror paddle numbers that

2   you've been provided.  I ask for clarity that you raise those

3   when you're asked to speak so we know who is talking when.

4          We also have our court security officer here today,

5   Officer Blanford.  His job is to enforce the Court's orders and

6   take charge of the jury.  If you need information concerning

7   your personal welfare, please ask the court security officer or

8   the courtroom deputy, who will try to assist you, but please do

9   not question either of them concerning the case that is being

10  presented.

11         All right.  Now that we have that out of the way,

12  let's please have the jurors sworn in.

13         THE COURTROOM DEPUTY:  Can you all please stand and

14  raise your right hand.

15           (Venire panel sworn)

16         THE COURT:  Thank you.  You may be seated.

17         All right.  Now, I'm going to be asking you questions

18  touching on your qualifications to serve as jurors in this

19  case, and the lawyers will be permitted some time later to ask

20  some questions as well.  This part of the proceeding is known

21  as the "voir dire examination."

22         "Voir dire" is a legal phrase that means essentially

23  to speak the truth.  I think that captures the purpose of this

24  examination which, generally speaking, is to select a jury that

25  is fair and impartial, who will follow the law, and who will

 1    evaluate the issues in this case based solely upon the evidence

 2    presented without being influenced by any other factors.

 3            In service of that goal, we have to determine if your

 4    decision in this case would be influenced by opinions you now

 5    hold or by some personal experience or special knowledge you

 6    may have concerning the case to be tried.

 7            In many respects, this is the most important part of

 8    the trial, as we are about to pick the judges of the facts of

 9    this case.  I may bear the title of "judge," but I will not

10    decide the outcome.  My role is to see to it that the rules of

11    the courtroom are followed, but it is the jurors who serve as

12    judges of the facts.

13            Now, this questioning does take time, so I ask for

14    your patience in advance.  Please also understand that this

15    questioning is not intended in any way to pry into your

16    personal affairs but is intended solely for the purpose of

17    obtaining an impartial jury.  If, for any reason, an area of

18    questioning makes you feel uncomfortable or if you would prefer

19    to discuss something in private, outside the presence of your

20    fellow panel members, please let us know and we will

21    accommodate that.

22            As always, the only right answer is the truth, so

23    please be candid and complete with your answers.

24            And if, at the conclusion of this jury selection

25    process, you are not chosen to serve on this jury, please don't

1    feel offended or feel that your honesty or integrity has been

2    questioned in any way; it hasn't.  Either side can ask to

3    excuse a juror without giving a reason, and some persons are

4    simply better suited to sit on one type of case than another.

5    That is all.

6           Now, why are we here?  We are here because an

7    indictment has been filed informing the defendant that he is

8    accused of a certain crime; but, as I will explain to you in

9    more detail in a few moments, the indictment is not evidence.

10   It is simply an accusation, and the defendant has responded to

11   the indictment by saying he is not guilty.  So it is the

12   Government's burden to prove beyond a reasonable doubt that the

13   defendant is guilty, and that is what you are here to

14   determine.

15          I'm going to go over these concepts in a few minutes;

16   but, to give you a brief description of the allegation in this

17   case, the indictment alleges that on or about July 9th of 2020,

18   in St. Lucie County, in the Southern District of Florida, the

19   defendant, Ronell Bernard Bryant, III, knowingly possessed a

20   firearm, an FN Model Five-SeveN 5.7-millimeter pistol and

21   ammunition, in and affecting interstate and foreign commerce,

22   knowing that he had previously been convicted of a crime

23   punishable by imprisonment for a term exceeding one year, in

24   violation of Title 18 United States Code, Section 922(g)(1).

25          Having read that allegation, have any of the jurors

```
 1    heard or read anything about this case?  If so, please raise
 2    your paddle.
 3             I see no hands.
 4             Now, I'm going to ask the attorneys and the parties
 5    to introduce themselves to you, starting with the Government.
 6             MR. FUNK:  Good morning.  My name is Daniel Funk.
 7    I'm an assistant United States attorney here in the Southern
 8    District of Florida.  Seated with me at counsel table is
 9    Christopher --
10             THE COURT:  One moment, Mr. Funk.  I'm getting a
11    notice that the jurors can't hear you.  If you wish to use,
12    like I said, one the portable microphones, you may.
13             MR. FUNK:  That's fine.  I'll just stand closer.
14    Thank you.
15             Good morning, again.  My name is Daniel Funk.  I'm an
16    assistant United States attorney here in the Southern District
17    of Florida.  Seated with me at counsel table is Christopher
18    Hudock.  He's also an assistant United States attorney.  And
19    next to him is Special Agent Seth Christy.  He works for the
20    Bureau of Alcohol, Tobacco and Firearms.
21             Thank you.
22             Ms. Pittaway.
23             MS. PITTAWAY:  Good morning.  Lydia Pittaway.  I
24    represent Ronell Bryant, standing beside me, along with...
25             MR. PATANZO:  Good morning, everyone.  I'm Peter
```

```
 1   Patanzo, also on behalf of Mr. Bryant.  Good morning.
 2            THE COURT:  Thank you.  You may be seated.
 3            Now, does anybody here know any of the individuals
 4   who just introduced themselves?
 5            I see one juror, two jurors -- actually, three
 6   jurors.
 7            All right.  Let's go starting with the lady here,
 8   Juror Number 4.  Good morning, ma'am.
 9            PROSPECTIVE JUROR:  Good morning.
10            THE COURT:  Ramona Williams?
11            PROSPECTIVE JUROR:  Yes.
12            THE COURT:  You may want to take that off.  Thank
13   you.
14            PROSPECTIVE JUROR:  I'm familiar with the lawyer,
15   Pittaway.
16            THE COURT:  Okay.  And in what capacity are you
17   familiar with Ms. Pittaway?
18            PROSPECTIVE JUROR:  I work at St. Lucie County jail.
19            THE COURT:  Okay.  Now, is your familiarity with
20   Ms. Pittaway -- does that give you any hesitation in your
21   ability to be a fair, impartial juror in this case?
22            PROSPECTIVE JUROR:  No, ma'am.
23            THE COURT:  All right.  Thank you.  You may be
24   seated.
25            Good morning.  What is your juror number?
```

```
 1              PROSPECTIVE JUROR:  Thirty-seven.

 2              THE COURT:  And your name, ma'am?

 3              PROSPECTIVE JUROR:  Colleen Korpon.

 4              THE COURT:  Good morning, Ms. Korpon.

 5         Do you know any of the individuals who just

 6    introduced themselves?

 7              PROSPECTIVE JUROR:  I am familiar with one of the

 8    lawyers and the defendant.

 9              THE COURT:  Okay.  And which of the lawyers are you

10    familiar with?

11              PROSPECTIVE JUROR:  Ms. Pittaway.

12              THE COURT:  All right.

13         We're going to do a brief sidebar with you, ma'am, to

14    discuss any knowledge you may have about the defendant, so if

15    you could please make your way up to the bench here, to my

16    right.  I'll ask the lawyers to proceed to this area as well.

17              (Following proceedings were had in bench conference)

18              THE COURT:  Good morning, Ms. Korpon.  How do you

19    know the Defendant?

20              PROSPECTIVE JUROR:  I work at the jail in booking and

21    transportation, and I do appointments for the attorneys.

22              THE COURT:  Okay.  Have you had any conversations

23    with the defendant specifically?

24              PROSPECTIVE JUROR:  Oh, no, no.

25              THE COURT:  Okay.  Do you know anything about this
```

```
1   case?

2           PROSPECTIVE JUROR:  Not in particular, no.

3           THE COURT:  Okay.  So your familiarity with the

4   defendant is strictly in the matter of transportation?

5           PROSPECTIVE JUROR:  And appointments, professional

6   appointments.

7           THE COURT:  Okay.  Is there anything about that that

8   would make it difficult or impossible for you to be a fair and

9   impartial juror in this case?

10          PROSPECTIVE JUROR:  I don't believe so.

11          THE COURT:  Okay.  Do you have any hesitation in your

12  response?

13          PROSPECTIVE JUROR:  No.

14          THE COURT:  All right.  Thank you very much.  You may

15  return to the gallery.

16          (Proceedings in open court)

17          THE COURT:  All right.  Any other jurors who know the

18  attorneys or the parties in this case?

19          I see one gentleman in the back.

20          Thank you, sir.  If you could stand up and speak

21  clearly into the microphone.

22          PROSPECTIVE JUROR:  Was it publicized, because I

23  believe reading about it or watching it on TV?

24          THE COURT:  Your juror number, sir, is -- Juror

25  Number 18.
```

Monday, March 21, 2022.

```
 1              All right.  I will make a note, sir, to speak with
 2     you privately, outside the presence of your fellow panel
 3     members, a bit later in today's proceeding, but you may be
 4     seated.
 5              PROSPECTIVE JUROR:  The St. Lucie News, you know,
 6     every morning and stuff like that.
 7              THE COURT:  Got it.  Okay.  So you may have heard
 8     something about this case in the --
 9              PROSPECTIVE JUROR:  I believe so, yes.
10              THE COURT:  Okay.
11              All right.  Thank you very much.  You may be seated.
12     Let me just take down your name.
13              All right.  Any other jurors who know the lawyers or
14     the parties in this case?
15              I see no hands.
16              Now, does anybody here know the defendant,
17     Mr. Bryant, other than the jurors who already represented that
18     they believe they may know him?  Does anybody here know the
19     defendant, Mr. Bryant?
20              I see no hands.
21              Now, I'm going to ask the parties to read out loud
22     the names of potential witness in this case.  These are persons
23     that would be coming into the courtroom to provide testimony
24     during the course of this trial.  Please listen carefully so
25     you can tell me whether you recognize any of those names.
```

Monday, March 21, 2022.

```
 1              Mr. Hudock.

 2              MR. HUDOCK:  Thank you, Your Honor.

 3              Ladies and gentlemen, the Government could

 4    potentially call Marc Stotler, Seth Christy, Andy Deacon, Paul

 5    Pearson, Michael Kelly, Jim Jones, Randy Walker, Christopher

 6    Jadin, Lara Lobnig, Kayla Limb, Daniel Baker, Wayne Walker,

 7    Santiago Martinez, Jose Angulo, Keith Pearson, Bryan Saliba,

 8    Matthew Ellison, Shane Cole, Luciana Knight, and Ernest Knight.

 9              Thank you.

10              THE COURT:  All right.  Having heard those names,

11    does anybody recognize any of the witnesses just read?

12              All right.  I see three jurors or four.  Let's start

13    with Juror Number 33.

14              Good morning, sir.  And what is your name?

15              PROSPECTIVE JUROR:  Matt Way.

16              THE COURT:  Which of the names do you recognize, sir?

17              PROSPECTIVE JUROR:  Randy Walker.

18              THE COURT:  Okay.  And how do you know Mr. Randy

19    Walker?

20              PROSPECTIVE JUROR:  I used to work with a Randy

21    Walker years ago.

22              THE COURT:  Okay.

23              Mr. Hudock, can you provide a point of reference for

24    the venire.  Randy Walker works for what agency?

25              MR. HUDOCK:  Your Honor, he works for St. Lucie
```

```
 1   County Sheriff's Office.
 2              THE COURT:  Okay.
 3              All right.  Is that the same Randy Walker, sir, that
 4   you think you know?
 5              PROSPECTIVE JUROR:  Different guy.
 6              THE COURT:  Okay.  Thank you very much.  You may be
 7   seated.
 8              PROSPECTIVE JUROR:  Good morning.
 9              THE COURT:  Good morning.  Juror Number 25, what is
10   your name, ma'am?
11              PROSPECTIVE JUROR:  Stacey Brogdon.
12              THE COURT:  Which of the names do you recognize that
13   were just stated?
14              PROSPECTIVE JUROR:  Wayne Walker.
15              THE COURT:  Okay.
16              Mr. Hudock, again, same question, point of reference:
17   Is that Randy Walker or is there another individual by the name
18   of Wayne Walker?
19              MR. HUDOCK:  It's another individual, Your Honor.
20   Wayne Walker works for the Indian River Crime Laboratory.
21              THE COURT:  Okay.  Is that the individual you may
22   know, ma'am?
23              PROSPECTIVE JUROR:  No, that's not.
24              THE COURT:  Okay.  Thank you very much.  You may be
25   seated.
```

```
 1              All right.  I think Juror Number 4, over here in the
 2    juror box.
 3              PROSPECTIVE JUROR:  I'm familiar with Paul Pearson.
 4    I worked with him at -- he used to work at the St. Lucie County
 5    Detention Center before he went to the other part of the
 6    agency.
 7              THE COURT:  Okay.  Now, is there anything about your
 8    familiarity or relationship with Mr. Pearson that would call
 9    into question your ability for to be a fair and impartial juror
10    in this case?
11              PROSPECTIVE JUROR:  No, ma'am, not at all.
12              THE COURT:  All right.  You may be seated.  Thank
13    you.
14              Any other jurors who know any of the names?
15              Juror Number 17 -- my apologies, Officer, I missed
16    Juror Number 17.
17              Good morning, sir.  Please tell us your name and your
18    juror number.
19              PROSPECTIVE JUROR:  Clifford Churchill, 17.
20              THE COURT:  Which of the names do you recognize, sir?
21              PROSPECTIVE JUROR:  Matthew Ellison.
22              THE COURT:  Mr. Hudock, Mr. Ellison works for which
23    agency?
24              MR. HUDOCK:  He also works for the St. Lucie County
25    Sheriff's Office, Your Honor.
```

```
 1                THE COURT:  Okay.  Is that the Matt Ellison that
 2      you're familiar with, sir?
 3                PROSPECTIVE JUROR:  No, Your Honor.
 4                THE COURT:  Okay.  Thank you very much.  You may be
 5      seated.
 6                All right.  Any other jurors who recognize the names
 7      read out loud by Mr. Hudock?
 8                I see no additional hands.
 9                Let me turn to Ms. Pittaway, same procedure, please.
10                MS. PITTAWAY:  Christopher Robinson, Onea Laguerre,
11      Shane Cole, Emily Richard Baxter.
12                THE COURT:  All right.  Do any of the jurors
13      recognize the names just read out loud by Ms. Pittaway?
14                All right, I see no hands.
15                Now, this case is expected to last approximately
16      five days starting today, except that we will not be in session
17      this Wednesday.  So trial would be today, tomorrow, Thursday,
18      and Friday of this week.
19                The Court's schedule generally runs from 9:00 in the
20      morning to 5:30 in the evening with some breaks in the morning
21      and afternoon.  Is there anybody here who has a special problem
22      with this anticipated schedule such that it would make it
23      uniquely difficult to serve on this jury such as nonrefundable
24      airline tickets or scheduled surgeries?  So I'm not referring
25      to general inconvenience, but something that would make it
```

```
 1   uniquely difficult to serve on this jury given that anticipated
 2   schedule.
 3              I see I think maybe four or five jurors.  Let's start
 4   with -- Juror Number 10, we'll start with you.  Good morning,
 5   sir.
 6              PROSPECTIVE JUROR:  Good morning.  I'm Number 10.  My
 7   name is Doug Feagin.  The circumstance is my daughter decided
 8   to withdraw from college for a medical reason, and I have to go
 9   pick her up on Friday to go do that, to take her to a facility,
10   and that's in Rhode Island.
11              THE COURT:  I'm sorry.  I'm trying to hear you
12   clearly.  So you're saying on Friday --
13              PROSPECTIVE JUROR:  On Friday -- my daughter decided
14   to withdraw from college for a medical reason, and I have to go
15   pick her up to take her to the facility on Friday, and that's
16   in Rhode Island.
17              THE COURT:  Okay.  So you're flying to Rhode Island
18   this Friday with your daughter for a medical reason.
19              PROSPECTIVE JUROR:  Yes.
20              THE COURT:  Okay.  I assume there is no one else who
21   can do this trip with her, sir?
22              PROSPECTIVE JUROR:  Yeah, I'm married, but my wife
23   broke her ribs and so she can't go right now.
24              THE COURT:  Okay.  Thank you very much.  You may be
25   seated.
```

```
 1              All right.  Any other jurors with special scheduling

 2   concerns?

 3              Juror Number 12.  Good morning.

 4              PROSPECTIVE JUROR:  Good morning.  Renee Hess,

 5   Number 12.

 6              THE COURT:  I'm sorry, I can hardly hear you, ma'am.

 7   Renee Hess, I think you said.

 8              PROSPECTIVE JUROR:  I had submitted a formal request

 9   to be -- push the dates out because of issues with my mother in

10   Williamsburg, Virginia.  I'm trying to get there, and I'm

11   having some medical issues myself.  So I have, like, three or

12   four doctors' appointments tomorrow, and then I'm trying to

13   leave for Virginia.  But I never got a response back to my

14   request.

15              THE COURT:  Okay.  Can you describe in a bit more

16   detail, ma'am, your medical appointments that you have

17   scheduled this week, without going into details about what they

18   involve, of course.

19              PROSPECTIVE JUROR:  I have one general and then two

20   procedures.

21              THE COURT:  Okay.  This week?

22              PROSPECTIVE JUROR:  Tomorrow.

23              THE COURT:  Okay.

24              All right.  Thank you.  You may be seated, ma'am.

25              All right.  Any other jurors?
```

```
 1              Juror 18 in the back.
 2              PROSPECTIVE JUROR:  I'm a full-time caretaker of my
 3    grandmother, she lives with me, and I take her to all her
 4    doctors' appointments.  She actually has upcoming surgery this
 5    week for cataracts.
 6              THE COURT:  And what day is her surgery?
 7              PROSPECTIVE JUROR:  I believe it's Thursday.  She
 8    lives with me, and I'm her caretaker.
 9              THE COURT:  Does anybody else live with you to assist
10    with the care of your grandmother?
11              PROSPECTIVE JUROR:  Just me and her.
12              THE COURT:  All right.  You may be seated, sir.
13              Good morning.
14              PROSPECTIVE JUROR:  Good morning.
15              THE COURT:  Please tell me your name.
16              PROSPECTIVE JUROR:  Lajuana Dunkley.
17              THE COURT:  Good morning, Ms. Dunkley.  What is your
18    scheduling concern?
19              PROSPECTIVE JUROR:  Yes, I have a daughter that was
20    newly diagnosed within the week with a chronic illness, and she
21    is scheduled for a special accommodations meeting tomorrow with
22    her school, so I can get some special accommodations at school
23    for her.  She also would need me as the sole caretaker for
24    transportation.  And she also has a specialist appointment on
25    Friday that we must attend to adjust her medications.
```

```
 1                    THE COURT:  Thank you, ma'am.  You may be seated.
 2                    All right.  Juror Number 36.
 3                    Good morning, sir.  Please tell me your name and your
 4       juror number.
 5                    PROSPECTIVE JUROR:  Juror Number 36.  I'm in the
 6       process of relocating to South Carolina.  I work for the
 7       VA hospital, and me and my wife are being transferred, and
 8       we're packing.  We're supposed to leave out of here on the 7th
 9       of April.  We're cleaning out our house to go, and it's -- we
10       only have two weeks to go.
11                    THE COURT:  Okay.  But you're going to be leaving on
12       the 7th of April, is that what I heard?
13                    PROSPECTIVE JUROR:  Yes, ma'am.
14                    THE COURT:  Okay.  Thank you very much.  You may be
15       seated.
16                    PROSPECTIVE JUROR:  Good morning.
17                    THE COURT:  Good morning, ma'am.
18                    Juror Number 35, please tell me your name.
19                    PROSPECTIVE JUROR:  Danyta Delagall.
20                    THE COURT:  Good morning, Ms. Delagall.
21                    PROSPECTIVE JUROR:  Good morning.  I have to pick my
22       husband up from the airport on Wednesday.  He's flying in from
23       Texas.  He lives in Texas, and I haven't seen him since
24       January, so I was just trying to see if I could possibly pick
25       him up from the airport on Thursday -- Wednesday, sorry.
```

Monday, March 21, 2022.

```
 1              THE COURT:  Thank you.  Well, so we're not going to
 2    be in session for this trial this Wednesday, so I think that
 3    should not be a problem with you picking up your husband at the
 4    airport.
 5              PROSPECTIVE JUROR:  Okay.  But the Thursday and
 6    Friday, he's -- I had plans.
 7              THE COURT:  I understand that jury service can be
 8    inconvenient and unexpected.  So your plans were, I presume, to
 9    spend time with him?
10              PROSPECTIVE JUROR:  Right.
11              THE COURT:  Okay.  All right.  How long is he in
12    town, ma'am?
13              PROSPECTIVE JUROR:  He'll be here until Sunday.
14              THE COURT:  Okay.
15              All right.  Thank you.  You may be seated.
16              All right.  Any other jurors with special scheduling
17    concerns?
18              All right.  Thirty-two, in the back.
19              Good morning.  Please tell me your name, Juror
20    Number 32.
21              PROSPECTIVE JUROR:  Lauren Neely.  I have a child
22    that has an appointment at Joe DiMaggio in Miami on Friday
23    morning.
24              THE COURT:  Is this the type of appointment, ma'am,
25    that you could change?
```

1          PROSPECTIVE JUROR:  We've been waiting for it for a

2    few months.  It's a geneticist appointment.

3          THE COURT:  Thank you.  You may be seated.

4          PROSPECTIVE JUROR:  Thank you.

5          THE COURT:  I think that covers all of the raised

6    hands on this topic.  Seeing no additional raised hands, we

7    will proceed to the next topic.

8          Does anybody here have any difficulty reading or

9    speaking the English language?

10         I see no hands.

11         Do any of you have any physical disabilities or

12   impairments, hearing, sight, or otherwise that would render you

13   incapable of performing your duty as a juror?

14         I see no hands.

15         Now, as I said earlier, we are here today because an

16   indictment was filed informing the defendant that he is accused

17   of a crime, and he is called upon to respond to the indictment.

18   The indictment, however, is not evidence.  The defendant in

19   this case responded to the accusation contained in the

20   indictment by saying four words, "I am not guilty;" and those

21   words carry a great deal of weight because we are now beginning

22   a jury trial where the Government is required to prove beyond a

23   reasonable doubt that the defendant is guilty before he may be

24   found guilty.

25         And so the fact that the indictment exists does not

1   mean that what it alleges actually happened.  That is what you

2   are here to determine, and that is what the Government must

3   prove to you beyond a reasonable doubt.

4         As I alluded to you earlier, there are several

5   concepts that I want to discuss with you, and these principles

6   lie at the heart of our criminal justice system.  They are the

7   presumption of innocence, the Government's burden of proof, and

8   the defendant's right to remain silent.

9         How many of you, just by a show of hands, have heard

10   of a defendant's presumption of innocence?

11         All right.  I see a number of hands being raised.

12         Now, as I said, the indictment is merely the

13   accusatory paper which states the charge to be determined at

14   the trial, but it's not evidence against the defendant or

15   anyone else.  And as I said, the defendant has entered a plea

16   of not guilty.  He is presumed by the law to be innocent.

17   Every person charged with a crime in this country is presumed

18   innocent.  That right is guaranteed by our constitution.  In

19   fact, if we were to send all of you right now to the jury

20   deliberation room to render a verdict at this time, the only

21   verdict you could render now is that of not guilty.

22         Does anybody have any difficulty accepting that as

23   the law?

24         I see no hands.

25         Now, the burden of proving the defendant's guilt, as

```
 1   I said, rests with his accuser, which in this case is the
 2   United States Government.  And the burden is to prove the
 3   charge beyond a reasonable doubt.
 4        Now, I'm going to read to you the instruction that I
 5   would give at the conclusion of the trial as it pertains to the
 6   definition of reasonable doubt.  Quote:  "The Government's
 7   burden of proof is heavy, but it doesn't have to prove a
 8   defendant's guilt beyond all possible doubt.  The Government's
 9   proof only has to exclude any reasonable doubt concerning the
10   defendant's guilt.  A reasonable doubt is a real doubt based on
11   your reason and common sense after you've carefully and
12   impartially considered all of the evidence in the case.  Proof
13   beyond a reasonable doubt is proof so convincing that you would
14   be willing to rely and act on it without hesitation in the most
15   important of your own affairs."
16        Does anybody here have any difficulty accepting that
17   as the law?
18        I see one juror in the back.  Juror Number 26.
19        PROSPECTIVE JUROR:  Good morning, Your Honor.
20        THE COURT:  Good morning.
21        PROSPECTIVE JUROR:  I'm Juror 26.  My name is Nancy
22   Mayr, and I'm a Christian, Your Honor, and I don't believe in
23   judging people.  That is God's decision.
24        THE COURT:  So, ma'am, according to your beliefs, is
25   it your view that you would not be able to be a juror in this
```

```
 1   case because you would not feel comfortable evaluating the

 2   evidence in this case, in light of the law, as I instruct you

 3   it is?

 4              PROSPECTIVE JUROR:  Yes, Your Honor.  I couldn't do

 5   it with a clear conscience.

 6              THE COURT:  All right, thank you.  You may be seated.

 7              All right.  Any other jurors who have any difficulty

 8   accepting the government's burden of proof as the law?

 9              All right.  Let's proceed.

10              Now, along the same lines, the government has the

11   entire burden of proof.  That means there is nothing left over

12   for the defense.  There is nothing for the defendant to prove

13   to you or disprove to you.  Does anybody have any difficulty or

14   hesitation accepting that as the law?

15              I see no hands.

16              PROSPECTIVE JUROR:  Here, Your Honor.

17              THE COURT:  Oh, I see a hand in the back.

18              Oh, okay, I'll restate that.  Thank you.

19              The government has the entire burden of proof.  That

20   means there is nothing left for the defendant to prove to you

21   or disprove to you.  Does anybody have any difficulty or

22   hesitation accepting that as the law?

23              Sir, you need to wait until you get the microphone so

24   we can hear you.

25              PROSPECTIVE JUROR:  Hear my voice.
```

```
 1            I have hesitation because I've been arrested before
 2   on false charges.
 3            THE COURT:  All right.  What's your juror number,
 4   sir?
 5            PROSPECTIVE JUROR:  Eighteen.
 6            THE COURT:  All right.  We're going to do a private
 7   sidebar with you.
 8            PROSPECTIVE JUROR:  And then it wound up being all
 9   charges dropped, just because the cops wanted to not do their
10   job.
11            THE COURT:  Okay.  Thank you, sir.  I've made a note
12   of that, and we will have an opportunity to meet with you
13   privately.
14            All right.  I see there was a juror in the back --
15   no, okay.  For the record, no additional hands on this
16   question.
17            Now, how many, just by a show of hands, have heard of
18   a defendant's right to remain silent?
19            I see a lot of hands.
20            Now, as I have said before, the law does not require
21   the defendant to prove innocence or to provide any evidence at
22   all.  And if a defendant elects not to testify, you cannot
23   consider that in any way during your deliberations.  The
24   government has the burden to prove a defendant's guilt beyond a
25   reasonable doubt, and if it fails to do so, you must find that
```

```
 1    the defendant is not guilty.  Does anybody have any difficulty

 2    accepting that as the law?

 3              I see no hands.

 4              Now, along these same lines, if the defendant does

 5    not testify, as I said, you cannot hold it against him.  Let me

 6    give you an example of how that could happen.

 7              Let's say the case is over, you go back in the jury

 8    room, and you don't believe that the government has proven its

 9    case beyond and to the exclusion of a reasonable doubt.  At

10    that point, you cannot say to yourself or to your fellow

11    jurors, "Well, I don't believe the government has proven its

12    case, but I'm going to find the defendant guilty anyway,

13    because he didn't testify."  You cannot do that; you cannot

14    hold it against him.  Does anybody have any difficulty

15    accepting that as the law?

16              I see no hands.

17              Now, do you all understand that as jurors, you will

18    be required to judge the testimony of witnesses?  And to do so,

19    you must use certain commonsense guidelines.  Now, you

20    communicate with people every day, and each time you

21    communicate with someone, you make a determination about

22    whether the person who is speaking to you is being sincere and

23    accurate about what he or she is saying.  Those same

24    commonsense guidelines are the ones you are going to be

25    required to use to judge the credibility, sincerity, and
```

1    accuracy of the witnesses that are going to be brought before

2    you, regardless of the witness's profession.

3           Now, to reach a verdict, you may have to decide which

4    testimony to believe and which testimony not to believe.  When

5    you're considering a witness's testimony, you may consider

6    various factors, including the witness's opportunity and

7    ability to see, hear, or know the things the witness is

8    testifying about; the witness's memory; the witness's manner

9    while testifying; any interest the witness has in the outcome

10   of the case; any other evidence that contradicts the witness's

11   testimony; the reasonableness of the witness's testimony in

12   light of all of the evidence; and any other factors affecting

13   believability.

14          Do any of you feel that you would be unable to

15   evaluate the credibility of witnesses as you're hearing

16   evidence in this case?  If so, please raise your hand.

17          All right.  Juror Number 26, I've taken note of your

18   earlier response.

19          Any other jurors?

20          I see no hands.

21          Now, you're going to be hearing from government

22   agents and law enforcement officers in this case.  And the

23   commonsense guidelines that I just went over in terms of

24   judging a witness's credibility are the ones you need to apply

25   to every witness, regardless of what their profession or their

```
1    job is.
2            Now, you've all indicated that you don't know any of
3    the law enforcement officers, with the exception of what we
4    discussed previously whose names were read to you by the
5    lawyers, and so I'm going to explain that you need to judge
6    these witnesses' credibility in the same manner as you would
7    evaluate the credibility of any witness.
8            On the subject of law enforcement witnesses in
9    particular, however, does anybody here have any particularly
10   strong or good or bad, negative or positive feelings toward law
11   enforcement that you simply would not be able to put aside if
12   selected to serve on this jury?
13           Juror Number 18 and Juror Number 27.
14           Juror Number 18, we will meet with you.
15           Juror Number 27.
16           Good morning, sir.
17           PROSPECTIVE JUROR:  Good morning.
18           THE COURT:  Please tell me your name.
19           PROSPECTIVE JUROR:  Cornelius Dandridge.
20           THE COURT:  Excellent, sir.  Thank you.  You may
21   respond.
22           PROSPECTIVE JUROR:  I've had family members in the
23   past that been accused of things that wasn't true, proven to be
24   so, still got prosecuted, still did time; and from what's been
25   going on here as of late across the country, I couldn't do it.
```

```
 1   I know I couldn't do it.
 2            THE COURT:  All right.  So let me just ask you, sir:
 3   Do you think you could be a fair and impartial juror in this
 4   case?
 5            PROSPECTIVE JUROR:  No.
 6            THE COURT:  All right.  You may be seated.  Thank
 7   you.
 8            All right.  Any other jurors who have particularly
 9   negative or positive feelings toward law enforcement that you
10   simply would not be able to put aside if selected to serve on
11   this jury?
12            Juror Number 38.
13            Good morning, sir.
14            PROSPECTIVE JUROR:  My name is Joseph Desir.
15            THE COURT:  I'm sorry, I didn't catch your last name.
16            PROSPECTIVE JUROR:  Desir.
17            THE COURT:  Joseph Desir.  Thank you, sir.
18            You may answer.
19            PROSPECTIVE JUROR:  Yeah, my late brother, my younger
20   brother, he was deported for certain reasons, and it didn't go
21   so well when he got deported.
22            THE COURT:  Would you prefer to speak in private,
23   sir?
24            PROSPECTIVE JUROR:  Yes.
25            THE COURT:  Okay.  I'm going to make a note, and we
```

```
 1   will arrange for that.

 2            All right.  I see no additional hands on this topic.

 3            So at this time, I'm going to ask for those private

 4   meetings, starting with Juror Number 38, Mr. Desir.  If the

 5   lawyers could please make their way up to the bench.

 6            (Following proceedings were had in bench conference)

 7            THE COURT:  Good morning, sir.  Thank you.

 8            So would you like to share anything about that

 9   experience, sir, that you referenced about your brother?

10            PROSPECTIVE JUROR:  Yeah.  My younger brother, Alshus

11   Voyas (phonetic), he got deported, and I was a witness in his

12   case.  And when he got deported, he --

13            THE COURT:  I know this can be nerve wracking, so

14   don't be afraid.  This is confidential.

15            PROSPECTIVE JUROR:  Yeah, he got deported, and he

16   went back to Haiti, and he got murdered because of that sort of

17   decision that happened, and I kind of feel emotional about

18   that.  It's building up on me right now.

19            THE COURT:  Now, that experience with your brother

20   and what happened to him, do you think it would make it

21   difficult for you to be a fair or impartial juror in this case,

22   which, as I said, concerns allegations of possession of a

23   firearm?

24            PROSPECTIVE JUROR:  Yes.

25            THE COURT:  And in what manner do you think it would
```

```
 1  affect your ability to be impartial?
 2          PROSPECTIVE JUROR:  He got the same charge too,
 3  possession of firearm.
 4          THE COURT:  Any questions from the lawyers?
 5          MR. HUDOCK:  No.
 6          THE COURT:  Nothing from the Government.
 7          Ms. Pittaway?
 8          MS. PITTAWAY:  Any reason --
 9          THE COURT:  I can't hear you.
10          MS. PITTAWAY:  Sir, is there any reason that you
11  believe that the -- any of the facts regarding the deportation
12  would apply in this case?
13          PROSPECTIVE JUROR:  Just when you listen to his --
14  his case or anything like that, they just deported him.  It is
15  kind of making me emotional about it, and for that reason, he
16  got murdered for it.
17          MS. PITTAWAY:  And I'm -- all I'm wondering is, if
18  there were no facts regarding any kind of a deportation, if
19  that would allow you to serve as a fair and impartial juror.
20          PROSPECTIVE JUROR:  I don't know.  It's the way,
21  like, you guys explained it, like -- it's -- I think because of
22  my brother's case is going to be emotional for me and I kind of
23  like sort of have a bias.
24          THE COURT:  All right.  Thank you very much, sir.
25          All right.  Juror Number 18, if you could also make
```

```
 1   your way up to the bench, please.
 2               (Following proceedings were had in bench conference)
 3               THE COURT:  All right, sir, I know you have the
 4   scheduling issue with your grandmother.
 5               PROSPECTIVE JUROR:  She's my dependent.  She has
 6   cataract surgery this week; and she has no license, so it's
 7   left to me.
 8               THE COURT:  I understand.  All right.
 9               PROSPECTIVE JUROR:  The other thing was, when I was
10   21, in Brooklyn, I ran into my girlfriend's house.  She wasn't
11   home -- apartment building -- I ran back out.  It looked like I
12   did something, so I had (unintelligible), but when I get out of
13   the house, the cops flipped my car, (unintelligible) past my
14   nose -- flipped my car.  All I did was go see if she was home,
15   and she wasn't.
16               THE COURT:  Okay.  So, sir, does that experience --
17   in your mind would it affect your ability?
18               PROSPECTIVE JUROR:  Yes.  I know if
19   she (unintelligible) --
20               THE COURT:  Okay, all right.  Thank you.
21               PROSPECTIVE JUROR:  (Unintelligible)
22               THE COURT:  Okay.  Thank you very much.  I think
23   we've have covered this topic.  You may be seated.
24               PROSPECTIVE JUROR:  Thank you.
25               MR. PATANZO:  Somebody else coming up or no?
```

Monday, March 21, 2022.

```
 1              (Proceedings in open court)
 2              THE COURT:  All right.  Thank you all very much for
 3      your patience.
 4              Along the same topic that we have been discussing, do
 5      any of you feel you would automatically find a law enforcement
 6      officer more or less credible just because of their employment,
 7      that is, regardless of the various factors I described earlier
 8      regarding how to assess a witness's credibility?
 9              All right.  Juror Number 18, thank you.  We've
10      spoken.
11              Juror Number 14.
12              Let me just restate the question.  This concerns
13      whether any juror would automatically, regardless of the
14      various factors I described earlier regarding consideration of
15      a witness's credibility, find a law enforcement officer more or
16      less credible just because of their profession.
17              Let me hear from you, sir.  And what is your juror
18      number?
19              PROSPECTIVE JUROR:  Fourteen.
20              THE COURT:  Thank you.
21              PROSPECTIVE JUROR:  I tend to find the opinion of law
22      enforcement officers to be untrustworthy because of a history
23      of negative interactions with the police.
24              THE COURT:  Let me ask you, sir.  This case, of
25      course, would need to be judged based solely on the evidence
```

1  presented in this case, based on the law as I instruct you it

2  is.  Do you have any problem judging this case based solely on

3  the facts as they're presented?

4          PROSPECTIVE JUROR:  No, ma'am.

5          THE COURT:  All right.  You may be seated.

6          Juror Number 27, in the back, I think we have

7  addressed that subject sufficiently.

8          Any other jurors?

9          All right.  I see no additional hands.

10         Now, as you've heard, the government alleges that the

11  defendant knowingly possessed a firearm and ammunition knowing

12  that he had previously been convicted of a felony.  It is a

13  federal crime for a person to knowingly possess a firearm or

14  ammunition knowing that he or she previously had been convicted

15  of a felony.  Of course, the defendant, as I said, has pled not

16  guilty to that allegation, and you have not heard any evidence

17  in this case.

18         Having said that, is there anything about the nature

19  of the allegation that I have just read to you and described

20  that you think would make it difficult for you to serve as a

21  fair or impartial juror to the government and to the defendant

22  in this case?

23         I see no hands.

24         Now, I'm going to address the concepts of sympathy

25  and prejudice for a moment.

1          Sometimes we feel sorry for people in difficult

2     situations.  Unfortunately, sometimes we also can feel

3     prejudice.  Neither sympathy nor prejudice can factor into your

4     deliberations.  You are the judges of the facts.  If you allow

5     emotions to cloud your decision-making, you would not be

6     fulfilling your responsibilities.  Is there anybody here who

7     cannot put feelings aside and who cannot sit in judgment of

8     others, other than the jurors who've already expressed a

9     concern with that?

10          Juror Number 26, thank you, so noted.

11          I see no additional hands.

12          Now, this is a similar question.  Is there anybody

13    here who feels they could not be fair to both sides and hear

14    the evidence objectively?

15          I see no hands.

16          Now, you will be asked and instructed to disregard

17    the consequences of any verdict rendered.  Do not be concerned

18    with the imposition of any sentence as that is the sole

19    province of the judge, not the jury.  Does anybody here have

20    any difficulty accepting that as the law?

21          I see no hands.

22          Moving on.

23          Now, as jurors, you may disagree on what the evidence

24    has shown.  One juror may believe one witness and not another,

25    or you may believe part of what a witness says but not another

```
 1   part.  That is perfectly acceptable.  After you retire to the
 2   jury room, you must discuss all of the facts and see if you can
 3   reach a unanimous verdict.  There is no room, however, for
 4   doubt concerning the law.  The law is what I instruct you it
 5   is, and you must be willing to accept the law as I give it to
 6   you.  Does everybody understand that -- scratch that.
 7           Is there anybody here that would not follow the law
 8   even if you disagreed with it?
 9           I see no hands.
10           Now, does anybody here have any other reason why you
11   cannot give this case your undivided attention and render an
12   impartial verdict based solely on the evidence presented to you
13   and the law as I instruct you?
14           Juror Number 26, thank you very much, your earlier
15   comments are noted.
16           Anybody else here who could not give this case their
17   undivided attention and render an impartial verdict based
18   solely on the evidence presented and the law as I instruct you
19   it is?
20           Juror Number 18, thank you.
21           All right.  I see no other hands.
22           Now, I'm going to go one by one through each of you,
23   and we're going to try to go as quickly as we can.  Again, the
24   goal here is to insure that we assemble a fair and impartial
25   jury that can evaluate the evidence based solely on the
```

```
 1   evidence presented in this courtroom and the law.  As I said

 2   earlier, the only right answer is the truth, so please be

 3   candid and complete in your answers.  And when I call on you,

 4   please stand up and raise your juror paddle number.

 5             Juror Number 1, good morning.

 6             PROSPECTIVE JUROR:  Good morning.

 7             THE COURT:  Please tell us your name.

 8             PROSPECTIVE JUROR:  Desiree Melius.

 9             THE COURT:  All right.  How do you pronounce your

10   last name?

11             PROSPECTIVE JUROR:  Melius.

12             THE COURT:  Melius.

13             What do you do for work, ma'am?

14             PROSPECTIVE JUROR:  Shuttle operator.

15             THE COURT:  How long have you been a shuttle

16   operator?

17             PROSPECTIVE JUROR:  The last year.

18             THE COURT:  Okay.  And prior to that, did you hold

19   any other jobs?

20             PROSPECTIVE JUROR:  Yeah, a market coordinator.

21             THE COURT:  Market coordinator?

22             PROSPECTIVE JUROR:  Yeah, for a food delivery

23   company.

24             THE COURT:  Okay.  Are you married?

25             PROSPECTIVE JUROR:  Single.
```

```
 1            THE COURT:  Okay.  Do you have any adult children?
 2            PROSPECTIVE JUROR:  No.
 3            THE COURT:  Okay.  Have you ever served in the
 4    military?
 5            PROSPECTIVE JUROR:  No.
 6            THE COURT:  All right.  Have you ever served on a
 7    jury before?
 8            PROSPECTIVE JUROR:  Yes.
 9            THE COURT:  Were you the foreperson?
10            PROSPECTIVE JUROR:  No.
11            THE COURT:  Okay.  Do you remember if it was a state
12    or a federal case?
13            PROSPECTIVE JUROR:  I believe it was state.
14            THE COURT:  All right.  And do you know if the jury
15    reached a verdict?
16            PROSPECTIVE JUROR:  Yeah.
17            THE COURT:  It reached a verdict?
18            PROSPECTIVE JUROR:  Yeah.
19            THE COURT:  Okay.
20            All right.  Thank you.
21            Now, have you, any member of your family, or any
22    close friend ever been employed by a law enforcement agency?
23            PROSPECTIVE JUROR:  Not that I'm aware of.
24            THE COURT:  Okay.  Is there anything in your
25    background or experiences that would prevent you from reaching
```

```
 1    a verdict in this case based solely on the evidence presented

 2    to you and the Court's instructions on the law?

 3              PROSPECTIVE JUROR:  No.

 4              THE COURT:  Thank you.  You may be seated, Juror

 5    Number 1.

 6              Good morning, Juror Number 2, Mr. Petrulak?

 7              PROSPECTIVE JUROR:  Yes, ma'am.  Perfect.

 8              THE COURT:  All right.  Please tell us what you do

 9    for a living.

10              PROSPECTIVE JUROR:  I'm an electrical contractor.

11              THE COURT:  Okay.  How long have you been working in

12    that capacity?

13              PROSPECTIVE JUROR:  Since graduation, 1979.

14              THE COURT:  Okay.  Have you held any other jobs

15    outside of the electrical field?

16              PROSPECTIVE JUROR:  No, ma'am.

17              THE COURT:  All right.  Are you married?

18              PROSPECTIVE JUROR:  Yes, ma'am.

19              THE COURT:  And what does your spouse do for work?

20              PROSPECTIVE JUROR:  We're co-owners of an electrical

21    contracting company.

22              THE COURT:  Okay.  Do you know if she's held any

23    other jobs outside of this field?

24              PROSPECTIVE JUROR:  Yes.  She was in insurance for

25    years and years.
```

```
 1              THE COURT:  Okay.  Now, have you, any member of your
 2    family, or any close friend ever been employed by a law
 3    enforcement agency?
 4              PROSPECTIVE JUROR:  I have a cousin who is an Indian
 5    River County Sheriff's Deputy.
 6              THE COURT:  Okay.  Is there anything about your
 7    cousin's employment that would affect your ability to be a fair
 8    and impartial juror in this case?
 9              PROSPECTIVE JUROR:  No, ma'am.
10              THE COURT:  All right.  Have you ever served on a
11    jury before?
12              PROSPECTIVE JUROR:  Yes, ma'am.
13              THE COURT:  Were you the foreperson?
14              PROSPECTIVE JUROR:  No, I was not.
15              THE COURT:  Do you know if the jury reached a
16    verdict?
17              PROSPECTIVE JUROR:  Yes, they did.
18              THE COURT:  Okay.  Have you ever served in the
19    military?
20              PROSPECTIVE JUROR:  No, ma'am.
21              THE COURT:  All right.  Is there anything in your
22    background or experiences that you think would prevent or
23    affect your ability to serve as a fair and impartial juror in
24    this case?
25              PROSPECTIVE JUROR:  No, ma'am.
```

```
 1              THE COURT:  Thank you, sir.  You may be seated.
 2          Good morning.  Please tell us your name.
 3          PROSPECTIVE JUROR:  Alexandria Barry.
 4              THE COURT:  Good morning, Ms. Barry.  What do you do
 5   for work?
 6          PROSPECTIVE JUROR:  I'm a health technician in a
 7   VA hospital.
 8              THE COURT:  All right.  How long have you been doing
 9   that work?
10          PROSPECTIVE JUROR:  Going for 17 years.
11              THE COURT:  All right.  Any other jobs prior to that
12   one?
13          PROSPECTIVE JUROR:  Always been in the medical field.
14              THE COURT:  Okay.  Are you married?
15          PROSPECTIVE JUROR:  No, single.
16              THE COURT:  Okay.  Do you have any adult children?
17          PROSPECTIVE JUROR:  I have a son and a daughter, yes.
18              THE COURT:  All right.  What do they do for work?
19          PROSPECTIVE JUROR:  My son is a trauma nurse at
20   Lawnwood, and my daughter is -- she works at FedEx, and she
21   goes to college.
22              THE COURT:  Okay.  Thank you.
23          Have you ever served in the military?
24          PROSPECTIVE JUROR:  No, I have not.
25              THE COURT:  All right.  Have you, any member of your
```

```
 1    family, or any close friend ever been employed by a law

 2    enforcement agency?

 3              PROSPECTIVE JUROR:  Not that I know of.

 4              THE COURT:  Okay.  Have you ever served on a jury

 5    before?

 6              PROSPECTIVE JUROR:  Went to jury duty but never got

 7    called.

 8              THE COURT:  Understood.  Thank you.

 9              Is there anything in your background or experiences

10    that would prevent you from reaching a verdict in this case

11    based solely on the evidence presented to you and the Court's

12    instructions on the law?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  Thank you.  You may be seated.

15              Good morning, Juror Number 4.

16              PROSPECTIVE JUROR:  Good morning.

17              THE COURT:  What do you do for work, ma'am?

18              PROSPECTIVE JUROR:  I work for the St. Lucie County

19    Sheriff's Office as a clerk.

20              THE COURT:  Okay.  How long have you worked for the

21    St. Lucie County Sheriff's Office?

22              PROSPECTIVE JUROR:  My 16th year.

23              THE COURT:  Okay.  And what do you do as a clerk?

24              PROSPECTIVE JUROR:  I am currently working in the law

25    library.
```

```
 1              THE COURT:  Have you always been in the law library
 2   division?
 3              PROSPECTIVE JUROR:  No, this is my -- going into my
 4   third year.
 5              THE COURT:  Okay.  And prior to the librarian work,
 6   what types of work did you do for the sheriff's office in your
 7   role as clerk?
 8              PROSPECTIVE JUROR:  I've worked in the chapel, I've
 9   worked in the -- and in the lobby.
10              THE COURT:  In the lobby, okay.  Thank you.
11              Is there anything about your work for the St. Lucie
12   County Sheriff's Office that you think would affect your
13   ability to be a fair and impartial juror in this case?
14              PROSPECTIVE JUROR:  No.
15              THE COURT:  All right.  Are you married, ma'am?
16              PROSPECTIVE JUROR:  Yes, I am.
17              THE COURT:  What does your spouse do?
18              PROSPECTIVE JUROR:  He's currently retired truck
19   driver.
20              THE COURT:  Okay.  Did he hold any jobs besides that
21   as truck driver during his career?
22              PROSPECTIVE JUROR:  No.
23              THE COURT:  All right.  Do you have any adult
24   children?
25              PROSPECTIVE JUROR:  Yes.  I have four.
```

```
 1              THE COURT:  And what do they do for work?
 2              PROSPECTIVE JUROR:  I've got one that's a
 3   professional painter, bus driver, and a telemarketer.  My first
 4   son is currently in prison.
 5              THE COURT:  Okay.  Is there anything about your son's
 6   situation in prison, ma'am, that would affect your ability to
 7   be a fair and impartial juror in this case?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  All right.  Have you ever served in the
10   military?
11              PROSPECTIVE JUROR:  No.
12              THE COURT:  All right.  Have you ever served on a
13   jury before?
14              PROSPECTIVE JUROR:  Got called, never selected, just
15   get called.
16              THE COURT:  Okay.  Have you, any member of your
17   family, or any close friend ever been employed by a law
18   enforcement agency, other than, of course, what you've
19   described about your employment?
20              PROSPECTIVE JUROR:  One brother, and that was in
21   South Carolina.
22              THE COURT:  Okay.  And what does he do or what did he
23   do?
24              PROSPECTIVE JUROR:  He's no longer with the -- he
25   worked detention.
```

```
 1              THE COURT:  Detention?

 2              PROSPECTIVE JUROR:  As a deputy, yes.

 3              THE COURT:  Okay.  Is there anything about your

 4   relative's work in law enforcement that would affect your

 5   ability to be fair and impartial in this case?

 6              PROSPECTIVE JUROR:  No.

 7              THE COURT:  All right.  Is there anything else in

 8   your background or experiences that would prevent you from

 9   being a fair and impartial juror in this matter?

10              PROSPECTIVE JUROR:  No.

11              THE COURT:  Thank you.  You may be seated.

12              PROSPECTIVE JUROR:  Good morning.

13              THE COURT:  Good morning.  Please tell us your juror

14   number.

15              PROSPECTIVE JUROR:  Juror Number 5.  My name is

16   Birgit Ager.

17              THE COURT:  Good morning.  What do you do for work,

18   ma'am?

19              PROSPECTIVE JUROR:  I'm currently a realtor for about

20   the last year and a half.

21              THE COURT:  Okay.  And what did you do prior to

22   working as a realtor?

23              PROSPECTIVE JUROR:  I've worked in education, school

24   administrator for probably about 28 years and a teacher before

25   that.
```

Monday, March 21, 2022.

```
 1              THE COURT:  Okay.  Any other jobs besides being a
 2   realtor and/or teacher/administrator?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  All right.  Are you married?
 5              PROSPECTIVE JUROR:  Yes.
 6              THE COURT:  And what does your spouse do for work?
 7              PROSPECTIVE JUROR:  He owns a small plumbing service
 8   company in Martin County.
 9              THE COURT:  Is that a medical type company?
10              PROSPECTIVE JUROR:  No, plumbing service.
11              THE COURT:  Plumbing.  I'm sorry, I misheard you.
12              Okay.  Has he held any other jobs besides the
13   plumbing one you just mentioned?
14              PROSPECTIVE JUROR:  Worked in a number of areas of
15   insurance, the insurance industry.
16              THE COURT:  Got it.
17              And do you have any adult children?  If so, what do
18   they do for work?
19              PROSPECTIVE JUROR:  I do.  My oldest daughter is a
20   language therapist assistant, and my youngest is working in the
21   financial area and recruiting.
22              THE COURT:  Okay.  Have you ever served in the
23   military?
24              PROSPECTIVE JUROR:  No.
25              THE COURT:  Have you, any member of your family, or
```

```
 1   any close friend ever been employed by a law enforcement
 2   agency?
 3             PROSPECTIVE JUROR:  Close friend a number of years
 4   ago.
 5             THE COURT:  All right.  Do you recall in what
 6   capacity your friend worked for law enforcement?
 7             PROSPECTIVE JUROR:  I don't.  He worked for the
 8   Miami-Dade Police Department, but I don't remember.  I know he
 9   was a higher ranking official, but I really don't remember
10   their title.  They were neighbors of ours, but we really
11   haven't seen them for the last few years.
12             THE COURT:  Is there anything about that friendship
13   or relationship that would affect your ability to be fair and
14   impartial in this case?
15             PROSPECTIVE JUROR:  No.
16             THE COURT:  All right.  Now, have you ever served on
17   a jury before?
18             PROSPECTIVE JUROR:  Yes, I have.
19             THE COURT:  Do you remember if it was a state or a
20   federal case?
21             PROSPECTIVE JUROR:  A state.
22             THE COURT:  And do you know if you were the
23   foreperson?
24             PROSPECTIVE JUROR:  No, I was not.
25             THE COURT:  Okay.  Do you know if the jury reached a
```

1    verdict?

2           PROSPECTIVE JUROR:  Yes, they did.

3           THE COURT:  Okay.  Is there anything else in your

4    background or experiences, ma'am, that would prevent you from

5    serving as a fair and impartial juror in this case weighing

6    only the evidence presented in the courtroom in light of the

7    Court's instructions on the law?

8           PROSPECTIVE JUROR:  No.

9           THE COURT:  All right.  Thank you.  You may be

10   seated, Ms. Ager.

11          Good morning, sir.  Please tell us your name.

12          PROSPECTIVE JUROR:  Robert Betancourt.

13          THE COURT:  All right.  What do you do for work?

14          PROSPECTIVE JUROR:  I'm a cashier at Winn-Dixie for a

15   year and three months at this point.

16          THE COURT:  Okay.  And did you hold any jobs prior to

17   working for Winn-Dixie?

18          PROSPECTIVE JUROR:  I have not.

19          THE COURT:  Okay.  Are you married, sir?

20          PROSPECTIVE JUROR:  Nope.

21          THE COURT:  Do you have any adult children, and if

22   so, what do they do for work?

23          PROSPECTIVE JUROR:  I do not.

24          THE COURT:  Okay.  Have you ever served in the

25   military?

```
 1              PROSPECTIVE JUROR:  No, ma'am.

 2              THE COURT:  Okay.  Have you, any member of your

 3     family, or any close friend ever been employed by a law

 4     enforcement agency?

 5              PROSPECTIVE JUROR:  My grandfather used to work in

 6     juvenile detention center, but I don't quite remember where.

 7              THE COURT:  Okay.  Is there anything about your

 8     grandfather's prior work that would affect your ability to be a

 9     fair and impartial juror in this case?

10              PROSPECTIVE JUROR:  No, ma'am.

11              THE COURT:  All right.  Have you ever served on a

12     jury before?

13              PROSPECTIVE JUROR:  Called, but it's always -- this

14     is the first time I've actually attended, because they've

15     always been canceled.

16              THE COURT:  Okay, thank you.  Well, it's good to see

17     you.

18              All right.  Is there anything in your background or

19     experiences that would prevent you from reaching a verdict in

20     this case based solely on the evidence presented and the law as

21     I instruct you?

22              PROSPECTIVE JUROR:  No, ma'am.

23              THE COURT:  All right.  Thank you.  You may be

24     seated.

25              Good morning, Juror Number 7.
```

```
 1              PROSPECTIVE JUROR:  I'm Denise Wilkison.

 2              THE COURT:  What do you do for work, ma'am?

 3              PROSPECTIVE JUROR:  I'm currently unemployed.  I was

 4    laid off during the pandemic.

 5              THE COURT:  All right.  And what were you doing at

 6    that time for work?

 7              PROSPECTIVE JUROR:  I worked for a bank for about

 8    38 years as a project manager.

 9              THE COURT:  Okay.  Did you hold any jobs besides the

10    bank work?

11              PROSPECTIVE JUROR:  I did work part-time at Bealls

12    over the holidays, one season.

13              THE COURT:  Okay.  Are you married?

14              PROSPECTIVE JUROR:  I'm divorced.

15              THE COURT:  Okay.  Do you have any adult children,

16    and if so, what do they do for work?

17              PROSPECTIVE JUROR:  I do.  I have a son that is a

18    pressure washer for homes, and my daughter is attending USF in

19    Tampa.

20              THE COURT:  All right.  Have you ever served on a

21    jury before?

22              PROSPECTIVE JUROR:  I have.

23              THE COURT:  Do you remember if you were the

24    foreperson?

25              PROSPECTIVE JUROR:  I was.
```

```
1                 THE COURT:  And did the jury reach a verdict?

2                 PROSPECTIVE JUROR:  It did.

3                 THE COURT:  All right.  Have you ever served in the

4      military?

5                 PROSPECTIVE JUROR:  No.

6                 THE COURT:  Have you, any member of your family, or

7      any close friend ever been employed by a law enforcement

8      agency?

9                 PROSPECTIVE JUROR:  No.

10                THE COURT:  All right.  Is there anything in your

11     background or experiences that would prevent you from reaching

12     a verdict in this case based solely on the evidence presented

13     and the law?

14                PROSPECTIVE JUROR:  Nope.

15                THE COURT:  Thank you.  You may be seated, ma'am.

16                Good morning.  Juror Number 8, please tell us your

17     name.

18                PROSPECTIVE JUROR:  Elisa Sherman.

19                THE COURT:  I think we need to activate that

20     microphone.

21                PROSPECTIVE JUROR:  It's Elisa Sherman.

22                THE COURT:  Good morning again, ma'am.  What do you

23     do for work?

24                PROSPECTIVE JUROR:  I actually just started doing HR

25     for a home health company.  I been there about five months.
```

```
 1              THE COURT:  Okay.  And prior to that?

 2              PROSPECTIVE JUROR:  Prior to that, I worked at

 3    another home health company as a CSM.

 4              THE COURT:  What is that, CSM?

 5              PROSPECTIVE JUROR:  It's management administration.

 6    I was the customer service manager.  And then before that, I

 7    worked in special education with -- well, no, deaf and hard of

 8    hearing.

 9              THE COURT:  Okay.  Thank you.

10              Any other jobs in your career?

11              PROSPECTIVE JUROR:  Before I moved here to Florida, I

12    worked in special education and group homes with MAMR in

13    Minnesota.

14              THE COURT:  Okay.  Thank you.

15              Are you married?

16              PROSPECTIVE JUROR:  I am.

17              THE COURT:  And what does your spouse do for work?

18              PROSPECTIVE JUROR:  He is a -- I guess you would

19    consider him a route driver.

20              THE COURT:  Okay.  Do you know if he's held any other

21    jobs besides that of a route driver?

22              PROSPECTIVE JUROR:  He has not.  He's done this his

23    whole life.

24              THE COURT:  Okay.  All right.  Have you ever served

25    in the military?
```

```
 1              PROSPECTIVE JUROR:  Married in the military, but not
 2   served.
 3              THE COURT:  How did you get married in -- did you
 4   marry somebody who was previously in the military?
 5              PROSPECTIVE JUROR:  Yeah, we're divorced now.  He
 6   lives in Minnesota, and I'm here and remarried.
 7              THE COURT:  Okay.  Understood.  Thank you, ma'am.
 8              Have you ever served as a juror in a criminal or
 9   civil case?
10              PROSPECTIVE JUROR:  I've been called just before
11   COVID came in, but I never -- I wasn't picked.
12              THE COURT:  Okay.  Have you, any member of your
13   family, or any close friend ever been employed by a law
14   enforcement agency?
15              PROSPECTIVE JUROR:  Yes, my uncle, who lives here in
16   Port St. Lucie.  He's actually retired from I would think -- I
17   think it's Boynton County.  And before that, he was a sheriff
18   in upstate New York and retired, and then moved down here, and
19   then became a police officer again in Boynton, I think.  But
20   he's retired now.
21              THE COURT:  All right.  Is there anything about your
22   relative's work in law enforcement that would affect your
23   ability to be a fair and impartial juror?
24              PROSPECTIVE JUROR:  Not at all.
25              THE COURT:  All right.  Let's see.
```

```
 1              Is there anything else in your background or

 2   experiences that you think would prevent you from reaching a

 3   verdict in this case based solely on the evidence presented and

 4   the law?

 5              PROSPECTIVE JUROR:  Not at all.

 6              THE COURT:  All right.  Thank you very much, Juror

 7   Number 8.  You may be seated.

 8              Good morning, sir.  Please tell us your name.

 9              PROSPECTIVE JUROR:  Steve Horton.

10              THE COURT:  And what do you do for work?

11              PROSPECTIVE JUROR:  I work as a mentor/instructor for

12   Project LIFT, working with disadvantage, troubled teenagers.

13              THE COURT:  And is that in St. Lucie County?

14              PROSPECTIVE JUROR:  Actually, Martin County.

15              THE COURT:  Martin County.

16   How long have you been doing that work?

17              PROSPECTIVE JUROR:  Only about three months.

18              THE COURT:  Okay.  Is that on a volunteer basis?

19              PROSPECTIVE JUROR:  No, ma'am.

20              THE COURT:  Okay.  And prior to that, what did you do

21   for work?

22              PROSPECTIVE JUROR:  I was an aircraft structural

23   mechanic for quite a few years.  I also had my own mobile paint

24   business for about 15 years.

25              THE COURT:  Okay.  Any other jobs in your career?
```

```
1              PROSPECTIVE JUROR:  Computer, about six years,

2   computer tech.

3              THE COURT:  Computer tech, okay.  Thank you.

4              Are you married?

5              PROSPECTIVE JUROR:  I'm widowed.

6              THE COURT:  I'm sorry, sir.

7              Do you have any adult children, and if so, what do

8   they do for work?

9              PROSPECTIVE JUROR:  I do.  I have three.  My son, the

10  oldest, is a musician, has been since he was out of high

11  school, done real well.  My middle daughter is an elementary

12  school teacher in Port Salerno.  And my youngest is a high

13  school graduate, thinking about college and working in a

14  boutique.

15             THE COURT:  All right.  Now, have you ever served in

16  the military, sir?

17             PROSPECTIVE JUROR:  Yes, ma'am.

18             THE COURT:  Can you tell us a little bit about that?

19             PROSPECTIVE JUROR:  I was an aircraft structural

20  mechanic, part of the 82nd Airborne Division; there, about

21  six years.  It was pretty neat.  I miss it.

22             THE COURT:  Have you ever been involved -- I'm

23  sorry -- have you, any member of your family, or any close

24  friend ever been employed by a law enforcement agency?

25             PROSPECTIVE JUROR:  I had a nephew that was with the
```

```
 1   St. Lucie Police Department for quite a few years.
 2              THE COURT:  All right.  Do you know if he's still
 3   working for that department?
 4              PROSPECTIVE JUROR:  He's deceased.
 5              THE COURT:  Okay.  Is there anything about your
 6   deceased relative's prior work in law enforcement that would
 7   affect your ability to be a fair and impartial juror in this
 8   case?
 9              PROSPECTIVE JUROR:  No, ma'am.
10              THE COURT:  All right.  Now, have you ever served as
11   a juror?
12              PROSPECTIVE JUROR:  No, I haven't.
13              THE COURT:  All right.  Is there anything else in
14   your background or experiences that would prevent you from
15   reaching a verdict in this case based solely on the evidence
16   presented and the law?
17              PROSPECTIVE JUROR:  No, ma'am.
18              THE COURT:  Thank you, sir.  You may be seated.
19              Good morning, sir.  I know we talked about the
20   scheduling concern you have.  Let me just ask you briefly, what
21   do you do for work?
22              PROSPECTIVE JUROR:  I'm a manager of a payments
23   company.
24              THE COURT:  Okay.  How long have you been working in
25   that role?
```

```
 1                PROSPECTIVE JUROR:  Five years.

 2                THE COURT:  And prior to that?

 3                PROSPECTIVE JUROR:  I was a banker.

 4                THE COURT:  Okay.  Are you married?

 5                PROSPECTIVE JUROR:  Yes.

 6                THE COURT:  And what does your spouse do for work?

 7                PROSPECTIVE JUROR:  She's now a housewife, was a

 8     lawyer beforehand.

 9                THE COURT:  Okay.  Do you know what kind of law she

10     practiced?

11                PROSPECTIVE JUROR:  Civil law.

12                THE COURT:  All right.  I know you mentioned you have

13     a daughter.  Just to cover that, do you have any adult

14     children, and what do they do for work?

15                PROSPECTIVE JUROR:  I have one adult son, who works

16     in -- as an investor, and then I have two daughters in college,

17     the one I mentioned and one other.

18                THE COURT:  Okay.  Have you ever served on a jury

19     before?

20                PROSPECTIVE JUROR:  I have.

21                THE COURT:  All right.  Do you recall if it was a

22     criminal or a civil case?

23                PROSPECTIVE JUROR:  Civil case.

24                THE COURT:  And do you know if you were the

25     foreperson?
```

```
 1                PROSPECTIVE JUROR:  I was not.

 2                THE COURT:  All right.  Do you know if the jury

 3     reached a verdict?

 4                PROSPECTIVE JUROR:  We did.

 5                THE COURT:  All right.  Have you, any member of your

 6     family, or any close friend ever been employed by a law

 7     enforcement agency?

 8                PROSPECTIVE JUROR:  No.

 9                THE COURT:  All right.  Have you ever been in the

10     military?

11                PROSPECTIVE JUROR:  No, I have not.

12                THE COURT:  All right.  And is there anything in your

13     background or experiences that would prevent you from reaching

14     a verdict in this case based solely on the evidence presented

15     and the law?

16                PROSPECTIVE JUROR:  No.

17                THE COURT:  All right.  Thank you, sir.  You may be

18     seated.

19                Good morning.  Please tell us your name.

20                PROSPECTIVE JUROR:  I'm Steve McEwen.

21                THE COURT:  What do you do for work, sir?

22                PROSPECTIVE JUROR:  Work for Sikorsky Aircraft.

23                THE COURT:  Okay.  How long have you worked for

24     Sikorsky Aircraft?

25                PROSPECTIVE JUROR:  Thirteen years.
```

```
 1                THE COURT:  All right.  And is that in a technician
 2      role, or what do you do?
 3                PROSPECTIVE JUROR:  I'm currently at tool control.
 4                THE COURT:  Tool control, okay.
 5                Have you held any jobs besides working for Sikorsky
 6      Aircraft?
 7                PROSPECTIVE JUROR:  Yeah, I been a blue collar worker
 8      my whole life.
 9                THE COURT:  All right.  Can you tell me a little
10      about that other trade or type of companies or work that you've
11      done?
12                PROSPECTIVE JUROR:  I've also worked in aviation for
13      Grumman, Northrop Grumman.  I've also worked in the
14      construction industry.
15                THE COURT:  Okay.  Thank you.
16                Are you married, sir?
17                PROSPECTIVE JUROR:  I am not.
18                THE COURT:  All right.  Do you have any adult
19      children, and if so, what do they do for work?
20                PROSPECTIVE JUROR:  Yes, one boy.  He is in retail.
21                THE COURT:  All right.  Have you ever been in the
22      military, sir?
23                PROSPECTIVE JUROR:  No, ma'am.
24                THE COURT:  All right.  Have you ever been on a jury
25      before?
```

```
1                  PROSPECTIVE JUROR:  I have.

2                  THE COURT:  Do you remember if you were the

3      foreperson?

4                  PROSPECTIVE JUROR:  I was not.

5                  THE COURT:  And do you know if the jury reached a

6      verdict?

7                  PROSPECTIVE JUROR:  We did not, because one of my

8      fellow jurors --

9                  THE COURT:  It's okay.  You don't need to tell us the

10     details, but I appreciate it.  Thank you very much.

11                 All right.  Is there anything in your background or

12     experiences that would prevent you from reaching a verdict in

13     this case based solely on the evidence presented and the law as

14     I instruct you it is?

15                 PROSPECTIVE JUROR:  No, ma'am.

16                 THE COURT:  All right.  Thank you very much.  You may

17     be seated.

18                 PROSPECTIVE JUROR:  Thank you.

19                 THE COURT:  I think I actually forgot to ask you,

20     sir, one question, Mr. McEwen.  My apologies.  And maybe I did,

21     and I'm just forgetting.

22                 Have you, any member of your family, or any close

23     friend ever been employed by a law enforcement agency?

24                 PROSPECTIVE JUROR:  No, ma'am.

25                 THE COURT:  All right.  Thank you.  You may be
```

Monday, March 21, 2022.

```
 1   seated.

 2           Good morning, Ms. Hess.

 3           PROSPECTIVE JUROR:  Hi.

 4           THE COURT:  What do you do for work?

 5           PROSPECTIVE JUROR:  I'm retired.

 6           THE COURT:  All right.  And what did you do prior to

 7   retiring?

 8           PROSPECTIVE JUROR:  I worked for a data

 9   communications company for about 20 years, and then in small

10   businesses, office management.

11           THE COURT:  All right.  When you said communications

12   company, what kind of communications?

13           PROSPECTIVE JUROR:  Data communications.

14           THE COURT:  Data communications?  Okay.

15           Are you married?

16           PROSPECTIVE JUROR:  Yes.

17           THE COURT:  And what does your spouse do for work?

18           PROSPECTIVE JUROR:  Recently retired, previously in

19   manufacturing.

20           THE COURT:  All right.  Have you, any member of your

21   family, or any close friend ever been employed by a law

22   enforcement agency?

23           PROSPECTIVE JUROR:  No.

24           THE COURT:  All right.  Have you ever served as a

25   juror in a criminal or civil case?
```

Monday, March 21, 2022.

```
 1                PROSPECTIVE JUROR:  No, ma'am.

 2                THE COURT:  All right.  Have you ever served in the

 3     military?

 4                PROSPECTIVE JUROR:  No, ma'am.

 5                THE COURT:  Do you have any adult children, and if

 6     so, what do they do for work?

 7                PROSPECTIVE JUROR:  Nope.

 8                THE COURT:  No, okay.  Thank you.

 9                Is there anything in your background or experiences

10     that would prevent you from reaching a verdict in this case

11     based solely on the evidence presented and the law as I

12     instruct you it is?

13                PROSPECTIVE JUROR:  Nope.

14                THE COURT:  No?  I'm sorry, I can't hear you.

15                PROSPECTIVE JUROR:  I'm good.

16                THE COURT:  Okay.  Did you say no?

17                PROSPECTIVE JUROR:  Yes.

18                THE COURT:  Okay.  Thank you.  You may be seated.

19                All right.  Good morning, sir.

20                PROSPECTIVE JUROR:  Good morning.  Kacie Peacock.

21                THE COURT:  All right.  What do you do for work,

22     Juror Number 13?

23                PROSPECTIVE JUROR:  I am a teen director with the

24     Boys & Girls Club and an English tutor.

25                THE COURT:  How long have you been working for the
```

```
 1  Boys & Girls Club?
 2            PROSPECTIVE JUROR:  A little over two years.
 3            THE COURT:  Okay.  Is that your full-time job?
 4            PROSPECTIVE JUROR:  Yes, ma'am.
 5            THE COURT:  Okay.  And what did you do prior to
 6  joining the Boys & Girls Club?
 7            PROSPECTIVE JUROR:  I worked in public outreach as a
 8  teacher as well.
 9            THE COURT:  All right.  Any other jobs besides the
10  teaching position and the tutoring and the Boys & Girls Club?
11            PROSPECTIVE JUROR:  I delivered food in college.
12            THE COURT:  Okay.  Are you married, sir?
13            PROSPECTIVE JUROR:  I am not.
14            THE COURT:  Okay.  And do you have any adult
15  children?
16            PROSPECTIVE JUROR:  I do not, no, ma'am.
17            THE COURT:  Have you ever served in law enforcement?
18            PROSPECTIVE JUROR:  No, ma'am.
19            THE COURT:  Do you have any relatives or close
20  friends that have been employed by a law enforcement agency?
21            PROSPECTIVE JUROR:  Yes, and I incorrectly answered
22  that earlier.  I forgot.  I do have an uncle.
23            THE COURT:  An uncle, okay.  And what does your uncle
24  do?
25            PROSPECTIVE JUROR:  He serves in Atlanta.
```

```
 1              THE COURT:  As a police officer?
 2              PROSPECTIVE JUROR:  Yes, ma'am.
 3              THE COURT:  Okay.  Is there anything about your
 4    uncle's work in law enforcement that would affect your ability
 5    to be a fair and impartial juror in this case?
 6              PROSPECTIVE JUROR:  No, ma'am.
 7              THE COURT:  All right.  Have you ever served in the
 8    military?
 9              PROSPECTIVE JUROR:  No, ma'am.
10              THE COURT:  Have you ever been a juror in a criminal
11    or a civil case?
12              PROSPECTIVE JUROR:  I have not.
13              THE COURT:  Okay.  Is there anything in your
14    background or experiences that would prevent you from reaching
15    a verdict in this case based solely on the evidence presented
16    and the law as I instruct you it is?
17              PROSPECTIVE JUROR:  While I believe that I am
18    impartial, my brother, as an ex -- or as a felon, was convicted
19    on similar crimes and imprisoned.
20              THE COURT:  Okay.
21              PROSPECTIVE JUROR:  And that should probably be
22    known.
23              THE COURT:  No, thank you, thank you.  I appreciate
24    the candor.
25              Is there anything about your brother's experience
```

```
 1    with that proceeding or his incarceration that would affect
 2    your ability to be fair and impartial in this case?
 3              PROSPECTIVE JUROR:  I do not believe so.
 4              THE COURT:  Okay.  Do you have any hesitation, sir,
 5    in your response?
 6              PROSPECTIVE JUROR:  No, ma'am.
 7              THE COURT:  Okay.  All right.  Thank you.  You may be
 8    seated.
 9              All right.  I think we're at Juror Number 14.
10              Good morning, sir.  What do you do for work?
11              PROSPECTIVE JUROR:  I'm a computer programmer,
12    currently unemployed.
13              THE COURT:  All right.  How long -- have you held any
14    jobs prior to be in computer programming?
15              PROSPECTIVE JUROR:  I used to do freelance graphic
16    design when I was in college.
17              THE COURT:  All right.  Are you married, sir?
18              PROSPECTIVE JUROR:  No.
19              THE COURT:  Do you have any adult children?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  All right.  Have you ever served in the
22    military?
23              PROSPECTIVE JUROR:  I applied but did not enter the
24    Coast Guard because of a medical issue.
25              THE COURT:  Okay.  Have you, any member of your
```

```
 1    family, or any close friend ever been employed by a law
 2    enforcement agency?
 3              PROSPECTIVE JUROR:  Yes.  My grandfather is a retired
 4    Iowa state trooper.
 5              THE COURT:  Okay.  Is there anything about your
 6    grandfather's career that would affect your ability to be fair
 7    and impartial in this case?
 8              PROSPECTIVE JUROR:  No.
 9              THE COURT:  No, okay.
10              Have you ever served as a juror?
11              PROSPECTIVE JUROR:  No.
12              THE COURT:  All right.  Is there anything else in
13    your background or experiences -- I know we had a prior
14    exchange -- that would prevent you from reaching a verdict in
15    this case based solely on the evidence presented to you and the
16    Court's instructions on the law?
17              PROSPECTIVE JUROR:  No.
18              THE COURT:  All right.  Do you wish to have an
19    opportunity to meet with the Court at the bench to further
20    describe any earlier comments?
21              PROSPECTIVE JUROR:  That would probably be good.
22              THE COURT:  Okay.  Let's do that now, then.  Thank
23    you.
24              (Following proceedings were had in bench conference)
25              THE COURT:  Thank you, sir.
```

```
 1              I think you mentioned earlier that you find law
 2   enforcement officers untrustworthy.  Do you care to expand on
 3   that?
 4              PROSPECTIVE JUROR:  So a couple years ago, when there
 5   was a lot of the riots after the whole George Floyd thing, my
 6   girlfriend was at a protest in San Francisco that got tear
 7   gassed.  So I don't really have a good opinion of law
 8   enforcement because it was kind of over the top, more than
 9   necessary.
10              THE COURT:  Okay.  Okay.  Now, obviously, this case
11   presents particular facts in this case.  Do you think you could
12   set aside those feelings that you've described and weigh the
13   evidence in this case objectively?
14              PROSPECTIVE JUROR:  Yes.
15              THE COURT:  You could?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Okay.  Do you have any hesitation, sir,
18   in your ability to do so?
19              PROSPECTIVE JUROR:  No.
20              THE COURT:  All right.  Thank you.
21              Any questions from counsel?
22              MR. HUDOCK:  When you say that you have --
23              THE COURT:  Mr. Hudock, you have to approach the
24   microphone.
25              MR. HUDOCK:  When you say you have an "unfavorable
```

Monday, March 21, 2022.

```
 1    opinion of law enforcement," when you hear a law enforcement
 2    officer testifying, would that cause any pause in your mind
 3    about the truthfulness of that person?
 4              PROSPECTIVE JUROR:  No more than anyone else.
 5              MR. HUDOCK:  Okay, thank you.
 6              THE COURT:  Any questions from the Defense?
 7              MS. PITTAWAY:  No, Your Honor.
 8              THE COURT:  All right.  Thank you, sir.
 9              (Proceedings in open court)
10              THE COURT:  All right.  Thank you.
11              I think we are now at Juror Number 15.
12              Good morning, ma'am.  Please tell us what you do for
13    work.
14              PROSPECTIVE JUROR:  Do you need my name?
15              THE COURT:  Oh, yes, yes.  Thank you.
16              PROSPECTIVE JUROR:  Tiffany McPhail.
17              THE COURT:  Ms. McPhail, thank you.  What do you do
18    for work?
19              PROSPECTIVE JUROR:  I am a family assessment and
20    support worker with Healthy Families.
21              THE COURT:  And what does that entail?
22              PROSPECTIVE JUROR:  We provide home visiting services
23    for families in the community that are at risk of child abuse
24    and neglect.
25              THE COURT:  Okay.  How long have you been doing that
```

```
 1   work?
 2             PROSPECTIVE JUROR:  I have been there for about
 3   five years.
 4             THE COURT:  All right.  And before that job?
 5             PROSPECTIVE JUROR:  I was a direct support
 6   professional that worked with adults with disabilities.
 7             THE COURT:  Okay.  Any other jobs besides the ones
 8   you've described?
 9             PROSPECTIVE JUROR:  I was a preschool teacher.
10             THE COURT:  All right.  Are you married?
11             PROSPECTIVE JUROR:  No.
12             THE COURT:  All right.  Do you have any adult
13   children?
14             PROSPECTIVE JUROR:  No.
15             THE COURT:  Have you ever served in the military?
16             PROSPECTIVE JUROR:  No, ma'am.
17             THE COURT:  Have you, any member of your family, or
18   any close friend ever been employed by a law enforcement
19   agency?
20             PROSPECTIVE JUROR:  No, ma'am.
21             THE COURT:  All right.  Have you ever served on a
22   jury before?
23             PROSPECTIVE JUROR:  Yes, ma'am.  I was on a grand
24   jury.
25             THE COURT:  All right.  Other than that work in a
```

```
 1   grand jury, have you served on any other juries?
 2              PROSPECTIVE JUROR:  No, ma'am.
 3              THE COURT:  All right.  Is there anything in your
 4   background or experiences that would affect your ability to be
 5   fair and impartial in this case?
 6              PROSPECTIVE JUROR:  No, ma'am.
 7              THE COURT:  All right.  Thank you very much,
 8   Ms. McPhail.  You may be seated.
 9              All right.  Juror Number 16, Ms. Mendoza.  Good
10   morning.
11              PROSPECTIVE JUROR:  Good morning.
12              THE COURT:  Oh, I see a juror in the back, Juror
13   Number 41?
14              PROSPECTIVE JUROR:  I have -- I have to go use the
15   bathroom.
16              THE COURT:  Okay.  Thank you, sir.
17              You know what?  You picked a great time to take a
18   break.  It's 11:15 almost.  We will be in about a ten to
19   15-minute break for the facilities.
20              All rise for the jurors.
21              Please return to the same chairs where you're
22   currently seated, and please leave the paddles where you are so
23   we don't misplace them.  Thank you.
24              (The venire panel retired from the courtroom)
25              THE COURT:  Thank you.  We'll be in a brief recess.
```

```
 1              THE COURTROOM DEPUTY:  All rise.
 2              (Recess was had at 11:16 a.m.; and the proceedings
 3              resumed at 11:33 a.m.)
 4              THE COURTROOM DEPUTY:  All rise.  Court is back in
 5    session.
 6              THE COURT:  Thank you.  You may be seated.
 7              If the jurors are ready, let's call them in.
 8              MR. HUDOCK:  Your Honor, if possible, before we call
 9    the jurors in, just one matter of clarification.  I want to
10    make sure that I don't violate any of the rules of the Court,
11    and I wanted to clarify:  Are we allowed to ask follow-up
12    questions that were not submitted to the Court during our
13    personal voir dire?  Or would you like us to limit it to the
14    filed questions?
15              MS. PITTAWAY:  I'm sorry, I have a really hard time
16    hearing you.  It might be the mask, if not the microphone.
17              MR. HUDOCK:  So sorry; I have to get in that habit,
18    Judge.
19              THE COURT:  You can ask follow-up questions relevant
20    to the conversation we've already been having with their
21    answers, and that's acceptable.  But you can't introduce a
22    whole brand new topic that hasn't been covered or that hasn't
23    previously been submitted in your questions.  Does that answer
24    your question?
25              MR. HUDOCK:  It does.  Thank you very much, Judge.
```

```
 1                THE COURT:  All right.  Thank you.

 2                COURT SECURITY OFFICER:  Please rise for the jury.

 3                (Jury in at 11:36 a.m.)

 4                THE COURT:  Thank you.  You may be seated.

 5           All right.  I think we have everybody back.

 6           All right.  I think we left off with Juror Number 16,

 7   is that correct?

 8           Good morning.  Please tell us your name and what you

 9   do for work.

10                PROSPECTIVE JUROR:  Isabella Mendoza, and I'm a

11   full-time student.

12                THE COURT:  All right.  Have you held any positions

13   prior to being a student at the moment?

14                PROSPECTIVE JUROR:  No.

15                THE COURT:  All right.  Are you married?

16                PROSPECTIVE JUROR:  No.

17                THE COURT:  All right.  Do you have any adult

18   children?

19                PROSPECTIVE JUROR:  No.

20                THE COURT:  Have you ever served in the military?

21                PROSPECTIVE JUROR:  No.

22                THE COURT:  All right.  Have you, any member of your

23   family, or any close friend ever been employed by a law

24   enforcement agency?

25                PROSPECTIVE JUROR:  No.
```

```
 1                THE COURT:  I just want to make sure I could hear
 2     you.
 3                PROSPECTIVE JUROR:  No.
 4                THE COURT:  Did you say no?
 5                PROSPECTIVE JUROR:  Yeah, I said no.
 6                THE COURT:  Okay.  Thank you.
 7                Have you ever served as a juror?
 8                PROSPECTIVE JUROR:  No.
 9                THE COURT:  All right.  Is there anything in your
10     background or experiences that would affect your ability to be
11     a fair and impartial juror in this case?
12                PROSPECTIVE JUROR:  No.
13                THE COURT:  All right.  Thank you, ma'am.  You may be
14     seated.
15                PROSPECTIVE JUROR:  Thank you.
16                THE COURT:  All right.  We're at Juror Number 17,
17     Mr. Churchill?
18                PROSPECTIVE JUROR:  Yes.
19                THE COURT:  Good afternoon again, sir.  Please tell
20     us what you do for work.
21                PROSPECTIVE JUROR:  I'm academic dean at Hobe Sound
22     Bible College.
23                THE COURT:  All right.  How long worked for the bible
24     college?
25                PROSPECTIVE JUROR:  Forty-eight years.
```

Monday, March 21, 2022.

```
 1              THE COURT:  Forty-eight years, wow.

 2              Any other jobs, sir, prior to that?

 3              PROSPECTIVE JUROR:  Concurrently, adjunct teacher at

 4    universities and director of accreditation for Florida.

 5              THE COURT:  Okay.  Are you married, sir?

 6              PROSPECTIVE JUROR:  Yes, ma'am.

 7              THE COURT:  What does your spouse do for work?

 8              PROSPECTIVE JUROR:  She's a retired RN.

 9              THE COURT:  Okay.  Has she held any other jobs

10    besides nursing?

11              PROSPECTIVE JUROR:  Housekeeping.

12              THE COURT:  Okay.  Do you have any adult children,

13    and if so, what do they do for work?

14              PROSPECTIVE JUROR:  We have two.  Our older is the

15    director of an abuse center -- substance abuse center.  The

16    younger is an administrator at a university.

17              THE COURT:  Have you served on a jury before?

18              PROSPECTIVE JUROR:  Yes.

19              THE COURT:  And do you remember if it was a civil or

20    a criminal case?

21              PROSPECTIVE JUROR:  Two juries, one civil and one

22    criminal.

23              THE COURT:  Were you the foreperson in either of

24    those?

25              PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  And do you know if they reached verdicts?
 2              PROSPECTIVE JUROR:  Yes.
 3              THE COURT:  All right.  Have you ever served in the
 4    military?
 5              PROSPECTIVE JUROR:  No.
 6              THE COURT:  Have you, any member of your family, or
 7    any close friend ever been employed by a law enforcement
 8    agency?
 9              PROSPECTIVE JUROR:  Several.
10              THE COURT:  Please tell us a little bit about that.
11              PROSPECTIVE JUROR:  A brother who served as a police
12    officer, several sheriffs' deputies, state police in Kansas,
13    FBI, CIA.
14              THE COURT:  These are your relatives?
15              PROSPECTIVE JUROR:  Relatives and close friends.
16              THE COURT:  Okay.  Now, is there anything, sir, about
17    your relationships with those relatives and friends and their
18    work in various law enforcement capacities that would affect
19    your ability to be a fair and impartial juror in this case?
20              PROSPECTIVE JUROR:  No, Your Honor.
21              THE COURT:  All right.  Is there anything else in
22    your background or experiences that would prevent you from
23    reaching a verdict in this case based solely on the evidence
24    presented and the law as I instruct you?
25              PROSPECTIVE JUROR:  No, ma'am.
```

```
 1              THE COURT:  Thank you, sir.  You may be seated.

 2              Good morning again, sir, Mr. Sarhan.  I'm going to be

 3    brief, sir.  Just tell us what you do for work, please.

 4              PROSPECTIVE JUROR:  I work as a branch manager for a

 5    labeling company.

 6              THE COURT:  A labeling company?

 7              PROSPECTIVE JUROR:  Yeah.

 8              THE COURT:  Okay.  Are you married?

 9              PROSPECTIVE JUROR:  I'm not, divorced.

10              THE COURT:  All right.  Thank you.  You may be

11    seated.

12              All right.  We're going to turn to Juror Number 19.

13              Good morning.

14              PROSPECTIVE JUROR:  Good morning.

15              THE COURT:  Please tell us what you do for work.

16              PROSPECTIVE JUROR:  Clinical nurse coordinator, RN,

17    and full-time graduate student.

18              THE COURT:  And have you held any other jobs outside

19    of nursing or the medical field?

20              PROSPECTIVE JUROR:  Web design.  And before that, I

21    was a homemaker and did retail.

22              THE COURT:  Okay.  Are you married?

23              PROSPECTIVE JUROR:  Yes.

24              THE COURT:  What does your spouse do for work?

25              PROSPECTIVE JUROR:  He's a physician.
```

```
 1                THE COURT:  All right.  Do you have any adult
 2   children?
 3                PROSPECTIVE JUROR:  One.
 4                THE COURT:  And what does he or she do for work?
 5                PROSPECTIVE JUROR:  He is doing Uber driving, and I
 6   don't know.
 7                THE COURT:  All right.  Have you ever served in the
 8   military?
 9                PROSPECTIVE JUROR:  No.
10                THE COURT:  Have you ever served on a jury?
11                PROSPECTIVE JUROR:  No.
12                THE COURT:  All right.  Have you, any member of your
13   family, or any close friend ever been employed by a law
14   enforcement agency?
15                PROSPECTIVE JUROR:  No.
16                THE COURT:  All right.  Is there anything in your
17   background or experiences that would prevent you from reaching
18   a verdict in this case based solely on the evidence presented
19   and the law as I instruct you it is?
20                PROSPECTIVE JUROR:  No.  I'm sorry, I need to go
21   back.  I do have an uncle, but he's not my blood uncle, that
22   was a police officer.  He's retired.
23                THE COURT:  Okay, thank you.  Thank you for that
24   clarification.
25                Anything about your uncle's work in law enforcement
```

```
 1   that would affect your ability to be fair and impartial in this
 2   case?
 3            PROSPECTIVE JUROR:  No.
 4            THE COURT:  All right.  I think that's all I have,
 5   ma'am.  Thank you very much.  You may be seated.
 6            Juror Number 20, good morning, sir.  Thank you for
 7   your patience and to all of you.  Please tell us your name.
 8            PROSPECTIVE JUROR:  Yes, my name is Robert Boggus.
 9            THE COURT:  What do you do for work, sir?
10            PROSPECTIVE JUROR:  I am presently the utilities
11   director for the City of Sebring.
12            THE COURT:  All right.  How long have you served in
13   that role, sir?
14            PROSPECTIVE JUROR:  Eighteen years now.
15            THE COURT:  And have you held any other jobs?
16            PROSPECTIVE JUROR:  Yes, ma'am.  Before that, I was
17   the district office manager for Florida Power, which is now
18   Duke Energy.
19            THE COURT:  Okay.  Any other positions outside of
20   the, I guess, energy/utilities field?
21            PROSPECTIVE JUROR:  No, ma'am, other than I did -- I
22   know you're going to get to it eventually, but I was with
23   highway patrol as an auxiliary trooper for about ten years.
24            THE COURT:  Okay.  And what department or agency was
25   that?
```

```
 1              PROSPECTIVE JUROR:  Florida Highway Patrol.

 2              THE COURT:  I'm sorry, Florida, okay.

 3              Eighteen years -- how long was that?

 4              PROSPECTIVE JUROR:  Well, it was from 1977 to 1989,

 5   was the timeframe on that.

 6              THE COURT:  Okay.  All right.  Is there anything

 7   about that work for the Florida Highway Patrol that would

 8   affect your ability to be fair and impartial in this case?

 9              PROSPECTIVE JUROR:  No, ma'am, it would not.

10              THE COURT:  All right.  Have you ever served in the

11   military?

12              PROSPECTIVE JUROR:  No, ma'am, I have not.

13              THE COURT:  Have you served on a jury before?

14              PROSPECTIVE JUROR:  Yes, I have.

15              THE COURT:  Do you recall if it was civil or

16   criminal?

17              PROSPECTIVE JUROR:  It was civil.

18              THE COURT:  And were you the foreperson?

19              PROSPECTIVE JUROR:  No, ma'am.

20              THE COURT:  Do you know if the jury reached a

21   verdict?

22              PROSPECTIVE JUROR:  We did.

23              THE COURT:  Okay.  Are you married?

24              PROSPECTIVE JUROR:  Yes, ma'am.

25              THE COURT:  And what does your spouse do?
```

```
 1              PROSPECTIVE JUROR:  My spouse is a retired elementary

 2   teacher.

 3              THE COURT:  All right.  Did your spouse hold any

 4   other jobs besides teaching?

 5              PROSPECTIVE JUROR:  No, ma'am.

 6              THE COURT:  Okay.  All right.  Do you have any other

 7   family members or close friends who have been employed by a law

 8   enforcement agency?

 9              PROSPECTIVE JUROR:  My father-in-law was a court

10   bailiff for Highlands County Sheriff's Office.  He's now

11   retired.

12              THE COURT:  All right.  Anything about his work that

13   would affect your ability to be fair and impartial?

14              PROSPECTIVE JUROR:  No, ma'am.

15              THE COURT:  All right.  Is there anything else in

16   your background or experiences, sir, that would prevent you

17   from reaching a verdict in this case based solely on the

18   evidence presented and the law as I instruct you it is?

19              PROSPECTIVE JUROR:  No, ma'am.

20              THE COURT:  All right.  Thank you very much.  You may

21   be seated.

22              Good morning.  Please tell us your name, Juror 21.

23              PROSPECTIVE JUROR:  My name is Martha Wah.  I am a

24   principal nuclear engineer for Florida Power & Light.  And I've

25   been with them for, like, eight years.  And before that, I was
```

Monday, March 21, 2022.

```
 1    in other nuclear plants.
 2            THE COURT:  All right.  Any other jobs outside of the
 3    nuclear field?
 4            PROSPECTIVE JUROR:  I worked for Whirlpool
 5    Corporation in Michigan as an engineer as well.
 6            THE COURT:  Okay.  Are you married?
 7            PROSPECTIVE JUROR:  Yes, I am.
 8            THE COURT:  What does your spouse do for work?
 9            PROSPECTIVE JUROR:  He's a mechanical engineer with
10    Florida Power & Light as well.
11            THE COURT:  All right.  Do you have any adult
12    children, and if so, what do they do for work?
13            PROSPECTIVE JUROR:  I have four, and my three oldest
14    ones are mechanical engineers, and my youngest is a marketing.
15            THE COURT:  All right.  Have you ever been in the
16    military?
17            PROSPECTIVE JUROR:  No, I have not.
18            THE COURT:  Have you, any member of your family, or
19    any close friend ever been employed by a law enforcement
20    agency?
21            PROSPECTIVE JUROR:  Yeah.  I have a nephew in
22    New York City that's a detective.
23            THE COURT:  All right.  Anything about his work as a
24    detective that would impair or affect your ability to be fair
25    and impartial in this case?
```

```
 1                 PROSPECTIVE JUROR:  No.

 2                 THE COURT:  All right.  Have you ever served as a

 3      juror?

 4                 PROSPECTIVE JUROR:  No.

 5                 THE COURT:  Is there anything in your background or

 6      experiences that would prevent you from reaching a verdict in

 7      this case based solely on the evidence presented and the law as

 8      I instruct you it is?

 9                 PROSPECTIVE JUROR:  No.

10                 THE COURT:  Thank you very much, Ms. Wah.  You may be

11      seated.

12                 Good morning, Juror 22.  Please tell us your name.

13                 PROSPECTIVE JUROR:  My name is Sarah Bieri.

14                 THE COURT:  And what do you do for work?

15                 PROSPECTIVE JUROR:  I work in credentialing as a

16      primary source verifier.

17                 THE COURT:  Can you tell us what that is?

18                 PROSPECTIVE JUROR:  Basically, I verify physicians'

19      and RNs' licenses, their medical background of their degrees in

20      order for them to be employed in hospitals.

21                 THE COURT:  Thank you.

22                 Have you worked outside of that field?

23                 PROSPECTIVE JUROR:  For credentialing, yes.  I was a

24      hospital coordinator for the NICU doctors for five years; and

25      prior to that, I was a newborn hearing screen coordinator.  And
```

```
1    that's basically it.
2              THE COURT:  Okay.  Anything outside of the healthcare
3    field broadly speaking?
4              PROSPECTIVE JUROR:  When I was, like, 16 or 17, I was
5    a waitress.
6              THE COURT:  Got it.
7              Are you married?
8              PROSPECTIVE JUROR:  I am.
9              THE COURT:  And what does your spouse do for work?
10             PROSPECTIVE JUROR:  A property manager for Loblolly
11   and prior -- he started that last year; and prior to that, he
12   was the director of security as well for the same company.
13             THE COURT:  I didn't hear the name you said.
14             PROSPECTIVE JUROR:  Loblolly.
15             THE COURT:  Can you spell that for me?
16             PROSPECTIVE JUROR:  L-O-B-L-O-L-L-Y?
17             THE COURT:  Okay.  And said security director.
18             PROSPECTIVE JUROR:  He was a security director from
19   last year to 2018; and then from 2010 to '18, he was in
20   security as his industry.
21             THE COURT:  Okay.  Does that involve work with any
22   law enforcement agencies?
23             PROSPECTIVE JUROR:  It's just privately owned with
24   the country clubs.
25             THE COURT:  Okay, okay.
```

```
 1              Has your husband ever worked in law enforcement other
 2    than his work as you've described it?
 3              PROSPECTIVE JUROR:  No.
 4              THE COURT:  All right.  Any other family members or
 5    close friends who've been employed by law enforcement agencies?
 6              PROSPECTIVE JUROR:  My father.  He's retired now, but
 7    he worked for over 20 years for Palm Beach County Sheriff's
 8    Office.
 9              THE COURT:  All right.  Anything about your father's
10    career in law enforcement that would affect your ability to be
11    fair and impartial in this case?
12              PROSPECTIVE JUROR:  No, ma'am.
13              THE COURT:  All right.  Have you ever served in the
14    military?
15              PROSPECTIVE JUROR:  I have not.
16              THE COURT:  Have you ever served on a jury before?
17              PROSPECTIVE JUROR:  No, I haven't.
18              THE COURT:  Is there anything in your background or
19    experiences that would prevent you from reaching a verdict in
20    this case based solely on the evidence presented and the law as
21    I instruct you it is?
22              PROSPECTIVE JUROR:  No, ma'am.
23              THE COURT:  All right.  Thank you very much.  You may
24    be seated.
25              All right.  Juror Number 23, Ms. Mullins.
```

```
 1              PROSPECTIVE JUROR:  Yes, ma'am.  My name is Kelly
 2    Mullins.  I'm an optician for an optometry practice.
 3              THE COURT:  How long have you been an optician?
 4              PROSPECTIVE JUROR:  Twenty-five years.
 5              THE COURT:  Any jobs besides that one?
 6              PROSPECTIVE JUROR:  Yes.  I worked for Jockey
 7    International Manufacturing as a machine operator.
 8              THE COURT:  Okay.  Are you married?
 9              PROSPECTIVE JUROR:  I am.
10              THE COURT:  And what does your spouse do for work?
11              PROSPECTIVE JUROR:  He's a computer tech for an
12    elementary school.
13              THE COURT:  Has he held any other jobs besides the
14    computer tech one?
15              PROSPECTIVE JUROR:  Yes.  He was in the radio
16    industry.
17              THE COURT:  Okay.  Have you, any member of your
18    family, or any close friend ever been employed by a law
19    enforcement agency?
20              PROSPECTIVE JUROR:  No, ma'am.
21              THE COURT:  All right.  Have you ever served in the
22    military?
23              PROSPECTIVE JUROR:  No, ma'am.
24              THE COURT:  Have you ever been on a jury?
25              PROSPECTIVE JUROR:  No, ma'am.
```

```
 1                THE COURT:  All right.  Is there anything in your
 2   background or experiences that would prevent you from reaching
 3   a verdict in this case based solely on the evidence presented
 4   and the law as I instruct you?
 5                PROSPECTIVE JUROR:  No, ma'am.
 6                THE COURT:  Thank you very much.  You may be seated.
 7                I think we're at Juror Number 25.  We don't have a
 8   Juror Number 24.
 9                Good morning, again.  Are you Ms. Brogdon?
10                PROSPECTIVE JUROR:  Yes, I am.
11                THE COURT:  All right.  What do you do for work?
12                PROSPECTIVE JUROR:  I am retired.
13                THE COURT:  And prior to your retirement, what did
14   you do for work?
15                PROSPECTIVE JUROR:  I worked with my husband.  We had
16   a machine shop for aero spacecraft parts.
17                THE COURT:  Okay.  Have you held any other jobs
18   besides working in that company in the machine field?
19                PROSPECTIVE JUROR:  No, ma'am.
20                THE COURT:  All right.  And you mentioned your
21   husband.  Are you married?
22                PROSPECTIVE JUROR:  Widowed.
23                THE COURT:  Okay.  I'm sorry to hear that.
24                Do you have any adult children, and if so, what do
25   they do for work?
```

```
 1              PROSPECTIVE JUROR:  I do.  I have an adult daughter.
 2    She's an auditor.
 3              THE COURT:  Okay.  Does she work for a law
 4    enforcement agency?
 5              PROSPECTIVE JUROR:  No, ma'am.
 6              THE COURT:  Okay.  Have you, any member of your
 7    family, or any close friend ever been employed by a law
 8    enforcement agency?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  All right.  Have you ever served as a
11    juror?
12              PROSPECTIVE JUROR:  I was called but not selected.
13              THE COURT:  And have you ever served in the military?
14              PROSPECTIVE JUROR:  No, ma'am.
15              THE COURT:  All right.  Is there anything in your
16    background or experiences that would prevent you from reaching
17    a verdict in this case based solely on the evidence presented
18    and the law as I instruct you it is?
19              PROSPECTIVE JUROR:  Not based on the evidence, but I
20    wanted to let you know that I had spoke with -- I forget --
21              THE COURT:  Ms. Glass.
22              PROSPECTIVE JUROR:  -- yes -- earlier about my mother
23    is 82, and she's having surgery as we speak, a back surgery,
24    and my father needs me to transport them back home to Stuart.
25    She is having surgery in Palm Beach, and so I'll need to be
```

```
 1   driving them and kind of taking care of them.  They are 82.
 2            THE COURT:  All right.
 3            All right.  Well, we may further discuss this
 4   particular matter, ma'am, but for now, you may be seated.
 5   Thank you, Juror Number 25.
 6            PROSPECTIVE JUROR:  Thank you.
 7            THE COURT:  I think we're at Juror Number 26.
 8            We'll have an opportunity, if necessary, to speak
 9   with you as well.  Thank you very much.  Just tell us your
10   name.
11            PROSPECTIVE JUROR:  Nancy Mayr.
12            THE COURT:  All right.  Thank you.  You may be
13   seated.
14            Juror Number 27.  Can you tell us your name, sir?
15            PROSPECTIVE JUROR:  Cornelius Dandridge.
16            THE COURT:  What do you do for work?
17            PROSPECTIVE JUROR:  Past 42 years I been employed
18   with Florida Power & Light, St. Lucie nuclear site.
19            THE COURT:  What do you do for FPL?
20            PROSPECTIVE JUROR:  Supervisor.
21            THE COURT:  Okay.  Are you married?
22            PROSPECTIVE JUROR:  Yes.
23            THE COURT:  What does your spouse do for work?
24            PROSPECTIVE JUROR:  She's a manager at St. Lucie
25   County courts.
```

```
 1              THE COURT:  Okay.  What does she do for the court
 2   system?
 3              PROSPECTIVE JUROR:  She's recording manager.
 4              THE COURT:  Recording manager, okay.
 5              Has she held any other jobs besides that one?
 6              PROSPECTIVE JUROR:  She was I think supervisor for
 7   the space center credit union.
 8              THE COURT:  All right.  Do you have any adult
 9   children, sir?
10              PROSPECTIVE JUROR:  Yes, I do.
11              THE COURT:  And what do they do for work?
12              PROSPECTIVE JUROR:  Both of them work at the courts.
13   One is a manager as well; the other one sits with a judge.
14              THE COURT:  Okay, thank you.
15              In the state system?
16              PROSPECTIVE JUROR:  That's correct.
17              THE COURT:  Okay.  All right.  Have you, any member
18   of your family, or any close friend ever been employed by a law
19   enforcement agency?
20              PROSPECTIVE JUROR:  Yes.
21              THE COURT:  Can you tell us a little bit about that,
22   please?
23              PROSPECTIVE JUROR:  FBI, chief of police,
24   U.S. marshals.
25              THE COURT:  Those are relatives or friends?
```

Monday, March 21, 2022.

```
 1                PROSPECTIVE JUROR:  Friends, some police officers.

 2                THE COURT:  Okay.

 3                PROSPECTIVE JUROR:  As well.

 4                THE COURT:  All right.  Does your relationship with

 5     those individuals or their prior work -- do you think it would

 6     affect your ability to be a fair and impartial juror in this

 7     case?

 8                PROSPECTIVE JUROR:  My relationship with them is

 9     fine, but like I told you earlier, my opinion and my beliefs is

10     another story.

11                THE COURT:  Understood.  Thank you.  Yes, I have made

12     a note of your earlier remarks, sir.

13                All right.  I think we have what we need.  You may be

14     seated.

15                Juror Number 28.

16                PROSPECTIVE JUROR:  Good morning.

17                THE COURT:  Good morning.  What do you do for work?

18     And please tell us your name.

19                PROSPECTIVE JUROR:  I'm Colleen Ferschke.  I'm a fine

20     dining restaurant server and trainer.

21                THE COURT:  How long have you worked in the

22     restaurant business?

23                PROSPECTIVE JUROR:  Twelve years.

24                THE COURT:  All right.  Any other fields or jobs

25     prior to that one?
```

1              PROSPECTIVE JUROR:  Prior to that, I was in

2      education.  I was a teacher and a tutor.

3              THE COURT:  Are you married?

4              PROSPECTIVE JUROR:  I have a partner.

5              THE COURT:  And what does your partner do for work?

6              PROSPECTIVE JUROR:  Same thing that I do, fine dining

7      restaurant server and trainer.

8              THE COURT:  Okay.  Have you, any member of your

9      family, or any close friend ever been employed by a law

10     enforcement agency?

11             PROSPECTIVE JUROR:  No, ma'am.

12             THE COURT:  Do you have any adult children?

13             PROSPECTIVE JUROR:  No, ma'am.

14             THE COURT:  Have you ever served as a juror?

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  Have you ever served in the military?

17             PROSPECTIVE JUROR:  No.

18             THE COURT:  All right.  Is there anything in your

19     background or experiences that would prevent you from reaching

20     a verdict in this case based solely on the evidence presented

21     and the law as I instruct you it is?

22             PROSPECTIVE JUROR:  No, ma'am.

23             THE COURT:  Thank you very much.  You may be seated.

24             PROSPECTIVE JUROR:  Thank you.

25             THE COURT:  Juror Number 29.

```
 1              PROSPECTIVE JUROR:  Hello.

 2              THE COURT:  Good morning.  We're still in the

 3    morning, barely.  Please tell us your name.

 4              PROSPECTIVE JUROR:  My name is Aaron Mulhausen.  And

 5    just so you know, it is against my religion to swear an oath.

 6    I'm not sure if that affects it.

 7              THE COURT:  I just want to make sure I understand,

 8    sir.  So are you unwilling to take the oath that would be

 9    required to serve as a juror?

10              PROSPECTIVE JUROR:  I won't swear any oath.

11              THE COURT:  All right.  Let me just ask you a few

12    more questions, sir.  What do you do for work?

13              PROSPECTIVE JUROR:  I'm a culinary director.

14              THE COURT:  All right.  And how long have you been

15    doing that?

16              PROSPECTIVE JUROR:  That specifically -- well, I've

17    been in dining for senior living for over ten years now.

18              THE COURT:  Okay.  Any other field outside of dining?

19              PROSPECTIVE JUROR:  There was a very short amount of

20    time that I sold health and life insurance.

21              THE COURT:  All right.  Are you married?

22              PROSPECTIVE JUROR:  Yes.

23              THE COURT:  And what does your spouse do for work?

24              PROSPECTIVE JUROR:  She is a stay-at-home mom.

25              THE COURT:  All right.  So do you have any adult
```

```
 1   children?
 2           PROSPECTIVE JUROR:  No.
 3           THE COURT:  Okay.  Let's see.  Have you ever served
 4   in the military?
 5           PROSPECTIVE JUROR:  No.
 6           THE COURT:  Have you ever served as a juror?
 7           PROSPECTIVE JUROR:  No.
 8           THE COURT:  Have you ever been called to serve as a
 9   juror?
10           PROSPECTIVE JUROR:  No.
11           THE COURT:  All right.  Is there anything in your
12   background or experiences, aside from what you've mentioned
13   related to the oath, that would prevent you from reaching a
14   verdict in this case based solely on the evidence presented to
15   you and the Court's instructions on the law?
16           PROSPECTIVE JUROR:  No.
17           THE COURT:  All right, thank you.  You may be seated.
18           We're at Juror Number 30.
19           Good morning.  Please tell us your name and what you
20   do for work.
21           PROSPECTIVE JUROR:  Yes, my name is Joel Soto, been
22   26 years working in the petroleum industry, working with fuel
23   dispensers, installation of gas stations and everything.
24           THE COURT:  All right.  Have you held any jobs
25   outside of the petroleum industry?
```

```
 1              PROSPECTIVE JUROR:  Yeah, different installation of
 2    security systems, audio, and that's when I was starting.
 3              THE COURT:  Okay.  Are you married?
 4              PROSPECTIVE JUROR:  Yes, ma'am.
 5              THE COURT:  And what does your spouse do for work?
 6              PROSPECTIVE JUROR:  Right now, she's in the retail
 7    industry.
 8              THE COURT:  All right.  Have you, any member of your
 9    family, or any close friend ever been employed by a law
10    enforcement agency?
11              PROSPECTIVE JUROR:  No, ma'am.
12              THE COURT:  All right.  Have you ever served on a
13    jury before?
14              PROSPECTIVE JUROR:  No, ma'am.
15              THE COURT:  Have you served in the military?
16              PROSPECTIVE JUROR:  Yes, ma'am, U.S. Coast Guard.
17              THE COURT:  And when was that?
18              PROSPECTIVE JUROR:  Late '90s.
19              THE COURT:  How long were you in the Coast Guard?
20              PROSPECTIVE JUROR:  Situation arose during boot camp,
21    and I was uncharacterized discharged.
22              THE COURT:  All right.  Okay.  Is there anything
23    about your experience in the Coast Guard or your exit from the
24    Coast Guard that would affect your ability to be a fair and
25    impartial juror in this case?
```

Monday, March 21, 2022.

```
 1                PROSPECTIVE JUROR:  No, ma'am.

 2                THE COURT:  All right.  Is there anything else in

 3     your background or experiences that would prevent you from

 4     reaching a verdict in this case based solely on the evidence

 5     presented to you and the Court's instructions on the law?

 6                PROSPECTIVE JUROR:  No, ma'am.

 7                THE COURT:  All right.  Thank you, sir.  You may be

 8     seated.

 9                PROSPECTIVE JUROR:  Thank you.

10                PROSPECTIVE JUROR:  Is it afternoon yet?

11                THE COURT:  Almost.  If my watch is correct, we're

12     one minute away from noon.

13                Thank you again for everybody's patience.  We are

14     moving along as fast as we can here.

15                Juror Number 31, please tell me your name and what

16     you do for work.

17                PROSPECTIVE JUROR:  My name is Sharon Mercer.  I'm a

18     medical laboratory technologist.

19                THE COURT:  Technologist, is that what you said?

20                PROSPECTIVE JUROR:  Yes, ma'am.

21                THE COURT:  What is that exactly?

22                PROSPECTIVE JUROR:  I do blood work.  I have a degree

23     for microbiology, hematology, chemistry.  I work in the

24     hospital and a clinic.

25                THE COURT:  Thank you.
```

Monday, March 21, 2022.

```
 1              Have you held any jobs outside of the medical field?

 2              PROSPECTIVE JUROR:  In high school, I worked at a

 3    laundromat.

 4              THE COURT:  All right.  Thank you.

 5              Are you married?

 6              PROSPECTIVE JUROR:  Yes, I am.

 7              THE COURT:  And what does your spouse do for work?

 8              PROSPECTIVE JUROR:  My husband is a journeyman

 9    lineman for Duke Energy.

10              THE COURT:  I didn't catch that first word.

11              PROSPECTIVE JUROR:  He's a journeyman lineman for

12    Duke Energy.

13              THE COURT:  Okay.  Have you, any member of your

14    family, or any close friend ever been employed by a law

15    enforcement agency?

16              PROSPECTIVE JUROR:  I have a friend -- well, we have

17    numerous friends, one state trooper, two AG deputies in

18    Highlands County, and also I have a cousin that works for the

19    Sebring Police Department.

20              THE COURT:  All right.  Is there anything about your

21    relationships with those individuals that would impair or

22    affect your ability to be fair and impartial in this case?

23              PROSPECTIVE JUROR:  No, ma'am.

24              THE COURT:  All right.  Do you have any adult

25    children, and if so, what do they do for work?
```

```
 1              PROSPECTIVE JUROR:  Yes, ma'am, two daughters.  One

 2   is a manager of a large equine veterinarian facility, and the

 3   other one is a CNA at a dementia unit.

 4              THE COURT:  All right.  I don't believe I've asked

 5   you this.  Have you ever served in the military?

 6              PROSPECTIVE JUROR:  No, ma'am.

 7              THE COURT:  Have you ever served on a jury before?

 8              PROSPECTIVE JUROR:  Yes, ma'am.

 9              THE COURT:  Were you the foreperson?

10              PROSPECTIVE JUROR:  No, ma'am.

11              THE COURT:  Do you know, without telling me what the

12   verdict was, whether the jury reached a verdict?

13              PROSPECTIVE JUROR:  Yes, ma'am.

14              THE COURT:  All right.  Is there anything in your

15   background or experiences that would prevent you from reaching

16   a verdict in this case based solely on the evidence presented

17   and the law as I instruct you?

18              PROSPECTIVE JUROR:  No, ma'am.

19              THE COURT:  All right.  Thank you very much.  You may

20   be seated.

21              PROSPECTIVE JUROR:  Thank you.

22              THE COURT:  Juror Number 32, good morning.  Please

23   tell us your name and what you do for work.

24              PROSPECTIVE JUROR:  Lauren Neely, and I currently do

25   bookkeeping for my husband's marine business.
```

```
 1                THE COURT:  Did you study accounting?

 2                PROSPECTIVE JUROR:  No, I just do the bookkeeping,

 3      the books.

 4                THE COURT:  Okay.  How long have you been doing

 5      bookkeeping work?

 6                PROSPECTIVE JUROR:  I've been doing his books since

 7      he started in -- probably in '06, but I also worked in the

 8      marine business, and I was a legal secretary before that.

 9                THE COURT:  All right.  When you were a legal

10      secretary, what type of legal work was being conducted at that

11      firm or at that organization?

12                PROSPECTIVE JUROR:  It was personal injury, family

13      law, and contract law.

14                THE COURT:  Okay.  And have you held any other jobs

15      besides the bookkeeping and administrative work you've

16      described?

17                PROSPECTIVE JUROR:  Just working at a parts store for

18      a marine business also.

19                THE COURT:  Got it.  All right.  Thank you.

20                Now, I think you mentioned you're married.  What does

21      your spouse do for work?

22                PROSPECTIVE JUROR:  A marine mechanic.

23                THE COURT:  Okay.  And do you know if he's held any

24      jobs besides the marine mechanic?

25                PROSPECTIVE JUROR:  No.
```

```
 1                THE COURT:  Okay.  Have you, any member of your
 2     family, or any close friend ever been employed by a law
 3     enforcement agency?
 4                PROSPECTIVE JUROR:  No.
 5                THE COURT:  All right.  Have you ever served in the
 6     military?
 7                PROSPECTIVE JUROR:  No.
 8                THE COURT:  Have you ever served on a jury?
 9                PROSPECTIVE JUROR:  No.
10                THE COURT:  All right.  Do you have any adult
11     children?
12                PROSPECTIVE JUROR:  I do.
13                THE COURT:  And what do they do for work?
14                PROSPECTIVE JUROR:  He's a mechanical engineer.
15                THE COURT:  All right.  Is there anything in your
16     background or experiences that would prevent you from serving
17     as a juror in this case and being fair and impartial, weighing
18     the evidence solely as it's presented in light of the Court's
19     instructions on the law?
20                PROSPECTIVE JUROR:  No, there is not.
21                THE COURT:  Thank you very much.  You may by seated,
22     Juror Number 32.
23                All right.  I think we're now good afternoon.
24                Juror Number 33, please tell us your name and what
25     you do for work.
```

```
 1              PROSPECTIVE JUROR:  My name is Matt Way.  I work for

 2     a company out of Ohio.  I'm an account executive or

 3     salesperson.

 4              THE COURT:  All right.  What type of company is that?

 5              PROSPECTIVE JUROR:  We form and manage offshore and

 6     captive reinsurance companies for car dealers and

 7     service-related businesses.

 8              THE COURT:  Okay.  Have you held any other jobs

 9     besides the one you just mentioned?

10              PROSPECTIVE JUROR:  Same job for a competitor.

11              THE COURT:  Okay.  Any other fields that you've

12     worked in besides the reinsurance one?

13              PROSPECTIVE JUROR:  No.

14              THE COURT:  Okay.  Are you married?

15              PROSPECTIVE JUROR:  Yes.

16              THE COURT:  What does your spouse do for work?

17              PROSPECTIVE JUROR:  She writes curriculum for

18     schools.

19              THE COURT:  Okay.  Has she held any other jobs

20     outside of the school field?

21              PROSPECTIVE JUROR:  She was a third grade teacher

22     years ago.

23              THE COURT:  Okay.  Do you have any adult children,

24     and if so, what do they do for work?

25              PROSPECTIVE JUROR:  Do not.
```

Monday, March 21, 2022.

```
 1            THE COURT:  Have you ever served in the military?

 2            PROSPECTIVE JUROR:  Have not.

 3            THE COURT:  Have you ever served on a jury before?

 4            PROSPECTIVE JUROR:  Have not.

 5            THE COURT:  All right.  Have you, any member of your

 6   family, or any close friend ever been employed by a law

 7   enforcement agency?

 8            PROSPECTIVE JUROR:  Nope.

 9            THE COURT:  All right.  Is there anything in your

10   background or experiences that would prevent you from reaching

11   a verdict in this case based solely on the evidence presented

12   and the law?

13            PROSPECTIVE JUROR:  Nope.

14            THE COURT:  Thank you, sir.  You may be seated.

15            Juror Number 34, Ms. Fuller, good afternoon.  Please

16   tell us what you do for work.

17            PROSPECTIVE JUROR:  I work for Florida Power & Light

18   as a technology manager.

19            THE COURT:  How long have you been doing that?

20            PROSPECTIVE JUROR:  One year.

21            THE COURT:  Okay.  And before that?

22            PROSPECTIVE JUROR:  Prior to that, I was working as a

23   statistician or economist.

24            THE COURT:  All right.  Any other jobs besides the

25   tech manager, statistician positions you've mentioned?
```

```
 1                PROSPECTIVE JUROR:  Yes.  I've worked in retail, and
 2     I've done some tutoring.
 3                THE COURT:  Okay.  Are you married?
 4                PROSPECTIVE JUROR:  No.
 5                THE COURT:  Do you have any adult children?
 6                PROSPECTIVE JUROR:  No.
 7                THE COURT:  Have you ever served in the military?
 8                PROSPECTIVE JUROR:  No.
 9                THE COURT:  Have you ever served on a jury?
10                PROSPECTIVE JUROR:  No.
11                THE COURT:  All right.  Have you, any member of your
12     family, or any close friend ever been employed by a law
13     enforcement agency?
14                PROSPECTIVE JUROR:  No.
15                THE COURT:  And is there anything in your background
16     or experiences that would prevent you from reaching a verdict
17     in this case based solely on the evidence presented and the law
18     as I instruct you?
19                PROSPECTIVE JUROR:  No.
20                THE COURT:  Thank you, Juror Number 34.  You may be
21     seated.
22                Juror Number 35, Ms. Delagall.
23                PROSPECTIVE JUROR:  Yes, Danyta Delagall.
24                THE COURT:  All right.  What do you do for work,
25     ma'am?
```

```
 1                PROSPECTIVE JUROR:  I'm an ESE teacher and a realtor.

 2                THE COURT:  What kind of teacher?

 3                PROSPECTIVE JUROR:  ESE.

 4                THE COURT:  What is that?

 5                PROSPECTIVE JUROR:  Exceptional student education,

 6      special ed.

 7                THE COURT:  And how long have you been a teacher,

 8      ma'am?

 9                PROSPECTIVE JUROR:  Six years.

10                THE COURT:  Prior to that, did you hold any other

11      jobs?

12                PROSPECTIVE JUROR:  I was a stay-at-home mom for

13      five years, and I was an epidemiologist at a local health

14      department in Texas for six years.

15                THE COURT:  Okay.  I know you mentioned your husband.

16      What does he do for work?

17                PROSPECTIVE JUROR:  He's a physical therapist.

18                THE COURT:  Okay.  Has he held any other jobs besides

19      physical therapy?

20                PROSPECTIVE JUROR:  No.

21                THE COURT:  All right.  Do you have any adult

22      children?

23                PROSPECTIVE JUROR:  No, I don't.

24                THE COURT:  Have you ever served in the military?

25                PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Have you ever served on a jury before?
 2              PROSPECTIVE JUROR:  No.
 3              THE COURT:  Have you, any member of your family, or
 4    any close friend ever been employed by a law enforcement
 5    agency?
 6              PROSPECTIVE JUROR:  My sister used to be a probation
 7    officer.  Her husband is in bail bonds.  I had a cousin who was
 8    a police officer in Pinellas County.
 9              THE COURT:  All right.  Is there anything about your
10    sister's work in probation or the other individuals' work that
11    you've referenced that would affect your ability to be fair and
12    impartial in this matter?
13              PROSPECTIVE JUROR:  No.
14              THE COURT:  All right.  Is there anything in your
15    background or experiences that would prevent you from reaching
16    a verdict in this case based solely on the evidence presented
17    to you and the Court's instructions on the law?
18              PROSPECTIVE JUROR:  No.  I may be a little swayed by
19    recent events with police misrepresentation and brutality, but
20    I'm not sure.
21              THE COURT:  Now, would you be capable of evaluating
22    the evidence in this case and determining, based on the
23    evidence in this case and the law, what the evidence shows?
24              PROSPECTIVE JUROR:  It's a possibility.
25              THE COURT:  So you're indicating some hesitation
```

```
 1   there.  Can you describe a bit more any concerns you would have

 2   with weighing the evidence based solely on the evidence

 3   presented in this case, independent of any other feelings you

 4   may have?

 5            PROSPECTIVE JUROR:  And it may be because of his race

 6   and my similarity of having brothers who've undergone some

 7   misrepresentation as far as law enforcement.  I have a brother

 8   who -- who just was released from prison maybe a year ago, and

 9   the other who has kind of had some ins and outs with the law.

10            THE COURT:  Thank you for your candor, ma'am.  I

11   appreciate it.

12            So let me just ask you broadly.  Do you think you

13   could be a fair and impartial juror in this case?

14            PROSPECTIVE JUROR:  I'll do my best.

15            THE COURT:  All right.  But you're not certain?

16            PROSPECTIVE JUROR:  No.

17            THE COURT:  All right.  Thank you.  You may be

18   seated.

19            Juror Number 36.

20            PROSPECTIVE JUROR:  Charles Walker.

21            THE COURT:  Good afternoon, sir.  Please tell me what

22   you do for work.

23            PROSPECTIVE JUROR:  I work in the kitchen at the

24   VA hospital.

25            THE COURT:  How long worked in that field?
```

Monday, March 21, 2022.

```
 1                PROSPECTIVE JUROR:  Two years.

 2           THE COURT:  And what did you do before that?

 3                PROSPECTIVE JUROR:  Retired from UPS, certified

 4  carpenter, electrician.

 5           THE COURT:  Are you married, sir?

 6                PROSPECTIVE JUROR:  Yes.

 7           THE COURT:  What does your spouse do for work?

 8                PROSPECTIVE JUROR:  Manager at the VA hospital.

 9           THE COURT:  All right.  Has your spouse held any

10  other positions?

11                PROSPECTIVE JUROR:  Yes, chemical specialist, United

12  States Army.

13           THE COURT:  All right.  Have you served in the

14  military?

15                PROSPECTIVE JUROR:  Yes, I have.

16           THE COURT:  Can you tell us a little bit about your

17  service?

18                PROSPECTIVE JUROR:  Military police.

19           THE COURT:  For how long?

20                PROSPECTIVE JUROR:  Eleven years.

21           THE COURT:  And how long ago was that?

22                PROSPECTIVE JUROR:  I got out in '91.

23           THE COURT:  All right.  Is there anything about your

24  role or your experience in the military that would affect your

25  ability to be a fair and impartial juror in this case?
```

```
 1              PROSPECTIVE JUROR:  Not really in military.  I was in
 2     the King County Police Department for four years, and that was
 3     really -- seen some things happen that cops do that would
 4     really make me think.
 5              THE COURT:  Okay.  Let me just inquire further.  So
 6     were you a police officer, sir?
 7              PROSPECTIVE JUROR:  Yes, ma'am.
 8              THE COURT:  All right.  For four years, you said?
 9              PROSPECTIVE JUROR:  Yes, ma'am.
10              THE COURT:  And what agency was that?
11              PROSPECTIVE JUROR:  King County, Seattle, Washington.
12              THE COURT:  Got it.  Okay.
13              And how long ago was that?
14              PROSPECTIVE JUROR:  1995 through about 2000.
15              THE COURT:  Okay.  Based on your prior work in law
16     enforcement, do you think you could be a fair and impartial
17     juror in this case?
18              PROSPECTIVE JUROR:  I would have some resigns
19     [phonetic] about the whole-thing.
20              THE COURT:  I'm sorry?
21              PROSPECTIVE JUROR:  I would have some questions about
22     the whole thing.
23              THE COURT:  All right.  Thank you, sir.  You may be
24     seated.
25              Juror Number 37.
```

Monday, March 21, 2022.

```
 1              I'm going to actually ask you, ma'am, if you don't
 2    mind, coming up to the bench -- do I have my notes correct that
 3    you mentioned you were familiar with the defendant?
 4              PROSPECTIVE JUROR:  Through work.
 5              THE COURT:  Okay, got it.  Yes.  Okay.  I understand
 6    that.  I think we have covered that sufficiently.
 7              Okay.  What do you do for work, ma'am?
 8              PROSPECTIVE JUROR:  I work at the St. Lucie County
 9    jail.
10              THE COURT:  Okay.  And what do you do specifically?
11              PROSPECTIVE JUROR:  I work in the booking department,
12    in the transportation department, and I also schedule
13    professional appointments with the lawyers.
14              THE COURT:  Okay.  How long have you worked for the
15    jail?
16              PROSPECTIVE JUROR:  Two years.
17              THE COURT:  What did you do before that?
18              PROSPECTIVE JUROR:  I was an administrative assistant
19    in the trucking industry for 30 years.
20              THE COURT:  Are you married?
21              PROSPECTIVE JUROR:  Yes, I am.
22              THE COURT:  What does your spouse do?
23              PROSPECTIVE JUROR:  He's a technical specialist for
24    CO2.
25              THE COURT:  What is that?
```

```
 1              PROSPECTIVE JUROR:  The bulk CO2, like for soda pop
 2    and beer.
 3              THE COURT:  Got it.  Thank you.
 4              Has he held any other jobs outside of that field?
 5              PROSPECTIVE JUROR:  Truck driver.
 6              THE COURT:  Okay.  Do you have any adult children?
 7              PROSPECTIVE JUROR:  Two.
 8              THE COURT:  And what do they do for work?
 9              PROSPECTIVE JUROR:  One is an ICU nurse at Lawnwood,
10    and the other one is a college student and works at Dominoes.
11              THE COURT:  All right.  Have you ever served in the
12    military?
13              PROSPECTIVE JUROR:  No, ma'am.
14              THE COURT:  Have you ever been served on a jury
15    before?
16              PROSPECTIVE JUROR:  Yes.
17              THE COURT:  Do you remember if it was a criminal or a
18    civil case?
19              PROSPECTIVE JUROR:  Criminal.
20              THE COURT:  Were you the foreperson?
21              PROSPECTIVE JUROR:  No.
22              THE COURT:  Do you know if the jury reached a
23    verdict?
24              PROSPECTIVE JUROR:  Yes.
25              THE COURT:  All right.  Have you, any member of your
```

```
 1    family, or any close friend ever been employed by a law

 2    enforcement agency, other than what you've already described?

 3              PROSPECTIVE JUROR:  Just friends at the jail, other

 4    than that, no.

 5              THE COURT:  Okay.  Is there anything about your

 6    friendships with those employees of the jail that would affect

 7    your ability to be fair and impartial in this case?

 8              PROSPECTIVE JUROR:  No, ma'am.

 9              THE COURT:  All right.  Is there anything else in

10    your background or experiences that would prevent you from

11    reaching a verdict in this case based solely on the evidence

12    presented and the law as I instruct you it is?

13              PROSPECTIVE JUROR:  No, ma'am.

14              THE COURT:  All right.  Thank you very much.  You may

15    be seated, Juror Number 37.

16              I think we're now at Juror Number 38.  Please tell us

17    your name.

18              PROSPECTIVE JUROR:  My name is Joseph Desir.

19              THE COURT:  All right.  And what do you do for work,

20    sir?

21              PROSPECTIVE JUROR:  I'm an Amazon warehouse worker.

22              THE COURT:  All right.  How long have you been doing

23    that?

24              PROSPECTIVE JUROR:  About a year.

25              THE COURT:  All right.  And before that, what were
```

```
 1    your jobs, if any?

 2              PROSPECTIVE JUROR:  Retail mostly.

 3              THE COURT:  Okay.  Are you married?

 4              PROSPECTIVE JUROR:  No.

 5              THE COURT:  Okay.  All right.  We did have an

 6    opportunity to speak earlier, so I'm going to conclude our

 7    exchange at the moment.  Thank you very much.  You may be

 8    seated.

 9              Juror Number 39.

10              Good afternoon, sir.  Please tell us your name.

11              PROSPECTIVE JUROR:  Keith Berntsen.

12              THE COURT:  What do you do for work, sir?

13              PROSPECTIVE JUROR:  I'm an installation manager for a

14    window and door company.

15              THE COURT:  How long have you been doing that?

16              PROSPECTIVE JUROR:  About eight years.

17              THE COURT:  And before that job?

18              PROSPECTIVE JUROR:  Retail.

19              THE COURT:  What type of retail?

20              PROSPECTIVE JUROR:  Like, a sporting goods store.

21              THE COURT:  Got it.

22              Are you married?

23              PROSPECTIVE JUROR:  Not yet, soon to be.

24              THE COURT:  Congratulations.  What does your fiancée

25    do for work?
```

```
 1              PROSPECTIVE JUROR:  She's an administrative assistant
 2   for property management.
 3              THE COURT:  Okay.  Have you, any member of your
 4   family, or any close friend ever been employed by a law
 5   enforcement agency?
 6              PROSPECTIVE JUROR:  No.
 7              THE COURT:  All right.  Have you ever served in the
 8   military?
 9              PROSPECTIVE JUROR:  No.
10              THE COURT:  Have you ever served on a jury?
11              PROSPECTIVE JUROR:  No, ma'am.
12              THE COURT:  All right.  Is there anything in your
13   background or experiences that would prevent you from reaching
14   a verdict in this case based solely on the evidence presented
15   and the law as I instruct you it is?
16              PROSPECTIVE JUROR:  No, ma'am.
17              THE COURT:  All right.  Thank you.  You may be
18   seated.
19              We're now at Juror Number 40, Ms. Owens?
20              PROSPECTIVE JUROR:  Hello.
21              THE COURT:  Hello.  What do you do for work?
22              PROSPECTIVE JUROR:  I'm a massage therapist.
23              THE COURT:  And how long have you been a massage
24   therapist?
25              PROSPECTIVE JUROR:  Fourteen years.
```

```
 1              THE COURT:  Any jobs before that one?

 2              PROSPECTIVE JUROR:  I was a great stay-at-home mom.

 3              THE COURT:  Great.

 4         Do you have any adult children?

 5              PROSPECTIVE JUROR:  I do, two.  My oldest daughter is

 6    CEO and founder of a nonprofit that helps battered women heal

 7    naturally, in Jacksonville, Florida; and then I have a younger

 8    daughter that is an actress and a model in Los Angeles,

 9    California.

10              THE COURT:  Okay.  And are you married?

11              PROSPECTIVE JUROR:  I -- my husband was a doctor.  I

12    am widowed.

13              THE COURT:  All right.  Thank you.

14         Have you ever served in the military?

15              PROSPECTIVE JUROR:  No.

16              THE COURT:  Have you ever served on a jury before?

17              PROSPECTIVE JUROR:  Yes.

18              THE COURT:  All right.  Do you remember if it was a

19    civil or a criminal case?

20              PROSPECTIVE JUROR:  It was civil.

21              THE COURT:  And were you the foreperson?

22              PROSPECTIVE JUROR:  I was not.

23              THE COURT:  Okay.  Do you know if the jury reached a

24    verdict?

25              PROSPECTIVE JUROR:  Yes, they did.
```

Monday, March 21, 2022.

```
 1              THE COURT:  It did, okay.

 2              Have you, any member of your family, or any close

 3    friend ever been employed by a law enforcement agency?

 4              PROSPECTIVE JUROR:  No, ma'am.

 5              THE COURT:  All right.  Let's see.  Is there anything

 6    in your background or experiences that would prevent you from

 7    serving as a fair and impartial juror in this case?

 8              PROSPECTIVE JUROR:  No.

 9              THE COURT:  Thank you.  You may be seated.

10              Last but not least, Juror Number 41, hello.  Please

11    tell us your name and what you do for work.

12              PROSPECTIVE JUROR:  Stephen Dickey.  I'm a student.

13              THE COURT:  All right.  And where do you study?

14              PROSPECTIVE JUROR:  Well, I'm actually going to be

15    studying this August, so -- at University of Montreal.

16              THE COURT:  Oh, okay.  And so what are you doing now?

17              PROSPECTIVE JUROR:  Well, now, I'm just I guess

18    preparing.

19              THE COURT:  I'm sorry?

20              PROSPECTIVE JUROR:  Like preparing, just waiting.

21              THE COURT:  Waiting, okay.

22              Are you currently employed?

23              PROSPECTIVE JUROR:  No.

24              THE COURT:  Okay.  Are you married, sir?

25              PROSPECTIVE JUROR:  No.
```

```
 1                THE COURT:  Have you ever served in the military?

 2                PROSPECTIVE JUROR:  No.

 3                THE COURT:  Have you ever served on a jury before?

 4                PROSPECTIVE JUROR:  No.

 5                THE COURT:  Have you, any member of your family, or

 6      any close friend ever been employed by a law enforcement

 7      agency?

 8                PROSPECTIVE JUROR:  My dad worked at the sheriff's

 9      department in Michigan.

10                THE COURT:  Okay.  And is he still working for the

11      sheriff's department?

12                PROSPECTIVE JUROR:  No.

13                THE COURT:  Is there anything about your father's

14      work in law enforcement that would affect your ability to be a

15      fair and impartial juror in this case?

16                PROSPECTIVE JUROR:  Possibly.  He would, you know,

17      maybe say things and make me maybe be impartial towards law

18      enforcement.

19                THE COURT:  Now, of course, each case has its own

20      facts and its own context, and you would be required as a juror

21      to evaluate this case based solely on the evidence presented in

22      this courtroom, setting aside any feelings or experiences

23      you've held in the past.  Would you be capable of doing that,

24      sir?

25                PROSPECTIVE JUROR:  Yeah, yeah.
```

```
1              THE COURT:  Do you have any hesitation in your
2    ability to be a fair and impartial juror in this case?
3              PROSPECTIVE JUROR:  Yes.
4              THE COURT:  All right.  Thank you very much, sir.
5    You may be seated.
6              All right.  I'm going to now permit the lawyers a
7    brief period of time to conduct limited follow-up questioning
8    of the jurors.  Each side will be allotted the same amount of
9    time.  Again, the same principle applies.  If you wish to speak
10   in private, outside the presence of your fellow jurors, please
11   raise your paddle, and we will make that happen.  And we will
12   try to move along as fast as we can.
13             With that, let's start with the government.
14             MR. HUDOCK:  Thank you, Your Honor.
15             Good afternoon, ladies and gentlemen.
16             THE PROSPECTIVE JURORS:  Good afternoon.
17             MR. HUDOCK:  All right.  Just have some brief
18   follow-up for you.  If we could begin with Juror Number 13.
19             Give you the mic, sir.
20             PROSPECTIVE JUROR:  Huh?
21             MR. HUDOCK:  Is there a microphone?  I'm sorry.
22             PROSPECTIVE JUROR:  Yes.
23             MR. HUDOCK:  All right.  You had indicated previously
24   that you worked in early childcare and a teen director for the
25   Boys & Girls Club.  I didn't catch how long you had worked
```

```
 1  there.

 2            PROSPECTIVE JUROR:  For two years.

 3            MR. HUDOCK:  And previously to that, you were a

 4  public outreach teacher at where?

 5            PROSPECTIVE JUROR:  In Alabama, at Auburn University.

 6            MR. HUDOCK:  Okay.  How long were you a public

 7  outreach teacher there?

 8            PROSPECTIVE JUROR:  About four years.

 9            MR. HUDOCK:  Okay.  And what type of public outreach

10  did you do, sir?

11            PROSPECTIVE JUROR:  Educational in nature, biology,

12  and other outdoor things, like gardening.

13            MR. HUDOCK:  Okay.  Thank you very much.  Appreciate

14  it.

15            All right.  Juror Number 19.  If we could pass the

16  mic.

17            You had indicated -- and if you're uncomfortable

18  discussing it here -- that you had a meeting for your child

19  later in the week.  Is that something that would possibly be

20  able to be rescheduled or is it something that absolutely must

21  happen this week?

22            PROSPECTIVE JUROR:  It's something that has to

23  happen.  I had to push to get her on the schedule.

24            MR. HUDOCK:  Okay.  All right.  Thank you very much.

25            Juror Number 14.
```

Monday, March 21, 2022.

1        Juror Number 14, if you'd like to discuss at the

2   bench, we can, but I do have some follow-up questions for you.

3   Specifically, based on the feelings that you had previously

4   expressed, do you have any reservation whatsoever about whether

5   or not you'd be able to be fair and impartial to both sides in

6   this case?

7        PROSPECTIVE JUROR:  No, I have no reservations.

8        MR. HUDOCK:  Okay.  And do you think at any point

9   during the evidence or testimony, you would be thinking about

10  your personal experiences and comparing them to the evidence or

11  testimony?

12       PROSPECTIVE JUROR:  I'm not really sure how to answer

13  that question, because it kind of feels like that's the nature

14  of what a jury is supposed to do, use their life experiences to

15  kind of understand the situation.

16       MR. HUDOCK:  Okay.  You'll hear an instruction that

17  you're supposed to only consider the facts and the testimony

18  that are presented in court.  Do you think you'd be able to do

19  that?

20       PROSPECTIVE JUROR:  Yes.

21       MR. HUDOCK:  Okay.  Thank you very much, sir.

22       Juror Number 41.

23       Good afternoon, sir.  I wasn't fully clear when you

24  said that you had some hesitation and concern about law

25  enforcement.  Was it that you would be more inclined to believe

```
 1    law enforcement or less inclined to believe law enforcement?

 2              PROSPECTIVE JUROR:  Less inclined.

 3              MR. HUDOCK:  Okay.  And do you have any particular

 4    personal experiences that would lead you to that position?

 5              PROSPECTIVE JUROR:  No.

 6              MR. HUDOCK:  Okay.  Do you think you could put that

 7    feeling aside if the judge instructed you to and judge the

 8    facts fairly and impartially?

 9              PROSPECTIVE JUROR:  Yeah.

10              MR. HUDOCK:  Okay.  Do you believe that it would be

11    in the back of your mind during the trial?

12              PROSPECTIVE JUROR:  Yeah.

13              MR. HUDOCK:  Okay.  All right.  Thank you very much,

14    sir.

15              By a show of hands, does anyone have a similar

16    experience to Juror Number 41?  Has anyone by yourself or close

17    to you had an encounter with law enforcement that would make

18    you automatically distrust a law enforcement officer, by a show

19    of hands?

20              Okay.  I think we've already heard from both

21    gentlemen in the back.  Is there anyone else, apart from those

22    two gentlemen that we've heard from?

23              Okay.  I don't see any hands raised.

24              Juror Number 6.  Good afternoon, sir.

25              PROSPECTIVE JUROR:  Good afternoon.
```

1          MR. HUDOCK:  You had mentioned that your grandfather

2     was a juvenile detention officer.  Had he ever shared with you

3     any personal interactions or stories during his time as a

4     juvenile detention officer?

5          PROSPECTIVE JUROR:  He wants to, like, oh, yeah, no,

6     I got some *(unintelligible)*.  He'd, like, occasion just -- he

7     wouldn't go into, like, specifics, but he'd just, like, this

8     squad, like some gangs or something, you know, just -- he was

9     kind of just looking out for us, like just make sure we didn't

10    follow the wrong crowd.  He just had his own way of doing it.

11         MR. HUDOCK:  Okay.  Do you have any strong feelings

12    one way or another based on your experiences with your

13    grandfather?

14         PROSPECTIVE JUROR:  No, not offhand.

15         MR. HUDOCK:  Do you have any strong feelings about

16    law enforcement one way or another?

17         PROSPECTIVE JUROR:  No.

18         MR. HUDOCK:  Okay.  Nothing further.  Thank you so

19    much, sir.

20         If I may have one moment, Your Honor.

21         *(Discussion off the record between Government*

22         *Counsel)*

23         MR. HUDOCK:  Those are all the questions from the

24    government, Your Honor.

25         Thank you very much, ladies and gentlemen.

```
 1                THE COURT:  Thank you very much, Mr. Hudock.

 2           Ms. Pittaway or Mr. Patanzo.

 3           MS. PITTAWAY:  Good afternoon.

 4           It's tough speaking to you last.

 5           You may hear testimony during this trial that my

 6      client is an entertainer or that he is a rap artist.  Does

 7      anybody have any particularly strong feelings about rap music

 8      or entertainers that would influence their ability to be a

 9      juror in this case?

10           I don't see any -- Your Honor, if the record could

11      reflect....

12                THE COURT:  No hands?  Okay, thank you.  So

13      reflected.

14           Jurors can you hear Ms. Pittaway?

15           Yes, okay, great.

16           MS. PITTAWAY:  Mr. Horton.

17           PROSPECTIVE JUROR:  Yes.

18           MS. PITTAWAY:  Sir, you had spoken regarding your

19      nephew who is law enforcement, and you had indicated that he

20      has passed.

21           PROSPECTIVE JUROR:  Yes.

22           MS. PITTAWAY:  I'm sorry to hear of his passing.  Was

23      he in service when he passed?

24           PROSPECTIVE JUROR:  He was, but he passed of a heart

25      attack off duty.
```

Monday, March 21, 2022.

1            MS. PITTAWAY:  And would his passing or his service

2      affect your ability to be an impartial and fair juror in this

3      case?

4            PROSPECTIVE JUROR:  Absolutely not.

5            MS. PITTAWAY:  Okay.  Thank you, sir.

6            And Mr. Boggus.

7            This is juror in seat 20.

8            PROSPECTIVE JUROR:  Thank you, sir.

9            Yes, ma'am.

10           MS. PITTAWAY:  Sir, you served as a former law

11     enforcement, correct?

12           PROSPECTIVE JUROR:  Auxiliary officer, yes, ma'am.

13           MS. PITTAWAY:  And during that service, did you

14     become friends and comrades with other associate law

15     enforcement officers?

16           PROSPECTIVE JUROR:  Yes, we did.  I did, yes.

17           MS. PITTAWAY:  And would those bonds affect your

18     ability to weigh any testimony from a law enforcement officer

19     as opposed to a lay witness?

20           PROSPECTIVE JUROR:  No, ma'am, I don't believe it

21     will.

22           MS. PITTAWAY:  So if a law enforcement officer were

23     to testify that a light was red, and a lay person were to

24     testify that a light was green, would you be swayed by the law

25     enforcement officer's testimony simply because that witness is

Monday, March 21, 2022.

```
 1   a law enforcement officer?

 2              PROSPECTIVE JUROR:  I don't believe I would.

 3              MS. PITTAWAY:  Are you uncertain or do you have

 4   hesitation?

 5              PROSPECTIVE JUROR:  Well, not really hesitation, no,

 6   ma'am.

 7              MS. PITTAWAY:  Thank you, sir.

 8              PROSPECTIVE JUROR:  You're welcome.

 9              MS. PITTAWAY:  Moment to confer, Your Honor.

10              (Discussion had off the record between Defense

11    Counsel and Client)

12              MS. PITTAWAY:  Now, you heard the Judge speak about

13   how there's a presumption of innocence, and that's at that

14   table right there, the Government is forced to bear the burden

15   throughout the trial of proving each and every element to --

16   regarding the charge for possession of a firearm by convicted

17   felon.  Is there anybody that has any sympathy for the burden

18   that the Government has to carry during the entire trial?

19              If the record could reflect there's no hands raised?

20              THE COURT:  Certainly, no hands raised.

21              MS. PITTAWAY:  And is there anybody that expects this

22   table over here, the defense table, to present any evidence,

23   any witnesses, or any testimony to you during this trial?

24              THE COURT:  Record reflects no hands.

25              MS. PITTAWAY:  Ms. Melius.  Juror in seat 1.
```

```
1                What does a "burden of proof" mean to you, in your

2      words?

3                PROSPECTIVE JUROR:  Burden of proof, somebody would

4      have to be able to prove without a reasonable doubt that

5      something happened, I guess.

6                MS. PITTAWAY:  And what kinds of proof would you be

7      looking for during a trial?

8                PROSPECTIVE JUROR:  Physical evidence, video.  I

9      don't know.  I'm not sure.  Can you rephrase the question,

10     maybe?  I don't know.

11               MS. PITTAWAY:  And do you have any expectation of

12     what the government might show at this trial?

13               PROSPECTIVE JUROR:  More than just hearsay, I guess,

14     or -- I guess I don't understand.

15               MS. PITTAWAY:  Are you open to hearing all the

16     testimony and the evidence?

17               PROSPECTIVE JUROR:  Yes.

18               MS. PITTAWAY:  That might happen?

19               All right.  Thank you.

20               Go down that line.

21               THE COURT:  Can't hear you, Ms. Pittaway, when you

22     step away from the microphone.  Maybe you would benefit from

23     the portable microphone.

24               MS. PITTAWAY:  Yes, ma'am, if I may.

25               Sir -- and this is Mr. Perell (sic) in seat 2.
```

Monday, March 21, 2022.

```
 1                    PROSPECTIVE JUROR:  Petrulak.

 2              MS. PITTAWAY:  I'm going to ask you the same

 3    question.  What does a burden of proof mean to you?

 4              PROSPECTIVE JUROR:  It means that the government has

 5    to provide facts and evidence to back up their case that the

 6    defendant was guilty of what he was being charged with.

 7              MS. PITTAWAY:  And if the government worked really,

 8    really hard to do that, and they present 50 witnesses, but

 9    you're still thinking, "You know, I'm not convinced," would you

10    feel any kind of sympathy for them at how hard they might work

11    to try to prove a case to you?

12              PROSPECTIVE JUROR:  No.  I would say that would leave

13    reasonable doubt in my mind that maybe the facts aren't there

14    the way that they presented them.

15              MS. PITTAWAY:  Okay.  Thank you, sir.

16              And, ma'am, this would be Ms. Barry, in seat

17    number 3.

18              PROSPECTIVE JUROR:  Yes.

19              MS. PITTAWAY:  Ma'am, I'm going to pose the same

20    question to you.  What does a burden mean to you, in your

21    words, and would you have any sympathy for the government in

22    having to carry that burden throughout trial?

23              PROSPECTIVE JUROR:  Well, it means for me as the

24    government having to gather all this information on the

25    defendant and presenting it to us.  Do I feel any sympathy?
```

```
 1   No.
 2           MS. PITTAWAY:  Okay.  And would you hold them to that
 3   burden throughout trial?
 4           PROSPECTIVE JUROR:  No.
 5           MS. PITTAWAY:  I'm sorry, let me rephrase the
 6   question.
 7           Would you hold the government to carrying the burden
 8   to prove each and every element of the offense during the
 9   entire trial?
10           PROSPECTIVE JUROR:  Yes, I would.
11           MS. PITTAWAY:  Okay.  Thank you, ma'am.
12           I thought I might have poorly phrased it, so I wanted
13   to rephrase it.
14           THE COURT:  Two minutes.
15           MS. PITTAWAY:  Thank you, Judge.  I see that my time
16   has run.
17           THE COURT:  You still have two minutes.
18           MS. PITTAWAY:  Oh, two minutes, then I will use it.
19           Ms. Williams, in seat number 4.
20           Now, Ms. Williams, you indicated that you know me.
21   Would that affect your ability to serve as a fair and impartial
22   juror in this case?
23           PROSPECTIVE JUROR:  I should have stated that I know
24   of you, but I don't know you personally.
25           MS. PITTAWAY:  Okay.  I'm going to ask you -- pose
```

```
1    the same question to you regarding the burden of proof and

2    whether you would have any sympathy for the government in

3    carrying that burden of proof throughout trial.

4            PROSPECTIVE JUROR:  The burden of proof is the --

5    they have to present the evidence and to prove their case

6    against the defendant.  I would not have sympathy for them, if

7    they didn't -- within the working of the trial, I wouldn't have

8    sympathy, no.

9            MS. PITTAWAY:  Okay.  And I just want to come back --

10   I know that if -- you know of me; I believe we may have

11   interacted a few times.

12           PROSPECTIVE JUROR:  Yes.

13           MS. PITTAWAY:  Would that present any kind of

14   awkwardness or difficulty for you to be able to serve as a

15   juror during the trial?

16           PROSPECTIVE JUROR:  No, because as I said, I don't

17   know you personally.  I know you in passing, and as an

18   employee, my carrying out my job, that's -- but personally, no,

19   I do not know you.

20           MS. PITTAWAY:  Thank you, ma'am.

21           In seat number 5.

22           Am I pronouncing it correctly, Ms. Ager?

23           PROSPECTIVE JUROR:  Ager.

24           THE COURT:  And you are almost out of time, so maybe

25   one question, and then we'll wrap up.
```

```
 1                  MS. PITTAWAY:  Thank you, Judge.

 2                  Would you have any sympathy for forcing and requiring

 3       the government to bear the burden of proof throughout the

 4       entire trial?

 5                  PROSPECTIVE JUROR:  No.  I think that was clearly

 6       stated.

 7                  MS. PITTAWAY:  Okay.

 8                  PROSPECTIVE JUROR:  What their responsibility is.

 9                  MS. PITTAWAY:  Thank you.

10                  THE COURT:  All right.  Thank you all very much.

11                  I'm going to ask the lawyers to come to the bench

12       very briefly, so just bear with us while we hopefully conclude

13       this process soon.

14                  (Following proceedings were had in bench conference)

15                  THE COURT:  All right.  I just wanted to make sure

16       there were no additional jurors that we needed to speak to

17       privately.  I don't believe there are.  I've gone through my

18       notes, but let me know now if there are any I may have missed.

19                  MR. HUDOCK:  There was one, Your Honor, Juror

20       Number 13.  I wanted to discuss his brother's priors at the

21       bench.

22                  THE COURT:  So this is Mr. Peacock?

23                  MR. HUDOCK:  Yes.

24                  THE COURT:  He referenced his brother's prior

25       convictions?
```

Monday, March 21, 2022.

```
 1              MR. HUDOCK:  Yes.

 2              THE COURT:  All right.  Other than Mr. Peacock, any

 3   other jurors?

 4              MR. HUDOCK:  Yes, Judge.  I believe you wanted to

 5   speak with Ms. -- I don't know how to pronounce it -- Juror

 6   Number 26 in reference to her religious convictions, and as

 7   well as Number 25, Ms. Brogdon.

 8              MS. PITTAWAY:  Just to be clear, I thought that she

 9   was quite clear without hesitation.

10              THE COURT:  Yeah, so, okay.

11              All right.  We're going to ask -- I'm going to ask

12   Jurors 13 and 25 to make their way up.  Any other jurors?  I'm

13   asking only if we need a specific sidebar conference with

14   anybody.

15              MR. HUDOCK:  I think that was all from the

16   government.

17              MR. PATANZO:  The other question I have are the

18   people who have the hardships.

19              THE COURT:  We will discuss the for-cause things

20   later.  I'm just asking now whether --

21              MR. PATANZO:  Okay.

22              THE COURT:  Thank you.

23              Thank you.

24              (Proceedings in open court)

25              THE COURT:  All right.  We are going to take now a
```

Monday, March 21, 2022.

```
 1    lunch break for an hour and 15 minutes.  I'm going to ask you

 2    all to return to the courtroom at 1:55, I think it would be the

 3    exact time.  Please leave your paddles on the chairs.

 4              One other thing before everybody leaves.  There are

 5    two jurors with whom we'd like to discuss a few things in more

 6    detail in private.  Those are Jurors Number 13 and 25.  So if

 7    those two jurors could stay in the courtroom.  And that is all

 8    I have.  We will see you after the lunch break.

 9              Please rise for the jury.

10              (The venire panel retired from the courtroom

11              THE COURT:  All right.  Thank you.  You may be

12    seated.

13              We'll start with Juror Number 13.

14              Juror 25, if you can just step outside, that little

15    foyer area, for a moment, and we'll call in, in just a minute.

16              MR. HUDOCK:  May we approach, Your Honor?

17              THE COURT:  No, we can do it here.

18              MR. HUDOCK:  Got it.

19              THE COURT:  Juror Number 13, thank you for your

20    patience.  I think you referenced earlier a relative who may

21    have had some interactions with the criminal justice system.

22    Can you tell us a little bit about that, sir?

23              PROSPECTIVE JUROR:  Yes, ma'am.  My brother was a

24    felon, and shortly after he was released from prison -- we

25    lived in Alabama at the time -- he was -- I guess the best word
```

```
 1    I can think of is set up by someone in Florida from the guns
 2    and tobacco -- I don't remember the exact name.  But basically,
 3    they convinced him to carry a firearm across state lines, and
 4    then he was arrested and convicted of that, possessing and
 5    selling a firearm while being a felon.
 6              THE COURT:  Okay.
 7              PROSPECTIVE JUROR:  Basically, that's what happened.
 8              THE COURT:  Is your brother currently incarcerated
 9    for that offense?
10              PROSPECTIVE JUROR:  No, ma'am.  He has since been
11    released.
12              THE COURT:  Okay.  Now, let me see, that's a
13    difficult experience to live through for you and your family.
14    Is there anything about that experience, sir, that you think
15    would affect your ability to weigh the evidence in this case
16    objectively based solely on the evidence presented in this
17    trial?
18              PROSPECTIVE JUROR:  I would like to say that I'm
19    impartial, and he probably, without sounding too harsh, got
20    what he deserved.  But I can't guarantee that there aren't some
21    emotional aspects, you know...
22              THE COURT:  All right.  So am I hearing correctly,
23    sir, that you are expressing some degree of hesitation in your
24    ability to be a fair and impartial juror?
25              PROSPECTIVE JUROR:  I guess a little hesitation.  I
```

```
 1    think I could, but I can't guarantee that.  Like, I don't know
 2    if there's some implicit bias that I have.
 3                THE COURT:  Okay.  All right.
 4                I'll permit each side to ask one follow-up question,
 5    starting with the government.
 6                MR. HUDOCK:  The government doesn't have any
 7    additional questions, Your Honor.  Thank you.
 8                THE COURT:  All right.  Ms. Pittaway.
 9                MS. PITTAWAY:  Sir, you said that the -- you said
10    that you can't guarantee that you could be a fair and impartial
11    juror.  So do you have a hesitation as to whether you could
12    hear a different case with different facts, different
13    individuals and be a fair and impartial juror?
14                PROSPECTIVE JUROR:  I guess what I'm saying is, I
15    believe that I can, but, you know, I guess I can't guarantee
16    that, if that makes sense.
17                MS. PITTAWAY:  Okay.
18                THE COURT:  All right.  Thank you, sir.  You may be
19    excused.  We will see you back at 1:55.  Thank you.
20                (Prospective Juror Number 13 exited the courtroom)
21                THE COURT:  Officer, if you could escort the other
22    juror in, Juror 25.
23                (Prospective Juror Number 25 entered the courtroom)
24                THE COURT:  Thank you, ma'am.
25                I know you have the situation with the surgery and
```

```
 1    your family.  I did want to ask, are there any other

 2    transportation arrangements that could be made to assist your

 3    family this week, Monday, Tuesday, Thursday, and Friday, which

 4    are the expected trial days?

 5             PROSPECTIVE JUROR:  I'm not sure if they have any

 6    other -- I'm the only family here for them.  You know, as I

 7    said, they were 82 and all their friends are elderly as well.

 8    So I'm -- they haven't asked anyone else.  The schedule was --

 9    I mean, the surgery was scheduled I think two weeks ago, and I

10    knew I had this court appearance, but I didn't know if I would

11    get called or not, so I didn't make any other arrangements.  I

12    was just -- you know, I don't know, hoping that they could find

13    someone else.

14             THE COURT:  Okay.  All right.

15             Do you know of anybody else who could potentially

16    help out this week in the department of transportation for your

17    parents?

18             PROSPECTIVE JUROR:  I don't know of anyone.  My

19    sister is coming down from Arkansas -- yeah, from Arkansas, but

20    she's not coming until the 13th of April.

21             THE COURT:  Okay.  All right.

22             Any questions from the lawyers, one per side?

23             Mr. Hudock.

24             MR. HUDOCK:  Just briefly.

25             Ma'am, you said that your parents -- or your mother
```

Monday, March 21, 2022.

1    was surgery today.

2            PROSPECTIVE JUROR:  Yes.

3            MR. HUDOCK:  What time did you need to pick her up

4    today?

5            PROSPECTIVE JUROR:  Well, my father's there, and I

6    don't know what time.  I haven't heard back from anyone.  The

7    scheduled surgery time was 9:30.

8            MR. HUDOCK:  Okay.

9            PROSPECTIVE JUROR:  And they said it was to take,

10   like, four hours.

11           MR. HUDOCK:  Okay.

12           PROSPECTIVE JUROR:  So I haven't heard from anyone

13   yet, no.

14           MR. HUDOCK:  Okay.  Thank you so much.

15           THE COURT:  Ms. Pittaway?

16           MS. PITTAWAY:  Yes, Your Honor.

17           Ma'am, is there any aftercare that you would

18   anticipate giving to your parents following the surgery?

19           PROSPECTIVE JUROR:  I think they have a nurse coming

20   in once a week to check on her.  Like I said, they do live

21   alone.  I'm not sure how much my father will need me, just for

22   to drive her, if she has follow-up appointment.  I'm not sure

23   how quickly that will happen.

24           Food wise, you know, I have to probably help them out

25   cooking at the house.  They do live only five minutes from me,

```
 1   so I would spend quite a bit of time with them.
 2            MS. PITTAWAY:  May I just ask a follow-up?
 3            THE COURT:  Sure.
 4            MS. PITTAWAY:  Do you anticipate at this point in
 5   time of having to provide any aftercare or caregiving?
 6            PROSPECTIVE JUROR:  I don't think on that front, no.
 7   Just, you know, in a medical standpoint, just, you know, maybe
 8   helping them out around the house.
 9            THE COURT:  All right.  Thank you very much.  We'll
10   see you at 1:55.
11            PROSPECTIVE JUROR:  Okay.  Thank you.
12            (Prospective Juror Number 25 exited the courtroom)
13            THE COURT:  All right.  We're going to proceed
14   directly into jury selection at this time -- there's -- all
15   right, starting with for cause.
16            MR. PATANZO:  Judge, can we have a minute to talk to
17   Mr. Bryant?  We haven't had a chance to talk to him, just
18   for -- just a few minutes.
19            THE COURT:  All right.  Five minutes.  It's 12:48.
20   At 12:53, we will resume promptly.
21            THE COURTROOM DEPUTY:  All rise.
22            (Recess was had at 12:48 p.m.; and the proceedings
23            resumed at 12:59 a.m.)
24            THE COURTROOM DEPUTY:  All rise.
25            THE COURT:  All right.  You may be seated.
```

Monday, March 21, 2022.

```
 1                    Let's get started with any for-cause challenges.

 2                    The first one that comes to the Court's mind is Juror

 3       Number 10, who has the daughter medical situation.

 4                    Any objection to a for-cause as to Juror Number 10?

 5                    MR. HUDOCK:  No objection by the government, Your

 6       Honor.

 7                    THE COURT:  Ms. Pittaway?

 8                    MS. PITTAWAY:  No objection.

 9                    THE COURT:  All right.  Juror Number 10 is stricken

10       for cause.

11                    Juror Number 12 I think referenced medical issues

12       with her mother and an appointment.

13                    What's your position, Mr. Hudock, on Juror Number 12?

14                    MR. HUDOCK:  No objection, Your Honor.

15                    THE COURT:  To what?

16                    MR. HUDOCK:  No objection to cause, Your Honor.  We

17       agree.

18                    THE COURT:  Okay.  Ms. Pittaway?

19                    MS. PITTAWAY:  Seat 12, no objection, Judge.

20                    THE COURT:  All right.  Juror Number 12 will be

21       stricken for cause.

22                    Any objection to a for-cause as to Ms. Dunkley, Juror

23       Number 19, who has the situation with her son and the

24       specialist in the school?

25                    Mr. Hudock?
```

Monday, March 21, 2022.

```
 1            MR. HUDOCK:  No, Your Honor.

 2            THE COURT:  Ms. Pittaway?

 3            MS. PITTAWAY:  No objection, Judge.

 4            THE COURT:  All right.  Juror Number 19 will be

 5   stricken for cause.

 6            MR. PATANZO:  How about 18?

 7            THE COURT:  I will ask each party if they have any

 8   additional ones in just a minute.

 9            Juror Number 26, I think she was pretty unequivocal

10   in her ability to be a fair and impartial juror in this case.

11            Mr. Hudock, what's your position on Juror 26?

12            MR. HUDOCK:  No objection, Your Honor.

13            THE COURT:  Ms. Pittaway?

14            MS. PITTAWAY:  Twenty-six, no objection.

15            THE COURT:  All right.  Twenty-six will be stricken

16   for cause.

17            Moving on to Juror Number 27.

18            MR. HUDOCK:  No objection, Your Honor.

19            THE COURT:  Ms. Pittaway?

20            MS. PITTAWAY:  No objection, Judge.

21            THE COURT:  Twenty-seven will be stricken for cause.

22            Now, going backwards for a minute to Juror Number 18,

23   any objection to striking Mr. Sarhan for cause based on his

24   comments?

25            MR. HUDOCK:  No objection, Your Honor.
```

```
 1              THE COURT:  Ms. Pittaway?

 2              MS. PITTAWAY:  No objection, Judge.

 3              THE COURT:  Any objection to striking Juror

 4    Number 38, Mr. Desir, for cause?

 5              MR. HUDOCK:  No objection, Your Honor.

 6              THE COURT:  Ms. Pittaway?

 7              MS. PITTAWAY:  No objection, Judge.

 8              THE COURT:  Are there any other for-cause challenges?

 9              Let me start with Mr. Hudock.

10              MR. HUDOCK:  Yes, Your Honor.

11              Juror Number 13, Mr. Peacock.  He was visibly upset

12    during Your Honor's questioning.  He indicated that his brother

13    was previously arrested, and that subsequent to that arrest, he

14    was enticed by the Bureau of Alcohol, Tobacco and Firearms to

15    transport a firearm across state lines.  And he indicated that

16    he wasn't certain whether he would put that bias aside.

17              THE COURT:  Ms. Pittaway?

18              MS. PITTAWAY:  I didn't hear the word "entice."

19    Perhaps it's my recollection, I don't recall that word being

20    used.  I don't think it was a word that had quite that -- the

21    connotation to it.

22              I didn't think he was visibly upset.  I thought he

23    was pretty candid.  I don't think that he said anything that

24    would rise to the level where he couldn't be fair and

25    impartial.
```

1          THE COURT:  All right.  Mr. Hudock, do you recall

2     what he said specifically about his brother's case and a

3     possible entrapment reference?

4          MR. HUDOCK:  Yes, Judge.  The exact quote that I

5     wrote down was that his brother was a felon who was set up by

6     the ATF in Florida.  They convinced him to carry a firearm

7     across state lines, that he was arrested and convicted, and

8     he's since been released.  That was what I wrote down on my

9     computer.

10         THE COURT:  All right.  Did that change your view,

11    Ms. Pittaway?

12         MS. PITTAWAY:  No, Judge.  I think there's different

13    facts in this case.  I don't think that same kind of entrapment

14    scenario would play out.

15         THE COURT:  All right.  Anything further, Mr. Hudock?

16         MR. HUDOCK:  Your Honor, the question was not whether

17    or not it was a similar situation in this case, but whether or

18    not he could be fair, impartial to law enforcement, and

19    specifically the fact that the United States could potentially

20    be calling ATF agents in the case.  Given those facts, Your

21    Honor, we believe that his equivocation would be an indication

22    of bias and that he should be stricken for cause.

23         THE COURT:  All right.  I'm going to reserve ruling

24    until the end of this -- until we're done with the for-causes

25    as to Juror Number 13.

```
 1              What's your next for-cause challenge?  Let me turn to
 2    Mr. Patanzo.  Any other for-cause?
 3              MR. PATANZO:  I do, Judge.  Juror 37 comes to mind,
 4    Ms. Korpon.  She knows Mr. Bryant from the jail.  I certainly
 5    think that eviscerates all her ability to presume him innocent.
 6    He's been in the jail for more than a year now.  I just don't
 7    think --
 8              THE COURT:  I think we questioned her, though.  I
 9    questioned her directly on this issue, and she was clear that
10    she could be fair.  She works in the transportation/appointment
11    division.  And I asked her directly whether she would be fair,
12    whether that would affect your judgment, and she said no, from
13    what I recall.
14              Mr. Hudock?
15              MR. HUDOCK:  That was my recollection, Your Honor,
16    and Defense Counsel also followed up and asked whether --
17              THE COURT:  If you could just slow down a bit.
18              MR. HUDOCK:  I'm so sorry, Judge.
19              THE COURT:  It's okay.
20              MR. HUDOCK:  Defense Counsel also followed up and
21    asked whether or not that bias existed, and also whether or not
22    the bias of knowing Ms. Pittaway existed, and she clearly
23    stated that there wasn't.
24              THE COURT:  All right.  The for-cause challenge as to
25    Juror Number 37 will be denied.
```

1          Any other for-cause challenges from Defense?

2          MR. PATANZO:  But note our objection for 37.

3          Could I have one moment?

4          *(Discussion had off the record between Defense*

5     *Counsel)*

6          MR. PATANZO:  The only other juror I would raise is

7     Ms. Brogdon who you asked about her parents having the back

8     surgery.

9          THE COURT:  What's her number?

10         MR. PATANZO:  Juror Number 25.  We questioned her

11    right at the end.  It seemed like she was distracted with the

12    whole presentation this morning, thinking about her mother and

13    then thinking about the rest of the week, Thursday and Friday,

14    having to take care of them.  I don't know that she would give

15    this case her full attention.

16         THE COURT:  I think she was really focused purely on

17    the transportation issues.  She was asked about the caregiving

18    component and said no, nothing, besides just general help

19    around the house.  I think the issue there was potential

20    transportation, but she hasn't actually made an effort to find

21    alternate transportation.

22         What is the government's position on Juror Number 25?

23         MR. HUDOCK:  We made similar notes, Your Honor.  We

24    did have her listed for cause.  We don't object; however, we

25    understand Your Honor's ruling, if you do deny that cause

```
 1   challenge.
 2            THE COURT:  All right.  I'm going to deny the
 3   for-cause challenge as to Juror Number 25.
 4            Any other for-cause challenges from the government?
 5            MR. HUDOCK:  Yes, Your Honor.  We would move for
 6   Juror Number 29, Mr. Mulhausen.  This was the gentleman who
 7   said that it was against his religion to swear an oath.  He
 8   didn't particularly elaborate, and the government does
 9   acknowledge that technically he's already violated that because
10   he swore an oath this morning.  That being said, he did
11   indicate he wouldn't be able to sit as a juror and swear the
12   next oath that he will have to swear.
13            THE COURT:  Ms. Pittaway.
14            MS. PITTAWAY:  I agree with the words that were used,
15   but I also think that if it's "do you promise to follow the
16   laws of the United States as put forth," I means, there's -- we
17   use the word "oath" and "swear," and I think there's another
18   way to be able to do it.  And I think that --
19            MR. PATANZO:  He can affirm.
20            MS. PITTAWAY:  He can affirm that he'll follow the
21   rules and the instructions of the law.
22            THE COURT:  All right.  I do think Ms. Pittaway is
23   correct, that there's another way to formulate that question,
24   so I'm going to deny the for-cause challenge as to Juror
25   Number 29, pending his ability to affirm or otherwise promise
```

```
 1   his obligation to serve as a juror in this case.

 2             Any other for-cause challenges from the government?

 3             MR. HUDOCK:  Yes, Your Honor.  Juror Number 35,

 4   Ms. Delagall.

 5             THE COURT:  What's your position on her?

 6             MR. HUDOCK:  She indicated that because of the

 7   defendant's race and having brothers that have undergone

 8   misrepresentation by law enforcement, that she would have a

 9   bias in this case.  She stated that she had a brother that was

10   released from prison a year ago, and another brother that had

11   ins and outs with the law, and that she will do her best to be

12   fair, but she's not certain that she could.

13             THE COURT:  I do have notes that she said she

14   couldn't -- she wasn't certain that she could be fair.

15             Ms. Pittaway, what's your response as to Juror 35?

16             MS. PITTAWAY:  I have down the word "possibly."  I

17   think that she had answered "possibly."  Frankly, I think that

18   she was very concerned about getting off for Thursday and

19   Friday so that she could spend those days with her husband.

20   Because that statement from her came after a lot of other

21   jurors had raised their questions of being biased or any

22   possible bias.  So for that reason, I think that she said the

23   possibility, I don't think that would be sufficient to rise for

24   cause.

25             THE COURT:  All right.  I do think there are grounds
```

Monday, March 21, 2022.

```
 1    for a for-cause as to Juror Number 35.  She said she wasn't
 2    certain that she could be fair.  There are some questions about
 3    the authenticity of her statements based on the sequence in
 4    which they were given.  And for that reason, given her lack of
 5    certainty as to fairness, I'm going to strike Juror Number 35
 6    for cause.
 7            Mr. Hudock or Mr. Patanzo, any other for-cause
 8    challenges to raise at this time before we proceed into the
 9    next phase?
10            MR. HUDOCK:  Yes, Your Honor, as to Juror Number 36.
11    Juror Number 36 responded that he worked at King County PD, and
12    at that time he saw some things that cops do that would make
13    you think.  And he stated he would have some questions about
14    his ability to be fair and the whole thing.
15            THE COURT:  Ms. Pittaway?
16            MS. PITTAWAY:  I thought it was a little ambiguous
17    exactly what was -- what he thought from his serving with Kings
18    County.  He also served in the military police and didn't seem
19    to have any hesitation about his experience there and how it
20    would affect him.  So I don't think there -- I don't think it
21    would rise to a level of a cause.
22            THE COURT:  All right.  And this is Juror Number 36
23    to be clear, is that correct?
24            MR. HUDOCK:  That's correct, Your Honor.
25            THE COURT:  All right.  I'm going to deny the
```

```
 1    for-cause challenge as to 36.
 2            Any others?
 3            MR. HUDOCK:  None from the government, Judge.
 4            THE COURT:  Mr. Patanzo?
 5            MR. PATANZO:  You struck 38, correct, Mr. Desir, for
 6    cause?
 7            THE COURT:  Yes.
 8            MR. PATANZO:  That was the only other cause.
 9            THE COURT:  All right.  So let's just review really
10    quickly the for-cause challenges.  They are Jurors 10, 12, 18,
11    19, 26, 27, 35, and 38.
12            Is that consistent with your notes, Mr. Hudock?
13            MR. HUDOCK:  Yes, Your Honor.
14            THE COURT:  All right.  Same for Ms. Pittaway?
15            MS. PITTAWAY:  Yes, Your Honor.
16            THE COURT:  Okay.
17            All right.  We're going to now turn to the next
18    phase.  As a reminder, no backstrikes.  Once we seat the 12,
19    you'll then have one additional strike for the alternates.  So
20    you can't save your strikes for alternates.  We're going to
21    alternate.  Starting with the government, Juror Number 1, do
22    you accept or reject Juror Number 1?
23            MR. HUDOCK:  Your Honor, we accept.  However, I
24    wanted to remind Your Honor you had indicated you were going to
25    rule on the reserved ruling on for cause on Number 13.
```

Monday, March 21, 2022.

 1           THE COURT:  All right.  I'm going to deny the

 2  for-cause challenges to 13.  I think ultimately he was

 3  sufficiently clear that he could be fair, so we'll leave it at

 4  that.

 5           All right.  Government, accept or reject Juror

 6  Number 1?

 7           MR. HUDOCK:  Accept, Your Honor.

 8           THE COURT:  Defense, accept or reject Juror Number 1?

 9           MS. PITTAWAY:  Reject.

10           THE COURT:  All right.  Juror Number 1 is rejected.

11  Defense has used its first peremptory.

12           Ms. Pittaway, accept or reject Juror Number 2?

13           MS. PITTAWAY:  Reject.

14           THE COURT:  Defense has used its second peremptory.

15           Mr. Hudock, accept or reject Juror Number 3?

16           MR. HUDOCK:  Accept.

17           THE COURT:  Defense, accept or reject Juror Number 3?

18           MS. PITTAWAY:  Accept.

19           THE COURT:  Juror Number 3 is seated as Juror

20  Number 1.

21           Ms. Pittaway, accept or reject Juror Number 4?

22           MS. PITTAWAY:  Accept.

23           THE COURT:  Mr. Hudock, accept or reject Juror

24  Number 4?

25           MR. HUDOCK:  Accept.

```
 1                THE COURT:  Juror Number 4 is seated as Juror
 2      Number 2.
 3                Mr. Hudock, accept or reject Juror Number 5?
 4                MR. HUDOCK:  Accept.
 5                THE COURT:  Ms. Pittaway, accept or reject Juror
 6      Number 5?
 7                MS. PITTAWAY:  Accept.
 8                THE COURT:  Juror Number 5 is seated as Juror
 9      Number 3.
10                Defense, accept or reject Juror Number 6?
11                MR. PATANZO:  Lydia?
12                MS. PITTAWAY:  I'm sorry, I thought you had asked the
13      government.  Accept.
14                MR. HUDOCK:  Government rejects Juror Number 6, Your
15      Honor.
16                THE COURT:  All right.  The government has used its
17      first peremptory on Juror Number 6.
18                Mr. Hudock, accept or reject Juror Number 7?
19                MR. HUDOCK:  Accept, Your Honor.
20                THE COURT:  Ms. Pittaway, accept or reject Juror
21      Number 7?
22                MS. PITTAWAY:  Reject.
23                THE COURT:  Defense has used its third peremptory on
24      Juror Number 7.
25                Defense, accept or reject Juror Number 8?
```

Monday, March 21, 2022.

```
 1                    MS. PITTAWAY:  Accept.

 2                    THE COURT:  Mr. Hudock, accept or reject Juror

 3     Number 8?

 4                    MR. HUDOCK:  Accept.

 5                    THE COURT:  Juror Number 8 is seated as Juror

 6     Number 4.

 7                    Mr. Hudock, accept or reject Juror Number 9?

 8                    MR. HUDOCK:  Reject.

 9                    THE COURT:  Ms. Pittaway, accept or reject Juror

10     Number 9 -- I'm sorry, can you say that again?

11                    MR. HUDOCK:  We reject, Your Honor.

12                    THE COURT:  Reject, okay.  Government has used its

13     second peremptory on Juror Number 9.

14                    Defense, accept or reject Juror Number 11?

15                    MS. PITTAWAY:  Accept.

16                    THE COURT:  Government, accept or reject Juror

17     Number 11?

18                    MR. HUDOCK:  We accept.

19                    THE COURT:  Juror Number 11 is seated as Juror

20     Number 5.

21                    Government, accept or reject Juror Number 13?

22                    MR. HUDOCK:  Reject.

23                    THE COURT:  Government has used its third peremptory

24     on Juror Number 13.

25                    Defense, accept or reject Juror Number 14?
```

Monday, March 21, 2022.

```
 1                MS. PITTAWAY:  Accept.

 2                THE COURT:  Government, accept or reject Juror 14?

 3                MR. HUDOCK:  Reject, Your Honor.

 4                THE COURT:  Government has used its fourth peremptory

 5    on Juror Number 14.

 6                Government, accept or reject Juror Number 15?

 7                MR. HUDOCK:  Accept.

 8                MS. PITTAWAY:  I'm sorry, Your Honor.

 9                THE COURT:  Defense, accept or reject Juror 15?

10                MS. PITTAWAY:  Accept.

11                THE COURT:  Juror Number 15 is seated as Juror

12    Number 6.

13                Defense, accept or accept Juror 16?

14                MS. PITTAWAY:  Accept.

15                THE COURT:  Government, accept or reject Juror 16?

16                MR. HUDOCK:  Accept.

17                THE COURT:  Juror Number 16 is seated as Juror

18    Number 7.

19                Government, accept or reject Juror 17?

20                MR. HUDOCK:  Accept.

21                THE COURT:  Defense, accept or reject Juror 17?

22                MS. PITTAWAY:  Reject.

23                THE COURT:  Defense uses its fourth peremptory, is

24    that correct, based on the parties' counts?

25                MS. PITTAWAY:  Yes, Your Honor.
```

```
1              MR. HUDOCK:  Yes, Judge.

2              THE COURT:  Defense has used its fourth peremptory on

3    Juror 17.

4              We're now at Juror 20.

5              Gov -- I'm sorry -- Defense, accept or reject Juror

6    Number 20?

7              MS. PITTAWAY:  Reject.

8              THE COURT:  Defense has used its fifth peremptory on

9    Juror Number 20.

10             Government, accept or reject Juror 21?

11             MR. HUDOCK:  Accept.

12             THE COURT:  Defense, accept or reject Juror 21?

13             MS. PITTAWAY:  As to seat 21, reject.

14             THE COURT:  Defense uses a peremptory on 21.  Let me

15   count.

16             That is its sixth peremptory.  Is that in accordance

17   with your notes, Ms. Pittaway?

18             MS. PITTAWAY:  Yes, Your Honor.

19             THE COURT:  And the government?

20             MR. HUDOCK:  Yes, Your Honor.

21             THE COURT:  All right.  Defense, accept or reject

22   Juror Number 22?

23             MS. PITTAWAY:  Reject.

24             THE COURT:  Defense uses a peremptory on Juror 22.

25   It's now used seven peremptories.
```

```
1                  Government, accept or reject Juror 23?

2                  MR. HUDOCK:  Accept.

3                  THE COURT:  Defense, accept or reject Juror 23?

4                  MS. PITTAWAY:  Accept.

5                  THE COURT:  Juror Number 23 is accepted and seated as

6    Juror Number 8.

7                  Defense, accept or reject Juror Number 25?

8                  MS. PITTAWAY:  Just one moment, Your Honor.

9                  (Pause)

10                 THE COURT:  I need an answer.  Juror Number 25,

11   accept or reject, defense?

12                 MS. PITTAWAY:  We spoke about the for-cause, so

13   notwithstanding the prior objection, we would accept.

14                 THE COURT:  So you are not using a peremptory on

15   Juror Number 25, is that correct?

16                 MS. PITTAWAY:  That's correct.

17                 THE COURT:  All right.  Mr. Hudock, accept or reject

18   Juror 25?

19                 MR. HUDOCK:  Accept.

20                 THE COURT:  All right.  Juror Number 25 is accepted

21   and will be seated as Juror Number 9.

22                 Okay.  We are now at Juror Number 28.

23                 Defense, accept or -- I'm sorry -- Government, we're

24   at the government, right?

25                 MR. HUDOCK:  Yes, Your Honor.
```

Monday, March 21, 2022.

```
 1              THE COURT:  Accept or reject Juror Number 28?
 2              MR. HUDOCK:  We accept, Judge.
 3              THE COURT:  Defense, accept or reject 28?
 4              MS. PITTAWAY:  Accept.
 5              THE COURT:  Juror Number 28 is accepted and will be
 6    Juror Number 10.
 7              Defense, accept or reject Juror Number 29?
 8              MS. PITTAWAY:  Keep -- accept.
 9              THE COURT:  Government, accept or reject Juror 29?
10              MR. HUDOCK:  Reject.
11              THE COURT:  Government uses a peremptory on Juror 29.
12    That's its fifth peremptory, is that correct?
13              MR. HUDOCK:  Yes, Judge.
14              THE COURT:  All right.  Government, accept or reject
15    Juror Number 30?
16              MR. HUDOCK:  We accept, Judge.
17              THE COURT:  Defense, accept or reject Juror
18    Number 30?
19              MS. PITTAWAY:  Reject.
20              THE COURT:  Defense uses a peremptory on Juror
21    Number 30.  Defense has used eight peremptories.  Is that in
22    accordance with your notes, Ms. Pittaway?
23              MS. PITTAWAY:  Yes, Your Honor.
24              THE COURT:  Mr. Hudock?
25              MR. HUDOCK:  Yes, Judge.
```

```
 1              THE COURT:  Okay.
 2              All right.  We're now at Juror Number 31.
 3              Defense, accept or reject Juror Number 31?
 4              (Pause)
 5              THE COURT:  Accept or reject Juror 31?  We have to
 6    get going.
 7              MS. PITTAWAY:  Reject.
 8              THE COURT:  Defense has used a peremptory on
 9    Juror 31.  Defense has used nine peremptories.
10              Government, accept or reject Juror Number 32?
11              MR. HUDOCK:  Accept.
12              THE COURT:  Defense, accept or reject Juror
13    Number 32?
14              MS. PITTAWAY:  Accept.
15              THE COURT:  Juror Number 32 is seated and will be
16    Juror Number 10 (sic).
17              MS. PITTAWAY:  Your Honor, I have 11.
18              THE COURT:  I'm sorry; yes, you're correct, Juror
19    Number 11.
20              Where are we?  Which party is going first?
21              MR. HUDOCK:  It's our turn, Your Honor.
22              THE COURT:  Okay.  Thank you, Mr. Hudock.
23              We are at Juror Number 33.
24              Accept or reject Juror 33?
25              MR. HUDOCK:  We accept.
```

```
 1              THE COURT:  Defense, accept or reject Juror 33?

 2              MS. PITTAWAY:  Reject.

 3              THE COURT:  Have you used all of your peremptories?

 4              MS. PITTAWAY:  Yes, Your Honor.

 5              THE COURT:  All right.  Defense uses a peremptory on

 6  Juror Number 33.

 7              Defense, accept or reject Juror 34?

 8              Obviously you're accepting that.

 9              MS. PITTAWAY:  Yes, accept, Your Honor.

10              THE COURT:  All right.  Government, accept or reject

11  Juror 34?

12              MR. HUDOCK:  We accept.

13              THE COURT:  Juror 34 is accepted and will be Juror

14  28 -- I mean Juror 12.  I'm sorry.

15              We've now seated 12 jurors, so each party will be

16  given one peremptory for the two alternates that we'll be

17  selecting.

18              We're going to skip Juror 35, who was stricken for

19  cause.  Turn to Juror 36.

20              Ms. Pittaway, accept or reject Juror 36 as alternate

21  number 1?

22              MS. PITTAWAY:  Accept.

23              THE COURT:  Government, accept or reject Juror 36 as

24  alternate number 1?

25              MR. HUDOCK:  Reject.
```

Monday, March 21, 2022.

```
 1              THE COURT:  Government, accept or reject Juror 37 as
 2    alternate number 1?
 3              MR. HUDOCK:  Accept.
 4              THE COURT:  Defense, accept or reject Juror 37 as
 5    alternate number 1?
 6              MS. PITTAWAY:  Exercise peremptory, strike.
 7              THE COURT:  All right.  Both sides have used their
 8    sole remaining peremptory which means then the next two
 9    alternates -- the next two jurors will be our alternates.  That
10    would be Juror 39 and Juror 40.  Is that consistent with your
11    notes?
12              MR. HUDOCK:  Yes, Judge.
13              THE COURT:  Ms. Pittaway?
14              MS. PITTAWAY:  Yes, Your Honor, and except subject to
15    any prior objections.
16              THE COURT:  All right.  Subject to any previously
17    raised objections.  I understand the parties' position.
18              So I'm going to go now and read out loud the jury for
19    this case:  Ms. Alexandria Barry; Ms. Ramona Williams; Juror
20    Number 5, Birgit Ager; Juror Number 8, Elisa Beth Sherman;
21    Juror Number 11, Steve Ray McEwen; Juror Number 15, Tiffany
22    McPhail; Juror Number 16, Isabella Mendoza; Juror Number 23,
23    Kelly Mullins; Juror Number 25, Stacey Brogdon; Juror
24    Number 28, Colleen Ferschke; Juror Number 32, Lauren Neely;
25    Juror Number 34, Kara Lynn Fuller.  And then our two alternates
```

```
 1    are Keith Berntsen, Juror Number 39, and Janet Sue Owens, Juror

 2    Number 40.

 3              Is that consistent with your list, Ms. Pittaway?

 4              MS. PITTAWAY:  Yes, Your Honor.

 5              THE COURT:  Mr. Hudock?

 6              MR. HUDOCK:  Yes, Judge.

 7              THE COURT:  All right.  It is --

 8              MR. PATANZO:  Judge, before you break, and I

 9    apologize, but there is one juror that mentioned she had a

10    child appointment at Joe DiMaggio.  She'd been waiting for it

11    for months.  That was Ms. Neely.  And she actually made it into

12    the jury.  I just came across my note for cause on her because

13    she was waiting for the Joe DiMaggio -- she has a special needs

14    child, and she'd been waiting for months for that appointment,

15    and it's on Friday.

16              THE COURT:  Well, the jury has already been selected,

17    so we're not going to be entertaining any further challenges at

18    this time.

19              It is 1:30.  We've obviously used a lot of our time,

20    so we will be in recess until two o'clock, at which point, we

21    will call the jurors back in, seat them, have them swear the

22    oath, I will read the preliminary instructions to them.  So the

23    parties should be prepared to move directly into opening.

24              How much time is the government requesting?

25              MR. FUNK:  Fifteen minutes.
```

Monday, March 21, 2022.

```
 1                THE COURT:  Ms. Pittaway?

 2                MS. PITTAWAY:  Fifteen minutes, Judge.

 3                THE COURT:  All right.  So 15 minutes per side for

 4     opening.

 5                I'm going to ask that during this 30-minute period,

 6     you confer with each other with respect to the pre-admission of

 7     exhibits.

 8                On the question of the redaction that we had

 9     discussed earlier, I don't believe I received an image of the

10     sample redaction.  Do I have that now?  Do you have that now

11     for my review?

12                MR. FUNK:  Judge, I had my assistant make an

13     electronic exhibit.  I don't have it right now, but I could

14     give it to Ms. Glass.

15                THE COURT:  Okay.  So I'm going to ask that you not

16     refer to that image in your opening because we're not going to

17     have time to look at it and make a ruling prior to opening.

18     Understood?

19                MR. FUNK:  Yes, ma'am.

20                THE COURT:  All right.  We are in recess until

21     two o'clock.

22                THE COURTROOM DEPUTY:  All rise.

23                (A lunch recess was had 1:32 p.m.)

24                THE COURTROOM DEPUTY:  All rise.

25                THE COURT:  All right.  Just a couple of things.
```

Monday, March 21, 2022.

```
 1              Does either party wish to invoke the rule of

 2  sequestration?

 3              MR. FUNK:  Yes, Your Honor.  And I've explained to my

 4  witnesses already that they're not to discuss their testimony

 5  or what happened in court with each other until the conclusion

 6  of the case.

 7              THE COURT:  All right.  The rule is so invoked.

 8              Have the parties conferred about the exhibits I

 9  mentioned?

10              MS. PITTAWAY:  Yes, Your Honor.

11              THE COURT:  All right.  So what are the Government

12  exhibits that could be admitted without objection?

13              MS. PITTAWAY:  Oh, I thought we were talking about

14  the motions in limine redacted exhibits.  You're talking about

15  the exhibits in general?

16              THE COURT:  I'm talking about the preadmitted

17  exhibits as to which there's no objection.

18              MS. PITTAWAY:  Your Honor, my understanding of the

19  case law is that I have to do a contemporaneous objection at

20  the time of the entry of all the evidence because there are the

21  motions to suppress which would have to be preserved.  So in

22  that instance --

23              THE COURT:  Okay, then, that's fine.  We won't do

24  that.  We won't do pre-admission; we'll just go one by one.

25              Anything further before we bring the jurors in?
```

Monday, March 21, 2022.

```
 1              MR. FUNK:  No, Your Honor.  Thank you.
 2              THE COURT:  All right.  Let's call the jurors in.
 3              (Venire panel in at 2:14 p.m.)
 4              THE COURT:  All rise for the jurors.
 5              I'm not sure everybody is back yet.
 6              You may be seated for the time being.
 7              If I could just have all of you raise your paddle
 8    numbers so I could determine who may or may not be here.
 9              (Brief pause in proceedings)
10              THE COURT:  All right.  You can put your paddles
11    down.  Thank you.
12              Wait momentarily for Ms. Glass to return hopefully
13    with the jurors who are not in the courtroom yet.
14              (Brief pause in proceedings)
15              THE COURT:  Thank you all -- if I could have you all
16    raise your paddles one more time, just to confirm that we have
17    now completed the lineup.  Let's see here.
18              We're still missing Juror Number 11.
19              MR. HUDOCK:  Fifteen, 16, and 17 as well, Your Honor.
20              THE COURT:  Is Juror 25 here?
21              PROSPECTIVE JUROR:  Yes.
22              THE COURT:  Okay.
23              THE COURTROOM DEPUTY:  They're coming, Judge.
24              THE COURT:  Do we have everybody?
25              THE COURTROOM DEPUTY:  They're on their way.
```

```
 1                    THE COURT:  Oh, okay.
 2                    You can put your paddles down.  Thank you.  We are
 3     waiting apparently on a few more.
 4                    (Brief pause in proceedings)
 5                    THE COURT:  Is that it, Ms. Glass?
 6                    THE COURTROOM DEPUTY:  I believe we're missing one,
 7     Judge.
 8                    THE COURT:  Which number?
 9                    MR. HUDOCK:  There's three I can see missing, Your
10     Honor.  Fifteen, 16, and 18 I believe are still missing.  And
11     also is it 27?  I'm not sure.  No, just 15, 16, and 18, Your
12     Honor.
13                    THE COURT:  All right.  Thank you.
14                    Okay.  I think we're now missing 18 only, is that
15     correct?
16                    THE COURTROOM DEPUTY:  Number 18?
17                    THE COURT:  All right.  We're going to then proceed.
18                    I'm going to call out the names of the individuals
19     who have been selected to serve on this jury.  If I call your
20     name, please stand up and remain standing.  If I don't call
21     your name, that means you have not been chosen.  I ask that you
22     kindly return to the jury assembly room for further
23     instructions.
24                    The jurors who have been chosen to serve on this case
25     are as follows:  Alexandria Barry, Ramona Williams, Birgit
```

```
 1    Franz Ager, Elisa Beth Sherman, Steve Ray McEwen, Tiffany Marie

 2    McPhail, Isabella Mendoza, Kelly Mullins, Stacey Dian Brogdon,

 3    Colleen Anne Ferschke, Lauren Neely, Kara Lynn Fuller, Keith

 4    Berntsen, Jr., and Janet Sue Owens.

 5              Ms. Glass, is that everybody?

 6              THE COURTROOM DEPUTY:  I believe so.

 7              THE COURT:  Okay.

 8              THE COURTROOM DEPUTY:  We're missing one juror,

 9    Judge.

10              THE COURT:  Okay.  Well, please remain standing.

11              To everybody whose name was not called, as I said,

12    thank you for being here today.  We extend our gratitude to you

13    on behalf of the entire Southern District of Florida.  I ask

14    that you kindly return to the jury assembly room, and that you

15    please leave the paddles where they are on the chairs.

16              Thank you.

17              All rise for the jurors.

18              (Venire panel exited the courtroom)

19              THE COURT:  All right.  Ms. Glass will now arrange

20    you in your seats, starting with Ms. Alexandria Barry.

21              (Brief pause in proceedings)

22              THE COURT:  All right.  Thank you.  You all may be

23    seated.

24              Thank you.  We are now going to swear you in, so I'm

25    going to apologize again, make you stand, but Ms. Glass will
```

Monday, March 21, 2022.

1    now swear you in as the jury.

2              THE COURTROOM DEPUTY:  Please raise your right hand.

3              *(Jury sworn)*

4              THE COURT:  Thank you.  You may be seated.

5              Ladies and gentlemen, I'm now going to read to you

6    some preliminary instructions.  There will be further

7    instructions at the end of the case.

8              Now that you have been sworn, I need to explain some

9    basic principles about a criminal trial and your duty as

10   jurors.  These are preliminary instructions.  At the end of the

11   trial, I will give you more detailed instructions.

12             It will be your duty to decide what happens so you

13   can determine whether the defendant is guilty or not guilty of

14   the crime charged in the indictment.  At the end of the trial,

15   I will explain the law that you must follow to reach your

16   verdict.  You must follow the law as I explain it to you, even

17   if you do not agree with the law.

18             What is evidence?  You must decide the case solely on

19   the evidence presented here in the courtroom.  Evidence can

20   come in many forms.  It can be testimony about what someone saw

21   or heard or smelled.  It can be an exhibit admitted into

22   evidence.  It can be someone's opinion.  Some evidence proves a

23   fact indirectly, such as a witness who saw wet grass outside

24   and people walking into the courthouse carrying wet umbrellas.

25   Indirect evidence, sometimes called "circumstantial evidence,"

```
 1   is simply a chain of circumstances that proves a fact.  As far
 2   as the law is concerned, it makes no difference whether
 3   evidence is direct or indirect.  You may choose to believe or
 4   disbelieve either kind, and you should give every piece of
 5   evidence whatever weight you think it deserves.
 6           Certain things are not evidence and must not be
 7   considered.  I will list them for you now.
 8           Statements and arguments of the lawyers.  In their
 9   opening statements and closing arguments, the lawyers will
10   discuss the case, but their remarks are not evidence.
11           Questions and objections of the lawyers.  The
12   lawyers' questions are not evidence, only the witnesses'
13   answers are evidence.  You should not think that something is
14   true just because a lawyer's question suggests that it is.  For
15   example, if a lawyer asks a witness, "You saw the defendant hit
16   his sister, didn't you," that question is no evidence
17   whatsoever of what the witness saw or what the defendant did,
18   unless the witness agrees with it.
19           There are rules of evidence that control what can be
20   received into evidence.  When a lawyer asks a question or
21   offers an exhibit, and a lawyer on the other side thinks that
22   it's not permitted by the rules of evidence, that lawyer may
23   object.  If I overrule the objection, then the question may be
24   answered or the exhibit received.  If I sustain the objection,
25   then the question cannot be answered and the exhibit cannot be
```

1    received.  Whenever I sustain an objection to a question, you

2    must ignore the question and not try to guess what the answer

3    would have been.

4            Sometimes I may order that evidence be stricken and

5    that you disregard or ignore the evidence.  That means that

6    when you are deciding the case, you must not consider that

7    evidence.

8            Some evidence is admitted only for a limited purpose.

9    When I instruct you that an item of evidence has been admitted

10   for a limited purpose, you must consider it only for that

11   limited purpose and no other.

12           Credibility of witnesses.  In reaching your verdict,

13   you may have to decide what testimony to believe and what

14   testimony not to believe.  You may believe everything a witness

15   says, or part of it, or none of it.  In considering the

16   testimony of any witness, you may take into account various

17   factors, such as the opportunity and ability of the witness to

18   see or hear or know the things testified to, the witness's

19   memory, the witness's manner while testifying, the witness's

20   interest in the outcome of the case and any bias or prejudice,

21   whether other evidence contradicted the witness's testimony,

22   the reasonableness of the witness's testimony in light of all

23   of the evidence, and any other factors that bear on

24   believability.  I will give you further guidelines for

25   determining credibility of witnesses at the end of the case.

1          As you know, this is a criminal case, and as I

2     discussed earlier, there are three basic rules about a criminal

3     case that you must keep in mind.

4          First, the defendant is presumed innocent until

5     proven guilty.  The indictment against the defendant, brought

6     by the government, is only an accusation, nothing more.  It is

7     not proof of guilt or anything else.  The defendant therefore

8     starts out with a clean slate.

9          Second, the burden of proof is on the government

10    until the very end of the case.  The defendant has no burden to

11    prove his innocence or to present any evidence or to testify.

12    Since the defendant has the right to remain silent and may

13    choose whether to testify, you cannot legally put any weight on

14    a defendant's choice not to testify; it is not evidence.

15         Third, the government must prove the defendant's

16    guilt beyond a reasonable doubt.  And I will give you further

17    instructions on this point later, but bear in mind that the

18    level of proof required is high.

19         Now, our law requires jurors to follow certain

20    instructions regarding their personal conduct in order to make

21    sure that we have a just and fair trial.  I will now give you

22    those instructions.

23         Number one, do not talk, either among yourselves or

24    with anyone else, about anything related to the case.  You may

25    tell the people with whom you live and your employer that you

```
 1   are a juror and give them information about when you will be
 2   required to be in court, but you may not discuss with them or
 3   anyone else anything related to the case.
 4          Number two, do not at any time during the trial
 5   request, accept, agree to accept, or discuss with any person
 6   any type of payment or benefit in return for supplying any
 7   information about the trial.
 8          Number three, you must promptly tell me about any
 9   incident you know of involving an attempt by any person to
10   improperly influence you or any member of the jury.
11          Four, do not visit or view the premises or place
12   where the charged crime was allegedly committed, or any other
13   premises or place involved in the case.  And you must not use
14   internet maps or Google Earth or any other program or device to
15   search for a view of any location discussed in the testimony.
16          Number five, do not read, watch, or listen to any
17   accounts or discussions related to the case which may be
18   reported by newspapers, television, radio, the internet, or any
19   other news media.
20          Six, do not attempt to research any fact, issue, or
21   law related to this case, whether by discussions with others,
22   by library or internet research, or by any other means or
23   source.
24          Now, in this age of instant electronic communication
25   and research, I want to also emphasize that in addition to not
```

Monday, March 21, 2022.

1    talking face-to-face with anyone about the case, you must not

2    communicate with anyone about the case by any other means,

3    including by telephone, text messages, email, internet chat,

4    chat rooms, blogs, or social networking websites and apps, such

5    as Facebook, Instagram, Snapchat, YouTube, or Twitter.  You may

6    not use any similar technology of social media even if I

7    haven't specifically mentioned it here.

8           You must not provide any information about the case

9    to anyone by any means whatsoever, and that includes posting

10   information about the case or what you are doing in the case on

11   any device or internet site, including blogs, chat rooms,

12   social websites, or any other means.

13          You must also not use Google or otherwise search for

14   any information about the case, or the law that applies to the

15   case, or the people involved in the case, including the

16   defendant, the witnesses, the lawyers, or the judge.  It is

17   important that you understand why these rules exist and why

18   they are so important.

19          Our law does not permit jurors to talk with anyone

20   else about the case or to permit anyone to talk to them about

21   the case because only jurors are authorized to render a

22   verdict.  Only you have been found to be fair and only you have

23   promised to be fair; no one else is so qualified.

24          Our law also does not permit jurors to talk among

25   themselves about the case until the Court tells them to begin

 1     deliberations.  Why?  Because premature discussions can lead to

 2     a premature final decision.

 3           Now, our law also does not permit you to visit a

 4     place discussed in the testimony.  First, you can't be sure

 5     that the place is in the same condition as it was on the day in

 6     question; second, even if it were in the same condition, once

 7     you go to a place discussed in the testimony to evaluate the

 8     evidence in light of what you see, you become a witness, not a

 9     juror.  As a witness, you may now have a mistaken view of the

10     scene that neither party may have a chance to correct, and that

11     is not fair.

12           Finally, our law requires that you not read or listen

13     to any news accounts of the case, and that you not attempt to

14     research any fact, issue, or law related to the case.

15           Your decision must be based solely on the testimony

16     and other evidence presented in this courtroom.

17           Also, the law often uses words and phrases in special

18     ways, so it is important that any definitions you hear come

19     only from me and not from any other source.  It wouldn't be

20     fair to the parties for you to base your decision on some

21     reporter's view or opinion or upon other information you

22     acquire outside of the courtroom.

23           These rules are designed to help guarantee a fair

24     trial, and our law accordingly sets forth serious consequences

25     if the rules are not followed.

 1           Now, on the subject of taking notes, moving on now,

 2   if you wish, you may take notes to help you remember what

 3   witnesses said.  If you do take notes, please keep them to

 4   yourself until you and your fellow jurors go to the jury room

 5   to decide the case.  Do not let notetaking distract you from

 6   listening to the evidence as it is being presented.  And when

 7   you leave the courtroom, your notes should be left in the jury

 8   room.  Whether or not you take notes, you should rely on your

 9   own memory of what was said.  Notes are there to assist your

10   memory only.  They are not entitled to any greater weight than

11   your memory or impression about the testimony.

12           The trial will now begin.  First, the government will

13   make an opening statement, which is simply an outline to help

14   you understand the evidence as it comes in.  The defendant's

15   counsel will then present Defense's opening statement.  And as

16   I said, opening statements are neither evidence nor argument.

17   The government will then present its witnesses, and counsel for

18   the defendant may cross-examine them.

19           Following the government's case, the defendant may,

20   if he wishes, present witnesses whom the government may

21   cross-examine.  And then after all of the evidence is in, the

22   attorneys will present their closing arguments to summarize and

23   interpret the evidence for you.  And I will then instruct you

24   on the law.  After that, you will go to the jury room to decide

25   your verdict.

1      That concludes the preliminary instructions, ladies

2  and gentlemen.  Thank you very much for your patience.  We'll

3  now hear opening argument from the government.

4      MR. FUNK:  Good afternoon.  Can you hear me all

5  right?

6      THE JURY:  Yes.

7      OPENING STATEMENT ON BEHALF OF THE GOVERNMENT

8      MR. FUNK:  Okay.  So on July 9th of 2020, Ronell

9  Bryant, who sits here in court, was a convicted felon and on

10 that date, he possessed a firearm.  He also possessed

11 ammunition.  The firearm is a very specific type of firearm

12 called an "FN Five-SeveN."  You're going to get to see it

13 because the law enforcement officers picked it up on the day

14 that they had contact with Mr. Bryant.

15     On July 9th of 2020, law enforcement encountered

16 Mr. Bryant as he was parked in a Nissan Altima, a blue Nissan

17 Altima.  He was the driver of the vehicle.  In the back trunk

18 of that vehicle was the FN Five-SeveN handgun.  It has unique

19 characteristics.  It's a little unusual that it has different,

20 I would say, like ornaments on it.  It has ridges on the

21 bottom, it has specific types of sights, different things like

22 that.  You'll get to see what I'm talking about later.

23     It also have a very small barrel on the end of it,

24 and it shoots bullets that they're real small diameter and real

25 long.  It's an expensive gun.  It costs about $1350.  It was in

```
 1    the back trunk of the car in the property that Mr. Bryant

 2    owned, okay?

 3              When law enforcement got a warrant to look in the

 4    back of the car, what they discovered was a bag, and within the

 5    bag were a number of different things that belonged to

 6    Mr. Bryant.  One was a receipt for a Polo store that comes only

 7    four days prior to the firearm being found in the back of the

 8    car.  On July 5th, there's a receipt that Ronell Bryant bought

 9    something.  In addition to that, there's also male clothing

10    that was found there -- there's no female clothing -- and

11    there's also a belt that's found in the back, and that belt is

12    a B.B. Simon belt that later law enforcement are able to find

13    social media photos of Mr. Bryant wearing that exact belt.

14    It's unique looking.  It has a large buckle, it has studs, it

15    has large studs around it, and you'll you recognize it in the

16    images that are shown to you from the social media depicting

17    Mr. Bryant.  That's what's found in the back end of the car.

18              Within the gun is 20 rounds of ammunition, small

19    bullets.  They also looked in the house where Mr. Bryant was

20    located at, and it's at 3706 Avenue K in Fort Pierce.  They

21    looked inside that residence.  It has three bedrooms in it, a

22    kitchen, and a living area, some restrooms.  And they looked

23    into -- you'll see that it's in the back left-hand -- if you go

24    in the door, go down the hall, it's in a back corner that's

25    actually at the front of the house, and within that room was
```

1   all the stuff that Mr. Bryant kept there.

2          You're going to learn that Mr. Bryant is a rap

3   artist, that he makes a living by writing and by singing.  And

4   you'll see within that room that there's a microphone which is

5   like a recording microphone, not like this one, right?  It has

6   a shell in the back to block some other sound.

7          Within the room, they also -- law enforcement found a

8   traffic ticket with his name on it.  They found medication

9   bottles with his name on it.  They found a resume with his name

10  on it.  They found a folder that said "hit singles" on it.

11  They found male clothing which was within the room.  And what

12  they also found was the case, the very same case that goes to

13  the FN Five-SeveN firearm that was in the back of the car.  The

14  reason they know that is because the serial number that's on

15  the case is exactly the same as the serial number that's in --

16  or on the firearm that was found at the back of the car.

17         Within the case -- remember, there's 20 bullets that

18  are in the gun -- there's a box, a 50-round box that has the

19  remaining 30 bullets in it.  Within that case also was found

20  the person who bought the gun, okay, Ernest Knight, the cousin

21  of the defendant.

22         Ernest Knight wasn't there when they drove up to the

23  house that day.  Mr. Bryant was in the car as the driver, and

24  Shane Cole was the passenger in the car.  In the case -- Ernest

25  Knight was the one that bought the firearm, and that happened

1    on April 9th of 2020, so only about three months prior.  All

2    right?

3             The police officers, as part -- the agents, as part

4    of their investigation, decided that they were going to do some

5    forensic analysis of the firearm as well as the documents that

6    were within the case.  And one of the things that they did was

7    they took fingerprints, and the fingerprints came back

8    expectedly to Ernest Knight, had his fingerprints on the

9    paperwork.  And then there was -- Ronell Bryant's fingerprint

10   was really found on an unassociated -- a receipt for a Versace,

11   a receipt that was found within the room.  But other than that,

12   other fingerprints were seen to the degree that they couldn't

13   be interpreted.  So law enforcement tried to find fingerprints,

14   they put that effort in, and what they found was that Ernest

15   Knight's fingerprints were on the receipt.

16            They also tried to do DNA of the gun.  The analysis

17   requires some statistics to go into it, and it depends upon the

18   number of profiles that they find.  And Mr. Hudock is going to

19   ask some witnesses about that and go into why a result would

20   not be found in a situation like this.  And the testing that

21   they did at the time did not allow you to parse out statistics

22   from a mixture, a complex mixture.  And that's what they found

23   in this case was numerous alleles.  You'll get into the details

24   of that probably later, but there's too much there to come to a

25   statistic to say that anybody, whoever it might be, was on the

```
1    gun.
2              As a part of the investigation, law enforcement
3    officers also looked at social media, and they took possession
4    of the cell phone that Mr. Bryant had with him that day, and
5    they did a search.  You're going to hear from a forensic expert
6    who did the search in a way that you're able to see the
7    metadata on the phone.  And you're going to see extremely clear
8    images that depict what appears to be an FN Five-SeveN
9    firearm.  And you're going to be able to see in those images
10   those sort of details I talked to you about, and you'll see
11   that later in doing the comparison.  Also, it's able to tell
12   what the date was, and those dates of those images, you'll find
13   that they were between April 9th, 2020, and July 9th of 2020.
14             The social media images also show Mr. Bryant in
15   possession of what appears to be an FN Five-SeveN firearm, also
16   wearing that belt, that very distinctive belt with the large
17   buckle, the very same one that was found in the back of the
18   Nissan Altima.
19             So on that day, he possessed a firearm.  And it's
20   important that you keep an open mind, listen to the witnesses.
21   And at the end of the evidence that we present to you, I'll
22   ask, based on that evidence, that your decision -- that you
23   find him guilty.
24             Thank you.
25             THE COURT:  Thank you, Mr. Funk.
```

Monday, March 21, 2022.

1          Ms. Pittaway.

2          OPENING STATEMENT ON BEHALF OF THE DEFENSE

3          MS. PITTAWAY:  Good afternoon.  I'm Lydia Pittaway.

4    I have the privilege, along with Peter Patanzo, of representing

5    Ronell Bryant.

6          On July 9th, 2020, Mr. Bryant was seated in the

7    driver's seat of a vehicle outside of his mother's home, and in

8    or near the passenger seat was Shane Cole, his friend.

9          Now, law enforcement did a lawful investigation, and

10   they searched the trunk of the vehicle and they found the

11   FN Five-SeveN firearm at issue in the case, and that's about

12   where any agreement with the government as to the facts of the

13   case will end.

14         What you will find out will be that that firearm was

15   registered to Ernest Knight, my client's cousin, and that

16   Mr. Knight had a CCW permit to carry that firearm, and he

17   showed up at the house seeking the return of his firearm.

18         Now, July 9th, 2020, is what is at issue in the

19   indictment.  That is the allegation that brings us here today.

20   During this trial, I expect that you will hear evidence, you'll

21   hear testimony regarding my client's profession as a rapper, as

22   an entertainer.  He is signed with a label.  He does a series

23   of photo shoots, video shoots with videographers; and during

24   these professional settings, there is a use of replicas and

25   props.  Replicas and props are imitation firearms, and they're

1   used regularly and routinely throughout the entertainment

2   industry.  And you will hear about how this issue is important

3   because the replicas and the props are intended to look like

4   real firearms, and that will be an issue in the case.

5          Now, during this trial, you're going to hear a series

6   of evidence, and some of the evidence that you'll hear will be

7   the forensics.  And regarding the fingerprint analysis, you

8   will hear those findings or those lack of findings, the

9   inability to have findings; and, at the end of that testimony,

10  you'll see that it weighs in the favor of Mr. Bryant.

11  Likewise, I expect that you will hear from a DNA analyst; and,

12  after the testimony for the DNA analyst, that testimony will

13  weigh in favor of Mr. Bryant.

14         You will also hear from a series of law enforcement

15  officers who took physical evidence into custody, and that

16  physical evidence that they logged in, that they took in, in

17  the case, you will hear about how some of that evidence was

18  mishandled, it was mismanaged; and, again, it will weigh in the

19  favor of Mr. Bryant.

20         And at the conclusion of all the testimony, of all

21  the evidence, you will see that there will not be enough

22  evidence to show that Mr. Bryant was in possession of the

23  FN Five-SeveN firearm in the trunk of the vehicle on July 9th,

24  2020.  And I repeat that again because that is what the

25  allegation is at issue that brings us here today.  It's not

 1    about the dates of photo shoots.  It is about July 9th, 2020,

 2    with the firearm in the trunk of that vehicle.  Don't be

 3    distracted from that, what brings us here today.

 4            Now, throughout this trial, you may find that your

 5    mind may wonder, maybe it's after lunch, maybe you have work

 6    piling up on your desk and you're preoccupied with that.  Maybe

 7    your co-workers are covering shifts for you or picking up

 8    double time because you are here with us.  Maybe you have sick

 9    family.  Whatever you have going on, if you could please be

10    mindful of these proceedings, keep your attention with the

11    proceedings.  As much as you may not want to be here,

12    Mr. Bryant doesn't want to be here accused of something that he

13    never did.  So if you find your mind wandering, please bring it

14    back to these proceedings so you can keep an open mind, so you

15    can listen to all of the testimony, find where the testimony

16    conflicts with each other, find where the testimony conflicts

17    with the evidence, the physical evidence so that, at the

18    conclusion of this case, you'll be able to have all the

19    information that you need to reach a verdict.

20            Now, at the conclusion, I'll have the opportunity to

21    speak to you again during closing argument; and during that

22    time, we'll talk about the law, and we'll talk about how the

23    facts apply to the law.  And there will be a packet of papers

24    called the "jury instructions," and those are going to help you

25    know what the law is, what the definitions in the law are that

```
 1   will be able to help you make the decision that you need to

 2   reach.

 3            And after reviewing all the law, we'll talk about the

 4   facts, summarize the evidence in the case.  At the conclusion

 5   of that, you will see that the government cannot meet its

 6   burden of showing that on July 9th, 2020, Mr. Bryant was in

 7   possession of the FN Five-SeveN in the trunk of that vehicle.

 8   The only reasonable verdict will be one of not guilty.

 9            THE COURT:  Thank you, Ms. Pittaway.

10            Ladies and gentlemen, we're going to take our first

11   break to insure that our technology is up to speed for our

12   first witness, so Ms. Glass will now escort you to the jury

13   room, which is over here, and we'll see you in 15 minutes.

14            All rise for the jury.

15            (The jury retired from the courtroom 2:52 p.m.)

16            THE COURT:  All right, you may be seated.

17            Mr. Funk, is your first witness ready to go?

18            MR. FUNK:  Yes, ma'am.

19            THE COURT:  And who is that going to be?

20            MR. FUNK:  Christopher Jadin.

21            THE COURT:  Okay.  On the subject of the redaction,

22   what is the status of that?

23            MR. FUNK:  We do have a copy, if I could give the

24   Court the copy.  Would you like to address the issue now so

25   that we could show it to you, or do you want to wait?
```

```
 1              THE COURT:  Yes, I was hoping to take care of that
 2   now, if possible.
 3              MR. FUNK:  Okay.
 4              THE COURT:  Do you not have a printed version of it?
 5              MR. FUNK:  We don't because the importance is what it
 6   looks like electronically, so we do have it on a thumb drive.
 7   I've marked it Government's Exhibit 41, for the record, and I
 8   have -- Mr. Hudock can connect his computer and show you the
 9   images that have been redacted.
10              And while he's setting that up, I'll let you know
11   there's two different manners in which it was redacted.  I
12   talked to my AV person and told her two things, which I think
13   they represent.  One is that there not be, for example, an
14   outline of the gun, that the form of redaction be geometric;
15   and then, she also did Photoshop.  So, for example, in one of
16   the images where he had both firearms, one above the other --
17   for the record, I'm holding my fingers one above the other --
18   they're very close.  So instead of having a geometric form come
19   out over the other firearm, she used Photoshop to get rid of
20   that.  There's another image too -- these are the ones I'm
21   pointing out that aren't obvious because the Photoshop was
22   used.  There's another one where a gun was at his side.  That
23   was photoshopped instead because otherwise it would have looked
24   like a firearm as well.
25              THE COURT:  All right.  I just want to make sure that
```

1    I'm understanding.  This morning there was a reference to a

2    black box on one of the images that Ms. Pittaway said was

3    prejudicial unfairly.  So is that what you're talking about

4    now?

5              MR. FUNK:  Yes, Judge.  If I can, I will show you.

6              The images are marked as exhibits, when the Court or

7    the appellate court looks at the jump drive.  The first one is

8    Exhibit 38A, Dropbox photo 1.  And if we could get the link for

9    the HDMI so that it will show on the --

10             MS. PITTAWAY:  May I move to the lectern, Your Honor?

11             THE COURT:  You may.

12             MS. PITTAWAY:  I can hear you better.

13             MR. FUNK:  Oh, you can, okay.

14             MS. PITTAWAY:  If I may, Your Honor, I think,

15   summarize the issue just very briefly.

16             So when the Court made its ruling on the motion

17   in limine -- I believe it was January 3rd -- there had been the

18   agreement to make redactions; and when the redactions came

19   through last week and I looked at them, my initial gut reaction

20   was, these redactions look worse regarding the black box

21   photos.  And that makes me revisit this issue with Your Honor

22   in that that black box image, that looks to be -- it compounds

23   the prejudice.  The redactions actually compound the prejudice,

24   and so the series of images that have the two firearms with one

25   of them with the black box over it, again, it compounds the

1     prejudice.  So under 404(b), considering how incredibly

2     prejudicial that looks with the redaction as it is, we would

3     ask the Court to reconsider its ruling on the 404(b).

4              THE COURT:  So this is Government's 41, Mr. Funk?

5              MR. FUNK:  It's 41.  And just so the record is clear,

6     it says "Exhibit 38A."  That's the way that it's labeled

7     because we took it off of Exhibit 38, but it will be introduced

8     as evidence on a jump drive, Exhibit 41.

9              THE COURT:  And so it's -- okay.  This is the only

10    image that we have an issue with redaction or is there another

11    one?

12             MS. PITTAWAY:  There's the series -- there is, off

13    the top of my head, I want to say --

14             MR. FUNK:  Judge, if I could show you those now.  But

15    before we move on, if I could just show you what was done for

16    the redaction.

17             The image here -- I have the little cursor over it --

18    that is the FN Five-SeveN firearm, and we're admitting it under

19    404(b).  We anticipate calling a witness who will identify that

20    these characteristics are consistent with being an

21    FN Five-SeveN firearm.

22             The Photoshop has been used to obliterate any image

23    of the barrel of the gun that would have been above the image

24    of the gun that you see there, and then the black box is just

25    to not show his hand.

1              Similar redactions or edits have been made.  In this
2      one, I'm showing Exhibit 38B, Dropbox photo 2.
3              THE COURT:  This one is going to be -- it's marked as
4      Government's what?
5              MR. FUNK:  The exhibit for this issue is going to
6      be -- it is marked as Government's Exhibit 41.
7              THE COURT:  Oh, that has multiple images.
8              MR. FUNK:  It does, yes; and each one of those images
9      is the -- what I'm calling out is what you're looking at, so
10     the record is clear.
11             THE COURT:  Well, it's confusing, to be honest.  I
12     mean you should have individual photographs so that I can make
13     individual rulings with individual exhibit numbers.  But now,
14     it's looking like I don't know what the full content of
15     Government's 41 is.  Is it just these two images, or are there
16     a number of others?
17             MR. FUNK:  No.  There's a total of I believe five
18     images.  The reason we pulled those out was because once the
19     issue was raised regarding Exhibit 38, we wanted to be able to
20     show you, in a jump drive, where the redactions are, because
21     over the weekend or last week, they said that they didn't want
22     the redactions there.
23             MS. PITTAWAY:  And that's only to the extent, if this
24     court were to find the photos coming in, I said they are more
25     prejudicial as they look like that.  I am not waiving any

```
 1    objection to the 404(b).  And it is cumulative, Your Honor.
 2    There's 14 images that they had listed.  These are just five of
 3    them.
 4              MR. FUNK:  These, Judge, are the only once that have
 5    two firearms within the image.
 6              THE COURT:  So let me understand.  There are five
 7    total images that have more than one firearm in them, is that
 8    correct?
 9              MR. FUNK:  Correct.
10              THE COURT:  Okay.  So I've seen two so far.  They're
11    all contained in Government's 41, from what I'm hearing.
12              MR. FUNK:  Yes.
13              THE COURT:  Okay.  That's the first one.  The second
14    one is Mr. Bryant sitting in a chair.
15              MR. FUNK:  And that's B -- 38B is what the title is.
16              THE COURT:  Okay.
17              MR. FUNK:  And then the redaction you'll see is a
18    small box which is near the bottom of the chair.
19              THE COURT:  Okay.  What's the next one?
20              MR. FUNK:  I'm sorry.  I went right past that one.
21              Photo 3 previously showed there was -- the firearm
22    would have been where I have the cursor, which would be on the
23    front part of his upper pant area, but that was photoshopped so
24    that you can't see the firearm there.
25              THE COURT:  So this one has no black box.  This just
```

1   has him holding a gun in his hand.

2           MR. FUNK:  Correct.

3           THE COURT:  I'm sorry, you just moved.

4           MR. FUNK:  I'm sorry, I'm -- that's correct,

5   number -- Dropbox photo 3 marked Exhibit 38C on Exhibit 41.

6           THE COURT:  All right.  So C has no black boxes, it's

7   just one firearm, as far as I can tell.

8           MR. FUNK:  Correct.

9           THE COURT:  Okay.  Show me D, please.

10          MR. FUNK:  Yes.  And again, this one has the black

11  box on the left-hand side.  The FN Five-SeveN or what we

12  believe to be an FN Five-SeveN is on the right-hand side.  And

13  there's this additional image, it is Exhibit 38E, Dropbox

14  photo 7.

15          THE COURT:  I'm sorry, can you go back to D; and can

16  you please wear one of those portable mics, Mr. Funk, on your

17  neck?

18          MR. FUNK:  I'm sorry.  Let me get the microphone.

19          THE COURT:  It's easier if you just do this, that way

20  you have your hands available.

21          MR. FUNK:  Okay.  Yeah, I appreciate it.  I'm sorry,

22  I'm kind of soft-spoken naturally.

23          THE COURT:  Okay.  So I --

24          MR. FUNK:  Is that better?

25          THE COURT:  So this is D, the one you're showing me

```
 1   now?

 2            MR. FUNK:  It is E.

 3            THE COURT:  All right.  Let's go back to D.

 4            MR. FUNK:  This one is D, Your Honor.

 5            THE COURT:  So D shows the defendant by himself,

 6   standing with a firearm in one hand, and his other hand is

 7   blacked out.

 8            MR. FUNK:  And if there was a redaction or a change

 9   in the redaction that would be less prejudicial to the Defense,

10   then we can alter the redaction to some degree but --

11            THE COURT:  All right.  What's the final image?

12            MR. FUNK:  I'm sorry, Judge.  I'm working off the

13   little pad off the computer.

14            THE COURT:  Okay.  The final image has the defendant

15   with somebody else, a recorder of some kind; again, two

16   firearms, one of which is blacked out.

17            Okay.  How many total images do you seek to introduce

18   that show the defendant possessing what appears to be an FN

19   firearm?

20            MR. FUNK:  Let me get the exact number from my

21   exhibit list, please.

22            THE COURT:  These are sorts of things that I bring up

23   at calendar call to discuss substantive evidentiary issues, and

24   it's really not my preference to have to keep the jury waiting

25   to do this.
```

```
 1              MR. FUNK:  There is A through N., so 14; but, there

 2    are different degrees of clarity.  In this one, from the

 3    Dropbox, it's extremely clear, and you can see the outline and

 4    characteristics of the -- you can see that.  It's much clearer.

 5    So as far as probative value, it's highly probative that we're

 6    able to see a very clear image of the firearm.

 7              THE COURT:  Are there any others -- if you were to

 8    take out the five, hypothetically, are there any other images

 9    in the A through N series that show with more clarity the FN

10    firearm?

11              MR. FUNK:  There are some that were -- yes, there's a

12    couple that were downloaded that were of a high quality.

13              THE COURT:  Such as the A, B, C, D, E that we're

14    talking about with the blacked out portion?

15              MR. FUNK:  But they're also positioned in a different

16    manner to be able to see the characteristics of the gun.  This

17    is clearly the most accurate as far as the amount of gun that

18    you can see and the clarity.

19              THE COURT:  Well, I'm not clear on the differential

20    between the accuracy of what you can see in the other images

21    that show the FN versus these.  I don't think you've explained

22    that well.  I'll give you one more chance to compare to me and

23    to show that you don't have any other images in that series

24    that show him holding what appears to be an FN gun that the

25    evidence suggests is, in fact, the gun.
```

Monday, March 21, 2022.

1        MR. FUNK:  There's two different factors which play

2   into whether or not you're able to see the characteristics of

3   the gun.  One is the quality of the image and the level of

4   pixilation.  The second is how much of the gun is visible based

5   on the way that it's being held.  That combination of different

6   things is the best in the photo that I'm showing you,

7   Exhibit 38E.  There are other ones with less clarity or less

8   positioning -- visibility of the firearm which leads to our

9   expert saying, with a lesser degree of certainty, that it

10  appears to be an FN Five-SeveN firearm.

11       THE COURT:  All right.  So this is obviously too

12  complex to handle while the jury is waiting.  So what was your

13  first witness, and was that witness intending to speak about

14  these particular images?

15       MR. FUNK:  No.  And I don't anticipate that we'll get

16  into the images today.

17       THE COURT:  Okay.  Well, then we're going to table

18  this discussion.

19       Ms. Glass, I think it's going to end up being easier

20  to just have all the jurors in the jury box and not use these

21  extra chairs so that they can use the monitors.  So if you

22  could just seat them without skipping a seat.  Correct.

23       Let's call them in, please.

24            *(Discussion had of the record between the Court and*

25            *Courtroom Deputy)*

Monday, March 21, 2022.

```
 1              THE COURT:  Officer, if you don't mind trying to set
 2    them aside, if you can.  I don't want to take up a lot of time.
 3    Be careful with the cords.
 4              (Brief pause in proceedings)
 5              MR. FUNK:  Does this microphone work?
 6              THE COURT:  You're not supposed to move that one.
 7    It's intended to be facing outward, so don't fiddle with that.
 8    But the one you have in your hand should work.
 9              MR. FUNK:  If I put it around my neck --
10              THE COURT:  That's better, that's much better.
11              MR. FUNK:  Okay.
12              THE COURT:  Thank you very much, Officer.
13              All right.  Why don't you go get your witness,
14    Mr. Funk.
15              (The witness entered the courtroom)
16              THE COURT:  Good afternoon, sir.  If you can make
17    your way over here, to the witness stand, we will be calling
18    the jurors in.
19              COURT SECURITY OFFICER:  Rise for the jury.
20              (Jury in at 3:09 p.m.)
21              THE COURT:  You may be seated.
22              Mr. Funk, you may call your first witness.
23              MR. FUNK:  Judge -- Your Honor, the United States
24    calls Christopher Jadin.
25              THE COURT:  Thank you.
```

Monday, March 21, 2022.

```
 1              Mr. Jadin, if you could stand, please, to be sworn
 2   in.
 3              THE COURTROOM DEPUTY:  Good afternoon, sir.  Can you
 4   please raise your right hand.
 5         CHRISTOPHER JADIN-GOVERNMENT'S WITNESS WAS SWORN
 6              THE COURTROOM DEPUTY:  Can you please state your name
 7   and spell your last name.
 8              THE WITNESS:  My name is Christopher Jadin.  Last
 9   name is spelled J-A-D-I-N.
10              THE COURTROOM DEPUTY:  Thank you.
11              THE COURT:  You may be seated, sir.  Thank you.
12              THE WITNESS:  Thank you, ma'am.
13              THE COURT:  You may proceed.
14              MR. FUNK:  Thank you.
15                        DIRECT EXAMINATION
16   BY MR. FUNK:
17   Q.  Where do you work?
18   A.  I work for the St. Lucie County Sheriff's Office.
19   Q.  How long have you worked there?
20   A.  Approximately 23, 24 years.
21   Q.  Is that the first place that you worked in law enforcement?
22   A.  I actually had a little bit of law enforcement experience
23   with the United States Navy before there.
24   Q.  How many years were you in the Navy?
25   A.  I was in the Navy three-and-a-half years.
```

```
 1   Q.  What did you do to become a law enforcement officer?

 2   A.  Training at the police academy, corrections academy.

 3   Q.  And then what sorts of divisions, just generally, have you

 4   worked in over the years of your career with the sheriff's

 5   office?

 6   A.  I have worked generally for the Department of Detention,

 7   the Department of Law Enforcement, the Criminal Investigations

 8   Division, and the Special Investigations Division.

 9   Q.  Are you in the Special Investigations Division now?

10   A.  It bounces back and forth.  My current assignment is with

11   special investigations and criminal investigations.

12   Q.  What's your rank?

13   A.  I'm a detective.

14   Q.  Were you involved in the execution of a lawful warrant

15   regarding Ronell Bryant on July 9th of 2020?

16   A.  Yes, I was.

17   Q.  Did you go to the residence at 3706 Avenue K in

18   Fort Pierce, Florida?

19   A.  Yes, I did.

20   Q.  Was it daytime or nighttime?

21   A.  It was daytime.

22   Q.  And can you just generically describe what the house looks

23   like and the property so the jury knows what we're talking

24   about?

25   A.  The residence in question is a single-story house.  It's
```

```
 1    pink with like a darker pink kind of highlight.  There's a
 2    driveway; if you're standing in front of the house looking at
 3    it on the right side of the house, just stops right at the
 4    right side of the house.  There's an open lot to the right of
 5    the residence, and then there's one other house before you get
 6    to the corner of the next street.
 7    Q.  And were you there with the marshal's service in executing
 8    the warrant?
 9    A.  Yes, sir, I was.
10    Q.  Now, what was your designated role in carrying out the
11    execution of the warrant?
12    A.  That day, I was asked to cover the rear of the residence.
13    Q.  And is that what you did?
14    A.  That day, yes, sir.
15    Q.  When you went to the rear of the residence, what did you
16    see?
17    A.  I drove to the rear of the residence and encountered a dark
18    blue Chevy Impala.  There was a male standing outside the
19    passenger door and someone in the driver's seat of the vehicle.
20    Q.  Do you know the name of the person outside the passenger
21    door?
22    A.  I later learned that it was a gentleman by the name of
23    Shane Cole.
24    Q.  Was the trunk of the Nissan -- was it open or closed at the
25    time that you drove up from behind?
```

```
 1    A.  It was a Chevy Impala, I believe it was, and the trunk was

 2    closed.

 3    Q.  And did you see -- if you saw the driver of the car again

 4    today, would you be able to identify him?

 5    A.  Yes, sir.

 6    Q.  Do you see him in court today?

 7    A.  It's kind of hard to tell because his hair is a little

 8    different, and he's wearing a mask, but it looks to be that

 9    gentleman over there to the right.

10          MR. FUNK:  Judge, if we could, please, have

11    Mr. Bryant lower his mask?

12          THE COURT:  Thank you, Mr. Bryant.

13          THE WITNESS:  It is the gentleman sitting right there

14    at the table to the right.

15    BY MR. FUNK:

16    Q.  Mr. Bryant?

17    A.  Mr. Bryant, yes, sir.

18          MR. FUNK:  Can we let the record reflect, as it

19    already does, that he's identified Mr. Bryant?

20          THE COURT:  So reflects.

21    BY MR. FUNK:

22    Q.  Did Mr. Bryant resist in any way when you were encountering

23    him?

24    A.  No, sir, he did not.

25    Q.  I'm going to show you what's been marked as Government's
```

Monday, March 21, 2022.

```
 1    Exhibit Number 2.

 2              MR. FUNK:  May I approach the witness, Your Honor?

 3              THE COURT:  You may.

 4    BY MR. FUNK:

 5    Q.  Detective Jadin, do you recognize what that image depicts?

 6    A.  That's the vehicle.

 7    Q.  Okay.  And what kind of vehicle is it?

 8    A.  It is a Nissan.  I was mistaken.  It is a Nissan vehicle,

 9    blue Nissan.

10              (Evidence identified as Government Exhibit No. 2)

11    BY MR. FUNK:

12    Q.  Does this picture fairly and accurately depict the way that

13    the Nissan appeared on that day?

14    A.  Not upon when I encountered it, but that is where the

15    vehicle was parked, and that's what the car looked like, yes.

16              MR. FUNK:  Your Honor, I'll offer into evidence

17    what's been marked as Government's Exhibit Number 2.

18              THE COURT:  Any objection to Government's Exhibit

19    Number 2?

20              MS. PITTAWAY:  Only subject to any prior objection.

21              THE COURT:  Let's see Counsel at sidebar for a

22    moment.

23              MR. FUNK:  And may I have the ELMO to publish,

24    please.

25              (Following proceedings were had in bench conference)
```

Monday, March 21, 2022.

```
 1              THE COURT:  Ms. Pittaway, I'm going to need you to
 2   you actually specify your objection.  Just merely saying
 3   "subject to any prior objection" is not going to be sufficient.
 4   So what is the particular objection for this image?
 5              MS. PITTAWAY:  It would just be --
 6              THE COURT:  And also, I can't hear you, so please
 7   remove your mask.
 8              MS. PITTAWAY:  Yes.  It is because the vehicle is
 9   open, so that was subject to the execution of the search
10   warrant.
11              THE COURT:  Okay.
12              MS. PITTAWAY:  And that would be the basis of the
13   objection.
14              I think if I do the contemporaneous objection, and
15   then it is standing as far as it is to the motion to suppress,
16   which had previously been ruled on by the Court --
17              THE COURT:  What's the order -- the docket entry for
18   the order on the motion to suppress?  In other words, the
19   record needs to indicate why it is that you're objecting; and,
20   just saying "previously raised objections," unless they're all
21   related to the suppression motion, is going to need to be made
22   clear.  So I don't know how you want to state it on the record.
23   It doesn't need to be lengthy, but there needs to be at least
24   some indication that you're objecting based on the suppression
25   ruling at docket entry whatever it may be.
```

```
 1              MS. PITTAWAY:  Yes, Your Honor.  I'll get the DE

 2    number, and then we will --

 3              THE COURT:  It's docket entry 121.

 4              So you have an objection to image number 2 based on

 5    docket entry 121, okay --

 6              MS. PITTAWAY:  Yes, ma'am.

 7              THE COURT:  -- your objection is overruled, and

 8    Government's 2 is admitted over defendant's objection.

 9              (Evidence admitted as Government Exhibit No. 2; and

10              proceedings in open court)

11              THE COURT:  Thank you.

12              You may publish Government Exhibit 2, which has been

13    admitted over defendant's objection.

14              MR. FUNK:  Okay.

15    BY MR. FUNK:

16    Q.  And, Detective Jadin, does that show the image from which

17    you found the vehicle that -- excuse me.

18              Does Exhibit Number 2 depict the vehicle from which

19    you took out Mr. Bryant?

20    A.  That is the vehicle, yes, sir.

21    Q.  When you came up, was the front hood open or was it down?

22    A.  It was down.

23    Q.  And was the person who was the passenger in the car at the

24    back of the car, or where were they situated in relation to the

25    car?
```

1    A.   The passenger was at the front passenger side door.

2    Q.   Was the passenger side door open or closed?

3    A.   The passenger side door was open.

4    Q.   When you approached the driver's side where Mr. Bryant was

5    located, was the door open or closed?

6    A.   The door was closed.

7    Q.   And who opened the door?

8    A.   Mr. Bryant opened the door.

9    Q.   And was he taken into custody and was he compliant?

10   A.   He was taken into custody, and he was compliant yes, sir.

11           MR. FUNK:  If I can have one moment, Your Honor.

12           (Brief pause in the proceedings)

13           MR. FUNK:  No further questions, Your Honor.  Thank

14   you.

15           THE COURT:  Thank you.

16           Ms. Pittaway.

17                     **CROSS-EXAMINATION**

18   BY MS. PITTAWAY:

19   Q.   Good afternoon, Detective.

20   A.   Good afternoon.

21   Q.   You were the first law enforcement officer on scene.

22   A.   I wouldn't say the first one on scene.  I was the first law

23   enforcement officer to make contact with Mr. Bryant.

24   Q.   And were you the first law enforcement officer to approach

25   the vehicle?

```
 1   A.   Yes, ma'am, that would be accurate.

 2   Q.   You did not search the vehicle.

 3   A.   No, ma'am.

 4   Q.   And did you collect any evidence?

 5   A.   No, ma'am, I did not.

 6   Q.   You did not conduct any interviews?

 7   A.   No, ma'am, I didn't conduct any interviews.

 8   Q.   Now, Mr. Ernest Knight showed up at the house during the

 9   execution of the search warrant.

10   A.   Yes, ma'am.

11   Q.   And he spoke with you.

12   A.   Briefly, yes, ma'am.

13   Q.   He showed you his driver's license.

14        MR. FUNK:  Objection, outside of scope of direct and

15   calls for hearsay.

16        THE COURT:  Sustained.

17   BY MS. PITTAWAY:

18   Q.   Now, you maintained security during the search.

19   A.   Yes, ma'am.

20   Q.   But this was not your investigation.

21   A.   No, ma'am, it was not.

22   Q.   Now, were you present when the trunk of the vehicle was

23   opened?

24   A.   Nearby, but not -- I mean, we were all in the same yard, so

25   where I was standing, where I was positioned was close to the
```

```
 1   vehicle, but I wasn't participating in -- I don't know if that
 2   makes sense.  I wasn't there for that.  I was more towards the
 3   middle or front of the house from the side, so I was close to
 4   it but not there for that.
 5   Q.  You weren't rifling through the items in the trunk.
 6   A.  No, ma'am.
 7   Q.  Could you see any of your associate law enforcement
 8   officers going through the items in the trunk?
 9   A.  Again, I know that that may have happened, but I was -- my
10   concentration was elsewhere.  That wasn't what I was
11   responsible for at that time.
12   Q.  Do you recall taking any car keys off of Mr. Bryant?
13           MR. FUNK:  Objection, outside of the scope of direct.
14           THE COURT:  I'll permit it, overruled.
15   A.  I remember property being taken and I remember keys being
16   in that property, but I don't remember -- I don't think it was
17   me that took those from him.  I don't remember who took the car
18   keys.
19           MS. PITTAWAY:  Moment to confer, Your Honor.
20           (Discussion off the record between Defense counsel)
21           MS. PITTAWAY:  No further questions.
22           THE COURT:  Thank you.
23           Anything further, Mr. Funk?
24           MR. FUNK:  No, Your Honor.  Thank you.
25           THE COURT:  Thank you, Detective.  You may be
```

Monday, March 21, 2022.

```
 1    excused.

 2              THE WITNESS:  Thank you, ma'am.

 3              (Witness excused)

 4              THE COURT:  Government, please call your next

 5    witness.

 6              MR. FUNK:  Your Honor, the government calls Bryan

 7    Saliba.

 8              THE COURT:  Good afternoon, sir.  You may walk over

 9    here to the witness stand.  Please remain standing to be sworn

10    in.  And, also, please remove your mask.

11              THE COURTROOM DEPUTY:  Please raise your right hand.

12    BRYAN SALIBA, GOVERNMENT WITNESS, WAS SWORN

13              THE COURTROOM DEPUTY:  Can you please state your

14    name, spelling your last name?

15              THE WITNESS:  Bryan Saliba, S-A-L-I-B-A.

16              THE COURTROOM DEPUTY:  Thank you.

17                         DIRECT EXAMINATION

18    BY MR. FUNK:

19    Q.  Good afternoon.

20    A.  Good afternoon, sir.

21    Q.  Where do you work?

22    A.  St. Lucie County Sheriff's Office.

23    Q.  How long have you worked for the sheriff's office?

24    A.  It will be seven years, since June 2015.

25    Q.  What are your current responsibilities and duties?
```

```
 1    A.  I'm currently assigned in the sheriff's office warrants

 2    unit.

 3              THE COURT:  Jurors, can you hear the witness?

 4              Yes?  Okay.

 5    BY MR. FUNK:

 6    Q.  When did you begin your career in law enforcement?

 7    A.  2015.

 8    Q.  And did you go through the academy?

 9    A.  Yes.

10    Q.  And after that, did you start with the sheriff's office

11    immediately?

12    A.  Yes.

13    Q.  What sorts of -- just in general, what sorts of duties and

14    responsibilities have you had through the years that you've

15    worked at the sheriff's office?

16    A.  I started out on the road patrol unit.  From the road

17    patrol unit, I went to the sheriff's office STAR team, which is

18    a community policing engagement-type unit.  And from there, I

19    went to the sheriff's office special investigations unit.  And

20    then from -- I did two years in the vice crimes unit, and then

21    I've been, since 2020, in the warrants unit.

22    Q.  Were you involved in executing a lawful warrant on July 9th

23    of 2020?

24    A.  Yes.

25    Q.  Did you go to 3706 Avenue K in Fort Pierce, Florida?
```

1    A.  Yes.

2    Q.  While you were there, did you see the person who was taken

3    into custody based on the warrant?

4    A.  I believe so, yes.

5    Q.  Do you know whether you'd be able to identify him if you

6    saw him in court again today?

7    A.  Yes.

8    Q.  Okay.

9            MR. FUNK:  Judge, if we could, please.

10           THE COURT:  Mr. Bryant, if you could please remove

11   your mask.

12           (Defendant complied)

13   BY MR. FUNK:

14   Q.  Do you recognize that individual?

15   A.  Yes.

16   Q.  Who is that?

17   A.  Mr. Bryant.

18   Q.  Is he same the person that you saw that was in custody on

19   July 9th, 2020?

20   A.  Yes.

21   Q.  Now, how would you describe, just generically, what your

22   role was and doing work at that location?

23   A.  At the time, I was on the warrants unit.

24   Q.  No, let me ask more specifically.  Let's talk about your

25   engagement in -- the work that you did on executing a search

```
 1   warrant.
 2   A.  Okay.  I was assigned to assist the entire unit because
 3   there's a lot of things going on.  I was assigned to taking
 4   pictures of evidence that was found within that residence.
 5   Q.  What's the procedure that you followed in taking pictures?
 6   A.  Because there's so much -- things going on, multiple
 7   individuals looking in different rooms on the interior and
 8   exterior of the residence, I'll have a camera that's issued by
 9   the sheriff's office, somebody would yell "camera," whatever
10   area they're assigned to searching, whenever they find
11   something of evidentiary value, they'll yell "camera," and then
12   I would just go and take a picture of whatever that item is at
13   the time and wherever they are.
14   Q.  So were you searching for objects or were you just taking
15   pictures where they were found?
16   A.  I was just taking pictures of where they were found.
17   Q.  I'm going to show you what's been marked as Government's
18   Exhibit 20.
19           (Evidence identified as Government Exhibit No. 20)
20           MR. FUNK:  May I approach the witness, Your Honor?
21           THE COURT:  You may.
22   BY MR. FUNK:
23   Q.  I'm showing you Government's Exhibit 20.  Do you recognize
24   what that is?
25   A.  Yes.
```

```
1   Q.  What is it?

2   A.  It's a sketch drawing that I did of the residence based on

3   how I remember it.

4   Q.  Is it to scale --

5   A.  No.

6   Q.  Based on measurements or anything --

7   A.  No.

8   Q.  Does it fairly depict, though, the number of bedrooms as

9   well as the living areas in the house?

10  A.  Yes.

11  Q.  Does it also depict where the car was located in relation

12  to the house?

13  A.  Yes.

14          MR. FUNK:  Your Honor, at this time, I'll move into

15  evidence what's been marked as Government's Exhibit 20.

16          THE COURT:  Any objection to Government's 20?

17          MS. PITTAWAY:  Only subject to DE 121, Your Honor.

18          THE COURT:  All right.  Government's 20 is admitted

19  over defendant's objection.

20          (Evidence admitted as Government Exhibit No. 20)

21          MR. FUNK:  May I publish, Your Honor?

22          THE COURT:  You may.

23          MR. FUNK:  Thank you.

24  BY MR. FUNK:

25  Q.  So just go ahead and describe the image here in Exhibit
```

Monday, March 21, 2022.

```
 1    Number 20 and orient the jury as to what you depicted?

 2    A.   This is a picture of the floor plan of how I remember the

 3    house to be that we were searching.  Number 1 is going to be

 4    the master bedroom, and then the rooms go down in order from

 5    there.  The bathroom would be the little bath area.  In between

 6    two and three is a little closet with the kitchen, dining room,

 7    living room.  The living room front door is to the south.  The

 8    backyard of the residence, where the little car square is, I

 9    have indicated as north.  That would be the backyard of the

10    residence.

11    Q.   Okay.  And this part right here, there's kind of lines at

12    the top, short lines, what does that depict?

13    A.   I recall that was a window.

14    Q.   And what about -- I'm circling this portion here, where

15    it's kind of on a 45-degree angle on the right-hand side of the

16    building -- of the diagram.  What does that depict?

17    A.   Door to the exterior of the property.

18    Q.   Now, I'm going to show you a group of exhibits, and it's

19    going to be Government Exhibits 3 through 12.

20              MR. FUNK:  And I think there is a way that we can --

21    may I approach, Your Honor?

22              I think there is a way that we can do this

23    efficiently.

24    BY MR. FUNK:

25    Q.   What I'd like you to do is, in regards to each one of the
```

```
 1    exhibits, I'll call out the exhibit number.  I want you to look
 2    at it, briefly describe it, and I'll ask whether or not it
 3    fairly and accurately depicts what's in that image.
 4    A.  Yes.
 5    Q.  Okay.  So let's go through -- we'll go through first
 6    exhibit -- I believe I handed you Exhibit 2, which is already
 7    in evidence.  What does that show?
 8    A.  The vehicle that was parked in the backyard of the
 9    residence.
10    Q.  What does Exhibit 3 show?
11    A.  The license plate and trunk of the vehicle that was parked
12    in the back of the residence.
13    Q.  And we're talking about the car that's depicted in the
14    diagram, Exhibit 20?
15            No?
16    A.  Oh, that's this, yes.
17    Q.  Correct.
18    A.  Yes.
19    Q.  And does that fairly and accurately depict in Exhibit 3
20    what it looked like on the day that you took photos when the
21    search warrant was executed?
22    A.  Yes.
23    Q.  What's Exhibit 4 show?
24            THE COURT:  Ms. Pittaway?
25            MS. PITTAWAY:  Subject to any objection relevant to
```

```
 1    DE 121.
 2              THE COURT:  And is that in reference to Government
 3    Exhibits 3 through -- Mr. Funk, the series that you're working
 4    with right now is 3 through what?
 5              MR. FUNK:  Three through 12.
 6              THE COURT:  All right.  Any objection to admission of
 7    Government's 3 through 12, Ms. Pittaway?
 8              MS. PITTAWAY:  Only subject to DE 121, Your Honor.
 9              THE COURT:  Okay.  Government's 3 through 12, then,
10    will be admitted over defendant's stated objection.
11              (Evidence admitted as Government Exhibit Nos. 3-12)
12              MR. FUNK:  May I approach and get my exhibit?
13              THE COURT:  You may.
14              MR. FUNK:  Thank you.
15              THE COURT:  You may publish those, Mr. Funk.
16              MR. FUNK:  Thank you.
17    BY MR. FUNK:
18    Q.  I'm showing you Government Exhibit 2.  Can you describe for
19    the jury what that depicts?
20    A.  The vehicle that was located in the backyard of the
21    residence.
22    Q.  And you took that photo?
23    A.  Yes, sir.
24    Q.  Do you recognize the other people that are standing next to
25    the car at all?
```

Monday, March 21, 2022.

```
 1   A.   The one in the black shirt is Detective Pearson, and the

 2   one in the jeans is Lieutenant Ortiz.

 3   Q.   I'm going to show you Government's Exhibit Number 3.  What

 4   does that depict?

 5   A.   That's the back of the vehicle with the trunk and the

 6   license plate.

 7   Q.   I'm showing you Government's Exhibit Number 4.  What does

 8   that depict?

 9   A.   The same vehicle in the backyard residence with the trunk

10   lid open.

11   Q.   What did you see in the back trunk that was located by law

12   enforcement?

13   A.   The individual searching it would have -- if they called me

14   over and say "camera," because they found something within the

15   inside of the trunk that they needed to take for evidence.

16   Q.   I'm showing you Government's Exhibit Number 5.  What does

17   that show?

18   A.   A firearm inside of a bag that was within the back of the

19   trunk of the vehicle.

20   Q.   What sort of bag was it?

21   A.   I'm not sure what the bag --

22   Q.   Well, aside from a brand, just generically.

23   A.   Gym bag it looks like.

24   Q.   Okay.  And we can touch the screens.  It might be a little

25   tricky.  If you touch the upper right hand part of the screen,
```

```
 1    you'll see a selection that will come out.  There's a little

 2    pencil there.  If you press the pencil, you can draw on the

 3    screen.

 4    A.  Yes.

 5    Q.  When you need to clear it, there's a "clear" button on the

 6    bottom left of that tab.

 7          Can you indicate to me where in this image the

 8    firearm is located?

 9    A.  (Witness complied)

10    Q.  Thank you.

11          Now, clear that out, so press the tab in the upper

12    right-hand side and press "clear," please.

13          Was there a belt that was located within the back as

14    well?

15    A.  Yes.

16    Q.  Do you see that in this image, in Exhibit Number 5?

17    A.  Yes.

18    Q.  Where's the belt located?  If you can circle that, please.

19    A.  (Witness complied)

20    Q.  Okay.  And if you can clear that, please.

21          Was there also a receipt that was found within the

22    bag?

23    A.  Yes.

24    Q.  Can you circle that so the jury knows where it's located

25    within the image in Exhibit 5.
```

```
1    A.   (Witness complied)

2    Q.   All right.  If you could clear that, please.

3              And then circle where there was men's clothing

4    located within the bag.

5    A.   (Witness complied)

6    Q.   Okay.  Thank you.

7              And if you can clear that, I'll show you Government's

8    Exhibit Number 6.

9              That receipt that you circled earlier is Government's

10   Exhibit 6 -- does that depict the receipt that was in the image

11   that you circled?

12   A.   Yeah.

13   Q.   And what's the name of the individual who's on the Ralph

14   Lauren receipt that's shown in Exhibit Number 6?

15   A.   Ronell Bryant.

16   Q.   And what's the date and time that that receipt depicts?

17   A.   7-5-20 at 5:59 p.m.

18   Q.   I'm going to show you Government's Exhibit 5 one more time.

19   Is this part right here -- is that the receipt -- is that

20   sitting right over the gun in the bag?

21   A.   Yes.

22   Q.   I'm going to show you Government's Exhibit Number 7.  Is

23   Number 7 just a closer-up picture of the receipt?

24   A.   Yes.

25   Q.   I'm going to show you Government's Exhibit Number 8.  What
```

1   does that photo show?

2   A.  A closer-up picture of the gun.

3   Q.  And does it say on the side what type of firearm that it

4   is?

5   A.  Yes.

6   Q.  What does it say?

7   A.  FN -- I don't know, I'm not --

8   Q.  If you can't read it, that's fine.

9   A.  No.

10  Q.  And the belt that's right under it, is that the belt that

11  you circled a little earlier in an earlier exhibit?

12  A.  Yes.

13  Q.  I'm going to show you Government's Exhibit Number 9.  What

14  does that show?

15  A.  A T-shirt or a long-sleeve shirt.

16  Q.  Is it a man's or a woman's type of shirt?

17  A.  It appears to be a man's shirt.

18  Q.  I'm going to show you Government's Exhibit Number 10.  What

19  does Exhibit Number 10 show?

20  A.  A gray T-shirt.

21  Q.  I'm going to show you Government's Exhibit Number 11.  What

22  does that show?

23  A.  A belt, black belt.

24  Q.  How would you describe it?

25  A.  It looks like it's got metal studs or jewels with a

```
 1    black/silver buckle.

 2    Q.   Did you also take a picture of a driver's license?

 3    A.   Yes.

 4    Q.   And is that Exhibit Number 12?

 5    A.   Yes.

 6    Q.   Was that one of the things that was found within the car?

 7    A.   Yes.

 8    Q.   And does it depict an address at 308 South 20th Street,

 9    Apartment B?

10    A.   Yes.

11    Q    Let's go back to Exhibit Number 20.

12            Actually, before we go there, let me show you

13    Exhibit 15 and 16.

14            (Evidence identified as Government Exhibit

15            Nos. 15 & 16)

16            MR. FUNK:  May I approach witness, Your Honor?

17            THE COURT:  You may.

18            MR. FUNK:  We'll go one by one with these.

19    BY MR. FUNK:

20    Q.   Exhibit 15 I'm showing you right now, what does that show?

21    A.   Just a magazine being removed from the firearm that was

22    found in the trunk of the vehicle.

23    Q.   Do you know who it was that pulled the firearm out of the

24    trunk?  Do you recall?

25    A.   That would be Lieutenant Pearson.
```

```
 1   Q.  Does that fairly and accurately depict the manner in which
 2   he pulled it out of the back of the trunk?
 3   A.  Yes.
 4           MR. FUNK:  Your Honor, at this time, I'll move into
 5   evidence what's been marked as Government's Exhibit 15.
 6           THE COURT:  Any objection?
 7           MS. PITTAWAY:  Any objections subject to DE 121, Your
 8   Honor.
 9           THE COURT:  All right.  Government's Exhibit 15 is
10   admitted over Defendant's objection.
11           (Evidence admitted as Government Exhibit No. 15)
12   BY MR. FUNK:
13   Q.  I'm showing you now Government's Exhibit 16.  Do you
14   recognize what that is?
15   A.  Yes.
16   Q.  What does that show?
17   A.  The firearm that was within the trunk of the vehicle with
18   the slide locked back.
19   Q.  Does that fairly and accurately depict the way it did on
20   the day that you took this photograph?
21   A.  Yes.
22           MR. FUNK:  Your Honor, at this time, I'll move into
23   evidence what's been marked as Government's Exhibit 16.
24           THE COURT:  Any objection?
25           MS. PITTAWAY:  Just subject to DE 121, Your Honor.
```

Monday, March 21, 2022.

```
 1              THE COURT:  Thank you.

 2              Government's 16 is admitted over defendant's

 3   objection.

 4              (Evidence admitted as Government Exhibit No. 16)

 5   BY MR. FUNK:

 6   Q.  And I'm showing the jury now what's been marked -- or what

 7   is Government's Exhibit 15.  What does that show?

 8   A.  That's the magazine being removed from the firearm.

 9   Q.  Is that the same firearm that was found in the back of the

10   blue car?

11   A.  Yes, sir.

12   Q.  I'm showing you Government's Exhibit 16.  What does that

13   depict?

14   A.  The same firearm that was within the trunk of the vehicle

15   with the slide locked to the rear.

16   Q.  Okay.  Now, moving on to -- did you take photographs while

17   you were inside the house?

18   A.  Yes.

19   Q.  Why did you choose to take photographs inside the house?

20   A.  Somebody searching the area called for a camera, and I went

21   to that location of where they found evidence.

22   Q.  I'm showing you Government's Exhibit 20 again.  We're going

23   to talk about a number of items that were found in a bedroom.

24   Can you show the jury which one of the bedrooms where that --

25   the items were found?
```

```
 1   A.  It would be number 2, bedroom marked number 2.

 2   Q.  And were there things found in that bedroom, like a traffic

 3   ticket, a gun case, and recording equipment?

 4   A.  Yes.

 5   Q.  You took pictures of those things?

 6   A.  Yes.

 7   Q.  I'm going to do this in a group for Exhibits 21, 22, 23,

 8   and 24.

 9              (Evidence identified as Government Exhibit

10              Nos. 21-24)

11   BY MR. FUNK:

12   Q.  And let me show you first Government's Exhibit 21.  Do you

13   recognize what that is?

14   A.  Yes.  That's the bedroom of number 2.

15   Q.  And does that fairly and accurately depict the way that it

16   looked when you went into the room?

17   A.  Yes.

18              MR. FUNK:  Your Honor, at this time, I'll move into

19   evidence what's been marked as Government's Exhibit 21.

20              THE COURT:  All right.  Do you want to show

21   Ms. Pittaway those four and see if her objection is the same as

22   to all four images?

23              MR. FUNK:  Yes, ma'am.  Thank you.

24              (Discussion had off the record between Counsel)

25              MR. FUNK:  Thank you, Your Honor.
```

1              THE COURT:  All right.  Any objection, Ms. Pittaway,

2    to admission of Government's 21, 22, 23, and 24?

3              MS. PITTAWAY:  Subject to DE 121, Your Honor.

4              THE COURT:  Thank you.

5              Those four exhibits are admitted over Defendant's

6    objection.

7              *(Evidence admitted as Government Exhibit Nos. 21-24)*

8    BY MR. FUNK:

9    Q.  I zoomed in a little bit on the overhead for Government's

10   Exhibit 20.  Now, we're going to talk about bedroom number 2.

11   I'm going to circle -- there's kind of an angle up here.  Can

12   you describe what -- for the record, there's an angle line out

13   of the square box.  In the upper part of the right-hand side of

14   the box, there's an angled line, what does that depict?

15   A.  That indicates that there's a door at that location

16   approximately.

17   Q.  In the top center between bedrooms number 2 and 3, there's

18   a small rectangle and two lines.  What does that depict?

19   A.  Indicate that's a closet door.

20   Q.  Now, I'm going to also -- I'm outlining -- there's a long

21   rectangle going up and down on the right-hand side of bedroom

22   number 2 with two hash marks across the line.  What does that

23   depict?

24   A.  Indicates that's a closet within the bedroom.

25   Q.  So if someone comes through the door this direction and

1    they look to the left, that would be the closet?

2    A.  Yes, sir.

3    Q.  I'm going to show you Government's Exhibit 21.  What does

4    that show?

5    A.  Contents with inside of the room standing from the

6    threshold of the door.

7    Q.  So if we look back at Exhibit 20, would this be the

8    threshold of the door right here?

9    A.  Yes.

10   Q.  And what's this door -- on the left-hand side, what's that

11   a door to?

12   A.  A closet door.

13   Q.  Do you know what this object is, do you recall?

14   A.  Like recording equipment.

15   Q.  I'm going to show you Government's Exhibit 22.  I'll clear

16   the screen.  Do you recognize what that shows?

17   A.  Yes.

18   Q.  What's depicted in Government's Exhibit 22?

19   A.  The black case with blue little tabs on it, it is a gun

20   case.

21   Q.  And when you enter into the room, the best you can as

22   though you're walking through the room, where it is that it's

23   located?  When you first step into the door, what direction

24   would you look to find it?

25   A.  When you walk through the threshold of the door and turn to

```
 1   your left where the closet is, it's on the top shelf of the
 2   closet.
 3   Q.  Was that case eventually brought down out of the closet?
 4   A.  Yes.
 5   Q.  Did you take pictures of it?
 6   A.  Yes.
 7   Q.  Did you take a close-up picture of the side of the box?
 8   A.  Yes.
 9   Q.  I'm going to show you Government's Exhibit 23.  What does
10   that show?
11   A.  The label on the side of the box.
12   Q.  I'm showing you Government's Exhibit 24.  What does that
13   show?
14   A.  The contents within the box once it was opened.
15   Q.  What do you see within the box?
16   A.  Two magazines for the firearm.  It looks like a box of
17   ammunition, a receipt, a notice, and then a business card.
18   Q.  Now, do you recall whether you were there when it was
19   actually taken down and opened, or were you just called once it
20   was opened?
21   A.  I don't recall.
22           MR. FUNK:  Your Honor, I'm going to show Defense
23   counsel what's been marked Government's Exhibit 26 through 33.
24              (Evidence identified as Government Exhibit
25              Nos. 26-33)
```

```
 1                THE COURT:  Thank you.

 2                (Discussion had off the record between Counsel)

 3                MR. FUNK:  Your Honor, at this time, I'll move into

 4   evidence what's been marked as Government's Exhibits 26 through

 5   33.

 6                THE COURT:  Any objection, Ms. Pittaway?

 7                MS. PITTAWAY:  No objection, other than subject to

 8   DE 121, Your Honor.

 9                THE COURT:  All right.  Government Exhibits 26

10   through 33 will be admitted over defendant's stated objection.

11                (Evidence admitted as Government Exhibit

12                Nos. 26-33)

13   BY MR. FUNK:

14   Q.  I'm going to show you Government's Exhibit 26.  What does

15   that show?

16   A.  A picture of the recording equipment and a dresser in the

17   residence -- or in the room.

18   Q.  Was that what was observable from the threshold of the door

19   looking into the room?

20   A.  Yes.

21                THE COURT:  Mr. Funk, just for planning purposes, I'd

22   like to take a break at four o'clock for a bathroom break, so

23   if you could find a natural place to pause at that point.

24                MR. FUNK:  Just one moment, Judge.

25                If I can -- I just have a couple more photos to show,
```

```
 1   and then I'll confer with Counsel about anything else.

 2   BY MR. FUNK:

 3   Q.  I'm showing you Government Exhibit 27.  What does that

 4   show?

 5   A.  Open drawer within the dresser of that room.

 6              THE COURT:  I'm sorry, I couldn't hear you, sir.

 7              THE WITNESS:  The open drawer in the dresser of that

 8   bedroom.

 9              THE COURT:  Thank you.

10   BY MR. FUNK:

11   Q.  Do you recall whether or not there was a closer up

12   photograph that was taken of the notebook that's seen within

13   that drawer?

14   A.  I think I did take a closer up picture of it.

15   Q.  Let me show you Government's Exhibit 28.

16              THE COURT:  Perhaps if you get closer to the

17   microphone or move it towards you, maybe that would help.

18   Thank you.

19   BY MR. FUNK:

20   Q.  Is that a closer up photo of the notebook that was found

21   within the drawer?

22   A.  Yes.

23   Q.  I'm showing you Government's Exhibit 29.  What's that a

24   photograph of?

25   A.  A traffic citation.
```

```
 1   Q.  And what's the month, day, and year of that traffic

 2   citation?

 3   A.  It's Wednesday, month of 4, day 29, year of 2000, at

 4   6:40 p.m.

 5   Q.  Let me show you Government's Exhibit 30 -- well, actually,

 6   let me ask you:  With regards to Government's Exhibit 29 and

 7   the notebook depicted in Government's Exhibit 28, were the

 8   traffic ticket and the notebook both found within room

 9   number 2?

10   A.  Yes.

11   Q.  With regards to Exhibit 30 that I'm showing you right now,

12   is that an image of what was found in bedroom number 2?

13   A.  Yes.

14   Q.  What is it?

15   A.  A prescription pill bottle.

16   Q.  Whose name is it on?

17   A.  Ronell Bryant.

18   Q.  Is that in the same room that the gun case was located?

19   A.  Yes.

20   Q.  Let me show you Government's Exhibit 31.  Do you recognize

21   what that is?

22   A.  Yes.

23   Q.  Is that an image of something that you -- that was found in

24   bedroom number 2?

25   A.  Yes.
```

```
 1   Q.  Does it have the words at the top left here that I'm

 2   circling, "record sales"?

 3   A.  Yes.

 4   Q.  And also on the top center, the word "publishing"?

 5   A.  Yes.

 6   Q.  And that was found in the same room, number 2, where the

 7   case was found for the firearm?

 8   A.  Yes.

 9   Q.  Let me show you Government's Exhibit Number 32.  What does

10   that show?

11   A.  A vanilla [sic] folder.

12   Q.  What's the manila folder say?

13   A.  "Hit singles."

14   Q.  Was that found in room number 2 of the same room that

15   contained the gun case?

16   A.  Yes.

17   Q.  Let me show you Government's Exhibit Number 33.  It's a

18   little dark.

19            MR. FUNK:  Actually, can I approach the witness, Your

20   Honor?

21            THE COURT:  You may.

22   BY MR. FUNK:

23   Q.  What's Exhibit Number 33 show?

24   A.  A documentation, it looks like a resume.

25   Q.  Of whom?
```

Monday, March 21, 2022.

```
 1   A.  Of Mr. Bryant.

 2   Q.  And was that found in the same room as the gun case?

 3   A.  Yes.

 4           MR. FUNK:  Judge, it would be a good time to take a

 5   break.  I'll confer with Counsel to see if there's anything

 6   additional.  Thank you.

 7           THE COURT:  Okay, thank you.

 8           Ladies and gentlemen, we're going to take our

 9   afternoon break now for 15 minutes.  We'll see you after the

10   break.

11           All rise for the jury.

12           (The jury exited the courtroom)

13           THE COURT:  All right.  We will be in recess.

14           Sir, please do not discuss the substance of your

15   testimony with anybody.  You remain under oath.

16           I'll see you all in 15 minutes.

17           (Recess was had at 3:50 p.m.; and the proceedings

18           resumed at 4:15 p.m.)

19           THE COURTROOM DEPUTY:  All rise.

20           THE COURT:  You may be seated.

21           Note, the defendant is present.

22           MR. FUNK:  Should we have Detective Saliba come up to

23   the stand?

24           THE COURT:  Yes.  Thank you.

25           MR. FUNK:  And I'll just announce that I have no
```

```
 1    further questions for Detective Saliba, once they come back in.
 2              THE COURT:  Great.  Thank you.
 3              THE COURTROOM DEPUTY:  All rise for the jury.
 4              (Jury in at 4:17 p.m.)
 5              THE COURT:  You may be seated.
 6              You may proceed, Mr. Funk.
 7              MR. FUNK:  Your Honor, I have no further questions
 8    for Detective Saliba.  Thank you.
 9              THE COURT:  Thank you.
10              Ms. Pittaway?
11                       CROSS-EXAMINATION
12    BY MS. PITTAWAY:
13    Q.  Good afternoon, Detective.
14    A.  Good afternoon.  How are you?
15    Q.  I'm doing all right.  Thank you.
16              When you were called on scene, the evidence had
17    already been discovered, correct?
18    A.  Yes.
19    Q.  So by the time that you arrived and you took photos of the
20    trunk, your associate law enforcement officers had already been
21    in the trunk, correct?
22    A.  Yes.
23    Q.  So the photos that you took do not depict necessarily the
24    way that the items were in the trunk upon first view.
25    A.  That was how they were when I took the photo.
```

Monday, March 21, 2022.

1   Q.  And you have no idea how much these items were manipulated

2   before you took a photo.

3   A.  No, I do not.

4   Q.  I am showing you Government's Exhibit Number 4.  Do you

5   know who that individual is in the green pants?

6   A.  It looks like Detective Singletary.

7   Q.  Are you aware of whether he took any items into evidence?

8   A.  I'm not sure.

9   Q.  I'm going to put that photo right back up, Government's

10  Exhibit Number 4.

11          Do you recall how many bags were in the trunk of the

12  vehicle when you photographed it?

13  A.  I don't, no.

14  Q.  Do you recall if there's any photo that you took that

15  depict each and every bag found in the trunk?

16  A.  I don't recall.

17  Q.  I'm just going to put up Government's Exhibit 4.  I should

18  have left it there a little bit longer.

19          If I may draw your attention to the passenger side of

20  the trunk, do you see this item right here which is right under

21  the metal arch that opens and closes the trunk?

22  A.  Yes.

23  Q.  Do you know what that is?

24  A.  I do not.

25  Q.  And how about the yellow, do you know what the yellow item

1   is?

2   A.   I do not.

3   Q.   Do you know what that red item is in the middle of the

4   trunk?

5   A.   I do not.

6   Q.   And that black and white item right there, do you recall

7   what that is?

8   A.   Sweater?  I don't know, sorry.

9   Q.   Do you recall whether there were plastic shopping bags in

10  the trunk?

11  A.   I think there were, but I don't remember what kind they

12  were.

13  Q.   So you don't recall offhand how many plastic shopping bags

14  were in the trunk.

15  A.   No.

16  Q.   And you don't recall where the shopping bags are from.

17  A.   No.

18  Q.   Now, I'm showing you what's been entered as Government's

19  Exhibit 5, and I want to bring your attention to the receipt,

20  and this would be the receipt that you identified which appears

21  to be laying over the firearm.

22         Now, when you observed this trunk and the position of

23  the firearm on your first view, was that receipt over the

24  firearm?

25  A.   I don't recall.  I'll have to see from the picture of it,

```
 1   but from that last picture, you can't tell.
 2   Q.  Because again, you don't know if any of the items were
 3   manipulated before you viewed them.
 4   A.  No.
 5   Q.  Let's take a look at -- let me just clear this.  I want to
 6   bring your attention to this item over in the left-hand side.
 7   It's white, it's got some gold on it, and it's got some black
 8   on it.  Do you know what that item is?
 9   A.  I do not.
10   Q.  Now, you don't know whose bag this is, this black and white
11   bag, correct?
12           MR. FUNK:  Objection, Your Honor, asked and answered,
13   no foundation.
14           THE COURT:  Overruled.
15   BY MS. PITTAWAY:
16   Q.  This bag right here with the zipper on it, you don't know
17   whose bag that is.
18   A.  No.
19   Q.  You don't know whose belt that is.
20   A.  No.
21   Q.  You don't know whose shirt that is.
22   A.  I do not.
23   Q.  Now, you had identified it as a man's shirt, but you don't
24   know if, in fact, a man owned that shirt.
25   A.  Yes, I do not know.
```

1   Q.  Likewise, you identified this -- I think that might be the

2   gray shirt -- as a man's shirt, but you don't know for certain

3   whose shirt that is.

4   A.  No.

5   Q.  Now, I want to bring your attention to -- up at the top,

6   there is a black and white item.  You don't have any idea what

7   that is.

8   A.  Another piece of clothing?

9   Q.  Okay.

10  A.  I don't know.

11  Q.  But you're not certain.

12  A.  I'm not certain, no.

13  Q.  Now, I want to bring your attention to Government's

14  Exhibit 7, which is a close-up of the Polo Ralph Lauren

15  receipt.  Do you know whose gloved hand that is holding the

16  receipt?

17  A.  I don't know.  I can't tell from the picture.

18  Q.  You do know that's not your hand?

19  A.  It's not my hand, no.

20  Q.  So as you took photos, other people are holding out items

21  for you to photograph, correct?

22  A.  Yes.

23  Q.  You did not use your own discretion in which items to

24  photograph.

25  A.  No.

```
 1   Q.  You were not the lead investigator on the case.

 2   A.  No.

 3   Q.  So as an example, in Government's Exhibit 9, another

 4   associate law enforcement officer is holding up the shirt for

 5   you to photograph, but you don't particularly know what the

 6   relevance of that shirt is, correct?

 7   A.  Yes.

 8   Q.  I pose the same question as to what's depicted in

 9   Government's Exhibit Number 10.  Somebody else is holding the

10   shirt up for you and asking you to photograph it.  You don't

11   know the relevance of that shirt, correct?

12   A.  Yes.

13   Q.  I want to bring your attention now to Government's

14   Exhibit 12.  You did not find this driver's license inside the

15   bag with the gun.

16   A.  As I recall, no.

17   Q.  Do you recall where you found the driver's license?

18   A.  I don't recall.  I think I was pointed to it and "take a

19   picture of it."

20   Q.  Now, this driver's license, what is the address on it?

21   A.  It is 308 South 20th Street, Apartment B.

22   Q.  Okay.  And the location you were at was a single family

23   residence on Avenue K.

24   A.  Yes.

25   Q.  So that's not the residence that you were at.
```

1    A.   No, I was not on 20th Street.

2    Q.   I want to bring your attention now to Government's

3    Exhibit 15.  Now, this red item at the back of the trunk, this

4    is a different view of it, but you don't know for certain what

5    that item is, correct?

6    A.   No.

7    Q.   And how about this item I'm circling right now?  It's blue,

8    it's got some kind of decals on it, you don't know what that

9    is.

10   A.   It looks like clothing.

11   Q.   But you're not certain.

12   A.   I'm not, no.

13   Q.   And now I'm going to bring your attention to what looks

14   like a rectangular square.  It's blue, right in the middle of

15   the photo.  You don't know for certain what that is.

16   A.   No.

17   Q.   Now, who would have been responsible for searching the red

18   bag that's circled, or this other miscellaneous clothing that's

19   circled, or the rectangular bag that's circled?  Who would have

20   done that?

21   A.   The detectives that were searching, that were assigned to

22   search that vehicle.

23   Q.   And do you know who the individual was?

24   A.   I don't know specifically who was assigned to the vehicle.

25   Q.   So there was not one individual who was directing you

1    continuously to take photos of what was found.

2    A.  Yes.  The detectives that were searching the premise would

3    call "camera," and I would go to that location and take a

4    picture of whatever piece of item or evidence that they found.

5    That's who was directing me.

6    Q.  So there were different detectives calling you to take

7    photos, correct?

8    A.  Yes.

9    Q.  Are you certain whether the detectives that were calling

10   you to take a photo actually obtained that evidence, bagged the

11   evidence, and logged it in?

12   A.  Yes.

13   Q.  So if you do -- now, do you know the particular detectives

14   that did that -- let me rephrase the question.

15         So if a detective calls you over and says "camera,"

16   you go over there.  Do you know for certain that that's the

17   detective that would have bagged the evidence and logged it in?

18   A.  No.

19   Q.  So do you know, for example, who would have been

20   responsible for bagging in that red bag depicted in the upper

21   left-hand corner of that picture?

22   A.  No, I do not recall who was.

23   Q.  Okay.  Same question, same answer as to this other

24   miscellaneous clothing and this rectangular box, correct?

25   A.  Yes, I do not recall.

```
1   Q.  Now, I want to bring your attention to Government's Exhibit
2   Number 20.  This is not to scale, right?
3   A.  No, it is not.
4   Q.  And you do not know who stayed in each bedroom, correct?
5   A.  I do not.
6   Q.  You didn't do any interviews.
7   A.  No.
8   Q.  So you relied exclusively on the representation of other
9   officers to tell you what photos to take.
10  A.  Yes.
11  Q.  Now, I want to bring your attention to Government's
12  Exhibit 21.  Were items already laid out for you when you
13  entered that bedroom?
14  A.  As I recall, once they find it, just take a picture of
15  this, so yes.
16  Q.  Now, the recording equipment that you identified, is it
17  that big black box right in the middle of the photograph?
18  A.  Yes.
19  Q.  And are you aware of whether that's recent recording
20  equipment, new to this -- new to 2020, when you took the photo?
21  A.  I do not.
22  Q.  So you don't know if it's outdated technology?
23  A.  No.
24  Q.  I'm going to bring your attention to Government's
25  Exhibit 22, and I want to bring your attention to this red item
```

```
 1   in the left-hand side of the photo.  You don't know what that
 2   item is.
 3   A.  No.
 4   Q.  You don't know if it's men's clothing or women's clothing?
 5   A.  I do not.
 6   Q.  I'm going to bring your attention to this purple -- it
 7   might be a fuzzy or silky item.  You don't know what that is.
 8   A.  I do not.
 9   Q.  You don't know if it's men's clothing or women's clothing.
10   A.  No.
11   Q.  How about the gray item there, you don't know what that is,
12   correct?
13   A.  No, ma'am.
14   Q.  Red item on top, you don't know what that is, correct?
15   A.  No, ma'am.
16   Q.  And who -- putting up Government's Exhibit 22 again, who
17   would know what that red item is?
18   A.  The individual that put it there.
19   Q.  So you're not certain who would have logged in any of this
20   clothing or items in the closet.
21   A.  No.
22   Q.  I'm going to bring your attention to Government's
23   Exhibit 24.  Are you aware -- well, let me rephrase that.
24          You don't know the positioning of those papers inside
25   the box at the time it was found.
```

1    A.  I don't recall them, no.

2    Q.  Do you know who would have known exactly how those papers

3    looked when that box was opened?

4    A.  The detective that opened it.

5    Q.  Do you know who that -- and you don't know who that

6    detective is.

7    A.  As I recall, Detective Walker was within that room, but I

8    don't know who specifically opened that case.

9    Q.  How about the shoes over in the upper left-hand corner, do

10   you know which detective opened that box of shoes?

11   A.  I do not.

12   Q.  And you don't know which detective might have logged those

13   shoes in as evidence?

14   A.  I do not.

15   Q.  Did you obtain any details regarding these shoes?

16   A.  No.

17   Q.  Bringing your attention now to Government's Exhibit

18   Number 26.

19         Now, there are a number of items inside the drawer

20   here.  You don't know if any of those items were logged in as

21   evidence.

22   A.  I do not.

23   Q.  And if I were to ask you what each of those individual

24   items are in the drawer, you wouldn't know.

25   A.  I would not.

```
 1    Q.  I'm going to show you now Government's Exhibit 27.  Do you

 2    recall which bedroom this photo was taken in?

 3    A.  I recall it's -- according to that little drawing was room

 4    number 2.

 5    Q.  So this is the same bedroom where the closet had the gun

 6    box, correct?

 7    A.  Yes.

 8    Q.  You don't know if the mattress was in that condition prior

 9    to the search?

10    A.  That's how it was when I was in there.

11    Q.  I'm sorry, can you repeat?

12    A.  That's how it was when I took the photograph.

13    Q.  So you don't know.

14    A.  I don't know.

15    Q.  You don't know whether there were any sheets on the

16    mattress set prior to you taking photos.

17    A.  I do not know.

18    Q.  You don't know if this room was stayed in or lived in or

19    just used as storage.

20    A.  I don't know.

21    Q.  Now, I want to bring your attention to these boxes that are

22    on top of the dresser right near the mattress set.  You don't

23    know what is inside those boxes.

24    A.  No, ma'am.

25    Q.  You don't know if they were ever opened.
```

```
1   A.  I do not know.

2   Q.  Now, I want to bring your attention to these bottles that

3   I've circled, these bottles right next to the boxes stacked up.

4   You don't know what these are bottles of.

5   A.  I do not.

6   Q.  And you don't know who would know of your associate law

7   enforcement officers what these bottles are or what these boxes

8   are.

9   A.  Detective Walker.

10  Q.  He would know what these are?

11  A.  He was the one that was assigned to that room, as I recall.

12  Q.  Now, I want to bring your attention to the drawer that's

13  open.  You didn't photograph each and every content of that

14  drawer, correct?

15  A.  No.

16  Q.  But Detective Walker should have an idea of what's in that

17  drawer.

18  A.  As I recall, yes.

19  Q.  I'm going to draw your attention now to Government's

20  Exhibit Number 29.  Do you see an address that's listed on the

21  traffic citation?

22  A.  Yes.

23  Q.  Okay.  And what address is that?

24  A.  That' 308 South 20th Street, Apartment B.

25  Q.  And you were at the Avenue K address, correct?
```

Monday, March 21, 2022.

```
 1   A.  Yes.
 2   Q.  Let me show you Government's Exhibit 30, pill bottle.  You
 3   do not know where this pill bottle was found.
 4   A.  I don't recall.
 5   Q.  Do you happen to know Cefazolin is an antibiotic?
 6   A.  I do not know.
 7   Q.  Turning to Government's Exhibit 32, you don't know where
 8   this was recovered, correct?
 9   A.  I don't know the location of where it was recovered.
10   Q.  But Detective Walker would know, correct?
11   A.  He was the one that searched that residence, yes, or that
12   room.
13   Q.  You didn't take any photos regarding any car keys, correct?
14   A.  I don't recall.
15   Q.  If you did -- if you were asked to take photos of any car
16   keys, you certainly would have done so, right?
17   A.  Yes.
18   Q.  And you're not aware of any photos of car keys in this
19   case.
20   A.  I'm not aware, no.
21   Q.  Now, house keys, do you recall photographing any house
22   keys?
23   A.  I don't recall.
24   Q.  If you had been asked to photograph house keys, you would
25   have done so.
```

```
 1   A.   Yes.

 2              MS. PITTAWAY:  Moment to confer, Your Honor.

 3              (Discussion off the record between Defense Counsel)

 4              MS. PITTAWAY:  No further questions, Your Honor.

 5              THE COURT:  Thank you.

 6              Mr. Funk, anything further?

 7              MR. FUNK:  No, Your Honor.  I don't have any further

 8   questions for the detective.  Thank you.

 9              THE COURT:  All right.  Thank you.

10              Thank you, Detective.  You may be excused.

11              THE WITNESS:  Thank you.

12              (Witness excused)

13              THE COURT:  Mr. Funk, please call your next witness.

14              MR. FUNK:  Judge, may we approach quickly, please?

15              THE COURT:  Sure.

16              (The following proceedings were had at sidebar)

17              MR. FUNK:  His testimony will be quite long.  I

18   thought we heard you say to the jury that we would be done at

19   5:00.  I think you told us before 5:30.

20              THE COURT:  Five-thirgy is normally our schedule,

21   9:00 to 5:30 every day.

22              MR. FUNK:  Okay.  Then I'll call the next one.

23              THE COURT:  Okay.  Good.

24              (Proceedings in open court)

25              THE COURT:  Mr. Funk, who's your next witness?
```

Monday, March 21, 2022.

1          MR. FUNK:  Yes, Your Honor, Lieutenant Keith Pearson.

2          THE COURT:  Thank you.

3          Let's have Mr. Pearson enter the courtroom.

4          Ladies and gentlemen, just for planning purposes, we

5  are going to continue until 5:30.  We will then recess, at that

6  point, for the night, and then resume tomorrow morning at

7  9:00 a.m.

8          Good afternoon, sir.  If you could walk over here.

9          You may remove your mask, sir, and Ms. Glass will

10  swear you in.

11          THE COURTROOM DEPUTY:  Please raise your right hand.

12          **(KEITH PEARSON, GOVERNMENT'S WITNESS, WAS SWORN)**

13          THE COURTROOM DEPUTY:  Please state your name,

14  spelling your last name.

15          THE WITNESS:  Keith Pearson, P-E-A-R-S-O-N.

16          THE COURTROOM DEPUTY:  Thank you.

17          THE COURT:  Thank you, sir.  You may be seated.

18          Please proceed.

19                          <u>**DIRECT EXAMINATION**</u>

20  BY MR. FUNK:

21  Q.  Good afternoon.

22  A.  Good afternoon.

23  Q.  Where do you work?

24  A.  St. Lucie County Sheriff's Office.

25  Q.  How many years have you worked there?

```
1   A.   Just under 20.

2   Q.   What's your current position within the sheriff's office?

3   A.   Currently, I hold the rank of lieutenant, and I'm in charge

4   of our school resource program.

5   Q.   How many people do you supervise?

6   A.   Roughly 60 people, including supervisors and civilians.

7   Q.   How long have you been in that particular unit?

8   A.   Since the beginning of this school year, so August of last

9   year.

10  Q.   And was the sheriff's office the only place that you've

11  worked in law enforcement?

12  A.   I did a very short stint at the Department of Corrections.

13  Mainly, when I got my certification to work in corrections, I

14  worked for the Department of Corrections, but most of that was

15  just through the academy.

16  Q.   What are the sorts of positions that you've been in during

17  the time that you've been with the sheriff's office?

18  A.   A short time at the corrections facility for the jail,

19  short stint on patrol, and the majority of my career, I spent

20  in the special investigations division which investigates

21  narcotics crimes, vice crimes.  I've held in that position,

22  which is most of my career, everything from deputy detective,

23  K-9 handler, sergeant, and lieutenant until I moved on to the

24  current position that I'm in now.

25  Q.   And the sergeant and lieutenant positions, are they both
```

Monday, March 21, 2022.

1   supervisory positions?

2   A.  Yes.  Lieutenant is the highest rank that you could have

3   within that -- our special investigations unit.

4   Q.  Were you involved in conducting an investigation that

5   occurred on July 9th, 2020, after the execution of a lawful

6   warrant for Ronell Bryant?

7   A.  I was.

8   Q.  If you saw Ronell Bryant again today, would you be able to

9   identify him?

10  A.  I would.

11  Q.  And do you see him in court today?

12  A.  I do.

13  Q.  Can you point to him and describe what he's wearing so we

14  know who you're talking about?

15  A.  Well, he has a face mask down below his chin, a white

16  shirt, black bow tie with what looks like gold cross striping.

17          MR. FUNK:  Can we let the record reflect, please,

18  that the witness has identified Mr. Bryant?

19          THE COURT:  The record reflects the identification.

20  BY MR. FUNK:

21  Q.  Now, just generally, starting with the general and going to

22  the more specific, what were your responsibilities on the day

23  of July 9th, 2020?

24  A.  On that day, I held the rank of sergeant, so I would

25  oversee the day-to-day operations of the detectives within the

1    special investigations unit.

2    Q.  Were you specifically at 306 Avenue K in Fort Pierce,

3    Florida?

4    A.  I was.

5    Q.  Did you assist in the search of a blue sedan?

6    A.  I did.

7    Q.  In what way did you assist?

8    A.  Initially, it was just overview, just getting any assets or

9    resources that the deputies might need on scene, assisting our

10   federal partners; and then when a -- it was called out that a

11   camera was needed, that's our terminology that we use, that an

12   item of interest was located, I went over to that area and

13   assisted with the collection and photographing of some items

14   that were collected that day.

15   Q.  And what is the normal procedure for the photographing?

16   A.  We usually would have one person assigned to the camera.

17   They would call out -- we would have one person assigned to a

18   camera, another person -- or multiple people assigned to

19   searching an area, because we have multiple areas:  Inside,

20   outside, vehicles.  When somebody locates an item that would be

21   in the scope of what we're looking for there, they would call

22   out "camera."  The one person who's familiar with the camera,

23   taking all the photos, would then come to where that deputy or

24   agent is and take pictures of what the individuals found

25   with -- prior to the item really being disturbed.  So you'll

Monday, March 21, 2022.

```
 1    have lots of photos.  You'll have some photos of evidentiary
 2    value, you'll have some photos of not evidentiary value because
 3    we're kind of trying to keep it in the best state that we
 4    possibly could to capture it as best as we can.
 5    Q.  What's the procedure that you follow as a matter of
 6    protocol for collecting the evidence and processing it?
 7    A.  Just trying to capture it the best way so that we could
 8    present it in instances like this.
 9    Q.  I'm going to show you Government's Exhibit Number 2.  I'll
10    show that on the overhead.  Do you recognize what that is?
11    A.  I do.
12    Q.  What is it?
13    A.  That is a photo of a blue Nissan.
14    Q.  Was that the Nissan that was located at 3706 Avenue K in
15    Fort Pierce?
16    A.  It was.
17    Q.  Did you assist in the location of items of evidence that
18    were in the trunk of that vehicle?
19    A.  I have.
20    Q.  I show you Government's Exhibit Number 3.  Do you recognize
21    what that is?
22    A.  I do.
23    Q.  What is it?
24    A.  That's the same vehicle, just a different vantage point,
25    and also capturing the license plate so that if we need to go
```

```
 1    back later on and archive it, you could see what the license

 2    plate on that vehicle was that day.

 3    Q.  When you assisted in looking through the back trunk, were

 4    you there at the time that it was originally opened or did you

 5    come afterwards?

 6    A.  I'd come afterwards.

 7    Q.  Let me show you Exhibit Number 4.  Do you recognize what

 8    that depicts?

 9    A.  The trunk opened up.

10    Q.  Of the blue car that you helped search?

11    A.  Yes, sir.

12    Q.  Do you know who's standing there in that image on the

13    right-hand side?

14    A.  It doesn't have a face shot, but that looks like

15    Detective Singletary.

16    Q.  Now, when it was opened up, do you recall being there at

17    the time that it became fully open or did you come after that?

18    A.  I came there after that was fully open.

19    Q.  Do you remember seeing a firearm in the back trunk inside a

20    bag?

21    A.  I do.

22    Q.  I'm going to show you Government's Exhibit Number 5.  What

23    does that show?

24    A.  That shows a bag that was inside the back trunk, how it

25    sits.
```

```
 1   Q.  And the way that it's sitting right there with the receipt

 2   over it, do you recall that or --

 3   A.  I do.

 4   Q.  And what else is -- let me circle, if I can -- what is that

 5   within the photograph?

 6   A.  A belt, article of clothing.

 7   Q.  Then this circle right here, what does that show?

 8   A.  Another article of clothing.

 9   Q.  And what I'm circling right here, what is that?

10   A.  A receipt or document.

11   Q.  And this right here?

12   A.  A firearm.

13   Q.  Did you ultimately assist in taking those items out -- the

14   firearm, the clothing, the receipt, and the belt?

15   A.  I did.

16   Q.  I'm going to show you Government's Exhibit Number 6.  Is

17   that a picture of you holding the receipt?

18   A.  It is.

19   Q.  What does the receipt say on it?

20   A.  A time, date, a customer's name on it.

21   Q.  Who's the customer name?

22   A.  It says "Ronell Bryant."

23   Q.  I'm going to show you Government's Exhibit Number 5.

24           When you pulled the receipt out to put into evidence,

25   is that where it was located when you reached in and pulled it
```

Monday, March 21, 2022.

1   out of the car?

2   A.  It was.

3   Q.  I'm showing you Government's Exhibit Number 8.  What does

4   that show?

5   A.  That shows the firearm.

6   Q.  What type of firearm is it?

7   A.  FN Five SeveN.

8   Q.  I'm showing you Government Exhibit Number 9.  What does

9   that show?

10  A.  That was one of the articles of clothing that was seen in

11  the bag just out so you could actually see what the actual

12  clothing represented.  So now the items are being shown in the

13  actual state so you have visualization of what it was inside

14  the bag.

15  Q.  You can touch the screen.  I'm going to show you

16  Government's Exhibit Number 5.  Can you show where in that bag

17  the white shirt came from?

18          And there's a -- just a couple inch yellow line

19  there, is that the shirt that you pulled out in the other

20  image?

21  A.  Yes, sir.

22  Q.  If you can press the top -- actually, I might be able do it

23  from here.

24          I'm showing you Government's Exhibit Number 10.

25  Is -- who's the person holding the gray shirt there?

1    A.   That was me.

2    Q.   Where did that gray shirt come from?

3    A.   The vehicle, the trunk.

4    Q.   Do you recall where exactly in the trunk it came from?

5    A.   I believe the bag.

6    Q.   I'm going to show you Government's Exhibit Number 5 again.

7    Do you see the gray shirt in that image?

8    A.   I do.

9    Q.   Where is it located?

10   A.   Do you want me to touch the screen again?

11   Q.   Yes, please.

12   A.   Okay.

13   Q.   Thank you.

14            Did you take the belt out of the back end of the blue

15   Nissan?

16   A.   Yes.

17   Q.   I'm going to show you Government's Exhibit Number 11.  Do

18   you recognize what that is?

19   A.   That is the belt.

20   Q.   I'm going to show you again Government's Exhibit Number 5.

21   Can you press the screen and show where in that image the belt

22   was found within the bag?

23   A.   (Witness complied)

24   Q.   Now, are all these items within the same bag, to your

25   recollection?

```
1    A.  Yes, sir.

2    Q.  And just generally, what type of bag is it?

3    A.  Just a -- a personal bag you just have items in.

4    Q.  Okay.  This Exhibit Number 11, can you describe more

5    particularly the belt, please?

6    A.  It's like a rhinestone belt, very flashy.

7    Q.  Was that taken into evidence?

8    A.  Yes, it was.

9    Q.  Do you recall whether or not Mr. Bryant's driver's license

10   and wallet were found within the car?

11   A.  Within the car, yes, sir.

12   Q.  Do you recall at all where they were found?

13   A.  Within the center partition of the vehicle, the interior of

14   the vehicle, not the trunk of the vehicle.

15   Q.  Let me show you Government Exhibit Number 12.  Is that a

16   photograph of the driver's license?

17   A.  It is.

18   Q.  I'm going to show you what's been marked as Government's

19   Exhibit 13.

20           (Evidence identified as Government Exhibit No. 13)

21           (Discussion had off the record between Counsel)

22           MR. FUNK:  Your Honor, I've shown Defense Counsel

23   what's been marked as Government's Exhibit 13.  May I approach

24   the witness, please?

25           THE COURT:  You may.
```

Monday, March 21, 2022.

1   BY MR. FUNK:

2   Q.  If you would, please, without showing the jury, can you go

3   ahead and open that up and take a look in it and let me know

4   whether or not you recognize it?

5   A.  I do.

6   Q.  What is it?

7   A.  One of the receipts from the bag and the driver's license

8   from the photo.

9   Q.  And --

10          MR. FUNK:  Your Honor, at this time, I'll move into

11   evidence what's been marked as Government's Exhibit 13.

12          THE COURT:  Any objection?

13          MR. PATANZO:  Judge, may I voir dire the witness?

14          THE COURT:  What is your objection?

15          MR. PATANZO:  My objections are to 121, but I also

16   have a foundational objection.

17          THE COURT:  Let's see the parties at sidebar.

18          (Following proceedings were had in bench conference)

19          THE COURT:  So what is your foundational objection?

20          MR. PATANZO:  Judge, he's not the one that found

21   these items, and his initials aren't on any of those -- his

22   initials or ID numbers are not on the evidence bag.

23          THE COURT:  Okay.  Well, I think you can ask those

24   questions on cross-examination, and you can elicit that he's

25   not the one who initialed the physical evidence.  Any other

1   objection?

2          MR. PATANZO:  Just to 121 and to improper foundation.

3          THE COURT:  All right.  You can elicit those subjects

4   on your cross-examination.  Your objection -- your request for

5   voir dire now is overruled.

6          *(Proceedings in open court)*

7          THE COURT:  Please proceed, Mr. Funk.

8          MR. FUNK:  Thank you.

9   May I approach the witness, Judge?

10         THE COURT:  You may.

11  BY MR. FUNK:

12  Q   I'll take those back.

13         Okay.  So within Government's Exhibit 13, did you

14  recognize what those items were?

15  A.  I did.

16  Q.  What were they?

17  A.  Receipts and the driver's license.

18  Q.  Did those come from the car?

19  A.  They did.

20  Q.  Where did the receipts come from?

21  A.  One of the receipts came from the bag, and the driver's

22  license came from the wallet, which was photographed, in the

23  front portion of the vehicle.

24  Q.  And just so the jury can see, is that the driver's license

25  there?

```
 1   A.  Yes.

 2   Q.  And are these the Ralph Lauren receipts?

 3   A.  Yes.

 4   Q.  Do they have Ronell Bryant's name on them?

 5   A.  They do.

 6   Q.  What's the date that's on the receipts?

 7   A.  7/5/20, both of them.

 8   Q.  At what time?

 9   A.  Both of them have the same time, 5:29.

10   Q.  I'm going to show you next what's been marked as

11   Government's Exhibit Number 14.

12          THE COURT:  Mr. Funk, did you move in Government's

13   Exhibit 13?

14          MR. FUNK:  Thank you.  My co-counsel just reminded me

15   of the same.  I'll move at this time Number 13 into evidence.

16          THE COURT:  All right.  Any objection to

17   Government's 13?

18          MR. PATANZO:  Same objections noted at sidebar, 121

19   and foundation.

20          THE COURT:  All right.  Government's 13 is admitted

21   over the defendant's objection.

22              (Evidence admitted as Government Exhibit No. 13)

23          MR. FUNK:  May I approach the witness, Your Honor?

24          THE COURT:  You may.

25          MR. FUNK:  Thank you.
```

Monday, March 21, 2022.

1   BY MR. FUNK:

2   Q.  If you would, please, go ahead and open that with the

3   scissors that you have.  Take a look inside, and without

4   showing the jury, let us know what that is.

5   A.  (Witness complied)

6   Q.  What do you see inside the bag?

7   A.  The white shirt that I held up in the photo, along with the

8   belt, both recovered from the vehicle.

9   Q.  And are those the same ones that we saw in the picture

10   earlier?

11   A.  They are.

12   Q.  Is the belt the one that you were holding out?

13   A.  It is.

14   Q.  And the white shirt, you were holding that one up?

15   A.  Yes, sir.

16          (Evidence identified as Government Exhibit No. 14)

17          MR. FUNK:  Your Honor, at this time, I'll move into

18   evidence what's been marked as Government's Exhibit 14.

19          THE COURT:  Any objection?

20          MR. PATANZO:  Same objections as at sidebar, docket

21   entry 121, and I would ask for permission to voir dire the

22   witness.

23          THE COURT:  All right, request denied.  You may

24   question the witness about those topics during

25   cross-examination.

Monday, March 21, 2022.

```
 1              Government's Exhibit 14 is admitted over defendant's
 2   objection.
 3              (Evidence admitted as Government Exhibit No. 14)
 4              MR. FUNK:  And may I publish, Your Honor, by having
 5   the lieutenant hold up both the belt and the shirt?
 6              THE COURT:  You may.
 7              MR. FUNK:  Thank you.
 8   BY MR. FUNK:
 9   Q.  Just do one at a time and just hold it up so the jury can
10   see.  You can stand up, if you want to.
11   A.  (Witness complied)
12   Q.  All right.  Thank you.
13              MR. FUNK:  Judge, would it be all right if I held the
14   belt in front of the jury and went down?
15              THE COURT:  That's fine.
16              MR. FUNK:  Thank you.
17   BY MR. FUNK:
18   Q.  What brand of belt is that?
19   A.  I would have to look at the markings --
20   Q.  If you would, please.
21   A.  Markings on the back of it indicate "B.B. Simon," B,
22   period, B, period, Simon, size 34, and then the number is 2008.
23   Q.  Thank you.
24              I'm going to show you what's been marked as
25   Government's Exhibit 17.
```

```
 1              THE COURT:  Sir, if you could spell the word "Simon"
 2    for the record?
 3              THE WITNESS:  S-I-M-O-N.
 4              THE COURT:  Thank you.
 5              MR. FUNK:  May I approach the witness, Your Honor?
 6              THE COURT:  You may.
 7    BY MR. FUNK:
 8    Q.  Actually, before we put this one up there, if you would,
 9    please, put the shirt and the belt back into the bag.
10              Thank you.
11              Okay.  If you would, please, use the scissors to open
12    what's been marked as Government's Exhibit 18 (sic).
13              Do you recognize what that is?
14    A.  I do.
15    Q.  What is it?
16    A.  It's the firearm from the vehicle.
17    Q.  I'm going to show you Government's Exhibit 15.  Does
18    Government's Exhibit 15 depict the same firearm that was taken
19    from the back of the vehicle?
20    A.  Yes, sir.
21    Q.  And what are you -- are you the one holding the gun right
22    there?
23    A.  I am.
24    Q.  What's that depicting, Government's Exhibit 15?
25    A.  Part of the process that I explained earlier, that's the
```

Monday, March 21, 2022.

1    documenting clearing the gun.  So it's showing the state of the

2    firearm through the process.  So what I'm doing there is I'm

3    removing the magazine from the firearm.  And at this step,

4    you're seeing that there is ammunition in the magazine.

5    Q.  Do you recall how many rounds of ammunition were within the

6    magazine?

7    A.  No.  We didn't do a round count on the magazine.  The

8    magazine from here gets packaged separately and that gets sent

9    for the crime lab -- for the crime technicians to take a look

10   at.

11   Q.  And within that box, is there any ammunition?

12   A.  No.  We keep ammunition, magazines, and firearms separate

13   at all times, per our policy.  So from start to finish, we

14   won't put a gun with ammunition together because it circulates

15   throughout our agency.

16   Q.  Is that documented in some way?  How do you track -- once

17   you separate the ammunition from a particular object, how does

18   your recordkeeping happen so that you can track it?

19   A.  Our evidence vouchers and chain of custody.

20   Q.  And what does Government's Exhibit 16 depict?

21   A.  Sixteen depicts the firearm with the magazine out and the

22   slide open.  And that's indicating that there was not a round

23   in the chamber.  So that means the gun had a magazine with

24   ammunition in it, but there wasn't an actual bullet in the

25   chamber at the time of the gun in the back of the vehicle in

1    the bag.

2    Q.  You're wearing gloves in these images; why?

3    A.  So that I don't cross contaminate -- well, for a few

4    reasons.  You know, we're processing the scene, so I don't want

5    any of my DNA or my fingerprints to spread out on there.  And I

6    also want to protect myself from picking up any contaminants,

7    COVID, and other things that could be spread.

8    Q.  Where do you get the gloves from in order to do that?

9    A.  Our agency provides us with generic, you know, plastic --

10   or rubber gloves, similar to those that are at hospitals or

11   maintenance cleanup crews.  They're not very -- there's nothing

12   special about them, outside of just kind of a low-level first

13   level of protection.

14   Q.  Do you use a new pair every time?

15   A.  Yes.  They fall apart pretty easy.  They fill up with sweat

16   after a while, so you'd have to change them out every 20,

17   30 minutes.  Very cheap gloves, but they do provide, you know,

18   a protection barrier.

19          MR. FUNK:  Your Honor, at this time, I'll move into

20   evidence what's been marked as Government's Exhibit 17, the

21   Five-SeveN pistol.

22          THE COURT:  Any objection?

23          MR. PATANZO:  Same objections as to docket entry 121

24   and the same foundation objections.

25          THE COURT:  All right.  Government's 17 is admitted

```
 1    over defendant's objections.

 2              (Evidence admitted as Government Exhibit No. 17)

 3              MR. FUNK:  May I approach the witness, Judge?

 4              THE COURT:  You may.

 5              MR. FUNK:  Thank you.

 6    BY MR. FUNK:

 7    Q.  Now, within that box, there's a little baggie, is that

 8    right?

 9    A.  There is.

10    Q.  What is that?

11    A.  That is a bag that has a note on it that said a portion of

12    the rear sight -- "broken off portion of rear sight."

13    Q.  What's the normal procedure if there's some damage to a

14    particular object within your agency?

15    A.  I would keep it together, document it.  But looking at the

16    label on the back of it, the laboratory, the crime lab tagged

17    it, so the broken piece would have been done from the crime lab

18    and inspecting the gun.  It looks like a scratch mark on the

19    back of it that it was dropped.

20              MR. FUNK:  Your Honor, may I publish the firearm by

21    walking it in front of the jury?

22              THE COURT:  You may.

23    BY MR. FUNK:

24    Q.  Is there any ammunition in the box?

25    A.  No, but if it's all right with you and Your Honor, I'd like
```

Monday, March 21, 2022.

```
 1   to just check the gun and clear it, make sure, please.

 2              THE COURT:  Please do.

 3              THE WITNESS:  The firearm is clear.

 4              There's also a safety strap through it that we

 5   couldn't see, so you can't chamber all the way, and there is no

 6   ammunition in the firearm.

 7              MR. FUNK:  Okay, thank you.

 8              THE WITNESS:  It's no longer attached to the box,

 9   though.

10              MR. FUNK:  Okay.

11   BY MR. FUNK:

12   Q.  The piece from the rear sight, can you show where that

13   piece was before it broke?

14   A.  Would you like me to open it up and --

15   Q.  Actually, I might be able to do it with a picture because

16   it's kind of cumbersome with the actual firearm.

17              Yeah, if you would open it up, the small bag.

18   A.  It's a small rear sight, just the two dots, the traditional

19   style sight which you could see the break mark on the back of

20   it.  So that would go right there.  So somewhere at the lab,

21   the firearm was dropped -- or assumingly it was dropped, and it

22   was broken there; however, it was not broken when we initially

23   collected it.

24   Q.  And if you would, please, put that back inside the small

25   bag.
```

1   A.   *(Witness complied)*

2   Q.   Let me show you Government's Exhibit 18.

3          *(Evidence identified as Government Exhibit No. 18)*

4   BY MR. FUNK:

5   Q.   Go ahead and open that up without showing the jury.  Let me

6   know if you recognize what that is.

7   A.   I do.

8   Q.   What is it?

9   A.   It's the magazine from the photo, minus the ammunition.

10  Q.   And how do you know that?

11  A.   It's in the bag marked "magazine."  It's an FN magazine

12  with the same case number labeled on it, and they would have

13  been packaged separately.

14          MR. FUNK:  Your Honor, at this time, I'll move into

15  evidence what's been marked as Government's Exhibit 18.

16          THE COURT:  Any objection?

17          MR. PATANZO:  Same objections as previously stated.

18          THE COURT:  Thank you.  Objections noted.

19          Government's Exhibit 18 is admitted over defendant's

20  objection.

21          *(Evidence admitted as Government Exhibit No. 18)*

22          MR. FUNK:  May we publish, Your Honor?

23          THE COURT:  You may.

24  BY MR. FUNK:

25  Q.   Just go ahead and you can pull it out and show the jury.

Monday, March 21, 2022.

```
 1   A.  The difference is there's no ammunition in it now.  It's

 2   just an empty magazine.

 3   Q.  Thank you.

 4           MR. FUNK:  May I approach, Your Honor?

 5           THE COURT:  You may.

 6   BY MR. FUNK:

 7   Q.  It can go back in the bag.  Thanks.

 8   A.  (Witness complied)

 9           MR. FUNK:  May I approach, Your Honor?

10           THE COURT:  You may.

11   BY MR. FUNK:

12   Q.  I'm going to show you Government's Exhibit Number 19.  If

13   you would, please, open that up, look inside, don't show the

14   jury, and let me know if you recognize what that is.

15           (Evidence identified as Government Exhibit No. 19)

16           THE COURT:  Mr. Funk, if you're approaching to

17   present the witness with any evidence, you don't have to ask

18   for permission.

19           MR. FUNK:  Thank you, I appreciate that.

20           THE WITNESS:  I see what it is, sir.

21   BY MR. FUNK:

22   Q.  What is it?

23   A.  It's the ammunition -- or the bullets from the magazine

24   that we previously showed you.

25   Q.  How do you know that?
```

Monday, March 21, 2022.

```
 1   A.  It's documented on the bag with the same evidence number.

 2          MR. FUNK:  Your Honor, at this time, I'll move into

 3   evidence what's been marked as Government's Exhibit 19.

 4          THE COURT:  Any objection to 19?

 5          MR. PATANZO:  Same objections.

 6          THE COURT:  Thank you.  Those -- Government's

 7   Exhibit 19 is admitted over defendant's objections.

 8          (Evidence admitted as Government Exhibit No. 19)

 9   BY MR. FUNK:

10   Q.  And if you would, please count how many rounds of

11   ammunition there are in there.

12   A.  I was put on the spot.  I'm going to have to count it twice

13   to make sure.

14          I've got it, 20.

15   Q.  Okay.  Thank you.

16          MR. FUNK:  And if I can, Judge, I'll just hold out

17   one, and if I could present that to the jury, I appreciate it.

18          THE COURT:  You may.

19          MR. FUNK:  Thank you.

20          If I can have one moment to talk to Co-counsel,

21   please?

22          THE COURT:  You may.

23          (Discussion off the record between Government

24          counsel)

25          MR. FUNK:  Your Honor, that's all of the questions I
```

1    have for the lieutenant.  Thank you.

2              THE COURT:  Thank you very much.

3              Ladies and gentlemen, because it's close to 5:30, we

4    are going to pause for the evening and resume with the witness

5    tomorrow morning.

6              Sir, you remain under oath.  Please do not discuss

7    the substance of your testimony with anyone.  We will resume

8    trial tomorrow at 9:00 a.m.  You may be excused.

9              THE WITNESS:  Thank you.

10             (Witness excused)

11             THE COURT:  One moment.  I do have a few things to --

12   sir, you may leave.  I just need to tell the jurors a few

13   things.

14             Ladies and gentlemen of the jury, you're reminded

15   that you are not to discuss this case with anyone or permit

16   anyone to discuss it with you.  Until you retire to the jury

17   room at the end of the case to deliberate on your verdict, you

18   simply aren't to talk about this case.

19             Also, remember that you are not to read or listen to

20   anything touching on this case in any way.  If anyone should

21   try to talk to you about it, please bring it to my attention

22   promptly.

23             Keep in mind that you must not do any research or

24   make any investigation about the case on your own.  The only

25   evidence in this case is the testimony of the witnesses that

```
 1    you hear in court and the evidence that is introduced during

 2    the official proceedings in the courtroom.

 3             Also remember that you must not have any contact with

 4    the attorneys, parties, or witnesses in the case.  If you

 5    should see them, keep in mind that they're not being rude to

 6    you, they're simply required to avoid any contact with you; and

 7    they aren't permitted to talk to you, just as you are not

 8    permitted to talk to them.

 9             Finally, please remember that you must not form any

10    opinion about this case until all of the evidence has been

11    presented.  You are required to keep an open mind until you

12    start your deliberations at the end of the case.

13             With that, I wish you a pleasant evening.  We will

14    resume, as I said, tomorrow at 9:00 a.m.  I ask that you please

15    be prompt so that we can get started on time and end on time.

16             Thank you all.

17             Please rise for the jury.

18             (The jury retired from the courtroom 5:19 P.M.)

19             THE COURT:  All right.  In terms of planning for

20    tomorrow, Mr. Funk, you would resume -- I'm sorry -- the

21    cross-examination of this witness, any redirect.  What other

22    witnesses do you have planned for tomorrow?

23             MR. FUNK:  There's three witnesses that had to do

24    with picking up evidence from either the car or in the room,

25    maybe four, depending on how the testimony goes.  And then
```

```
 1   Mr. Hudock has the DNA expert and the fingerprint expert.
 2            MR. HUDOCK:  Your Honor, I have five witnesses I
 3   anticipate calling tomorrow, if we can get to them.  It would
 4   be CSI Lobnig, fingerprint examiner -- I'm so sorry.
 5            THE COURT:  Please take your mask off.
 6            MR. HUDOCK:  Thank you, Your Honor.
 7            Fingerprint Examiner Limb, Analyst Baker, Analyst
 8   Walker, and expert -- or cellphone expert Jones.
 9            THE COURT:  I think I caught four names there --
10   Limb, Baker, Walker, and Jones.
11            MR. HUDOCK:  You missed the tough one, Judge, Lobnig.
12            THE COURT:  Okay.  L- --
13            MR. HUDOCK:  L-O-B-N-I-G.
14            THE COURT:  Okay.
15            And then would that conclude the Government's
16   presentation?
17            (Discussion had off the record between Government
18            counsel)
19            MR. FUNK:  No.  Then we'll have Mike Kelly, who's the
20   firearms expert, and Agent Seth Christy.
21            THE COURT:  Okay.
22            MS. PITTAWAY:  Who is the last one?
23            MR. FUNK:  Christy.
24            THE COURT:  All right.  And Christy is
25   C-H-R-I-S-T-I-E?
```

```
 1              MR. HUDOCK:  Y, Your Honor.

 2              THE COURT:  Y, okay.

 3              MR. FUNK:  Judge, I'm sorry, I didn't give you the

 4     names of the people.

 5              THE COURT:  That's okay.  I have a general sense for

 6     the timing.

 7              MR. FUNK:  Okay.

 8              THE COURT:  Okay.  Are there any exhibits at this

 9     point that could be preadmitted in advance of tomorrow without

10     objection?  It's okay if there aren't any; but if there are

11     sets of exhibits like we had today, like the photographs, for

12     example, if we could get those out of the way now, that could

13     be helpful.  Mr. Funk?

14              MR. FUNK:  Judge, I'll talk to Defense Counsel

15     certainly and see if we can come to an agreement.

16              THE COURT:  All right.

17              Okay.  Now, let's turn to the issue of the

18     redactions.

19              Do you have all of those images, the entire series

20     that you were referencing, A through N, I think it is, the 14

21     total images?

22              MR. FUNK:  That's Exhibit 38.

23              THE COURT:  Do you have those printed in color?

24              MR. FUNK:  I don't have them printed.  I have them

25     electronically.
```

```
 1              THE COURT:  All right.  So I'm going to ask that you

 2   get those all printed in color, and we're going to meet at 8:30

 3   tomorrow to go over the issue of the redactions and the Defense

 4   objections  to those redactions.

 5              Anything further before we recess for the evening?

 6              MR. HUDOCK:  Your Honor, I don't want to speak out of

 7   turn, but I think perhaps we can agree to the admission of the

 8   sterile swabs for the DNA, as well as the photographs of the

 9   fingerprints.  I don't know if the Defense has an objection,

10   but I think both sides are seeking to admit them.

11              THE COURT:  And those would be which exhibits?

12              MR. HUDOCK:  Your Honor, that would be 39 composite

13   and 40 composite.

14              THE COURT:  All right.  Ms. Pittaway or Mr. Patanzo,

15   do you have an objection to admission of Government's 39 and

16   all of its component parts, and Government's 40 and all of its

17   component parts?

18              MR. PATANZO:  Judge, the only objection we have are

19   the 120 -- docket entry 121 objection that I can tell from now.

20   I don't know what this CSI Lobnig is going to testify to.  I

21   know she was very new when she did the swabbing in the case.

22   Barring any surprises, I don't know that there will be any

23   other objections other than the previously raised.  So I'm kind

24   of in a --

25              THE COURT:  I understand.
```

Monday, March 21, 2022.

1    All right.  So I'm hearing that you're not sure, so

2  we are not going to preadmit those exhibits at this time.

3    Anything else before we recess for the evening?

4    MR. FUNK:  No, Your Honor.  Thank you.

5    THE COURT:  Anything from Ms. Pittaway?

6    MS. PITTAWAY:  Regarding scheduling, Your Honor, I

7  have a change of plea right across the hall at 8:00 o'clock.  I

8  am going to do my best to get here on time; I expect to, but I

9  just wanted to advise the Court.

10    THE COURT:  Okay.  So that's at 8:00 in the morning?

11    MS. PITTAWAY:  Yes, ma'am.

12    THE COURT:  Okay.

13    All right.  Well, Mr. Patanzo, I'm sure, can handle

14  the redaction argument, if necessary.

15    MS. PITTAWAY:  I have full faith.

16    MR. PATANZO:  I'll be here.

17    THE COURT:  Okay, excellent.

18    All right.  Have a nice evening.  We will see you all

19  tomorrow.

20    MR. FUNK:  Thank you, Your Honor.

21    THE COURTROOM DEPUTY:  All rise.

22    *(Proceedings adjourned at 5:25 p.m.)*

23    - - - - -

24

25

Monday, March 21, 2022.

1            **C‑E‑R‑T‑I‑F‑I‑C‑A‑T‑E**

2            I hereby certify that the foregoing is

3       an accurate transcription and proceedings in the

4       above‑entitled matter.

5

      **7/20/2022**                   **/s/DIANE MILLER**
6       DATE                     DIANE MILLER, RMR, CRR, CRC
                               Official Court Reporter
7                               United States District Court
                               101 South U.S. Highway 1
8                               Fort Pierce, FL  34950
                               772‑467‑2337
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MR. FUNK: [3]**
200/15 201/11 267/21
**COURT SECURITY**
**OFFICER: [2]** 80/2
196/19
**MR. FUNK: [137]** 3/8
4/1 4/6 4/9 6/10 7/18 9/1
9/13 15/6 15/13 164/25
165/12 165/19 166/3
167/1 178/4 178/8
186/18 186/20 186/23
187/3 187/5 188/5
188/13 189/5 189/14
190/5 190/8 190/17
191/4 191/9 191/12
191/15 191/17 191/20
192/2 192/4 192/8
192/10 192/18 192/21
192/24 193/2 193/4
193/8 193/12 193/20
194/1 194/11 194/15
195/1 195/15 196/5
196/9 196/11 196/23
197/14 200/10 200/18
201/2 201/16 201/23
203/14 204/11 204/13
205/14 206/13 206/24
207/6 209/9 210/20
211/14 211/21 211/23
212/20 214/5 214/12
214/14 214/16 219/16
219/18 220/4 220/22
222/18 222/23 222/25
225/22 226/3 226/24
229/19 230/4 230/22
230/25 231/7 234/12
245/7 245/14 245/17
245/22 246/1 248/17
255/22 256/10 257/8
258/14 258/23 258/25
259/17 260/4 260/7
260/13 260/16 261/5
263/19 264/3 264/5
264/20 265/7 265/10
266/14 266/22 267/4
267/9 268/2 268/16
268/19 268/25 270/23
271/19 271/23 272/3
272/7 272/14 272/22
272/24 274/4 274/20
**MR. HUDOCK: [113]**
4/23 6/2 20/2 20/25
21/19 22/24 39/5 75/22
75/25 76/5 79/8 79/17
79/25 124/14 124/17
124/21 124/23 125/3
125/6 125/9 125/13
125/24 126/8 126/16
126/21 127/3 127/6
127/10 127/13 128/1
128/11 128/15 128/18
128/23 136/19 136/23
137/1 137/4 137/15
138/16 138/18 140/6
141/24 142/3 142/8

142/11 142/14 144/5
144/14 144/16 145/1
145/12 145/18 145/25
146/5 146/10 147/4
147/16 148/15 148/18
148/20 149/23 150/5
151/3 151/6 152/10
152/24 153/3 153/13
153/23 154/7 154/16
154/25 155/4 155/14
155/19 156/4 156/8
156/11 156/18 156/22
157/3 157/7 157/16
157/20 158/1 158/11
158/20 159/2 159/19
159/25 160/2 160/10
160/13 160/16 160/25
161/11 161/21 161/25
162/12 162/25 163/3
163/12 164/6 167/19
168/9 271/2 271/6
271/11 271/13 272/1
273/6 273/12
**MR. PATANZO: [27]**
3/15 15/25 40/25 137/17
137/21 143/16 145/6
148/3 149/2 149/6
149/10 150/19 153/5
153/8 155/11 164/8
256/13 256/15 256/20
257/2 258/18 259/20
263/23 266/17 268/5
273/18 274/16
**MS. PITTAWAY:**
**[138]** 3/13 4/24 5/25
6/16 6/23 8/11 15/23
23/10 39/8 39/10 39/17
76/7 79/15 129/3 129/16
129/18 129/22 130/1
130/5 130/10 130/13
130/17 130/22 131/3
131/7 131/9 131/12
131/21 131/25 132/6
132/11 132/15 132/18
132/24 133/2 133/7
133/15 133/19 134/2
134/5 134/11 134/15
134/18 134/25 135/9
135/13 135/20 136/1
136/7 136/9 137/8 140/9
140/17 142/16 143/2
143/4 144/8 144/19
145/3 145/14 145/20
146/2 146/7 146/18
147/12 150/14 150/20
151/16 152/16 153/15
154/9 154/13 154/18
154/22 155/7 155/12
155/22 156/1 156/15
157/1 157/8 157/10
157/14 157/22 157/25
158/7 158/13 158/18
158/23 159/4 159/8
159/12 159/16 160/4
160/8 160/19 160/23
161/7 161/14 161/17

162/3 162/4 162/9
162/22 163/6 163/14
164/4 165/2 166/10
166/13 166/18 183/3
188/10 188/12 188/14
189/12 190/23 201/20
202/5 202/8 202/12
203/1 203/6 206/19
206/21 211/17 213/25
214/8 220/7 220/25
223/3 226/7 245/2 245/4
271/22 274/6 274/11
274/15
**PROSPECTIVE**
**JUROR: [689]**
**THE COURT: [1005]**
**THE COURTROOM**
**DEPUTY: [29]** 3/4 9/16
9/18 12/13 79/1 79/4
143/21 143/24 165/22
165/24 167/23 167/25
168/6 168/16 169/6
169/8 170/2 197/3 197/6
197/10 207/11 207/13
207/16 230/19 231/3
246/11 246/13 246/16
274/21
**THE JURY: [1]** 178/6
**THE PROSPECTIVE**
**JURORS: [1]** 124/16
**THE WITNESS: [11]**
197/8 197/12 207/2
207/15 227/7 245/11
246/15 261/3 265/3
265/8 269/9

$

**$1350 [1]** 178/25

'

**'06 [1]** 106/7
**'18 [1]** 91/19
**'90s [1]** 102/18
**'91 [1]** 114/22

/

**/s/DIANE [1]** 275/5

1

**10 [12]** 24/4 24/6 144/3
144/4 144/9 153/10
160/6 161/16 218/18
218/19 236/9 253/24
**101 [2]** 1/14 275/7
**109 [1]** 1/17
**11 [10]** 156/14 156/17
156/19 161/17 161/19
163/21 167/18 218/21
254/17 255/4
**11:15 [1]** 78/18
**11:16 [1]** 79/2
**11:33 [1]** 79/3
**11:36 [1]** 80/3
**12 [21]** 2/3 4/18 4/21
25/3 25/5 144/11 144/13
144/19 144/20 153/10
153/18 162/14 162/15

212/19 214/5 214/7
214/9 214/11 219/4
236/14 255/15
**120 [1]** 273/19
**121 [15]** 203/3 203/5
211/17 214/1 214/8
220/7 220/25 223/3
226/8 256/15 257/2
258/18 259/21 263/23
273/19
**12:48 [2]** 143/19 143/22
**12:53 [1]** 143/20
**12:59 [1]** 143/23
**13 [24]** 70/22 124/18
136/20 137/12 138/6
138/13 138/19 140/20
146/11 147/25 153/25
154/2 156/21 156/24
255/19 255/20 255/23
256/11 257/13 258/13
258/15 258/17 258/20
258/22
**13th [1]** 141/20
**14 [15]** 41/11 73/9
125/25 126/1 156/25
157/2 157/5 191/2 194/1
258/11 259/16 259/18
260/1 260/3 272/20
**15 [18]** 2/5 76/11 157/6
157/9 157/11 163/21
168/11 219/13 219/15
219/20 220/5 220/9
220/11 221/7 237/3
261/17 261/18 261/24
**15 minutes [5]** 138/1
165/3 186/13 230/9
230/16
**15 years [1]** 62/24
**15-minute [1]** 78/19
**16 [18]** 78/9 80/6 91/4
157/13 157/15 157/17
163/22 167/19 168/10
168/11 219/13 219/15
220/13 220/23 221/2
221/4 221/12 262/20
**16th [1]** 50/22
**17 [13]** 22/15 22/16
22/19 81/16 91/4 157/19
157/21 158/3 167/19
260/25 263/20 263/25
264/2
**17 years [1]** 49/10
**170 [1]** 2/7
**1700 [1]** 1/20
**178 [1]** 2/9
**18 [20]** 18/25 26/1 36/13
36/14 39/25 41/9 44/20
145/6 145/22 153/10
168/10 168/11 168/14
168/16 261/12 266/2
266/3 266/15 266/19
266/21
**183 [1]** 2/10
**19 [12]** 10/22 84/12
125/15 144/23 145/4
153/11 267/12 267/15

268/3 268/4 268/7 268/8
**197 [1]** 2/14
**1977 [1]** 87/4
**1979 [1]** 47/13
**1989 [1]** 87/4
**1995 [1]** 115/14
**1:30 [1]** 164/19
**1:32 [1]** 165/23
**1:55 [3]** 138/2 140/19
143/10

2

**20 [26]** 86/6 130/7 158/4
158/6 158/9 179/18
180/17 210/18 210/19
210/23 211/15 211/16
211/18 211/20 212/1
213/14 217/17 219/11
221/22 223/10 224/7
239/2 247/1 258/7
263/16 268/14
**20 years [2]** 69/9 92/7
**2000 [2]** 115/14 228/3
**2008 [1]** 260/22
**2010 [1]** 91/19
**2015 [2]** 207/24 208/7
**2018 [1]** 91/19
**202 [1]** 1/20
**2020 [18]** 14/17 178/8
178/15 181/1 182/13
182/13 183/6 183/18
184/24 185/1 186/6
198/15 208/21 208/23
209/19 239/20 248/5
248/23
**2022 [2]** 1/5 275/5
**205 [1]** 2/15
**208 [1]** 2/17
**20th [4]** 219/8 236/21
237/1 243/24
**21 [13]** 1/5 40/10 88/22
158/10 158/12 158/13
158/14 222/7 222/12
222/19 223/2 224/3
239/12
**21-24 [2]** 222/10 223/7
**21-CR-14017-Cannon**
**[1]** 3/5
**21-CR-14017-CR-CAN
NON [1]** 1/2
**22 [9]** 90/12 158/22
158/24 222/7 223/2
224/15 224/18 239/25
240/16
**23 [9]** 92/25 159/1 159/3
159/5 163/22 197/20
222/7 223/2 225/9
**231 [1]** 2/18
**2337 [1]** 275/8
**24 [7]** 94/8 222/8 222/10
223/2 223/7 225/12
240/23
**24 years [1]** 197/20
**247 [1]** 2/20
**25 [20]** 21/9 94/7 96/5
137/7 137/12 138/6

**2**

**25... [14]** 138/14 140/22 140/23 143/12 149/10 149/22 150/3 159/7 159/10 159/15 159/18 159/20 163/23 167/20
**26 [15]** 31/18 31/21 35/17 43/10 44/14 96/7 137/6 145/9 145/11 153/11 225/23 226/4 226/9 226/14 241/18
**26 years [1]** 101/22
**26-33 [2]** 225/25 226/12
**27 [9]** 36/13 36/15 42/6 96/14 145/17 153/11 168/11 227/3 242/1
**28 [9]** 98/15 159/22 160/1 160/3 160/5 162/14 163/24 227/15 228/7
**28 years [1]** 53/24
**29 [10]** 99/25 150/6 150/25 160/7 160/9 160/11 227/23 228/3 228/6 243/20
**2:14 [1]** 167/3
**2:52 [1]** 186/15
**2nd [1]** 1/17

**3**

**3-12 [1]** 214/11
**30 [8]** 101/18 160/15 160/18 160/21 180/19 228/5 228/11 244/2
**30 minutes [1]** 263/17
**30 years [1]** 116/19
**30-minute [1]** 165/5
**306 [1]** 249/2
**308 [3]** 219/8 236/21 243/24
**31 [6]** 103/15 161/2 161/3 161/5 161/9 228/20
**310 [1]** 1/6
**32 [9]** 28/20 105/22 107/22 161/10 161/13 161/15 163/24 229/9 244/7
**33 [13]** 20/13 107/24 161/23 161/24 162/1 162/6 225/23 225/25 226/5 226/10 226/12 229/17 229/23
**33301 [1]** 1/21
**34 [7]** 109/15 110/20 162/7 162/11 162/13 163/25 260/22
**34950 [3]** 1/15 1/18 275/8
**35 [8]** 27/18 110/22 151/3 151/15 152/1 152/5 153/11 162/18
**36 [10]** 27/2 27/5 113/19 152/10 152/11 152/22 153/1 162/19 162/20 162/23

**4**

**37 [7]** 115/25 118/15 148/3 148/25 149/2 163/1 163/4
**3706 [4]** 179/20 198/17 208/25 250/14
**38 [9]** 37/12 38/4 118/16 146/4 153/5 153/11 189/7 190/19 272/22
**38 years [1]** 58/8
**38A [2]** 188/8 189/6
**38B [2]** 190/2 191/15
**38C [1]** 192/5
**38E [2]** 192/13 195/7
**39 [5]** 119/9 163/10 164/1 273/12 273/15
**3:09 [1]** 196/20
**3:50 [1]** 230/17
**3rd [1]** 188/17

**4**

**40 [5]** 120/19 163/10 164/2 273/13 273/16
**404 [6]** 7/8 7/23 189/1 189/3 189/19 191/1
**41 [12]** 78/13 122/10 126/22 127/16 187/7 189/4 189/5 189/8 190/6 190/15 191/11 192/5
**42 years [1]** 96/17
**45 [1]** 2/6
**45-degree [1]** 212/15
**4:15 [1]** 230/18
**4:17 [1]** 231/4

**5**

**5.7-millimeter [1]** 14/20
**50 [1]** 133/8
**50-round [1]** 180/18
**5:00 [2]** 4/17 245/19
**5:19 [1]** 270/18
**5:25 [1]** 274/22
**5:29 [1]** 258/9
**5:30 [5]** 23/20 245/19 245/21 246/5 269/3
**5:59 [1]** 217/17
**5th [1]** 179/8

**6**

**60 [1]** 247/6
**6:40 p.m [1]** 228/4

**7**

**7-5-20 [1]** 217/17
**7/20/2022 [1]** 275/5
**7/5/20 [1]** 258/7
**772-467-2337 [1]** 275/8
**7th [2]** 27/8 27/12

**8**

**82 [3]** 95/23 96/1 141/7
**82nd [1]** 63/20
**8:00 [1]** 274/10
**8:00 o'clock [1]** 274/7
**8:30 [1]** 273/2

**9**

**922 [1]** 14/24

**9:00 [2]** 23/19 245/21
**9:00 a.m [3]** 246/7 269/8 270/14
**9:30 [1]** 142/7
**9:36 [1]** 9/17
**9:45 [1]** 9/17
**9th [16]** 14/17 178/8 178/15 181/1 182/13 182/13 183/6 183/18 184/23 185/1 186/6 198/15 208/22 209/19 248/5 248/23

**A**

**a.m [9]** 9/17 9/17 79/2 79/3 80/3 143/23 246/7 269/8 270/14
**Aaron [1]** 100/4
**Aaronson [1]** 1/19
**ability [45]** 16/21 22/9 35/7 39/1 40/17 48/7 48/23 51/13 52/6 53/5 55/13 57/8 61/23 64/7 72/4 73/2 74/6 75/18 78/4 81/10 83/19 86/1 87/8 88/13 89/24 92/10 98/6 102/24 104/22 112/11 114/25 118/7 123/14 124/2 129/8 130/2 130/18 134/21 139/15 139/24 145/10 148/5 150/25 152/14 172/17
**able [25]** 31/25 36/11 37/10 125/20 126/5 126/18 132/4 135/14 150/11 150/18 179/12 182/6 182/9 182/11 185/18 186/1 190/19 194/6 194/16 195/2 200/4 209/5 248/8 253/22 265/15
**about [146]** 5/23 8/23 9/2 9/4 13/8 14/17 15/1 17/14 17/25 18/7 18/23 19/8 22/7 25/17 34/21 34/23 35/8 38/8 38/9 38/17 39/15 42/18 48/6 51/11 52/5 52/19 53/3 53/19 53/24 55/12 57/7 58/7 59/25 61/21 62/17 62/24 63/1 63/13 63/18 63/20 64/5 64/19 67/10 69/9 72/3 72/25 74/5 76/3 77/2 78/18 83/10 83/16 85/25 86/23 87/7 88/12 89/23 92/9 95/22 97/21 102/23 104/20 112/9 114/16 114/23 115/14 115/19 115/21 118/5 118/24 119/16 123/13 125/8 126/4 126/9 126/24 128/15 129/7 131/12 138/22 139/14 145/6 147/2 149/7 149/12 149/13

**149/17 151/18 152/2**
152/13 152/19 159/12 166/8 166/13 166/14 166/16 170/9 170/20 173/2 173/24 174/1 174/7 174/8 175/1 175/2 175/8 175/10 175/14 175/20 175/20 175/25 177/11 178/22 178/25 181/1 181/19 182/10 183/11 184/2 184/17 185/1 185/1 185/22 185/22 186/3 188/3 194/14 195/13 198/24 209/24 212/14 213/13 221/23 223/10 227/1 232/25 237/7 240/11 241/9 248/14 259/24 263/12 269/18 269/21 269/24 270/10
**above [4]** 187/16 187/17 189/23 275/4
**above-entitled [1]** 275/4
**absolutely [3]** 7/6 125/20 130/4
**abuse [3]** 76/23 82/15 82/15
**academic [1]** 81/21
**academy [4]** 198/2 198/2 208/8 247/15
**accept [96]** 44/5 153/22 153/23 154/5 154/7 154/8 154/12 154/15 154/16 154/17 154/18 154/21 154/22 154/23 154/25 155/3 155/4 155/5 155/7 155/10 155/13 155/18 155/19 155/20 155/25 156/1 156/2 156/4 156/7 156/9 156/14 156/15 156/16 156/18 156/21 156/25 157/1 157/2 157/6 157/7 157/9 157/10 157/13 157/13 157/14 157/15 157/16 157/19 157/20 157/21 158/5 158/10 158/11 158/12 158/21 159/1 159/2 159/3 159/4 159/7 159/11 159/13 159/17 159/19 159/23 160/1 160/2 160/3 160/4 160/7 160/8 160/9 160/14 160/16 160/17 161/3 161/5 161/10 161/11 161/12 161/14 161/24 161/25 162/1 162/7 162/9 162/10 162/12 162/20 162/22 162/23 163/1 163/3 163/4 174/5 174/5
**acceptable [2]** 44/1 79/21
**accepted [4]** 159/5 159/20 160/5 162/13
**accepting [9]** 30/22

**31/16 32/8 32/14 32/22**
34/2 34/15 43/20 162/8
**accommodate [1]** 13/21
**accommodations [2]** 26/21 26/22
**accomplished [1]** 6/9
**accordance [2]** 158/16 160/22
**according [2]** 31/24 242/3
**accordingly [1]** 176/24
**account [2]** 108/2 172/16
**accounting [1]** 106/1
**accounts [2]** 174/17 176/13
**accreditation [1]** 82/4
**accuracy [1]** 35/1 194/20
**accurate [4]** 34/23 194/17 205/1 275/3
**accurately [6]** 201/12 213/3 213/19 220/1 220/19 222/15
**accusation [3]** 14/10 29/19 173/6
**accusatory [1]** 30/13
**accused [4]** 14/8 29/16 36/23 185/12
**accuser [1]** 31/1
**acknowledge [1]** 150/9
**acquire [1]** 176/22
**across [7]** 36/25 139/3 146/15 147/7 164/12 223/22 274/7
**act [1]** 31/14
**activate [1]** 59/19
**actress [1]** 121/8
**actual [4]** 253/11 253/13 262/24 265/16
**actually [25]** 16/5 26/4 30/1 57/14 59/24 61/16 62/14 68/19 116/1 122/14 149/20 164/11 179/25 188/23 197/22 202/2 219/12 225/19 228/5 229/19 238/10 253/11 253/22 261/8 265/15
**addition [2]** 174/25 179/9
**additional [13]** 9/1 23/8 29/6 33/15 38/2 42/9 43/11 136/16 140/7 145/8 153/19 192/13 230/6
**address [7]** 42/24 186/24 219/8 236/20 243/20 243/23 243/25
**addressed [1]** 42/7
**adhere [1]** 11/9
**adjourned [1]** 274/22
**adjunct [1]** 82/3
**adjust [1]** 26/25
**administration [1]** 60/5
**administrative [3]**

**A**

administrative... [3] 106/15 116/18 120/1
administrator [3] 53/24 54/2 82/16
admission [6] 165/6 166/24 214/6 223/2 273/7 273/15
admit [1] 273/10
admitted [29] 166/12 170/21 172/8 172/9 203/8 203/9 203/13 211/18 211/20 214/10 214/11 220/10 220/11 221/2 221/4 223/5 223/7 226/10 226/11 258/20 258/22 260/1 260/3 263/25 264/2 266/19 266/21 268/7 268/8
admitting [1] 189/18
admonish [1] 9/5
admonishments [1] 9/2
adult [30] 46/1 49/16 51/23 54/17 56/21 58/15 63/7 65/13 65/15 67/18 70/5 71/14 73/19 77/12 80/17 82/12 85/1 89/11 94/24 95/1 97/8 99/12 100/25 104/24 107/10 108/23 110/5 111/21 117/6 121/4
adults [1] 77/6
advance [2] 13/14 272/9
advise [1] 274/9
aero [1] 94/16
affairs [2] 13/16 31/15
affect [35] 39/1 40/17 48/7 48/23 51/12 52/6 53/4 55/13 57/8 61/22 64/7 72/4 73/1 74/6 78/4 81/10 83/18 86/1 87/8 88/13 89/24 92/10 98/6 102/24 104/22 112/11 114/24 118/6 123/14 130/2 130/17 134/21 139/15 148/12 152/20
affecting [2] 14/21 35/12
affects [1] 100/6
affirm [3] 150/19 150/20 150/25
afoul [1] 7/15
afraid [1] 38/14
after [19] 8/15 11/14 31/11 44/1 75/5 138/8 138/24 151/20 177/21 177/24 184/12 185/5 186/3 208/10 230/9 248/5 251/17 251/18 263/16
aftercare [2] 142/17 143/5
afternoon [29] 4/17 23/21 81/19 103/10 107/23 109/15 113/21 119/10 124/15 124/16

126/23 127/24 127/25 129/3 178/4 183/3 196/16 197/3 204/19 204/20 207/8 207/19 207/20 230/9 231/13 231/14 246/8 246/21 246/22
afterwards [2] 251/5 251/6
AG [1] 104/17
again [33] 5/17 5/21 9/11 10/14 11/24 15/15 21/16 44/23 59/22 61/19 81/19 84/2 94/9 103/13 124/9 156/10 169/25 184/18 184/24 185/21 188/25 192/10 193/15 200/3 206/9 209/6 221/22 234/2 240/16 248/8 254/6 254/10 254/20
against [7] 30/14 34/5 34/14 100/5 135/6 150/7 173/5
age [1] 174/24
agencies [2] 91/22 92/5
agency [43] 20/24 22/6 22/23 46/22 48/3 50/2 52/18 55/2 57/4 59/8 61/14 63/24 66/7 68/23 69/22 71/20 74/2 77/19 80/24 83/8 85/14 86/24 88/8 89/20 93/19 95/4 95/8 97/19 99/10 102/10 104/15 107/3 109/7 110/13 112/5 115/10 118/2 120/5 122/3 123/7 262/15 263/9 264/14
agent [4] 3/11 15/19 249/24 271/20
Agent Seth [2] 15/19 271/20
agents [3] 35/22 147/20 181/3
Ager [6] 53/16 56/10 135/22 135/23 163/20 169/1
ago [9] 20/21 55/4 75/4 108/22 113/8 114/21 115/13 141/9 151/10
agree [6] 6/11 144/17 150/14 170/17 174/5 273/7
agreement [3] 183/12 188/18 272/15
agrees [1] 171/18
ahead [5] 211/25 256/3 259/2 266/5 266/25
AILEEN [2] 1/10 9/22
air [2] 10/25 11/1
Airborne [1] 63/20
aircraft [5] 62/22 63/19 66/22 66/24 67/6
airline [1] 23/24
airport [3] 27/22 27/25 28/4

al [1] 1/5
Alabama [2] 125/5 138/25
Alcohol [3] 3/11 15/20 146/14
Alexandria [4] 49/3 163/19 168/25 169/20
all [429]
allegation [6] 14/16 14/25 42/16 42/19 183/19 184/25
allegations [1] 38/22
alleged [1] 6/18
allegedly [1] 174/12
alleges [3] 14/17 30/1 42/10
alleles [1] 181/23
allotted [1] 124/8
allow [3] 39/19 43/4 181/21
allowed [1] 79/11
allows [1] 10/8
alluded [1] 30/4
almost [3] 78/18 103/11 135/24
alone [1] 142/21
along [9] 10/18 15/24 32/10 34/4 41/4 103/14 124/12 183/4 259/7
already [14] 11/18 19/17 43/8 79/20 118/2 127/20 150/9 164/16 166/4 200/19 213/6 231/17 231/20 239/12
Alshus [1] 38/10
also [59] 8/2 8/14 12/1 12/4 13/14 15/18 16/1 22/24 26/23 26/24 39/25 43/2 62/23 67/12 67/13 104/18 106/7 106/18 116/12 148/16 148/20 148/21 150/15 152/18 168/11 174/25 175/13 175/24 176/3 176/17 178/10 178/23 179/9 179/11 179/19 180/7 180/12 180/19 181/16 182/3 182/11 182/14 182/15 184/14 187/15 194/15 202/6 207/10 211/11 216/21 219/7 223/20 229/4 250/25 256/15 263/6 265/4 269/19 270/3
alter [1] 193/10
alternate [6] 149/21 153/21 162/20 162/24 163/2 163/5
alternates [8] 4/20 4/21 153/19 153/20 162/16 163/9 163/9 163/25
although [1] 10/10
Altima [3] 178/16 178/17 182/18
always [6] 4/4 13/22 49/13 51/1 57/13 57/15

am [26] 17/7 29/20 50/24 51/16 60/16 67/17 70/23 71/13 72/17 76/19 86/10 88/23 89/7 91/8 93/9 94/10 94/12 104/6 116/21 121/12 135/22 139/22 190/25 232/4 261/23 274/8
Amazon [1] 118/21
ambiguous [1] 152/16
AMERICA [1] 1/4
ammunition [19] 14/21 42/11 42/14 178/11 179/18 225/17 262/4 262/5 262/11 262/22 262/14 262/17 262/24 264/24 265/6 266/9 267/1 267/23 268/11
among [2] 173/23 175/24
amount [3] 100/19 124/8 194/17
analysis [3] 181/5 181/16 184/7
analyst [4] 184/11 184/12 271/7 271/7
Andy [1] 20/4
Angeles [1] 121/8
angle [3] 212/15 223/11 223/12
angled [1] 223/14
Angulo [1] 20/7
Anne [1] 169/3
announce [1] 231/20
another [20] 9/3 14/4 21/17 21/19 43/24 43/25 60/3 98/10 128/12 128/16 150/17 150/23 151/10 187/20 187/22 189/10 235/8 236/3 249/18 252/8
answer [9] 4/9 13/22 37/18 45/2 79/23 126/12 159/10 172/2 238/23
answered [5] 71/21 151/17 171/24 171/25 234/12
answers [4] 13/23 45/3 79/21 171/13
antibiotic [1] 244/5
anticipate [5] 142/18 143/4 189/19 195/15 271/3
anticipated [2] 23/22 24/1
any [369]
anybody [29] 5/12 11/6 16/3 19/16 19/18 20/11 23/21 26/9 29/8 30/22 31/16 32/13 32/21 34/1 34/14 36/9 43/6 43/12 43/19 44/7 44/10 44/16 129/7 131/17 131/21 137/14 141/15 181/25 230/15
anyone [21] 5/9 30/15

76/4 127/15 127/16 127/21 141/8 141/18 142/6 142/12 173/24 174/3 175/1 175/2 175/9 175/19 175/20 269/7 269/15 269/16 269/20
anything [83] 6/14 8/25 15/1 17/25 18/7 22/7 38/8 39/14 42/18 46/24 48/6 48/21 50/9 51/11 52/5 53/3 53/7 55/12 56/3 57/7 57/18 59/10 61/21 62/1 64/5 64/13 66/12 68/11 70/9 72/3 72/13 72/25 74/5 74/12 78/3 81/9 83/16 83/21 85/16 85/25 87/6 88/12 88/15 89/23 90/5 91/2 92/9 92/18 94/1 95/15 99/18 101/11 102/22 103/2 104/20 105/14 107/15 109/9 110/15 112/9 112/14 114/23 118/5 118/9 120/12 122/5 123/13 139/14 146/23 147/15 166/25 173/7 173/24 174/3 206/23 211/6 227/1 230/5 245/6 269/20 273/5 274/3 274/5
anyway [1] 34/12
apart [2] 127/21 263/15
apartment [4] 40/11 219/9 236/21 243/24
Apartment B [3] 219/9 236/21 243/24
apologies [2] 22/15 68/20
apologize [2] 164/9 169/25
apparently [1] 168/3
appearance [3] 3/6 8/3 141/10
APPEARANCES [1] 1/12
appeared [1] 201/13
appears [9] 7/1 7/25 182/8 182/15 193/18 194/24 195/10 218/17 233/20
appellate [1] 188/7
applied [1] 73/23
applies [3] 11/13 124/9 175/14
apply [3] 35/24 39/12 185/23
appointment [9] 26/24 28/22 28/24 29/2 142/22 144/12 148/10 164/10 164/14
appointments [7] 17/21 18/5 18/6 25/12 25/16 26/4 116/13
appreciate [7] 68/10 72/23 113/11 125/13 192/21 267/19 268/17

**A**

**apprehensive [1]** 10/17
**approach [17]** 75/23
138/16 201/2 204/24
210/20 212/21 214/12
219/16 229/19 245/14
255/23 257/9 258/23
261/5 264/3 267/4 267/9
**approached [1]** 204/4
**approaching [1]** 267/16
**appropriate [1]** 5/12
**approximately [3]** 23/15
197/20 223/16
**apps [1]** 175/4
**April [5]** 27/9 27/12
141/20 181/1 182/13
**April 9th [2]** 181/1
182/13
**arch [1]** 232/21
**archive [1]** 251/1
**are [204]** 3/19 3/24 4/15
4/17 5/7 5/13 5/23 6/17
6/25 10/23 10/25 11/1
11/11 11/11 13/8 13/11
13/25 14/3 14/6 14/6
14/13 16/16 17/9 19/22
27/7 29/15 29/21 30/2
30/4 30/6 34/24 34/24
35/1 35/24 43/4 44/15
45/24 47/17 49/14 51/15
54/4 56/19 58/13 60/15
63/4 65/4 67/16 69/15
71/12 73/17 76/11 76/23
80/15 82/5 83/14 84/8
84/22 87/23 89/6 89/14
91/7 93/8 94/9 94/21
96/1 96/21 97/25 99/3
100/8 100/21 102/3
103/13 104/5 108/14
110/3 114/5 116/20
119/3 119/22 121/10
122/16 122/22 122/24
126/18 128/23 131/3
132/15 135/24 136/17
136/18 137/17 137/25
138/4 138/6 139/23
141/1 141/4 141/7 146/8
151/25 152/2 153/10
159/14 159/22 161/20
161/23 164/1 165/20
166/11 166/20 167/13
168/2 168/10 168/25
169/15 169/24 170/10
171/6 171/10 171/12
171/13 171/19 172/6
173/2 174/1 175/10
175/18 175/21 176/23
176/25 177/9 177/10
177/16 179/12 179/16
180/18 183/25 184/3
185/7 185/8 185/24
185/25 187/20 188/6
189/20 190/15 190/20
190/24 191/2 191/4
191/6 193/22 194/2

194/7 194/8 194/11
195/7 198/9 207/25
210/13 214/24 223/5
231/14 232/7 233/16
235/20 238/9 239/19
240/23 241/19 241/24
242/21 243/4 243/7
243/8 243/10 246/5
247/16 247/25 253/12
254/24 256/15 256/22
258/2 259/9 259/11
261/21 261/21 263/10
268/11 269/4 269/15
269/19 270/7 270/11
272/8 272/10 273/10
273/18 274/2
**area [11]** 13/17 17/16
54/21 138/15 179/22
191/23 210/10 212/5
221/20 249/12 249/19
**areas [3]** 54/14 211/9
249/19
**aren't [7]** 133/13 139/20
187/21 256/21 269/18
270/7 272/10
**argument [5]** 11/12
177/16 178/3 185/21
274/14
**arguments [2]** 171/8
171/9 177/22
**Arkansas [2]** 141/19
141/19
**Army [1]** 114/12
**arose [1]** 102/20
**around [5]** 4/17 143/8
149/19 179/15 196/9
**arrange [2]** 38/1 169/19
**arrangements [2]** 141/2
141/11
**arrest [1]** 146/13
**arrested [4]** 33/1 139/4
146/13 147/7
**arrived [1]** 231/19
**article [2]** 252/6 252/8
**articles [1]** 253/10
**artist [3]** 9/5 129/6
180/3
**as [295]**
**aside [10]** 36/11 37/10
43/7 75/12 101/12
123/22 127/7 146/16
196/2 215/22
**ask [47]** 5/2 11/9 11/14
12/2 12/7 12/19 13/13
14/2 15/4 17/16 19/21
37/2 38/3 41/24 64/20
68/19 79/11 79/19
100/11 113/12 116/1
133/2 134/25 136/11
137/11 137/11 138/1
140/4 141/1 143/2 145/7
165/5 165/15 168/21
169/13 181/19 182/22
189/3 209/24 213/2
228/6 241/23 256/23
259/21 267/17 270/14

273/19
**asked [15]** 6/19 12/3
43/16 105/4 141/8
148/11 148/16 148/21
149/7 149/17 155/12
199/12 234/12 244/15
244/24
**asking [5]** 5/9 12/17
137/13 137/20 236/10
**asks [2]** 171/15 171/20
**aspect [1]** 6/23
**aspects [2]** 6/17 139/21
**assemble [1]** 44/24
**assembly [2]** 168/22
169/14
**assess [1]** 41/8
**assessment [1]** 76/19
**assets [1]** 249/8
**assigned [10]** 208/1
210/2 210/3 210/10
237/21 237/24 243/11
249/16 249/17 249/18
**assignment [1]** 198/10
**assist [11]** 11/7 11/19
12/8 26/9 141/2 177/9
210/2 249/5 249/7
250/17 252/13
**assistant [7]** 15/7 15/16
15/18 54/20 116/18
120/1 165/12
**assisted [2]** 249/13
251/3
**assisting [1]** 249/9
**associate [5]** 130/14
206/7 231/20 236/4
243/6
**assume [2]** 10/15 24/20
**assumingly [1]** 265/21
**ATF [2]** 147/6 147/20
**Atlanta [1]** 71/25
**attached [1]** 265/8
**attack [1]** 129/25
**attempt [3]** 174/9
174/20 176/13
**attend [1]** 26/25
**attended [1]** 57/14
**attending [1]** 58/18
**attention [24]** 44/11
44/17 149/15 185/10
232/19 233/19 234/6
235/5 235/13 236/13
237/2 237/13 239/1
239/11 239/24 239/25
240/6 240/22 241/17
242/21 243/2 243/12
243/19 269/21
**attorney [4]** 1/14 15/7
15/16 15/18
**attorneys [6]** 10/19 15/4
17/21 18/18 177/22
270/4
**Auburn [1]** 125/5
**audio [2]** 11/7 102/2
**auditor [1]** 95/2
**August [2]** 122/15 247/8
**AUSA [3]** 1/13 1/13 3/10

**authenticity [1]** 152/3
**authorized [1]** 175/21
**automatically [3]** 41/5
41/13 127/18
**auxiliary [2]** 86/23
130/12
**AV [2]** 8/3 187/12
**available [2]** 7/11
192/20
**Avenue [7]** 179/20
198/17 208/25 236/23
243/25 249/22 250/14
**Avenue K [7]** 179/20
198/17 208/25 236/23
243/25 249/22 250/14
**aviation [1]** 67/12
**avoid [2]** 8/2 270/6
**aware [6]** 46/23 232/7
239/19 240/23 244/18
244/20
**away [2]** 103/12 132/22
**awkwardness [1]** 135/14

**B**

**B.B [1]** 260/21
**B.B. [1]** 179/12
**B.B. Simon [1]** 179/12
**back [72]** 18/19 25/13
26/1 28/18 31/18 32/17
33/14 34/7 38/16 40/11
42/6 78/12 79/4 80/5
85/21 95/23 95/24
127/11 127/21 133/5
135/9 140/19 142/6
149/7 164/21 167/5
178/17 179/1 179/4
179/7 179/11 179/17
179/23 179/24 180/6
180/13 180/16 181/7
182/17 185/14 192/15
193/3 198/10 203/24
213/12 215/5 215/11
215/18 216/13 219/11
220/2 220/18 221/9
224/7 231/1 232/9 237/3
251/1 251/3 251/19
251/24 254/14 257/12
260/21 261/9 261/19
262/25 264/16 264/19
265/19 265/24 267/7
**background [35]** 46/25
48/22 50/9 53/8 56/4
57/18 59/11 62/1 64/14
66/13 68/11 70/9 72/14
74/13 78/4 81/10 83/22
85/17 88/16 90/5 90/19
92/18 94/2 95/16 99/19
101/12 103/3 105/15
107/16 109/10 110/15
112/15 118/10 120/13
122/6
**backstrikes [2]** 4/18
153/18
**backwards [1]** 145/22
**backyard [5]** 212/8
212/9 213/8 214/20

215/9
**bad [1]** 36/10
**bag [40]** 179/4 179/5
215/18 215/20 215/21
215/23 216/22 217/4
217/20 232/15 234/10
234/11 234/16 234/17
236/15 237/18 237/19
238/20 251/20 251/24
253/11 253/14 253/16
254/5 254/22 254/24
255/2 255/3 256/7
256/22 257/21 259/6
261/9 263/1 264/11
265/17 265/25 266/11
267/7 268/1
**bagged [2]** 238/10
238/17
**baggie [1]** 264/7
**bagging [1]** 238/20
**bags [4]** 232/11 233/9
233/13 233/16
**bail [1]** 112/7
**bailiff [1]** 88/10
**Baker [3]** 20/6 271/7
271/10
**bank [2]** 58/7 58/10
**banker [1]** 65/3
**barely [1]** 100/3
**barrel [2]** 178/23 189/23
**barrier [1]** 263/18
**Barring [1]** 273/22
**Barry [6]** 49/3 49/4
133/16 163/19 168/25
169/20
**base [1]** 176/20
**based [54]** 13/1 31/10
41/25 42/1 42/2 44/12
44/17 44/25 47/1 50/11
57/20 59/12 62/3 64/15
66/14 68/13 70/11 72/15
74/15 83/23 85/18 88/17
90/7 92/20 94/3 95/17
95/19 99/20 101/14
103/4 105/16 109/11
110/17 112/16 112/22
113/2 115/15 118/11
120/14 123/21 126/3
128/12 139/16 145/23
152/3 157/24 176/15
182/22 195/4 202/24
203/4 209/3 211/2 211/6
**basic [2]** 170/9 173/2
**basically [4]** 90/18 91/1
139/2 139/7
**basis [2]** 62/18 202/12
**bath [1]** 212/5
**bathroom [3]** 78/15
212/5 226/22
**battered [1]** 121/6
**Baxter [1]** 23/11
**be [358]**
**Beach [2]** 92/7 95/25
**Bealls [1]** 58/11
**bear [6]** 13/9 131/14
136/3 136/12 172/23

**B**

bear... [1] 173/17
became [2] 61/19 251/17
because [55] 7/23 9/5
14/6 18/22 25/9 29/15
29/21 32/1 33/1 33/9
34/13 38/16 39/21 41/6
41/16 41/22 57/14 68/7
73/24 75/8 113/5 126/13
130/25 135/16 150/9
151/6 151/20 164/12
165/16 166/20 171/14
175/21 176/1 178/13
180/14 184/3 184/24
185/8 187/5 187/21
187/23 189/7 190/18
190/20 200/7 202/8
210/2 210/6 215/14
234/2 249/19 250/2
262/14 265/15 269/3
become [3] 130/14 176/8
198/1
bedroom [15] 212/4
221/23 222/1 222/2
222/14 223/10 223/21
223/24 227/8 228/12
228/24 239/4 239/13
242/2 242/5
bedrooms [4] 179/21
211/8 221/24 223/17
been [142] 6/8 10/11
12/2 14/1 14/7 14/22
29/1 33/1 36/23 36/24
41/4 42/12 42/14 45/15
46/22 47/11 48/2 49/8
49/13 50/1 51/1 52/17
55/1 57/3 57/15 59/7
59/25 61/10 61/13 62/16
63/10 63/22 63/24 64/24
66/6 66/9 67/7 67/21
67/24 68/23 69/21 70/25
71/20 72/10 74/1 76/25
77/2 77/18 79/20 79/22
79/23 80/23 83/7 85/13
88/7 88/25 89/15 89/19
92/5 93/3 93/18 93/24
95/7 96/17 97/18 99/9
100/14 100/17 101/8
101/21 102/9 104/14
106/4 106/6 107/2 109/6
109/19 110/12 111/7
112/4 117/14 118/1
118/22 119/15 120/4
120/23 122/3 123/6
139/10 147/8 148/6
164/10 164/14 164/16
168/19 168/21 168/24
170/8 172/3 172/9
175/22 187/9 188/17
189/22 189/23 190/1
191/22 200/25 201/17
202/16 203/12 208/21
210/17 211/15 220/5
220/23 221/6 222/19
225/23 226/4 231/17
231/20 233/18 237/17

238/19 244/24 247/7
247/16 247/17 255/18
255/23 256/11 258/10
259/18 260/24 261/12
263/20 264/17 266/13
266/15 268/3 270/10
beer [1] 117/2
before [64] 1/10 3/21
3/22 4/10 8/25 9/6 9/25
22/5 29/23 33/1 33/20
35/1 46/7 48/11 50/5
52/13 53/24 55/17 57/12
58/21 60/6 60/11 61/10
61/17 65/19 67/25 77/4
77/22 79/8 82/17 84/20
86/16 87/13 88/25 92/16
102/13 105/7 106/8
109/3 109/21 112/1
114/2 116/17 117/15
118/25 119/17 121/1
121/16 123/3 138/4
152/8 164/8 166/25
189/15 197/23 199/5
219/12 232/2 234/3
245/19 261/8 265/13
273/5 274/3
beforehand [1] 65/8
begin [5] 9/25 124/18
175/25 177/12 208/6
beginning [3] 3/7 29/21
247/8
behalf [8] 3/9 3/14 3/16
10/1 16/1 169/13 178/7
183/2
behind [1] 199/25
being [35] 7/21 8/2 10/1
10/14 12/9 13/2 27/7
30/11 33/8 34/22 53/9
54/1 80/13 106/10
107/17 133/6 139/5
146/19 150/10 151/21
167/6 169/12 177/6
179/7 189/20 195/5
195/19 206/15 206/15
219/21 221/8 249/25
251/16 253/12 270/5
beliefs [2] 31/24 98/9
believability [2] 35/13
172/24
believe [42] 18/10 18/23
19/9 19/18 26/7 31/22
34/8 34/11 35/4 35/4
39/11 43/24 43/25 46/13
72/17 73/3 105/4 126/25
127/1 127/10 130/20
131/2 135/10 136/17
137/4 140/15 147/21
165/9 168/6 168/10
169/6 171/3 172/13
172/14 172/14 188/17
190/17 192/12 200/1
209/4 213/6 254/5
belonged [1] 179/5
below [1] 248/15
belt [26] 179/11 179/11
179/12 179/13 182/16

182/16 216/13 216/18
218/10 218/10 218/23
218/23 234/19 252/6
252/14 254/14 254/19
254/21 255/5 255/6
259/8 259/12 260/5
260/14 260/18 261/9
bench [15] 17/15 17/17
38/5 38/6 40/1 40/2
74/19 74/24 116/2 126/2
136/11 136/14 136/21
201/25 256/18
benefit [2] 132/22 174/6
Benjamin [1] 1/19
BERNARD [3] 1/6 3/5
14/19
Berntsen [2] 119/11
164/1
Berntsen, [1] 169/4
Berntsen, Jr [1] 169/4
beside [1] 15/24
besides [21] 51/20 54/1
54/12 58/9 60/21 67/5
71/9 77/7 82/10 88/4
93/5 93/13 94/18 97/5
106/15 106/24 108/9
108/12 109/24 111/18
149/18
best [11] 8/4 11/3
113/14 138/25 151/11
195/6 224/21 250/3
250/4 250/7 274/8
Betancourt [1] 56/12
Beth [2] 163/20 169/1
better [5] 14/4 188/12
192/24 196/10 196/10
between [16] 7/21
128/21 131/10 149/4
182/13 194/20 195/24
206/20 212/5 222/24
223/17 226/2 245/3
255/21 268/23 271/17
beyond [9] 14/12 29/22
30/3 31/3 31/8 31/13
33/24 34/9 173/16
bias [9] 39/23 140/2
146/16 147/22 148/21
148/22 151/9 151/22
172/20
biased [1] 151/21
bible [2] 81/22 81/23
Bieri [1] 90/13
big [1] 239/17
biology [1] 125/11
Birgit [3] 53/16 163/20
168/25
bit [14] 4/13 19/3 25/15
63/18 83/10 97/21 113/1
114/16 138/22 143/1
148/17 197/22 223/9
232/18
black [22] 7/3 7/6 7/9
7/16 188/2 188/20
188/22 188/25 189/24
191/25 192/6 192/10
215/1 218/23 219/1

224/19 233/6 234/7
234/10 235/6 239/17
248/16
black/silver [1] 219/1
blacked [3] 193/7
193/16 194/14
blacking [1] 8/2
Blanford [1] 12/5
block [1] 180/6
blogs [2] 175/4 175/11
blood [2] 85/21 103/22
blue [12] 67/7 178/16
199/18 201/9 221/10
224/19 237/7 237/14
249/5 250/13 251/10
254/14
Boggus [2] 86/8 130/6
bonds [2] 112/7 130/17
booking [2] 17/20
116/11
bookkeeping [4] 105/25
106/2 106/5 106/15
books [2] 106/3 106/6
boot [1] 102/20
both [16] 3/20 8/1 8/8
43/13 97/12 126/5
127/20 163/7 187/16
228/8 247/25 258/7
258/9 259/8 260/5
273/10
bottle [3] 228/15 244/2
244/3
bottles [5] 180/9 243/2
243/3 243/4 243/7
bottom [3] 178/21
191/18 216/6
bought [3] 179/8 180/20
180/25
Boulevard [1] 1/20
bounces [1] 198/10
boutique [1] 63/14
bow [1] 248/16
box [33] 7/3 7/6 7/9 7/16
22/2 180/18 180/18
188/2 188/20 188/22
188/25 189/24 191/18
191/25 192/11 195/20
223/13 223/14 225/7
225/11 225/14 225/15
225/16 238/24 239/17
240/25 241/3 241/10
242/6 262/11 264/7
264/24 265/8
boxes [6] 10/25 192/6
242/21 242/23 243/3
243/7
boy [1] 67/20
Boynton [2] 61/17 61/19
Boys [5] 70/24 71/1 71/6
71/10 124/25
branch [1] 84/4
brand [3] 79/22 215/22
260/18
break [16] 4/2 7/12 8/12
8/18 78/18 78/19 138/1
138/8 164/8 186/11

226/22 226/22 230/5
230/9 230/10 265/19
breaks [1] 23/20
BRIAN [1] 2/16
brief [12] 14/16 17/13
78/25 84/3 124/7 124/17
167/9 167/14 168/4
169/21 196/4 204/12
briefly [7] 8/22 64/20
136/12 141/24 188/15
205/12 213/2
bring [20] 166/25
185/13 193/22 233/19
234/6 235/5 235/13
236/13 237/2 237/13
239/1 239/11 239/24
239/25 240/6 240/22
242/21 243/2 243/12
269/21
Bringing [1] 241/17
brings [3] 183/19 184/25
185/3
broad [3] 5/3 5/7 5/21
broadly [2] 91/3 113/12
Brogdon [6] 21/11 94/9
137/7 149/7 163/23
169/2
broke [2] 24/23 265/13
broken [4] 264/12
264/17 265/22 265/22
Brooklyn [1] 40/10
brother [15] 37/19
37/20 38/9 38/10 38/19
52/20 72/18 83/11 113/7
138/23 139/8 146/12
147/5 151/9 151/10
brother's [5] 39/22
72/25 136/20 136/24
147/2
brothers [2] 113/6 151/7
brought [4] 8/24 35/1
173/5 225/3
brutality [1] 112/19
Bryan [4] 20/7 207/6
207/12 207/15
BRYANT [54] 1/6 3/5
3/14 3/16 15/24 16/1
19/17 19/19 143/17
148/4 178/9 178/14
178/16 179/1 179/6
179/8 179/13 179/17
179/19 180/1 180/2
180/23 182/4 182/14
183/5 183/6 184/10
184/13 184/19 184/22
185/12 186/6 191/14
198/15 200/11 200/12
200/16 200/17 200/19
200/22 203/19 204/4
204/8 204/23 206/12
209/10 209/17 217/15
228/17 230/1 248/6
248/8 248/18 252/22
Bryant's [4] 9/4 181/9
255/9 258/4
Bryant, [1] 14/19

**B**

Bryant, III [1] 14/19
buckle [3] 179/14
182/17 219/1
building [3] 38/18 40/11
212/16
buildings [1] 11/9
bulk [1] 117/1
bullet [1] 262/24
bullets [5] 178/24
179/19 180/17 180/19
267/23
burden [25] 14/12 30/7
30/25 31/2 31/7 32/8
32/11 32/19 33/24
131/14 131/17 132/1
132/3 133/3 133/20
133/22 134/3 134/7
135/1 135/3 135/4 136/3
173/9 173/10 186/6
Bureau [3] 3/11 15/20
146/14
bus [1] 52/3
business [6] 62/24 98/22
105/25 106/8 106/18
225/17
businesses [2] 69/10
108/7
button [1] 216/5

**C**

C-E-R-T-I-F-I-C-A-T-E
[1] 275/1
C-H-R-I-S-T-I-E [1]
271/25
calendar [1] 193/23
California [1] 121/9
call [23] 3/3 10/16 20/4
22/8 45/3 79/7 79/8
138/15 164/21 167/2
168/18 168/19 168/20
193/23 195/23 196/22
207/4 213/1 238/3
245/13 245/22 249/17
249/21
called [20] 3/21 10/7
29/17 50/7 52/14 52/15
57/13 61/10 95/12 101/8
141/11 169/11 170/25
178/12 185/24 215/13
221/20 225/19 231/16
249/10
calling [8] 3/4 147/20
189/19 190/9 196/17
238/6 238/9 271/3
calls [4] 196/24 205/15
207/6 238/15
came [11] 61/11 151/20
164/12 181/7 188/18
203/21 251/18 253/17
254/4 257/21 257/22
camera [12] 210/8 210/9
210/11 215/14 221/20
238/3 238/15 249/11
249/16 249/18 249/22
249/22

camp [1] 102/20
can [129] 3/6 3/24 4/15
5/15 7/11 10/10 11/3
11/4 11/7 11/25 12/13
14/2 19/25 20/23 24/21
25/6 25/15 26/22 28/7
32/24 38/13 43/2 43/3
44/2 44/23 44/25 63/18
67/9 79/19 90/17 91/15
96/14 97/21 103/14
113/1 114/16 124/12
126/2 129/14 132/9
138/14 138/17 138/22
139/1 140/15 143/16
150/19 150/20 156/10
167/10 168/2 168/9
170/13 170/19 170/20
170/21 170/22 171/19
176/1 178/4 185/14
185/15 187/8 188/5
188/12 188/13 190/12
192/7 192/15 192/15
193/10 194/3 194/4
194/18 194/20 195/21
196/2 196/16 197/3
197/6 198/22 200/18
204/11 207/13 208/3
212/20 212/22 214/18
215/24 216/2 216/7
216/18 216/20 216/24
217/7 221/24 223/11
224/21 226/25 229/19
242/11 248/13 248/17
250/4 252/4 253/15
253/16 253/22 254/21
255/4 256/2 256/23
256/24 257/3 257/24
260/9 260/10 262/18
265/12 266/25 267/7
268/16 268/20 270/15
271/3 272/15 273/7
273/19 274/13
can't [19] 4/20 15/11
24/23 39/9 70/14 79/21
132/21 139/20 140/1
140/10 140/15 153/20
176/4 191/24 202/6
218/8 234/1 235/17
265/5
canceled [1] 57/15
candid [3] 13/23 45/3
146/23
candor [2] 72/24 113/10
CANNON [4] 1/2 1/10
3/5 9/22
cannot [12] 33/22 34/5
34/10 34/13 34/13 43/7
43/7 44/11 171/25
171/25 173/13 186/5
capable [2] 112/21
123/23
capacities [1] 83/18
capacity [3] 16/16 47/12
55/6
captive [1] 108/6
capture [2] 250/4 250/7

captured [1] 12/23
capturing [1] 250/25
car [33] 40/13 40/14
108/6 179/1 179/4 179/8
179/17 180/13 180/16
180/23 180/24 200/3
201/15 203/23 203/24
203/25 206/12 206/17
211/11 212/8 213/13
214/25 219/6 221/10
244/13 244/15 244/18
251/10 253/1 255/10
255/11 257/18 270/24
card [1] 225/17
care [7] 6/4 9/12 26/10
75/2 96/1 149/14 187/1
career [9] 51/21 60/10
62/25 74/6 92/10 198/4
208/6 247/19 247/22
careful [1] 196/3
carefully [2] 19/24
31/11
caregiving [2] 143/5
149/17
caretaker [3] 26/2 26/8
26/23
Carolina [2] 27/6 52/21
carpenter [1] 114/4
carry [6] 29/21 131/18
133/22 139/3 147/6
183/16
carrying [5] 134/7 135/3
135/18 170/24 199/10
case [214] 1/2 3/3 3/4
5/4 5/8 5/22 9/3 9/7 9/24
10/3 10/9 12/9 12/19
13/1 13/4 13/6 13/9 14/4
14/17 15/1 16/21 18/1
18/9 18/18 19/8 19/14
19/22 22/10 23/15 29/19
31/1 31/12 32/1 32/2
34/7 34/9 34/12 35/10
35/16 35/22 37/4 38/12
38/21 39/12 39/14 39/22
41/24 42/1 42/2 42/17
42/22 44/11 44/16 46/12
47/1 48/8 48/24 50/10
51/13 52/7 53/5 57/16
52/20 56/5 57/9 57/20
59/12 61/9 62/3 64/8
64/15 65/22 65/23 66/14
68/13 69/25 70/10 72/5
72/11 72/15 73/2 74/7
74/15 75/10 75/11 75/13
78/5 81/11 82/20 83/19
83/23 85/18 86/2 87/8
88/17 89/25 90/7 92/11
92/20 94/3 95/17 98/7
99/20 101/14 102/25
103/4 104/22 105/16
107/17 109/11 110/17
112/16 112/22 112/23
113/3 113/13 114/25
115/17 117/18 118/7
118/11 120/14 121/19
122/7 123/15 123/19

123/21 124/2 126/6
129/9 130/3 133/5
133/11 134/22 135/5
139/15 140/12 145/10
147/2 147/13 147/17
147/20 149/15 151/1
151/9 163/19 166/6
166/19 168/24 170/7
170/18 171/10 172/6
172/20 172/25 173/1
173/3 173/10 173/24
174/3 174/13 174/17
174/21 175/1 175/2
175/8 175/10 175/10
175/14 175/15 175/15
175/20 175/21 175/25
176/13 176/14 177/5
177/19 180/12 180/12
180/15 180/17 180/19
180/24 181/6 181/23
183/11 183/13 184/4
184/17 185/18 186/4
222/3 224/19 224/20
225/3 228/18 229/7
229/15 230/2 236/1
241/8 244/19 266/12
269/15 269/17 269/18
269/20 269/24 269/25
270/4 270/10 270/12
273/21
cashier [1] 56/14
cataract [1] 40/6
cataracts [1] 26/5
catch [3] 37/15 104/10
124/25
caught [1] 271/9
cause [40] 76/2 137/19
143/15 144/1 144/4
144/10 144/16 144/21
144/22 145/5 145/16
145/21 145/23 146/4
146/8 147/22 148/1
148/2 148/24 149/1
149/24 149/25 150/3
150/4 150/24 151/2
151/24 152/1 152/6
152/7 152/21 153/1
153/6 153/8 153/10
153/25 154/2 159/12
162/19 164/12
causes [1] 147/24
CCW [1] 183/16
Cefazolin [1] 244/5
cell [1] 182/4
cellphone [1] 271/8
center [8] 22/5 57/6
82/15 82/15 97/7 223/17
229/4 255/13
CEO [1] 121/6
certain [20] 11/10 14/8
34/19 37/20 113/15
146/16 151/12 151/14
152/2 171/6 173/19
235/2 235/11 235/12
237/4 237/11 237/15
238/9 238/16 240/19

certainly [6] 4/10 8/18
131/20 148/4 244/16
272/15
certainty [2] 152/5
195/9
certification [1] 247/13
certified [1] 114/3
certify [1] 275/2
chain [2] 171/1 262/19
chair [2] 191/14 191/18
chairs [4] 78/21 138/3
169/15 195/21
challenge [6] 148/1
148/24 150/1 150/3
150/24 153/1
challenges [9] 144/1
146/8 149/1 150/4 151/2
152/8 153/10 154/2
164/17
chamber [3] 262/23
262/25 265/5
chance [4] 5/1 143/17
176/10 194/22
change [5] 28/25 147/10
193/8 263/16 274/7
chapel [1] 51/8
characteristics [5]
178/19 189/20 194/4
194/16 195/2
charge [7] 4/16 12/6
30/13 31/3 39/2 131/16
247/3
charged [4] 30/17 133/6
170/14 174/12
charges [2] 33/2 33/9
Charles [1] 113/20
chat [3] 175/3 175/4
175/11
cheap [1] 263/17
check [2] 142/20 265/1
chemical [1] 114/11
chemistry [1] 103/23
cherished [1] 10/4
Chevy [2] 199/18 200/1
chief [1] 97/23
child [5] 28/21 76/23
125/18 164/10 164/14
childcare [1] 124/24
children [28] 46/1 49/16
51/24 54/17 56/21 58/15
63/7 65/14 67/19 70/5
71/15 73/19 77/13 80/18
82/12 85/22 89/12 94/24
97/9 99/12 101/1 104/25
107/11 108/23 110/5
111/22 117/6 121/4
chin [1] 248/15
choice [2] 72/1 173/14
choose [3] 171/3 173/13
221/19
chosen [3] 13/25 168/21
168/24
Christian [1] 31/22
CHRISTOPHER [11]
1/13 2/13 3/10 15/9
15/17 20/5 23/10 186/20

**C**

**CHRISTOPHER... [3]** 196/24 197/5 197/8
**Christy [6]** 3/10 15/19 20/4 271/20 271/23 271/24
**chronic [1]** 26/20
**Churchill [2]** 22/19 81/17
**CIA [1]** 83/13
**circle [6]** 216/18 216/24 217/3 223/11 252/4 252/7
**circled [7]** 217/9 217/11 218/11 237/18 237/19 237/19 243/3
**circling [4]** 212/14 229/2 237/7 252/9
**circulates [1]** 262/14
**circumstance [1]** 24/7
**circumstances [1]** 171/1
**circumstantial [1]** 170/25
**citation [3]** 227/25 228/2 243/21
**citizen [1]** 10/7
**City [2]** 86/11 89/22
**civil [13]** 61/9 65/11 65/22 65/23 69/25 72/11 82/19 82/21 87/15 87/17 117/18 121/19 121/20
**civilians [1]** 247/6
**clarification [2]** 79/9 85/24
**clarify [1]** 79/11
**clarity [5]** 12/2 194/2 194/9 194/18 195/7
**clean [1]** 173/8
**cleaning [1]** 27/9
**cleanup [1]** 263/11
**clear [25]** 32/5 126/23 137/8 137/9 148/9 152/23 154/3 182/7 189/5 190/10 194/3 194/6 194/19 202/22 216/5 216/5 216/11 216/12 216/20 217/2 217/7 224/15 234/5 265/1 265/3
**clearer [1]** 194/4
**clearing [1]** 262/1
**clearly [7]** 11/4 11/25 18/21 24/12 136/5 148/22 194/17
**clerk [3]** 50/19 50/23 51/7
**client [3]** 7/1 129/6 131/11
**client's [2]** 183/15 183/21
**Clifford [1]** 22/19
**clinic [1]** 103/24
**Clinical [1]** 84/16
**close [44]** 46/22 48/2 50/1 52/17 55/1 55/3 57/3 59/7 61/13 63/23

66/6 68/22 69/21 71/19 74/1 77/18 80/23 83/7 83/15 85/13 88/7 89/19 92/5 93/18 95/7 97/18 99/9 102/9 104/14 107/2 109/6 110/12 112/4 118/1 120/4 122/2 123/6 127/16 187/18 205/25 206/3 225/7 235/14 269/3
**close-up [2]** 225/7 235/14
**closed [5]** 199/24 200/2 204/2 204/5 204/6
**closer [7]** 15/13 217/23 218/2 227/11 227/14 227/16 227/20
**closer-up [2]** 217/23 218/2
**closes [1]** 232/21
**closet [10]** 212/6 223/19 223/24 224/1 224/12 225/1 225/2 225/3 240/20 242/5
**closing [3]** 171/9 177/22 185/21
**clothing [18]** 179/9 179/10 180/11 217/3 235/8 237/10 237/18 238/24 240/4 240/4 240/9 240/9 240/20 252/6 252/8 252/14 253/10 253/12
**cloud [1]** 43/5
**Club [5]** 70/24 71/1 71/6 71/10 124/25
**clubs [1]** 91/24
**CNA [1]** 105/3
**co [4]** 47/20 185/7 258/14 268/20
**co-counsel [2]** 258/14 268/20
**co-owners [1]** 47/20
**co-workers [1]** 185/7
**CO2 [2]** 116/24 117/1
**Coast [5]** 73/24 102/16 102/19 102/23 102/24
**Code [1]** 14/24
**Cole [5]** 20/8 23/11 180/24 183/8 199/23
**collar [1]** 67/7
**collect [1]** 205/4
**collected [2]** 249/14 265/23
**collecting [1]** 250/6
**collection [1]** 249/13
**Colleen [4]** 17/3 98/19 163/24 169/3
**college [10]** 24/8 24/14 49/21 63/13 65/16 71/11 73/16 81/22 81/24 117/10
**color [2]** 272/23 273/2
**combination [1]** 195/5
**come [19]** 4/15 9/6 135/9 136/11 170/20 176/18

181/9 217/18 216/1 230/22 231/1 249/23 251/5 251/6 251/17 254/2 257/18 257/20 272/15
**comes [6]** 9/2 144/2 148/3 177/14 179/6 223/25
**comfortable [1]** 32/1
**coming [8]** 19/23 40/25 116/2 141/19 141/20 142/19 167/23 190/24
**comments [3]** 44/15 74/20 145/24
**commerce [1]** 14/21
**committed [1]** 174/12
**common [1]** 31/11
**commonsense [3]** 34/19 34/24 35/23
**communicate [3]** 34/20 34/21 175/2
**communication [1]** 174/24
**communications [5]** 69/9 69/11 69/12 69/13 69/14
**community [3]** 10/8 76/23 208/18
**companies [2]** 67/10 108/6
**company [16]** 45/23 47/21 54/8 54/9 59/25 60/3 64/23 69/9 69/12 84/5 84/6 91/12 94/18 108/2 108/4 119/14
**compare [1]** 194/22
**compared [1]** 5/7
**comparing [1]** 126/10
**comparison [1]** 182/11
**competitor [1]** 108/10
**complete [2]** 13/23 45/3
**completed [1]** 167/17
**complex [2]** 181/22 195/12
**compliant [1]** 204/9
**complied [10]** 209/12 216/9 216/19 217/1 217/5 254/23 259/5 260/11 266/1 267/8
**component [3]** 149/18 273/16 273/17
**composite [2]** 273/12 273/13
**compound [1]** 188/23
**compounding [1]** 7/15
**compounds [4]** 7/4 8/16 188/22 188/25
**computer [10]** 63/1 63/2 63/3 73/11 73/14 93/11 93/14 147/9 187/8 193/13
**comrades [1]** 130/14
**concentration [1]** 206/10
**concepts [3]** 14/15 30/5

42/24
**concern [4]** 26/18 43/9 64/20 126/24
**concerned [3]** 43/17 151/18 171/2
**concerning [5]** 12/6 12/9 13/6 31/9 44/4
**concerns [5]** 25/2 28/17 38/22 41/12 113/1
**conclude [3]** 119/6 136/12 271/15
**concludes [1]** 178/1
**conclusion [7]** 13/24 31/5 166/5 184/20 185/18 185/20 186/4
**Concurrently [1]** 82/3
**condition [3]** 176/5 176/6 242/8
**conduct [4]** 124/7 173/20 205/6 205/7
**conducted [1]** 106/10
**conducting [1]** 248/4
**confer [6]** 131/9 165/6 206/19 227/1 230/5 245/2
**conference [9]** 4/16 17/17 38/6 40/2 74/24 136/14 137/13 201/25 256/18
**conferred [1]** 166/8
**confidential [1]** 38/14
**confirm [1]** 167/16
**conflicts [2]** 185/16 185/16
**confusing [1]** 190/11
**Congratulations [1]** 119/24
**connect [1]** 187/8
**connotation [1]** 146/21
**conscience [1]** 32/5
**consequences [2]** 43/17 176/24
**consider [6]** 33/23 35/5 60/19 126/17 172/6 172/10
**consideration [2]** 7/9 41/14
**considered [2]** 31/12 171/7
**considering [3]** 35/5 172/15 189/1
**consistent [4]** 153/12 163/10 164/3 189/20
**constitution [1]** 10/6 30/18
**constitutional [1]** 10/5
**construction [1]** 67/14
**contact [4]** 178/14 204/23 270/3 270/6
**contained [3]** 29/19 191/11 229/15
**contaminants [1]** 263/6
**contaminate [1]** 263/3
**contemporaneous [2]** 166/19 202/14
**content [2]** 190/14

243/13
**contents [2]** 224/5 225/14
**context [4]** 5/4 5/8 5/22 123/20
**continue [1]** 246/5
**continuing [1]** 8/19
**continuously [1]** 238/1
**contract [1]** 106/13
**contracting [1]** 47/21
**contractor [1]** 47/10
**contradicted [1]** 172/21
**contradicts [1]** 35/10
**control [3]** 67/3 67/4 171/19
**conversation [3]** 8/7 8/19 79/20
**conversations [2]** 7/18 17/22
**convicted [8]** 14/22 42/12 42/14 72/18 131/16 139/4 147/7 178/9
**convictions [2]** 136/25 137/6
**convinced [3]** 133/9 139/3 147/6
**convincing [1]** 31/13
**cooking [1]** 142/25
**coordinating [1]** 11/20
**coordinator [5]** 45/20 45/21 84/16 90/24 90/25
**copies [1]** 7/8
**cops [4]** 33/9 40/13 115/3 152/12
**copy [3]** 8/21 186/23 186/24
**cords [1]** 196/3
**Cornelius [2]** 36/19 96/15
**corner [5]** 11/1 179/24 199/6 238/21 241/9
**Corporation [1]** 89/5
**correct [41]** 80/7 97/16 103/11 116/2 130/11 150/23 152/23 152/24 153/5 157/24 159/15 159/16 160/12 161/18 168/15 176/10 191/8 191/9 192/2 192/4 192/8 195/22 213/17 231/17 231/21 234/11 235/21 236/6 236/11 237/5 238/7 238/24 239/4 240/12 240/14 242/6 243/14 243/25 244/8 244/10 244/13
**corrections [5]** 198/2 247/12 247/13 247/14 247/18
**correctly [2]** 135/22 139/22
**costs [1]** 178/25
**could [73]** 7/10 17/15 18/20 20/3 27/24 28/25 30/21 34/6 37/3 38/5

**C**

**could... [63]** 39/25 43/13 44/16 75/11 75/15 81/1 113/13 115/16 124/18 125/15 127/6 129/10 131/19 138/7 140/1 140/10 140/11 140/21 141/2 141/12 141/15 147/18 147/19 148/10 148/17 149/3 151/12 151/14 151/19 152/2 154/3 165/13 166/12 167/7 167/8 167/15 185/9 186/23 186/25 188/8 189/14 189/15 195/22 197/1 200/10 206/7 209/9 209/10 217/2 226/23 246/8 248/2 250/4 250/7 251/1 253/11 261/1 263/7 265/19 268/17 272/9 272/12 272/12
**couldn't [9]** 8/4 32/4 36/25 37/1 146/24 151/14 181/12 227/6 265/5
**counsel [29]** 3/9 7/19 8/5 8/6 15/8 15/17 75/21 128/22 131/11 148/16 148/20 149/5 177/15 177/17 201/21 206/20 222/24 225/23 226/2 227/1 230/5 245/3 255/21 255/22 258/14 268/20 268/24 271/18 272/14
**count [4]** 158/15 262/7 268/10 268/12
**country [3]** 30/17 36/25 91/24
**counts [1]** 157/24
**County [27]** 14/18 16/18 21/1 22/4 22/24 48/5 50/18 50/21 51/12 54/8 61/17 62/13 62/14 62/15 88/10 92/7 96/25 104/18 112/8 115/2 115/11 116/8 152/11 152/18 197/18 207/22 246/24
**couple [5]** 75/4 165/25 194/12 226/25 253/18
**course [8]** 8/13 11/1 19/24 25/18 41/25 42/15 52/18 123/19
**court [53]** 1/1 1/24 1/24 5/9 6/25 7/2 7/16 7/22 8/17 9/23 10/9 10/18 10/23 11/4 11/20 11/22 12/4 12/7 18/16 40/3 41/1 74/19 76/9 79/4 79/10 79/12 88/9 97/1 126/18 137/24 141/10 166/5 174/2 175/25 178/9 186/24 188/6 188/7 188/16 189/3 190/24 195/24 200/6

202/16 203/10 209/6 245/24 248/11 257/6 270/1 274/9 275/6 275/7
**Court's [15]** 5/20 7/9 8/13 8/14 12/5 23/19 47/2 50/11 56/7 74/16 101/15 103/5 107/18 112/17 144/2
**courthouse [2]** 9/22 170/24
**courtroom [29]** 11/16 11/18 11/23 12/8 13/11 19/23 45/1 56/6 78/24 123/22 138/2 138/7 138/10 140/20 140/23 143/12 167/13 169/18 170/19 176/16 176/22 177/7 186/15 195/25 196/15 230/12 246/3 270/2 270/18
**courts [2]** 96/25 97/12
**cousin [5]** 48/4 104/18 112/7 180/20 183/15
**cousin's [1]** 48/7
**cover [3]** 65/13 199/12
**covered [6]** 5/14 5/19 5/20 40/23 79/22 116/6
**covering [1]** 185/7
**covers [1]** 29/5
**COVID [3]** 10/22 61/11 263/7
**COVID-19 [1]** 10/22
**CR [3]** 1/2 1/2 3/5
**CRC [2]** 1/23 275/6
**credentialing [2]** 90/15 90/23
**credibility [9]** 34/25 35/15 35/24 36/6 36/7 41/8 41/15 172/12 172/25
**credible [2]** 41/6 41/16
**credit [1]** 97/7
**crews [1]** 263/11
**crime [12]** 14/8 14/22 21/20 29/17 30/17 42/13 170/14 174/12 262/9 262/9 264/16 264/17
**crimes [4]** 72/19 208/20 247/21 247/21
**criminal [17]** 30/6 61/8 65/22 69/25 72/10 82/20 82/22 87/16 117/17 117/19 121/19 138/21 170/9 173/1 173/2 198/7 198/11
**cross [12]** 2/15 2/18 177/18 177/21 204/17 231/11 248/16 256/24 257/4 259/25 263/3 270/21
**cross-examination [8]** 2/15 2/18 204/17 231/11 256/24 257/4 259/25 270/21
**cross-examine [2]** 177/18 177/21

crowd [1] 128/10
**CRR [2]** 1/23 275/6
**crucial [1]** 11/24
**CSI [2]** 271/4 273/20
**CSI Lobnig [2]** 271/4 273/20
**CSM [2]** 60/3 60/4
**culinary [1]** 100/13
**cumbersome [1]** 265/16
**cumulative [2]** 7/7 191/1
**current [4]** 198/10 207/25 247/2 247/24
**currently [13]** 50/24 51/18 52/4 53/19 58/3 67/3 73/12 78/22 105/24 122/22 139/8 208/1 247/3
**curriculum [1]** 108/17
**cursor [2]** 189/17 191/22
**custody [6]** 184/15 204/9 204/10 209/3 209/18 262/19
**customer [2]** 60/6 252/21
**customer's [1]** 252/20

**D**

**dad [1]** 123/8
**Dade [1]** 55/8
**damage [1]** 264/13
**Dandridge [2]** 36/19 96/15
**DANIEL [5]** 1/13 3/8 15/6 15/15 20/6
**Danyta [2]** 27/19 110/23
**dark [2]** 199/17 229/18
**darker [1]** 199/1
**data [3]** 69/8 69/13 69/14
**date [6]** 178/10 182/12 217/16 252/20 258/6 275/6
**dates [3]** 25/9 182/12 185/1
**daughter [14]** 24/7 24/13 24/16 26/19 49/17 49/20 54/19 58/18 63/11 65/13 95/1 121/5 121/8 144/3
**daughters [2]** 65/16 105/1
**day [25]** 1/7 3/19 11/20 11/20 26/6 34/20 176/5 178/13 180/23 182/4 182/19 199/12 199/14 201/13 213/20 220/20 228/1 228/3 245/21 248/22 248/24 248/25 248/25 249/14 251/2
**days [4]** 23/16 141/4 151/19 179/7
**daytime [2]** 198/20 198/21
**DE [8]** 203/1 211/17 214/1 214/8 220/7

220/25 223/3 226/8
**DE 121 [6]** 211/17 214/1 220/7 220/25 223/3 226/8
**Deacon [1]** 20/4
**deaf [1]** 60/7
**deal [1]** 29/21
**dealers [1]** 108/6
**dean [1]** 81/21
**deceased [2]** 64/4 64/6
**decide [8]** 10/9 13/10 35/3 170/12 170/18 172/13 177/5 177/24
**decided [3]** 24/7 24/13 181/4
**deciding [1]** 172/6
**decision [9]** 13/4 31/23 38/17 43/5 176/2 176/15 176/20 182/22 186/1
**decision-making [1]** 43/5
**deemed [1]** 7/16
**defendant [49]** 1/7 1/16 14/7 14/10 14/13 14/19 17/8 17/14 17/19 17/23 18/4 19/16 19/19 29/16 29/18 29/23 30/14 30/15 32/12 32/20 33/21 33/22 34/1 34/4 34/12 42/11 42/15 42/21 116/3 133/6 133/25 135/6 170/13 171/15 171/17 173/4 173/5 173/7 173/10 173/12 175/16 177/18 177/19 180/21 193/5 193/14 193/18 209/12 230/21
**defendant's [27]** 5/6 5/17 6/6 30/8 30/10 30/25 31/8 31/10 33/18 33/24 151/7 173/14 173/15 177/14 203/8 203/13 211/19 214/10 220/10 221/2 223/5 226/10 258/21 260/1 264/1 266/19 268/7
**Defender [1]** 1/17
**defense [60]** 2/10 4/24 5/25 7/19 8/5 8/6 32/12 76/6 131/10 131/22 148/16 148/20 149/1 149/4 154/8 154/11 154/14 154/17 155/10 155/23 155/25 156/14 156/25 157/9 157/13 157/21 157/23 158/2 158/5 158/8 158/12 158/14 158/21 158/24 159/3 159/7 159/11 159/23 160/3 160/7 160/17 160/20 160/21 161/3 161/8 161/9 161/12 162/1 162/5 162/7 163/4 183/2 193/9 206/20 225/22 245/3

255/22 272/14 273/3 273/9
**Defense's [1]** 177/15
**definition [1]** 31/6
**definitions [2]** 176/18 185/25
**degree [6]** 103/22 139/23 181/12 193/10 195/9 212/15
**degrees [2]** 90/19 194/2
**Delagall [5]** 27/19 27/20 110/22 110/23 151/4
**deliberate [1]** 269/17
**deliberation [1]** 30/20
**deliberations [4]** 33/23 43/4 176/1 270/12
**delivered [1]** 71/11
**delivery [1]** 45/22
**dementia [1]** 105/3
**democracy [1]** 10/5
**denied [2]** 148/25 259/23
**Denise [1]** 58/1
**deny [5]** 149/25 150/2 150/24 152/25 154/1
**department [16]** 55/8 64/1 64/3 86/24 104/19 111/14 115/12 116/11 116/12 123/9 123/11 141/16 198/6 198/7 247/12 247/14
**dependent [1]** 40/5
**depending [1]** 270/25
**depends [1]** 181/17
**depict [23]** 182/8 201/12 203/18 211/8 211/11 212/12 212/16 213/19 215/4 215/8 217/10 219/8 220/1 220/19 221/13 222/15 223/14 223/18 223/23 231/23 232/15 261/18 262/20
**depicted [6]** 212/1 213/13 224/18 228/7 236/8 238/20
**depicting [2]** 179/16 261/24
**depicts [6]** 201/5 213/3 214/19 217/16 251/8 262/21
**deportation [2]** 39/11 39/18
**deported [6]** 37/20 37/21 38/11 38/12 38/15 39/14
**deputies [3]** 83/12 104/17 249/9
**deputy [7]** 11/18 12/8 48/5 53/2 195/25 247/22 249/23
**describe [12]** 25/15 74/20 113/1 198/22 209/21 211/25 213/2 214/18 218/24 223/12 248/13 255/4
**described [9]** 41/7 41/14

**D**

**described...** [7] 42/19
52/19 75/12 77/8 92/2
106/16 118/2
**description** [1] 14/16
**deserved** [1] 139/20
**deserves** [1] 171/5
**design** [2] 73/16 84/20
**designated** [1] 199/10
**designed** [2] 11/1 176/23
**Desir** [7] 37/14 37/16
37/17 38/4 118/18 146/4
153/5
**Desiree** [1] 45/8
**desk** [1] 185/6
**detail** [3] 14/9 25/16
138/6
**detailed** [1] 170/11
**details** [5] 25/17 68/10
181/23 182/10 241/15
**detective** [27] 89/22
89/24 198/13 201/5
203/16 204/19 206/25
215/1 230/22 231/1
231/8 231/13 232/6
238/15 238/17 241/4
241/6 241/7 241/10
241/12 243/9 243/16
244/10 245/8 245/10
247/22 251/15
**Detective Jadin** [2]
201/5 203/16
**Detective Pearson** [1]
215/1
**Detective Saliba** [3]
230/22 231/1 231/8
**Detective Singletary** [2]
232/6 251/15
**Detective Walker** [2]
241/7 243/9
**detectives** [6] 237/21
238/2 238/6 238/9
238/13 248/25
**detention** [7] 22/5 52/25
53/1 57/6 128/2 128/4
198/6
**determination** [1] 34/21
**determine** [5] 13/3
14/14 30/2 167/8 170/13
**determined** [1] 30/13
**determining** [2] 112/22
172/25
**device** [2] 174/14 175/11
**diagnosed** [1] 26/20
**diagram** [2] 212/16
213/14
**diameter** [1] 178/24
**Dian** [1] 169/2
**diane** [5] 1/23 1/25
11/21 275/5 275/6
**Dickey** [1] 122/12
**did** [111] 3/21 5/1 6/5
8/1 36/24 40/12 40/14
45/18 48/17 51/6 51/20
52/22 53/21 56/2 56/16
58/9 58/11 59/1 59/2

61/3 61/3 62/20 66/4
68/7 68/20 69/6 70/16
71/5 73/23 81/4 84/21
86/21 87/22 88/3 94/13
106/1 111/10 114/2
116/17 119/5 121/25
122/1 125/10 130/13
130/16 130/16 141/1
142/3 147/10 149/24
150/10 171/17 181/6
181/21 181/21 182/5
182/6 183/9 185/13
187/15 198/1 198/17
198/19 199/13 199/15
200/3 200/22 200/24
205/2 205/4 205/5 205/6
208/6 208/8 208/10
208/20 208/25 209/2
209/25 211/2 215/11
219/2 220/19 221/16
221/19 225/5 225/7
227/14 235/23 236/14
238/14 241/15 244/15
247/12 249/5 249/6
249/7 250/17 251/4
251/17 252/13 252/15
254/2 254/14 257/13
257/15 257/18 257/19
257/20 258/12 273/21
**didn't** [22] 34/13 37/15
37/20 91/3 104/10
124/25 128/9 135/7
141/10 141/11 146/18
146/22 150/8 152/18
171/16 190/21 205/7
239/6 243/13 244/13
262/7 272/3
**difference** [2] 171/2
267/1
**different** [19] 21/5
102/1 140/12 140/12
140/12 147/12 178/19
178/21 179/5 187/11
194/2 194/15 195/1
195/5 200/8 210/7 237/4
238/6 250/24
**differential** [1] 194/19
**difficult** [7] 18/8 23/23
24/1 38/21 42/20 43/1
139/13
**difficulty** [10] 29/8
30/22 31/16 32/7 32/13
32/21 34/1 34/14 43/20
135/14
**DiMaggio** [3] 28/22
164/10 164/13
**dining** [5] 98/20 99/6
100/17 100/18 212/6
**dire** [10] 2/4 4/25 5/6
5/23 12/21 12/22 79/13
256/13 257/5 259/21
**direct** [10] 2/14 2/17
2/20 77/5 171/3 197/15
205/14 206/13 207/17
246/19
**directing** [2] 237/25

238/7
**direction** [2] 223/25
224/23
**directly** [4] 143/14
148/9 148/11 164/23
**director** [9] 70/23 82/4
82/15 86/11 91/12 91/17
91/18 100/13 124/24
**disabilities** [2] 29/11
77/6
**disadvantage** [1] 62/12
**disagree** [1] 43/23
**disagreed** [1] 44/8
**disbelieve** [1] 171/4
**discharged** [1] 102/21
**disconnected** [3] 5/4 5/8
5/22
**discovered** [2] 179/4
231/17
**discretion** [1] 235/23
**discuss** [20] 4/10 7/11
13/19 17/14 30/5 44/2
96/3 126/1 136/20
137/19 138/5 166/4
171/10 174/2 174/5
193/23 230/14 269/6
269/15 269/16
**discussed** [8] 4/1 4/10
36/4 165/9 173/2 174/15
176/4 176/7
**discussing** [2] 41/4
125/18
**discussion** [14] 6/11
8/12 128/21 131/10
149/4 195/18 195/24
206/20 222/24 226/2
245/3 255/21 268/23
271/17
**discussions** [3] 174/17
174/21 176/1
**dispensers** [1] 101/23
**disprove** [2] 32/13 32/21
**disregard** [2] 43/16
172/5
**distinctive** [1] 182/16
**distract** [1] 177/5
**distracted** [2] 149/11
185/3
**district** [12] 1/1 1/1 1/10
1/24 9/23 10/2 14/18
15/8 15/16 86/17 169/13
275/7
**distrust** [1] 127/18
**disturbed** [1] 249/25
**division** [8] 1/2 51/2
63/20 148/11 198/8
198/8 198/9 247/20
**divisions** [1] 198/3
**divorced** [3] 58/14 61/5
84/9
**Dixie** [2] 56/14 56/17
**DNA** [6] 181/16 184/11
184/12 263/5 271/1
273/8
**do** [455]
**docket** [7] 202/17

202/25 203/3 203/5
259/20 263/23 273/19
**doctor** [1] 121/11
**doctors** [1] 90/24
**doctors'** [2] 25/12 26/4
**document** [2] 252/10
264/15
**documentation** [1]
229/24
**documented** [2] 262/16
268/1
**documenting** [1] 262/1
**documents** [1] 181/5
**does** [115] 13/13 16/3
16/20 19/16 19/18 20/11
26/9 29/8 29/25 30/22
31/16 32/13 32/21 33/20
34/1 34/4 34/14 36/9
40/16 43/19 44/6 44/10
47/19 51/17 52/22 54/6
60/17 65/6 69/17 71/23
76/21 79/23 79/25 82/7
84/24 85/4 87/25 89/8
91/9 91/21 93/10 95/3
96/23 97/1 98/4 99/5
100/23 102/5 104/7
106/20 108/16 111/16
114/7 116/22 119/24
127/15 129/6 132/1
133/3 133/20 150/8
166/1 175/19 175/24
176/3 183/22 190/8
196/5 200/19 201/12
203/16 203/18 211/8
211/11 212/12 212/16
213/7 213/10 213/19
215/4 215/7 215/16
217/10 218/1 218/3
218/6 218/14 218/19
218/22 219/8 219/20
220/1 220/16 220/19
221/7 221/12 222/15
223/14 223/18 223/22
224/3 225/9 225/12
226/14 227/3 229/1
229/9 251/23 252/7
252/19 253/3 253/8
261/17 262/17 262/20
**doesn't** [5] 31/7 140/6
185/12 202/23 251/14
**doing** [20] 49/8 58/5
59/24 62/16 76/25 85/5
100/15 106/4 106/6
109/19 118/22 119/15
122/16 123/23 128/10
175/10 182/11 209/22
231/15 262/2
**Dominoes** [1] 117/10
**don't** [136] 5/12 7/14
7/15 8/21 10/17 11/5
13/25 18/10 31/22 34/8
34/11 36/2 38/14 39/20
55/7 55/8 55/9 57/6 68/9
75/7 78/23 79/10 85/6
94/7 105/4 111/23 116/1
127/23 129/10 130/20

131/2 132/9 132/10
132/14 134/24 135/16
136/17 137/15 139/2
140/1 141/12 141/18
142/6 143/6 146/19
146/20 146/23 147/13
148/6 149/14 149/24
151/23 152/20 152/20
165/9 165/13 168/20
185/2 187/5 190/14
194/21 194/23 195/15
196/1 196/2 196/7
196/13 202/22 206/1
206/16 206/16 206/17
218/7 225/21 232/13
232/16 233/8 233/11
233/13 233/16 233/25
234/2 234/10 234/16
234/19 234/21 234/23
235/2 235/6 235/10
235/17 236/5 236/10
236/18 237/4 237/8
237/15 237/24 239/22
240/1 240/4 240/7 240/9
240/11 240/14 240/24
241/1 241/5 241/8
241/12 241/20 242/8
242/13 242/14 242/15
242/18 242/20 242/22
242/25 243/4 243/6
244/4 244/7 244/9
244/14 244/23 245/7
263/3 263/4 267/13
267/17 272/24 273/6
273/9 273/20 273/22
**done** [12] 11/14 60/22
63/11 67/11 110/2
147/24 189/15 237/20
244/16 244/25 245/18
264/17
**door** [25] 5/11 119/14
179/24 199/19 199/21
204/1 204/2 204/3 204/5
204/6 204/7 204/8 212/7
212/17 223/15 223/19
223/25 224/6 224/8
224/10 224/11 224/12
224/23 224/25 226/18
**dots** [1] 265/18
**double** [1] 185/8
**doubt** [16] 14/12 29/23
30/3 31/3 31/6 31/8 31/9
31/10 31/10 31/13 33/25
34/9 44/4 132/4 133/13
173/16
**Doug** [1] 24/7
**down** [20] 11/23 19/12
61/18 132/20 141/19
147/5 147/8 148/17
151/16 167/11 168/2
179/24 203/21 203/22
212/4 223/21 225/3
225/19 248/15 260/14
**downloaded** [1] 194/12
**draw** [3] 216/2 232/19
243/19

**D**

drawer [9] 227/5 227/7 227/13 227/21 241/19 241/24 243/12 243/14 243/17
drawing [2] 211/2 242/3
dresser [4] 226/16 227/5 227/7 242/22
drive [5] 142/22 187/6 188/7 189/8 190/20
driver [9] 51/19 51/21 52/3 60/19 60/21 117/5 178/17 180/23 200/3
driver's [14] 183/7 199/19 204/4 205/13 219/2 236/14 236/17 236/20 255/9 255/16 256/7 257/17 257/21 257/24
driveway [1] 199/2
driving [2] 85/5 96/1
Dropbox [5] 188/8 190/2 192/5 192/13 194/3
dropped [4] 33/9 264/19 265/21 265/21
drove [3] 180/22 199/17 199/25
Duke [3] 86/18 104/9 104/12
Dunkley [3] 26/16 26/17 144/22
during [35] 4/11 4/18 5/2 7/12 8/18 11/13 19/24 33/23 51/21 58/4 79/12 102/20 126/9 127/11 128/3 129/5 130/13 131/18 131/23 132/7 134/8 135/15 146/12 165/5 174/4 183/20 183/23 184/5 185/21 185/21 205/8 205/18 247/16 259/24 270/1
duties [5] 10/7 10/20 11/17 207/25 208/13
duty [5] 29/13 50/6 129/25 170/9 170/12

**E**

each [20] 4/19 11/1 34/20 44/22 123/19 124/8 131/15 134/8 140/4 145/7 162/15 165/6 166/5 185/16 190/8 212/25 232/15 239/4 241/23 243/13
earlier [23] 5/18 29/15 30/4 35/18 41/7 41/14 44/14 45/2 71/22 74/20 75/1 95/22 98/9 98/12 119/6 138/20 165/9 173/2 217/9 218/11 218/11 259/10 261/25
early [1] 124/24
Earth [1] 174/14

easier [2] 192/19 195/19
East [1] 1/20
easy [1] 263/15
economist [1] 109/23
ed [1] 111/6
edits [1] 190/1
education [5] 53/23 60/7 60/12 99/2 111/5
Educational [1] 125/11
efficiently [1] 212/23
effort [2] 149/20 181/14
eight [6] 5/19 81/25 82/1 88/25 119/16 160/21
eight years [2] 88/25 119/16
Eighteen [3] 33/5 86/14 87/3
Eighteen years [2] 86/14 87/3
either [8] 5/7 12/9 14/2 82/23 166/1 171/4 173/23 270/24
elaborate [1] 150/8
elderly [1] 141/7
elected [1] 8/6
electing [1] 7/20
electrical [3] 47/10 47/15 47/20
electrician [1] 114/4
electronic [2] 165/13 174/24
electronically [2] 187/6 272/25
elects [1] 33/22
element [2] 131/15 134/8
elementary [3] 63/11 88/1 93/12
Eleven [1] 114/20
Eleven years [1] 114/20
elicit [2] 256/24 257/3
Elisa [4] 59/18 59/21 163/20 169/1
Ellison [4] 20/8 22/21 22/22 23/1
ELMO [1] 201/23
else [30] 11/6 24/20 26/9 30/15 40/25 44/16 53/7 56/3 62/1 64/13 74/12 76/4 83/21 88/15 103/2 118/9 127/21 141/8 141/13 141/15 173/7 173/24 174/3 175/20 175/23 193/15 227/1 236/9 252/4 274/3
elsewhere [1] 206/10
email [1] 175/3
Emily [1] 23/11
emit [1] 11/2
emotional [4] 38/17 39/15 39/22 139/21
emotions [1] 43/5
emphasize [1] 174/25
employed [38] 46/22 48/2 50/1 52/17 55/1 57/3 59/7 61/13 63/24

66/6 68/3 69/21 71/20 74/1 77/18 80/23 83/7 85/13 88/7 89/19 90/20 92/5 93/18 95/7 96/17 97/18 99/9 102/9 104/14 107/2 109/6 110/12 112/4 118/1 120/4 122/3 122/22 123/6
employee [1] 135/18
employees [1] 118/6
employer [1] 173/25
employment [3] 41/6 48/7 52/19
empty [1] 267/2
encounter [1] 127/17
encountered [3] 178/15 199/17 201/14
encountering [1] 200/22
end [17] 147/24 149/11 170/7 170/10 170/14 172/25 173/10 178/23 179/17 182/21 183/13 184/9 195/19 254/14 269/17 270/12 270/15
ends [1] 10/9
energy [4] 86/18 86/20 104/9 104/12
energy/utilities [1] 86/20
enforce [1] 12/5
enforcement [101] 35/22 36/3 36/8 36/11 37/9 41/5 41/15 41/22 46/22 48/3 50/2 52/18 53/4 55/1 55/6 57/4 59/7 61/14 61/22 63/24 64/6 66/7 68/23 69/22 71/17 71/20 72/4 74/2 75/2 75/8 76/1 76/1 77/18 80/24 83/7 83/18 85/14 85/25 88/8 89/19 91/22 92/1 92/5 92/10 93/19 95/4 95/8 97/19 99/10 102/10 104/15 107/3 109/7 110/13 112/4 113/7 115/16 118/2 120/5 122/3 123/6 123/14 123/18 126/25 127/1 127/1 127/17 127/18 128/16 129/19 130/11 130/15 130/18 130/22 130/25 131/1 147/18 151/8 178/13 178/15 179/3 179/12 180/7 181/13 182/2 183/9 184/14 197/21 197/22 198/1 198/7 204/21 204/23 204/24 206/7 208/6 215/12 231/20 236/4 243/7 247/11
engage [1] 9/10
engagement [2] 208/18 209/25
engagement-type [1] 208/18

engineer [4] 88/24 89/5 89/9 107/14
engineers [1] 89/14
English [2] 29/9 70/24
enough [1] 184/21
entail [1] 76/21
enter [5] 3/6 6/5 73/23 224/21 246/3
entered [5] 30/15 140/23 196/15 233/18 239/13
entertainer [2] 129/6 183/22
entertainers [1] 129/8
entertaining [1] 164/17
entertainment [1] 184/1
entice [1] 146/18
enticed [1] 146/14
entire [9] 10/2 32/11 32/19 131/18 134/9 136/4 169/13 210/2 272/19
entitled [2] 177/10 275/4
entrapment [2] 147/3 147/13
entry [8] 166/20 202/17 202/25 203/3 203/5 259/21 263/23 273/19
entry 121 [5] 203/3 203/5 259/21 263/23 273/19
epidemiologist [1] 111/13
equine [1] 105/2
equipment [5] 222/3 224/14 226/16 239/16 239/20
equivocation [1] 147/21
Ernest [8] 20/8 180/20 180/22 180/24 181/8 181/14 183/15 205/8
escort [2] 140/21 186/12
ESE [2] 111/1 111/3
ESQ [2] 1/16 1/19
essentially [1] 12/22
et [1] 1/19
evaluate [6] 13/1 35/15 36/7 44/25 123/21 176/7
evaluating [2] 32/1 112/21
even [4] 44/8 170/16 175/6 176/6
evening [6] 23/20 269/4 270/13 273/5 274/3 274/18
events [1] 112/19
eventually [2] 86/22 225/3
ever [105] 46/3 46/6 46/22 48/2 48/10 48/18 49/23 50/1 50/4 52/9 52/12 52/17 54/22 55/1 55/16 56/24 57/3 57/11 58/20 59/3 59/7 60/24 61/8 61/13 63/15 63/22 63/24 64/10 65/18 66/6 66/9 67/21 67/24 68/23

69/21 69/24 70/2 71/17 72/7 72/10 73/21 74/1 74/10 77/15 77/18 77/21 80/20 80/23 81/7 83/3 83/7 85/7 85/10 85/13 87/10 89/15 89/19 90/2 92/1 92/13 92/16 93/18 93/21 93/24 95/7 95/10 95/13 97/18 99/9 99/14 99/16 101/3 101/6 101/8 102/9 102/12 104/14 105/5 105/7 107/2 107/5 107/8 109/1 109/3 109/6 110/7 110/9 110/12 111/24 112/1 112/4 117/11 117/14 118/1 120/4 120/7 120/10 121/14 121/16 122/3 123/1 123/3 123/6 128/2 242/25
every [12] 19/6 30/17 34/20 35/25 131/15 134/8 171/4 232/15 243/13 245/21 263/14 263/16
everybody [9] 3/12 3/17 44/6 80/5 138/4 167/5 167/24 169/5 169/11
everybody's [1] 103/13
everyone [1] 15/25
everything [5] 11/23 11/24 101/23 172/14 247/22
evidence [172] 13/1 14/9 29/18 30/14 31/12 32/2 33/21 35/10 35/12 35/16 41/25 42/16 43/14 43/23 44/12 44/18 44/25 45/1 47/1 50/11 56/6 57/20 59/12 62/3 64/15 66/14 68/13 70/11 72/15 74/15 75/13 83/23 85/18 88/18 90/7 92/20 94/3 95/17 95/19 99/20 101/14 103/4 105/16 107/18 109/11 110/17 112/16 112/22 112/23 112/23 113/2 113/2 118/11 120/14 123/21 126/9 126/10 131/22 132/8 132/16 133/5 135/5 139/15 139/16 166/20 170/18 170/19 170/19 170/22 170/22 170/25 170/25 171/3 171/5 171/6 171/10 171/12 171/13 171/16 171/19 171/20 171/22 172/4 172/5 172/7 172/8 172/9 172/21 172/23 173/11 173/14 176/8 176/16 177/6 177/14 177/16 177/21 177/23 182/21 182/22 183/20 184/6 184/6 184/15 184/16 184/17 184/21 184/22

**E**

evidence... [64] 185/17
185/17 186/4 189/8
194/25 201/10 201/16
203/9 205/4 210/4
210/19 211/15 211/20
213/7 214/11 215/15
219/14 220/5 220/11
220/23 221/4 221/21
222/9 222/19 223/7
225/24 226/4 226/11
231/16 232/7 238/4
238/10 238/11 238/17
241/13 241/21 250/6
250/17 252/24 255/7
255/20 256/11 256/22
256/25 258/15 258/22
259/16 259/18 260/3
262/19 263/20 264/2
266/3 266/15 266/21
267/15 267/17 268/1
268/3 268/8 269/25
270/1 270/10 270/24
evidentiary [5] 6/15
193/23 210/11 250/1
250/2
eviscerates [1] 148/5
ex [1] 72/18
exact [5] 138/3 139/2
147/4 179/13 193/20
exactly [5] 103/21
152/17 180/15 241/2
254/4
examination [16] 2/14
2/15 2/17 2/18 2/20
12/21 12/24 197/15
204/17 207/17 231/11
246/19 256/24 257/4
259/25 270/21
examine [2] 177/18
177/21
examiner [2] 271/4
271/7
examining [1] 11/11
example [8] 11/10 34/6
171/15 187/13 187/15
236/3 238/19 272/12
exceeding [1] 14/23
excellent [2] 36/20
274/17
except [2] 23/16 163/14
exception [1] 36/3
Exceptional [1] 111/5
exchange [2] 74/14
119/7
exclude [1] 31/9
exclusion [1] 34/9
exclusively [1] 239/8
excuse [2] 14/3 203/17
excused [7] 140/19
207/1 207/3 245/10
245/12 269/8 269/10
executed [1] 213/21
executing [3] 199/7
208/22 209/25
execution [5] 198/14

199/11 202/9 205/9
248/5
executive [1] 108/2
Exercise [1] 163/6
exhibit [164] 165/13
170/21 171/21 171/24
171/25 187/7 188/8
189/6 189/7 189/8 190/2
190/5 190/6 190/13
190/19 192/5 192/5
192/13 193/21 195/7
201/1 201/10 201/17
201/18 203/9 203/12
203/18 210/18 210/19
210/23 211/15 211/20
211/25 213/1 213/6
213/6 213/10 213/14
213/19 213/23 214/11
214/12 214/18 215/3
215/7 215/16 216/16
216/25 217/8 217/10
217/14 217/18 217/22
217/25 218/11 218/13
218/18 218/19 218/21
219/4 219/11 219/13
219/14 219/20 220/5
220/9 220/11 220/13
220/23 221/4 221/7
221/12 221/22 222/9
222/12 222/19 223/7
223/10 224/3 224/7
224/15 224/18 225/9
225/12 225/23 225/24
226/11 226/14 227/3
227/15 227/23 228/5
228/6 228/7 228/11
228/20 229/9 229/17
229/23 232/4 232/10
232/17 233/19 235/14
236/3 236/9 236/14
237/3 239/1 239/12
239/25 240/16 240/23
241/17 242/1 243/20
244/2 244/7 250/9
250/20 251/7 251/22
252/16 252/23 253/3
253/8 253/16 253/24
254/6 254/17 254/20
255/4 255/15 255/19
255/20 255/23 256/11
257/13 258/11 258/13
258/22 259/16 259/18
260/1 260/3 260/25
261/12 261/17 261/18
261/24 262/20 263/20
264/2 266/2 266/3
266/15 266/19 266/21
267/12 267/15 268/3
268/7 268/8 272/22
Exhibit 12 [1] 236/14
Exhibit 13 [5] 255/19
255/23 256/11 257/13
258/13
Exhibit 14 [2] 259/18
260/1
Exhibit 15 [9] 219/13

219/20 220/5 220/9
221/7 237/3 261/17
261/18 261/24
Exhibit 16 [4] 220/13
220/23 221/12 262/20
Exhibit 17 [2] 260/25
263/20
Exhibit 18 [4] 261/12
266/2 266/15 266/19
Exhibit 19 [2] 268/3
268/7
Exhibit 2 [3] 203/12
213/6 214/18
Exhibit 20 [7] 210/18
210/23 211/15 213/14
221/22 223/10 224/7
Exhibit 21 [4] 222/12
222/19 224/3 239/12
Exhibit 22 [4] 224/15
224/18 239/25 240/16
Exhibit 23 [1] 225/9
Exhibit 24 [2] 225/12
240/23
Exhibit 26 [2] 225/23
226/14
Exhibit 27 [2] 227/3
242/1
Exhibit 28 [2] 227/15
228/7
Exhibit 29 [2] 227/23
228/6
Exhibit 3 [1] 213/10
Exhibit 30 [3] 228/5
228/11 244/2
Exhibit 31 [1] 228/20
Exhibit 32 [1] 244/7
Exhibit 38 [3] 189/7
190/19 272/22
Exhibit 38A [2] 188/8
189/6
Exhibit 38B [1] 190/2
Exhibit 38C [1] 192/5
Exhibit 38E [2] 192/13
195/7
Exhibit 4 [2] 213/23
232/17
Exhibit 41 [4] 187/7
189/8 190/6 192/5
Exhibit 5 [3] 216/25
217/18 233/19
Exhibit 6 [1] 217/10
Exhibit 7 [1] 235/14
Exhibit 9 [1] 236/3
Exhibit Number 5 [1]
251/22
exhibits [21] 3/24 4/15
165/7 166/8 166/12
166/14 166/15 166/17
188/6 212/18 212/19
213/1 214/3 222/7 223/5
226/4 226/9 272/8
272/11 273/11 274/2
Exhibits 21 [1] 222/7
Exhibits 26 [2] 226/4
226/9
Exhibits 3 [1] 214/3

219/20 220/5 220/9
221/7 237/3 261/17
261/24 261/24
exist [1] 175/17
existed [2] 148/21
148/22
exists [1] 29/25
exit [1] 102/23
exited [4] 140/20 143/12
169/18 230/12
expand [1] 75/2
expect [3] 183/20 184/11
274/8
expectation [1] 132/11
expected [2] 23/15 141/4
expectedly [1] 181/8
expects [1] 131/21
expensive [1] 178/25
experience [12] 13/5
38/9 38/19 40/16 72/25
102/23 114/24 127/16
139/13 139/14 152/19
197/22
experiences [39] 46/25
48/22 50/9 53/8 56/4
57/19 59/11 62/2 64/14
66/13 68/12 70/9 72/14
74/13 78/4 81/10 83/22
85/17 88/16 90/6 92/19
94/2 95/16 99/19 101/12
103/3 105/15 107/16
109/10 110/16 112/15
118/10 120/13 122/6
123/22 126/10 126/14
127/4 128/12
expert [7] 182/5 195/9
271/1 271/1 271/8 271/8
271/20
explain [5] 14/8 36/5
170/8 170/15 170/16
explained [5] 8/18 39/21
166/3 194/21 261/25
expressed [2] 43/8 126/4
expressing [1] 139/23
extend [2] 9/25 169/12
extent [3] 5/14 7/16
190/23
exterior [2] 210/8
212/17
extra [1] 195/21
extremely [2] 182/7
194/3

**F**

face [4] 175/1 175/1
248/15 251/14
Facebook [1] 175/5
facilities [1] 78/19
facility [4] 24/9 24/15
105/2 247/18
facing [1] 196/7
fact [9] 29/25 30/19
147/19 170/23 171/1
174/20 176/14 194/25
234/24
factor [1] 43/3
factors [8] 13/2 35/6
35/12 41/7 41/14 172/17
172/23 195/1

facts [19] 13/8 13/12
39/11 39/18 42/3 43/4
44/2 75/11 123/20
126/17 127/18 133/5
133/13 140/12 147/13
147/20 183/12 185/23
186/4
fails [1] 33/25
fair [66] 12/25 16/21
18/8 22/9 37/3 38/21
39/19 42/21 43/13 44/24
48/7 48/23 51/13 52/7
53/5 53/9 55/13 56/5
57/9 61/23 64/7 72/5
73/2 74/6 78/5 81/11
83/19 86/1 87/8 88/13
89/24 92/11 98/6 102/24
104/22 107/17 112/11
113/13 114/25 115/16
118/7 122/7 123/15
124/2 126/5 130/2
134/21 139/24 140/10
140/13 145/10 146/24
147/18 148/10 148/11
151/12 151/14 152/2
152/14 154/3 173/21
175/22 175/23 176/11
176/20 176/23
fairly [8] 127/8 201/12
211/8 213/3 213/19
220/1 220/19 222/15
fairness [1] 152/5
faith [1] 274/15
fall [1] 263/15
false [1] 33/2
familiar [8] 16/14 16/17
17/7 17/10 22/3 23/2
116/3 249/22
familiarity [3] 16/19
18/3 22/8
familiarize [1] 10/19
families [2] 76/20 76/23
48/2 50/1 52/7 54/25
57/3 59/6 61/13 63/23
66/6 68/22 69/21 74/1
76/19 77/17 80/23 83/6
85/13 88/7 89/18 92/4
93/18 95/7 97/18 99/9
102/9 104/14 106/12
107/2 109/6 110/12
112/3 118/1 120/4 122/2
123/5 139/13 141/1
141/3 141/6 185/9
236/22
far [9] 4/25 5/16 113/7
171/1 191/10 192/7
194/5 194/17 202/15
fast [2] 103/14 124/12
father [4] 88/9 92/6
95/24 142/21
father's [3] 92/9 123/13
142/5
favor [3] 184/10 184/13
184/19
FBI [2] 83/13 97/23

USA vs. RONELL BERNARD BRYANT

**F**

**Feagin [1]** 24/7
**federal [6]** 9/22 11/9
42/13 46/12 55/20
249/10
**FedEx [1]** 49/20
**feel [13]** 10/16 10/18
13/18 14/1 14/1 32/1
35/14 38/17 41/5 43/1
43/2 133/10 133/25
**feeling [1]** 127/7
**feelings [11]** 5/10 36/10
37/9 43/7 75/12 113/3
123/22 126/3 128/11
128/15 129/7
**feels [2]** 43/13 126/13
**fellow [6]** 13/20 19/2
34/10 68/8 124/10 177/4
**felon [7]** 5/11 72/18
131/17 138/24 139/5
147/5 178/9
**felony [2]** 42/12 42/15
**felt [1]** 5/3
**female [1]** 179/10
**Ferschke [3]** 98/19
163/24 169/3
**few [18]** 3/20 3/22 5/3
10/21 14/9 14/15 29/2
55/11 62/23 64/1 100/11
135/11 138/5 143/18
168/3 263/3 269/11
269/12
**fiancée [1]** 119/24
**fiddle [1]** 196/7
**field [14]** 47/15 47/23
49/13 84/19 86/20 89/3
90/22 91/3 94/18 100/18
104/1 108/20 113/25
117/4
**fields [2]** 98/24 108/11
**Fifteen [4]** 164/25 165/2
167/19 168/10
**Fifteen minutes [2]**
164/25 165/2
**fifth [2]** 158/8 160/12
**filed [3]** 14/7 29/16
79/14
**fill [1]** 263/15
**final [3]** 176/2 193/11
193/14
**Finally [2]** 176/12 270/9
**financial [1]** 54/21
**find [24]** 33/25 34/12
41/5 41/15 41/21 75/1
141/12 149/20 179/12
181/13 181/18 182/12
182/23 183/14 185/4
185/13 185/15 185/16
190/24 210/10 224/24
226/23 236/14 239/14
**findings [3]** 184/8 184/8
184/9
**fine [9]** 4/8 5/13 15/13
98/9 98/19 99/6 166/23
218/8 260/15
**fingerprint [5]** 181/9

**fingerprints [8]** 181/7
181/7 181/8 181/12
181/13 181/15 263/5
273/9
**fingers [1]** 187/17
**finish [1]** 262/13
**firearm [75]** 5/12 7/2
7/3 7/25 8/3 14/20 38/23
39/3 42/11 42/13 131/16
139/3 139/5 146/15
147/6 178/10 178/11
178/11 179/7 180/13
180/16 180/25 181/5
182/9 182/15 182/19
183/11 183/14 183/16
183/17 184/23 185/2
187/19 187/24 189/18
189/21 191/7 191/21
191/24 192/7 193/6
193/19 194/6 194/10
195/8 195/10 215/18
216/8 218/3 219/21
219/23 220/17 221/8
221/9 221/14 225/16
229/7 233/21 233/23
233/24 251/19 252/12
252/14 253/5 253/6
261/16 261/18 262/2
262/3 262/21 264/20
265/3 265/6 265/16
265/21
**firearms [13]** 3/11 7/2
8/8 15/20 146/14 183/25
184/4 187/16 188/24
191/5 193/16 262/12
271/20
**firm [1]** 106/11
**first [35]** 3/24 4/21 6/18
7/12 10/16 10/21 10/21
52/3 57/14 104/10 144/2
154/11 155/17 161/20
186/10 186/12 186/17
188/7 191/13 195/13
196/22 197/21 204/21
204/22 204/22 204/24
213/5 222/12 224/23
231/24 233/23 263/12
**follow-up [8]** 79/11
79/19 124/7 124/18
126/2 140/4 142/22
143/2
**followed [5]** 13/11
148/16 148/20 176/25
210/5
**following [10]** 17/17
38/6 40/2 74/24 136/14
142/18 177/19 201/25
245/16 256/18
**follows [1]** 168/25
**food [3]** 45/22 71/11
142/24
**forced [1]** 131/14
**forcing [1]** 136/2
**foregoing [1]** 275/2
**foreign [1]** 14/21
**forensic [2]** 181/5 182/5

**Five-SeveN [1]** 263/21
**Five-thirgy [1]** 245/20
**FL [2]** 1/21 275/8
**flashy [1]** 255/6
**flipped [2]** 40/13 40/14
**floor [1]** 212/2
**FLORIDA [24]** 1/1 1/15
1/18 10/2 14/18 15/8
15/17 60/11 82/4 86/17
87/1 87/2 87/7 88/24
89/10 96/18 109/17
121/7 139/11 147/6
169/13 198/18 208/25
249/3
**Floyd [1]** 75/5
**flsd.uscourts.gov [1]**
1/25
**flying [2]** 24/17 27/22
**FN [21]** 14/20 178/12
178/18 180/13 182/8
182/15 183/11 184/23
186/7 189/18 189/21
192/11 192/12 193/18
194/9 194/21 194/24
195/10 218/7 253/7
266/11
**FN Five [1]** 253/7
**FN Five-SeveN [10]**
178/12 178/18 180/13
182/8 184/23 189/18
189/21 192/11 192/12
195/10
**FN Five-SeveN firearm
[2]** 182/15 183/11
**FN Five-SeveN in [1]**
186/7
**FN Model Five-SeveN
[1]** 14/20
**focused [1]** 149/16
**folder [3]** 180/10 229/11
229/12
**follow [17]** 12/25 44/7
79/11 79/19 124/7
124/18 126/2 128/10
140/4 142/22 143/2
150/15 150/20 170/15
170/16 173/19 250/5
**follow-up [8]** 79/11

**forensics [1]** 184/7
**foreperson [1]** 46/9
48/13 55/23 58/24 65/25
68/3 82/23 87/18 105/9
117/20 121/21
**forget [1]** 95/20
**forgetting [1]** 68/21
**forgot [2]** 68/19 71/22
**form [4]** 108/5 187/14
187/18 270/9
**formal [1]** 25/8
**former [1]** 130/10
**forms [1]** 170/20
**formulate [1]** 150/23
**FORT [11]** 1/2 1/15
1/18 1/21 9/22 179/20
198/18 208/25 249/2
250/15 275/8
**Fort Pierce [4]** 9/22
179/20 198/18 250/15
**forth [3]** 150/16 176/24
198/10
**Forty [2]** 81/25 82/1
**Forty-eight [2]** 81/25
82/1
**found [53]** 29/24 175/22
179/7 179/10 179/11
179/17 180/7 180/8
180/9 180/10 180/11
180/12 180/16 180/19
181/10 181/11 181/14
181/20 181/22 182/17
183/10 203/17 210/4
210/15 210/16 215/14
216/21 219/6 219/22
221/9 221/21 221/23
221/25 222/2 227/20
228/8 228/12 228/23
229/6 229/7 229/14
230/2 232/15 236/17
238/1 238/4 240/25
244/3 249/24 254/22
255/10 255/12 256/20
**foundation [4]** 234/13
257/2 258/19 263/24
**foundational [2]** 256/16
256/19
**founder [1]** 121/6
**four [19]** 10/25 20/12
24/3 25/12 29/20 51/25
89/13 115/2 115/8 125/8
142/10 174/11 179/7
222/21 222/22 223/5
226/22 270/25 271/9
**four days [1]** 179/7
**four hours [1]** 142/10
**four o'clock [1]** 226/22
**four years [3]** 115/2
115/8 125/8
**Fourteen [2]** 41/19
120/25
**Fourteen years [1]**
120/25
**fourth [3]** 157/4 157/23
158/2
**foyer [1]** 138/15

**FPL [1]** 96/19
**framework [1]** 10/8
**Francisco [1]** 75/6
**Frankly [1]** 151/17
**Franz [1]** 169/1
**freelance [1]** 73/15
**Friday [3]** 23/18 24/9
24/12 24/13 24/15 24/18
26/25 28/6 28/22 141/3
149/13 151/19 164/15
**friend [36]** 46/22 48/2
50/1 52/17 55/1 55/3
55/6 57/3 59/7 61/13
63/24 66/6 68/23 69/21
74/1 77/18 80/23 83/7
85/13 89/19 93/18 95/7
97/18 99/9 102/9 104/14
104/16 107/2 109/6
110/12 112/4 118/1
120/4 122/3 123/6 183/8
**friends [11]** 71/20 83/15
83/17 88/7 92/5 97/25
98/1 104/17 118/3
130/14 141/7
**friendship [1]** 55/12
**friendships [1]** 118/6
**front [14]** 4/4 8/17 11/21
143/6 179/25 191/23
199/2 203/21 204/1
206/3 212/7 257/23
260/14 264/21
**fuel [1]** 101/22
**fulfilling [1]** 43/6
**full [7]** 26/2 71/3 80/11
84/17 149/15 190/14
274/15
**full-time [4]** 26/2 71/3
80/11 84/17
**Fuller [3]** 109/15 163/25
169/3
**fully [3]** 126/23 251/17
251/18
**FUNK [68]** 1/13 2/14
2/17 2/20 3/8 6/1 6/9
7/13 15/6 15/10 15/15
182/25 186/17 189/4
192/16 196/14 196/22
197/16 200/21 201/4
203/15 206/23 207/18
208/5 209/13 210/22
211/24 212/24 214/3
214/15 214/17 219/19
220/12 221/5 222/11
223/8 226/13 226/21
227/2 227/10 227/19
229/22 231/6 245/25
245/13 245/25 246/20
248/20 256/1 257/7
257/11 258/12 259/1
260/8 260/17 261/7
264/6 264/23 265/11
266/4 266/24 267/6
267/11 267/16 267/19
268/9 270/20 272/13
**further [22]** 8/25 10/19
74/19 96/3 115/5 128/18

**F**

further... **[16]** 147/15
164/17 166/25 168/22
170/6 172/24 173/16
204/13 206/21 206/23
231/1 231/7 245/4 245/6
245/7 273/5
fuzzy **[1]** 240/7

**G**

gallery **[1]** 18/15
gang **[1]** 6/18
gangs **[1]** 128/8
gardening **[1]** 125/12
gas **[1]** 101/23
gassed **[1]** 75/7
gather **[1]** 133/24
general **[10]** 2/5 5/8 7/24
23/25 25/19 149/18
166/15 208/13 248/21
272/5
generally **[7]** 5/13 12/24
23/19 198/3 198/6
248/21 255/2
generic **[1]** 263/9
generically **[3]** 198/22
209/21 215/22
geneticist **[1]** 29/2
gentleman **[5]** 18/19
150/6 199/22 200/9
200/13
gentlemen **[13]** 9/21
20/3 124/15 127/21
127/22 128/25 170/5
178/2 186/10 230/8
246/4 269/3 269/14
geometric **[2]** 187/14
187/18
George **[1]** 75/5
get **[33]** 3/21 3/22 25/10
26/22 32/23 40/12 52/15
61/3 79/17 86/22 125/23
141/11 144/1 161/6
178/12 178/22 181/23
187/19 188/8 192/18
193/20 195/15 196/13
199/5 203/1 214/12
227/16 263/8 270/15
271/3 272/12 273/2
274/8
gets **[2]** 262/8 262/8
getting **[3]** 15/10 151/18
249/8
girlfriend **[1]** 75/6
girlfriend's **[1]** 40/10
Girls **[5]** 70/24 71/1 71/6
71/10 124/25
give **[20]** 4/11 14/16
16/20 31/5 34/6 44/5
44/11 44/16 124/19
149/14 165/14 170/11
171/4 172/24 173/16
173/21 174/1 186/23
194/22 272/3
given **[5]** 24/1 147/20
152/4 152/4 162/16

giving **[2]** 14/3 142/18
Glass **[12]** 3/19 11/19
95/21 165/14 167/12
168/5 169/5 169/19
169/25 186/12 195/19
246/9
gloved **[1]** 235/15
gloves **[4]** 263/2 263/8
263/10 263/17
go **[53]** 10/18 10/21
14/15 16/7 24/8 24/9
24/14 24/23 27/9 27/10
34/7 37/20 40/14 44/22
44/23 78/14 85/20 128/7
132/20 163/18 166/24
176/7 177/4 177/24
179/23 179/24 181/17
181/19 186/17 192/15
193/3 196/13 198/17
208/8 208/25 210/12
211/25 212/4 213/5
213/5 219/11 219/12
219/18 238/3 238/16
250/25 256/2 259/2
265/20 266/5 266/25
267/7 273/3
goal **[2]** 13/3 44/24
God's **[1]** 31/23
goes **[3]** 49/21 180/12
270/25
going **[147]** 4/3 5/2 5/18
8/10 8/11 8/11 8/19 8/22
12/17 14/15 15/4 17/13
19/21 25/17 27/11 28/1
31/4 33/6 34/12 34/24
35/1 35/21 36/5 36/25
37/25 38/3 39/22 42/24
44/22 44/23 49/10 51/3
84/2 84/12 86/22 116/1
119/6 122/14 124/6
133/2 133/19 134/25
136/11 137/11 137/11
137/25 138/1 143/13
145/22 147/23 150/2
150/24 152/5 152/25
153/17 153/20 153/24
154/1 161/6 161/20
162/18 163/18 164/17
165/5 165/15 165/16
168/17 168/18 169/24
169/25 170/5 178/12
180/2 181/4 181/18
182/5 182/7 182/9 184/5
185/9 185/24 186/10
186/19 190/3 190/5
195/17 195/19 200/25
202/1 202/3 202/21
206/8 210/3 210/6
210/17 212/3 212/18
212/19 215/3 217/18
217/22 217/25 218/13
218/18 218/21 221/22
222/7 223/10 223/11
223/20 223/21 224/3
224/15 225/9 225/22
226/14 230/8 232/9

232/7 237/13 239/24
240/6 240/22 242/1
243/19 246/5 248/21
250/9 251/22 252/16
252/23 253/15 254/6
254/17 254/20 255/18
258/10 260/24 261/17
267/12 268/12 269/4
273/1 273/2 273/20
274/2 274/8
gold **[2]** 234/7 248/16
gone **[1]** 136/17
good **[109]** 3/2 3/8 3/12
3/13 3/15 3/17 9/21 15/6
15/15 15/23 15/25 16/6
16/8 16/9 16/25 17/4
17/18 20/14 21/8 22/9
22/17 24/4 24/6 25/3
25/4 26/13 26/14 26/17
27/3 27/16 27/17 27/20
27/21 28/19 31/19 31/20
36/10 36/16 36/17 37/13
38/7 45/5 45/6 47/6 49/2
49/4 50/15 50/16 53/12
53/13 53/17 56/11 57/16
57/25 59/16 59/22 62/8
64/19 66/19 69/2 70/15
70/19 70/20 73/10 74/21
75/7 76/12 78/9 78/11
80/8 81/19 84/2 84/13
84/14 86/6 88/22 90/12
94/9 98/16 98/17 100/2
101/19 105/22 107/23
109/15 113/21 119/10
124/15 124/16 126/23
127/24 127/25 129/3
178/4 183/3 196/16
197/3 204/19 204/20
207/8 207/19 207/20
230/4 231/13 231/14
245/23 246/8 246/21
246/22
goods **[1]** 119/20
Google **[2]** 174/14
175/13
got **[32]** 19/7 25/13
36/24 37/21 38/11 38/12
38/15 38/16 39/2 39/16
50/6 52/2 52/14 54/16
75/6 91/6 106/19 114/22
115/12 116/5 117/3
119/21 128/6 138/18
139/19 179/3 218/25
234/7 234/7 237/8
247/13 268/14
Gov **[1]** 158/5
government **[114]** 1/13
2/9 3/7 3/24 5/21 6/20
6/24 15/5 20/3 29/22
30/2 31/2 32/10 32/19
33/24 34/8 34/11 35/21
39/6 42/10 42/21 124/13
128/21 128/24 131/14
131/18 132/12 133/4
133/7 133/21 133/24
134/7 135/2 136/3

137/16 140/5 140/6
144/5 150/4 150/8 151/2
153/3 153/21 154/5
155/13 155/14 155/16
156/12 156/16 156/21
156/23 157/2 157/4
157/6 157/15 157/19
158/10 158/19 159/1
159/23 159/24 160/9
160/11 160/14 161/10
162/10 162/23 163/1
164/22 166/11 173/6
173/9 173/15 177/12
177/17 177/20 178/3
178/7 183/12 186/5
201/10 203/9 203/12
207/4 207/6 207/12
210/19 211/20 212/19
214/2 214/11 214/18
219/14 220/11 221/4
222/9 223/7 225/24
226/9 226/11 227/3
253/8 255/15 255/20
258/22 259/16 260/3
264/2 266/3 266/21
267/15 268/8 268/23
271/17
government's **[124]** 5/16
6/6 14/12 30/7 31/6 31/8
32/8 149/22 177/19
187/7 189/4 190/4 190/6
190/15 191/11 197/5
200/25 201/17 201/18
203/8 210/17 210/23
211/15 211/16 211/18
214/7 214/9 215/3 215/7
215/16 217/7 217/9
217/18 217/22 217/25
218/13 218/18 218/21
220/5 220/9 220/13
220/23 221/2 221/7
221/12 221/22 222/12
222/19 223/2 223/9
224/3 224/15 224/18
225/9 225/12 225/23
226/6 226/14 227/15
227/23 228/5 228/6
228/7 228/20 229/9
229/17 232/4 232/9
232/17 233/18 235/13
236/3 236/9 236/13
237/2 239/1 239/11
239/24 240/16 240/22
241/17 242/1 243/19
244/2 244/7 246/12
250/9 250/20 251/22
252/16 252/23 253/3
253/16 253/24 254/6
254/17 254/20 255/18
255/23 256/11 257/13
258/11 258/12 258/17
258/20 259/18 260/1
260/25 261/12 261/17
261/18 261/24 262/20
263/20 263/25 266/2
266/15 266/19 267/12

268/3 268/6 271/15
273/15 273/16
**Government's 13 [2]**
258/17 258/20
**Government's 16 [1]**
221/2
**Government's 17 [1]**
263/25
**Government's 2 [1]**
203/8
**Government's 20 [1]**
211/16
**Government's 21 [1]**
223/2
**Government's 3 [2]**
214/7 214/9
**Government's 39 [1]**
273/15
**Government's 40 [1]**
273/16
**Government's 41 [3]**
189/4 190/15 191/11
grade **[1]** 11/2 108/21
graduate **[2]** 63/13
84/17
graduation **[1]** 47/13
grand **[2]** 77/23 78/11
grandfather **[4]** 57/5
74/3 128/1 128/3
grandfather's **[2]** 57/8
74/6
grandmother **[3]** 26/3
26/10 40/4
granted **[1]** 6/7
graphic **[1]** 73/15
grass **[1]** 170/23
gratitude **[1]** 10/1
169/12
gray **[6]** 218/20 235/2
240/11 253/25 254/2
254/7
great **[6]** 29/21 78/17
121/2 121/3 129/15
231/2
greater **[1]** 177/10
green **[2]** 130/24 232/5
grounds **[1]** 151/25
group **[3]** 60/12 212/18
222/7
Grumman **[2]** 67/13
67/13
guarantee **[5]** 139/20
140/1 140/10 140/15
176/23
guaranteed **[1]** 30/18
Guard **[5]** 73/24 102/16
102/19 102/23 102/24
guess **[11]** 60/18 86/20
122/17 132/5 132/13
132/14 138/25 139/25
140/14 140/15 172/12
guidelines **[4]** 34/19
34/24 35/23 172/24
guilt **[6]** 30/25 31/8
31/10 33/24 173/7
173/16

Page 289

USA vs. RONELL BERNARD BRYANT
Case 2:21-cr-14042-AMC   Document 174   Entered on FLSD Docket 07/24/2022   Page 289 of 310

**G**

**guilty [16]** 14/11 14/13
29/20 29/23 29/24 30/16
30/21 34/1 34/12 42/16
133/6 170/13 170/13
173/5 182/23 186/8
**gun [33]** 178/25 179/18
180/18 180/20 181/16
182/1 187/14 187/22
189/23 189/24 192/1
194/16 194/17 194/24
194/25 195/3 195/4
217/20 218/2 222/3
224/19 228/18 229/15
230/2 236/15 242/5
261/21 262/1 262/14
262/23 262/25 264/18
265/1
**guns [1]** 139/1
**gut [1]** 188/19
**guy [1]** 21/5
**guys [1]** 39/21
**Gym [1]** 215/23

**H**

**habit [1]** 79/17
**had [79]** 4/1 14/22 17/17
17/22 25/8 28/6 36/22
38/6 40/2 40/12 42/12
42/14 62/23 63/25 74/13
74/24 79/2 94/15 95/20
112/7 113/9 124/23
124/25 125/17 125/18
125/23 126/3 126/24
127/17 128/1 128/2
128/10 129/18 129/19
131/10 136/14 138/21
141/10 143/17 143/22
146/20 149/4 151/9
151/10 151/17 151/21
153/24 155/12 164/9
165/8 165/12 165/23
178/14 181/8 182/4
183/16 187/16 188/17
191/2 195/24 197/22
201/25 202/16 208/14
222/24 226/2 230/17
231/16 231/20 234/23
242/5 244/24 245/16
255/21 256/18 262/23
270/23 271/17 272/11
**hair [1]** 200/7
**Haiti [1]** 38/16
**half [2]** 53/20 197/25
**hall [2]** 179/24 274/7
**hand [29]** 12/14 32/17
35/16 170/2 179/23
189/25 192/1 192/11
192/12 193/6 193/6
196/8 197/4 207/11
212/15 215/25 216/12
223/13 223/21 224/10
234/6 235/15 235/18
235/19 238/21 240/1
241/9 246/11 251/13
**handed [1]** 213/6

**handgun [1]** 178/18
**handle [3]** 3/22 195/12
274/13
**handler [1]** 247/23
**hands [36]** 6/19 15/3
19/15 19/20 23/8 23/14
29/6 29/6 29/10 29/14
30/9 30/11 30/24 32/15
33/15 33/17 33/19 34/3
34/16 35/20 38/2 42/9
42/23 43/11 43/15 43/21
44/9 44/21 127/15
127/19 127/23 129/12
131/19 131/20 131/24
192/20
**hangs [1]** 4/8
**happen [9]** 34/6 115/3
124/11 125/21 125/23
132/18 142/23 244/5
262/18
**happened [8]** 30/1 38/17
38/20 132/5 139/7 166/5
180/25 206/9
**happens [1]** 170/12
**hard [5]** 60/7 79/15
133/8 133/10 200/7
**hardly [1]** 25/6
**hardships [1]** 137/18
**harsh [1]** 139/19
**has [87]** 5/9 6/20 8/6
14/1 14/7 14/10 23/21
26/4 26/24 28/22 30/15
31/9 32/10 32/19 33/24
34/8 34/11 35/9 40/5
40/6 42/15 43/24 54/12
60/22 63/10 82/9 92/1
93/13 97/5 108/19
111/18 113/9 114/9
117/4 123/19 125/22
127/16 129/20 131/17
131/18 133/4 134/16
139/10 142/22 144/3
144/23 154/11 154/14
155/16 155/23 156/12
156/23 157/4 158/2
158/8 160/21 161/8
161/9 164/13 164/16
172/9 173/10 173/12
178/18 178/19 178/20
178/21 179/14 179/14
179/15 179/21 180/5
180/18 189/22 190/7
191/25 192/1 192/6
192/10 193/14 203/12
248/15 248/18 264/11
270/10 271/1 273/9
**hash [1]** 223/22
**hasn't [4]** 14/2 79/22
79/22 149/20
**have [480]**
**haven't [9]** 27/23 55/11
64/12 92/17 141/8 142/6
142/12 143/17 175/7
**having [16]** 14/25 20/10
25/11 42/18 79/20 95/23
95/25 113/6 133/22

133/23 143/5 149/7
149/14 151/7 187/18
260/4
**HDMI [1]** 188/9
**he [132]** 14/7 14/11
14/22 15/19 20/25 22/4
22/5 22/24 27/23 28/11
29/16 29/17 29/23 30/16
34/13 34/23 37/20 37/21
38/11 38/12 38/12 38/15
38/15 38/16 39/2 39/15
42/12 42/14 51/20 52/22
52/22 52/24 54/7 54/12
55/7 55/8 60/18 60/22
61/5 61/17 63/10 67/20
71/25 85/4 85/5 91/11
91/11 91/18 91/19 92/7
93/13 93/15 106/7
111/16 111/18 117/4
123/10 123/16 128/2
128/5 128/6 128/8
128/10 129/6 129/19
129/23 129/23 129/24
129/24 133/6 136/24
138/24 138/25 139/4
139/10 139/19 139/20
146/11 146/12 146/13
146/15 146/16 146/16
146/22 146/22 146/23
146/24 147/2 147/7
147/18 147/22 150/7
150/10 150/10 150/11
150/12 150/19 150/20
152/11 152/12 152/13
152/13 152/17 152/18
154/2 154/3 177/20
178/10 178/10 178/16
178/17 180/3 182/19
183/16 183/22 183/22
185/12 187/16 200/24
204/9 204/9 204/10
204/10 205/11 205/13
209/18 220/2 232/7
243/10 243/11 244/11
243/15
**he'd [2]** 128/6 128/7
**he'll [2]** 28/13 150/20
**he's [35]** 3/10 9/4 9/5
15/18 27/22 28/6 51/18
52/24 60/20 60/22 61/16
61/20 64/2 64/4 84/25
85/21 85/22 88/10 89/9
92/6 93/11 104/11
106/23 107/14 111/17
116/23 147/8 148/6
150/9 187/10 200/8
200/19 248/13 256/20
256/24
**head [1]** 189/13
**heal [1]** 121/6
**health [5]** 49/6 59/25
60/3 100/20 111/13
**healthcare [1]** 91/2
**Healthy [1]** 76/20
**hear [43]** 11/4 11/5
11/25 15/11 24/11 25/6

32/24 32/25 35/7 39/9
41/17 43/13 70/14 76/1
81/1 91/13 94/23 126/16
129/5 129/14 129/22
132/21 140/12 146/18
172/18 176/18 178/3
178/4 182/5 183/20
183/21 184/2 184/5
184/6 184/8 184/11
184/14 184/17 188/12
202/6 208/3 227/6 270/1
**heard [15]** 15/1 19/7
20/10 27/12 30/9 33/17
42/10 42/16 127/20
127/22 131/12 142/6
142/12 170/21 245/18
**hearing [10]** 29/12
35/15 35/21 60/8 79/16
90/25 132/15 139/22
191/11 274/1
**hearsay [2]** 132/13
205/15
**heart [2]** 30/6 129/24
**heavy [1]** 31/7
**held [28]** 47/14 47/22
54/12 60/20 67/5 73/13
80/12 82/9 84/18 86/15
93/13 94/17 97/5 101/24
104/1 106/14 106/23
108/8 108/19 111/18
114/9 117/4 123/23
195/5 247/21 248/24
259/7 260/13
**hello [4]** 100/1 120/20
120/21 122/10
**help [10]** 4/14 141/16
142/24 149/18 176/23
177/2 177/13 185/24
186/1 227/17
**helped [1]** 251/10
**helpful [1]** 272/13
**helping [1]** 143/8
**helps [1]** 121/6
**hematology [1]** 103/23
**her [42]** 24/9 24/9 24/15
24/15 24/21 24/23 26/3
26/3 26/6 26/8 26/11
26/22 26/23 26/25 112/7
125/23 137/6 142/3
142/20 142/22 144/12
144/23 145/10 148/5
148/8 148/9 148/11
149/7 149/9 149/10
149/12 149/15 149/24
151/5 151/11 151/19
151/20 152/3 152/4
164/12 187/12 222/21
**here [78]** 3/9 10/1
10/14 11/9 11/19 12/4
14/6 14/6 14/13 15/7
15/16 16/3 16/7 17/15
19/16 19/18 22/1 23/21
27/8 28/13 29/8 29/15
30/2 31/16 32/16 36/9
36/25 43/6 43/13 43/19
44/7 44/10 44/16 44/24

60/11 61/6 61/15 61/18
103/14 125/18 131/22
138/17 141/6 167/8
167/17 167/20 169/12
170/19 175/7 178/9
183/19 184/25 185/3
185/8 185/11 185/12
186/13 189/17 196/17
207/9 211/25 212/11
212/14 217/19 223/11
224/8 229/1 232/20
234/16 241/20 246/8
252/7 252/9 252/11
253/23 262/8 274/8
**hereby [1]** 275/2
**hesitation [18]** 16/20
18/11 31/14 32/14 32/22
33/1 73/4 75/17 112/25
124/1 126/24 131/4
131/5 137/9 139/23
139/25 140/11 152/19
**Hess [3]** 25/4 25/7 69/2
**Hi [1]** 69/3
**high [5]** 63/10 63/12
104/2 173/18 194/12
**higher [1]** 55/9
**highest [1]** 248/2
**Highlands [2]** 88/10
104/18
**highlight [1]** 199/1
**highly [1]** 194/5
**highway [5]** 1/14 86/23
87/1 87/7 275/7
**him [29]** 15/19 19/18
22/4 27/23 27/25 28/9
34/5 34/14 38/20 39/14
60/19 139/3 143/17
147/6 148/5 152/20
182/4 182/23 192/1
194/24 200/4 200/6
200/23 206/17 209/5
209/6 248/9 248/11
248/13
**himself [1]** 193/5
**his [54]** 12/5 31/1 38/11
39/13 39/14 51/21 60/22
73/1 88/12 89/23 91/20
92/2 106/6 113/5 128/3
128/10 129/22 130/1
130/1 136/20 136/24
145/23 146/12 147/2
147/5 147/21 150/7
150/25 151/1 152/14
152/17 152/19 171/16
173/11 180/8 180/9
180/9 181/8 183/7 183/8
183/17 187/8 187/22
189/25 191/23 192/1
193/6 200/7 200/11
205/13 245/17 248/15
256/21 256/21
**history [1]** 41/22
**hit [3]** 171/15 180/10
229/13
**Hobe [1]** 81/21

Page 290

USA vs. RONELL BERNARD BRYANT
Case 2:21-cr-14041-AMC Document 174 Entered on FLSD Docket 07/24/2022 Page 290 of 310

**H**

**hold [16]** 8/21 13/5 34/5
34/14 45/18 51/20 56/16
58/9 88/3 111/10 134/2
134/7 247/3 260/5 260/9
268/16
**holding [14]** 7/1 8/5
187/17 192/1 194/24
235/15 235/20 236/4
236/9 252/17 253/25
259/12 259/14 261/21
**holidays [1]** 58/12
**home [10]** 40/11 40/14
59/25 60/3 76/22 95/24
100/24 111/12 121/2
183/7
**homemaker [1]** 84/21
**homes [2]** 58/18 60/12
**honest [1]** 190/11
**honesty [1]** 14/1
**Honor [137]** 3/8 3/13
4/6 4/9 4/23 4/24 6/2
6/10 6/16 20/2 20/25
21/19 22/25 23/3 31/19
31/22 32/4 32/16 76/7
79/8 83/20 124/14
128/20 128/24 129/10
131/9 136/19 138/16
140/7 142/16 144/6
144/14 144/16 145/1
145/12 145/18 145/25
146/5 146/10 147/16
147/21 148/15 149/23
150/5 151/3 152/10
152/24 153/13 153/15
153/23 153/24 154/7
155/15 155/19 156/11
157/3 157/8 157/25
158/18 158/20 159/8
159/25 160/23 161/17
161/21 162/4 162/9
163/14 164/4 166/3
166/10 166/18 167/1
167/19 168/10 168/12
188/10 188/14 188/21
191/1 193/4 196/23
201/2 201/16 203/1
204/11 204/13 206/19
206/24 207/6 210/20
211/14 211/17 211/21
212/21 214/8 219/16
220/4 220/8 220/22
220/25 222/18 222/25
223/3 225/22 226/3
226/8 229/20 231/7
234/12 245/2 245/4
245/7 246/1 255/22
256/10 258/23 259/17
260/4 261/5 263/19
264/20 264/25 266/14
266/22 267/4 267/9
268/2 268/25 271/2
271/6 272/1 273/6
273/12 274/4 274/6
274/20
**Honor's [2]** 146/12

149/25
**HONORABLE [1]** 1/10
**hood [1]** 203/21
**hopefully [3]** 11/7
136/12 167/12
**hoping [2]** 141/12 187/1
**Horton [2]** 62/9 129/16
**hospital [6]** 27/7 49/7
90/24 103/24 113/24
114/8
**hospitals [2]** 90/20
263/10
**hour [3]** 4/11 4/11 138/1
**hours [1]** 142/10
**house [26]** 27/9 40/10
40/13 142/25 143/8
149/19 179/19 179/25
180/23 183/17 198/22
198/25 199/2 199/3
199/4 199/5 205/8 206/3
211/9 211/12 212/3
221/17 221/19 244/21
244/21 244/24
**Housekeeping [1]** 82/11
**housewife [1]** 65/7
**how [89]** 7/6 7/7 8/16
10/12 17/18 20/18 28/11
30/9 33/17 34/6 41/8
45/9 45/15 47/11 49/8
50/20 61/3 62/16 64/24
66/23 70/25 73/13 76/25
81/23 86/12 87/3 93/3
98/21 100/14 102/19
106/4 109/19 111/7
113/25 114/19 114/21
115/13 116/14 118/22
119/15 120/23 124/25
125/6 126/12 131/13
133/10 137/5 142/21
142/23 145/6 152/19
164/24 184/2 184/17
185/22 189/1 193/17
195/4 197/19 197/24
202/22 207/23 209/21
211/3 212/2 218/24
231/14 231/25 232/1
232/11 232/25 233/13
237/7 240/11 241/2
241/9 242/10 242/12
246/25 247/5 247/7
251/24 262/5 262/16
262/17 266/10 267/25
268/10 270/25
**however [7]** 11/3 29/18
36/9 44/3 149/24 153/23
265/22
**HR [1]** 59/24
**HUDOCK [35]** 1/13
3/10 6/1 6/9 15/18 20/1
20/23 21/16 22/22 23/7
75/23 129/1 141/23
144/13 144/25 145/11
146/9 147/1 147/15
148/14 152/7 153/12
154/15 154/23 155/3
155/18 156/2 156/7

159/7 160/24 161/22
164/5 181/18 187/8
271/1
**Huh [1]** 124/20
**humming [1]** 11/2
**husband [10]** 27/22 28/3
92/1 94/15 94/21 104/8
111/15 112/7 121/11
151/19
**husband's [1]** 105/25
**hypothetically [1]** 194/8

**I**

**I'd [5]** 11/16 212/25
226/21 251/6 264/25
**I'll [43]** 7/11 8/21 9/15
15/13 17/16 32/18 95/25
113/14 140/4 182/21
185/20 187/10 194/22
201/16 203/1 206/14
210/8 211/14 213/1
213/2 217/7 220/4
220/22 222/18 224/15
226/3 227/1 230/5
230/16 230/25 233/25
245/22 250/9 256/10
257/12 258/15 259/17
263/19 266/14 268/2
268/16 272/14 274/16
**I'm [239]** 3/9 5/2 5/18
8/17 9/23 11/5 11/24
12/17 14/15 15/4 15/7
15/10 15/15 15/25 16/14
19/21 22/3 23/24 24/6
24/11 24/11 24/22 25/6
25/10 25/10 25/12 26/2
26/8 27/5 31/4 31/21
31/22 34/12 36/5 37/15
37/25 38/3 39/17 39/17
42/24 44/22 46/23 47/10
49/6 53/19 54/11 56/14
58/1 58/3 58/14 61/6
63/5 63/6 63/22 64/22
66/20 67/3 68/21 69/5
70/14 70/15 73/11 79/15
80/10 81/21 84/2 84/9
85/20 87/2 93/2 94/23
98/19 98/19 100/6
100/13 103/17 108/2
111/1 112/20 115/20
116/1 118/21 119/6
119/13 120/22 122/12
122/14 122/17 122/19
124/6 124/21 126/12
129/22 132/9 133/2
133/9 133/19 134/5
134/25 136/11 137/11
137/12 137/20 138/1
139/18 140/14 141/5
141/6 141/8 142/21
142/22 147/23 148/18
150/2 150/24 152/5
152/25 154/1 155/12
156/10 157/8 158/5
159/23 161/18 162/14
163/18 165/5 165/15

166/16 167/5 168/11
168/18 169/24 170/5
178/22 183/3 187/17
187/20 188/1 190/2
190/9 191/11 191/20
192/3 192/4 192/4
192/15 192/18 192/21
192/22 193/12 193/12
194/19 195/6 198/13
200/25 202/1 208/1
210/17 210/23 212/14
212/18 214/18 215/3
215/7 215/16 215/21
217/18 217/22 217/25
218/7 218/13 218/18
218/21 219/20 220/13
221/6 221/12 221/22
222/7 223/11 223/20
223/20 224/3 224/15
225/9 225/12 225/22
226/14 227/3 227/6
227/23 228/11 229/1
231/15 232/8 232/9
232/17 233/18 235/12
237/7 237/12 237/13
239/24 240/6 240/22
242/1 242/11 243/19
244/20 247/3 247/24
250/9 251/22 252/9
252/16 252/23 253/3
253/8 253/15 253/24
254/6 254/17 254/20
255/18 258/10 260/24
261/17 262/2 262/2
267/12 268/12 270/20
271/4 272/3 273/1
273/23 274/1 274/13
**I've [28]** 9/5 33/1 33/11
35/17 36/22 51/8 51/8
52/2 53/23 57/14 61/10
67/12 67/13 88/24
100/16 105/4 106/6
110/1 110/2 136/17
166/3 187/7 191/10
208/21 243/3 247/21
255/22 268/14
**ICU [1]** 117/9
**ID [1]** 256/22
**idea [4]** 8/15 232/1
235/6 243/16
**identification [1]** 248/19
**identified [15]** 200/19
201/10 210/19 219/14
222/9 225/24 233/20
234/23 235/1 239/16
248/18 255/20 259/16
266/3 267/15
**identify [4]** 189/19
200/4 209/5 248/9
**ignore [2]** 172/2 172/5
**III [2]** 1/7 14/19
**illness [1]** 26/20
**image [31]** 7/14 165/9
165/16 187/20 188/22
189/10 189/17 189/22
189/23 191/5 192/13

193/11 193/14 194/6
195/3 201/5 202/4 203/4
203/16 211/25 213/3
216/7 216/16 216/25
217/10 228/12 228/23
251/12 253/20 254/7
254/21
**images [30]** 7/8 7/20
7/25 8/8 179/16 182/8
182/9 182/12 182/14
187/9 187/16 188/2
188/6 188/24 190/7
190/8 190/15 190/18
191/2 191/7 193/17
194/8 194/20 194/23
195/14 195/16 222/22
263/2 272/19 272/21
**imitation [1]** 183/25
**immediately [1]** 208/11
**impair [2]** 89/24 104/21
**impairments [1]** 29/12
**Impala [2]** 199/18 200/1
**impartial [59]** 12/25
13/17 16/21 18/9 22/9
37/3 38/21 39/1 39/19
42/21 44/12 44/17 44/24
48/8 48/23 51/13 52/7
53/5 53/9 55/14 56/5
57/9 61/23 64/7 72/5
72/18 73/2 74/7 78/5
81/11 83/19 86/1 87/8
88/13 89/25 92/11 98/6
102/25 104/22 107/17
112/12 113/13 114/25
115/16 118/7 122/7
123/15 123/17 124/2
126/5 130/2 134/21
139/19 139/24 140/10
140/13 145/10 146/25
147/18
**impartially [2]** 31/12
127/8
**implicit [1]** 140/2
**importance [1]** 187/5
**important [11]** 4/4 10/7
10/13 11/3 13/7 31/15
175/17 175/18 176/18
182/20 184/2
**imposition [1]** 43/18
**impossible [1]** 18/8
**impression [1]** 177/11
**imprisoned [1]** 72/19
**imprisonment [1]** 14/23
**improper [1]** 257/2
**improperly [1]** 174/10
**improve [1]** 11/1
**improving [1]** 11/7
**inability [1]** 184/9
**inadequate [1]** 10/18
**incapable [1]** 29/13
**incarcerated [1]** 139/8
**incarceration [1]** 73/1
**inch [1]** 253/18
**incident [1]** 174/9
**inclined [3]** 126/25
127/1 127/2

**I**

included [1] 8/1
includes [1] 175/9
including [6] 11/23 35/6
 175/3 175/11 175/15
 247/6
inconvenience [1] 23/25
inconvenient [1] 28/8
incorrectly [1] 71/21
incredibly [1] 189/1
independent [1] 113/3
INDEX [2] 2/1 2/11
Indian [2] 21/20 48/4
indicate [5] 150/11
 202/19 216/7 223/19
 260/21
indicated [10] 36/2
 124/23 125/17 129/19
 134/20 146/12 146/15
 151/6 153/24 212/9
indicates [2] 223/15
 223/24
indicating [2] 112/25
 262/22
indication [2] 147/21
 202/24
indictment [13] 14/7
 14/9 14/11 14/17 29/16
 29/17 29/18 29/20 29/25
 30/12 170/14 173/5
 183/19
indirect [2] 170/25
 171/3
indirectly [1] 170/23
indispensable [1] 10/10
individual [15] 2/6
 21/17 21/19 21/21
 190/12 190/13 190/13
 209/14 215/13 217/13
 232/5 237/23 237/25
 240/18 241/23
individuals [8] 16/3 17/5
 98/5 104/21 140/13
 168/18 210/7 249/24
individuals' [1] 112/10
industry [9] 54/15 67/14
 91/20 93/16 101/22
 101/25 102/7 116/19
 184/2
influence [2] 129/8
 174/10
influenced [2] 13/2 13/4
information [9] 12/6
 133/24 174/1 174/7
 175/8 175/10 175/14
 176/21 185/19
informing [2] 14/7
 29/16
initial [1] 188/19
initialed [1] 256/25
initially [2] 249/8
 265/22
initials [2] 256/21
 256/22
injury [1] 106/12
innocence [5] 30/7 30/10

33/21 131/13 173/11
innocent [4] 30/16 30/18
 148/5 173/4
inquire [2] 5/11 115/5
ins [2] 113/9 151/11
inside [18] 179/21
 215/15 215/18 221/17
 221/19 224/5 236/14
 240/24 241/19 242/23
 249/19 251/19 251/24
 253/13 259/3 259/6
 265/24 267/13
inspecting [1] 264/18
Instagram [1] 175/5
installation [3] 101/23
 102/1 119/13
instance [1] 166/22
instances [1] 250/8
instant [1] 174/24
instead [2] 187/18
 187/23
instruct [24] 10/20 32/2
 42/1 44/4 44/13 44/18
 57/21 68/14 70/12 72/16
 83/24 85/19 88/18 90/8
 92/21 94/4 95/18 99/21
 105/17 110/18 118/12
 120/15 172/9 177/23
instructed [2] 43/16
 127/7
instruction [2] 31/4
 126/16
instructions [20] 47/2
 50/12 56/7 74/16 101/15
 103/5 107/19 112/17
 150/21 164/22 168/23
 170/6 170/7 170/10
 170/11 173/17 173/20
 173/22 178/1 185/24
instructor [1] 62/11
insurance [4] 47/24
 54/15 54/15 100/20
insure [3] 7/15 44/24
 186/11
integrity [1] 14/1
intended [4] 13/15 13/16
 184/3 196/7
intending [1] 195/13
interacted [1] 135/11
interactions [3] 41/23
 128/3 138/21
interest [3] 35/9 172/20
 249/12
interior [2] 210/7
 255/13
International [1] 93/7
internet [7] 9/6 9/10
 174/14 174/18 174/22
 175/3 175/11
interpret [1] 177/23
interpreted [1] 181/13
interstate [1] 14/21
interviews [3] 205/6
 205/7 239/6
introduce [4] 11/16 15/5
 79/21 193/17

introduced [4] 16/4 17/6
 189/7 270/1
investigates [1] 247/20
investigation [6] 181/4
 182/2 183/9 205/20
 248/4 269/24
investigations [9] 198/7
 198/8 198/9 198/11
 198/11 208/19 247/20
 248/3 249/1
investigator [1] 236/1
investor [1] 65/16
invoke [1] 166/1
invoked [1] 166/7
involve [2] 25/18 91/21
involved [6] 63/22
 174/13 175/15 198/14
 208/22 248/4
involving [1] 174/9
Iowa [1] 74/4
is [590]
Isabella [3] 80/10
 163/22 169/2
Island [3] 24/10 24/16
 24/17
issue [22] 6/15 7/2 8/13
 40/4 73/24 148/9 149/19
 174/20 176/14 183/11
 183/18 184/2 184/4
 184/25 186/24 188/15
 188/21 189/10 190/5
 190/19 272/17 273/3
issued [1] 210/8
issues [6] 13/1 25/9
 25/11 144/11 149/17
 193/23
it [407]
it's [96] 9/7 11/3 11/24
 21/19 26/7 27/9 29/2
 30/14 38/18 39/20 39/21
 40/6 57/13 57/16 59/21
 60/5 61/17 68/9 78/18
 91/23 107/18 112/24
 125/22 129/4 143/19
 146/19 148/19 150/15
 158/25 161/21 164/15
 171/22 178/19 178/25
 179/14 179/20 179/23
 179/24 182/11 182/19
 184/25 185/5 189/5
 189/6 189/9 190/3
 190/11 190/14 192/6
 192/19 193/24 194/3
 194/4 194/5 195/5
 195/19 196/7 198/25
 200/7 203/3 211/2
 212/15 212/18 216/24
 218/25 224/22 225/1
 228/3 229/17 234/7
 234/7 234/7 235/19
 237/7 237/8 237/14
 239/22 240/4 240/9
 242/3 252/1 255/6
 261/16 262/1 264/25
 265/8 265/16 265/18
 266/9 266/11 266/11

267/1 267/23 268/1
 269/3 272/10
item [22] 172/9 210/12
 232/20 232/25 233/3
 233/6 234/6 234/8 235/6
 237/3 237/5 237/7 238/4
 239/25 240/2 240/7
 240/11 240/14 240/17
 249/12 249/20 249/25
items [24] 3/22 206/5
 206/8 221/23 221/25
 231/24 232/1 232/7
 234/2 235/20 235/23
 239/12 240/20 241/19
 241/20 241/24 249/13
 250/17 252/13 253/12
 254/24 255/3 256/21
 257/14
its [22] 34/8 34/11
 123/19 123/20 154/11
 154/14 155/16 155/23
 156/12 156/23 157/4
 157/23 158/2 158/8
 158/16 160/12 177/17
 186/5 188/16 189/3
 273/16 273/16

**J**

J-A-D-I-N [1] 197/9
Jacksonville [1] 121/7
JADEN [1] 2/13
Jadin [8] 20/6 186/20
 196/24 197/1 197/5
 197/8 201/5 203/16
JADIN-GOVERNMEN
T'S [1] 197/5
jail [9] 16/18 17/20
 116/9 116/15 118/3
 118/6 148/4 148/6
 247/18
Janet [2] 164/1 169/4
January [2] 27/24
 188/17
January 3rd [1] 188/17
jeans [1] 215/2
jewels [1] 218/25
Jim [1] 20/5
job [8] 12/5 33/10 36/1
 71/3 77/4 108/10 119/17
 135/18
jobs [39] 45/19 47/14
 47/23 49/11 51/20 54/1
 54/12 56/16 58/9 60/10
 60/21 62/25 67/5 71/9
 73/14 77/7 82/2 82/9
 84/18 86/15 88/4 89/2
 93/5 93/13 94/17 97/5
 98/24 101/24 104/1
 106/14 106/24 108/8
 108/19 109/24 111/11
 111/18 117/4 119/1
 121/1
Jockey [1] 93/6
Joe [3] 28/22 164/10
 164/13
Joel [1] 101/21

joining [1] 71/6
Jones [3] 20/5 271/8
 271/10
Jose [1] 20/7
Joseph [3] 37/14 37/17
 118/18
journeyman [2] 104/8
 104/11
Jr [1] 169/4
judge [63] 1/10 3/15 4/1
 9/23 13/9 34/18 34/25
 36/5 43/19 79/18 79/25
 97/13 127/7 127/7
 131/12 134/15 136/1
 137/4 143/16 144/19
 145/3 145/20 146/2
 146/7 147/4 147/12
 148/3 148/18 153/3
 158/1 160/2 160/13
 160/16 160/25 163/12
 164/6 164/8 165/2
 165/12 167/23 168/7
 169/9 175/16 188/5
 189/14 191/4 193/12
 196/23 200/10 209/9
 226/24 230/4 245/14
 256/13 256/20 257/9
 260/13 264/3 268/16
 271/11 272/3 272/14
 273/18
judged [1] 41/25
judges [3] 13/8 13/12
 43/4
judging [3] 31/23 35/24
 42/2
judgment [2] 43/7
 148/12
July [15] 14/17 178/8
 178/15 179/8 182/13
 183/6 183/18 184/23
 185/1 186/6 198/15
 208/22 209/19 248/5
 248/23
July 5th [1] 179/8
July 9th [14] 14/17
 178/8 178/15 182/13
 183/6 183/18 184/23
 185/1 186/6 198/15
 208/22 209/19 248/5
 248/23
jump [3] 188/7 189/8
 190/20
June [1] 207/24
juries [2] 78/1 82/21
juror [315]
Juror 12 [1] 162/14
Juror 14 [1] 157/2
Juror 15 [1] 157/9
Juror 16 [2] 157/13
 157/15
Juror 17 [3] 157/19
 157/21 158/3
Juror 18 [1] 26/1
Juror 20 [1] 158/4
Juror 21 [3] 88/22
 158/10 158/12

**J**

**Juror 22 [2]** 90/12 158/24
**Juror 23 [2]** 159/1 159/3
**Juror 25 [3]** 138/14 140/22 159/18
**Juror 26 [2]** 31/21 145/11
**Juror 29 [2]** 160/9 160/11
**Juror 31 [2]** 161/5 161/9
**Juror 33 [2]** 161/24 162/1
**Juror 34 [2]** 162/7 162/11
**Juror 35 [2]** 151/15 162/18
**Juror 36 [3]** 162/19 162/20 162/23
**Juror 37 [3]** 148/3 163/1 163/4
**Juror 39 [1]** 163/10
**Juror 40 [1]** 163/10
**jurors [65]** 3/21 4/18 8/24 11/13 12/12 12/18 13/11 14/25 15/11 16/5 16/6 18/17 19/13 19/17 20/12 22/14 23/6 23/12 24/3 25/1 25/25 28/16 32/7 34/11 34/17 35/19 37/8 42/8 43/8 43/23 68/8 78/20 79/7 79/9 124/8 124/10 129/14 136/16 137/3 137/12 137/12 138/5 138/6 138/7 151/21 153/10 162/15 163/9 164/21 166/25 167/2 167/4 167/13 168/24 169/17 170/10 173/19 175/19 175/21 175/24 177/4 195/20 196/18 208/3 269/12
**Jurors 10 [1]** 153/10
**Jurors 13 [1]** 137/12
**jury [115]** 1/9 2/1 2/7 4/18 8/22 9/2 9/18 10/4 10/13 10/16 12/6 12/24 13/17 13/24 13/25 23/23 24/1 28/7 29/22 30/19 34/7 36/12 37/11 43/19 44/2 44/25 46/7 46/14 48/11 48/15 50/4 50/6 52/13 55/17 55/25 57/12 58/21 59/1 65/18 66/2 67/24 68/5 77/22 77/24 78/1 80/2 80/3 82/17 85/10 87/13 87/20 92/16 93/24 102/13 105/7 105/12 107/8 109/3 110/9 112/1 117/14 117/22 120/10 121/16 121/23 123/3 126/14 138/9 143/14 163/18 164/12 164/16 168/19 168/22 169/14 170/1

170/3 174/10 177/4 177/7 177/24 185/24 186/12 186/14 186/15 193/24 195/12 195/20 196/19 196/20 198/23 212/1 214/19 216/24 221/6 221/24 230/11 230/12 231/3 231/4 245/18 256/2 257/24 259/4 260/9 260/14 264/21 266/5 266/25 267/14 268/17 269/14 269/16 270/17 270/18
**just [156]** 3/22 6/5 6/20 7/5 7/6 7/14 7/22 8/7 9/5 10/12 15/13 16/4 17/5 19/12 20/11 21/13 23/13 26/11 27/24 30/9 33/9 33/17 35/23 37/2 39/13 39/14 41/6 41/12 41/16 42/19 52/14 54/13 59/24 61/10 64/20 65/13 68/21 79/9 81/1 84/3 91/23 96/9 100/5 100/7 100/11 106/2 106/17 108/9 113/8 113/12 115/5 118/3 122/17 122/20 124/17 128/6 128/7 128/8 128/9 128/9 128/10 132/13 135/9 136/12 136/15 137/8 137/20 138/14 138/15 141/12 141/24 142/21 143/2 143/7 143/7 143/17 143/18 145/8 148/6 148/17 149/18 153/9 159/8 164/12 165/25 166/24 167/7 167/16 168/11 171/14 173/21 187/25 188/15 189/5 189/15 189/24 190/15 191/2 191/25 192/3 192/7 192/19 195/20 195/22 198/3 198/22 199/3 202/2 202/5 202/20 208/13 209/21 210/12 210/14 210/16 211/25 215/22 217/23 219/21 220/25 225/19 226/21 226/24 226/25 230/25 232/17 234/5 239/14 242/19 246/4 247/1 247/15 248/21 249/8 249/8 250/7 250/24 253/11 253/18 255/2 255/3 255/3 257/2 257/24 258/14 260/9 260/9 263/12 265/1 265/18 266/25 267/2 268/16 269/12 270/7 274/9
**justice [2]** 30/6 138/21
**juvenile [3]** 57/6 128/2 128/4

**K**

**K-9 [1]** 247/23

**Kacie [1]** 70/20
**Kansas [1]** 83/12
**Kara [2]** 163/25 169/3
**Kayla [1]** 20/6
**keep [13]** 160/8 173/3 177/3 182/20 185/10 185/14 193/24 250/3 262/12 264/15 269/23 270/5 270/11
**KEITH [8]** 2/19 20/7 119/11 164/1 169/3 246/1 246/12 246/15
**Kelly [5]** 20/5 93/1 163/23 169/2 271/19
**kept [1]** 180/1
**keys [9]** 206/12 206/15 206/18 244/13 244/16 244/18 244/21 244/22 244/24
**kind [33]** 9/7 9/11 38/17 39/15 39/18 39/22 65/9 69/12 75/8 96/1 111/2 113/9 126/13 126/15 128/9 133/10 135/13 147/13 171/4 192/22 193/15 199/1 200/7 201/7 212/11 212/15 223/11 233/11 237/8 250/3 263/12 265/16 273/23
**kindly [2]** 168/22 169/14
**kinds [1]** 132/6
**King [3]** 115/2 115/11 152/11
**Kings [1]** 152/17
**kitchen [3]** 113/23 179/22 212/6
**knew [1]** 141/10
**Knight [9]** 20/8 20/8 180/20 180/22 180/25 181/8 183/15 183/16 205/8
**Knight's [1]** 181/15
**know [177]** 12/3 13/20 16/3 17/5 17/19 17/25 18/17 19/5 19/13 19/16 19/18 19/18 20/18 21/4 21/22 22/14 35/7 36/2 37/1 38/13 39/20 40/3 40/18 46/14 47/22 48/15 50/3 55/8 55/22 55/25 60/20 64/2 64/19 65/9 65/12 65/24 66/2 68/5 74/13 78/17 83/1 85/6 86/22 87/20 95/20 100/5 105/11 106/23 111/15 117/22 121/23 123/16 128/8 132/9 132/10 133/9 134/20 134/23 134/24 135/10 135/10 135/17 135/19 136/18 137/5 139/21 140/1 140/15 140/25 141/6 141/10 141/12 141/12 141/15 141/18 142/6 142/24 143/7

143/7 149/14 172/18 173/1 174/9 180/14 185/25 187/10 190/14 199/20 202/22 206/1 206/9 209/5 218/7 219/23 224/13 232/5 232/23 232/25 233/3 233/8 234/2 234/8 234/10 234/16 234/19 234/21 234/24 234/25 235/2 235/10 235/15 235/17 235/18 236/5 236/11 237/4 237/8 237/15 237/23 237/24 238/13 238/16 238/19 239/4 239/22 240/1 240/4 240/7 240/9 240/11 240/14 240/17 240/24 241/2 241/5 241/5 241/8 241/10 241/12 241/20 241/24 242/8 242/13 242/14 242/15 242/17 242/18 242/20 242/23 242/25 243/1 243/4 243/6 243/6 243/10 244/3 244/5 244/6 244/7 244/9 244/10 248/14 251/12 256/3 259/4 263/4 263/9 263/17 266/6 266/10 267/14 267/25 273/9 273/20 273/21 273/22
**knowing [4]** 14/22 42/11 42/14 148/22
**knowingly [3]** 14/19 42/11 42/13
**knowledge [2]** 13/5 17/14
**known [3]** 12/20 72/22 241/2
**knows [4]** 7/2 148/4 198/23 216/24
**Korpon [4]** 17/3 17/4 17/18 148/4

**L**

**L-O-B-L-O-L-L-Y [1]** 91/16
**L-O-B-N-I-G [1]** 271/13
**lab [4]** 262/9 264/16 264/17 265/20
**label [3]** 183/22 225/11 264/16
**labeled [2]** 189/6 266/12
**labeling [2]** 84/5 84/6
**laboratory [3]** 21/20 103/18 264/16
**lack [2]** 152/4 184/8
**ladies [11]** 9/21 20/3 124/15 128/25 170/5 178/1 186/10 230/8 246/4 269/3 269/14
**lady [1]** 16/7
**Laguerre [1]** 23/10
**laid [2]** 58/4 239/12
**Lajuana [1]** 26/16

**language [2]** 29/9 54/20
**Lara [1]** 20/6
**large [2]** 105/2 179/14 179/15 182/16
**larger [1]** 8/12
**Las [1]** 1/20
**last [20]** 6/11 23/15 37/15 45/10 45/17 53/20 55/11 91/11 91/19 122/10 129/4 188/19 190/21 197/7 197/8 207/14 234/1 246/14 247/8 271/22
**late [3]** 36/25 37/19 102/18
**later [12]** 4/14 12/19 19/3 125/19 137/20 173/17 178/22 179/12 181/24 182/11 199/22 251/1
**Lauderdale [1]** 1/21
**laundromat [1]** 104/3
**Lauren [7]** 28/21 105/24 163/24 169/3 217/14 235/14 258/2
**law [183]** 5/11 12/25 30/16 30/23 31/17 32/2 32/8 32/14 32/22 33/20 34/2 34/15 35/22 36/3 36/8 36/10 37/9 41/5 41/15 41/21 42/1 43/20 44/4 44/4 44/5 44/7 44/13 44/18 45/1 46/22 47/2 48/2 50/1 50/12 50/24 51/1 52/17 53/4 55/1 55/6 56/7 57/3 57/20 59/7 59/13 61/13 61/22 62/4 63/24 64/6 64/9 65/9 65/11 66/6 66/15 68/13 68/23 69/21 70/11 71/17 71/20 72/4 72/16 74/1 74/16 75/1 75/7 76/1 76/1 77/18 80/23 83/7 83/18 83/24 85/13 85/19 85/25 88/7 88/9 88/18 89/19 90/7 91/22 92/1 92/5 92/10 92/20 93/18 94/4 95/3 95/7 95/18 97/18 99/9 99/21 101/15 102/9 103/5 104/14 105/17 106/13 106/13 107/2 107/19 109/6 109/12 110/12 110/17 112/4 112/17 112/23 113/7 113/9 115/15 118/1 118/12 120/4 120/15 122/3 123/6 123/14 123/17 126/24 127/1 127/1 127/17 127/18 128/16 129/19 130/10 130/14 130/18 130/22 130/24 131/1 147/18 150/21 151/8 151/11 166/19 170/15 170/16 170/17 171/2 173/19

**L**

law... [38] 174/21
175/14 175/19 175/24
176/3 176/12 176/14
176/17 176/24 177/24
178/13 178/15 179/3
179/12 180/7 181/13
182/2 183/9 184/14
185/22 185/23 185/25
185/25 186/3 197/21
197/22 198/1 198/7
204/21 204/22 204/24
206/7 208/6 215/11
231/20 236/4 243/6
247/11
lawful [4] 183/9 198/14
208/22 248/5
Lawnwood [2] 49/20
117/9
laws [2] 10/13 150/16
lawyer [6] 16/14 65/8
171/15 171/20 171/21
171/22
lawyer's [1] 171/14
lawyers [17] 11/11
12/19 17/8 17/9 17/16
19/13 36/5 38/5 39/4
116/13 124/6 136/11
141/22 171/8 171/9
171/11 175/16
lawyers' [1] 171/12
lay [2] 130/19 130/23
laying [1] 233/21
lead [3] 127/4 176/1
236/1
leads [1] 195/8
learn [1] 180/2
learned [1] 199/22
least [3] 10/15 122/10
202/23
leave [10] 6/21 25/13
27/8 78/22 133/12 138/3
154/3 169/15 177/7
269/12
leaves [1] 138/4
leaving [1] 27/11
lectern [1] 188/10
left [17] 32/11 32/20
40/7 80/6 177/7 179/23
192/11 216/6 224/1
224/10 225/1 229/1
232/18 234/6 238/21
240/1 241/9
left-hand [7] 179/23
192/11 224/10 234/6
238/21 240/1 241/9
legal [4] 12/22 106/8
106/9 106/10
legally [1] 173/13
lengthy [1] 202/23
less [7] 41/6 41/16 127/1
127/2 193/9 195/7 195/7
lesser [1] 195/9
let [49] 5/4 7/21 13/20
19/12 23/9 34/5 37/2
41/12 41/17 41/24 64/20

95/20 100/11 113/12
115/5 134/5 136/18
139/12 146/9 148/1
158/14 177/5 187/10
191/6 192/18 193/20
200/18 209/24 219/12
222/12 227/15 228/5
228/6 228/20 229/9
229/17 234/5 238/14
240/23 244/2 248/17
251/7 252/4 255/15
256/3 259/4 266/2 266/5
267/14
let's [28] 4/16 8/20
12/12 16/7 20/12 24/3
32/9 34/7 61/25 74/22
79/7 101/3 122/5 124/13
144/1 153/9 167/2
167/17 193/3 195/23
201/21 209/24 213/5
219/11 234/5 246/3
256/17 272/17
level [6] 146/24 152/21
173/18 195/3 263/12
263/13
librarian [1] 51/5
library [3] 50/25 51/1
174/22
license [16] 40/6 205/13
213/11 215/6 219/2
236/14 236/17 236/20
250/25 251/1 255/9
255/16 256/7 257/17
257/22 257/24
licenses [1] 90/19
lid [1] 215/10
lie [1] 30/6
lieutenant [9] 215/2
219/25 246/1 247/3
247/23 247/25 248/2
260/5 269/1
Lieutenant Keith [1]
246/1
Lieutenant Ortiz [1]
215/2
life [4] 60/23 67/8
100/20 126/14
LIFT [1] 62/12
light [14] 7/5 10/23 32/2
35/12 56/6 88/24 89/10
96/18 107/18 109/17
130/23 130/24 172/22
176/8
like [67] 11/16 15/12
19/6 25/11 38/8 39/14
39/21 39/21 39/23 40/11
79/13 88/25 91/4 98/9
117/1 119/20 122/20
125/12 126/1 126/13
128/5 128/6 128/7 128/7
128/8 128/9 138/5
139/18 140/1 142/10
142/20 149/11 178/20
178/21 180/5 180/5
181/20 184/3 186/24
187/6 187/24 190/14

190/17 198/23 199/1
201/15 212/25 213/20
215/23 218/25 222/2
224/14 225/16 226/22
229/24 232/6 237/10
237/14 248/16 250/8
251/14 255/6 264/18
264/25 265/14 272/11
272/11
Likewise [2] 184/11
235/1
Limb [3] 20/6 271/7
271/10
limine [4] 6/6 6/7 166/14
188/17
limit [1] 79/13
limited [4] 124/7 172/8
172/10 172/11
line [5] 132/20 223/12
223/14 223/22 253/18
lineman [2] 104/9
104/11
lines [8] 32/10 34/4
139/3 146/15 147/7
212/11 212/12 223/18
lineup [1] 167/17
link [1] 188/8
list [4] 4/11 164/3 171/7
193/21
listed [3] 149/24 191/2
243/20
listen [7] 19/24 39/13
174/16 176/12 182/20
185/15 269/19
listening [1] 177/6
litigants [1] 10/8
little [29] 7/7 63/18 67/9
71/2 83/10 97/21 112/18
114/16 138/14 138/22
139/25 152/16 178/19
189/17 193/13 197/22
200/7 212/5 212/6 212/8
215/24 216/1 218/11
223/9 224/19 229/18
232/18 242/3 264/7
live [5] 26/9 139/13
142/20 142/25 173/25
lived [3] 128/25 242/18
lives [5] 26/3 26/8 27/23
61/6 61/15
living [7] 47/9 100/17
179/22 180/3 211/9
212/7 212/7
lobby [2] 51/9 51/10
Loblolly [2] 91/10 91/14
Lobnig [4] 20/6 271/4
271/11 273/20
local [1] 111/13
located [16] 179/20
204/5 211/11 214/20
215/11 216/8 216/13
216/18 216/24 217/4
228/18 228/19 242/12
250/14 252/25 254/9
locates [1] 249/20
location [8] 174/15

209/22 221/21 223/15
236/22 238/3 244/9
250/17
locked [2] 220/18
221/15
logged [6] 184/16
238/11 238/17 240/19
241/12 241/20
long [38] 28/11 45/15
47/11 49/8 50/20 62/16
64/24 66/23 70/25 73/13
76/25 81/23 86/12 87/3
93/3 98/21 100/14
102/19 106/4 109/19
111/7 113/25 114/19
114/21 115/13 116/14
118/22 119/15 120/23
124/25 125/6 178/25
197/19 207/23 218/15
223/20 245/17 247/7
long-sleeve [1] 218/15
longer [3] 52/24 232/18
265/8
look [18] 7/11 8/21 8/23
165/17 179/3 184/3
188/20 190/25 213/1
224/1 224/7 224/24
234/5 256/3 259/3
260/19 262/9 267/11
looked [11] 40/11
179/19 179/21 179/22
182/3 187/23 188/19
201/15 213/20 222/16
241/3
looking [12] 8/15 128/9
132/7 179/14 190/9
190/14 199/2 210/7
226/19 249/21 251/3
264/15
looks [18] 7/4 7/4 187/6
188/7 188/22 189/2
198/22 200/8 215/23
218/25 225/16 229/24
232/6 237/10 237/13
248/16 251/14 264/18
Los [1] 121/8
Los Angeles [1] 121/8
lot [8] 5/2 33/19 75/5
151/20 164/19 196/2
199/4 210/3
lots [1] 250/1
loud [4] 19/21 23/7
23/13 163/18
low [2] 11/2 263/12
low-grade [1] 11/2
low-level [1] 263/12
lower [1] 200/11
Luciana [1] 20/8
Lucie [18] 14/18 16/18
19/5 20/25 22/4 22/24
50/18 50/21 51/11 61/16
62/13 64/1 96/18 96/24
116/8 197/18 207/22
246/24
lunch [6] 4/11 4/11
138/1 138/8 165/23

185/5
LYDIA [5] 1/16 3/13
15/23 155/11 183/3
Lynn [2] 163/25 169/3

**M**

ma'am [146] 16/8 16/22
17/2 17/13 21/10 21/22
22/11 25/6 25/16 25/24
27/1 27/13 27/17 28/12
28/24 31/24 42/4 45/13
47/7 47/16 47/18 48/9
48/12 48/20 48/25 50/17
51/15 52/6 53/18 56/4
57/1 57/10 57/22 58/2
59/15 59/22 61/7 62/19
63/17 64/9 64/17 67/23
68/15 68/24 70/1 70/4
71/4 71/16 71/18 72/2
72/6 72/9 73/6 76/12
77/16 77/20 77/23 78/2
78/6 81/13 82/6 83/25
86/5 86/16 86/21 87/9
87/12 87/19 87/24 88/5
88/14 88/19 92/12 92/22
93/1 93/20 93/23 93/25
94/5 94/19 95/5 95/14
96/4 99/11 99/13 99/22
102/4 102/11 102/14
102/16 103/1 103/6
103/20 104/23 105/1
105/6 105/8 105/10
105/13 105/18 110/25
111/8 113/10 115/7
115/9 116/1 116/7
117/13 118/8 118/13
120/11 120/16 122/4
130/9 130/12 130/20
131/6 132/24 133/16
133/19 134/11 135/20
138/23 139/10 140/24
141/25 142/17 165/19
186/18 197/12 203/6
205/1 205/3 205/5 205/7
205/10 205/12 205/19
205/21 206/6 207/2
222/23 240/13 240/15
242/24 274/11
machine [3] 93/7 94/16
94/18
machines [1] 10/25
made [9] 33/11 98/11
141/2 149/20 149/23
164/11 188/16 190/1
202/21
magazine [14] 219/21
221/8 262/3 262/4 262/6
262/7 262/8 262/21
262/23 266/9 266/11
266/11 267/2 267/23
magazines [2] 225/16
262/12
Mainly [1] 247/13
maintained [1] 205/18
maintenance [1] 263/11
majority [1] 247/19

**M**

**make [38]** 7/10 17/15
18/8 19/1 23/22 23/25
34/21 37/25 38/5 38/20
39/25 42/20 79/10 81/1
100/7 115/4 123/17
124/11 127/17 128/9
136/15 137/12 141/11
152/12 165/12 165/17
169/25 173/20 177/13
186/1 187/25 188/18
190/12 196/16 204/23
265/1 268/13 269/24
**makes [6]** 13/18 140/16
171/2 180/3 188/21
206/2
**making [2]** 39/15 43/5
**male [3]** 179/9 180/11
199/18
**MAMR [1]** 60/12
**man [1]** 234/24
**man's [4]** 218/16 218/17
234/23 235/2
**manage [1]** 108/5
**management [3]** 60/5
69/10 120/2
**manager [15]** 58/8 60/6
64/22 84/4 86/17 91/10
96/24 97/3 97/4 97/13
105/2 109/18 109/25
114/8 119/13
**manila [1]** 229/12
**manipulated [2]** 232/1
234/3
**manner [7]** 8/25 35/8
36/6 38/25 172/19
194/16 220/1
**manners [1]** 187/11
**manufacturing [2]**
69/19 93/7
**many [12]** 13/7 30/9
33/17 170/20 193/17
197/24 232/11 233/13
246/25 247/5 262/5
268/10
**maps [1]** 174/14
**Marc [1]** 20/4
**MARCH [1]** 1/5
**Marie [1]** 169/1
**marine [5]** 105/25 106/8
106/18 106/22 106/24
**mark [2]** 264/18 265/19
**marked [27]** 187/7
188/6 190/3 190/6 192/5
200/25 201/17 210/17
211/15 220/5 220/23
221/6 222/1 222/19
225/23 226/4 255/18
255/23 256/11 258/10
259/18 260/24 261/12
263/20 266/11 266/15
268/3
**market [2]** 45/20 45/21
**marketing [1]** 89/14
**markings [2]** 260/19
260/21

**marks [1]** 223/22
**married [41]** 24/22
45/24 47/17 49/14 51/15
54/4 56/19 58/13 60/15
61/1 61/3 63/4 65/4
67/16 69/15 71/12 73/17
77/10 80/15 82/5 84/8
84/22 87/23 89/6 91/7
93/8 94/21 96/21 99/3
100/21 102/3 104/5
106/20 108/14 110/3
114/5 116/20 119/3
119/22 121/10 122/24
**marry [1]** 61/4
**marshal's [1]** 199/7
**marshals [1]** 97/24
**Martha [1]** 88/23
**Martin [3]** 54/8 62/14
62/15
**Martinez [1]** 20/7
**mask [10]** 11/8 79/16
200/8 200/11 202/7
207/10 209/11 246/9
248/15 271/5
**masks [2]** 11/8 11/13
**massage [2]** 120/22
120/23
**master [1]** 212/4
**Matt [3]** 20/15 23/1
108/1
**matter [7]** 18/4 53/9
79/9 96/4 112/12 250/5
275/4
**matters [2]** 4/14 10/22
**Matthew [2]** 20/8 22/21
**mattress [3]** 242/8
242/16 242/22
**may [189]** 3/3 3/17 7/18
9/20 10/11 10/15 10/16
10/24 12/16 13/6 13/9
15/12 16/2 16/12 16/23
17/14 18/14 19/3 19/7
19/11 19/18 21/6 21/21
21/24 22/12 23/24 24/24
25/24 26/12 27/1 27/14
28/15 29/3 29/23 32/6
35/3 35/5 36/20 37/6
37/18 40/23 42/5 43/23
43/24 43/25 47/4 49/1
50/14 53/11 56/9 57/23
59/15 62/7 64/18 66/17
68/16 68/25 70/18 73/7
78/8 79/6 80/4 81/13
84/1 84/10 86/5 88/20
90/10 92/23 94/6 96/3
96/4 96/12 98/13 99/23
101/17 103/7 105/19
107/21 109/14 110/20
112/18 113/4 113/5
113/17 115/23 118/14
119/7 120/17 122/9
124/5 128/20 129/5
132/24 135/10 136/18
138/11 138/16 138/20
140/18 143/2 143/25
167/6 167/8 167/8

169/7 170/4 171/3
171/22 171/23 172/4
172/13 172/14 172/16
173/12 173/24 174/2
174/17 175/5 176/9
176/10 177/2 177/18
177/19 177/20 185/4
185/5 185/11 186/16
188/10 188/11 188/14
196/21 196/22 197/11
197/13 201/2 201/3
201/23 202/25 203/12
206/9 206/25 207/8
210/20 210/21 211/21
211/22 212/21 214/12
214/13 214/15 219/16
219/17 229/21 230/20
231/5 231/6 232/19
245/10 245/14 246/9
246/17 255/23 255/25
256/13 257/9 257/10
258/23 258/24 259/23
260/4 260/6 261/5 261/6
264/3 264/4 264/20
264/22 266/22 266/23
267/4 267/5 267/9
267/10 268/18 268/22
269/8 269/12
**maybe [17]** 8/9 24/3
68/20 113/8 123/17
123/17 132/10 132/22
133/13 135/24 143/7
185/5 185/5 185/6 185/8
227/17 270/25
**Mayr [2]** 31/22 96/11
**McEwen [4]** 66/20
68/20 163/21 169/1
**McPhail [5]** 76/16 76/17
78/8 163/22 169/2
**me [91]** 3/14 5/4 7/21
11/21 15/8 15/17 15/24
19/12 19/25 23/9 26/3
26/8 26/11 26/15 26/23
27/3 27/7 27/18 28/19
34/5 36/18 37/2 38/18
39/15 39/22 40/7 41/12
41/17 41/24 64/20 67/9
91/15 95/24 100/11
103/15 105/11 113/12
113/21 115/4 115/5
123/17 133/23 134/5
134/20 135/10 136/18
139/12 142/21 142/25
146/9 148/1 158/14
174/8 176/19 178/4
188/21 191/6 192/9
192/18 192/25 193/20
194/22 203/17 206/17
209/24 215/13 216/7
219/12 222/12 227/15
228/5 228/6 228/20
229/9 229/17 234/5
238/5 238/14 240/23
244/2 251/7 252/4 254/1
254/10 255/15 256/3
258/14 265/14 266/2

266/5 267/14
**mean [8]** 30/1 132/1
133/3 133/20 141/9
162/14 190/12 205/24
**means [14]** 12/22 32/11
32/20 133/4 133/23
150/16 163/8 168/21
172/5 174/22 175/2
175/9 175/12 262/23
**measurements [1]** 211/6
**mechanic [4]** 62/23
63/20 106/22 106/24
**mechanical [3]** 89/9
89/14 107/14
**media [8]** 9/4 9/10
174/19 175/6 179/13
179/16 182/3 182/14
**medical [15]** 24/8 24/14
24/18 25/11 25/16 49/13
54/9 73/24 84/19 90/19
103/18 104/1 143/7
144/3 144/11
**medication [1]** 180/8
**medications [1]** 26/25
**meet [5]** 33/12 36/14
74/19 186/5 273/2
**meeting [2]** 26/21
125/18
**meetings [1]** 38/4
**Melius [4]** 45/8 45/11
45/12 131/25
**member [33]** 46/21 48/1
49/25 52/16 54/25 57/2
59/6 61/12 63/23 66/5
68/22 69/20 73/25 77/17
80/22 83/6 85/12 89/18
93/17 95/6 97/17 99/8
102/8 104/13 107/1
109/5 110/11 112/3
117/25 120/3 122/2
123/5 174/10
**members [6]** 10/8 13/20
19/3 36/22 88/7 92/4
**memorializing [1]** 6/5
**memory [5]** 35/8 172/19
177/9 177/10 177/11
**men's [3]** 217/3 240/4
240/9
**Mendoza [4]** 78/9 80/10
163/22 169/2
**mentioned [15]** 54/13
65/12 65/17 75/1 94/20
101/12 106/20 108/9
109/25 111/15 116/3
128/1 164/9 166/9 175/7
**mentor [1]** 62/11
**mentor/instructor [1]**
62/11
**Mercer [1]** 103/17
**merely [2]** 30/12 202/2
**messages [1]** 175/3
**met [1]** 11/18
**metadata [1]** 182/7
**metal [2]** 218/25 232/21
**Miami [2]** 28/22 55/8
**Miami-Dade [1]** 55/8

**mic [2]** 124/19 125/16
**Michael [1]** 20/5
**Michigan [2]** 89/5 123/9
**microbiology [1]** 103/23
**microphone [14]** 4/5
18/21 32/23 59/20 75/24
79/16 124/21 132/22
132/23 180/4 180/5
192/18 196/5 227/17
**microphones [1]** 15/12
**mics [1]** 192/16
**middle [5]** 63/11 206/3
233/3 237/14 239/17
**might [15]** 9/3 9/8 79/16
132/12 132/18 133/10
134/12 181/25 215/24
235/1 240/7 241/12
249/9 253/22 265/15
**Mike [1]** 271/19
**military [42]** 46/4 48/19
49/23 52/10 54/23 56/25
59/4 60/25 61/1 61/4
63/16 66/10 67/22 70/3
72/8 73/22 77/15 80/20
83/4 85/8 87/11 89/16
92/14 93/22 95/13 99/16
101/4 102/15 105/5
107/6 109/1 110/7
111/24 114/14 114/18
114/24 115/1 117/12
120/8 121/14 123/1
152/18
**miller [5]** 1/23 1/25
11/21 275/15 275/6
**millimeter [1]** 14/20
**mind [17]** 40/17 76/2
116/2 127/11 133/13
144/2 148/3 173/3
173/17 182/20 185/5
185/13 185/14 196/1
269/23 270/5 270/11
**mindful [1]** 185/10
**Minnesota [2]** 60/13
61/6
**minus [1]** 266/9
**minute [7]** 78/19 103/12
138/15 143/16 145/8
145/22 165/5
**minutes [18]** 3/21 5/15
8/23 14/15 134/14
134/17 134/18 138/1
142/25 143/18 143/19
164/25 165/2 165/3
186/13 230/9 230/16
263/17
**miscellaneous [2]**
237/18 238/24
**mishandled [1]** 184/18
**misheard [1]** 54/11
**mismanaged [1]** 184/18
**misplace [1]** 78/23
**misrepresentation [3]**
112/19 113/7 151/8
**miss [1]** 63/21
**missed [3]** 22/15 136/18
271/11

**M**

**missing [6]** 167/18 168/6
168/9 168/10 168/14
169/8
**mistaken [2]** 176/9
201/8
**misunderstood [2]** 7/18
8/7
**mixture [2]** 181/22
181/22
**mobile [1]** 62/23
**model [2]** 14/20 121/8
**mom [3]** 100/24 111/12
121/2
**moment [17]** 5/1 15/10
42/25 80/13 119/7
128/20 131/9 138/15
149/3 159/8 201/22
204/11 206/19 226/24
245/2 268/20 269/11
**momentarily [2]** 9/15
167/12
**moments [1]** 14/9
**Monday [1]** 141/3
**monitors [1]** 195/21
**month [2]** 228/1 228/3
**months [7]** 29/2 56/15
59/25 62/17 164/11
164/14 181/1
**Montreal [1]** 122/15
**more [27]** 5/4 14/9 25/15
41/6 41/15 75/8 76/4
100/12 113/1 126/25
132/13 138/5 148/6
167/16 168/3 170/11
173/6 190/24 191/7
194/9 194/22 206/2
209/24 217/18 226/25
248/22 255/4
**morning [89]** 3/2 3/8
3/12 3/13 3/15 3/17 7/12
9/21 15/6 15/15 15/23
15/25 16/1 16/8 16/9
16/25 17/4 17/18 19/6
20/14 21/8 21/9 22/17
23/20 23/20 24/4 24/6
25/3 25/4 26/13 26/14
26/17 27/3 27/16 27/17
27/20 27/21 28/19 28/23
31/19 31/20 36/16 36/17
37/13 38/7 45/5 45/6
47/6 49/2 49/4 50/15
50/16 53/12 53/13 53/17
56/11 57/25 59/16 59/22
62/8 64/19 66/19 69/2
70/19 70/20 73/10 76/12
78/10 78/11 80/8 84/2
84/13 84/14 86/6 88/22
90/12 94/9 98/16 98/17
100/2 100/3 101/19
105/22 149/12 150/10
188/1 246/6 269/5
274/10
**most [7]** 5/14 10/6 13/7
31/14 194/17 247/14
247/22

**mostly [1]** 119/2
**mother [5]** 25/9 95/22
141/25 144/12 149/12
**mother's [1]** 183/7
**motion [6]** 6/6 6/7
188/16 202/15 202/18
202/21
**motions [2]** 166/14
166/21
**move [19]** 124/12 150/5
164/23 188/10 189/15
196/6 211/14 220/4
220/22 222/18 226/3
227/17 256/10 258/12
258/15 259/17 263/19
266/14 268/2
**moved [4]** 60/11 61/18
192/3 247/23
**moving [5]** 43/22 103/14
145/17 177/1 221/16
**Mr [41]** 2/14 2/17 2/20
197/16 200/21 201/4
203/15 207/18 208/5
209/13 210/22 211/24
212/24 214/17 219/19
220/12 221/5 222/11
223/8 226/13 227/2
227/10 227/19 229/22
246/20 248/20 256/1
257/11 259/1 260/8
260/17 261/7 264/6
264/23 265/11 266/4
266/24 267/6 267/11
267/19 268/9
**Mr. [127]** 3/14 3/16 6/1
6/1 6/9 6/9 7/13 9/4
15/10 16/1 19/17 19/19
20/1 20/18 20/23 21/16
22/8 22/22 22/22 23/7
38/4 47/6 68/20 75/23
81/17 84/2 129/1 129/2
129/16 130/6 132/25
136/22 137/2 141/23
143/17 144/13 144/25
145/11 145/23 146/4
146/9 146/11 147/1
147/15 148/2 148/4
148/14 150/6 152/7
152/7 153/4 153/5
153/12 154/15 154/23
155/3 155/18 156/2
156/7 159/17 160/24
161/22 164/5 178/14
178/16 179/1 179/6
179/13 179/17 179/19
180/1 180/2 180/23
181/18 182/4 182/14
182/25 183/6 183/16
184/10 184/13 184/19
184/22 185/12 186/6
186/17 187/8 189/4
191/14 192/16 196/14
196/22 197/1 200/11
200/12 200/16 200/17
200/19 200/22 203/19
204/4 204/8 204/23

205/24 206/12 206/23
209/10 209/17 214/3
214/15 226/21 230/1
231/6 245/6 245/13
245/25 246/3 248/18
255/9 257/7 258/12
267/16 270/20 271/1
272/13 273/14 274/13
**Mr. Boggus [1]** 130/6
**Mr. Bryant [42]** 3/14
3/16 16/1 19/17 19/19
143/17 148/4 178/14
178/16 179/1 179/6
179/13 179/17 179/19
180/1 180/2 180/23
182/4 182/14 183/6
184/10 184/13 184/19
184/22 185/12 186/6
191/14 200/11 200/12
200/16 200/17 200/19
200/22 203/19 204/4
204/8 204/23 206/12
209/10 209/17 230/1
248/18
**Mr. Bryant's [2]** 9/4
255/9
**Mr. Churchill [1]** 81/17
**Mr. Desir [3]** 38/4 146/4
153/5
**Mr. Ellison [1]** 22/22
**Mr. Ernest [1]** 205/8
**Mr. Funk [23]** 6/1 6/9
7/13 15/10 182/25
186/17 189/4 192/16
196/14 196/22 206/23
214/3 214/15 226/21
231/6 245/6 245/13
245/25 257/7 258/12
267/16 270/20 273/14
**Ms. Ager [2]** 56/10
135/22
**Ms. Alexandria [2]**
163/19 169/20
**Ms. Barry [2]** 49/4
133/16
**Ms. Brogdon [3]** 94/9
137/7 149/7
**Ms. Delagall [3]** 27/20
110/22 151/4
**Ms. Dunkley [2]** 26/17
144/22
**Ms. Fuller [1]** 109/15
**Ms. Glass [11]** 3/19
95/21 165/14 167/12
168/5 169/5 169/19
169/25 186/12 195/19
246/9
**Ms. Hess [1]** 69/2
**Ms. Korpon [3]** 17/4
17/18 148/4
**Ms. McPhail [2]** 76/17
78/8
**Ms. Melius [1]** 131/25
**Ms. Mendoza [1]** 78/9
**Ms. Mullins [1]** 92/25
**Ms. Neely [1]** 164/11
**Ms. Owens [1]** 120/19
**Ms. Pittaway [54]** 5/24
6/14 8/9 15/22 16/17
16/20 17/11 23/9 23/13

**Mr. Sarhan [2]** 84/2
145/23
**Ms [7]** 2/15 2/18 137/5
204/18 205/17 231/12
234/15
**Ms. [95]** 3/19 5/24 6/14
8/9 15/22 16/17 16/20
17/4 17/11 17/18 23/9
23/13 26/17 27/20 39/7
49/4 56/10 69/2 76/17
78/8 78/9 90/10 92/25
94/9 95/21 109/15
110/22 120/19 129/2
129/14 131/25 132/21
133/16 134/19 134/20
135/22 137/7 140/8
142/15 144/7 144/18
144/22 145/2 145/13
145/19 146/1 146/6
146/17 147/11 148/4
148/22 149/7 150/13
150/22 151/4 151/15
152/15 153/14 154/12
154/21 155/5 155/20
156/9 158/17 160/22
162/20 163/13 163/19
163/19 164/3 164/11
165/1 165/14 167/12
168/5 169/5 169/19
169/20 169/25 183/1
186/9 186/12 188/2
195/19 202/1 204/16
213/24 214/7 222/21
223/1 226/6 231/10
246/9 273/14 274/5
**Ms. Ramona [1]** 163/19
**Ms. Wah [1]** 90/10
**Ms. Williams [2]** 134/19
134/20
**much [51]** 8/16 18/14
19/11 21/6 21/24 23/4
24/24 27/14 39/24 40/22
41/2 44/14 62/6 68/10
68/16 78/7 79/25 86/5
88/20 90/10 92/23 94/6
96/9 99/23 105/19
107/21 118/14 119/7
124/4 125/13 125/24
126/21 127/13 128/19
128/25 129/1 136/10
142/14 142/21 143/9
164/24 178/2 181/24
185/11 194/4 195/4
196/10 196/12 210/6
232/1 269/2
**Mulhausen [2]** 100/4
150/6
**Mullins [4]** 92/25 93/2
163/23 169/2
**multiple [4]** 190/7 210/6
249/18 249/19
**murdered [2]** 38/16
39/16
**music [1]** 129/7
**musician [1]** 63/10
**must [25]** 26/25 30/2
33/25 34/19 44/2 44/5
125/20 170/15 170/16
170/18 171/6 172/2
172/6 172/10 173/3
173/15 174/8 174/13
175/1 175/8 175/13
176/15 269/23 270/3
270/9
**my [130]** 5/2 5/14 7/1
7/19 8/3 8/13 9/22 11/19
13/10 15/6 15/15 17/15
22/15 24/6 24/7 24/13
24/22 25/9 25/13 26/2
27/7 27/21 31/21 32/25
37/14 37/19 37/19 38/10
39/22 40/5 40/10 40/13
40/13 40/14 49/19 49/20
50/22 51/3 51/3 52/3
53/15 54/19 54/20 57/5
58/18 61/15 62/23 63/9

39/7 129/2 129/14
132/21 140/8 142/15
144/7 144/18 145/2
145/13 145/19 146/1
146/6 146/17 147/11
148/22 150/13 150/22
151/15 152/15 153/14
154/12 154/21 155/5
155/20 156/9 158/17
160/22 162/20 163/13
164/3 165/1 183/1 186/9
188/2 202/1 204/16
213/24 214/7 222/21
223/1 226/6 231/10
273/14 274/5

# M

**my... [82]** 63/11 63/12 67/8 68/7 68/20 72/18 74/3 75/5 76/14 85/21 86/8 88/1 88/9 88/23 89/13 89/14 90/13 92/6 93/1 94/15 95/22 95/24 98/8 98/9 98/9 100/4 100/5 101/21 103/11 103/17 104/8 105/25 108/1 112/6 113/6 113/14 116/2 118/18 121/5 121/11 123/8 129/5 133/13 134/15 135/18 135/18 136/17 138/23 141/18 142/5 142/21 146/19 147/8 148/15 164/12 165/11 165/12 166/3 166/18 183/15 183/21 187/12 187/17 188/19 189/13 193/20 193/24 196/9 197/8 198/10 206/9 214/12 235/19 247/13 247/19 247/22 256/15 258/14 263/5 263/5 269/21 274/8
**myself [3]** 10/1 25/11 263/6

# N

**name [74]** 9/22 15/6 15/15 17/2 19/12 20/14 21/10 21/17 22/17 24/7 26/15 27/3 27/18 28/19 31/21 36/18 37/14 37/15 45/7 45/10 49/2 53/15 56/11 59/17 62/8 66/19 76/14 80/8 86/7 86/8 88/22 88/23 90/12 90/13 91/13 93/1 96/10 96/14 98/18 100/3 100/4 101/19 101/21 103/15 103/17 105/23 107/24 108/1 118/17 118/18 119/10 122/11 139/2 168/20 168/21 169/11 180/8 180/9 180/9 197/6 197/7 197/8 197/9 199/20 199/22 207/14 207/14 217/13 228/16 246/13 246/14 252/20 252/21 258/4
**names [13]** 19/22 19/25 20/10 20/16 21/12 22/14 22/20 23/6 23/13 36/4 168/18 271/9 272/4
**Nancy [2]** 31/21 96/11
**narcotics [1]** 247/21
**natural [1]** 226/23
**naturally [2]** 121/7 192/22
**nature [3]** 42/18 125/11 126/13
**Navy [3]** 197/23 197/24 197/25

**near [3]** 183/8 191/18 242/22
**Nearby [1]** 205/24
**neat [1]** 63/21
**necessarily [1]** 231/23
**necessary [4]** 6/8 75/9 96/8 274/14
**neck [3]** 4/8 192/17 196/9
**need [26]** 12/6 26/23 32/23 35/24 36/5 41/25 59/19 68/9 76/14 85/20 95/25 98/13 137/13 142/3 142/21 159/10 170/8 185/19 186/1 202/1 202/21 202/23 216/5 249/9 250/25 269/12
**needed [3]** 136/16 215/15 249/11
**needs [4]** 95/24 164/13 202/19 202/23
**Neely [5]** 28/21 105/24 163/24 164/11 169/3
**negative [3]** 36/10 37/9 41/23
**neglect [1]** 76/24
**neighbors [1]** 55/10
**neither [3]** 43/3 176/10 177/16
**nephew [3]** 63/25 89/21 129/19
**nerve [1]** 38/13
**networking [1]** 175/4
**never [5]** 25/13 50/6 52/14 61/11 185/13
**new [7]** 61/18 79/22 89/22 239/20 239/20 263/14 273/21
**New York [2]** 61/18 89/22
**newborn [1]** 90/25
**newly [1]** 26/20
**news [3]** 19/5 174/19 176/13
**newspapers [1]** 174/18
**next [18]** 3/14 15/19 29/7 148/1 150/12 152/9 153/17 163/8 163/9 191/19 199/6 207/4 214/24 243/3 245/13 245/22 245/25 258/10
**nice [1]** 274/18
**NICU [1]** 90/24
**night [1]** 246/6
**nighttime [1]** 198/20
**nine [2]** 5/21 161/9
**Nissan [11]** 178/16 178/16 182/18 199/24 201/8 201/8 201/9 201/13 250/13 250/14 254/15
**no [343]**
**none [2]** 153/3 172/15
**nonprofit [1]** 121/6
**nonrefundable [1]** 23/23

**noon [1]** 103/12
**Nope [6]** 56/20 59/14 70/7 70/13 109/8 109/13
**normal [2]** 249/15 264/13
**normally [1]** 245/20
**north [2]** 1/17 212/9
**Northrop [1]** 67/13
**Nos [6]** 214/11 219/15 222/10 223/7 225/25 226/12
**nose [1]** 40/14
**not [254]** 4/1 4/9 4/24 5/15 5/18 5/25 6/20 7/20 9/2 9/10 10/11 12/9 13/9 13/15 13/25 14/9 14/11 18/2 21/23 22/11 23/16 23/24 28/1 28/3 29/18 29/20 29/25 30/14 30/16 30/21 31/25 32/1 33/9 33/20 33/22 34/1 34/5 35/4 36/11 37/10 42/15 42/16 43/5 43/13 43/17 43/19 43/24 43/25 44/7 44/16 46/23 48/14 49/24 50/3 55/24 56/18 56/23 60/22 61/1 61/24 62/5 66/1 66/11 67/17 68/4 68/7 71/13 71/16 72/12 73/3 73/23 79/12 79/16 84/9 85/21 87/9 87/12 89/17 92/15 95/12 95/19 100/6 107/20 108/25 109/2 109/4 112/20 113/15 115/1 119/23 121/22 122/10 126/5 126/12 128/14 130/4 131/5 132/9 133/9 135/6 135/19 141/5 141/11 141/20 142/21 142/22 147/16 147/17 147/18 148/21 148/21 151/12 159/14 164/17 165/15 165/16 166/4 167/5 167/8 167/13 168/11 168/21 169/11 170/13 170/17 171/6 171/6 171/10 171/12 171/13 171/22 172/2 172/6 172/14 173/7 173/14 173/14 173/23 174/2 174/4 174/11 174/13 174/16 174/20 174/25 175/1 175/6 175/8 175/13 175/19 175/24 176/3 176/8 176/11 176/12 176/13 176/19 176/25 177/5 177/8 177/10 180/5 181/20 181/21 184/21 184/25 185/11 186/8 187/4 187/13 189/25 190/25 193/24 194/19 195/2 195/20 196/6 200/24 201/14 202/3 205/2 205/5 205/6 205/20

205/21 205/24 206/4 213/2 215/21 218/7 227/11 230/14 231/23 232/3 232/8 232/24 233/2 233/5 234/9 234/22 234/25 235/11 235/12 235/18 235/19 235/23 236/1 236/14 236/25 237/1 237/11 237/12 237/25 238/22 238/25 239/2 239/3 239/4 239/5 239/21 240/5 240/8 240/19 241/11 241/14 241/22 241/25 242/17 243/1 243/5 244/3 244/6 244/18 244/20 250/2 255/9 255/14 256/4 256/20 256/22 256/25 262/22 263/11 265/22 269/6 269/15 269/19 269/23 270/3 270/5 270/7 270/9 274/1 274/2
**note [9]** 19/1 33/11 35/17 37/25 98/12 149/2 164/12 230/21 264/11
**notebook [4]** 227/12 227/20 228/7 228/8
**noted [4]** 43/10 44/15 258/18 266/18
**notes [14]** 116/2 136/18 149/23 151/13 153/12 158/17 160/22 163/11 177/1 177/2 177/3 177/7 177/8 177/9
**notetaking [1]** 177/5
**nothing [9]** 9/6 32/11 32/12 32/20 39/6 128/18 149/18 173/6 263/11
**notice [2]** 15/11 225/17
**noticed [1]** 10/24
**notwithstanding [1]** 159/13
**now [172]** 3/19 5/16 11/16 11/24 12/1 12/11 12/17 13/4 13/13 14/6 15/4 16/3 16/19 19/16 19/21 22/7 23/15 24/23 29/15 29/21 30/12 30/19 30/21 30/25 31/4 32/10 33/17 33/20 34/4 34/17 34/19 35/3 35/21 36/2 38/18 38/19 42/10 42/24 43/12 43/16 43/23 44/10 44/22 46/21 48/1 55/16 61/5 61/20 63/15 64/10 65/7 74/22 75/10 76/11 83/16 86/14 86/17 88/10 92/6 96/4 100/17 102/6 106/20 107/23 112/21 118/16 120/19 122/16 122/17 123/19 124/6 131/12 134/20 136/18 137/20 137/25 139/12 145/22 148/6 153/17 158/4 158/25 159/22

161/2 162/15 163/18 165/10 165/10 165/13 167/17 168/14 169/19 169/24 170/1 170/5 170/8 171/7 173/19 173/21 174/24 176/3 176/9 177/1 177/1 177/12 178/3 183/9 183/18 184/5 185/4 185/20 186/12 186/24 187/2 188/4 189/14 190/13 193/1 198/9 199/10 205/8 205/18 205/22 209/21 212/18 214/4 216/11 219/20 220/13 221/6 221/16 223/10 223/20 225/18 228/11 230/9 233/18 233/22 234/10 234/23 235/5 235/13 236/13 236/20 237/2 237/3 237/7 237/13 237/17 238/13 239/1 239/11 239/16 241/17 241/19 242/1 242/21 243/2 243/12 243/19 244/21 247/24 248/21 251/16 253/12 254/24 257/5 264/7 267/1 272/12 272/17 273/19
**nuclear [4]** 88/24 89/1 89/3 96/18
**number [298]**
**number 1 [13]** 45/5 47/5 153/21 153/22 154/6 154/8 154/10 154/20 162/21 162/24 163/2 163/5 212/3
**Number 10 [11]** 24/4 24/6 144/3 144/4 144/9 160/6 161/16 218/18 218/19 236/9 253/24
**Number 11 [9]** 156/14 156/17 156/19 161/19 163/21 167/18 218/21 254/17 255/4
**Number 12 [7]** 25/3 25/5 144/11 144/13 144/20 219/4 255/15
**Number 13 [12]** 70/22 124/18 136/20 138/6 138/13 138/19 146/11 147/25 153/25 156/21 156/24 258/15
**Number 14 [7]** 41/11 73/9 125/25 126/1 156/25 157/5 258/11
**Number 15 [4]** 76/11 157/6 157/11 163/21
**Number 16 [4]** 78/9 80/6 157/17 163/22
**Number 17 [3]** 22/15 22/16 81/16
**Number 18 [8]** 18/25 36/13 36/14 39/25 41/9 44/20 145/22 168/16

**N**

**Number 19 [5]** 84/12
125/15 144/23 145/4
267/12

**number 2 [21]** 47/6
154/12 155/2 201/1
201/17 201/19 203/4
203/18 222/1 222/1
222/14 223/10 223/17
223/22 228/9 228/12
228/24 229/6 229/14
242/4 250/9

**Number 20 [6]** 86/6
158/6 158/9 212/1
219/11 239/2

**Number 22 [1]** 158/22

**Number 23 [3]** 92/25
159/5 163/22

**Number 24 [1]** 94/8

**Number 25 [12]** 21/9
94/7 96/5 137/7 149/10
149/22 150/3 159/7
159/10 159/15 159/20
163/23

**Number 26 [8]** 31/18
35/17 43/10 44/14 96/7
137/6 145/9 241/18

**Number 27 [5]** 36/13
36/15 42/6 96/14 145/17

**Number 28 [5]** 98/15
159/22 160/1 160/5
163/24

**Number 29 [5]** 99/25
150/6 150/25 160/7
243/20

**number 3 [7]** 133/17
154/15 154/17 154/19
155/9 215/3 250/20

**Number 30 [4]** 101/18
160/15 160/18 160/21

**Number 31 [3]** 103/15
161/2 161/3

**Number 32 [8]** 28/20
105/22 107/22 161/10
161/13 161/15 163/24
229/9

**Number 33 [6]** 20/13
107/24 161/23 162/6
229/17 229/23

**Number 34 [3]** 109/15
110/20 163/25

**Number 35 [5]** 27/18
110/22 151/3 152/1
152/5

**Number 36 [6]** 27/2
27/5 113/19 152/10
152/11 152/22

**Number 37 [3]** 115/25
118/15 148/25

**Number 38 [4]** 37/12
38/4 118/16 146/4

**Number 39 [2]** 119/9
164/1

**number 4 [12]** 16/8 22/1
50/15 134/19 154/21
154/24 155/1 156/6

215/7 232/4 232/10
251/7

**Number 40 [2]** 120/19
164/2

**Number 41 [4]** 78/13
122/10 126/22 127/16

**Number 5 [12]** 53/15
155/3 155/6 155/8
156/20 163/20 215/16
216/16 252/23 253/16
254/6 254/20

**Number 6 [8]** 127/24
155/10 155/14 155/17
157/12 217/8 217/14
252/16

**Number 7 [7]** 57/25
155/18 155/21 155/24
157/18 217/22 217/23

**Number 8 [9]** 59/16
62/7 155/25 156/3 156/5
159/6 163/20 217/25
253/3

**Number 9 [6]** 156/7
156/10 156/13 159/21
218/13 253/8

**numbers [4]** 12/1 167/8
190/13 256/22

**numerous [2]** 104/17
181/23

**nurse [4]** 49/19 84/16
117/9 142/19

**nursing [2]** 82/10 84/19

**O**

**o'clock [4]** 164/20
165/21 226/22 274/7

**oath [11]** 100/5 100/8
100/10 101/13 150/7
150/10 150/12 150/17
164/22 230/15 269/6

**object [5]** 149/24 171/23
224/13 262/17 264/14

**objecting [2]** 202/19
202/24

**objection [79]** 3/25 4/15
7/23 7/24 144/4 144/5
144/8 144/14 144/16
144/19 144/22 145/3
145/12 145/14 145/18
145/20 145/23 145/25
146/2 146/3 146/5 146/7
149/2 159/13 166/12
166/17 166/19 171/23
171/24 172/1 191/1
201/18 201/20 202/2
202/3 202/4 202/13
202/14 203/4 203/7
203/8 203/13 205/14
206/13 211/16 211/19
213/25 214/6 214/10
220/6 220/10 220/24
221/3 222/21 223/1
223/6 226/6 226/7
226/10 234/12 256/12
256/14 256/16 256/19
257/1 257/4 258/16

258/1 259/19 260/2
263/22 266/16 266/20
268/4 272/10 273/9
273/15 273/18 273/19

**objections [17]** 163/15
163/17 171/11 202/20
220/7 256/15 258/18
259/20 263/23 263/24
264/1 266/17 266/18
268/5 268/7 273/4
273/23

**objectively [3]** 43/14
75/13 139/16

**objects [1]** 210/14

**obligation [1]** 151/1

**obliterate [1]** 189/22

**observable [1]** 226/18

**observed [1]** 233/22

**obtain [1]** 241/15

**obtained [1]** 238/10

**obtaining [1]** 13/17

**obvious [1]** 187/21

**obviously [5]** 7/23 75/10
162/8 164/19 195/11

**occasion [1]** 128/6

**occurred [1]** 248/5

**off [22]** 16/12 58/4 80/6
128/21 129/25 131/10
149/4 151/18 189/7
189/12 193/12 193/13
206/12 206/20 222/24
226/2 245/3 255/21
264/12 268/23 271/5
271/17

**offended [1]** 14/1

**offense [2]** 134/8 139/9

**offer [1]** 201/16

**offered [1]** 7/7

**offers [1]** 171/21

**offhand [2]** 128/14
233/13

**office [26]** 1/14 1/17
21/1 22/25 50/19 50/21
51/6 51/12 69/10 86/17
88/10 92/8 197/18 198/5
207/22 207/23 208/1
208/10 208/15 208/17
208/19 210/9 246/24
247/2 247/10 247/17

**officer [29]** 12/4 12/5
12/7 22/15 41/6 41/15
61/19 72/1 76/2 83/12
85/22 112/7 112/8 115/6
127/18 128/2 128/4
130/12 130/18 130/22
131/1 140/21 196/1
196/12 198/1 204/21
204/23 204/24 236/4

**Officer Blanford [1]**
12/5

**officer's [1]** 130/25

**officers [14]** 35/22 36/3
41/22 75/2 98/1 130/15
178/13 181/3 182/3
184/15 206/8 231/20
239/9 243/7

**official [4]** 1/24 55/9
270/2 275/6

**offshore [1]** 108/5

**often [1]** 176/17

**oh [13]** 17/24 32/17
32/18 76/15 78/12
122/16 128/5 134/18
166/13 168/1 188/13
190/7 213/16

**Ohio [1]** 108/2

**okay [310]**

**Olas [1]** 1/20

**older [1]** 82/14

**oldest [4]** 54/19 63/10
89/13 121/5

**once [11]** 4/18 142/20
153/18 176/6 190/18
191/4 225/14 225/19
231/1 239/14 262/16

**one [148]** 3/19 4/3 4/7
4/19 5/1 5/7 5/10 5/17
7/2 9/1 9/3 10/6 14/4
14/23 15/10 15/12 16/5
17/7 18/19 24/20 25/19
31/18 43/24 43/24 44/22
44/22 49/12 52/2 52/20
54/13 58/12 65/15 65/17
65/17 67/20 68/7 68/20
79/9 82/21 82/21 85/3
93/5 93/14 97/5 97/13
97/13 98/25 103/12
104/17 105/1 105/3
108/9 108/12 109/20
117/9 117/10 121/1
128/12 128/16 128/20
135/25 136/19 138/4
140/4 141/22 144/2
149/3 153/19 159/8
162/16 164/9 166/24
166/24 167/16 168/6
169/8 173/23 175/23
179/6 180/5 180/25
181/6 182/17 186/8
187/13 187/15 187/16
187/17 187/22 188/2
188/7 188/24 189/11
190/2 190/3 190/8 191/7
191/13 191/14 191/19
191/20 191/25 192/7
192/10 192/16 192/25
193/4 193/6 193/16
194/2 194/22 195/3
196/9 196/8 199/5
204/11 204/22 212/25
215/1 215/2 217/18
219/6 219/18 219/18
221/24 226/24 237/25
243/11 244/11 245/22
249/16 249/17 249/22
253/10 256/7 256/20
256/25 257/21 259/12
259/14 260/9 261/8
261/21 268/17 268/20
269/11 271/11 271/22

**Onea [1]** 23/10

**ones [8]** 34/24 35/24

77/7 89/14 145/8 187/20
195/7 259/9

**only [35]** 13/22 27/10
30/20 31/9 45/2 56/6
62/17 126/17 137/13
141/6 142/25 149/6
153/8 168/14 171/12
172/8 172/10 173/6
175/21 175/22 175/22
176/19 177/10 179/6
181/1 186/8 189/9
190/23 191/4 201/20
211/17 214/8 247/10
269/24 273/18

**open [34]** 5/11 6/21
18/16 41/1 76/9 132/15
137/24 182/20 185/14
199/4 199/24 202/9
203/10 203/21 204/2
204/3 204/5 215/10
227/5 227/7 243/13
245/24 251/17 251/18
256/3 257/6 259/2
261/11 262/22 265/14
265/17 266/5 267/13
270/11

**opened [14]** 204/7 204/8
205/23 225/14 225/19
225/20 241/3 241/4
241/8 241/10 242/25
251/4 251/9 251/16

**opening [2]** 2/8 7/13
164/23 165/4 165/16
165/17 171/9 177/13
177/15 177/16 178/3
178/7 183/2

**opens [1]** 232/21

**operation [1]** 11/20

**operations [1]** 248/25

**operator [3]** 45/14 45/16
93/7

**opinion [7]** 41/21 75/7
76/1 98/9 170/22 176/21
270/10

**opinions [1]** 13/4

**opportunity [7]** 33/12
35/6 74/19 96/8 119/6
172/17 185/20

**opposed [1]** 130/19

**optician [2]** 93/2 93/3

**optometry [1]** 93/2

**order [8]** 6/5 90/20
172/4 173/20 202/17
202/18 212/4 263/8

**orders [1]** 12/5

**organization [1]** 106/11

**orient [1]** 212/1

**originally [1]** 251/4

**ornaments [1]** 178/20

**Ortiz [1]** 215/2

**other [137]** 4/20 5/10
5/13 5/18 6/14 6/23 13/2
18/17 19/13 19/17 22/5
22/14 23/6 25/1 25/25
28/16 32/7 35/10 35/12
35/19 37/8 40/9 42/8

**O**

**other... [114]** 43/8 44/10
44/21 45/19 47/14 47/23
49/11 52/18 54/1 54/12
60/14 60/20 62/25 65/17
67/10 71/9 77/7 77/25
78/1 82/2 82/9 84/18
86/15 86/19 86/21 88/4
88/6 89/1 89/2 92/1 92/4
93/13 94/17 97/5 97/13
98/24 100/18 105/3
106/14 108/8 108/11
108/19 109/24 111/10
111/18 112/10 113/3
113/9 114/10 117/4
117/10 118/2 118/3
125/12 130/14 137/2
137/3 137/12 137/17
138/4 140/21 141/1
141/6 141/11 146/8
148/2 149/1 149/6 150/4
151/2 151/20 152/7
153/8 165/6 166/5
171/21 172/11 172/21
172/23 174/12 174/14
174/19 174/22 175/2
175/12 176/16 176/19
176/21 180/6 181/11
181/12 185/16 187/16
187/17 187/19 193/6
194/8 194/20 194/23
195/7 199/5 202/18
214/24 226/7 235/20
237/18 238/23 239/8
253/19 256/25 263/7
270/21 273/23 273/23

**others [5]** 43/8 153/2
174/21 190/16 194/7

**otherwise [4]** 29/12
150/25 175/13 187/23

**our [45]** 7/12 7/18 8/7
9/25 10/5 10/6 10/7
10/13 11/4 11/16 11/18
11/22 12/4 27/9 30/6
30/18 79/12 82/14 119/6
149/2 161/21 163/9
163/25 164/19 169/12
173/19 175/19 175/24
176/3 176/12 176/24
186/10 186/11 186/11
195/8 230/8 245/20
247/4 248/3 249/9
249/11 262/13 262/15
262/19 263/9

**ours [1]** 55/10

**out [63]** 5/18 8/2 12/11
19/21 23/7 23/13 25/9
27/8 27/9 40/11 40/12
63/10 108/2 114/22
128/9 135/18 135/24
141/16 142/24 143/8
147/14 163/18 168/18
173/8 181/21 183/14
187/19 187/21 190/9
190/18 193/7 193/16
194/8 194/14 199/10

203/19 208/16 213/1
216/1 216/11 219/23
220/2 223/12 225/3
235/20 239/12 249/10
249/17 249/22 252/13
252/24 253/1 253/11
253/19 254/14 259/12
262/21 263/5 263/16
266/25 268/16 272/12
273/6

**outcome [4]** 10/9 13/10
35/9 172/20

**outdated [1]** 239/22

**outdoor [1]** 125/12

**outline [3]** 177/13
187/14 194/3

**outlining [1]** 223/20

**outreach [4]** 71/7 125/4
125/7 125/9

**outs [2]** 113/9 151/11

**outside [25]** 13/19 19/2
47/15 47/23 84/18 86/19
89/2 90/22 91/2 100/18
101/25 104/1 108/20
117/4 124/10 138/14
170/23 176/22 183/7
199/18 199/20 205/14
206/13 249/20 263/12

**outward [1]** 196/7

**over [50]** 6/11 9/11 9/11
9/24 10/21 14/15 22/1
32/11 34/7 35/23 58/12
71/2 75/8 92/7 100/17
131/22 186/13 187/19
188/25 189/17 190/21
196/17 198/4 200/9
203/8 203/13 207/8
211/19 214/10 215/14
217/20 220/10 221/2
223/5 226/10 233/21
233/23 234/6 238/15
238/16 241/9 246/8
249/12 252/2 258/21
260/1 264/1 266/19
268/7 273/3

**overhead [2]** 223/9
250/10

**overrule [1]** 171/23

**overruled [4]** 203/7
206/14 234/14 257/5

**oversee [1]** 248/25

**overview [1]** 249/8

**Owens [3]** 120/19 164/1
169/4

**own [8]** 31/15 62/23
123/19 123/20 128/10
177/9 235/23 269/24

**owned [3]** 91/23 179/2
234/24

**owners [1]** 47/20

**owns [2]** 5/12 54/7

**P**

**P-E-A-R-S-O-N [1]**
246/15

**P-R-O-C-E-E-D-I-N-G-
S [1]** 3/1

**p.m [22]** 143/22 165/23
167/3 186/15 196/20
217/17 228/4 230/17
230/18 231/4 270/18
274/22

**packaged [2]** 262/8
266/13

**packet [1]** 185/23

**packing [1]** 27/8

**pad [1]** 193/13

**paddle [6]** 11/6 12/1
15/2 45/4 124/11 167/7

**paddles [6]** 78/22 138/3
167/10 167/16 168/2
169/15

**PAGE [2]** 2/2 2/12

**PAGES [1]** 1/6

**paint [1]** 62/23

**painter [1]** 52/3

**pair [1]** 263/14

**Palm [2]** 92/7 95/25

**pandemic [2]** 102/22 58/4

**panel [8]** 2/3 12/15
13/20 19/2 78/24 138/10
167/3 169/18

**pant [1]** 191/23

**pants [1]** 232/5

**paper [3]** 30/13

**papers [3]** 185/23
240/24 241/2

**paperwork [1]** 181/9

**parents [4]** 141/17
141/25 142/18 149/7

**parked [4]** 178/16
201/15 213/8 213/11

**parse [1]** 181/21

**part [18]** 5/14 12/20
13/7 22/5 43/25 44/1
58/11 63/20 172/15
181/3 181/3 182/2
191/23 212/11 215/25
217/19 223/13 261/25

**part-time [1]** 58/11

**participating [1]** 206/1

**particular [14]** 5/10
5/22 7/14 18/2 36/9
75/11 96/4 127/3 195/14
202/4 238/13 247/7
262/17 264/14

**particularly [6]** 36/9
37/8 129/7 150/8 236/5
255/5

**parties [12]** 3/6 9/15
10/2 15/4 18/18 19/14
19/21 164/23 166/8
176/20 256/17 270/4

**parties' [2]** 157/24
163/17

**partition [1]** 255/13

**partner [2]** 99/4 99/5

**partners [1]** 249/10

**parts [4]** 94/16 106/17
273/16 273/17

**party [5]** 145/7 161/20
162/15 166/1 176/10

**pass [1]** 125/15

**passed [3]** 129/20
129/23 129/24

**passenger [10]** 180/24
183/8 199/19 199/20
203/23 204/1 204/1
204/2 204/3 232/19

**passing [3]** 129/22 130/1
135/17

**past [5]** 36/23 40/13
96/17 123/23 191/20

**PATANZO [10]** 1/19
3/15 16/1 129/2 148/2
152/7 153/4 183/4
273/14 274/13

**patience [6]** 13/14 41/3
86/7 103/13 138/20
178/2

**patrol [6]** 86/23 87/1
87/7 208/16 208/17
247/19

**Paul [2]** 20/4 22/3

**pause [11]** 76/2 159/9
161/4 167/9 167/14
168/4 169/21 196/4
204/12 226/23 269/4

**payment [1]** 174/6

**payments [1]** 64/22

**PD [1]** 152/11

**Peacock [4]** 70/20
136/22 137/2 146/11

**PEARSON [11]** 2/19
20/5 20/7 22/3 22/8
215/1 219/25 246/1
246/3 246/12 246/15

**pencil [2]** 216/2 216/2

**pending [1]** 150/25

**people [13]** 31/23 34/20
43/1 137/18 170/24
173/25 175/15 214/24
235/20 247/5 247/6
249/18 272/4

**per [3]** 141/22 165/3
262/13

**Perell [1]** 132/25

**peremptories [5]** 4/21
158/25 160/21 161/9
162/3

**peremptory [23]** 4/19
154/11 154/14 155/17
155/23 156/13 156/23
157/4 157/23 158/2
158/8 158/14 158/16
158/24 159/14 160/11
160/12 160/20 161/8
162/5 162/16 163/6
163/8

**Perfect [1]** 47/7

**perfectly [1]** 44/1

**perform [1]** 10/7

**performing [1]** 29/13

**perhaps [3]** 146/19
227/16 273/7

**period [4]** 124/7 165/5
260/22 260/22

**permission [2]** 259/21
267/18

**permit [10]** 5/18 124/6
140/4 175/19 175/20
175/24 176/3 183/16
206/14 269/15

**permitted [5]** 11/12
12/19 171/22 270/7
270/8

**person [19]** 8/3 30/17
34/22 42/13 76/3 130/23
174/5 174/9 180/20
187/12 199/20 203/23
209/2 209/18 249/16
249/17 249/18 249/22
253/25

**personal [10]** 12/7 13/5
13/16 79/13 106/12
126/10 127/4 128/3
173/20 255/3

**personally [3]** 134/24
135/17 135/18

**personnel [1]** 11/17

**persons [2]** 14/3 19/22

**pertains [1]** 31/5

**PETER [4]** 1/19 3/15
15/25 183/4

**petroleum [2]** 101/22
101/25

**Petrulak [2]** 47/6 133/1

**phase [2]** 152/9 153/18

**phone [2]** 182/4 182/7

**phonetic [2]** 38/11
115/19

**photo [25]** 8/2 183/23
185/1 188/8 190/2
191/21 192/5 192/14
195/6 214/22 218/1
227/20 231/25 232/2
232/9 232/14 237/15
238/10 239/20 240/1
242/2 250/13 256/8
259/7 266/9

**photo 1 [1]** 188/8

**photo 2 [1]** 190/2

**photo 3 [2]** 191/21 192/5

**photo 7 [1]** 192/14

**photograph [13]** 220/20
227/12 227/24 235/21
235/24 236/5 236/10
239/17 242/12 243/13
244/24 252/5 255/16

**photographed [2]**
232/12 257/22

**photographing [3]**
244/21 249/13 249/15

**photographs [7]** 7/1 7/8
190/12 221/16 221/19
272/11 273/8

**photos [19]** 179/13
188/21 190/24 213/20
226/25 231/19 231/23
235/20 238/1 238/7
239/9 242/16 244/13
244/15 244/18 249/23
250/1 250/1 250/2

**Photoshop [4]** 187/15
187/19 187/21 189/22

**P**

**photoshopped [2]** 187/23 191/23
**phrase [1]** 12/22
**phrased [1]** 134/12
**phrases [1]** 176/17
**physical [8]** 29/11 111/17 111/19 132/8 184/15 184/16 185/17 256/25
**physician [1]** 84/25
**physicians' [1]** 90/18
**pick [6]** 13/8 24/9 24/15 27/21 27/24 142/3
**picked [3]** 61/11 78/17 178/13
**picking [4]** 28/3 185/7 263/6 270/24
**picture [19]** 201/12 210/12 212/2 217/23 218/2 219/2 225/7 226/16 227/14 233/25 234/1 235/17 236/19 238/4 238/21 239/14 252/17 259/9 265/15
**pictures [7]** 210/4 210/5 210/15 210/16 222/5 225/5 249/24
**piece [6]** 171/4 235/8 238/4 264/17 265/12 265/13
**PIERCE [10]** 1/2 1/15 1/18 9/22 179/20 198/18 208/25 249/2 250/15 275/8
**piling [1]** 185/6
**pill [3]** 228/15 244/2 244/3
**Pinellas [1]** 112/8
**pink [2]** 199/1 199/1
**pistol [2]** 14/20 263/21
**PITTAWAY [65]** 1/16 2/15 2/18 3/14 5/24 6/14 8/9 15/22 15/23 16/15 16/17 16/20 17/11 23/9 23/13 39/7 129/2 129/14 132/21 140/8 142/15 144/7 144/18 145/2 145/13 145/19 146/1 146/6 146/17 147/11 148/22 150/13 150/22 151/15 152/15 153/14 154/12 154/21 155/5 155/20 156/9 158/17 160/22 162/20 163/13 164/3 165/1 183/1 183/3 186/9 188/2 202/1 204/16 204/18 205/17 213/24 214/7 222/21 223/1 226/6 231/10 231/12 234/15 273/14 274/5
**pixilated [1]** 6/19
**pixilation [1]** 195/4
**place [8]** 174/11 174/13 176/4 176/5 176/7

**Plaintiff [1]** 1/5
**plan [2]** 4/16 212/2
**planned [1]** 270/22
**planning [3]** 226/21 246/4 270/19
**plans [2]** 28/6 28/8
**plants [1]** 89/1
**plastic [3]** 233/9 233/13 263/9
**plate [4]** 213/11 215/6 250/25 251/2
**play [2]** 147/14 195/1
**plea [2]** 30/15 274/7
**pleasant [1]** 270/13
**please [122]** 3/7 4/5 4/16 7/13 8/20 10/17 11/6 11/14 12/7 12/8 12/12 12/13 13/14 13/20 13/23 13/25 15/1 17/15 19/24 22/17 23/9 26/15 27/3 27/18 28/19 35/16 36/18 38/5 40/1 45/2 45/4 45/7 47/8 49/2 53/13 56/11 59/16 62/8 66/19 76/12 78/21 78/22 80/2 80/8 81/19 83/10 84/3 84/15 86/7 88/22 90/12 97/22 98/18 100/3 101/19 103/15 105/22 107/24 109/15 113/21 118/16 119/10 122/10 124/10 138/3 138/9 168/20 169/10 169/15 170/2 177/3 185/9 185/13 192/9 192/16 193/21 195/23 197/1 197/4 197/6 200/10 201/24 202/6 207/4 207/9 207/10 207/11 207/13 209/9 209/10 216/12 216/18 216/20 217/2 230/14 245/13 245/14 246/11 246/13 246/18 248/17 254/11 255/5 255/24 256/2 257/7 259/2 260/20 261/9 261/11 265/1 265/2 265/24 267/13 268/10 268/21 269/6 269/21 270/9 270/14 270/17 271/5
**pled [1]** 274/7
**plumbing [4]** 54/7 54/10 54/11 54/13
**point [17]** 7/14 7/21 8/6 11/5 20/23 21/16 34/10 56/15 126/8 143/4 164/20 173/17 226/23 246/6 248/13 250/24 272/9
**pointed [2]** 5/18 236/18
**pointing [1]** 187/21
**points [1]** 11/10
**police [19]** 41/23 55/8 61/19 64/1 72/1 83/11

83/13 88/22 97/23 98/1 104/19 112/8 112/19 114/18 115/2 115/6 152/18 181/3 198/2
**policing [1]** 208/18
**policy [1]** 262/13
**Polo [2]** 179/6 235/14
**poorly [1]** 134/12
**pop [1]** 117/1
**Port [2]** 61/16 63/12
**Port Salerno [1]** 63/12
**portable [4]** 4/7 15/12 132/23 192/16
**portion [5]** 194/14 212/14 257/23 264/11 264/12
**pose [3]** 133/19 134/25 236/8
**position [11]** 71/10 127/4 144/13 145/11 149/22 151/5 163/17 233/22 247/2 247/21 247/24
**positioned [2]** 194/15 205/25
**positioning [2]** 195/8 240/24
**positions [7]** 80/12 86/19 109/25 114/10 247/16 247/25 248/1
**positive [2]** 36/10 37/9
**possess [1]** 42/13
**possessed [5]** 14/19 42/11 178/10 178/10 182/19
**possessing [2]** 139/4 193/18
**possession [8]** 5/11 38/22 39/3 131/16 182/3 182/15 184/22 186/7
**possibility [2]** 112/24 151/23
**possible [6]** 8/4 31/8 79/8 147/3 151/22 187/2
**possibly [6]** 27/24 123/16 125/19 151/16 151/17 250/4
**posting [1]** 175/9
**potential [3]** 7/15 19/22 149/19
**potentially [1]** 20/4 141/15 147/19
**Power [5]** 86/17 88/24 89/10 96/18 109/17
**practice [1]** 93/2
**practiced [1]** 65/10
**pre [2]** 165/6 166/24
**pre-admission [2]** 165/6 166/24
**preadmit [1]** 274/2
**preadmitted [3]** 3/25 166/16 272/9
**precautions [1]** 10/23
**precise [1]** 5/5
**prefer [1]** 13/18 37/22
**preference [1]** 193/24

**prejudice [10]** 7/4 7/5 8/16 42/25 43/3 43/3 172/20 188/23 188/23 189/1
**prejudicial [6]** 7/6 7/17 188/3 189/2 190/25 193/9
**preliminary [6]** 3/22 10/22 164/22 170/6 170/10 178/1
**premature [2]** 176/1 176/2
**premise [1]** 238/2
**premised [1]** 8/14
**premises [2]** 174/11 174/13
**preoccupied [1]** 185/6
**prepared [1]** 164/23
**preparing [2]** 122/18 122/20
**preschool [1]** 77/9
**prescription [1]** 228/15
**presence [3]** 13/19 19/2 124/10
**present [15]** 131/22 133/8 135/5 135/13 173/11 177/15 177/17 177/20 177/22 182/21 205/22 230/21 250/8 267/17 268/17
**presentation [3]** 5/14 149/12 271/16
**presented [45]** 12/10 13/2 42/1 42/3 44/12 44/18 45/1 47/1 50/11 56/6 57/20 59/12 62/3 64/16 66/14 68/13 70/11 72/15 74/15 83/24 85/18 88/18 90/7 92/20 94/3 95/17 99/20 101/14 103/5 105/16 107/18 109/11 110/17 112/16 113/3 118/12 120/14 123/21 126/18 133/14 139/16 170/19 176/16 177/6 270/11
**presenting [2]** 11/12 133/25
**presently [1]** 86/10
**presents [1]** 75/11
**preserved [2]** 10/5 166/21
**presiding [1]** 9/24
**press [5]** 216/2 216/11 216/12 253/22 254/21
**pressure [1]** 58/18
**presume [2]** 28/8 148/5
**presumed [3]** 30/16 30/17 173/4
**presumption [3]** 30/7 30/10 131/13
**pretty [4]** 63/21 145/9 146/23 263/15
**prevent [32]** 46/25 48/22 50/10 53/8 56/4 57/19 59/11 62/2 64/14

66/13 68/12 70/10 72/14 74/14 83/22 85/17 88/16 90/6 92/19 94/2 95/16 99/19 101/13 103/3 105/15 107/16 109/10 110/16 112/15 118/10 120/13 122/6
**previously [19]** 6/7 14/22 36/4 42/12 42/14 61/4 69/18 79/23 124/23 125/3 126/3 146/13 163/16 191/21 202/16 202/20 266/17 267/24 273/23
**primary [1]** 90/16
**principal [1]** 88/24
**principle [1]** 124/9
**principles [2]** 30/5 170/9
**printed [4]** 187/4 272/23 272/24 273/2
**prior [38]** 45/18 49/11 51/5 53/21 56/16 57/8 60/1 60/2 62/20 64/6 65/2 69/6 71/5 73/14 74/13 80/13 82/2 90/25 91/11 91/11 94/13 98/5 98/25 99/1 109/22 111/10 115/15 136/24 159/13 163/15 165/17 179/7 181/1 201/20 202/3 242/8 242/16 249/25
**priors [1]** 136/20
**prison [5]** 52/4 52/6 113/8 138/24 151/10
**private [6]** 13/19 33/6 37/22 38/3 124/10 138/6
**privately [4]** 19/2 33/13 91/23 136/17
**privilege [1]** 183/4
**probably [7]** 53/24 72/21 74/21 106/7 139/19 142/24 181/24
**probation [2]** 112/6 112/10
**probative [3]** 7/7 194/5 194/5
**problem [3]** 23/21 28/3 42/2
**procedure [5]** 23/9 210/5 249/15 250/5 264/13
**procedures [1]** 25/20
**proceed [11]** 8/25 17/16 29/7 32/9 143/13 152/8 168/17 197/13 231/6 246/18 257/7
**proceeding [3]** 12/20 19/3 73/1
**proceedings [33]** 1/9 10/16 10/19 17/17 18/16 38/6 40/2 41/1 74/24 76/9 79/2 136/14 137/24 143/22 167/9 167/14 168/4 169/21 185/10 185/11 185/14 196/4

**P**

proceedings... [11] 201/25 203/10 204/12 230/17 245/16 245/24 256/18 257/6 270/2 274/22 275/3
process [6] 11/13 13/25 27/6 136/13 261/25 262/2
processing [2] 250/6 263/4
profession [5] 9/4 35/2 35/25 41/16 183/21
professional [5] 18/5 52/3 77/6 116/13 183/24
profiles [1] 181/18
program [2] 174/14 247/4
programmer [1] 73/11
programming [1] 73/14
project [2] 58/8 62/12
Project LIFT [1] 62/12
promise [2] 150/15 150/25
promised [1] 175/23
prompt [1] 270/15
promptly [3] 143/20 174/8 269/22
pronounce [2] 45/9 137/5
pronouncing [1] 135/22
proof [19] 30/7 31/7 31/9 31/12 31/13 32/8 32/11 32/19 132/1 132/3 132/6 133/3 135/1 135/3 135/4 136/3 173/7 173/9 173/18
property [7] 91/10 120/2 179/1 198/23 206/15 206/16 212/17
proposed [2] 5/6 6/24
props [3] 183/25 183/25 184/3
prosecuted [1] 36/24
Prospective [3] 140/20 140/23 143/12
protect [1] 263/6
protected [1] 10/6
protection [2] 263/13 263/18
protest [1] 75/6
protocol [1] 250/6
prove [15] 14/12 29/22 30/3 31/2 31/7 32/12 32/20 33/21 33/24 132/4 133/11 134/8 135/5 173/11 173/15
proven [4] 34/8 34/11 36/23 173/5
proves [2] 170/22 171/1
provide [9] 8/21 19/23 20/23 33/21 76/22 133/5 143/5 175/8 263/17
provided [2] 8/5 12/2
provides [1] 263/9
province [1] 43/19

proving [2] 30/25 131/15
pry [1] 13/15
public [5] 1/17 71/7 125/4 125/6 125/9
publicized [1] 18/22
publish [7] 201/23 203/12 211/21 214/15 260/4 264/20 266/22
publishing [1] 229/4
pull [1] 266/25
pulled [6] 190/18 219/23 220/2 252/24 252/25 253/19
punishable [1] 14/23
purely [1] 149/16
purifiers [1] 10/25
purple [1] 240/6
purpose [6] 5/15 12/23 13/16 172/8 172/10 172/11
purposes [3] 7/13 226/21 246/4
push [2] 25/9 125/23
put [22] 8/3 11/14 36/11 37/10 43/7 127/6 146/16 150/16 167/10 168/2 173/13 181/14 196/9 232/9 232/17 240/18 252/24 261/8 261/9 262/14 265/24 268/12
putting [1] 240/16

**Q**

qualifications [1] 12/18
qualified [1] 175/23
quality [3] 11/2 194/12 195/3
question [35] 5/21 11/14 12/9 21/16 22/9 33/16 41/12 43/12 68/20 79/24 126/13 132/9 133/3 133/20 134/6 135/1 135/25 137/17 140/4 147/16 150/23 165/8 171/14 171/16 171/20 171/23 171/25 172/1 172/2 176/6 198/25 236/8 238/14 238/23 259/24
question nine [1] 5/21
questioned [4] 14/2 148/8 148/9 149/10
questioning [6] 5/2 13/13 13/15 13/18 124/7 146/12
questionnaires [3] 3/20 8/23 9/15
questions [42] 2/5 2/6 4/22 5/1 5/3 5/6 5/7 5/13 5/16 5/17 5/17 5/19 5/20 5/23 12/17 12/20 39/4 75/21 76/6 79/12 79/14 79/19 79/23 100/12 115/21 126/2 128/23 140/7 141/22 151/21

152/12 152/13 171/11 171/12 204/13 206/21 231/1 231/7 245/4 245/8 256/24 268/25
questions one [2] 5/7 5/17
quickly [4] 44/23 142/23 153/10 245/14
quite [7] 57/6 62/23 64/1 137/9 143/1 146/20 245/17
quote [2] 31/6 147/4

**R**

race [2] 113/5 151/7
radio [2] 93/15 174/18
raise [15] 11/6 12/2 12/14 15/1 35/16 45/4 124/11 149/6 152/8 167/7 167/16 170/2 197/4 207/11 246/11
raised [11] 29/5 29/6 30/11 127/23 131/19 131/20 151/21 163/17 190/19 202/20 273/23
Ralph [3] 217/13 235/14 258/2
Ramona [3] 16/10 163/19 168/25
ran [2] 40/10 40/11
Randy [7] 20/5 20/17 20/18 20/20 20/24 21/3 21/17
rank [4] 198/12 247/3 248/2 248/24
ranking [1] 55/9
rap [3] 129/6 129/7 180/2
rapper [1] 183/21
Ray [2] 163/21 169/1
reach [6] 35/3 44/3 59/1 170/15 185/19 186/2
reached [12] 46/15 46/17 48/15 55/25 66/3 68/5 83/1 87/20 105/12 117/22 121/23 252/25
reaching [28] 46/25 50/10 57/19 59/11 62/2 64/15 66/13 68/12 70/10 72/14 74/14 83/23 85/17 88/17 90/6 92/19 94/2 95/16 99/19 101/13 103/4 105/15 109/10 110/16 112/15 118/11 120/13 172/12
reaction [1] 188/19
read [16] 14/25 15/1 19/21 20/11 23/7 23/13 31/4 36/4 42/19 163/18 164/22 170/5 174/16 176/12 218/8 269/19
reading [2] 18/23 29/8
ready [2] 79/7 186/17
real [5] 31/10 63/11 178/24 178/24 184/4
really [17] 9/8 55/9

55/10 75/7 79/15 115/1 115/3 115/4 126/12 131/5 133/7 133/8 149/16 153/9 181/10 193/24 249/25
realtor [4] 53/19 53/22 54/2 111/1
rear [8] 199/12 199/15 199/17 221/15 264/12 264/12 265/12 265/18
reason [14] 13/17 14/3 24/8 24/14 24/18 31/11 39/8 39/10 39/15 44/10 151/22 152/4 180/14 190/18
reasonable [14] 14/12 29/23 30/3 31/3 31/6 31/9 31/10 31/13 33/25 34/9 132/4 133/13 173/16 186/8
reasonableness [2] 35/11 172/22
reasons [3] 6/7 37/20 263/4
recall [43] 55/5 65/21 87/15 146/19 147/1 148/13 206/12 212/13 219/24 224/13 225/18 225/21 227/11 232/11 232/14 232/16 233/6 233/9 233/13 233/16 233/25 236/16 236/17 236/18 238/22 238/25 239/14 241/1 241/7 242/2 242/3 243/11 243/18 244/4 244/14 244/21 244/23 251/16 252/2 254/4 255/9 255/12 262/5
recalls [1] 6/25
receipt [24] 179/6 179/8 181/10 181/11 181/15 216/21 217/9 217/10 217/14 217/16 217/19 217/23 225/17 233/19 233/20 233/23 235/15 235/16 252/1 252/10 252/14 252/17 252/19 252/24
receipts [6] 256/7 257/17 257/20 257/21 258/2 258/6
received [5] 10/12 165/9 171/20 171/24 172/1
recent [2] 112/19 239/19
Recently [1] 69/18
recess [14] 8/22 9/14 9/17 78/25 79/2 143/22 164/20 165/20 165/23 230/13 230/17 246/5 273/5 274/3
recognize [25] 19/25 20/11 20/16 21/12 22/20 23/6 23/13 179/15 201/5 209/14 210/23 214/24 220/14 222/13 224/16

228/20 250/10 250/20 251/7 254/18 256/4 257/14 261/13 266/6 267/14
recognized [1] 10/5
recollection [3] 146/19 148/15 254/25
reconsider [1] 189/3
record [28] 6/8 33/15 128/21 129/10 131/10 131/19 131/24 149/4 187/7 187/17 189/5 190/10 195/24 200/18 202/19 202/22 206/20 222/24 223/12 226/2 229/2 245/3 248/17 248/19 255/21 261/2 268/23 271/17
recorder [1] 193/15
recording [8] 97/3 97/4 180/5 222/3 224/14 226/16 239/16 239/19
recordkeeping [1] 262/18
recovered [3] 244/8 244/9 259/8
recruiting [1] 54/21
rectangle [2] 223/18 223/21
rectangular [3] 237/14 237/19 238/24
red [8] 130/23 233/3 237/3 237/17 238/20 239/25 240/14 240/17
redact [1] 7/24
redacted [4] 7/3 166/14 187/9 187/11
redaction [13] 6/20 165/8 165/10 186/21 187/14 189/2 189/10 189/16 191/17 193/8 193/9 193/10 274/14
redactions [21] 6/8 6/12 6/17 6/18 6/24 7/6 7/9 7/20 8/1 8/15 8/16 188/18 188/18 188/20 188/23 190/1 190/20 190/22 272/18 273/3 273/4
redirect [1] 270/21
refer [1] 165/16
reference [7] 7/14 20/23 21/16 137/6 147/3 188/1 214/2
referenced [5] 38/9 112/11 136/24 138/20 144/11
referencing [1] 272/20
referring [1] 23/24
reflect [4] 129/11 131/19 200/18 248/17
reflected [1] 129/13
reflects [3] 131/24 200/20 248/19
regarding [18] 6/17 6/23 39/11 39/18 41/8 41/14

**R**

regarding... [12] 129/18
131/16 135/1 173/20
183/21 184/7 188/20
190/19 198/15 241/15
244/13 274/6
regardless [4] 35/2
35/25 41/7 41/13
regards [3] 212/25
228/6 228/11
registered [1] 183/15
regularly [1] 184/1
reinsurance [2] 108/6
108/12
reject [71] 153/22 154/5
154/8 154/9 154/12
154/13 154/15 154/17
154/21 154/23 155/3
155/5 155/10 155/18
155/20 155/22 155/25
156/2 156/7 156/8 156/9
156/11 156/12 156/14
156/16 156/21 156/22
156/25 157/2 157/3
157/6 157/9 157/15
157/19 157/21 157/22
158/5 158/7 158/10
158/12 158/13 158/21
158/23 159/1 159/3
159/7 159/11 159/17
160/1 160/3 160/7 160/9
160/10 160/14 160/17
160/19 161/3 161/5
161/7 161/10 161/12
161/24 162/1 162/2
162/7 162/10 162/20
162/23 162/25 163/1
163/4
rejected [1] 154/10
rejects [1] 155/14
related [9] 10/22 101/13
108/7 173/24 174/3
174/17 174/21 176/14
202/21
relation [2] 203/24
211/11
relationship [4] 22/8
55/13 98/4 98/8
relationships [2] 83/17
104/21
relative [1] 138/20
relative's [3] 53/4 61/22
64/6
relatives [5] 71/19 83/14
83/15 83/17 97/25
released [5] 113/8
138/24 139/11 147/8
151/10
relevance [2] 236/6
236/11
relevant [2] 79/19
213/25
relied [1] 239/8
religion [2] 100/5 150/7
religious [1] 137/6
relocating [1] 27/6

rely [2] 31/14 177/8
remain [8] 30/8 33/18
168/20 169/10 173/12
207/9 230/15 269/6
remaining [2] 163/8
180/19
remarks [2] 98/12
171/10
remarried [1] 61/6
remember [24] 46/11
55/8 55/9 55/19 57/6
58/23 68/2 82/19 117/17
121/18 139/2 177/2
180/17 206/15 206/15
206/16 206/17 211/3
212/2 233/11 251/19
269/19 270/3 270/9
remind [3] 7/22 9/9
153/24
reminded [2] 258/14
269/14
reminder [2] 4/17
153/18
remove [5] 11/12 202/7
207/10 209/10 246/9
removed [2] 219/21
221/8
removing [1] 262/3
render [6] 29/12 30/20
30/21 44/11 44/17
175/21
rendered [1] 43/17
Renee [2] 25/4 25/7
renew [1] 7/5
renewing [1] 8/17
repeat [2] 184/24 242/11
repeatedly [1] 9/9
rephrase [5] 132/9
134/5 134/13 238/14
240/23
replicas [3] 183/24
183/25 184/3
reported [2] 1/23 174/18
reporter [4] 1/24 11/4
11/22 275/6
reporter's [1] 176/21
represent [2] 15/24
187/13
representation [1] 239/8
represented [2] 19/17
253/12
representing [1] 183/4
request [5] 25/8 25/14
174/5 257/4 259/23
requesting [1] 164/24
require [1] 33/20
required [9] 29/22 34/18
34/25 100/9 123/20
173/18 174/2 270/6
270/11
requirement [1] 11/8
requires [3] 173/19
176/12 181/17
requiring [1] 136/2
rescheduled [1] 125/20
research [8] 9/7 9/10

9/11 174/20 174/22
174/25 176/14 269/23
reservation [1] 126/4
reservations [1] 126/7
reserve [2] 4/20 147/23
reserved [1] 153/25
residence [20] 179/21
198/17 198/25 199/5
199/12 199/15 199/17
210/4 210/8 211/2 212/8
212/10 213/9 213/12
214/21 215/9 226/17
236/23 236/25 244/11
resigns [1] 115/18
resist [1] 200/22
resource [1] 247/4
resources [1] 249/9
respect [2] 5/10 165/6
respective [1] 11/17
respects [1] 13/7
respond [2] 29/17 36/21
responded [3] 14/10
29/19 152/11
response [5] 18/12 25/13
35/18 73/5 151/15
responsibilities [4] 43/6
207/25 208/14 248/22
responsibility [1] 136/8
responsible [3] 206/11
237/17 238/20
rest [1] 149/13
restate [2] 32/18 41/12
restaurant [3] 98/20
98/22 99/7
restrooms [1] 179/22
rests [1] 31/1
result [1] 181/19
resume [8] 143/20 180/9
229/24 246/6 269/4
269/7 270/14 270/20
resumed [3] 79/3 143/23
230/18
retail [7] 67/20 84/21
102/6 110/1 119/2
119/18 119/19
retire [2] 44/1 269/16
retired [18] 51/18 61/16
61/18 61/20 69/5 69/18
74/3 78/24 82/8 85/22
88/1 88/11 92/6 94/12
114/3 138/10 186/15
270/18
retirement [1] 94/13
retiring [1] 69/7
return [8] 18/15 78/21
138/2 167/12 168/22
169/14 174/6 183/17
review [5] 3/21 5/1 6/21
153/9 165/11
reviewing [1] 186/3
revisit [1] 188/21
rewind [1] 7/21
rhinestone [1] 255/6
Rhode [3] 24/10 24/16
24/17
Rhode Island [3] 24/10

24/16 24/17
ribs [1] 24/23
Richard [1] 23/11
rid [1] 187/19
ridges [1] 178/20
rifling [1] 206/5
right [413]
right-hand [6] 192/12
212/15 216/12 223/13
223/21 251/13
riots [1] 75/5
rise [23] 9/16 9/18 78/20
79/1 79/4 80/2 138/9
143/21 143/24 146/24
151/23 152/21 165/22
165/24 167/4 169/17
186/14 196/19 230/11
230/19 231/3 270/17
274/21
risk [1] 76/23
River [2] 21/20 48/5
RMR [2] 1/23 275/6
RN [2] 82/8 84/16
RNs' [1] 90/19
road [2] 208/16 208/16
Robert [2] 56/12 86/8
Robinson [1] 23/10
role [10] 10/10 10/20
13/10 51/7 64/25 67/2
86/13 114/24 199/10
209/22
RONELL [15] 1/6 3/5
14/19 15/24 178/8 179/8
181/9 183/5 198/15
217/15 228/17 248/6
248/8 252/22 258/4
room [39] 11/2 30/20
34/8 44/2 44/3 168/22
169/14 177/4 177/8
177/24 179/25 180/4
180/7 180/11 181/11
186/13 212/6 212/7
212/7 222/16 224/5
224/21 224/22 226/17
226/19 227/5 228/8
228/18 229/6 229/14
229/14 230/2 241/7
242/3 242/18 243/11
244/12 269/17 270/24
rooms [4] 175/4 175/11
210/7 212/4
Roughly [1] 247/6
round [3] 180/18 262/7
262/22
rounds [3] 179/18 262/5
268/10
route [2] 60/19 60/21
routinely [1] 184/1
rubber [1] 263/10
rude [1] 270/5
rule [3] 153/25 166/1
166/7
ruled [1] 202/16
rules [9] 13/10 79/10
150/21 171/19 171/22
173/2 175/17 176/23

176/25
ruling [12] 7/15 7/22
7/24 8/13 8/14 147/23
149/25 153/25 165/17
188/16 189/3 202/25
rulings [2] 6/6 190/13
run [2] 7/15 134/16
runs [1] 23/19

**S**

S-A-L-I-B-A [1] 207/15
S-I-M-O-N [1] 261/3
safety [2] 10/23 265/4
said [46] 11/23 15/12
25/7 29/15 30/12 30/15
31/1 33/20 34/5 38/22
42/15 42/18 45/1 69/11
81/5 91/13 91/17 103/19
115/8 126/24 135/16
140/9 140/9 141/7
141/25 142/9 142/20
146/23 147/2 148/12
149/18 150/7 150/10
151/13 151/22 152/1
169/11 177/3 177/9
177/16 180/10 188/2
190/21 190/24 264/11
270/14
Salerno [1] 63/12
sales [1] 229/2
salesperson [1] 108/3
SALIBA [8] 2/16 20/7
207/7 207/12 207/15
230/22 231/1 231/8
same [54] 11/13 21/3
21/16 23/9 32/10 34/4
34/23 36/6 39/2 41/4
78/21 91/12 99/6 108/10
124/8 124/9 133/2
133/19 135/1 147/13
153/14 176/5 176/6
180/12 180/15 182/17
205/24 209/18 215/9
221/9 221/14 222/21
228/18 229/6 229/14
230/2 236/8 238/23
238/23 242/5 250/24
254/24 258/9 258/15
258/18 259/9 259/20
261/18 263/23 263/24
266/12 266/17 268/1
268/5
sample [1] 165/10
San [1] 75/6
San Francisco [1] 75/6
Santiago [1] 20/7
Sarah [1] 90/13
Sarhan [2] 84/2 145/23
save [1] 153/20
saw [10] 152/12 170/20
170/23 171/15 171/17
200/3 209/6 209/18
248/8 259/9
say [22] 8/10 8/11 34/7
34/10 70/16 75/22 75/25
81/4 123/17 133/12

**S**

say... [12] 139/18 156/10
178/20 181/25 189/13
204/22 215/14 218/3
218/6 229/12 245/18
252/19
saying [11] 11/5 11/6
11/24 14/11 24/12 29/20
34/23 140/14 195/9
202/2 202/20
says [5] 43/25 172/15
189/6 238/15 252/22
scale [2] 211/4 239/2
scenario [1] 147/14
scene [6] 176/10 204/21
204/22 231/16 249/9
263/4
schedule [7] 23/19 23/22
24/2 116/12 125/23
141/8 245/20
scheduled [5] 23/24
25/17 26/21 141/9 142/7
scheduling [6] 25/1
26/18 28/16 40/4 64/20
274/6
school [12] 26/22 26/22
53/23 63/11 63/12 63/13
93/12 104/2 108/20
144/24 247/4 247/8
schools [1] 108/18
scissors [2] 259/3 261/11
scope [3] 205/14 206/13
249/21
scratch [2] 44/6 264/18
screen [7] 90/25 215/25
216/3 224/16 253/15
254/10 254/21
screens [1] 215/24
search [14] 174/15
175/13 182/5 182/6
202/9 205/2 205/9
205/18 209/25 213/21
237/22 242/9 249/5
251/10
searched [2] 183/10
244/11
searching [9] 210/10
210/14 212/3 215/13
221/20 237/17 237/21
238/2 249/19
season [1] 58/12
seat [16] 4/18 130/7
131/25 132/25 133/16
134/19 135/21 144/19
153/18 158/13 164/21
183/7 183/8 195/22
195/22 199/19
seat 1 [1] 131/25
Seat 12 [1] 144/19
seat 2 [1] 132/25
seated [92] 3/9 3/18 9/20
11/21 12/16 15/8 15/17
16/2 16/24 19/4 19/11
21/7 21/25 22/12 23/5
24/25 25/24 26/12 27/1
27/15 28/15 29/3 32/6

37/6 40/23 42/5 47/4
49/1 50/14 53/11 56/10
57/24 59/15 62/7 64/18
66/18 68/17 69/1 70/18
73/8 78/8 78/22 79/6
80/4 81/14 84/1 84/11
86/5 88/21 90/11 92/24
94/6 96/4 96/13 98/14
99/23 101/17 103/8
105/20 107/21 109/14
110/21 113/18 115/24
118/15 119/8 120/18
122/9 124/5 138/12
143/25 154/19 155/1
155/8 156/5 156/19
157/11 157/17 159/5
159/21 161/15 162/15
167/6 169/23 170/4
183/6 186/16 196/21
197/11 230/20 231/5
246/17
seats [1] 169/20
Seattle [1] 115/11
Sebring [2] 86/11
104/19
second [8] 7/3 7/24
154/14 156/13 173/9
176/6 191/13 195/4
secretary [2] 106/8
106/10
Section [1] 14/24
Section 922 [1] 14/24
security [8] 12/4 12/7
91/12 91/17 91/18 91/20
102/2 205/18
sedan [1] 249/5
see [105] 4/16 9/15
13/10 15/3 16/5 18/19
19/15 19/20 20/12 23/8
23/14 24/3 27/24 29/10
29/14 30/11 30/24 31/18
32/15 32/17 33/14 33/19
34/3 34/16 35/7 35/20
38/2 40/14 42/9 42/23
43/11 43/15 43/21 44/2
44/9 44/21 57/16 61/25
78/12 101/3 122/5
127/23 129/10 134/15
138/8 139/12 140/19
143/10 167/17 168/9
172/18 176/8 178/12
178/22 179/23 180/4
182/6 182/7 182/9
182/10 184/10 184/21
186/5 186/13 189/24
191/17 191/24 194/3
194/4 194/6 194/16
194/18 194/20 195/2
199/16 200/3 200/6
201/21 206/7 209/2
215/11 216/1 216/16
222/21 225/15 230/5
230/9 230/16 232/20
233/25 243/20 248/11
251/1 253/11 254/7
256/17 257/24 259/6

260/10 265/5 265/19
267/20 270/5 272/15
274/18
seeing [4] 8/16 29/6
251/19 262/4
seek [1] 193/17
seeking [2] 183/17
273/10
seem [1] 152/18
seemed [1] 149/11
seen [8] 9/5 27/23 55/11
115/3 181/12 191/10
227/12 253/10
select [2] 10/8 12/24
selected [6] 36/12 37/10
52/14 95/12 164/16
168/19
selecting [1] 162/17
selection [5] 4/18 4/19
13/24 143/14 216/1
selling [1] 139/5
send [1] 30/19
senior [1] 100/17
sense [4] 31/11 140/16
206/2 272/5
sent [1] 262/8
sentence [1] 43/18
separate [2] 262/12
262/17
separately [2] 262/8
266/13
sequence [1] 152/3
sequestration [1] 166/2
sergeant [3] 247/23
247/25 248/24
serial [2] 180/14 180/15
series [10] 6/25 183/22
184/5 184/14 188/24
189/12 194/9 194/23
214/3 272/19
serious [1] 176/24
serve [17] 12/18 13/11
13/25 23/23 24/1 36/12
37/10 39/19 42/20 48/23
100/9 101/8 134/21
135/14 151/1 168/19
168/24
served [72] 46/3 46/6
48/10 48/18 49/23 50/4
52/9 52/12 54/22 55/16
56/24 57/11 58/20 59/3
60/24 61/2 61/8 63/15
64/10 65/18 69/24 70/2
71/17 72/7 73/21 74/10
77/15 77/21 78/1 80/20
81/7 82/17 83/3 83/11
85/7 85/10 86/12 87/10
87/13 90/2 92/13 92/16
93/21 95/10 95/13 99/14
99/16 101/3 101/6
102/12 102/15 105/5
105/7 107/5 107/8 109/1
109/3 110/7 110/9
111/24 112/1 114/13
117/11 117/14 120/7
120/10 121/14 121/16

123/1 123/3 130/10
152/18
server [2] 98/20 99/7
serves [1] 71/25
service [13] 10/13 10/16
13/3 28/7 54/7 54/10
60/6 108/7 114/17
129/23 130/1 130/13
199/7
service-related [1]
108/7
services [1] 76/22
serving [4] 56/5 107/16
122/7 152/17
session [3] 23/16 28/2
79/5
set [6] 75/12 139/1 147/5
196/1 242/16 242/22
Seth [4] 3/10 15/19 20/4
271/20
sets [2] 176/24 272/11
setting [2] 123/22
187/10
settings [1] 183/24
seven [20] 14/20 17/1
145/21 158/25 178/12
178/18 180/13 182/8
182/15 183/11 184/23
186/7 189/18 189/21
192/11 192/12 195/10
207/24 253/7 263/21
seven years [1] 207/24
several [4] 6/25 30/4
83/9 83/12
Shane [5] 20/8 23/11
23/24 143/8 199/23
share [1] 38/8
shared [1] 128/2
Sharon [1] 103/17
she [73] 11/21 11/22
11/25 24/23 26/3 26/4
26/7 26/20 26/23 26/24
34/23 40/5 40/6 40/10
40/14 40/15 40/19 42/14
47/24 49/20 49/20 65/9
82/9 85/4 95/3 95/25
97/1 97/5 97/6 100/24
108/17 108/19 108/21
137/8 142/22 145/9
148/4 148/9 148/10
148/10 148/11 148/12
148/22 149/11 149/14
149/16 149/17 149/20
151/6 151/8 151/9 151/9
151/11 151/12 151/13
151/13 151/14 151/14
151/17 151/18 151/19
151/22 152/1 152/1
152/2 164/9 164/11
164/13 164/13 187/15
187/19 273/21 273/21
she'd [2] 164/10 164/14
she's [14] 11/19 11/19
40/5 47/22 65/7 82/8
95/2 95/23 96/24 97/3
102/6 120/1 141/20

151/12
sheets [1] 242/15
shelf [1] 225/1
shell [1] 180/6
sheriff [1] 61/17
sheriff's [25] 21/1 22/25
48/5 50/19 50/21 51/6
51/12 88/10 92/7 123/8
123/11 197/18 198/4
207/22 207/23 208/1
208/10 208/15 208/17
208/19 210/9 246/24
247/2 247/10 247/17
sheriffs' [1] 83/12
Sherman [4] 59/18
59/21 163/20 169/1
shifts [1] 185/7
shirt [26] 215/1 218/15
218/15 218/16 218/17
218/20 234/21 234/23
234/24 235/2 235/2
235/3 236/4 236/6
236/10 236/11 248/16
253/17 253/19 253/25
254/2 254/7 259/7
259/14 260/5 261/9
shoes [4] 241/9 241/10
241/13 241/15
shoots [4] 178/24 183/23
183/23 185/1
shop [2] 8/2 94/16
shopping [3] 233/9
233/13 233/16
short [5] 100/19 212/12
247/12 247/18 247/19
shortly [1] 138/24
shot [1] 251/14
should [16] 28/3 72/21
134/23 147/22 164/23
171/4 171/13 177/7
177/8 190/12 196/8
230/22 232/17 243/16
269/20 270/5
show [95] 30/9 33/17
127/15 127/18 132/12
182/14 184/22 186/25
187/8 188/5 188/9
189/14 189/15 189/25
190/20 192/9 193/18
194/9 194/21 194/23
194/24 200/25 203/16
210/17 212/18 213/7
213/10 213/23 215/3
215/17 217/7 217/18
217/22 217/25 218/1
218/13 218/14 218/18
218/19 218/21 218/22
219/12 219/20 220/16
221/7 221/24 222/12
222/20 224/3 224/4
224/15 225/9 225/10
225/13 225/22 226/14
226/15 226/25 227/4
227/15 228/5 228/20
229/9 229/10 229/17
229/23 242/1 244/2

**S**

**show... [27]** 250/9
250/10 250/20 251/7
251/22 251/23 252/7
252/16 252/23 253/4
253/9 253/15 253/16
254/6 254/17 254/20
254/21 255/15 255/18
258/10 260/24 261/17
265/12 266/2 266/25
267/12 267/13
**showed [5]** 183/17
191/21 205/8 205/13
267/24
**showing [26]** 186/6
190/2 192/25 195/6
210/23 214/18 215/7
215/16 219/20 220/13
221/6 221/12 221/22
225/12 227/3 227/23
228/11 232/4 233/18
253/3 253/8 253/24
256/2 259/4 262/1 266/5
**shown [6]** 6/20 43/24
179/16 217/14 253/12
255/22
**shows [5]** 112/23 193/5
224/16 251/24 253/5
**shuttle [2]** 45/14 45/15
**sic [4]** 132/25 161/16
229/11 261/12
**sick [1]** 185/8
**side [29]** 4/19 14/2 124/8
140/4 141/22 165/3
171/21 187/22 192/11
192/12 199/3 199/4
204/1 204/2 204/3 204/4
206/3 212/15 216/12
218/3 223/13 223/21
224/10 225/7 225/11
232/19 234/6 240/1
251/13
**sidebar [8]** 17/13 33/7
137/13 201/21 245/16
256/17 258/18 259/20
**sides [5]** 3/20 43/13
126/5 163/7 273/10
**sight [6]** 29/12 264/12
264/12 265/12 265/18
265/19
**sights [1]** 178/21
**signed [1]** 183/22
**signs [1]** 6/18
**Sikorsky [3]** 66/22
66/24 67/5
**silent [3]** 30/8 33/18
173/12
**silky [1]** 240/7
**silver [1]** 219/1
**similar [9]** 5/17 43/12
72/19 127/15 147/17
149/23 175/6 190/1
263/10
**similarity [1]** 113/6
**Simon [4]** 179/12 260/21
260/22 261/1

**simply [9]** 14/4 14/10
36/11 37/10 130/25
171/1 177/13 269/18
270/6
**since [10]** 27/23 47/13
63/10 106/6 139/10
147/8 173/12 207/24
208/21 247/8
**sincere [2]** 9/25 34/22
**sincerity [1]** 34/25
**singing [1]** 180/3
**single [4]** 45/25 49/15
198/25 236/22
**single-story [1]** 198/25
**singles [2]** 180/10
229/13
**Singletary [2]** 232/6
251/15
**sir [129]** 18/20 18/24
19/1 20/14 20/16 21/3
22/17 22/20 23/2 24/5
24/21 26/12 27/3 32/23
33/4 33/11 36/16 36/20
37/2 37/13 37/17 37/23
38/7 38/9 39/10 39/24
40/3 40/16 41/17 41/24
49/1 56/11 56/19 62/8
63/6 63/16 64/18 64/19
66/17 66/21 67/16 67/22
68/20 70/19 71/12 73/4
73/10 73/17 74/25 75/17
76/8 78/16 81/19 82/2
82/5 83/16 84/1 84/2
84/3 86/6 86/9 86/13
88/16 96/14 97/9 98/12
100/8 100/12 103/7
109/14 113/21 114/5
115/6 115/23 118/20
119/10 119/12 122/24
123/24 124/4 124/19
125/10 126/21 126/23
127/14 127/24 128/19
129/18 130/5 130/8
130/10 131/7 132/25
133/15 138/22 139/14
139/23 140/9 140/18
196/16 197/3 197/11
199/9 199/14 200/5
200/17 200/24 203/20
204/10 207/8 207/20
214/23 221/11 224/2
227/6 230/14 246/8
246/9 246/17 251/11
253/21 255/1 255/11
259/15 261/1 261/20
267/20 269/6 269/12
**sister [3]** 112/6 141/19
171/16
**sister's [1]** 112/10
**sit [3]** 14/4 43/7 150/11
**site [2]** 96/18 175/11
**sits [3]** 97/13 178/9
251/25
**sitting [4]** 191/14 200/13
217/20 252/1
**situated [1]** 203/24

**situation [8]** 52/6 102/20
126/15 140/25 144/3
144/23 147/17 181/20
**situations [1]** 43/2
**six [8]** 5/7 63/1 63/21
111/9 111/14 145/14
145/15 174/20
**six years [4]** 63/1 63/21
111/9 111/14
**Sixteen [1]** 32/3
**sixth [1]** 158/16
**size [1]** 260/22
**size 34 [1]** 260/22
**sketch [1]** 211/2
**skip [1]** 162/18
**skipping [1]** 195/22
**slate [1]** 173/8
**sleeve [1]** 218/15
**slide [3]** 220/18 221/15
262/22
**slow [1]** 148/17
**small [10]** 54/7 69/9
178/23 178/24 179/18
191/18 223/18 265/17
265/18 265/24
**smelled [1]** 170/21
**Snapchat [1]** 175/5
**so [234]** 5/4 5/8 6/4 6/20
7/3 8/4 8/22 8/23 9/11
10/10 11/3 11/4 11/7
11/25 12/3 13/13 13/22
14/11 15/1 17/14 18/3
18/10 19/7 19/9 19/24
23/17 23/24 24/12 24/17
24/23 25/11 26/22 27/24
28/1 28/2 28/8 29/25
31/13 31/24 32/23 33/25
34/18 35/16 36/5 36/24
37/2 37/21 38/3 38/8
38/13 40/6 40/12 40/16
43/10 45/2 54/17 56/22
58/16 63/7 67/19 70/6
73/3 75/4 75/7 75/18
78/22 79/17 82/13 89/12
94/24 95/25 100/5 100/8
100/25 104/25 108/24
112/25 113/12 115/5
119/6 122/15 122/16
128/18 129/12 130/22
134/12 135/24 136/12
136/22 137/10 138/6
139/22 140/11 141/8
141/11 142/12 142/14
143/1 148/18 150/24
151/19 151/22 152/20
153/9 153/19 154/3
159/12 159/14 162/15
164/4 164/17 164/20
164/22 165/3 165/15
166/7 166/11 166/21
167/8 169/6 169/24
170/12 175/18 175/23
176/18 178/8 181/1
181/13 182/19 185/13
185/14 185/14 185/17
186/12 186/24 187/6

187/15 187/18 188/3
188/9 188/16 188/24
189/1 189/4 189/5 189/9
190/9 190/12 191/6
191/10 191/10 191/23
191/25 192/6 192/23
192/25 193/5 194/1
194/5 195/11 195/12
195/21 195/21 196/7
198/23 200/20 202/4
202/6 202/9 202/22
203/4 205/24 206/3
209/4 210/6 210/14
211/25 213/5 216/11
216/24 223/25 224/7
226/22 231/19 231/23
233/13 235/20 236/3
236/25 237/25 238/6
238/13 238/15 238/19
239/8 239/15 239/22
240/19 242/5 242/13
244/16 244/25 247/8
248/13 248/24 249/25
250/7 250/25 253/11
253/12 253/13 256/19
257/13 257/24 260/9
262/1 262/2 262/13
262/18 262/23 263/3
263/4 263/16 264/17
265/5 265/20 265/20
270/15 271/4 273/1
273/23 274/1 274/1
274/10
**social [9]** 9/4 9/10 175/4
175/6 175/12 179/13
179/16 182/3 182/14
**soda [1]** 117/1
**soft [1]** 192/22
**soft-spoken [1]** 192/22
**sold [1]** 100/20
**sole [3]** 26/23 43/18
163/8
**solely [40]** 13/1 13/16
41/25 42/2 44/12 44/18
44/25 47/1 50/11 57/20
59/12 62/3 64/15 66/14
68/13 70/11 72/15 74/15
83/23 85/18 88/17 90/7
92/20 94/3 95/17 99/20
101/14 103/4 105/16
107/18 109/11 110/17
112/16 113/2 118/11
120/14 123/21 139/16
170/18 176/15
**some [53]** 10/11 10/15
12/19 12/20 13/5 14/3
23/20 25/11 26/22 98/1
110/2 112/25 113/6
113/9 115/3 115/18
115/21 124/17 126/2
126/24 128/6 128/8
138/21 139/20 139/23
140/2 152/2 152/12
152/13 170/6 170/8
170/22 172/8 176/20
179/22 180/6 181/4

181/17 181/19 184/6
184/17 193/10 193/15
194/11 202/24 234/7
234/7 237/8 249/13
250/1 250/2 262/16
264/13
**somebody [8]** 40/25
61/4 132/3 193/15 210/9
221/20 236/9 249/20
**someone [6]** 34/21 139/1
141/13 170/20 199/19
223/25
**someone's [1]** 170/22
**something [15]** 13/19
19/8 23/25 40/12 125/19
125/20 125/22 128/8
132/5 171/13 179/9
185/12 210/11 215/14
228/23
**sometimes [4]** 43/1 43/2
170/25 172/4
**somewhere [1]** 265/20
**son [7]** 49/17 49/19 52/4
58/17 63/9 65/15 144/23
**son's [1]** 52/5
**soon [2]** 119/23 136/13
**sorry [42]** 4/3 6/1 24/11
25/6 27/25 37/15 43/1
54/11 63/6 63/23 70/14
79/15 79/17 85/20 87/2
94/23 115/20 122/19
124/21 129/22 134/5
148/18 155/12 156/10
157/8 158/5 159/23
161/18 162/14 191/20
192/3 192/4 192/15
192/18 192/21 193/12
227/6 233/8 242/11
270/20 271/4 272/3
**sort [4]** 38/16 39/23
182/10 215/20
**sorts [5]** 193/22 198/3
208/13 208/13 247/16
**Soto [1]** 101/21
**sound [3]** 11/2 81/21
180/6
**sounding [1]** 139/19
**source [3]** 90/16 174/23
176/19
**south [8]** 1/14 27/6
52/21 212/7 219/8
236/21 243/24 275/7
**South Carolina [2]** 27/6
52/21
**SOUTHERN [6]** 1/1
10/2 14/18 15/7 15/16
169/13
**space [1]** 97/7
**spacecraft [1]** 94/16
**speak [18]** 11/3 11/25
11/25 12/3 12/23 18/20
19/1 37/22 95/23 96/8
119/6 124/9 131/12
136/16 137/5 185/21
195/13 273/6
**speaking [6]** 11/15

**S**

**speaking... [5]** 12/24
29/9 34/22 91/3 129/4
**special [21]** 3/10 13/5
15/19 23/21 25/1 26/21
26/22 28/16 60/7 60/12
111/6 164/13 176/17
198/8 198/9 198/11
208/19 247/20 248/3
249/1 263/12
**specialist [4]** 26/24
114/11 116/23 144/24
**specific [4]** 137/13
178/11 178/21 248/22
**specifically [11]** 17/23
100/16 116/10 126/3
147/2 147/19 175/7
209/24 237/24 241/8
249/2
**specifics [1]** 128/7
**specify [1]** 202/2
**speed [1]** 186/11
**spell [3]** 91/15 197/7
261/1
**spelled [1]** 197/9
**spelling [2]** 207/14
246/14
**spend [3]** 28/9 143/1
151/19
**spent [1]** 247/19
**spoke [3]** 95/20 159/12
205/11
**spoken [3]** 41/10 129/18
192/22
**sporting [1]** 119/20
**spot [1]** 268/12
**spouse [23]** 47/19 51/17
54/6 60/17 65/6 69/17
82/7 84/24 87/25 88/1
88/3 89/8 91/9 93/10
96/23 100/23 102/5
104/7 106/21 108/16
114/7 114/9 116/22
**spread [2]** 263/5 263/7
**squad [1]** 128/8
**square [3]** 212/8 223/13
237/14
**St. [18]** 14/18 16/18 19/5
20/25 22/4 22/24 50/18
50/21 51/11 61/16 62/13
64/1 96/18 96/24 116/8
197/18 207/22 246/24
**St. Lucie [18]** 14/18
16/18 19/5 20/25 22/4
22/24 50/18 50/21 51/11
61/16 62/13 64/1 96/18
96/24 116/8 197/18
207/22 246/24
**Stacey [3]** 21/11 163/23
169/2
**stacked [1]** 243/3
**stand [11]** 12/13 15/13
18/20 45/4 168/20
169/25 196/17 197/1
207/9 230/23 260/10
**standard [1]** 9/9

**standing [13]** 3/14 15/24
168/20 169/10 193/6
199/2 199/18 202/15
205/25 207/9 214/24
224/5 251/12
**standpoint [1]** 143/7
**STAR [1]** 208/17
**start [9]** 20/12 24/3 24/4
124/13 138/13 146/9
208/10 262/13 270/12
**started [7]** 3/23 59/24
91/11 106/7 144/1
208/16 270/15
**starting [10]** 15/5 16/7
23/16 38/4 102/2 140/5
143/15 153/21 169/20
248/21
**starts [1]** 173/8
**state [18]** 46/11 46/13
55/19 55/21 74/4 83/12
97/15 104/17 139/3
146/15 147/7 197/6
202/22 207/13 246/13
250/3 253/13 262/1
**stated [10]** 6/7 21/13
134/23 136/6 148/23
151/9 152/13 214/10
226/10 266/17
**statement [5]** 151/20
177/13 177/15 178/7
183/2
**statements [5]** 2/8 152/3
171/8 171/9 177/16
**states [17]** 1/1 1/4 1/10
3/9 9/23 14/24 15/7
15/16 15/18 30/13 31/2
114/12 147/19 150/16
196/23 197/23 275/7
**stations [1]** 101/23
**statistic [1]** 181/25
**statistician [2]** 109/23
109/25
**statistics [2]** 181/17
181/21
**status [1]** 186/22
**stay [5]** 4/4 100/24
111/12 121/2 138/7
**stayed [2]** 239/4 242/18
**step [4]** 132/22 138/14
224/23 262/3
**Stephen [1]** 122/12
**sterile [1]** 273/8
**Steve [4]** 62/9 66/20
163/21 169/1
**still [9]** 36/24 36/24 64/2
100/2 123/10 133/9
134/17 167/18 168/10
**stint [2]** 247/12 247/19
**stops [1]** 199/3
**storage [1]** 242/19
**store [3]** 106/17 119/20
179/6
**stories [1]** 128/3
**story [2]** 98/10 198/25
**Stotler [1]** 20/4
**strap [1]** 265/4

**streamline [1]** 4/14
**street [6]** 1/17 199/6
219/8 236/21 237/1
243/24
**stress [1]** 10/12
**stricken [8]** 144/9
144/21 145/5 145/15
145/21 147/22 162/18
172/4
**strictly [1]** 18/4
**strike [3]** 152/5 153/19
163/6
**strikes [1]** 153/20
**striking [2]** 145/23
146/3
**striping [1]** 248/16
**strong [4]** 36/10 128/11
128/15 129/7
**struck [1]** 153/5
**structural [2]** 62/22
63/19
**Stuart [1]** 95/24
**student [6]** 80/11 80/13
84/17 111/5 117/10
122/12
**studs [3]** 179/14 179/15
218/25
**study [2]** 106/1 122/13
**studying [1]** 122/15
**stuff [2]** 19/6 180/1
**style [1]** 265/19
**subject [17]** 11/8 36/8
42/7 163/14 163/16
177/1 186/21 201/20
202/3 202/9 211/17
213/25 214/8 220/7
220/25 223/3 226/7
**subjects [1]** 257/3
**submitted [3]** 25/8 79/12
79/23
**subsequent [1]** 146/13
**substance [3]** 82/15
230/14 269/7
**substantially [1]** 5/20
**substantive [1]** 193/23
**such [6]** 23/22 23/23
170/23 172/17 175/4
194/13
**Sue [2]** 164/1 169/4
**sufficient [2]** 151/23
202/3
**sufficiently [3]** 42/7
116/6 154/3
**suggests [2]** 171/14
194/25
**Suite [1]** 1/20
**suited [1]** 14/4
**summarize [3]** 177/22
186/4 188/15
**summons [1]** 10/12
**Sunday [1]** 28/13
**supervise [1]** 247/5
**supervisor [2]** 96/20
97/6
**supervisors [1]** 247/6
**supervisory [1]** 248/1

**supplying [2]** 3/20 174/6
**support [2]** 76/20 77/5
**supposed [4]** 27/8
126/14 126/17 196/6
**suppress [3]** 166/21
202/15 202/18
**suppression [2]** 202/21
202/24
**sure [25]** 79/10 81/1
100/6 100/7 112/20
126/12 128/9 132/9
136/15 141/5 142/21
142/22 143/3 167/5
168/11 173/21 176/4
187/25 215/21 232/8
245/15 265/1 268/13
274/1 274/13
**surgeries [1]** 23/24
**surgery [12]** 26/4 26/6
40/6 95/23 95/23 95/25
140/25 141/9 142/1
142/7 142/18 149/8
**surprises [1]** 273/22
**sustain [2]** 171/24 172/1
**Sustained [1]** 205/16
**swabbing [1]** 273/21
**swabs [1]** 273/8
**swayed [2]** 112/18
130/24
**swear [10]** 100/5 100/10
150/7 150/11 150/12
150/17 164/21 169/24
170/1 246/10
**sweat [1]** 263/15
**Sweater [1]** 233/8
**swore [1]** 150/10
**sworn [11]** 2/3 2/7 12/12
12/15 170/3 170/8 197/1
197/5 207/9 207/12
246/12
**sympathy [10]** 42/24
43/3 131/17 133/10
133/21 133/25 135/2
135/6 135/8 136/2
**system [6]** 10/10 10/13
30/6 97/2 97/15 138/21
**systems [1]** 102/2

**T**

**T-shirt [2]** 218/15
218/20
**tab [2]** 216/6 216/11
**table [8]** 3/9 15/8 15/17
131/14 131/22 131/22
195/17 200/14
**tabs [1]** 224/19
**tagged [1]** 264/16
**take [51]** 4/13 7/11 8/21
12/6 13/13 16/12 19/12
24/9 24/15 26/3 78/17
100/8 137/25 142/9
149/14 172/16 177/2
177/3 177/8 186/10
187/1 194/8 196/2
210/12 215/15 219/2
221/16 221/19 225/5

225/7 226/22 227/14
230/4 230/8 234/5
236/18 238/1 238/3
238/6 238/10 239/9
239/14 244/13 244/15
249/24 254/14 256/3
257/12 259/3 262/9
271/5
**taken [13]** 6/4 9/12 9/17
35/17 204/9 204/10
206/15 209/2 225/19
227/12 242/2 255/7
261/18
**taking [12]** 10/23 11/22
96/1 177/1 206/12 210/3
210/5 210/14 210/16
242/16 249/23 252/13
**talk [19]** 9/3 143/16
143/17 173/23 175/19
175/20 175/24 185/22
185/22 186/3 209/24
221/23 223/10 268/20
269/18 269/21 270/7
270/8 272/14
**talked [3]** 64/19 182/10
187/12
**talking [12]** 9/2 12/3
166/13 166/14 166/16
175/1 178/22 188/3
194/14 198/23 213/13
248/14
**Tampa [1]** 58/19
**teacher [14]** 53/24 54/2
63/12 71/8 77/9 82/3
88/2 99/2 108/21 111/1
111/2 111/7 125/4 125/7
**teacher/administrator
[1]** 54/2
**teaching [2]** 71/10 88/4
**team [1]** 208/17
**tear [1]** 75/6
**tech [5]** 63/2 63/3 93/11
93/14 109/25
**technical [1]** 116/23
**technically [1]** 150/9
**technician [2]** 49/6 67/1
**technicians [1]** 262/9
**technologist [2]** 103/18
103/19
**technology [4]** 109/18
175/6 186/11 239/22
**teen [2]** 70/23 124/24
**teenagers [1]** 62/12
**telemarketer [1]** 52/3
**telephone [1]** 175/3
**television [1]** 174/18
**tell [55]** 8/4 19/25 22/17
26/15 27/3 27/18 28/19
36/18 45/7 47/8 49/2
53/13 56/11 59/16 62/8
63/18 66/19 67/9 68/9
76/12 80/8 81/19 83/10
84/3 84/15 86/7 88/22
90/12 90/17 96/9 96/14
97/21 98/18 100/3
101/19 103/15 105/23

**T**

tell... [18] 107/24 109/16
113/21 114/16 118/16
119/10 122/11 138/22
173/25 174/8 182/11
192/7 200/7 234/1
235/17 239/9 269/12
273/19
telling [1] 105/11
tells [1] 175/25
tempted [1] 9/8
ten [4] 5/15 78/18 86/23
100/17
ten minutes [1] 5/15
ten years [2] 86/23
100/17
tend [1] 41/21
Teresa [1] 11/19
term [1] 14/23
terminology [1] 249/11
terms [2] 35/23 270/19
testified [1] 172/18
testify [9] 33/22 34/5
34/13 130/23 130/24
173/11 173/13 173/14
273/20
testifying [5] 11/11 35/8
35/9 76/2 172/19
testimony [40] 19/23
34/18 35/4 35/4 35/5
35/11 35/11 126/9
126/11 126/17 129/5
130/18 130/25 131/23
132/16 166/4 170/20
172/13 172/14 172/16
172/21 172/22 174/15
176/4 176/7 176/15
177/11 183/21 184/9
184/12 184/12 184/20
185/15 185/15 185/16
230/15 245/17 269/7
269/25 270/25
testing [1] 181/20
Texas [3] 27/23 27/23
111/14
text [1] 175/3
than [19] 14/4 19/17
43/8 52/18 75/8 76/4
77/25 86/21 92/2 118/2
118/4 132/13 137/2
148/6 177/10 181/11
191/7 226/7 273/23
thank [246] 6/2 9/13
9/19 10/13 12/16 15/14
15/21 16/2 16/12 16/23
18/14 18/20 19/11 20/2
20/9 21/6 21/24 22/12
23/4 24/24 25/24 27/1
27/14 28/1 28/15 29/3
29/4 32/6 32/18 33/11
36/20 37/6 37/17 38/7
39/24 40/20 40/22 40/24
41/2 41/9 41/20 43/10
44/14 44/20 46/20 47/4
49/1 49/22 50/8 50/14
51/10 53/11 56/9 57/16

57/23 59/15 60/9 60/14
61/7 62/6 63/3 64/18
66/17 67/15 68/10 68/16
68/18 68/25 70/8 70/18
72/23 72/23 73/7 74/22
74/25 75/20 76/5 76/8
76/10 76/15 76/17 78/7
78/16 78/23 78/25 79/6
79/25 80/1 80/4 81/6
81/13 81/15 84/1 84/10
85/23 85/23 86/5 86/6
88/20 90/10 90/21 92/23
94/6 96/5 96/6 96/9
96/12 97/14 98/11 99/23
99/24 101/17 103/7
103/9 103/13 103/25
104/4 105/19 105/21
106/19 107/21 109/14
110/20 113/10 113/17
115/23 117/3 118/14
119/7 120/17 121/13
122/9 124/4 124/14
125/13 125/24 126/21
127/13 128/18 128/25
129/1 129/12 130/5
130/8 131/7 132/19
133/15 134/11 134/15
135/20 136/1 136/9
136/10 137/22 137/23
138/11 138/19 140/7
140/18 140/19 140/24
142/14 143/9 143/11
161/22 167/1 167/11
167/15 168/2 168/13
169/12 169/16 169/22
169/24 170/4 178/2
182/24 182/25 186/9
196/12 196/25 197/10
197/11 197/12 197/14
200/12 203/11 204/13
204/15 206/22 206/24
206/25 207/2 207/16
211/23 214/14 214/16
216/10 217/6 221/1
222/23 222/25 223/4
226/1 227/9 227/18
230/6 230/7 230/24
231/2 231/8 231/9
231/15 245/5 245/8
245/9 245/10 245/11
246/2 246/16 246/17
254/13 257/8 258/14
258/25 260/7 260/12
260/16 260/23 261/4
261/10 264/5 265/7
266/18 267/3 267/19
268/6 268/15 268/19
269/1 269/2 269/9
270/16 271/6 274/4
274/20
Thanks [1] 267/7
that [1119]
That' [1] 243/24
that's [75] 4/3 4/8 4/11
8/17 9/9 15/13 21/23
24/10 24/15 52/2 79/21

86/4 89/2 91/1 97/16
102/2 126/13 131/13
135/18 139/7 139/12
152/24 159/16 160/12
166/23 179/11 179/17
179/24 180/14 180/15
181/22 183/11 189/6
190/23 191/13 191/15
192/4 196/10 196/10
201/6 201/15 210/8
213/13 213/16 215/5
217/14 218/8 218/10
221/8 222/14 223/19
223/24 227/12 235/18
236/25 237/18 237/18
237/19 238/5 238/16
239/19 242/10 242/12
243/12 243/20 249/11
250/24 258/6 260/15
261/25 262/22 268/25
272/5 272/22 274/10
their [32] 10/8 11/12
11/17 33/9 35/25 35/25
38/5 41/6 41/16 44/16
55/10 79/20 83/17 90/19
90/19 98/5 126/14 129/8
133/5 135/5 136/8
137/12 141/7 151/21
163/7 166/4 167/25
171/8 171/10 173/20
177/22 181/4
them [55] 5/1 7/11 9/5
9/10 12/9 55/11 78/23
79/7 88/25 90/20 95/24
96/1 96/1 97/12 98/8
126/10 133/10 133/14
134/2 135/6 141/6
142/24 143/1 143/8
149/14 164/21 164/21
164/22 171/7 174/1
174/2 175/20 175/25
177/3 177/18 188/19
188/25 191/3 191/7
195/22 195/23 196/2
234/3 241/1 258/4 258/7
258/9 263/12 263/16
270/5 270/8 271/3
272/24 272/24 273/10
themselves [4] 15/5 16/4
17/6 175/25
then [63] 4/13 4/19 5/20
7/13 8/12 8/16 8/24 9/14
11/21 25/12 25/19 33/8
60/6 61/18 61/19 65/16
69/9 74/22 91/19 121/7
134/18 135/25 139/4
149/13 153/19 163/8
163/25 166/23 168/17
171/23 171/25 177/15
177/17 177/21 177/23
181/9 187/15 189/24
191/17 193/10 195/17
198/3 199/5 202/15
203/2 208/20 208/20
210/11 212/4 214/9
217/3 225/17 227/1

245/22 246/5 246/6
249/10 249/23 252/7
260/22 270/25 271/15
271/19
therapist [4] 54/20
111/17 120/22 120/24
therapy [1] 111/19
there [214] 3/24 4/14
4/17 5/2 5/23 6/10 6/17
7/22 7/24 8/2 8/15 9/1
9/3 11/8 18/7 21/17 22/7
23/21 24/20 25/10 30/4
32/11 32/12 32/20 33/14
39/10 39/18 42/18 43/6
43/12 44/3 44/7 46/24
48/6 48/21 50/9 51/11
52/5 53/3 53/7 55/12
56/3 57/7 57/18 59/10
59/25 61/21 62/1 63/20
64/5 64/13 66/12 68/11
70/9 72/3 72/13 72/25
74/5 74/12 75/4 77/2
78/3 81/9 83/16 83/21
85/16 87/6 88/15 90/5
92/18 94/1 95/15 99/18
100/19 101/11 102/22
103/2 104/20 105/14
107/15 107/20 109/9
110/15 112/9 112/14
113/1 114/23 118/5
118/9 120/12 122/5
123/13 124/21 125/1
125/7 127/21 131/14
131/17 131/21 133/13
136/16 136/17 136/18
136/19 138/4 139/14
139/20 141/1 142/5
142/17 146/8 148/23
149/19 151/25 152/2
152/19 152/20 164/9
166/20 170/6 171/19
173/2 177/9 179/10
180/1 180/22 181/9
181/24 183/24 184/21
185/23 187/13 188/1
188/17 189/10 189/12
189/24 190/15 190/22
191/6 191/21 191/24
193/8 194/1 194/1 194/7
194/8 194/11 195/7
197/19 197/23 199/7
199/18 200/9 200/13
202/23 206/2 206/4
208/18 209/2 212/5
212/20 212/22 216/2
213/16 216/21 217/3
219/12 222/2 225/18
227/11 232/18 233/6
233/9 233/11 235/6
237/25 238/6 238/16
240/11 240/18 241/19
242/10 242/15 246/25
249/21 251/4 251/12
251/16 251/18 252/1
253/19 253/25 257/25
261/8 261/22 262/2

262/4 262/11 262/22
262/24 263/5 264/9
264/24 265/5 265/20
265/22 268/11 268/11
271/9 272/8 272/10
272/10 273/22
there's [52] 7/2 7/3
131/13 131/19 140/2
143/14 147/12 150/16
150/17 150/23 166/17
168/9 179/8 179/9
179/10 179/11 180/4
180/17 180/18 181/24
187/11 187/20 187/22
189/12 190/17 191/2
192/13 194/11 195/1
199/1 199/4 199/5 210/3
210/6 212/11 216/1
216/5 223/11 223/12
223/14 223/15 223/17
223/20 230/5 232/14
253/18 263/11 264/7
264/13 265/4 267/1
270/23
therefore [1] 173/7
these [41] 3/21 5/2 6/25
7/7 10/16 14/15 19/22
30/5 34/4 36/6 83/14
170/10 175/17 176/23
183/24 185/10 185/14
187/20 188/20 189/20
190/15 191/2 191/4
193/22 194/21 195/14
195/20 219/18 232/1
241/15 242/21 243/2
243/3 243/4 243/7 243/7
243/10 254/24 256/21
258/2 263/2
they [124] 6/10 6/24
7/19 8/4 9/7 11/2 11/12
19/18 19/18 25/17 30/6
39/14 43/13 48/17 49/18
52/1 54/18 55/10 56/2
56/22 58/16 63/8 65/14
67/19 70/6 82/13 83/1
89/12 94/25 96/1 97/11
104/25 107/13 108/24
117/8 121/25 133/8
133/10 133/14 135/5
135/7 139/3 141/5 141/7
141/8 141/12 142/9
142/19 142/20 142/25
145/7 147/6 152/4
153/10 169/15 175/18
177/10 178/14 179/4
179/19 179/20 179/22
180/7 180/8 180/9
180/10 180/11 180/12
180/14 180/22 181/4
181/6 181/7 181/12
181/14 181/14 181/16
181/18 181/21 181/22
182/3 182/5 182/13
183/10 183/10 184/16
184/16 187/13 190/21
190/21 190/24 190/25

USA vs. RONELL BERNARD BRYANT
Case 2:21-cr-14014-AMC   Document 174   Entered on FLSD Docket 07/24/2022   Page 306 of 310

Page 306

**T**

**they... [32]** 191/2 195/21 203/24 210/10 210/13 210/15 210/16 215/13 215/14 215/15 221/21 224/1 231/1 231/25 233/11 238/4 239/14 242/25 247/25 249/17 249/21 255/12 257/16 257/19 258/4 258/5 259/11 263/15 263/15 263/17 266/12 270/7
**they'll [1]** 210/11
**they're [15]** 5/15 42/3 166/4 167/23 167/25 178/24 183/25 187/18 191/10 194/15 202/20 210/10 263/11 270/5 270/6
**they've [1]** 57/14
**thing [9]** 4/3 9/1 40/9 75/5 99/6 115/19 115/22 138/4 152/14
**things [26]** 10/21 35/7 36/23 115/3 123/17 125/12 137/19 138/5 152/12 165/25 171/6 172/18 178/21 179/5 181/6 187/12 193/22 195/6 210/3 210/6 219/6 222/2 222/5 263/7 269/11 269/13
**think [108]** 5/12 5/21 6/4 6/11 9/3 9/7 9/11 12/23 21/4 22/1 24/3 25/7 28/2 29/5 37/3 38/20 38/25 39/21 40/22 42/6 42/20 48/22 51/12 59/19 61/16 61/17 61/19 62/2 68/19 73/9 75/1 75/11 76/11 80/5 80/6 86/4 94/7 96/7 97/6 98/5 98/13 106/20 107/23 113/12 115/4 115/16 116/6 118/16 126/8 126/18 127/6 127/20 136/5 137/15 138/2 138/20 139/1 139/14 140/1 141/9 142/19 143/6 144/11 145/9 146/20 146/22 146/23 147/12 147/13 148/5 148/7 148/8 149/16 149/19 150/15 150/17 150/18 150/22 151/17 151/17 151/22 151/23 151/25 152/13 152/20 152/20 154/2 168/14 171/5 171/13 187/12 188/14 194/21 195/19 202/14 206/16 212/20 212/22 227/14 233/11 235/1 236/18 245/19 256/23 271/9 272/20 273/7 273/10
**thinking [5]** 63/13 126/9

133/9 149/12 149/13
**thinks [1]** 171/21
**third [5]** 51/4 108/21 155/23 156/23 173/15
**thirgy [1]** 245/20
**Thirteen [1]** 66/25
**Thirteen years [1]** 66/25
**Thirty [2]** 17/1 28/18
**Thirty-seven [1]** 17/1
**Thirty-two [1]** 28/18
**this [310]**
**those [64]** 7/10 10/25 11/1 12/2 19/25 20/10 29/20 34/23 38/3 75/12 82/24 83/17 97/25 98/5 104/21 118/6 127/21 128/23 130/17 138/6 138/7 147/20 151/19 173/22 182/9 182/10 182/12 182/12 184/8 184/8 185/24 189/14 190/8 190/18 192/16 206/17 214/15 222/5 222/21 223/5 240/24 241/2 241/12 241/20 241/23 242/23 252/13 256/21 256/23 257/3 257/12 257/14 257/18 259/9 259/24 263/10 268/6 272/12 272/19 272/23 273/2 273/4 273/11 274/2
**though [4]** 148/8 211/8 224/22 265/9
**thought [9]** 8/19 134/12 137/8 146/22 152/16 152/17 155/12 166/13 245/18
**three [17]** 5/19 16/5 20/12 25/11 56/15 62/17 63/9 89/13 168/9 173/2 174/8 179/21 181/1 197/25 212/6 214/5 270/23
**three months [3]** 56/15 62/17 181/1
**threshold [4]** 224/6 224/8 224/25 226/18
**thrilled [1]** 10/11
**through [32]** 5/19 44/22 115/14 116/4 136/17 139/13 188/19 194/1 194/9 206/5 206/8 208/8 208/14 212/19 213/5 213/5 214/3 214/4 214/5 214/7 214/9 223/25 224/22 224/25 225/23 226/4 226/10 247/15 251/3 262/2 265/4 272/20
**throughout [10]** 4/4 11/9 131/15 133/22 134/3 135/3 136/3 184/1 185/4 262/15
**thumb [1]** 187/6
**Thursday [7]** 23/17 26/7

27/2 28/25 141/3 149/13 151/16
**ticket [3]** 180/8 222/3 228/8
**tickets [1]** 23/24
**tie [1]** 248/16
**Tiffany [3]** 76/16 163/21 169/1
**time [81]** 3/25 7/21 8/6 12/19 13/13 26/2 28/9 30/20 34/20 36/24 38/3 57/14 58/6 58/11 71/3 78/17 79/15 80/11 84/17 100/20 124/7 124/9 128/3 134/15 135/24 138/3 138/25 142/3 142/6 142/7 143/1 143/5 143/14 152/8 152/12 164/18 164/19 164/24 165/17 166/20 167/6 167/16 174/4 181/21 185/8 185/22 196/2 199/25 206/11 209/23 210/13 211/14 217/16 217/18 220/4 220/22 222/18 226/3 230/4 231/19 240/25 247/17 247/18 251/4 251/17 252/20 256/10 258/8 258/9 258/15 259/17 260/9 262/25 263/14 263/19 266/14 268/2 270/15 270/15 274/2 274/8
**timeframe [1]** 87/5
**times [2]** 135/11 262/13
**timing [1]** 272/6
**title [4]** 13/9 14/24 55/10 191/15
**Title 18 United [1]** 14/24
**tobacco [4]** 3/11 15/20 139/2 146/14
**today [19]** 4/14 10/14 12/4 23/16 23/17 29/15 142/1 142/4 169/12 183/19 184/25 185/3 195/16 200/4 200/6 209/6 248/8 248/11 272/11
**today's [1]** 19/3
**together [2]** 262/14 264/15
**told [4]** 8/3 98/9 187/12 245/19
**tomorrow [15]** 4/17 23/17 25/12 25/22 26/21 246/6 269/5 269/8 270/14 270/20 270/22 271/3 272/9 273/3 274/19
**too [10]** 4/8 5/3 5/7 5/8 5/21 39/22 139/19 181/24 187/20 195/11
**took [21]** 181/7 182/3 184/15 184/16 189/7

203/19 206/17 206/17 213/20 214/22 220/20 222/5 231/19 231/23 231/25 232/2 232/7 232/14 235/20 239/20 242/12
**tool [2]** 67/3 67/4
**top [11]** 75/8 189/13 212/12 223/17 225/1 229/1 229/4 235/5 240/14 242/22 253/22
**topic [6]** 29/6 29/7 38/2 40/23 41/4 79/22
**topics [1]** 259/24
**total [4]** 190/17 191/7 193/17 272/21
**touch [4]** 215/24 215/25 253/15 254/10
**touching [2]** 12/18 269/20
**tough [2]** 129/4 271/11
**toward [2]** 36/10 37/9
**towards [3]** 123/17 206/2 227/17
**town [1]** 28/12
**track [2]** 262/16 262/18
**trade [1]** 67/10
**traditional [1]** 265/18
**traffic [6]** 180/8 222/2 227/25 228/1 228/8 243/21
**trainer [2]** 98/20 99/7
**Training [1]** 198/2
**transcribing [1]** 11/22
**TRANSCRIPT [1]** 1/9
**transcription [2]** 275/3
**transferred [1]** 27/7
**transport [2]** 95/24 146/15
**transportation [10]** 117/21 18/4 26/24 116/12 141/2 141/16 148/10 149/17 149/20 149/21
**transportation/appoint ment [1]** 148/10
**trauma [1]** 49/19
**trial [42]** 1/9 2/1 3/19 4/4 10/4 11/10 11/18 13/8 19/24 23/17 28/2 29/22 30/14 31/5 127/11 129/5 131/15 131/18 131/23 132/7 132/12 133/22 134/3 134/9 135/3 135/7 135/15 136/4 139/17 141/4 170/9 170/11 170/14 173/21 174/4 174/7 176/24 177/12 183/20 184/5 185/4 269/8
**trials [1]** 9/6
**tricky [1]** 215/25
**tried [3]** 13/6 181/13 181/16
**trip [1]** 24/21
**trooper [2]** 74/4 86/23 104/17

**troubled [1]** 62/12
**truck [3]** 51/18 51/21 117/5
**trucking [1]** 116/19
**true [2]** 36/23 171/14
**trunk [42]** 178/17 179/1 183/10 184/23 185/2 186/7 199/24 200/1 205/22 206/5 206/8 213/11 215/5 215/9 215/11 215/15 215/19 219/22 219/24 220/2 220/17 221/14 231/20 231/21 231/24 232/11 232/15 232/20 232/21 233/4 233/10 233/14 233/22 237/3 250/18 251/3 251/9 251/19 251/24 254/3 254/4 255/14
**truth [3]** 12/23 13/22 45/2
**truthfulness [1]** 76/3
**try [6]** 12/8 44/23 124/12 133/11 172/2 269/21
**trying [7]** 24/11 25/10 25/12 27/24 196/1 250/3 250/7
**Tuesday [1]** 141/3
**turn [9]** 23/9 84/12 148/1 153/17 161/21 162/19 224/25 272/17 273/7
**Turning [1]** 244/7
**tutor [2]** 70/24 99/2
**tutoring [2]** 71/10 110/2
**TV [1]** 18/23
**Twelve [1]** 98/23
**Twelve years [1]** 98/23
**Twenty [4]** 93/4 145/14 145/15 145/21
**Twenty-five [1]** 93/4
**Twenty-seven [1]** 145/21
**Twenty-six [2]** 145/14 145/15
**twice [1]** 268/12
**Twitter [1]** 175/5
**two [47]** 4/20 5/17 6/17 7/1 16/5 25/19 27/10 28/18 65/16 71/2 82/14 82/21 104/17 105/1 114/1 116/16 117/7 121/5 125/2 127/22 134/14 134/17 134/18 138/5 138/7 141/9 162/16 163/8 163/9 163/25 164/20 165/21 174/4 187/11 187/12 188/24 190/15 191/5 191/10 193/15 195/1 208/20 212/6 223/18 223/22 225/16 265/18
**two minutes [3]** 134/14 134/17 134/18

**T**

two o'clock [2] 164/20 165/21
two weeks [2] 27/10 141/9
two years [5] 71/2 114/1 116/16 125/2 208/20
type [15] 14/4 28/24 54/9 67/10 106/10 108/4 119/19 125/9 174/6 178/11 208/18 218/3 218/16 253/6 255/2
types [2] 51/6 178/21

**U**

U.S [5] 1/14 1/14 1/17 1/24 275/7
U.S. [2] 97/24 102/16
U.S. Coast [1] 102/16
U.S. marshals [1] 97/24
U.S.A. [1] 3/5
U.S.A. vs [1] 3/5
Uber [1] 85/5
ultimately [2] 154/2 252/13
umbrellas [1] 170/24
unable [1] 35/14
unanimous [1] 44/3
unassociated [1] 181/10
uncertain [2] 10/17 131/3
uncharacterized [1] 102/21
uncle [6] 61/15 71/22 71/23 71/23 85/21 85/21
uncle's [2] 72/4 85/25
uncomfortable [2] 13/18 125/17
under [7] 189/1 189/18 218/10 230/15 232/20 247/1 269/6
undergone [2] 113/6 151/7
understand [16] 10/11 13/14 28/7 34/17 40/8 44/6 100/7 116/5 126/15 132/14 149/25 163/17 175/17 177/14 191/6 273/25
understanding [4] 7/19 8/14 166/18 188/1
Understood [4] 50/8 61/7 98/11 165/18
undivided [2] 44/11 44/17
unemployed [2] 58/3 73/12
unequivocal [1] 145/9
unexpected [1] 28/8
unfairly [2] 7/16 188/3
unfamiliar [1] 10/17
unfavorable [1] 75/25
Unfortunately [1] 43/2
unintelligible [5] 40/12 40/13 40/19 40/21 128/6
union [1] 97/7

unique [2] 178/18 179/14
uniquely [2] 23/23 24/1
unit [13] 105/3 208/2 208/16 208/17 208/18 208/19 208/20 208/21 209/23 210/2 247/7 248/3 249/1
UNITED [16] 1/1 1/4 1/10 3/9 9/23 14/24 15/7 15/16 15/18 31/2 114/11 147/19 150/16 196/23 197/23 275/7
universities [1] 82/4
university [3] 82/16 122/15 125/5
unless [3] 8/7 171/18 202/20
until [20] 6/21 8/12 9/17 28/13 32/23 141/20 147/24 147/24 164/20 165/20 166/5 173/4 173/10 175/25 177/4 246/5 247/23 269/16 270/10 270/11
untrustworthy [2] 41/22 75/2
unusual [2] 9/7 178/19
unwilling [1] 100/8
up [83] 4/13 8/22 9/6 10/9 11/3 11/25 17/15 18/20 24/9 24/15 27/22 27/25 28/3 33/8 38/5 38/18 40/1 40/25 45/4 79/11 79/19 116/2 124/7 124/18 126/2 133/5 135/25 137/12 139/1 140/4 142/3 142/22 143/2 147/5 148/16 148/20 168/20 178/13 180/22 183/17 185/6 185/7 186/11 187/10 193/22 195/19 196/2 199/25 203/21 205/8 217/23 218/2 223/11 223/21 225/7 227/11 227/14 227/20 230/22 232/9 232/17 235/5 235/14 236/4 236/10 240/16 243/3 251/9 251/16 256/3 259/7 259/14 260/5 260/9 260/10 261/8 263/6 263/15 265/14 265/17 266/5 267/13 270/24
upcoming [1] 26/4
updated [1] 4/12
upon [7] 10/7 13/1 29/17 176/21 181/17 201/14 231/24
upper [6] 191/23 215/25 216/11 223/13 238/20 241/9
UPS [1] 114/3
upset [2] 146/11 146/22
upstairs [1] 8/24

upstate [1] 61/18
us [50] 6/20 11/4 11/20 13/20 22/17 45/7 47/8 49/2 53/13 56/11 59/16 62/8 63/18 66/19 68/9 76/12 79/13 80/8 81/20 83/10 84/3 84/15 86/7 88/22 90/12 90/17 96/9 96/14 97/21 98/18 100/3 101/19 105/23 107/24 109/16 114/16 118/16 119/10 122/11 128/9 133/25 136/12 138/22 183/19 184/25 185/3 185/8 245/19 259/4 263/9
use [28] 4/7 4/21 5/15 15/11 34/19 34/25 78/14 126/14 134/18 150/17 174/13 175/6 175/13 183/24 195/20 195/21 235/23 249/11 261/11 263/14
used [28] 20/20 22/4 57/5 73/15 112/6 146/20 150/14 154/11 154/14 155/16 155/23 156/12 156/23 157/4 158/2 158/8 158/25 160/21 161/8 161/9 162/3 163/7 164/19 184/1 187/19 187/22 189/22 242/19
uses [7] 157/23 158/14 158/24 160/11 160/20 162/5 176/17
USF [1] 58/18
using [1] 159/14
usually [1] 249/16
utilities [2] 86/10 86/20

**V**

VA [4] 27/7 49/7 113/24 114/8
VA hospital [3] 27/7 49/7 113/24
value [5] 7/7 194/5 210/11 250/2 250/2
vanilla [1] 229/11
vantage [1] 250/24
various [5] 35/6 41/7 41/14 83/18 172/16
vehicle [44] 178/17 178/18 183/7 183/10 184/23 185/2 186/7 199/19 201/6 201/7 201/8 201/15 202/8 203/17 203/18 203/20 204/25 205/2 205/22 206/1 213/8 213/11 214/20 215/5 215/9 215/19 219/22 220/17 221/14 232/12 237/22 237/24 250/18 250/24 251/2 254/3 255/13 255/14 255/14 257/23 259/8 261/16 261/19

262/25
vehicles [1] 249/20
venire [8] 2/3 5/9 12/15 20/24 78/24 138/10 167/3 169/18
verdict [53] 30/20 30/21 35/3 43/17 44/3 44/12 44/17 46/15 46/17 47/1 48/16 50/10 56/1 57/19 59/1 59/12 62/3 64/15 66/3 66/14 68/6 68/12 70/10 72/15 74/14 83/23 85/18 87/21 88/17 90/6 92/19 94/3 95/17 99/20 101/14 103/16 105/12 105/12 105/16 109/11 110/16 112/16 117/23 118/11 120/14 121/24 170/16 172/12 175/22 177/25 185/19 186/8 269/17
verdicts [1] 83/1
verifier [1] 90/16
verify [1] 90/18
Versace [1] 181/10
version [1] 187/4
versus [1] 194/21
very [58] 7/4 11/3 18/14 19/11 21/6 21/24 23/4 24/24 27/14 39/24 40/22 41/2 44/14 62/6 68/10 68/16 78/7 79/25 86/5 88/20 90/10 92/23 94/6 96/9 99/23 100/19 105/19 107/21 118/14 119/7 124/4 125/13 125/24 126/21 127/13 128/25 129/1 136/10 136/12 143/9 151/18 173/10 178/2 178/11 178/23 180/12 182/16 182/17 188/15 194/6 196/12 247/12 255/6 263/11 263/17 269/2 273/21
veterinarian [1] 105/2
vice [2] 208/20 247/21
video [2] 132/8 183/23
videographers [1] 183/23
view [9] 31/25 147/10 174/11 174/15 176/9 176/21 231/24 233/23 237/4
viewed [1] 234/3
violate [1] 79/10
violated [1] 150/9
violation [1] 14/24
Virginia [2] 25/10 25/13
visibility [1] 195/8
visible [1] 195/4
visibly [2] 146/11 146/22
visit [2] 174/11 176/3
visiting [1] 76/22
visualization [1] 253/13

voice [1] 32/25
voir [10] 2/4 4/25 5/6 5/23 12/21 12/22 79/13 256/13 257/5 259/21
voir dire [3] 12/21 12/22 79/13
volunteer [1] 62/18
vouchers [1] 262/19
Voyas [1] 38/11
vs [2] 1/5 3/5

**W**

Wah [2] 88/23 90/10
wait [4] 8/12 32/23 167/12 186/25
waiting [9] 29/1 122/20 122/21 164/10 164/13 164/14 168/3 193/24 195/12
waitress [1] 91/5
waiving [1] 190/25
walk [3] 207/8 224/25 246/8
walked [1] 10/24
Walker [18] 20/5 20/6 20/17 20/19 20/21 20/24 21/3 21/14 21/17 21/18 21/20 113/20 241/7 243/9 243/16 244/10 271/8 271/10
walking [3] 170/24 224/22 264/21
wallet [2] 255/10 257/22
wandering [1] 185/13
want [41] 3/22 4/7 8/21 9/25 10/12 10/21 16/12 30/5 79/9 81/1 100/7 135/9 141/1 174/25 185/11 185/12 186/25 187/25 189/13 190/21 196/2 202/22 213/1 222/20 233/19 234/5 235/5 235/13 236/13 237/2 239/1 239/11 239/25 242/21 243/2 243/12 254/10 260/10 263/4 263/6 273/6
wanted [10] 33/9 79/11 95/20 134/12 136/15 136/20 137/4 153/24 190/19 274/9
wants [1] 128/5
warehouse [1] 118/21
warrant [11] 179/3 198/14 199/8 199/11 202/10 205/9 208/22 209/3 210/1 213/21 248/6
warrants [3] 208/1 208/21 209/23
was [375]
washer [1] 58/18
Washington [1] 115/11
wasn't [14] 36/23 40/10 40/15 61/11 126/23 146/16 148/23 151/14

**W**

wasn't... [6] 152/1
180/22 206/1 206/2
206/10 262/24
watch [2] 103/11 174/16
watching [1] 18/23
way [39] 5/10 8/4 12/11
13/15 14/2 17/15 20/15
33/23 38/5 39/20 40/1
108/1 128/10 128/12
128/16 133/14 137/12
150/18 150/23 167/25
182/6 189/6 192/19
195/5 196/17 200/22
201/12 212/20 212/22
220/19 222/15 231/24
249/7 250/7 252/1
262/16 265/5 269/20
272/12
Wayne [4] 20/6 21/14
21/18 21/20
ways [1] 176/18
we [210] 3/6 3/19 3/22
4/1 4/1 4/2 4/4 4/9 4/10
4/18 6/11 6/19 7/11 7/15
8/1 8/19 8/25 9/3 9/14
9/25 10/18 10/23 10/24
11/3 11/3 11/9 11/25
12/1 12/3 12/4 12/11
13/3 13/8 13/20 14/6
14/6 23/16 26/25 27/9
29/6 29/15 29/21 30/19
32/24 33/12 36/3 36/14
37/25 41/4 42/6 43/1
43/2 44/23 44/24 55/10
59/19 64/19 66/4 68/7
74/13 76/11 76/22 78/18
78/23 79/8 79/11 80/5
80/6 82/14 87/22 94/7
94/15 95/23 96/3 98/13
98/13 103/13 103/14
104/16 108/5 116/6
119/5 124/11 124/11
124/12 124/18 125/15
126/2 128/9 130/16
135/10 136/12 136/16
137/13 137/19 137/25
138/8 138/16 138/17
138/24 140/19 143/16
143/17 143/20 144/16
147/21 148/8 149/10
149/23 149/23 149/24
149/24 150/5 150/16
152/8 153/18 153/23
156/11 156/18 159/12
159/13 159/22 160/2
160/16 161/5 161/20
161/23 161/25 162/12
164/20 164/20 165/8
165/20 166/13 166/23
166/24 166/25 167/16
167/24 168/2 169/12
169/24 173/21 182/21
186/23 186/25 187/5
187/6 188/8 189/2 189/7
189/10 189/15 189/19

190/18 190/19 192/11
193/10 196/17 200/10
200/18 203/2 205/24
209/9 212/3 212/20
212/22 215/24 219/12
224/7 230/13 230/22
245/14 245/18 245/18
246/4 246/5 248/13
248/17 249/11 249/16
249/17 249/19 250/3
250/4 250/7 250/25
259/9 261/8 262/7
262/12 262/13 265/4
265/22 266/22 267/24
269/3 269/7 270/13
270/15 271/3 272/11
272/12 272/15 273/5
273/7 273/18 274/2
274/3 274/18
we'd [1] 138/5
we'll [21] 4/13 24/4
78/25 96/8 135/25
138/13 138/15 143/9
154/3 162/16 166/24
178/2 185/22 185/22
186/3 186/13 195/15
213/5 219/18 230/9
271/19
we're [51] 8/22 17/13
27/8 27/8 27/9 28/1 33/6
44/23 47/20 61/5 73/9
81/16 84/12 94/7 96/7
100/2 101/18 103/11
107/23 118/16 120/19
137/11 143/13 147/24
153/17 153/20 158/4
159/23 161/2 162/18
164/17 165/16 167/18
168/6 168/14 168/17
169/8 186/10 189/18
194/5 194/13 195/17
198/23 213/13 221/22
223/10 230/8 249/21
250/3 263/4 273/2
we've [9] 6/4 29/1 40/23
41/9 79/20 127/20
127/22 162/15 164/19
wear [1] 192/16
wearing [5] 179/13
182/16 200/8 248/13
263/2
Web [1] 84/20
websites [2] 175/4
175/12
Wednesday [5] 23/17
27/22 27/25 28/2 228/3
week [15] 6/11 23/18
25/17 25/21 26/5 26/20
40/6 125/19 125/21
141/3 141/16 142/20
149/13 188/19 190/21
weekend [1] 190/21
weeks [2] 27/10 141/9
weigh [5] 75/12 130/18
139/15 184/13 184/18
weighing [3] 56/5

107/12 113/2 3/2
weighs [1] 184/10
weight [4] 29/21 171/5
173/13 177/10
welcome [2] 9/21 131/8
welfare [1] 12/7
well [46] 11/25 12/20
17/16 28/1 34/11 37/21
57/16 60/7 63/11 71/8
87/4 89/5 89/10 91/12
96/3 96/9 97/13 98/3
100/16 104/16 122/14
122/17 131/5 133/23
137/7 141/7 142/5
164/16 167/19 169/10
181/5 187/24 190/11
194/19 194/22 195/17
211/9 215/22 216/14
228/5 240/23 248/15
256/23 263/3 273/8
274/13
went [12] 22/5 35/23
38/16 50/6 191/20
199/15 208/17 208/19
221/20 222/16 249/12
260/14
were [124] 5/3 5/3 6/24
6/24 7/19 8/5 8/9 8/19
17/17 21/13 28/8 30/19
36/4 38/6 39/18 40/2
46/9 48/13 55/10 55/22
58/5 58/23 65/24 68/2
74/24 79/12 82/23 87/18
102/19 105/9 106/9
115/6 116/3 117/20
118/25 121/21 125/3
125/6 130/22 130/23
136/14 136/16 141/7
150/14 152/4 153/24
166/13 176/6 179/5
181/4 181/6 181/12
181/15 182/13 190/24
194/7 194/11 194/12
194/12 197/24 198/14
199/7 200/22 201/25
203/24 204/21 204/24
205/22 205/24 208/22
209/2 210/14 210/14
210/15 210/16 212/3
221/17 221/23 221/25
222/2 225/18 225/19
228/7 231/16 231/24
231/25 232/1 232/11
233/9 233/11 233/12
233/14 234/2 236/1
236/22 236/25 237/21
237/21 238/2 238/6
238/9 239/12 241/20
241/23 242/15 242/25
243/25 244/15 245/16
248/4 248/22 249/2
249/14 250/18 251/3
255/10 255/12 256/18
257/14 257/16 259/12
259/24 262/5 272/20
weren't [1] 206/5

wet [2] 170/23 170/24
what [356]
what's [53] 33/3 36/24
144/13 145/11 148/1
149/9 151/5 151/15
179/17 191/19 193/11
198/12 200/25 201/17
202/17 210/5 210/17
211/15 213/3 213/23
217/13 217/16 220/5
220/23 221/6 222/19
224/10 224/10 224/18
225/23 226/4 227/23
228/1 229/12 229/23
233/18 236/8 243/16
247/2 250/5 255/18
255/23 256/11 258/6
258/10 259/18 260/24
261/12 261/24 263/20
264/13 266/15 268/3
whatever [6] 171/5
185/9 202/25 210/9
210/12 238/4
whatsoever [3] 126/4
171/17 175/9
when [70] 9/1 9/3 10/11
10/24 11/10 11/11 12/3
12/3 35/4 37/21 38/12
39/13 40/9 40/12 45/3
69/11 73/16 75/4 75/22
75/25 76/1 91/4 102/2
102/17 106/9 126/23
129/23 132/21 171/20
172/6 172/9 174/1 177/6
179/3 180/22 188/6
188/16 188/18 199/15
200/22 201/14 203/21
204/4 205/22 208/6
213/20 216/5 222/16
224/21 224/23 224/25
225/18 231/16 231/25
232/12 233/22 239/12
239/20 241/3 242/10
242/12 247/13 249/10
249/20 251/3 251/16
252/24 252/25 265/22
273/21
whenever [2] 172/1
210/10
where [57] 7/1 29/22
57/6 78/21 78/22 122/13
125/4 146/24 161/20
169/15 174/12 179/19
183/12 185/15 185/16
187/16 187/22 190/20
191/22 197/17 201/14
203/24 204/4 205/25
205/25 207/21 210/15
210/16 211/11 212/8
212/14 216/7 216/24
217/3 221/21 221/24
224/22 225/1 229/6
233/16 236/17 242/5
244/3 244/7 244/9
246/23 249/23 252/25
253/16 254/2 254/4

254/9 254/21 255/12
257/20 263/8 265/12
Where's [1] 216/18
wherever [1] 210/13
whether [36] 5/9 5/12
19/25 34/22 41/13
105/12 126/4 135/2
137/20 140/11 146/16
147/16 147/17 148/11
148/12 148/16 148/21
148/21 170/13 171/2
172/21 173/13 174/21
177/8 195/2 209/5 213/2
233/9 238/9 239/19
242/15 255/9 256/4
which [53] 8/1 12/24
17/9 20/16 21/12 22/20
22/22 30/13 31/1 35/3
35/4 38/22 86/17 141/3
152/4 161/20 163/8
164/20 166/17 166/21
168/8 174/17 177/13
180/4 180/11 186/13
187/11 187/12 191/18
191/22 193/16 195/1
195/8 202/16 203/12
203/16 203/18 208/17
213/6 220/1 221/24
232/20 233/20 235/14
235/23 241/10 241/12
242/2 247/20 247/22
257/22 265/19 273/11
while [10] 35/9 72/17
136/12 139/5 172/19
187/10 195/12 209/2
221/16 263/16
Whirlpool [1] 89/4
white [9] 10/25 233/6
234/7 234/10 235/6
248/15 253/17 259/7
259/14
who [80] 3/14 12/3 12/8
12/25 12/25 13/11 16/4
17/5 18/17 19/13 19/17
22/14 23/6 23/21 24/20
32/7 34/22 37/8 43/6
43/7 43/13 44/16 48/4
61/4 61/15 65/15 83/11
88/7 112/7 113/8 113/8
113/9 129/19 137/18
138/20 141/15 144/3
144/23 147/5 149/7
150/6 162/18 167/8
167/13 168/19 168/24
170/23 178/9 180/20
182/6 184/15 186/19
189/19 203/23 204/7
206/17 209/2 209/16
219/23 232/5 237/17
237/19 237/23 237/24
237/25 238/5 238/19
238/22 239/4 240/16
240/16 240/19 241/2
241/5 241/5 241/8 243/6
248/14 256/25 271/22

## W

**who's [7]** 217/13 245/25 249/22 251/12 252/21 253/25 271/19
**who've [3]** 43/8 92/5 113/6
**whoever [1]** 181/25
**whole [8]** 60/23 67/8 75/5 79/22 115/19 115/22 149/12 152/14
**whole-thing [1]** 115/19
**whom [4]** 138/5 173/25 177/20 229/25
**whose [9]** 36/4 169/11 228/16 234/10 234/17 234/19 234/21 235/3 235/15
**why [11]** 8/17 14/6 44/10 175/17 175/17 176/1 181/19 196/13 202/19 221/19 263/2
**widowed [3]** 63/5 94/22 121/12
**wife [2]** 24/22 27/7
**Wilkison [1]** 58/1
**will [115]** 4/2 4/10 4/19 5/9 5/14 5/19 8/24 9/11 9/14 9/23 10/19 10/20 11/12 11/22 12/8 12/19 12/25 12/25 13/9 13/20 14/8 19/1 23/16 29/7 33/12 34/17 36/14 38/1 43/16 78/18 124/8 124/11 124/11 130/21 134/18 137/19 138/8 140/19 142/21 142/23 143/20 144/20 145/4 145/7 145/15 145/21 148/25 150/12 151/11 159/21 160/5 161/15 162/13 162/15 163/9 164/20 164/21 164/22 169/19 169/25 170/6 170/11 170/12 170/15 171/7 171/9 172/24 173/16 173/21 174/1 177/12 177/12 177/15 177/17 177/22 177/23 177/24 183/13 183/14 183/14 183/20 184/2 184/4 184/6 184/8 184/11 184/12 184/14 184/17 184/18 184/21 184/21 185/23 186/1 186/5 186/8 186/12 188/5 188/9 189/7 189/19 196/17 203/2 207/24 214/10 216/1 226/10 230/13 245/17 246/5 246/9 269/7 270/13 273/22 274/18
**Williams [5]** 16/10 134/19 134/20 163/19 168/25
**Williamsburg [1]** 25/10
**willing [2]** 31/14 44/5

**window [2]** 119/14 212/13
**Winn [2]** 56/14 56/17
**Winn-Dixie [2]** 56/14 56/17
**wise [1]** 142/24
**wish [6]** 15/11 74/18 124/9 166/1 177/2 270/13
**wishes [1]** 177/20
**withdraw [2]** 24/8 24/14
**within [45]** 26/20 135/7 179/4 179/18 179/25 180/4 180/7 180/11 180/17 180/19 181/6 181/11 191/5 210/4 215/14 215/18 216/13 216/21 216/25 217/4 219/6 220/17 221/14 223/24 225/14 225/15 227/5 227/12 227/21 228/8 241/7 247/2 248/3 248/25 252/5 254/22 254/24 255/10 255/11 255/13 257/13 262/5 262/11 264/7 264/14
**without [16]** 3/25 4/15 13/2 14/3 25/17 31/14 105/11 132/4 137/9 139/19 166/12 195/22 256/2 259/3 266/5 272/9
**witness [66]** 19/22 35/7 35/9 35/25 36/7 38/11 43/24 43/25 130/19 130/25 170/23 171/15 171/17 171/18 172/14 172/16 172/17 176/8 176/9 186/12 186/17 189/19 195/13 195/13 196/13 196/15 196/17 196/22 197/5 200/13 201/2 207/3 207/5 207/9 207/12 208/3 210/20 216/9 216/19 217/1 217/5 219/16 229/19 245/12 245/13 245/25 246/12 248/18 254/23 255/24 256/13 257/9 258/23 259/5 259/22 259/24 260/11 261/5 264/3 266/1 267/8 267/17 267/20 269/4 269/10 270/21
**witness's [15]** 35/2 35/5 35/6 35/8 35/8 35/10 35/11 35/24 41/8 41/15 172/18 172/19 172/19 172/21 172/22
**witnesses [24]** 2/11 11/10 11/11 20/11 34/18 35/1 35/15 36/8 131/23 133/8 166/4 172/12 172/25 175/16 177/3 177/17 177/20 181/19 182/20 269/25 270/4 270/22 270/23 271/2

**witnesses' [2]** 36/6 171/12
**woman's [1]** 218/16
**women [1]** 121/6
**women's [2]** 240/4 240/9
**won't [4]** 100/10 166/23 166/24 262/14
**wonder [1]** 185/5
**wondering [1]** 39/17
**word [9]** 104/10 138/25 146/18 146/19 146/20 150/17 151/16 229/4 261/1
**words [9]** 4/20 29/20 29/21 132/2 133/21 150/14 176/17 202/18 229/1
**work [140]** 16/18 17/20 20/20 22/4 27/6 45/13 47/19 49/5 49/9 49/18 50/17 50/18 51/5 51/6 51/11 52/1 53/4 53/17 54/6 54/18 56/13 56/22 57/5 57/8 58/2 58/6 58/10 58/11 58/16 59/23 60/17 61/22 62/10 62/11 62/16 62/21 63/8 64/6 64/21 65/6 65/14 66/21 66/22 67/10 67/19 69/4 69/17 70/6 70/21 72/4 73/10 76/13 76/18 77/1 77/25 80/9 81/20 82/7 82/13 83/18 84/3 84/4 84/15 84/24 85/4 85/25 86/9 87/7 88/12 89/8 89/12 89/23 90/14 90/15 91/9 91/21 92/2 93/10 94/11 94/14 94/25 95/3 96/16 96/23 97/1 97/12 98/5 98/17 99/5 100/12 100/23 101/20 102/5 103/16 103/22 103/23 104/7 104/25 105/23 106/5 106/10 106/15 106/21 107/13 107/25 108/1 108/16 108/24 109/16 109/17 110/24 111/16 112/10 112/10 113/22 113/23 114/7 115/15 116/4 116/7 116/8 116/11 117/8 118/19 119/12 119/25 120/21 122/11 123/14 133/10 185/5 196/5 196/8 197/17 197/18 207/21 209/22 209/25 246/23 247/13
**worked [47]** 22/4 50/20 51/8 51/9 52/25 53/23 54/14 55/6 55/7 58/7 60/2 60/7 60/12 66/23 67/12 67/13 69/8 71/7 77/6 81/23 89/4 90/22 92/1 92/7 93/6 94/15 98/21 104/2 106/7 108/12 110/1 113/25

116/14 123/8 124/24 124/25 133/7 152/11 197/19 197/21 198/4 198/6 207/23 208/15 246/25 247/11 247/14
**worker [3]** 67/7 76/20 118/21
**workers [1]** 185/7
**working [20]** 47/11 50/24 53/22 54/20 56/17 62/12 63/13 64/3 64/24 67/5 70/25 94/18 101/22 101/22 106/17 109/22 123/10 135/7 193/12 214/3
**works [11]** 15/19 20/24 20/25 21/20 22/22 22/24 49/20 65/15 104/18 117/10 148/10
**worse [1]** 188/20
**would [237]** 4/14 6/18 6/20 7/5 8/15 8/18 13/4 13/18 18/8 19/23 22/8 23/17 23/22 23/25 26/23 29/12 31/5 31/13 31/25 32/1 35/14 36/6 36/11 37/10 37/22 38/8 38/20 38/25 39/12 39/19 40/17 41/5 41/13 41/25 42/20 43/5 44/7 46/25 48/7 48/22 50/10 51/12 52/6 53/4 53/8 55/13 56/4 57/8 57/19 59/11 60/18 61/16 61/22 62/2 64/6 64/14 66/13 68/12 70/10 72/4 72/14 73/1 74/6 74/14 74/21 76/2 78/4 79/13 81/10 83/18 83/22 85/17 86/1 87/7 87/9 88/13 88/16 89/24 90/6 92/10 92/19 94/2 96/19 98/5 99/19 100/8 101/13 102/24 103/3 104/21 105/15 107/16 109/10 110/16 112/11 112/15 112/21 113/1 114/24 115/3 115/18 115/21 118/6 118/10 120/13 122/6 123/14 123/16 123/20 123/23 125/19 126/9 126/25 127/4 127/10 127/17 129/8 130/1 130/17 130/24 131/2 132/3 132/6 132/22 133/9 133/12 133/12 133/16 133/21 134/2 134/7 134/10 134/21 135/2 135/6 135/13 136/2 138/2 139/15 139/18 141/10 142/17 143/1 146/16 146/24 147/14 147/21 148/11 148/12 149/6 149/14 150/5 151/8 151/23 152/12 152/13 152/20 152/21 159/13

163/10 166/21 172/3 178/20 181/19 186/24 187/23 189/2 189/23 191/22 191/22 193/9 200/4 202/5 202/12 205/1 209/21 210/9 210/12 212/5 212/9 215/13 218/24 219/25 222/1 224/1 224/7 224/24 227/17 230/4 233/20 237/17 237/19 238/2 238/3 238/17 238/19 240/17 240/19 241/2 241/25 243/6 243/10 244/10 244/16 244/24 245/18 248/8 248/10 248/24 249/16 249/17 249/17 249/20 249/21 249/23 256/2 259/2 259/21 260/13 260/19 260/20 261/8 261/11 264/15 264/17 265/14 265/17 265/20 265/24 266/12 267/13 268/10 270/20 271/3 271/15 273/11 273/12
**wouldn't [6]** 128/7 135/7 150/11 176/19 204/22 241/24
**wound [1]** 33/8
**wow [1]** 82/1
**wracking [1]** 38/13
**wrap [1]** 135/25
**writes [1]** 108/17
**writing [1]** 180/3
**wrong [1]** 128/10
**wrote [2]** 147/5 147/8

## Y

**yard [1]** 205/24
**yeah [24]** 24/22 37/19 38/10 38/15 45/20 45/22 46/16 46/18 61/5 67/7 81/5 84/7 89/21 102/1 123/25 123/25 127/9 127/12 128/5 137/10 141/19 192/21 217/12 265/17
**year [17]** 14/23 45/17 50/22 51/4 53/20 56/15 91/11 91/19 109/20 113/8 118/24 148/6 151/10 228/1 228/3 247/8 247/9
**years [54]** 20/21 47/25 47/25 49/10 53/24 55/3 55/11 58/8 62/23 62/24 63/1 63/21 64/1 65/1 66/25 69/9 71/2 75/4 77/3 81/25 82/1 86/14 86/23 87/3 88/25 90/24 92/7 93/4 96/17 98/23 100/17 101/22 108/22 111/9 111/13 111/14 114/1 114/20 115/2 115/8 116/16 116/19

## Y

**years... [12]** 119/16
120/25 125/2 125/8
197/20 197/24 197/25
198/4 207/24 208/14
208/20 246/25
**yell [2]** 210/9 210/11
**yellow [3]** 232/25
232/25 253/18
**yes [251]** 4/6 4/10 6/10
6/16 16/11 19/9 24/19
26/19 27/13 32/4 37/24
38/24 40/18 46/8 47/7
47/18 47/24 48/12 48/17
49/17 51/16 51/25 53/2
54/5 55/18 56/2 61/15
63/17 65/5 67/20 69/16
70/17 71/4 71/21 72/2
74/3 75/14 75/16 76/15
76/15 77/23 81/18 82/6
82/18 83/2 84/23 86/8
86/16 87/14 87/24 89/7
90/23 93/1 93/6 93/15
94/10 95/22 96/22 97/10
97/20 98/11 100/22
101/21 102/4 102/16
103/20 104/6 105/1
105/8 105/13 108/15
110/1 110/23 114/6
114/11 114/15 115/7
115/9 116/5 116/21
117/16 117/24 121/17
121/25 124/3 124/22
126/20 129/15 129/17
129/21 130/9 130/12
130/16 130/16 132/17
132/24 133/18 134/10
135/12 136/23 137/1
137/4 138/23 142/2
142/16 146/10 147/4
150/5 151/3 152/10
153/7 153/13 153/15
157/25 158/1 158/18
158/20 159/25 160/13
160/23 160/25 161/18
162/4 162/9 163/12
163/14 164/4 164/6
165/19 166/3 166/10
167/21 178/6 186/18
187/1 188/5 190/8
191/12 192/10 194/11
198/16 198/19 199/9
199/14 200/5 200/17
201/15 202/8 203/1
203/6 203/20 204/10
205/1 205/10 205/12
205/19 208/4 208/9
208/12 208/24 209/1
209/4 209/7 209/15
209/20 210/25 211/10
211/13 213/4 213/16
213/18 213/22 214/23
216/4 216/15 216/17
216/23 217/21 217/24
218/5 218/12 219/3
219/5 219/7 219/10

220/3 220/15 220/21
221/11 221/18 222/4
222/6 222/14 222/17
222/23 224/2 224/9
224/17 225/4 225/6
225/8 226/20 227/22
228/10 228/13 228/19
228/22 228/25 229/3
229/5 229/8 229/16
230/3 230/24 231/18
231/22 232/22 234/25
235/22 236/7 236/12
236/24 238/2 238/8
238/12 238/25 239/10
239/15 239/18 242/7
243/18 243/22 244/1
244/11 244/17 245/1
246/1 248/2 251/11
253/21 254/11 254/16
255/1 255/8 255/11
258/1 258/3 259/15
261/20 263/15 274/11
**yesterday [1]** 6/5
**yet [6]** 6/20 103/10
119/23 142/13 167/5
167/13
**York [2]** 61/18 89/22
**you [1697]**
**you'd [5]** 126/1 126/5
126/18 209/5 263/16
**you'll [20]** 3/20 8/22
126/16 153/19 178/22
179/15 179/23 180/4
181/23 182/10 182/12
183/20 184/6 184/10
185/18 191/17 216/1
249/25 250/1 250/2
**you're [49]** 11/14 12/3
23/2 24/12 24/17 27/11
35/5 35/15 35/21 78/21
86/22 106/20 112/25
113/15 125/17 126/17
131/8 133/9 161/18
162/8 166/14 178/12
180/2 182/5 182/6 182/7
182/9 184/5 185/6 188/3
190/9 192/25 195/2
196/6 199/2 202/19
202/24 214/3 224/22
235/11 237/11 240/19
244/18 248/14 262/4
263/2 267/16 269/14
274/1
**you've [21]** 12/2 31/11
36/2 42/10 52/18 67/10
75/12 77/8 92/2 101/12
106/15 108/11 109/25
112/11 118/2 123/23
194/21 208/14 247/10
247/16 247/17
**younger [4]** 37/19 38/10
82/16 121/7
**youngest [3]** 54/20
63/12 89/14
**your [544]**
**yourself [3]** 34/10

127/16 127/4
**yourselves [1]** 173/23
**YouTube [1]** 175/5

## Z

**zipper [1]** 234/16
**zoomed [1]** 223/9