```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
              FORT PIERCE DIVISION
          CASE NO.  21-CR-14017-CR-CANNON


UNITED STATES OF AMERICA,

             Plaintiff,              MARCH 22, 2022
       vs.
                                     PAGES 1 - 282
RONELL BERNARD BRYANT,
                                     DAY II OF III
             Defendant.
_____/


        TRANSCRIPT OF JURY TRIAL PROCEEDINGS
    BEFORE THE HONORABLE AILEEN M. CANNON
          UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:     DANIEL FUNK, AUSA
                        CHRISTOPHER HUDOCK, AUSA
                        Office of U.S. Attorney
                        101 South U.S. Highway 1
                        Fort Pierce, Florida  34950


FOR THE DEFENDANT:      LYDIA PITTAWAY, ESQ.
                        Office of U.S. Public Defender
                        109 North 2nd Street
                        Fort Pierce, Florida  34950

                        PETER PATANZO, ESQ.
                        Benjamin Aaronson, et al.
                        1700 East Las Olas Boulevard
                        Suite 202
                        Fort Lauderdale, FL  33301



REPORTED BY:            DIANE MILLER, RMR, CRR, CRC
                        Official Court Reporter
                        U.S. District Court
                        diane_miller@flsd.uscourts.gov
```

<u>**INDEX OF WITNESSES**</u>

**GOVERNMENT'S WITNESS**                              **PAGE**

**Keith Pearson**
Cross by Mr. Patanzo                                     14
Redirect by Mr. Funk                                     33

**Paul Pearson**
Direct by Mr. Funk                                       36
Cross by Mr. Patanzo                                     49
Redirect by Mr. Funk                                     58

**Marc Stotler**
Direct by Mr. Funk                                       60
Cross by Ms. Pittaway                                    81
Redirect by Mr. Funk                                     90

**Lara Lobnig**
Direct by Mr. Hudock                                     99
Cross by Mr. Patanzo                                    122
Redirect by Mr. Hudock                                  127

**Kayla Limb**
Direct by Mr. Hudock                                    129
Cross by Mr. Patanzo                                    142
Redirect by Mr. Hudock                                  145

**Daniel Baker**
Direct by Mr. Hudock                                    146
Cross by Mr. Patanzo                                    152

**Jim Jones**
Direct by Mr. Hudock                                    157

**Seth Christy**
Direct by Mr. Funk                                      180
Cross by Mr. Patanzo                                    195

**Wayne Walker**
Direct by Mr. Hudock                                    198
Cross by Mr. Patanzo                                    216
Redirect by Mr. Hudock                                  222

**Michael Kelly**
Direct by Mr. Funk                                      223
Cross by Ms. Pittaway                                   236
Redirect by Mr. Funk                                    240

1                    P-R-O-C-E-E-D-I-N-G-S

2          THE COURTROOM DEPUTY:  All rise.  This Court is back

3    in session.

4          THE COURT:  Thank you.  Good morning.  You may be

5    seated.

6          Defendant is present with counsel.

7          I wanted to address the issue of the images.  I

8    received from the Government redacted and unredacted copies of

9    the images in dispute with respect to the redactions.  What I

10   did not receive was the full packet of images.  Are these all

11   of the images you would have used when we were referencing the

12   14 yesterday?

13         MR. FUNK:  If I could, I'll try to make it as clear

14   as possible for what the -- how the exhibits are marked.

15         THE COURT:  Okay.

16         MR. FUNK:  Exhibit 38A is the exhibit that's

17   electronic.  In that is the full set of what we anticipated

18   presenting.  That's in the form that we last talked with

19   Defense Counsel, which was the redactions of the guns on the

20   electronic file were not -- or the guns on 38 were not

21   redacted, okay.

22         THE COURT:  Okay.  You said 38A.  That's one picture.

23         MR. FUNK:  I'm sorry.  On Exhibit 38, it's a

24   composite exhibit.  Of all that's on 38, the electronic is what

25   we anticipated showing, it was unredacted.

```
1              THE COURT:  And that's all of the 404(b) images that

2    you say depict the Defendant apparently holding an FN firearm.

3              MR. FUNK:  That's correct.

4              THE COURT:  Okay.

5              MR. FUNK:  And then the packet for the Court to be

6    able to see is -- 42 is just the images that were requested to

7    be redacted originally, and then Defense Counsel asked them to

8    not be redacted, the unredacted are the electronic images in

9    38.

10             Now, what I've marked as 43 is the complete set, a

11   nonelectronic set, of everything that's on the jump drive for

12   38.

13             THE COURT:  All right.  I have a hard time keeping up

14   with your numbering system.  But let me just focus on the

15   substance, then, which is whether it's unduly prejudicial for

16   these images displaying the Defendant in one image, for

17   example, aiming with his arms out a firearm in one hand.

18             The other arm is similarly positioned with a black

19   square on top of the hand.  I think it's a very strong

20   inference that what is being held in that other hand is another

21   firearm.  And at the very least, it would create a real

22   question about what is being held there, the likeliest option

23   being another firearm.

24             The only image that I think was properly redacted is

25   the one where he's standing and the pocket image, which I think
```

```
 1    is 38C redacted.
 2            So at this point, consistent with the Court's ruling
 3    that no other firearms should be admitted, but also mindful of
 4    the Court's ruling that there is a proper 404(b) purpose for
 5    the admission of photographs depicting the Defendant possessing
 6    an FN firearm within close temporal proximity to the offense
 7    date, given the Defense and the issue of intent that is in
 8    dispute, I think a compromised ruling is warranted here.
 9            So image 38A, for example, that shows this black box,
10    would not be admissible.  Perhaps the Government could have
11    come up with a more nuanced redaction method, but it didn't.
12    And it's presented me with a very overt black square that I
13    think any reasonable juror would conclude is shielding a
14    firearm, so 38A is out.
15            The same applies for 38B, although that's more
16    discreet.  Again, the Government could have taken steps to
17    redact that in a more polished way, but it didn't.  And again,
18    I think there's too much of a reasonable inference that there's
19    a firearm there behind the black rectangle.
20            MR. FUNK:  Judge --
21            THE COURT:  Let me finish.
22    38C is permissible, because that's, I think, the only
23    image that was properly redacted consistent with the Court's
24    ruling that no other firearms would be included.
25            38D, which shows the Defendant by himself with one
```

```
 1   gun in one hand and the other hand shielded with a black
 2   rectangle is out.  38E is also out for the same reasons.
 3            Now, the images of the Defendant in the vehicle,
 4   those don't seem to have a redaction problem or a two firearm
 5   problem, so those are fine.
 6            And these are images of the Defendant wearing two
 7   different sets of clothing.  There's one with a redaction, but
 8   that's, I'm pretty certain, the gang signal that was requested
 9   by the Defendant to be redacted, and so that image is
10   appropriate, and I think I have now covered the full set.
11            Any questions?
12            MR. FUNK:  Judge, may --
13            THE COURT:  I'm not going to be revisiting this
14   ruling.
15            MR. FUNK:  Yes, Your Honor.
16            THE COURT:  I will also be issuing a limiting
17   instruction when these images come in, pursuant to the Eleventh
18   Circuit's cautionary instruction, as was provided by the
19   parties in the joint jury instructions.  I know the Defendant
20   did not, I think, request that limiting instruction, but it
21   will be granted.
22            MR. FUNK:  And Your Honor, there is one additional
23   issue that I've made Mr. Patanzo aware of, so --
24            MR. PATANZO:  But before we get to that one -- I
25   apologize, I was filling in Ms. Pittaway on what was happening
```

Tuesday, March 22, 2022.

1    here -- could you again tell me what you're going to do about

2    the limiting instruction when the 404(b) comes in?

3          THE COURT:  Read the contemporaneous cautionary

4    instruction that is consistent with the pattern to the jury to

5    advise them to consider these photographs for the limited

6    purpose of establishing the requisite intent as it's stated in

7    the proposed jury instruction.  That is the Court's ruling.

8    You may object, if you wish.

9          MR. PATANZO:  I don't think we requested that,

10   correct?

11         THE COURT:  I don't believe you had jointly submitted

12   that cautionary instruction, but it's consistent with Eleventh

13   Circuit law.  I think it's appropriate when permitting 404(b)

14   evidence to come in.

15         MR. PATANZO:  Okay.  Then just note our objection to

16   that, we wouldn't want a limiting instruction.

17         THE COURT:  Understood.  Thank you.

18         MR. PATANZO:  Thank you.

19         MR. FUNK:  Judge, there was an issue that came up,

20   that I became aware of when my agent told me that Keith

21   Pearson, who is testifying and was going to get cross-examined,

22   asked Seth Christy a question about the evidence.  I know that

23   you admonished him not to do that.

24         The question was why there were two receipts, the

25   Polo receipts that were found in the back of the car, and he

```
 1   answered that he did not know.  I admonished Lieutenant Pearson
 2   again, I know that you told him that last night.  I made
 3   Mr. Patanzo aware of that, and I anticipate that Mr. Patanzo
 4   will cross-examine him on that.
 5             THE COURT:  All right.  Well, there we go.
 6             We are awaiting the jurors.  Let me see if they've
 7   arrived.
 8             (Pause)
 9             THE COURT:  All right.  I'd like to go back on the
10   record for a minute with respect to another topic.
11             I've been advised that one of our jurors, Ms. Natalie
12   Mendoza, has a claustrophobia problem that she did not advise
13   the parties or the Court of yesterday.  Apparently, she is in
14   some degree of distress at the thought of returning to the
15   courtroom.  She said it's the courtroom generally, not the jury
16   box specifically.
17             I want to ask the parties what they propose.  My
18   initial thought was to have her come in individually, I would
19   ask if she could be seated at that sole chair, which is over
20   there in the corner, as far away from the other jurors as
21   possible, see if she's amenable to that, and then determine the
22   state of her condition.
23             Let me inquire of the Government, and then I'll turn
24   to the Defense.
25             Mr. Funk?
```

```
 1                MR. FUNK:  Agreed.

 2                THE COURT:  Okay.  Mr. Patanzo.

 3                MR. PATANZO:  We'll wait to hear what she has to say,

 4      sure.

 5                THE COURT:  All right.

 6                MR. FUNK:  May I approach to get the microphone,

 7      Judge?

 8                THE COURT:  Yes.

 9                So Ms. Mendoza will be on her way up now.  We will do

10      a private colloquy with her on the record, and then we will

11      have her excused for a few minutes to decide what to do on that

12      front.

13                (Pause)

14                THE COURT:  All right.  Ms. Mendoza is going to be

15      here just momentarily.

16                (Pause)

17                THE COURT:  All rise for Ms. Mendoza.

18                (Juror Mendoza entered the courtroom)

19                THE COURT:  Good morning, Ms. Mendoza.  If you could

20      please sit in the juror seat that you were assigned to

21      yesterday.

22                You may be seated, everybody else.

23                Thank you.  Good morning.  I understand you have some

24      concerns about the courtroom.  Can you please let us know what

25      your concern is, and if you could take your mask off, please,
```

Tuesday, March 22, 2022.

```
 1   so we can hear you.

 2           And before you get started -- thank you, Ms. Glass --

 3   yesterday, during jury selection I inquired of everybody

 4   whether they had any type of medical condition or physical

 5   condition that would affect their ability to give this case

 6   their undivided attention.  I don't believe you provided any

 7   information about claustrophobia or any other condition, so

 8   this is news to the Court, but I certainly want to hear from

 9   you, ma'am, so please let us know what is going on.

10           THE JUROR:  I do apologize.  I thought I was okay

11   during, like, the selection, and just when everything like --

12   we, like, started the case and everything, I just -- I just got

13   like -- I just got like really antsy.  I just -- like I have,

14   like, a hard time just like -- like, I had, like, anxiety, and

15   like, I just -- I didn't -- I didn't think I would have, like,

16   the problem, that's why I didn't say it before.  So I didn't

17   know, because I don't really have, like, issues with, like,

18   stuff like that, but just the situation.

19           THE COURT:  So we can make some accommodations.  For

20   example, we have individual chairs that we can reposition and

21   have you seated in a more open area so that you don't feel

22   quite as tight with your fellow jurors.  Would that assist you

23   in feeling less anxious?

24           THE JUROR:  Yeah, I can see them.

25           THE COURT:  Okay.  Well, then I'm going to ask,
```

```
 1   ma'am, that you do your best to stay with us here.  Obviously,
 2   we are grateful for your presence, and we will then use the
 3   chair over there in the corner.  If you prefer, you can make
 4   the decision whether you want to stay in your assigned seat or
 5   sit in one of those individual chairs.
 6          We will be taking breaks, just so you're aware, one
 7   in the morning, at least, a lengthy lunch break, along with our
 8   afternoon break.  And if at any point you really do need
 9   another break, please raise your hand and let me know, and I
10   will try my best to accommodate that within the flow of the
11   jury trial.
12          Do you have any other questions, ma'am?
13          THE JUROR:  No.
14          THE COURT:  All right.  Thank you.  You may be
15   excused to the jury room for now, while we await your fellow
16   jurors.
17          MR. PATANZO:  Judge, will we be permitted some
18   questions of this juror on that issue?
19          THE COURT:  No.
20          Thank you.  You may be excused.
21           (Juror Mendoza exited the courtroom)
22          THE COURT:  All right.  We're going to be waiting for
23   the other jurors now, so get ready to begin, please.
24          Do you have your witness, Mr. Funk, ready for
25   cross-examination?
```

```
 1              MR. FUNK:  Should I have him take the stand now?

 2              THE COURT:  Just make sure that he's ready to go

 3    right outside.

 4              MR. FUNK:  Okay.

 5              MR. PATANZO:  Judge, I would like to make a record on

 6    the juror.

 7              THE COURT:  Okay.  You'll have --

 8              MR. PATANZO:  I would have liked to have asked her a

 9    number of questions that she didn't talk about yesterday,

10    specifically the anxiety that she's talking about.  Clearly she

11    was agitated, she was moving around.  She was very emotional

12    this morning, and I would have asked her about her anxiety, if

13    it was interfering with her ability to pay attention and focus.

14              Yesterday, I -- there was a lot of evidence

15    yesterday, and clearly she was agitated and upset this morning.

16    If she's missing and not paying attention to the evidence, that

17    is a problem for us.

18              THE COURT:  Well, she indicated that she would do her

19    best to stay with us.  She assented and affirmed, following the

20    Court's questions, that she could remain as a juror.  She

21    agreed to sit in a different chair to be accommodated.  She

22    seemed amenable to the breaks, so at this point, I don't find

23    good cause to excuse her.

24              If things change and her condition becomes more

25    concerning, then we can revisit this issue, but for now, we
```

1    will be staying with Ms. Mendoza as a juror.

2            MR. PATANZO:  Well, just for the record, Judge, I

3    wasn't able to flesh out the good cause to excuse her.  I was

4    just objecting to not being able to question her about it.

5            THE COURT:  Understood.  I understand your objection.

6    Thank you.

7            *(The witness entered the courtroom)*

8            THE COURT:  Good morning, sir.  If you could you

9    please make your way to the witness stand.

10           You may be seated for now.  Thank you.

11           *(Pause)*

12           THE COURTROOM DEPUTY:  All rise for the jury.

13           *(The jury entered the courtroom)*

14           THE COURT:  You may be seated.

15           Good morning, everybody.  I hope you had a pleasant

16   evening.  This is our second day of trial, it's good to see

17   your faces bright and early.

18           Let's continue with the witness examination of

19   Mr. Pearson.

20           Mr. Patanzo?

21           MR. PATANZO:  Sorry, Judge.

22           THE COURT:  Please make sure you're close enough to a

23   microphone, and if you need to use one of the portable ones, do

24   so now.  Please don't move that.  That's supposed to stay

25   exactly where it was.  I'll move it back.

```
 1              MR. PATANZO:  How's that?  Can everyone hear me okay?
 2    I'll try to keep my voice up.
```

**CROSS-EXAMINATION**

```
 4    BY MR. PATANZO:
 5    Q.  Good morning, lieutenant.
 6    A.  Good morning.
 7    Q.  Yesterday, the Government spent a lot of time on your
 8    experience.  You have 20-plus years with the St. Lucie County
 9    Sheriff's Office, correct?
10    A.  Just under 20 years.
11    Q.  Just under 20, and you're a lieutenant now.
12    A.  Yes, sir.
13    Q.  Okay.  And you also took the time to explain that you were
14    a -- at the time of this incident, you were the supervisor of
15    the special investigations unit, correct?
16    A.  Yes, sir.
17    Q.  Okay.  You've been involved in the court system before.
18    A.  I have.
19    Q.  You've come and appeared at trials and testified in the
20    manner you are today, correct?
21    A.  I have.
22    Q.  Okay.  So you're well familiar with the admonishment from
23    the Court that you are not supposed to talk about your
24    testimony with anybody else, correct?
25    A.  I am.
```

1    Q.  You're well familiar with that.

2    A.  I'm familiar with the state procedures, not so familiar

3    with federal procedures.

4    Q.  Well, the rule that you are not allowed to talk to other

5    witnesses is to protect the integrity of your testimony,

6    correct?

7    A.  Yes, sir.

8    Q.  Okay.  And you intentionally violated this Court's order

9    yesterday, didn't you?

10   A.  I wouldn't say I intentionally violated an order.

11   Q.  Well, you went and spoke to Special Agent Christy about

12   your testimony, correct?

13   A.  I spoke to him about a question that I had.

14   Q.  Question about what you had previously testified to.

15   A.  About procedure.

16   Q.  I'm showing you --

17           MR. PATANZO:  Could I have the ELMO, please?

18   BY MR. PATANZO:

19   Q.  I'm showing Government's Exhibit 8.  This is the Ralph

20   Lauren receipt that you testified to yesterday was -- that you

21   saw in the bag in the trunk of the vehicle, correct?

22   A.  Yes, sir.

23   Q.  Okay.  This is what you discussed with Special

24   Agent Christy yesterday against the Court's order, correct?

25   A.  That was the topic of the question, yes, sir.

Tuesday, March 22, 2022.

1    Q.  Right.  In fact, what you discussed with him was why there

2    were two receipts and where they were found.

3    A.  Not necessarily with that content.  I was somewhat shocked

4    when there was two receipts in there.

5    Q.  Right.  And if I understand what the purpose of your

6    testimony was yesterday, the Government produced you because

7    you found these items in a bag, right?

8    A.  I found the receipt that we see on the photograph in the

9    bag.

10   Q.  Right.  The most important -- one of the most important

11   pieces of evidence, because it happened to have the firearm in

12   it, right?

13   A.  Sure.

14   Q.  And now you're saying you have a question about why there's

15   two.

16   A.  Well, my concern or my question was, would I be able to

17   reflect back, because we took a break, to this photograph so I

18   could definitively show, if it's brought back up, that this was

19   the specific receipt.  When I looked at the receipts, I saw

20   that it was the exact same date and time, so I couldn't tell it

21   apart that way.  I would have to really look at the receipt in

22   question there.

23         I wasn't -- I was kind of shocked when I saw that

24   there was two receipts in there and then when I looked at it, I

25   saw it had the same exact date and time, so my question was:

1    Would I be able to see the photograph that was presented again

2    so that if it was brought back up, I could depreciate *(sic)* the

3    two receipts.

4    Q.  Well, why didn't you say anything when it was presented to

5    you at the beginning?

6    A.  I don't have an answer for that.

7    Q.  And really the problem with your testimony is that you came

8    after the fact, right?  The way you described it yesterday was

9    the trunk had already been opened, there were several officers

10   on scene, and you come after the fact, correct?

11   A.  I was on scene the entire time.  I came after the camera

12   would -- after the camera had been called out, that's when I

13   arrived on scene, that's when I arrived to that specific area.

14   Q.  Okay.  So after the camera had been called out is when you

15   get there --

16   A.  Yes, sir.

17   Q.  -- right?

18          And that would have been Detective Saliba, correct?

19   A.  I believe Detective Saliba was the one who did the

20   photographs.

21   Q.  Right.  He's the camera you're talking about.

22   A.  Yes, sir.

23   Q.  Okay.  Now, he wasn't part of the surveillance team,

24   correct, he was called out to the scene?

25   A.  I believe so.

1   Q.  So all of these items of evidence, the trunk was open, all

2   of this was found before Saliba gets there, right?

3   A.  Items of evidence and not evidence items were located in

4   the condition that they were.  They were photographed in the

5   condition that they were prior to them being removed and being

6   photographed.  So we tried to keep it in the condition that it

7   was the best we could for representation of the photos that you

8   see here.

9   Q.  I'm talking about them being found.  They were all found

10  before Detective Saliba gets there.

11  A.  As Detective Saliba gets there, they're being photographed

12  as they're being removed from the bag.  As these items are

13  being photographed, they're being photographed as they're being

14  taken out.  So you see the folded shirt or you see the folded

15  receipt as that is a photograph.  The next photograph would be

16  it opened up so you could see what's on the receipt.

17  Q.  Detective Saliba was not part of the surveillance team,

18  correct?

19  A.  I wasn't part of the surveillance team either.

20  Q.  I'm asking, Detective Saliba was not part of the

21  surveillance team, correct?

22  A.  I don't know what role -- what surveillance team are we

23  referring to?

24  Q.  People that were surveilling the house before Mr. Bryant

25  got there, wasn't there a whole surveillance team that was

1  watching the house?

2  A.  There were two separate elements that day.  There was

3  the --

4          MR. FUNK:  Objection, Your Honor, hearsay.  If he

5  wasn't there, he would be testifying to a statement that

6  someone else told him.

7          THE COURT:  Can you restate your question?  I wasn't

8  sure if it was eliciting a statement.

9  BY MR. PATANZO:

10  Q   Okay.  Let's go back.

11          Now, you -- whose investigation was this, because

12  there were multiple agencies there, correct?

13  A.  Yes, sir.

14  Q.  You're talking about the St. Lucie County Sheriff's

15  Department, there were federal authorities, correct?

16  A.  Yes, sir.

17  Q.  And there were local agencies, Fort Pierce police or

18  Port St. Lucie police?

19  A.  I believe Port St. Lucie police.

20  Q.  Port St. Lucie police.

21  A.  Yes, sir.

22  Q.  Okay.  So which agency was in charge?

23  A.  I know it's a joint collaboration between the

24  U.S. marshals, the ATF, St. Lucie County Sheriff's Office, and

25  the Port St. Lucie Police Department.  Within our agencies, we

 1    have different units that are broken down.

 2            On this particular day, the unit that I was in charge

 3    of wasn't present for any surveillance.  The scene was already

 4    secured when we were contacted to respond to the location.  So

 5    there was a separate entity within the sheriff's office that

 6    worked with the U.S. marshals, that worked with ATF, that

 7    worked with other agencies on the task force, so to say, that

 8    was part of the surveillance.

 9            If that's what we're referring to, the surveillance

10    team that I wasn't a part of or was even -- I might have had a

11    slight knowledge that they were conducting a surveillance

12    operation, but I didn't have any active role in it until after

13    the fact.

14    Q.  So who was in charge, who was making the decisions on

15    scene?  Like who was in charge of when you see a piece of

16    evidence, we need to preserve that, who does it go to?  Who was

17    making the decisions?

18    A.  Well, see, now we're talking about two different things.

19    We're talking about -- you asked about the surveillance, which

20    is one portion of it, and then you talk about after the fact.

21    When my unit had shown up with the detectives and other

22    deputies to write the search warrant and execute the search

23    warrant.

24    Q.  Okay.  And you were not part of the surveillance.

25    A.  Not at all.

```
 1   Q.  Okay.  So who contacts you?

 2   A.  It would --

 3           THE COURT:  Mr. Funk -- hold on, sir.  Mr. Funk, do

 4   you have an objection?

 5           MR. FUNK:  Relevance.

 6           THE COURT:  All right.  Let's see the parties at

 7   sidebar.

 8           (The following discussion was had at sidebar)

 9           THE COURT:  I'm sorry to hear about your foot.

10           I just want to make sure you're careful here,

11   Mr. Patanzo, in soliciting questioning about the nature of why

12   the officers were there to begin with and the back story

13   leading up to the execution of the arrest warrant.  I thought

14   it was the parties' joint intent to keep that as sanitized as

15   possible, so I just want you to be aware of that pretrial

16   ruling.

17           With respect to where you're going with this, please

18   elaborate.

19           MR. PATANZO:  Well, a couple things.  First of all,

20   the cat's already out of the bag.  You've allowed them to talk

21   about the previous arrest warrant, not the details, but the

22   fact that they were there to serve the arrest warrant.  So I

23   intend to ask him that he knows he's never been charged with

24   anything related to that arrest warrant, so I intend to get

25   into that with him.  Where I'm going --
```

1           THE COURT:  Mr. Patanzo, this is not correct.  The

2    reason for this pretrial ruling was so that your client would

3    be protected in the dissemination of the details of the Osceola

4    incident and the offenses that are listed on that arrest

5    warrant, and that was all by design to insure the least amount

6    of prejudice to your client without sacrificing the essential

7    context of why the officers were there.

8           If you want to open the door to discussion of why

9    they were there and the incident and all of that, that might be

10   your decision, and I can't counsel you against it.  But I'm

11   just letting you know that that is a risk here given how this

12   is progressing.  It hasn't yet so far, but I wanted to conduct

13   a sidebar so you would be aware.

14           MR. PATANZO:  The fact that you've allowed the jury

15   to hear that there is an outstanding arrest warrant for him

16   leads them to believe that he had committed another crime.  The

17   fact that he was never charged with that offense is relevant.

18           THE COURT:  All right.  What is the Government's

19   response to this?

20           MR. FUNK:  Judge, if we want to go down the rabbit

21   hole of talking about why that case was resolved, I can call

22   the prosecutor from the Orlando area to come in and explain why

23   it was dropped.  I mean, it just opens up stuff that's not

24   relevant.

25           We've sanitized everything in the case as much as we

Tuesday, March 22, 2022.

1    possibly can to avoid many different issues, it's just not

2    relevant.  What's relevant is what happened on that day, what

3    things they found, and what their credibility clearly is, too,

4    as they testify, but not --

5              THE COURT:  All right.  I'm going to rule that you

6    focus on the day in question, the officer's conduct in securing

7    or photographing or managing or handling evidence, which I

8    think is one of your concerns, but do not stray prior to the

9    July 9 incident insofar as it may introduce the nature and

10   substance of why the officers were there, and I think unfairly

11   prejudice the Defendant in the revelation of the offenses for

12   which he was being investigated, including things such as

13   aggravated assault with a deadly weapon and use of a firearm

14   during a felony, which do not involve the instant indictment.

15             MR. PATANZO:  Judge, I respect your ruling.  I just

16   note my objection.

17             THE COURT:  Okay.

18             MR. PATANZO:  But what has been done, just so I can

19   make the record, is, you know, it leaves this misleading

20   impression to the jury that he's been charged with something.

21   The fact -- all I'm asking is the fact that he knows they've

22   never charged him.  We are two years later, they've never

23   charged him with anything related to that warrant.

24             THE COURT:  All right.

25             MR. PATANZO:  I don't know why that's not relevant.

```
 1              THE COURT:  Well, first of all, none of this argument
 2   was presented to the Court when we -- when we discussed the
 3   proper balance, your request was, quote, "lawful
 4   investigation."  Their request was arrest warrant, I said
 5   arrest warrant without mentioning felony, and that was the bare
 6   minimum to describe that they were there.
 7              You did not describe any of this more nuanced
 8   argument that you're making today, and I don't find it
 9   persuasive.  So as I said, do not refer to the nature of the
10   substance of the arrest warrant that led the officers there
11   that day of July 9th, and focus on what happened there, which
12   is the issues of the evidence that I presume you want to get
13   into with this witness.  Understood?
14              MR. PATANZO:  Certainly.
15              THE COURT:  Thank you.
16              (End of sidebar discussion)
17   BY MR. PATANZO:
18   Q.  Okay.  Lieutenant, did you author or draft any police
19   reports detailing your participation in this case?
20   A.  No, I did not.
21   Q.  You did not.
22              Now, you talked to the jury yesterday about handling
23   a number of pieces of evidence, correct?
24   A.  Yes, sir.
25   Q.  Okay.  Did you fill out any property receipts or chain of
```

```
 1   custody documents for those items?
 2   A.  I did not.
 3   Q.  You didn't do that either?
 4   A.  No.
 5   Q.  Prior to your testimony here today -- yesterday, did you
 6   review any documents to help refresh your recollection about
 7   the events?
 8   A.  Over the last few months, I've looked at a couple different
 9   reports and forms that were filled out, yes, sir.
10   Q.  Which reports did you review to refresh your recollection
11   for the testimony yesterday?
12   A.  Inventory and return, and the photographs.
13   Q.  The inventory return, is that on the back of the search
14   warrant?
15   A.  They would be attached with the search warrant packet.
16   Q.  Okay.  And then photographs.
17   A.  Yes, sir.
18   Q.  Those are the only documents you reviewed?
19   A.  Yes, sir.
20   Q.  In your 20-year experience, I'm assuming you've gone to a
21   number of crime scenes, and you've recovered a number of pieces
22   of evidence, correct?
23   A.  I have.
24   Q.  Okay.  And the person that finds that piece of evidence and
25   impounds it is the one who fills out the property receipts and
```

1   the chain of custody documents, correct?

2   A.  Yes.

3   Q.  Okay.  So why didn't you do that here?

4   A.  In this example, as I said, I -- 417, which is

5   Detective Pearson, was the one that was assigned to searching

6   the vehicle and called it out.  I was simply demonstrating what

7   would be items that he had located and holding those items up

8   for display while they were being photographed.

9   Q.  So you didn't find them.  So the jury is clear, you weren't

10  the one that went digging around in the bag and found them.

11  A.  I was present as they were -- I believe I could have taken

12  a couple of the items out from the bag.  As you could see, the

13  bag was sitting there open.  You see a shirt, I take the shirt

14  out, hold it up.

15          I wasn't the person who initially saw the bag there,

16  opened the trunk, went into the trunk.  That was done prior to

17  me being on scene, but me seeing those actions take place.  I

18  would be present from the photograph of seeing the bag open

19  with the firearm there and the articles of clothing being what

20  you could see.

21          Prior to that, I would have had zero participation

22  or --

23  Q.  Are you done?

24  A.  Yes.

25  Q.  Showing you Government's Exhibit 9, this is the shirt that

1    you're talking about that you just referenced, right?

2    A.  Yes, sir.

3    Q.  Okay.  Now, Government's Exhibit 5, that's the same white

4    shirt that you were just holding up?

5    A.  Yes, sir.

6    Q.  Okay.  It was already -- were the items already in this

7    location when you got there?

8    A.  In the state that you see, just how it is.

9    Q.  Right.  Other officers had already gone through the bag and

10   found the item, correct?

11   A.  No.  It would be just how you see it there.

12   Q.  Well, the shirt is inside the bag.

13   A.  Correct.  I removed it from the bag, but you could see that

14   the shirt -- those items were already located just how you see

15   it.

16   Q.  Okay.  The shirt was inside the book bag -- inside the

17   duffel bag, correct?

18   A.  Yes.

19   Q.  Okay.  And the gray shirt that we see is another shirt

20   which you were shown in Government's Exhibit 10.  That gray

21   shirt that you're holding up in Government's 10 is the gray

22   shirt that we see underneath the firearm, correct?

23   A.  Yes, sir.

24   Q.  Okay.  And the gray shirt clearly touching the muzzle and

25   front sights of the weapon.

```
 1    A.  Yes, sir.

 2    Q.  Showing you Government's Exhibit 14 that you talked about

 3    yesterday, that's the bag that has the white shirt in it,

 4    correct?

 5    A.  Yes, sir.

 6    Q.  Okay.  Now, the person -- the officer that impounds that

 7    piece of evidence notates his signature on the bag, correct?

 8    A.  Yes, sir.

 9    Q.  Okay.  Are your signature -- are your initials anywhere on

10    that bag?

11    A.  No.

12    Q.  They're not.

13    A.  No, and they wouldn't be on any piece here.

14    Q.  None of the items.  So when we talk -- I don't want to

15    waste the jury's time.

16    A.  No, it wouldn't -- my initials wouldn't be on any piece of

17    evidence here.  I didn't package the evidence, I didn't secure

18    any of it.

19    Q.  None of it.

20    A.  No.

21    Q.  Essentially all you did was hold it and let people take

22    photographs of it.

23    A.  Correct.

24    Q.  Okay.  So with respect to the white shirt and the belt, who

25    was the officer that actually recovered it and packaged it and
```

1    impounded it?

2    A.  I'd reflect back to the inventory and return.

3    Q.  You don't know?

4    A.  I'd have to look at the inventory and return.

5    Q.  Okay.

6           MR. PATANZO:  Could I have just a moment?

7           (Pause)

8           MR. PATANZO:  Can I approach?

9           THE COURT:  Yes, you may.

10   BY MR. PATANZO:

11   Q.  Take a look at that and tell me if you recognize that.

12   A.  I recognize it.  It's a form that we have where we collect

13   evidence, they kind of put a description of what it is, and

14   where it was located, and who it was located by.

15   Q.  That's the inventory and return that you were talking

16   about.

17   A.  Yes, sir.

18   Q.  Okay.  Now, does the inventory and return -- does it

19   identify the officer who found the items or is simply

20   impounding the items?

21   A.  Who found the items.

22   Q.  Who found them.

23   A.  Correct.

24   Q.  Okay.  Do you know who found those items according to --

25   A.  It's indicated here, 417, who I referenced earlier would be

Tuesday, March 22, 2022.

1    Detective Pearson.

2    Q.  Your brother.

3    A.  Not me, my brother, correct.

4    Q.  Okay.  He found those items.

5    A.  Yes, sir.

6    Q.  Okay.  How about the white shirt on Government's Exhibit 14

7    on the bag?

8    A.  All the items from the blue Nissan that we looked at the

9    photographs indicated that 417, Detective Paul Pearson, was the

10   one who had located them.  They've been opened up.  I'd have to

11   try to look through to see if I could identify who actually

12   sealed it on scene, and then what date.

13            I don't think I'd be able to tell you exactly,

14   without digging into it, who was assigned that day or who

15   actually sealed each item up and signed the tape on it after

16   they received the item.  So without -- I can't read whose

17   writing is on here, and this is who found it, and I don't want

18   to mislead.

19   Q.  Can you tell the jury how many different officers handled

20   the items before they were packaged?

21   A.  It would be one.  It would be the officer who located it.

22   In this case, what made this different from other items is we

23   saw that there was some clothing there, so I displayed them.

24   After the photograph was taken, the person taking the photos

25   would transport -- or the person who found them would take it

1   to the person filling out the inventory and return, who would

2   write down where they found it at, and then they would seal it

3   up into the evidence bag or lock a gun up.  We wouldn't do it

4   at the vehicle, it would be at like a little table we'd set up.

5   You know, who was sitting there and sealed it that day, I don't

6   know who it was, but we could definitely find out and try to

7   track --

8   Q.  That would be in general terms, you would do that, right?

9   Generally, you would do that.

10  A.  I don't know who the specific detective or deputy that did

11  it that day.

12  Q.  Right.

13  A.  I'm not prepared to answer that question at this time.  I

14  apologize to the jury and I apologize to you for not being

15  prepared.

16  Q.  So your answers would be the same to all of the items found

17  in the trunk.

18  A.  All -- I believe all of -- my answer would be the same to

19  all of the items collected that day.

20  Q.  Right.  Including the firearm, including the magazine in

21  the trunk.

22  A.  Yes, sir.

23  Q.  Does the St. Lucie County Sheriff's Office -- do they

24  recommend that you wear body cameras?

25            MR. FUNK:  Objection, Your Honor.  Relevance.

Tuesday, March 22, 2022.

1           THE COURT:  Overruled.

2   A.  Up until the summer or around August time, we were never

3   equipped with any body cameras.  We do now have body cameras,

4   and we do have a policy in place to where we wear body cameras.

5   Unfortunately, at this time, we didn't have body cameras, and

6   without having body cameras, we didn't have any policy in place

7   to -- we just didn't have them.  They didn't exist within our

8   agency at the time.

9   BY MR. PATANZO:

10  Q.  At the time -- now you do have body cameras and a policy in

11  place, correct?

12  A.  Yes, sir.

13  Q.  It is the policy of the St. Lucie County Sheriff's Office

14  that you have to wear your body cameras during inventories and

15  searches of vehicles?

16  A.  Depending on the circumstances, there are some -- with

17  operations, there's some leeway to not give up tactics, but in

18  general, in a situation like this, I think that it would

19  behoove anybody not to have a body camera on to capture

20  everything that we have.  So again, I'm not -- I don't know the

21  exact verbiage of the policy, it's very new.

22          We encourage everyone to wear their body cameras at

23  all times, you know, unless it's picking up, you know,

24  something that -- a victim.  There's many different scenarios,

25  but in a situation like this, I'm not in that unit, that

1    specialty unit anymore, I would assume -- or I would encourage

2    them to have their body camera on to capture situations like

3    this.

4              MR. PATANZO:  Thank you.  I don't have any other

5    questions.

6              THE COURT:  Any redirect?

7                    **REDIRECT EXAMINATION**

8    BY MR. FUNK:

9    Q.  Is it unusual at all to have more than one person work

10   together as far as photographing, documenting and collecting

11   different pieces of evidence that are put into evidence?

12   A.  No.  There's no way that you could even function without

13   teamwork and without, you know, dozens of people on scene to

14   help facilitate the process.

15   Q.  Does the person who found it have the responsibility, in

16   and of themselves, to photograph the items once they first

17   discover them?

18   A.  No.  At our agency, we assign somebody the camera, and they

19   would be the person responsible for taking photographs of it --

20   of the item located when it's located.

21   Q.  Does another individual also log and create the inventory

22   and return that you were shown?

23   A.  Yes.  Another deputy or detective would be assigned to fill

24   out the inventory and return when the items are brought to

25   them.  So they're sitting at a station, you know, they're able

1    to have nice handwriting, they could actually articulate what

2    was found, what was told to them, where it was found.  And then

3    they would have the time to be able to put it in a bag, wrap

4    it, put the tape on it, make sure the item is safe or field

5    tested, if it's a narcotic or something along those lines.  So

6    it's a big process, there's a lot of moving parts to it

7    logistics-wise.

8    Q.  And was it Paul Pearson that was at the back of the trunk

9    when you arrived to assist with taking the items out of the

10   trunk?

11   A.  Yes.

12          MR. FUNK:  May I have a moment, Your Honor?

13          THE COURT:  You may.

14          *(Pause)*

15          MR. FUNK:  I have no further questions, Your Honor.

16   Thank you.

17          THE COURT:  Thank you.

18          Thank you, Mr. Pearson.  You may be excused.

19          *(Witness excused)*

20          MR. FUNK:  Your Honor, the next witness will be Paul

21   Pearson.

22          THE COURT:  All right.  Please call Mr. Paul Pearson

23   in.

24          Jurors, just for planning, we'll be taking a break

25   around 10:15.  That's about 30 minutes from now.

Tuesday, March 22, 2022.

1          Let me just ask, do any jurors need a break at this

2    time?

3          No?  Okay.  Thank you.

4          *(Pause)*

5          MR. FUNK:  Judge, I'll call a different witness at

6    this time.  It will be Detective --

7          THE COURT:  How far away is Mr. Paul Pearson, or

8    where is he?

9          MR. FUNK:  He's downstairs in the office with the

10   marshals, and he'll be about ten minutes to come up.

11         THE COURT:  Okay.  Then, ladies and gentlemen, we're

12   going to take an earlier break than I anticipated now for

13   15 minutes.

14         All rise for the jury.

15         *(The jury exited the courtroom)*

16         THE COURT:  All right.  We're in recess.

17         *(Recess taken at 9:48 a.m. until 10:05 a.m.)*

18         THE COURTROOM DEPUTY:  All rise.

19         THE COURT:  All right.  Mr. Funk, do you have your

20   witness prepared?

21         We can go get the jurors.  Thank you, Ms. Glass.

22         THE COURTROOM DEPUTY:  All rise for the jury.

23         *(The jury entered the courtroom)*

24         THE COURT:  Thank you.  You may be seated.

25         Mr. Funk, please call your next witness.

Tuesday, March 22, 2022.

```
 1              MR. FUNK:  Your Honor, the Government calls Paul
 2    Pearson.
 3              THE COURT:  Good morning, sir.  Please walk over here
 4    to the witness stand.
 5              Oh, I'm sorry, we are missing one juror.  So just
 6    please still come over.  We are about to get started.
 7              (Pause)
 8              THE COURT:  Thank you, Ms. Glass.
 9              All right.  Let's get started.
10              MR. FUNK:  I believe he needs to be sworn.
11              THE COURT:  Yes, Ms. Glass will swear him in in just
12    a minute.
13              THE COURTROOM DEPUTY:  Please stand and raise your
14    right hand.
15              (PAUL PEARSON, GOVERNMENT'S WITNESS, WAS SWORN)
16              THE COURTROOM DEPUTY:  Please state your name and
17    spell your last name, please.
18              THE WITNESS:  Paul Pearson, P-E-A-R-S-O-N.
19              THE COURTROOM DEPUTY:  Thank you.
20              THE COURT:  You may be seated.  Thank you.
21                         DIRECT EXAMINATION
22    BY MR. FUNK:
23    Q.  Good morning.
24    A.  Good morning.
25    Q.  Where do you work?
```

1   A.  St. Lucie County Sheriff's Office.

2   Q.  How many years have you worked there?

3   A.  Twenty.

4   Q   And when you first went into law enforcement, did you go

5   through any specific training in order to do that?

6   A.  Yes.  I started out in corrections, I went to the

7   correction academy in 2001.  And in 2004, I went to the law

8   enforcement academy.

9   Q.  After going to the law enforcement academy, where did you

10  start within the sheriff's office?

11  A.  I started at the jail until 2009, and then I went to road

12  patrol until 2013, and then came to warrants for the

13  U.S. Marshal's task force.

14  Q.  And in doing warrants, are you with the task force?  What

15  does it mean to be a task force officer?

16  A.  We go out and serve arrest warrants on a daily basis.

17  Q.  And as a task force officer -- let me ask this, are you

18  still employed as -- at the St. Lucie County Sheriff's Office

19  as an investigator, have investigative abilities?

20  A.  Yes.

21  Q.  Were you involved in a search that occurred at

22  3706 Avenue K in Fort Pierce on July 9th of 2020?

23  A.  Yes.

24  Q.  Were you also involved in a role as a task force officer on

25  that date?

1    A.  Yes.

2    Q.  Did you, on July 9th, 2020, participate in executing a

3    lawful warrant for Ronell Bryant?

4    A.  Yes.

5    Q.  If you saw Mr. Bryant again today, would you be able to

6    identify him?

7    A.  Yes.

8    Q.  Do you see him in court today?

9    A.  Yes.

10   Q.  And if you would, please point to him and describe what

11   he's wearing, just briefly.

12   A.  He's wearing a white shirt, dark colored bow tie, tan

13   jacket, and he has his mask on.

14          MR. FUNK:  Your Honor, may we let the record reflect

15   that the witness has identified Mr. Bryant?

16          THE COURT:  The record reflects the identification.

17   BY MR. FUNK:

18   Q.  Now, let's talk about your involvement in just searching

19   the vehicle.

20          First of all, let me show you Government's Exhibit

21   Number 2.  Do you recognize what that picture shows?

22   A.  That's a vehicle that Ronell Bryant was in in the back of

23   his residence.

24   Q.  Did you participate in a search of the vehicle?

25   A.  Yes.

1   Q.  Do you have any idea who these other people are that are in
2   the photograph?
3   A.  I'm standing by the door, and a female sergeant by the name
4   of Yulee Ortiz *(phonetic)* is standing, it looks like, to the
5   left of me.
6   Q.  Was it your responsibility to look into the car and
7   retrieve what was contained in there?
8   A.  Yes.
9   Q.  Is the trunk down or up in this picture?
10  A.  It's hard to say.  I think it's -- it looks down.
11  Q.  Was it down at the time that you started searching the car?
12  A.  Yes.
13  Q.  I'm going to show you Government's Exhibit Number 3.  What
14  does that show?
15  A.  The trunk of the vehicle.
16  Q.  And is it a blue Nissan Altima?
17  A.  Yes.
18  Q.  Were you the one that raised or were you present when the
19  trunk was first raised?
20  A.  Yes.
21  Q.  What did you do when you first opened the back trunk of the
22  vehicle?
23  A.  Looked into it.
24  Q.  And did you immediately see a firearm within the back
25  trunk?

Tuesday, March 22, 2022.

1    A.   No.

2    Q.   What did you do to further your search in looking in the

3    back trunk?

4    A.   Started out with whatever was in there first.  I think -- I

5    think there was a bag in there of -- maybe a few bags, at least

6    one, moved that around before to make sure nothing else was in

7    there, and then looked inside the bag.

8    Q.   Did you find a firearm in the bag?

9    A.   Yes.

10   Q.   Once you found the firearm, did you have someone come and

11   photograph it?

12   A.   Yes.

13   Q.   Was it photographed in the position after you -- well, let

14   me ask this first.  Did you need to open the bag in order to be

15   able to see the firearm?

16   A.   Yes, you had to open the bag.

17   Q.   Once you opened the bag and saw the firearm there, did you

18   just immediately let go of it and leave it where it was found?

19   A.   Yes.

20   Q.   Did you have officer -- or Detective Saliba come and take a

21   picture?

22   A.   Yes, he did.

23   Q.   I'm going to show you Government's Exhibit Number 4.  Would

24   that have been a picture that was taken by Detective Saliba?

25   A.   One of them, yes.

Tuesday, March 22, 2022.

1   Q.  Does it show the back trunk of the blue Nissan?

2   A.  Yes.

3   Q.  I show you Government's Exhibit Number 5.  Do you recognize

4   what that depicts?

5   A.  Yes.

6   Q   What does it show?

7   A.  The bag that was in the back, it looks like a belt that was

8   in there, the firearm, and some clothes, and then that receipt.

9   Q.  Is that the way it appeared when you opened the top of the

10  bag in the course of doing your search?

11  A.  Yes.

12  Q.  Who was the one that assisted you in taking the items out

13  of the trunk of the vehicle?

14  A.  Keith Pearson.

15  Q.  Does he happen to be your brother?

16  A.  Yes.

17  Q.  I'm going to show you Government's Exhibit Number 6.  Do

18  you recognize that photograph?

19  A.  Yes.

20  Q.  What does it show?

21  A.  It shows a receipt with the same date on it, I think, or

22  four days prior, with Ronell Bryant's name on it, and some

23  items he bought from Vero Beach that Ronell Bryant on here

24  bought.

25  Q.  I'm going to show you Government's Exhibit Number 5.  That

1   receipt is -- in Government's Exhibit Number 5 is over the gun,

2   is that the same receipt that I just showed you in Government's

3   Exhibit 6?

4   A.  Yes.

5   Q.  Were there additional items that were taken out of the bag?

6   A.  The clothes.

7   Q.  Did that include the belt?

8   A.  Yes, it included the belt.

9   Q.  I'm going to show you Government's Exhibit Number 7.  Is

10  that an additional photograph of a receipt that was found in

11  the back trunk of the car?

12  A.  Yes.

13  Q.  Do you have a clear recollection as to how many of those

14  Ralph Lauren receipts were found?

15  A.  No.

16  Q.  I'm showing you Government's Exhibit Number 8.  What does

17  that image show?

18  A.  The firearm that was found in the bag.

19  Q.  What's it sitting on top of?

20  A.  A belt and some other clothing.

21  Q.  I'm showing you Government's Exhibit Number 9.  Do you

22  recognize what that is?

23  A.  A shirt.

24  Q.  What color is it?

25  A.  A white Michael Kors shirt.

```
 1   Q.  Who's holding it up?

 2   A.  Keith Pearson.

 3   Q.  Why did you have him hold it up rather than you taking it

 4   out of the back end of the trunk?

 5   A.  The both of us was in the trunk.  He -- I might have been

 6   doing something else when he picked it out of the trunk, I'm

 7   not sure.

 8   Q.  Is it unusual to have more than one person work on

 9   documenting where things are found?

10   A.  No.

11   Q.  Showing you Government's Exhibit Number 10, do you

12   recognize what that is?

13   A.  That's another shirt.

14   Q.  Do you know where that was found in the trunk?

15   A.  I'm not a hundred percent sure.  It was found in the trunk,

16   I just don't know where.

17   Q.  I show you Government's Exhibit Number 11.  Do you know

18   what that shows?

19   A.  That shows the belt that was inside of the bag with the

20   firearm.

21   Q.  For the record, can you describe the appearance of the

22   belt?

23   A.  It's like a black belt with like little bling things,

24   little round, like, diamond looking things on it.

25   Q.  I'm showing you Government's Exhibit Number 5., where is
```

Tuesday, March 22, 2022.

```
 1   that depicted?
 2          You can touch the screen and kind of circle the area
 3   where that belt appears.  Do you see it in there?
 4   A.  Yeah.  Right there (indicating).
 5   Q.  And when you found it, was the belt directly under the
 6   handle of the gun?
 7   A.  Yes.
 8   Q.  Do you remember finding a wallet and a driver's license in
 9   the vehicle?
10   A.  I don't remember finding that, no.
11   Q.  Do you remember taking items from the vehicle and turning
12   them in to someone who was documenting what things were found?
13   A.  Yes.
14   Q.  Who was the person that was documenting where things were
15   found?
16   A.  If I believe correctly, Detective Angulo.
17   Q.  Is Angulo spelled A-N-G-U-L-O?
18   A.  Yes.  Or it could have been Detective Randy Walker at the
19   time.  Both of them were together, assisting each other.
20          THE JUROR:  Can you spell that last name again?
21          THE COURT:  Sure.
22          Sir, do you know how to spell Mr. Angulo's name?
23          THE WITNESS:  Yes.  It's A-N-G-U-L-O, and his first
24   name is Jose.
25          (Juror speaking inaudibly)
```

Tuesday, March 22, 2022.

 1   BY MR. FUNK:

 2   Q.   I'm showing you Government's Exhibit 15.  Do you recognize

 3   what that is?

 4   A.   Yes.

 5   Q.   What is it?

 6   A.   That's a magazine that was found inside of the weapon with

 7   ammo in it, ammunition.

 8   Q.   And what's the way that you -- when you check into evidence

 9   ammunition and guns, what's the way in which it's required to

10   be stored?

11   A.   The magazine gets taken out of the weapon.  If there's any

12   ammunition in the weapon itself, that comes out; it's stored

13   separate.  The ammunition is usually left inside the magazine,

14   and then the crime scene department takes that out somewhere

15   else, takes the ammunition out of the magazine.  And then that

16   all gets put separately; the ammo, the magazine, and the

17   firearm.

18   Q.   Now, was it -- were you tasked with taking all the items

19   from what was found in the Nissan Altima and then delivering

20   those to the person who was processing and creating the

21   inventory return?

22   A.   Not for all the items.  If it says that I --

23   Q.   I'm talking about for the car, let me be more specific

24   about that.

25   A.   For the car, yes.

```
 1   Q.  So if an item was found in the car and you delivered it to
 2   the person processing it, it would have been from the car?
 3   A.  If I didn't personally deliver it to them, I'm the one that
 4   told them, this is where -- it was like the gun, this is where
 5   the gun was found, and possibly somebody else -- like you saw a
 6   picture -- put it into the evidence and put my name that I'm
 7   the one that found it.
 8   Q.  Do you remember putting into evidence a silver cellphone?
 9   A.  I didn't put anything into evidence.
10   Q.  Let me be more precise.  Do you remember that one of the
11   things that was located in the car -- are you aware of whether
12   or not a silver cellphone was found within the car or near the
13   car?
14   A.  There was, I believe, two cellphones.  I don't remember the
15   exact color.
16   Q.  Would it help refresh your recollection as to what types of
17   iPhones were found in or around the car?
18   A.  Yes.
19   Q.  Let me be more precise for the record.  When the inventory
20   and return was created, as a part of the regular process, does
21   it indicate who was the person who found or had knowledge of
22   where the items were found?
23   A.  Yes.
24   Q.  Does it list that by badge number?
25   A.  Yes.
```

```
 1    Q.  What's your badge number?
 2    A.  417.
 3            MR. FUNK:  May I approach the witness, Your Honor?
 4            THE COURT:  You may.
 5    BY MR. FUNK:
 6    Q.  I want you to take a look --
 7            THE COURT:  Is your microphone on, Mr. Funk?
 8            MR. FUNK:  I forgot to press the button, I'm sorry.
 9    BY MR. FUNK:
10    Q.  Does that help refresh your recollection?
11    A.  Yes.
12    Q.  And were you the one that took the two -- the silver Apple
13    iPhone and the black Apple iPhone from the area of the vehicle?
14    A.  I believe -- I believe the wallet.  The two iPhones was
15    actually first taken by Detective Marc Stotler from Port
16    St. Lucie Police Department and given to me, because I took
17    possession of all the items that was back there.  It must have
18    been on him or close by him when the arrest happened.
19    Q.  I'm going to show you Government's Exhibit 14.  I want you
20    to look inside and let me know whether or not you recognize
21    what that is.
22    A.  It's the belt and the Michael Kors shirt that was found in
23    the bag in the back of the car.
24    Q.  And if you could pull out the belt, please.
25            Okay.  Is that the same belt that was found in the
```

Tuesday, March 22, 2022.

1    back of the trunk?

2    A.  Yes.

3    Q.  I'm showing you Government's Exhibit Number 5.  Does that

4    photograph depict where the belt was found?

5    A.  Yes.

6    Q.  I show you Government's Exhibit 17.  Do you recognize what

7    that is?

8    A.  Yes, the firearm that was found in the back of the car.

9    Q.  Is that the firearm that was found sitting on top of the

10   belt that we just looked at?

11   A.  Yes.

12   Q.  The firearm that was under the receipt that has Polo *(sic)*

13   Bryant's name on it?

14   A.  Yes.

15   Q.  And would you have been the one that checked in -- or

16   rather turned in the ammunition to the person who was

17   processing or keeping track of the inventory and return?

18   A.  I relayed that we found -- I found the weapon in the back

19   of the trunk, and I think someone else came and took it and put

20   it into evidence.

21   Q.  Is that a standard policy or procedure to have someone

22   bring the evidence over, and then another person do the

23   inventory and return and package it?

24   A.  Yes.

25   Q.  Is that the process that you followed here?

```
 1   A.  Yes.
 2   Q.  When your brother was taking the items out of the back end
 3   of the truck (sic), was he wearing gloves?
 4   A.  Yes, he was.
 5   Q.  Is that a regular policy and procedure?
 6   A.  Yes.
 7   Q.  Why is that done?
 8   A.  Mainly in case there's something in there that could
 9   contaminate our hands and also from us contaminating the
10   evidence, and cleanliness.
11          MR. FUNK:  Your Honor, that's all the questions I
12   have.  Thank you.
13          THE COURT:  Thank you, Mr. Funk.
14          Mr. Patanzo.
15          MR. FUNK:  If I could just have one moment, Judge.
16                      CROSS-EXAMINATION
17   BY MR. PATANZO:
18   Q.  Good morning.
19   A.  Good morning.
20   Q.  Do you still have the gun box in front of you?
21   A.  Yes.
22   Q.  Okay.  You're the person who found the weapon, correct?
23   A.  Yes.
24   Q.  Okay.  But you indicated you gave it to somebody else, you
25   didn't package it or impound it --
```

```
 1   A.  No.
 2   Q.  -- right?
 3            So your initials are nowhere on the box indicating
 4   you're the one that --
 5   A.  They should not be.
 6   Q.  -- impounded it, right?
 7   A.  Right, correct.
 8   Q.  Do you know whose are?
 9   A.  There's multiple numbers on here.
10   Q.  Right.  I understand it's been examined by a number of
11   people.  But are you able to look at it and determine what
12   deputy impounded it?
13   A.  Well, I see 434, which is Chris Jadin.  I'm not sure if
14   he's the one impounding it.
15            Every time somebody opens this up and closes it, they
16   have to put tape on it and initial it.
17   Q.  Sure.
18   A.  There's a lot of tape on here, so I couldn't tell you.
19   Q.  Okay.  And as you sit here today, you don't know which
20   deputy on scene you handed the weapon to.
21   A.  I didn't actually hand the weapon to anybody.  They
22   retrieved it with a different set of gloves.
23   Q.  Okay.  So the --
24   A.  Clean gloves.
25   Q.  So you don't know who that was.
```

1   A.  No.

2   Q.  Okay.  But you were the first deputy to actually examine

3   the contents of the duffel bag.

4   A.  Me, along with Keith Pearson.

5   Q.  Along with your brother.

6   A.  Yes.

7   Q.  Okay.  You also told the jury there were a number of other

8   bags in the trunk, correct?

9   A.  I'm not sure if there was a number of other bags.  I

10  know -- I think there was maybe another bag.  I know for a fact

11  there was one.

12  Q.  Okay.  Did you take possession of the other bag and the

13  contents in the other bag?

14  A.  I didn't take possession of anything.

15  Q.  Nothing?

16  A.  I just found it.

17  Q.  Okay.

18  A.  And somebody else took possession of it and put it in

19  evidence.

20  Q.  Okay.  How about the other bag that was next to the bag

21  with the weapon in it, did somebody take possession of that?

22  A.  That's the only bag that I remember, the one with the

23  weapon in it.

24  Q.  I thought you said earlier that there may have been other

25  bags in the trunk.

1   A.  There may have.  The only one I remember is the one with

2   the weapon.

3   Q.  Okay.  You didn't look into any other bags that you can

4   remember?

5   A.  I don't remember, no.

6   Q.  Okay.  Let's talk about the items that are in the bag that

7   you looked at, okay.

8           I'm going to show you Government's Exhibit 5.  Now,

9   you testified earlier that when you first opened up the trunk,

10  the gun was not readily apparent --

11  A.  No, it was not.

12  Q.  -- right?

13          The clothing was on top of it.

14  A.  That's the way it was when we opened the bag, just how you

15  see it.

16  Q.  But in the picture, the gun is readily apparent.  You're

17  saying --

18  A.  The bag was closed.

19  Q.  The bag was closed.

20  A.  It was closed, yeah.  After we opened the bag, that's what

21  it looked like.

22  Q.  Okay.  When you opened it up, so -- and inside the bag was

23  the white shirt.

24  A.  Yes.

25  Q.  Okay.  So presume -- I mean -- okay.  Mixed in the bag with

1  the weapon would have been the gray shirt that we see

2  underneath there, and then the white shirt would have been on

3  top of the weapon.

4  A.  It looks like the white shirt is to the left of it, is what

5  it looks like.

6  Q.  Well, you testified earlier you pulled the white shirt out

7  of the bag.  Is that where you got it from?

8  A.  I think my brother pulled it out of the bag.

9  Q.  Your brother pulled it out of the bag.

10  A.  Yeah, there was a picture of it.

11  Q.  Okay.  So I understand -- okay.  So maybe we don't know who

12  actually pulled the white shirt out of the bag, but can we all

13  agree that the white shirt came out of the bag?

14  A.  Yes, it came out of the bag.

15  Q.  Okay.  You talked about a receipt.

16  A.  Yes.

17  Q.  Now, did you find that?

18  A.  Yes.

19  Q.  What else did you find other than the belt, the gray shirt,

20  the white shirt, and the one receipt that we see in that

21  picture?

22  A.  I don't think I found anything else.

23  Q.  Nothing else.

24  A.  I mean, I could have, but nothing of importance.

25  Q.  Now, Government's Exhibit 13 is two receipts.

1   A.  Okay.

2   Q.  Both dated July 5th, both with Mr. Bryant's name on it.

3   Your testimony is you only had -- found one receipt in the bag.

4   Where was the second receipt found?

5   A.  I'm not sure.  They could have been put together, wrapped

6   up, and I could have missed -- thought it was one receipt and

7   it was really two, but I know I found one receipt.

8   Q.  So where did the second one come from?

9   A.  Somewhere in the bag, is what I'm assuming.

10  Q.  You certainly don't know.

11  A.  I'm not a hundred percent sure where it came from.

12  Q.  You don't know.

13  A.  No.

14  Q.  How about a Versace receipt, a receipt that was dated

15  July 2nd, I believe, from a Versace store, did you find that in

16  the bag?

17  A.  I don't remember, I don't think so.

18  Q.  Who else went through the bag other than yourself?

19  A.  Keith Pearson.

20  Q.  Okay.  Other than your brother, who else went through the

21  bag?

22  A.  I'm not sure.

23  Q.  Okay.  You never found a Versace receipt.

24  A.  Not that I can remember.

25  Q.  In the bag with the firearm, never found it.

```
1    A.   Not that I can remember, no.

2    Q.   Okay.  You were shown Government's Exhibit 12.

3    A.   Yes.

4    Q.   And you said you did not recognize that item, correct?

5    A.   I recognize what it is.  It's Ronell Bryant's license

6    inside of a wallet.

7    Q.   Sure, you recognize it in the photograph.  You told

8    Mr. Funk you didn't recognize it earlier.  Did you find it on

9    scene?

10   A.   I was handed it from, I believe, Detective Marc Stotler.

11   Q.   The license.

12   A.   The license and the phones -- well, probably the whole

13   wallet and the phones after he was taken into custody, because

14   I took Ronell Bryant with me.

15   Q.   Okay.

16   A.   And that was his property that came along with me, too.

17   Q.   Okay.  So you did not find the driver's license.

18   A.   I'm not the one that actually found it, no.

19   Q.   Okay.

20   A.   I think it was close by him or -- I'm not sure.  You have

21   would to ask the other person.

22   Q.   I want to show you the inventory and return.

23             MR. PATANZO:  May I approach?

24             THE COURT:  You may, but please don't speak without a

25   microphone.
```

Tuesday, March 22, 2022.

```
 1    BY MR. PATANZO:
 2    Q.   Okay.  That's the inventory and return that Mr. Funk had
 3    just shown you, correct?
 4    A.   Correct.
 5    Q.   And on item number 3, it lists the driver's license,
 6    correct?
 7    A.   Yes.
 8    Q.   And also on there, it says found by whom, and you're 417,
 9    right?
10    A.   Yes.
11    Q.   But you did not find it.
12    A.   It doesn't say -- it says "location found, description of
13    property being seized."
14    Q.   Right.  At the top of the last column, it says by who.
15    A.   Making a search as within directed upon, which search I
16    found.  Now, he works for Port St. Lucie Police Department.
17    Q.   Right.
18    A.   And this is for the St. Lucie County Sheriff's Office.
19    Q.   I understand.
20    A.   So I was given it from him.  He gave it to me --
21    Q.   Okay.
22    A.   -- to put into evidence.
23    Q.   So it doesn't reference found by whom and your 417 ID.
24    A.   That's what this says here.
25    Q.   Yes.
```

```
 1   A.  But I'm telling you what happened.

 2   Q.  But that's not what it means.

 3   A.  That's -- that is what this means on this piece of paper.

 4   Q.  But you didn't find the driver's license.

 5   A.  No, I didn't find the driver's license.

 6   Q.  Okay.  It's your testimony that Marc Stotler found it.

 7   A.  Yes, I believe he's the one that found it.

 8   Q.  But all of the other items that are referenced on that

 9   inventory --

10   A.  Two phones --

11   Q.  -- with respect to the firearm, the items with respect to

12   the firearm, by whom, in the column that says found by whom, it

13   has your 417.

14   A.  Yes.

15   Q.  Right.  Because you found that item.

16   A.  I was handed the two iPhones and the wallet, the other

17   items I found.

18   Q.  The cellphones, you did not recover those.

19   A.  I recovered them from, I believe, Marc Stotler.

20   Q.  Another officer.

21   A.  Yes.

22   Q.  Okay.  Now, you talked about -- Mr. Funk had asked you why

23   you wear gloves, and you had mentioned concern of

24   contamination.

25   A.  Correct.
```

Tuesday, March 22, 2022.

```
1    Q.  The items that were surrounding the firearm, the white

2    shirt, the gray shirt, did you ask that those items be sent to

3    the crime lab for any kind of analysis?

4    A.  Not -- no, I did not.

5    Q.  You did not.

6         MR. PATANZO:  I think that's all of the questions I

7    have.  Thank you.

8         THE COURT:  Thank you, Mr. Patanzo.

9         Mr. Funk.
```

**REDIRECT EXAMINATION**

```
11   BY MR. FUNK:

12   Q.  With regards to your role in the investigation, was it up

13   to you -- or was it your responsibility in order to determine

14   which pieces of evidence needed to be forensically tested?

15   A.  No, it was not up to me.

16   Q.  With regards to the items that were found in the back

17   trunk, did you find anything of evidentiary value within the

18   back of the trunk?

19   A.  Yes.

20   Q.  What was the evidentiary value?

21   A.  The firearm.

22   Q.  In the other bags, if there were multiple bags or other

23   items in the back of the trunk, if there was anything of

24   evidentiary value, would you have collected that?

25   A.  Yes.
```

```
 1  Q.  Is it a normal procedure when you do a search of a back

 2  trunk, for example, to take into evidence every single item

 3  that's in the back of the trunk?

 4  A.  No.

 5          MR. FUNK:  That's all the questions I have.  Thank

 6  you.

 7          THE COURT:  Thank you.

 8          Thank you, Detective.  You may be excused.

 9          (Witness excused)

10          THE COURT:  Government, please call your next

11  witness.

12          MR. FUNK:  If I could have one moment, Your Honor.

13          Your Honor, the Government calls Marc Stotler.

14          THE COURT:  All right.  Let's have Mr. Stotler

15  brought in.

16          (Pause)

17          THE COURT:  Good morning, sir.  Please walk over here

18  to be sworn in.  Please remain standing.

19          (MARC STOTLER, GOVERNMENT'S WITNESS, WAS SWORN)

20          THE COURT:  Please state your name and spell your

21  last name.

22          THE WITNESS:  Detective Marc Stotler, S-T-O-T-L-E-R.

23          THE COURT:  Thank you, sir.  You may be seated.

24          THE WITNESS:  Thank you.  Good morning, Your Honor.

25
```

1                          ***DIRECT EXAMINATION***

2       BY MR. FUNK:

3       Q.   Good morning.

4       A.   Good morning, sir.

5       Q.   Where do you work?

6       A.   I'm currently employed for the City of Port St. Lucie

7       Police Department.

8       Q.   What do you do for the Port St. Lucie Police Department?

9       A.   My current role is a detective assigned to the internal

10      affairs section.

11      Q.   How long have you been in law enforcement?

12      A.   I've been employed in law enforcement for approximately

13      seven years.

14      Q.   Have you worked for more than one agency during that time?

15      A.   I have.

16      Q.   What was the first agency that you worked for?

17      A.   I worked for the City of Fort Pierce Police Department for

18      approximately three years.

19      Q.   And before doing that, did you go through the academy in

20      order to be a law enforcement officer?

21      A.   I did.

22      Q.   When you moved into the port -- well, let me ask first, at

23      the Fort Pierce Police Department, what were your duties and

24      responsibilities?

25      A.   I was assigned to the road patrol division.

```
 1              THE COURT:  Mr. Funk, is your microphone on?
 2              MR. FUNK:  It is, Judge.  I'll just talk way louder.
 3  I'm sorry.
 4              THE COURT:  No, that's okay.
 5              Jurors, can you hear Mr. Funk okay?
 6              All right.  I think we're fine.  Thank you.
 7              MR. FUNK:  Okay.  Thank you.
 8  BY MR. FUNK:
 9  Q.  At the Fort Pierce Police Department, were you on road
10  patrol the entire time that you were there?
11  A.  That's correct.
12  Q.  After you were hired into the Port St. Lucie Police
13  Department, what role did you take on?
14  A.  I worked in the road patrol division for a short period of
15  time before being assigned to the special investigations
16  division.
17  Q.  What is the special investigations division?
18  A.  The special investigations division investigates all vice
19  and gun related crime.
20  Q.  Did you -- how many years did you spend in that division?
21  A.  Just shy of two years.
22  Q.  After that division, where did you go?
23  A.  To my current role in the internal affairs section.
24  Q.  What's your role there?
25  A.  I investigate police officers for violations of general
```

 1  guidelines, policies and procedures, and misconduct.

 2  Q.  Were you involved in the investigation of Mr. Bryant as it

 3  relates to July 9th, 2020?

 4  A.  Yes, I was.

 5  Q.  Were you present on scene and did you conduct a search of

 6  the residence at which he was found?

 7  A.  I did.

 8  Q.  Were you a part of the original task force that executed a

 9  lawful warrant?

10  A.  I was, sir.

11  Q.  And as a part of that role, did you encounter Mr. Bryant?

12  A.  I did, sir.

13  Q.  If you saw him again today, would you be able to recognize

14  him?

15  A.  I would be, sir.

16  Q.  Do you see him in court today?

17  A.  I do, sir.

18  Q.  Can you point to him and describe what he's wearing?

19  A.  Sitting to my far right, which would be your left, and he's

20  wearing a white shirt and I believe a -- it looks like a bow

21  tie.

22        MR. FUNK:  Your Honor, can we let the record reflect

23  that the witness identified the Defendant?

24        THE COURT:  Yes, the record reflects the

25  identification of the Defendant.

1    BY MR. FUNK:

2    Q.  At some point in time, did you enter the residence of

3    3706 Avenue K in Fort Pierce?

4    A.  I did.

5    Q.  When you did that, did you locate different items that you

6    believed were of evidentiary value?

7    A.  I did.

8    Q.  What were those items of evidence, just in general?

9    A.  A gun box to an FN Five-seveN handgun.

10   Q.  Were you aware that that was the same type of box -- or the

11   firearm that had been located in the back of the car?

12   A.  I was.

13   Q.  I'm going to show you a diagram that's entered into

14   evidence as Government's Exhibit 20.  It's a demonstrative

15   exhibit, what does that show?

16   A.  That is a drawing or a layout of the residence at

17   3706 Avenue K.

18   Q.  Does it appear to be to scale, or is it just a rough

19   diagram?

20   A.  It's just a rough diagram.

21   Q.  Now, we can touch the screen, I'd like you to use that.

22   I'll work on clearing it.

23          Does Exhibit 20 show, in a general manner, where the

24   vehicle was found at the residence?

25   A.  Yes.

1    Q.  What else does it depict within the residence?

2    A.  It depicts the various bedrooms with a label marker of one,

3    two and three.

4    Q.  And does it accurately represent that?

5    A.  It does.

6    Q.  When you went into the house during the search, where was

7    it -- well, let's just -- first, before we do that, what does

8    this indicate right here?  And it's the double lines on the

9    bottom line of the diagram on the right-hand side, what does

10   that show?

11   A.  That appears to be either a window or a doorway.

12   Q.  Is that the entrance that you went in to do the search?

13   A.  Yes.

14   Q.  And if you would -- what does this location right here --

15   I'm circling one of the 45 degree angle lines at the top of the

16   room labeled 2, what does that show?

17   A.  That appears to be the door to bedroom 2.

18   Q.  Does that accurately represent where the door was at?

19   A.  It does.

20   Q.  And let me circle this location right here.  I'm circling

21   what's on the right-hand side of -- I'm sorry -- on the

22   right-hand side of bedroom 2.  What is that area?

23   A.  That is the closet inside of that bedroom.

24   Q.  What was located in bedroom 2, just generally?

25   A.  The FN Five-seveN gun box and various items belonging to

Tuesday, March 22, 2022.

1   Mr. Bryant.

2   Q.  Did those items have Mr. Bryant's name on them?

3   A.  Some of them did, yes, sir.

4   Q.  I'm showing you Government's Exhibit 21.

5           Just a moment.

6           What's in Government's Exhibit 21?

7   A.  This is a picture depicting the inside of bedroom number 2

8   as described in the diagram.  Inside of it, you can see various

9   items, some of which include recording equipment.

10  Q.  In this part here, directly on the left-hand side, what is

11  that?

12  A.  This is the open closet door to the closet that we

13  previously discussed in the diagram.

14  Q.  Is that the same area depicted here when you talk about the

15  closet?

16  A.  That's correct.

17  Q.  At what location within Government's Exhibit 2 *(sic)* -- if

18  you could circle the area, the exact area on your screen -- was

19  the FN firearm box found?

20  A.  It was found in the closet, in the top left portion of the

21  shelving area, it'd be in this general location here.

22  Q.  Were you the one that initially found the box?

23  A.  I was.

24  Q.  Did you recognize what type of firearm it was by looking at

25  the box?

1  A.  I did.

2  Q.  How so?

3  A.  The FN Five-seveN handgun is a unique firearm, it's not

4  something that you typically come across.  The box is a little

5  bit different than most firearm boxes.  And I also personally

6  own one, have knowledge of what the box and the firearm look

7  like.

8  Q.  I'm going to show you Government's Exhibit 22.

9          Just a second, let me clear it.

10          What is it about the box that indicates to you what

11  the nature is of the firearm?

12  A.  The black box with the blue tabs is indicative of an FN

13  Herstal box you typically will come across when you buy an FN

14  handgun.  The size of it is the same as the box that will

15  typically come with the Five-seveN handgun.

16  Q.  Were you the one that took the case down out of the closet?

17  A.  I was.

18  Q.  Where did you place the case?

19  A.  I placed the case on the bed inside of bedroom number 2.

20  Q.  Do you recall whether or not there was a photograph that

21  was taken of the side of the case?

22  A.  I believe there was.

23  Q.  I'm going to show you Government's Exhibit 23.  What's

24  represented in that?

25  A.  That is the side of the FN gun box taken out of the closet

1    in bedroom number 2.  Attached is the UPC or the bar code which

2    depicts what the firearm is.

3    Q.  Is the serial number -- was the serial number included on

4    both the side of the box as well as documents within the box?

5    A.  It was, to my recollection.

6    Q.  Do you know which one of those numbers is the serial

7    number?

8    A.  It is the number in the bottom right side of the screen.

9    Q.  And when this picture was taken, Government Exhibit 23,

10   what's the blue in the upper left-hand side of the photograph?

11   A.  That is a glove.

12   Q.  Why are gloves worn during the collection of evidence?

13   A.  For preservation of evidence.

14   Q.  In what way?

15   A.  To not cross-contaminate the evidence with fingerprints or

16   DNA from somebody else that's processing the evidence.

17   Q.  I'm showing you Government's Exhibit 24.  Do you recognize

18   what that is?

19   A.  I do.

20   Q.  What does that show?

21   A.  That is the gun box taken out of the closet in bedroom 2,

22   opened on the bed in bedroom number 2.  It depicts the receipt

23   for the firearm, two magazines for the firearm, as well as

24   ammunition and some various other paperwork.

25   Q.  Do you know whose name was on the receipt?

```
 1    A.  I do, sir.

 2    Q.  What's the name of that person?

 3    A.  To my recollection, I believe it's Ernest Knight.

 4    Q.  And do you know of the relationship between Ernest Knight

 5    and Ronell Bryant?

 6    A.  They are family, sir, but I couldn't tell you the exact

 7    connection.

 8    Q.  Was the firearms case that is depicted in Exhibit 24 taken

 9    into evidence?

10    A.  Yes, it was.

11    Q.  And is this the appearance of what was inside the firearm

12    box, the contents, when it was opened?

13    A.  Yes, it is.

14    Q.  I show you Government's Exhibit Number 26.  Do you

15    recognize what that is?

16    A.  I do.

17    Q.  What is it?

18    A.  It's a photograph inside of bedroom number 2 depicting

19    recording equipment that was within the room.

20    Q.  Are you aware that Ronell Bryant is a rap artist?

21    A.  I am.

22    Q.  And that he's the one that does the singing for the

23    production of his music.

24    A.  I am, yes, sir.

25    Q.  Were you the only one that was in the room at the time that
```

1    things were being photographed and collected?

2    A.   To my recollection, there was at least one other person

3    photographing in the room with me, possibly somebody else.

4    Q.   Do you recognize what Exhibit 27 depicts?

5    A.   I do.

6    Q.   What does it show?

7    A.   It is a dresser that was inside of bedroom number 2, and an

8    open dresser drawer with miscellaneous paperwork inside of it.

9    Q.   I'm going to show you Government's Exhibit Number 28.  Do

10   you recognize what that is?

11   A.   I do.

12   Q.   What is it?

13   A.   It's a notebook that was inside of the open dresser drawer

14   in bedroom number 2, depicting what appears to be lyrics or

15   writing.

16   Q.   I'm showing you Government's Exhibit 29.  What does that

17   show?

18   A.   That is a Florida uniform traffic citation that was found

19   inside of bedroom number 2, made out to Mr. Bryant.

20   Q.   What address does it say on there?

21   A.   308 South 20th Street, Apartment B.

22   Q.   What's the date that's on that traffic citation?

23   A.   April 29th of 2020.

24   Q.   And does that indicate the date of the offense for

25   Mr. Bryant?

1    A.   It does.

2    Q.   Now, for some of these items, do you recall specifically at

3    what place exactly they were found within the room?

4    A.   Referring to which item?

5    Q.   Let's say, for example, the traffic citation.

6    A.   The traffic citation, to my recollection, was located

7    inside the same dresser drawer as the notebook.

8    Q.   I'm going to show you Government's Exhibit Number 30.   Do

9    you recognize what that is?

10   A.   I do.

11   Q.   What is it?

12   A.   It's a prescription pill bottle made out to Mr. Bryant.

13   Q.   Was that the pill bottle that was found in Government's --

14   I'm sorry, in bedroom number 2?

15   A.   That's correct.

16   Q.   That was the same bedroom where the firearms case was

17   located.

18   A.   That's correct.

19   Q.   I'm showing you Government's Exhibit 31.   Do you recognize

20   what that is?

21   A.   I do.

22   Q.   What is it?

23   A.   It's a piece of notebook paper that appears to lay out

24   proceeds that would be made from some type of publishing deal.

25   Q.   I'm focusing in on the top center left side.   Do you

```
 1   recognize what those words say?
 2   A.  Records, sales and publishing.
 3   Q.  I'm showing you Government's Exhibit 32.  What does that
 4   photograph show?
 5   A.  It depicts a folder that was located inside of bedroom
 6   number 2 that says hit singles.
 7   Q.  I'm going to show you Government's Exhibit 33.
 8           MR. FUNK:  May I approach, Your Honor?
 9           THE COURT:  You may.
10   BY MR. FUNK:
11   Q.  Do you recognize what that item is that's depicted within
12   the photograph?
13   A.  Yes, sir.
14   Q.  What is it?
15   A.  It appears to be a resume for Mr. Bryant that was located
16   inside of bedroom number 2.
17   Q.  I'm going to show you Government's Exhibit 17.
18           I apologize.  I'm going to show you Government's
19   Exhibit 25.
20           If you would, please, can you open that exhibit and
21   without showing the jury yet describe what's in the bag.
22           (Government's Exhibit Number 25 marked for
23    identification)
24   A.  This is the FN Five-seveN gun box that was recovered in
25   bedroom number 2.
```

1    Q.  And what else is within the gun box?

2    A.  The contents that were previously depicted in the

3    photograph, including the paperwork, the receipt, the

4    ammunition box, and the two magazines.

5    Q.  Are there some other marks that are on the gun box that

6    appear to be a different -- or weren't there at the time that

7    you found it?

8    A.  Yes, there is.

9    Q.  What do they appear to be?

10   A.  They appear to be markers from crime scene for processing

11   of evidence.

12           MR. FUNK:  Your Honor, at this time, I'll move into

13   evidence what's been marked as Government's Exhibit Number 25.

14           THE COURT:  Any objection?

15           MS. PITTAWAY:  Prior objection subject to DE 121,

16   Your Honor.

17           THE COURT:  All right.  Government's Exhibit 25 is

18   admitted over Defendant's stated objection.

19           (Government's Exhibit Number 25 admitted into

20    evidence)

21   BY MR. FUNK:

22   Q.  If you would, please go ahead and pull out the gun case, if

23   you haven't already.

24           Do you want gloves?

25   A.  That would be great.

Tuesday, March 22, 2022.

1          MR. FUNK:  Agent Christy, do we have gloves?

2          AGENT CHRISTY:  No.

3    A.  I'll work through it.

4    Q.  Okay.  And we'll get you something to clean your hands

5    later.

6          Okay.  The outside of the box, does that still have

7    the label that was depicted in Government's Exhibit 23?

8    A.  It does.

9    Q.  I'm going to show you Government's Exhibit Number 17.  Is

10   there a serial number on the gun contained within Government's

11   Exhibit 17?

12         THE COURT:  I don't think your microphone is on,

13   Mr. Funk.

14         MR. FUNK:  Sorry, Judge.  I apologize.

15   A.  There is.

16   BY MR. FUNK:

17   Q.  Is there a serial number that's on the gun?

18   A.  There is.

19   Q.  Does the serial number that's on the gun match the serial

20   number that's on the case?

21   A.  It does.

22   Q.  Is the caliber of ammunition that's within the case, is

23   that consistent with an FN Five-seveN firearm?

24   A.  It is.

25   Q.  If you would, please, go ahead and open up the case.

1    A.   (Witness complied)

2    Q.   What items still remain within the case?

3    A.   Inside of the case is some of the miscellaneous paperwork

4    that you would receive on purchasing a firearm from the

5    factory, along with a business card from a gun shop in Indian

6    River County.  And then there are two magazines for the

7    firearm, a box of ammunition, and a test-fired round for the

8    firearm included from the factory.

9    Q.   How many rounds -- the magazines that are in the case, how

10   many rounds can go in each one of those magazines?

11   A.   Without inspecting them, they're either ten or 20 round

12   magazines.  I would err to them being 20 round magazines

13   because we're not in California; however, FN Five-seveN, they

14   do produce firearms that would be California compliant and

15   would only hold ten rounds, and the magazines look identical.

16   Typically, in Florida and other states, the magazines would

17   hold 20 rounds.

18   Q.   Is there an ammunition box that's within the case?

19   A.   There is, sir.

20   Q.   And would you open that up, please.

21   A.   (Witness complied)

22   Q.   If you would, please, open the ammunition box, and do you

23   know how many rounds of ammunition are in there?

24   A.   I do not, sir.  It's a 50 round box, I don't know if it's

25   full or not.

```
 1   Q.  If you would, please, if you could count them out.

 2   A.  Absolutely.

 3   Q.  To yourself at first, and then give us a total.

 4   A.  (Witness complied)

 5            I'm ready, sir.

 6   Q.  How many rounds of ammunition are within that ammunition

 7   box inside the case?

 8   A.  Thirty rounds, sir.

 9   Q.  Is there also a receipt within the case?

10   A.  I do not see the receipt inside of the case, sir.

11   Q.  Let me show you Government's Exhibit 24.  Can you look

12   through the bag a little bit more.

13   A.  (Witness complied)

14   Q.  Are the receipts within the exhibit bag?

15   A.  They are, sir.

16   Q.  And do they -- is that in the original condition or has

17   there been something done to it?

18   A.  It looks like it's also been processed by crime scene, sir.

19   Q.  What's the name of the purchaser that's on the firearm?

20   A.  The receipt from the Indian River County gun shop is sold

21   to Ernest D. Knight.

22   Q.  And did you recognize that as being a relative of Ronell

23   Bryant?

24   A.  I do, sir.

25   Q.  How much was paid for the firearm?
```

1   A.  It appears $1,345.50.

2   Q.  Does it indicate on the receipt how that was paid?

3   A.  Cash.

4   Q.  And just so we talk about each one of the things that's in

5   the photograph, in the image that I'm showing you, Exhibit 24,

6   I'm pointing up here to the white piece of paper that's in the

7   upper right-hand side, what is that?

8   A.  That's a notice from the factory.  It is typical with most

9   firearm purchases that they'll include some type of paperwork

10  along with the firearm.

11  Q.  And what is the card that's on the lower part of the image

12  that I'm showing you?

13  A.  It's a business card for the same business that the firearm

14  was sold from.

15  Q.  Does it show the date of purchase on the receipt?

16  A.  It does, sir.

17  Q.  What is the date of purchase?

18  A.  April 9th of 2020.

19  Q.  Let me show you again Exhibit 29.  What does Exhibit 29

20  show?

21  A.  It is a traffic citation issued to Mr. Bryant that was

22  located in bedroom number 2, that was issued on April 29th of

23  2020.

24  Q.  During the execution of the search warrant, did you come

25  into possession of a cellphone that belonged to Ronell Bryant?

1   A.  I did.

2   Q.  I'm going to show you Government's Exhibit Number 1.

3        Do you recognize what is Government's Exhibit

4   Number 1?

5        *(Government's Exhibit Number 1 marked for*

6    *identification)*

7   A.  I do.

8   Q.  What is it?

9   A.  It's an iPhone that belonged to Mr. Bryant that was

10  recovered on scene that day.

11  Q.  Was that later given to an employee of the sheriff's office

12  in order to take into evidence?

13  A.  It was.

14  Q.  Now, did you later -- for further processing in the

15  execution of the search of the phone, did you take possession

16  of it?

17  A.  I did.

18        MR. FUNK:  At this time, I'll move into evidence

19  what's been marked as Government's Exhibit Number 1.

20        THE COURT:  Any objection?

21        MS. PITTAWAY:  Only subject to any prior objections

22  under DE 121.

23        THE COURT:  All right.  Government's Exhibit 1 is

24  admitted over Defendant's objection as stated on the record.

25        *(Government's Exhibit Number 1 admitted into*

1      *evidence)*

2      BY MR. FUNK:

3      Q.  And when you took possession of it, did you give it to

4      another person?

5      A.  I'm sorry, can you repeat the question?

6      Q.  I'm sorry, let me make a time reference.

7           When the firearm was -- when the evidence was taken,

8      was it taken by your agency, or was it taken by the federal

9      agency, or was it taken by the sheriff's office?

10     A.  On scene?

11     Q.  Correct.

12     A.  It was ultimately entered into evidence by the sheriff's

13     office.

14     Q.  And then did you go to the sheriff's office in order to

15     take it out of evidence?

16     A.  I did not.

17     Q.  Did -- do you know whether or not that was delivered to an

18     individual by the name of Jim Jones?

19     A.  I do.

20     Q.  Who is Jim Jones?

21     A.  Jim Jones is a forensic examiner employed by the City of

22     Port St. Lucie Police Department.

23     Q.  And when you say forensic examiner, what's his

24     qualifications and experience?

25     A.  Jim has been employed as a detective for the length of his

1   career with the City of Port St. Lucie Police Department.  For

2   at least the past ten to 12 years, he has been an electronic

3   forensic examiner.  He forensically examines cellphones,

4   computers, and all electronics.  I'm sure he could give you a

5   much better biography than I can.

6   Q.  I'm going to show you what's been marked as Government's

7   Exhibit Number 34.

8           Do you still have the scissors?  I may have taken

9   them back.

10          (Government's Exhibit Number 34 marked for

11   identification)

12  A.  I think you took them.

13          THE COURT:  Mr. Funk, I can't hear you if you walk

14  without the microphone.

15  BY MR. FUNK:

16  Q.  Okay.  I'll take back Government's Exhibit Number 1, and I

17  will get you the scissors.

18  A.  Thank you.

19  Q.  Let me know when you have it open.

20  A.  I have it open.

21  Q.  Do you recognize what's inside?

22  A.  I do.

23  Q.  What is it?

24  A.  It is the uniform traffic citation that was previously

25  depicted, issued to Mr. Bryant.  It was located in bedroom

1    number 2.

2    Q.  Is that the same bedroom that the case was found in?

3    A.  It was.

4              MR. FUNK:  I'll move into evidence what's been marked

5    as Government's Exhibit Number 34.

6              THE COURT:  Any objection to admission of

7    Government's 34?

8              MS. PITTAWAY:  Subject to any prior objection,

9    specifically DE 121.

10   BY MR. FUNK:

11   Q.  Government's Exhibit 34 now has -- did it have a cut mark

12   on the top of it?

13   A.  It did not.

14   Q   Where did that come from?

15   A.  It came from me just opening it.

16             THE COURT:  All right.  Let the record reflect

17   Government's Exhibit 34 was inadvertently cut just a minute ago

18   by the witness in opening the sealed folder.

19             All right.  Government's 34 is admitted over

20   Defendant's objection pursuant to the docket entry 121.

21             *(Government's Exhibit Number 34 admitted into*

22    *evidence)*

23   BY MR. FUNK:

24   Q.  In Government's Exhibit 34, does that also depict, the same

25   way as the photograph, the date when the citation was issued?

```
1    A.   It does.

2    Q.   What date is that?

3    A.   It is April 29th of 2020.

4    Q.   Did I leave any additional exhibits up there?

5    A.   No, sir.

6    Q.   Okay.

7              MR. FUNK:  Judge, that's all the questions I have for

8    this witness.  Thank you.

9              THE COURT:  All right.  Thank you, Mr. Funk.

10             Ms. Pittaway.

11             Do you need help, Ms. Pittaway, getting to the

12   lectern?

13             MS. PITTAWAY:  I'm okay.  Thank you, Your Honor.

14             Is there any exhibits with the witness?

15             THE WITNESS:  I'm sorry?

16             MS. PITTAWAY:  Do you have any exhibits, sir?

17             THE WITNESS:  I do not.

18             MS. PITTAWAY:  Okay.

19             (Discussion had off the record between counsel)

20                       CROSS-EXAMINATION

21   BY MS. PITTAWAY:

22   Q.   Good morning.

23   A.   Good morning.

24   Q.   Now, the evidence that you recovered includes the

25   cellphone, correct?
```

Tuesday, March 22, 2022.

1    A.   That's correct.

2    Q.   Okay.  And are you aware on the search and inventory list

3    whose number was recorded as the law enforcement officer

4    finding and entering, logging in that evidence?

5    A.   I believe it was Deputy U.S. Marshal Paul Pearson.

6    Q.   And that same question, that would apply to each and every

7    piece of evidence that you found and that you located, correct?

8    A.   That's correct.

9    Q.   Did you produce a report in this case as part of your

10   investigation?

11   A.   I did not.

12   Q.   So the only source of recollection that you may have as to

13   where exact items would be found would just be your personal

14   memory, your personal recollection.

15   A.   To double back real quick, just to clarify, I did

16   ultimately write a report for the phone, but I don't believe

17   that was what you were asking, just to clarify that.

18           My recollection, yes, and the sheriff's office

19   report, and my recollection from that day.

20   Q.   You said the sheriff's report.  You did not produce a

21   sheriff's report, you would have produced a Port St. Lucie

22   Police Department report, correct?

23   A.   Correct.

24   Q.   Now, I want to bring your attention to a driver's license

25   that's in the wallet.

 1              There we go, and this is Government's Exhibit 12.

 2   And where did you locate that wallet?

 3   A.  I do not believe I recovered the wallet.  I believe it was

 4   on his person, though.

 5   Q.  And do you know who would know exactly where that wallet

 6   was found on Mr. Bryant's person or near his person?

 7   A.  I do not.

 8   Q.  You did not assist in the search of the trunk, correct?

 9   A.  That's correct.

10   Q.  Now, I want to bring your attention to Government's

11   Exhibit 20, and this is the diagram of the house.

12              There we go.  Now, there's three bedrooms.

13   A.  That's correct.

14   Q.  And in each bedroom, there was a bed.

15   A.  That's correct.

16   Q.  So bedroom 3 had a bed, bedroom 2 had a bed, bedroom 1 had

17   a bed.

18   A.  That's correct.

19   Q.  Now, did you conduct any interviews related to your

20   investigation in this case?

21   A.  I did not personally conduct any interviews on scene.

22   Q.  Are you aware of whether other individuals stated that they

23   stayed in one of these bedrooms?

24              MR. FUNK:  Objection, calls for hearsay and

25   speculation.

```
 1                THE COURT:  Overruled.

 2   A.  One more time with the question, I'm sorry.

 3   BY MS. PITTAWAY:

 4   Q.  Yes, sir.  Did other people inform you that they stayed in

 5   one of these bedrooms?

 6                MR. FUNK:  Objection, calls for hearsay.

 7                THE COURT:  Sustained.

 8                The prior question, Ms. Lydia (sic), was:  Are you

 9   aware of whether other individuals stated that -- it's unclear.

10   I can't fully read the -- why don't you just restate your

11   question in the way that doesn't solicit hearsay.

12   BY MS. PITTAWAY:

13   Q.  Are you aware of whether other persons stayed in one of

14   these three bedrooms?

15                MR. FUNK:  Objection.

16   A.  Yes.

17                THE COURT:  Overruled.

18   BY MS. PITTAWAY:

19   Q.  And are you aware who those individuals were?

20   A.  Yes.

21   Q.  Ms. Luciana Knight, who was the homeowner.

22   A.  That is correct.

23   Q.  Ernest Knight.

24   A.  No.

25   Q.  No, you're not aware or no, he didn't stay there?
```

```
 1    A.   I'm not aware.

 2    Q.   Ms. Knight's brother?

 3    A.   I'm not aware.

 4    Q.   Now, I'm going to bring your attention to bedroom 2, which

 5    is what this photo depicts, correct, and this is Government's

 6    Exhibit 21?

 7    A.   That is correct.

 8    Q.   Now, in this closet, there were clothes hanging from a rod.

 9    A.   That's correct.

10    Q.   And there were also clothes piled on the shelves in the

11    closet.

12    A.   To my recollection, yes.

13    Q.   And there were also clothes in the drawers of the dresser.

14    A.   In some of the drawers, yes.

15    Q.   Now, we have this photo of the closet, Government's

16    Exhibit 22, do you know what this red item is to the left of

17    the shoe boxes?

18    A.   Not to my recollection, no.

19    Q.   Now, how about these items to the right of the gun box?  It

20    looks like an assortment of different fabrics.  I don't know if

21    they're clothing or not.  Do you know what each of those items

22    are?

23    A.   Not to my recollection, no.

24    Q.   And how about this black item, which is a box, right --

25    hidden right behind the Government's exhibit sticker?
```

```
1   A.  It was a box, I don't recall.

2   Q.  Now, are you aware of whose items those were?

3   A.  I'm not.

4   Q.  Well, you stated that Mr. Bryant's clothing was in the

5   room, but you don't have a specific article of clothing that

6   you took from that room that you entered in as evidence to

7   verify that it was Mr. Bryant's clothing.

8   A.  That's correct.  I didn't collect any evidence out of the

9   room, members of the St. Lucie County Sheriff's Office did.

10  Q.  So you were relying upon the St. Lucie County Sheriff's

11  Office to obtain any of the clothing from bedroom number 2,

12  which may or may not have belonged to Mr. Bryant?

13  A.  To obtain any evidentiary items from the room.

14  Q.  Are you aware of whether the St. Lucie County Sheriff's

15  Office did, in fact, obtain any clothing from bedroom number 2

16  attributed to Mr. Bryant?

17  A.  I'm not aware.

18  Q.  Now, there were women's clothing in that room.

19  A.  To go back, I'm --

20          MR. FUNK:  Objection, Your Honor, calls for

21  speculation.

22          THE COURT:  Sustained.

23  BY MS. PITTAWAY:

24  Q.  Turning to Government's Exhibit 24, now I know the

25  Government went over this with you, but there was found inside
```

```
 1   the gun box the notice paperwork, I'm circling that; the
 2   receipt, I'm circling that; the business card; the box with
 3   miscellaneous ammunition and two magazines.  Those were the
 4   only items found in that box, correct?
 5   A.  There was other miscellaneous paperwork that's actually
 6   just above the receipt, but besides that, that's correct.
 7   Q.  Okay.  You said just above the receipt, is it depicted in
 8   this photo?
 9   A.  It is.  If you actually look at the top left corner of the
10   case, it's -- yes, right there -- there's a little pocket that
11   there's typically a pamphlet of Florida law, things like that,
12   that firearms dealers have to provide with the sale of a
13   firearm, but it's miscellaneous paperwork.
14   Q.  And so the receipt is laying over that copy, correct?
15   A.  Yes.
16   Q.  And the FN owner's manual was not recovered from this gun
17   box, correct?
18   A.  It's possibly in that miscellaneous paperwork.  I'm not
19   sure to be honest with you, ma'am.
20   Q.  Now, when this gun box and all the items inside were logged
21   in evidence, all those items would have been maintained
22   together, correct?
23   A.  That's correct.
24   Q.  So if there was an owner's manual inside that FN firearm
25   gun box, it would be inside that gun box in evidence
```

```
 1  Government's Exhibit -- give me just a moment -- 25, correct?
 2  A.  Correct.
 3  Q.  Do you need the evidence bag, Detective?
 4  A.  No, ma'am.
 5  Q.  Now, I'm handing you what's been --
 6            THE COURT:  Just one moment so that we can hear you
 7  properly.
 8            MS. PITTAWAY:  Yes, I'll wait until I get to the
 9  lectern.
10  BY MS. PITTAWAY:
11  Q.  Now, I handed you what's been marked as Government's
12  Exhibit 25, the gun box, could you please open it up and look
13  inside.
14  A.  (Witness complied)
15  Q.  Is there an FN owner's manual inside that gun box?
16  A.  There is.
17  Q.  Okay.  And where was that recovered inside the gun box?
18  A.  In the pocket with the miscellaneous paperwork, and it also
19  appears that it's been processed.
20  Q.  Now, there were no other receipts, other than for the
21  purchase of the firearm, that were contained in the gun box,
22  correct?
23  A.  To my knowledge, yes.
24  Q.  Okay.  So the only miscellaneous paperwork we're talking
25  about now is the ownership manual, correct?
```

1   A.  There is a firearms safety pamphlet and a confirm your

2   purchase online FN postcard, and we'll go with that.

3   Q.  All right.  And that's it, correct?

4   A.  That's it.

5   Q.  Okay.  And you can put that away, Detective.

6           I want to bring your attention now to Government's

7   Exhibit 26, did you go through each and every dresser drawer

8   and all the clothing contained therein?

9   A.  To my recollection, I did go through the dresser.

10  Q.  Okay.  And to your recollection, were there any photographs

11  taken of each of the individual clothing items?

12  A.  I don't recall.

13  Q.  Well, if you did have the photos, then they probably would

14  have been available to you, is that fair to say?

15  A.  They would be evidentiary, yes.

16  Q.  Bringing your attention to Government's Exhibit 30, this is

17  the prescription pill bottle.  Were there any pills in there?

18  A.  I don't recall.

19  Q.  Do you recall what the date of the prescription was?

20  A.  I don't.

21  Q.  It's not depicted on the photograph with the prescription

22  bottle, correct?

23  A.  I don't see one, no.

24  Q.  This could be two years old?

25  A.  I don't recall.

```
 1   Q.  I want to bring your attention to the writing on it.  If

 2   you could please look at his name, and then look at the

 3   prescription bottle RX number, a lot of that ink is rubbed off.

 4   A.  It looks like some of it's been scratched or rubbed off.

 5   Q.  I want to bring your attention now to Government's Exhibit

 6   Number 32 with the folder hit singles.  Did you go through and

 7   individually look at each of the songs that was contained in

 8   that folder?

 9   A.  I don't recall.

10   Q.  Okay.  You don't know what dates these hits might have come

11   out?

12   A.  I don't.

13            MS. PITTAWAY:  A moment to confer, Your Honor.

14            THE COURT:  Thank you.

15            (Discussion had off the record between counsel)

16            MS. PITTAWAY:  No further questions, Judge.
```

**REDIRECT EXAMINATION**

```
18   BY MR. FUNK:

19   Q.  Do you recall whether or not there was a Versace receipt

20   that was within the FN Five-SeveN box?

21   A.  Not inside the box to my knowledge.

22   Q.  When you -- the regular procedure for law enforcement in

23   collecting evidence, do you collect every item that you find in

24   a particular location?

25   A.  No.
```

```
 1   Q.  What's the procedure that you use or the criteria you use
 2   for collecting different items?
 3   A.  Typically, items are taken that are of evidentiary value.
 4   Some items may not be taken, but will be photographed to a
 5   certain point to prove residency in a room, but only to a
 6   certain point.
 7             MR. FUNK:  Your Honor, that's all the questions I
 8   have.  Thank you.
 9             THE COURT:  All right.  Thank you very much,
10   Detective.  You may be excused.
11             (Witness excused)
12             THE COURT:  May I see counsel at sidebar, please?
13             (Sidebar discussion on the record)
14             THE COURT:  Who was going to be our next witness?
15             MR. FUNK:  I'm going to read the stipulations.
16             THE COURT:  Okay.
17             MR. FUNK:  And then --
18             THE COURT:  And then who was going to be your next
19   witness?
20             MR. FUNK:  And then it would Mr. Hudock's witnesses.
21             MR. HUDOCK:  Lara Lobnig, the CSI.
22             THE COURT:  Okay.  Is Ms. Lobnig here?
23             MR. HUDOCK:  She is.
24             THE COURT:  Okay.  How long do you anticipate her
25   testimony taking?
```

```
 1                MR. HUDOCK:  I would say at least 20 to 30 minutes,
 2   at least.
 3                THE COURT:  All right.  Well, then let's proceed to
 4   read the stipulations.  Who's going to be doing the reading?
 5                MR. FUNK:  I will.
 6                THE COURT:  All right.  Okay, then let's go with
 7   that, and then we're going to break for a one-hour lunch.
 8                MR. FUNK:  Thank you, Judge.
 9                (End of sidebar discussion)
10                THE COURT:  All right.  We are in a brief recess, I
11   think we have some jurors that had to use the facilities, so we
12   will be back.  Jurors, if you want to stay in the courtroom for
13   the next five minutes, or if you want to exit and use the
14   facilities yourselves, but this will be very brief, just while
15   we wait for the two remaining jurors.
16                The Court is in recess.
17                (Recess taken at 11:37 a.m. until 11:43 a.m.)
18                THE COURTROOM DEPUTY:  All rise.
19                THE COURT:  All right.  Thank you, you may be seated.
20                All right.  Mr. Funk.
21                MR. FUNK:  Your Honor, I'm showing Defense Counsel
22   what's been marked as Government's Exhibit 35 and Government's
23   Exhibit --
24                THE COURT:  Do you have a microphone, Mr. Funk?
25                MR. FUNK:  I'm showing Government's Exhibit 35 and 36
```

Tuesday, March 22, 2022.

```
 1   to Defense Counsel.

 2           THE COURT:  All right.  What are these?

 3           MR. FUNK:  Government's Exhibit 35 is a stipulation

 4   regarding felony status, and Exhibit 36 is a stipulation

 5   regarding interstate nexus.

 6           (Government's Exhibit Numbers 35 and 36 marked for

 7    identification)

 8           THE COURT:  All right.  Ms. Pittaway, any objection

 9   to reading into the record Government's Exhibits 35 and 36,

10   both of which are stipulations?

11           MS. PITTAWAY:  No, Your Honor.

12           THE COURT:  All right.  Ladies and gentlemen, there's

13   something called a stipulation.  Sometimes the parties have

14   agreed that certain facts are true, this agreement is called a

15   stipulation.  You must treat these facts as proved for this

16   case.  So now Mr. Funk will read those two stipulations into

17   the record.

18           MR. FUNK:  Exhibit Number 35 -- can hear me okay?

19           THE COURT:  I can.

20           Jurors, can you hear Mr. Funk?  Yes.

21           MR. FUNK:  Thank you.

22           Exhibit Number 35 is entitled United States District

23   Court Southern District of Florida.

24           THE COURT:  Just go slowly, please.

25           MR. FUNK:  Case Number 21-14017-CR-Cannon/Maynard,
```

```
 1   United States of America vs. Ronell Bernard Bryant, III, trial
 2   stipulation:
 3            The United States of America, by and through its
 4   undersigned Assistant United States Attorneys, the Defendant,
 5   Ronell Bryant, III, personally and through his attorneys,
 6   stipulate and agree as follows:
 7            On February 14th, 2019, the Defendant, Ronell Bernard
 8   Bryant, III, was convicted in a court of a crime punishable by
 9   imprisonment for a term of more than one year; that is a felony
10   offense.  At the time of the offense alleged in the indictment,
11   the Defendant knew that he was a convicted felon.
12            And that document is signed by myself, Lydia
13   Pittaway, the attorney for the Defendant, Peter Patanzo, the
14   attorney for the Defendant, and Ronell Bryant, III, the
15   Defendant.
16            THE COURT:  Can you just display that momentarily on
17   the ELMO for the jurors, please.
18            MR. FUNK:  Yes, Your Honor.  Thank you.
19            (Pause)
20            THE COURT:  Wait, wait.
21            I think they needed a little bit more.
22            MR. FUNK:  I'm sorry, Judge.  Let me try to -- okay.
23            (Pause)
24            THE COURT:  All right.  Thank you.  We can move to
25   the next stipulation.
```

1          MR. FUNK:  Thank you.

2          THE COURT:  Did you need more time, ma'am?

3          THE JUROR:  No.  Are we supposed to ask questions?

4          THE COURT:  Not at this time.

5          THE JUROR:  Okay.

6          MR. FUNK:  Exhibit Number 36 is a trial stipulation.

7          THE JUROR:  I'm sorry.  What number, please?

8          MR. FUNK:  Thirty-six.

9          And that reads:  The United States District Court

10   Southern District of Florida, Case

11   Number 21-14017-CR-Cannon/Maynard.  United States of

12   America vs. Ronell Bernard Bryant, III, Defendant, trial

13   stipulation:

14          The United States of America, by and through its

15   undersigned Assistant United States Attorneys, and the

16   Defendant, Ronell Bernard Bryant, III, personally and through

17   his attorneys, stipulate and agree as set forth below:

18          First, the firearm marked as Government's Exhibit 17

19   (FN Model Five-seveN 5.7 millimeter pistol bearing serial

20   number 386371156) is a firearm as the term is defined in

21   Title 18 United States Code Section 921(a)(3).  The firearm was

22   manufactured by Fabrique Nationale in Belgium.  The firearm was

23   not manufactured in the State of Florida; therefore, the

24   firearm traveled in or affecting interstate and/or foreign

25   commerce.

1          Two, the ammunition marked as Government's Exhibit 19

2    (20 rounds of 5.7 millimeter ammunition bearing the head stamp

3    5.7x28 FNB19) and Government Exhibit's 25 (30 rounds of 5.7

4    millimeter ammunition bearing head stamp 5.7x28 FNB19), the

5    ammunition was manufactured by Fabrique Nationale in Belgium.

6    The ammunition was not manufactured in the State of Florida.

7    Therefore, the ammunition traveled in or affecting interstate

8    and/or foreign commerce.

9          The trial stipulation is signed by myself, Lydia

10   Pittaway, Attorney for the Defendant, Peter Patanzo, Attorney

11   for the Defendant, and the Defendant, Ronell Bernard

12   Bryant, III.

13          THE COURT:  All right.  Thank you.

14          Government's 35 and 36 have been admitted as

15   stipulations and read into the record.

16          *(Government's Exhibit Numbers 35 and 36 admitted into*

17    *evidence)*

18          THE COURT:  Ladies and gentlemen, we're going to be

19   taking our lunch break now for one hour and ten minutes, which

20   means we will begin promptly at one o'clock.  I ask that you

21   please return at least five minutes before that time so we can

22   get started promptly at one o'clock with resuming the trial

23   testimony.

24          Have a nice lunch.

25          Please rise for the jury.

```
 1                (The jury exited the courtroom)

 2           THE COURT:  All right.  You may be seated.

 3           We're going to be in recess until one o'clock.

 4           Are there any substantive matters that need to be

 5      raised with the Court at this time?

 6           Ms. Pittaway.

 7           MS. PITTAWAY:  Your Honor, just a quick question.

 8      I'm just, on time purposes, wondering where the Government

 9      expects to end today.  I want to insure that I do not need my

10      witnesses available at 4:30 today or whatnot, if we could just

11      review that schedule very quickly.

12           THE COURT:  Sure.  Okay.  I understood yesterday from

13      our discussion, Mr. Hudock, that you had -- let me get my

14      notes, one moment -- still five witnesses who have not yet

15      testified today, and they include, Limb, Baker, Walker, Jones,

16      and Lobnig.  Do you anticipate being able to get through all

17      five of these witnesses in the afternoon session?

18           MR. HUDOCK:  Potentially, Your Honor.  We also have

19      Agent Seth Christy to call as well.  I'll have to confer with

20      Mr. Funk, but I believe that that should take most of the

21      afternoon.

22           MR. FUNK:  I believe it might be possible, depending

23      on the length of cross.

24           THE COURT:  Okay.  Well, my best estimate is that we

25      would probably consume the remainder of the afternoon session
```

Tuesday, March 22, 2022.

```
 1   with those five witnesses plus the agent.  I don't anticipate
 2   there being much time leftover for your witnesses,
 3   Ms. Pittaway.
 4            Does that generally match up with your expectations,
 5   Mr. Hudock, in terms of timing?
 6            MR. HUDOCK:  It does, Your Honor.
 7            THE COURT:  All right.  Well, I think that answers
 8   your question.  I don't think you need to have your witnesses
 9   ready for the late afternoon.
10            All right.  With that, have a nice lunch.  I'll see
11   you all back at one o'clock sharp.
12            THE COURTROOM DEPUTY:  All rise.
13            (Luncheon recess taken at 11:52 a.m. until 1:07 p.m.)
14            THE COURT:  You may be seated.
15            Mr. Funk, do you have your witness ready to go?
16            MR. FUNK:  Mr. Hudock will be calling the next couple
17   witnesses.
18            MR. HUDOCK:  We do, Your Honor.  She's ready to go.
19            THE COURT:  She's right outside?
20            MR. HUDOCK:  She is.
21            THE COURT:  Okay, excellent.  Let's call in the
22   jurors, please.
23            THE COURTROOM DEPUTY:  All rise for the jury.
24            (The jury entered the courtroom)
25            THE COURT:  Thank you.  You may be seated.
```

Tuesday, March 22, 2022.

1          Government, please call your next witness.

2          MR. HUDOCK:  Your Honor, the United States calls

3    CSI Lara Lobnig to the stand.

4          THE COURT:  All right.  Let's have Ms. Lobnig enter

5    the courtroom, please.

6          *(Pause)*

7          THE COURT:  Good afternoon, ma'am.  If you could

8    please walk over here to be sworn in, and you may remove your

9    mask.

10          THE COURTROOM DEPUTY:  Please raise your right hand.

11          *(LARA LOBNIG, GOVERNMENT'S WITNESS, WAS SWORN)*

12          THE COURTROOM DEPUTY:  Can you please state your name

13    and spell your last name, please.

14          THE WITNESS:  Lara Lobnig, L-O-B-N-I-G.

15          THE COURTROOM DEPUTY:  Thank you.

16                   **DIRECT EXAMINATION**

17    BY MR. HUDOCK:

18    Q.  All right.  Good afternoon, CSI Lobnig.  If you could pull

19    that microphone close to you just so the jury can hear what you

20    have to say.

21          All right.  CSI Lobnig, where do you work currently?

22    A.  I work at the St. Lucie County Sheriff's Office.

23    Q.  And how long have you worked there?

24    A.  About two years.

25    Q.  What role do you serve with the St. Lucie County Sheriff's

```
 1   Office?
 2   A.   I work as a crime scene investigator at the crime scene
 3   unit.
 4   Q.   And during your time as a CSI or an employee of the
 5   St. Lucie County Sheriff's Office, have you received any
 6   training and experience that allows you to conduct your duties
 7   in that role?
 8   A.   Yes.
 9   Q.   Can you describe for the jury that training.
10   A.   We are trained in the documenting, handling and processing
11   of evidence.
12   Q.   Do you have a college degree in that field?
13   A.   Yes, I do.
14   Q.   Did you receive any specialized training through either the
15   police academy or the St. Lucie County Sheriff's Office?
16   A.   Yes.
17   Q.   Okay.  Now, specifically, as to your duties with the -- or
18   as a CSI, have you received training and experience about the
19   collection of evidence?
20   A.   Yes.
21   Q.   Have you received training and experience about the
22   collection and documentation of fingerprints?
23   A.   Yes.
24   Q.   And have you received any training and experience about the
25   collection and documentation of DNA?
```

1    A.   Yes.

2    Q.   Okay.   Now, can you explain to the jury the different ways

3    that you can look for fingerprints in a case?

4    A.   So you have two ways of looking for fingerprints.   You can

5    either -- first, you determine whether a surface is porous or

6    nonporous.   So if you have a nonporous surface, that means

7    anything that's plastic, glass, metal.   If you have a porous

8    surface, that's anything that's paper or cardboard.   So from

9    there, you determine how you're going to process items, because

10   each chemical reacts with the surface it is.

11         So if you're going to process something that is

12   nonporous, you're going to use something called cyanoacrylate

13   fuming.

14         THE COURT:   I'm sorry, can you spell that chemical?

15         THE WITNESS:   C-Y-A-N-A-C-U-R-A-L   *(sic)*.

16         THE COURT:   That's okay.

17         THE WITNESS:   Sorry.

18         THE COURT:   That's all right, that's a tough word.   I

19   would have failed the spelling bee.

20         All right.   Please proceed.

21   BY MR. HUDOCK:

22   Q.   All right.   So without getting into the details of the

23   cyanoacrylate process, what are some of the other processes

24   that you use to develop and collect fingerprints?

25   A.   So there's also something called ninhydrin.   So that works

1   with --

2   Q.  Do you know how to spell that one by chance?

3   A.  N-I-N-H-Y-D-R-I-N.

4   Q.  Okay.  Go ahead.

5   A.  And that process is used on anything that is porous, so

6   that's for anything with paper and cardboard.  And that reacts

7   with amino acids in fingerprints, and it would help develop

8   fingerprints on surfaces.

9   Q.  Do you also use the stereotypical kind of dusting for

10  prints that you see on TV?

11  A.  Yes, the fine black powder with a brush.  We use that to

12  also help us visualize fingerprints on nonporous surfaces, like

13  glass, the stuff you see on TV.

14  Q.  Now, when you're processing a piece of evidence for either

15  DNA or fingerprints, which do you typically do first?

16  A.  DNA.

17  Q.  Is there a reason for that?

18  A.  Yes, usually fingerprints could lead to destruction of DNA

19  possibly, so we always go with DNA first.

20  Q.  Okay.  And are there some instances where it might make

21  sense to vary from that process a little bit based on where a

22  print or DNA is located?

23  A.  Yes.

24  Q.  Okay.  We'll get to that in a little bit.

25          All right.  Turning your attention to July 13th of

Tuesday, March 22, 2022.

1    2020, were you asked to examine some pieces of evidence in this

2    case?

3    A.   Yes.

4    Q.   Okay.  Specifically, were you asked to inspect an FN

5    Model 5.7 *(sic)* firearm?

6    A.   Yes.

7    Q.   All right.  What was the first thing that you did when you

8    received that FN Model 5.7 firearm?

9    A.   The first thing I do is I visualize the piece of evidence

10   that I have to make sure nothing stands out that needs to be

11   further documented before I go on with processing.

12   Q.   Okay.  And when you say visualize anything that stands out,

13   what kind of things are you looking for typically?

14   A.   If a piece is broken, if it has -- if it's dirty or

15   manipulated in some way, something that's out of the ordinary.

16   Q.   Okay.  And you would document all of those things.

17   A.   Yes.

18   Q.   Okay.  And in this case, did you swab that firearm for DNA?

19   A.   Yes.

20   Q.   Can you explain to the jury what that process entails,

21   swabbing for DNA.

22   A.   So when we swab with DNA, we usually use a packet which

23   contains two swabs, and these swabs kind of look like large

24   Q-tips, but like a one sided Q-tip.  And what we do is we

25   always use two swabs on whichever surface we're swabbing.  One

1    is going to be wet with sterile water, and the other one is

2    dry, and then we apply it to the area.  We place both of the

3    swabs back into their packet and then into an evidence envelope

4    and move on.

5    Q.   Okay.  Now, in this case, did you follow that process to

6    swab the FN Five-seveN firearm?

7    A.   Yes.

8    Q.   Okay.  Do you remember which areas of the firearm you

9    swabbed?

10   A.   Yes.  So for the firearm, I used two different sets of

11   swabs.  The first set I used on the muzzle and front side of

12   the swab, placed the swabs back into their packet, into an

13   evidence envelope, and sealed it with evidence tape.  The

14   second set of swabs were used on the grip, trigger, slide, and

15   rear sight, and that set of swabs was as well placed back into

16   its packet into an evidence envelope, sealed, and turned in.

17   Q.   Okay.

18           MR. HUDOCK:  Your Honor, I'm showing Defense what's

19   been marked previously for identification as Government's

20   Exhibit 39A and B.

21           (Government's Exhibit Numbers 39A and 39B marked for

22    identification)

23           MR. HUDOCK:  May I approach the witness?

24           THE COURT:  You may.

25

```
 1   BY MR. HUDOCK:
 2   Q.  All right.  CSI Lobnig, I'm showing you here what's been
 3   marked for identification purposes as Government Exhibits 39A
 4   and B.  Do you recognize those exhibits?
 5   A.  Yes.
 6   Q.  Okay.  On those evidence envelopes, are you familiar with
 7   what is contained inside Government's Exhibit 39A?
 8   A.  Yes.
 9   Q.  What is in 39A?
10   A.  39A is a swab of the muzzle and the front side.
11   Q.  Okay.  Taking a look at that package, is it sealed with
12   evidence tape?
13   A.  Yes.
14   Q.  Okay.  And at some point on that package, does it have your
15   initials?
16   A.  Yes.
17   Q.  And does it have the date?
18   A.  Yes.
19   Q.  Why is that important?
20   A.  So we always initial and date evidence tape that we place
21   on evidence items, half on and half off, so that you can tell
22   if an item has been manipulated or broken or anything like
23   that.
24   Q.  Okay.  And if someone else were to open that envelope would
25   they cut along the same piece of tape or would they cut along a
```

Tuesday, March 22, 2022.

 1   different location?

 2   A.   They're supposed to cut along a different location.

 3   Q.   Okay.  And why is that?

 4   A.   That way they don't interfere with my piece of tape.

 5   Q.   So you can see if anyone else opened it.

 6   A.   Yes.

 7   Q.   Got it.  In this particular instance, does that envelope

 8   appear to be in the same or substantially similar condition as

 9   to when you analyzed it, and not tampered with, based on your

10   understanding of the procedures for evidence tape and

11   collection?

12   A.   Yes.

13   Q.   Okay.  Same questions for Government's Exhibit 39B.  What

14   was inside that envelope -- or is inside of that envelope?

15   A.   It's the swab of the rear sight, grip, trigger, and slide.

16   Q.   Okay.  And if you take a look at that envelope, is it in

17   the same unaltered condition that we discussed in 39A?

18   A.   Yes.

19   Q.   All right.  Based on your inspection of the envelope, are

20   those exhibits in the same or substantially similar condition

21   as to when you would have swabbed them, apart from any analysis

22   that would be conducted?

23   A.   Yes.

24   Q.   All right.

25            MR. HUDOCK:  At this time, Your Honor, the Government

```
 1   would move Government's 39A and B into evidence.
 2             THE COURT:  Any objection?
 3             MR. PATANZO:  Just those subject to docket entry 121.
 4             THE COURT:  All right.  Government's 39A and B are
 5   admitted over Defendant's objection with respect to docket
 6   entry 121.
 7             (Government's Exhibit Numbers 39A and 39B admitted
 8    into evidence)
 9             MR. HUDOCK:  All right.  Your Honor, I'm showing
10   what's been marked previously for identification as
11   Government's Exhibit 39C to Defense.
12             (Government's Exhibit Number 39C marked for
13    identification)
14             MR. HUDOCK:  May I approach?
15             THE COURT:  You may.  And for this purpose, you don't
16   have to ask again.
17             MR. HUDOCK:  Thank you very much, Your Honor.
18   BY MR. HUDOCK:
19   Q.  All right.  CSI Lobnig, do you see here in front of you
20   Government's Exhibit 39C for identification?
21   A.  Yes.
22   Q.  All right.  What is that exhibit?
23   A.  It is the swab of a magazine.
24   Q.  Okay.  And based on the questions I asked you before, do
25   you see any evidence of tampering based on the procedures that
```

Tuesday, March 22, 2022.

 1   you would use to insure that no tampering would exist?

 2   A.  Yes.

 3   Q.  Do you see tampering or do you not see tampering?

 4   A.  I do not see tampering.

 5   Q.  Do you want to take a look at the envelope?

 6   A.  Uh-huh.

 7   Q.  Okay.  And I'm sorry, my memory is short, did I ask you if

 8   you know what's inside that envelope?

 9   A.  Yes.

10   Q.  Okay.  And are you familiar with what's inside the

11   envelope?

12   A.  Yes.

13   Q.  Okay.

14           MR. HUDOCK:  Your Honor, at this time, the Government

15   would move Government's Exhibit 39C into evidence.

16           THE COURT:  Any objection?

17           MR. PATANZO:  Other than docket entry 121, that's

18   all.

19           THE COURT:  Sorry, Mr. Patanzo, I have a hard time

20   hearing you.

21           MR. PATANZO:  Just under docket entry 121.

22           THE COURT:  All right.  Government's 39C is admitted

23   over Defendant's objection as to docket entry 121.

24               *(Government's Exhibit Number 39C admitted into*

25    *evidence)*

1           MR. HUDOCK:  All right.

2    BY MR. HUDOCK:

3    Q.  Now, let's talk a little bit about 39C specifically.

4           When you initially observed that magazine, did you

5    then do DNA first or latent fingerprint analysis?

6    A.  DNA.

7    Q.  And where did you swab for DNA?

8    A.  I swabbed the magazine at the base and the insertion point.

9    Q.  Okay.  Now, at the time, was that magazine loaded or

10   unloaded?

11   A.  It was loaded.

12   Q.  Did you swab the individual bullets inside the magazine?

13   A.  No.

14   Q.  Did you test them for latent fingerprints at that time?

15   A.  Yes.

16   Q.  Okay.  And why would you do one, but not the other?

17   A.  When you remove ammunition from a magazine, it can

18   interfere with fingerprints possibly either on the magazine or

19   on the ammunition rounds.

20   Q.  Okay.

21           MR. HUDOCK:  Your Honor, I'm going to be showing

22   what's been marked for identification as Government's 39D to

23   Defense Counsel.

24           (Government's Exhibit Number 39D marked for

25    identification)

Tuesday, March 22, 2022.

```
 1              THE COURT:  All right.
 2   BY MR. HUDOCK:
 3   Q.  CSI Lobnig, I'm going to be placing in front of you what's
 4   been marked for identification as Government's 39D, if you can
 5   take a look at that exhibit.
 6   A.  (Witness complied)
 7   Q.  Same question as before, does it appear to be tampered with
 8   based on the procedures of the St. Lucie County Sheriff's
 9   Office?
10   A.  No.
11   Q.  And what's contained inside that exhibit?
12   A.  It is a swab of those ammunition rounds.
13   Q.  When you say those, are you referring to the ones that were
14   in the magazine that we just discussed?
15   A.  Yes.
16   Q.  Okay.  And where did you swab those rounds for DNA?
17   A.  I swabbed the ejector grooves of the ammunition rounds.
18   Q.  Can you explain to the jury what an ejector groove is?
19   A.  So the ejector groove is by the top part of the ammunition,
20   so anything that can possibly catch DNA, a surface, that's
21   where we would swab.
22   Q.  And again, forgive me here.  I'm not trying to go too
23   basic, but on the pointy side, is that the top or the bottom?
24              Are we doing the pointy side or the flat side?
25   A.  We're doing the flat side.
```

Tuesday, March 22, 2022.

1   Q.  Okay.  And where is the groove in relation to the flat side

2   or the pointy side?

3   A.  It's all around.

4   Q.  Okay.  All right.

5           MR. HUDOCK:  Your Honor, at this time, the Government

6   would move Government's Exhibit 39D into evidence.

7           THE COURT:  Any objection?

8           MR. PATANZO:  Just previously raised.

9           THE COURT:  All right.  Government's 39D is admitted

10  over Defendant's objection as to docket entry 121.

11          (Government's Exhibit Number 39D admitted into

12   evidence)

13  BY MR. HUDOCK:

14  Q.  Now, in addition to conducting DNA analysis on those items

15  that we just discussed, did you also attempt to develop latent

16  fingerprints?

17  A.  Yes.

18  Q.  And did you do so using all of the different methods that

19  you previously testified to before the jury?

20  A.  Yes.

21  Q.  Were you able to develop any latent fingerprints on those

22  items?

23  A.  No.

24  Q.  Okay.  Now, turning your attention to your analysis of some

25  items that you received on July 21st, 2020, let's talk about an

1    FN Five-seveN firearms case.

2            Did you visually inspect the case before you

3    conducted any testing?

4    A.  Yes.

5    Q.  Okay.  And after you did that, did you swab it for DNA?

6    A.  Yes, I did.

7    Q.  Do you remember where you swabbed for DNA?

8    A.  I swabbed the handle and the latches.

9    Q.  Okay.

10           MR. HUDOCK:  Your Honor, I'm going to be showing the

11   Defense what's been marked for identification as Government's

12   Exhibit 39E.

13           (Government's Exhibit Number 39E marked for

14    identification)

15   BY MR. HUDOCK:

16   Q.  All right.  CSI Lobnig, if you can take a look at

17   Government's 39E and look up when you're finished.

18   A.  (Witness complied)

19   Q.  All right.  Do you recognize Government's Exhibit 39E?

20   A.  Yes.

21   Q.  Does it appear to be tampered with in any way?

22   A.  No.

23   Q.  And what is contained inside Government's Exhibit 39E?

24   A.  It is a swab of the handle and latches.

25   Q.  Okay.  And was that the same process that you just referred

 1   to referencing the FN Five-seveN case?

 2   A.  Yes.

 3   Q.  All right.

 4           MR. HUDOCK:  Your Honor, at this time, the Government

 5   would move 39E into evidence.

 6           THE COURT:  Any objection?

 7           MR. PATANZO:  Previously raised under 121.

 8           THE COURT:  All right.  Government's 39E is admitted

 9   over Defendant's objection to docket entry 121.

10           *(Government's Exhibit Number 39E admitted into*

11    *evidence)*

12           MR. HUDOCK:  Okay.

13   BY MR. HUDOCK:

14   Q.  Finally, when you opened that FN Five-seveN case, did you

15   locate two FN Five-seveN magazines?

16   A.  Yes.

17   Q.  Okay.  Did you swab both of those magazines?

18   A.  Yes, I did.

19   Q.  Did you swab them together or separately?

20   A.  Separately.

21   Q.  And where did you swab each magazine?

22   A.  So each magazine was swabbed at the base and the insertion

23   point.

24   Q.  Okay.  And that would be two sets of swabs for one, two

25   sets of swabs for the second.

Tuesday, March 22, 2022.

1    A.  Yes.

2    Q.  All right.

3              MR. HUDOCK:  Your Honor, I'm showing the Defense

4    what's been marked for identification as 39F and G.

5              *(Government's Exhibit Numbers 39F and 39G marked for*

6    *identification)*

7    BY MR. HUDOCK:

8    Q.  CSI Lobnig, if you can take a look at Government's 39F and

9    G and look up when you're finished.

10   A.  *(Witness complied)*

11   Q.  All right.  Do you recognize those envelopes?

12   A.  Yes.

13   Q.  All right.  Do they appear to be tampered with in any way?

14   A.  No.

15   Q.  All right.  What is contained in Government's Exhibit 39G?

16   A.  It is the swab of the magazine base and insertion point of

17   the second magazine.

18   Q.  Okay.  And what about 39F?

19   A.  It is the swab of the magazine base and insertion point of

20   the first magazine.

21   Q.  All right.

22             MR. HUDOCK:  Your Honor, at this time, the Government

23   would move 39G and F into evidence.

24             THE COURT:  Any objection?

25             MR. PATANZO:  Same as before under 121.

Tuesday, March 22, 2022.

1          THE COURT:  All right.  Government's 39F and 39G are

2    admitted over Defendant's objection as to docket entry 121.

3              *(Government's Exhibit Numbers 39F and 39G admitted*

4     *into evidence)*

5    BY MR. HUDOCK:

6    Q.  All right.  Now, just referencing those items that we

7    discussed earlier -- well, actually, strike that.

8              On that particular day when you conducted your second

9    round of testing, did you also examine those items and

10   additional items for fingerprints?

11   A.  Yes.

12   Q.  All right.  And can you tell me about the two different

13   processes that you would have used that day?

14   A.  So I used that cyanoacrylate for the nonporous items, and

15   then for the nonporous *(sic)* items, I used the ninhydrin

16   chemical.

17   Q.  You just said nonporous twice, which one would be which?

18   A.  Sorry.  The porous for the ninhydrin; nonporous for the

19   cyanoacrylate.

20   Q.  Okay.  And as a result of either of those testing methods,

21   were you able to develop some fingerprints that day?

22   A.  Yes.

23   Q.  All right.

24              MR. HUDOCK:  Your Honor, I'll show Defense Counsel

25   what's been marked for identification as Government's composite

```
1    Exhibit 40, and that includes subexhibits B as in bravo, C as

2    in Charlie, J, as in Juliet, M as in Mike, N as November, Q as

3    in Quebec, V as in Victor, W as in whiskey, Y as in Yankee, DD,

4    FF, GG and HH.

5               (Government's Exhibit Numbers 40B, 40C, 40J, 40M,

6      40N, 40Q, 40V, 40W, 40Y, 40DD, 40FF, 40GG, and 40HH marked for

7      identification)

8               THE COURT:  Thank you.

9               (Discussion had off the record between Counsel)

10              MR. HUDOCK:  Madam court reporter, did you receive

11   all the numbers?  Was that all right?

12              THE COURT REPORTER:  Yes.

13              MR. HUDOCK:  Okay.

14   BY MR. HUDOCK:

15   Q.  All right.  CSI Lobnig, I'm going to present in front of

16   you Government's Exhibit 40 with the previous letters that I

17   had listed on the record.  Can you take a look at all of those

18   composite exhibit photographs and look up when you're finished.

19   A.  (Witness complied)

20   Q.  Okay.  Taking a look at Government's Exhibit 40B, do you

21   recognize that photograph and do you know what it's of?

22   A.  Yes.

23   Q.  What is it?

24   A.  It is an overall photograph that I took of magazine

25   number -- the empty magazine, number 2.
```

Tuesday, March 22, 2022.

```
 1   Q.  Okay.  And turning your attention to Government's
 2   Exhibit 39C -- excuse me, 40C, my mistake, which one is that?
 3   A.  That is an ammunition box.
 4   Q.  Okay.  Is that latent print 4?
 5   A.  Yes.
 6   Q.  All right.  And then turning your attention to Government's
 7   Exhibit 40J, which one is that?
 8   A.  It's latent print number 11.
 9   Q.  Is that Indian River Sportsman's business card?
10   A.  Yes.
11   Q.  Okay.  And is there a latent on there that's latent 11?
12   A.  Yes.
13   Q.  Okay.  Turning your attention to Government's Exhibit 40M,
14   do you recognize that photograph?
15   A.  Yes.
16   Q.  What is that?
17   A.  Latent print number 14.
18   Q.  And is that on a notice?
19   A.  Yes.
20   Q.  Okay.  And then turning your attention to 40N, is that
21   latent print 15?
22   A.  Yes.
23   Q.  Same notice?
24   A.  Same notice.
25   Q.  Okay.  And then latent print -- excuse me -- Government
```

1    Exhibit 40Q, which one is that?

2    A.  Latent print number 18.

3    Q.  And that's also on the notice?

4    A.  Yes.

5    Q.  All right.  And then 40V, which one is that?

6    A.  Latent print number 23.

7    Q.  And where was that located?

8    A.  That was on the FN firearm case.

9    Q.  40W, which one is that?

10   A.  Latent print number 24.

11   Q.  And where was that located?

12   A.  Also on the firearm case.

13   Q.  Okay.  40Y, where was that located and what is it?

14   A.  It is latent print number 26 on the firearm case.

15   Q.  Okay.  And then 40DD?

16   A.  Latent print number 31.

17   Q.  Where was that located?

18   A.  It was on the Indian River Sportsman receipt.

19   Q.  What about Government 40FF, which one is that?

20   A.  Latent print number 33.

21   Q.  Okay.  And where was that located?

22   A.  Also on the Indian River Sportsman receipt.

23   Q.  40GG?

24   A.  Latent print number 34, also on the Indian River Sportsman

25   receipt.

1    Q.  And finally, 40HH.

2    A.  Is an overall photograph of the Indian River Sportsman

3    receipt.

4    Q.  Okay.  All of those latent print photographs that you took,

5    were they taken and the prints developed using the processes

6    that you just described to the jury?

7    A.  Yes.

8    Q.  Okay.  And do they fairly and accurately represent the

9    appearance of the prints when you developed them either back on

10   the 13th or the 20th of July 2020?

11   A.  Yes.

12   Q.  Okay.  You were talking a little bit about the ninhydrin

13   process.  Would those prints still look the same today, if you

14   were to look at them, as they would have back when you

15   photographed them?

16   A.  No.

17   Q.  Why not?

18   A.  So ninhydrin, especially when it's in the dark, it will

19   keep processing that porous item.  So when you first do it, and

20   a fingerprint turns purple, after a while the whole paper is

21   going to turn purple and you can't differentiate between the

22   fingerprint or anything else.

23   Q.  Okay.  And so if they look different today, that would not

24   surprise you.

25   A.  No.

1    Q.  All right.

2          MR. HUDOCK:  At this time, Your Honor, the Government

3    moves Government's Composite Exhibit B, C, J, M, N, Q, V, W, Y,

4    DD, FF, GG, and HH into evidence.

5          THE COURT:  Any objection?

6          MR. PATANZO:  Only those raised under docket

7    entry 121.

8          THE COURT:  All right.  Thank you.

9          All of those exhibits are admitted over Defendant's

10   objection to docket entry 121.  And to be clear, that is

11   Government's Exhibit 40B, 40C, 40J, 40M, 40N, 40Q, 40V, 40W,

12   40Y, 40DD, 40FF, 40GG and 40HH.

13          *(Government's Exhibit Numbers 40B, 40C, 40J, 40M,*

14    *40N, 40Q, 40V, 40W, 40Y, 40DD, 40FF, 40GG, and 40HH admitted*

15    *into evidence)*

16          MR. HUDOCK:  If I may have one moment to confer, Your

17   Honor.

18          *(Discussion had off the record between Counsel)*

19          MR. HUDOCK:  Nothing further at this time, Your

20   Honor.  Thank you.

21          THE COURT:  Thank you.

22          Mr. Patanzo.

23                    **CROSS-EXAMINATION**

24   BY MR. PATANZO.

25   Q.  Good afternoon.

```
 1              MR. PATANZO:  I may need -- can you switch on the
 2    ELMO, I may need it.  I may not use it, but thank you.
 3              THE COURT:  Okay.
 4    BY MR. PATANZO
 5    Q.  Good afternoon.  A couple questions.
 6              The -- with respect to the firearm, I know you did
 7    both DNA and printing on the firearm itself, correct?
 8    A.  Correct.
 9    Q.  One question I found interesting, the swabbing that you
10    did, did you use the same Q-tip on multiple areas of the
11    weapon, did you do that?
12    A.  Yes.
13    Q.  Like the second, I believe it was, where you discussed 39B,
14    you had said you used the same swab for the grip, the trigger,
15    the slide and the rear sight, four different locations on the
16    weapon all with the same swab, correct?
17    A.  Yes.
18    Q.  Now, that -- my understanding is that maximizes your
19    ability to obtain material, correct?
20    A.  Correct.
21    Q.  But doesn't that then compromise your ability to identify
22    it?  You could convolute it, right?
23              You now have a -- a better question would be, doesn't
24    it lead to a more likelihood you're going to get a mixture when
25    you're swabbing multiple areas of the weapon?
```

```
 1    A.  You can.

 2    Q.  You can, right?

 3              And that -- from your perspective, from the crime

 4    scene investigator's perspective, you're looking to gain as

 5    much material as you can from the weapon, which is why you did

 6    multiple areas of the gun, right, but then the -- correct?

 7    A.  Correct.

 8    Q.  But the next step is, you then give it to someone like

 9    Wayne Walker, the DNA analyst at Indian River County, he now

10    has to try to deconvolute that if you get a mixture, correct?

11    A.  Correct.

12    Q.  And that can make his job that much more difficult.

13    A.  Correct.

14    Q.  Okay.  You're after a couple different things.  You are

15    looking to get the genetic material, the DNA, but you're also

16    looking to try to identify a person, right?

17    A.  Correct.

18    Q.  Are you -- is that how you're trained, to use a single swab

19    for multiple areas, or is it a judgment call based on the

20    investigator?

21    A.  That's how we're trained.  We're supposed to use a set of

22    swabs on the rear part of the firearm and then another set on

23    the front part of the firearm.

24    Q.  What about when it comes to the trigger and the grip?

25    A.  They're together.
```

Tuesday, March 22, 2022.

1    Q.  They're together.

2    A.  Uh-huh.

3    Q.  Okay.  You mentioned something about the -- you did swab

4    the rear sight in this case.

5    A.  Yes.

6    Q.  Was the rear sight attached to the weapon when you swabbed

7    it?

8    A.  Yes.

9    Q.  It was.  It wasn't broken?

10   A.  No.

11   Q.  Do you know if anybody -- how the rear sight of the weapon

12   may have been broken?

13   A.  I don't recall.

14          MR. HUDOCK:  Objection, Your Honor.  Calls for

15   speculation.

16   BY MR. PATANZO:

17   Q.  If you know.

18   A.  I don't recall.

19          THE COURT:  Overruled.

20   BY MR. PATANZO:

21   Q.  But when you at least touched it, it was intact.

22          THE COURT:  Mr. Patanzo, if you could permit me to

23   rule before you continue with the questioning.

24          MR. PATANZO:  I'm sorry.

25          THE COURT:  It's fine on this one, I just need you to

```
 1    give me a couple seconds to make a ruling.  Thank you.
 2              MR. PATANZO:  I apologize, I apologize.  May I go
 3    ahead?
 4              THE COURT:  Yes, please proceed.
 5    BY MR. PATANZO:
 6    Q.  The rear sight, though, when you analyzed it was connected
 7    to the weapon.
 8    A.  Yes.
 9    Q.  Okay.  Now, you then processed the firearm and its magazine
10    for fingerprints, and you were unsuccessful.
11    A.  Correct.
12    Q.  Okay.  You moved on to the gun case, the firearm case, and
13    you performed both DNA and fingerprints on the case.
14    A.  Yes.
15    Q.  Okay.  And you had testified that you had done the DNA
16    first.
17    A.  Yes.
18    Q.  You are trained to pick certain portions of the case in
19    order to print, correct?
20    A.  Correct.
21    Q.  And which did you start with on the case, what areas of the
22    gun case did you process for prints?
23    A.  Anything with a smooth surface on that case.
24    Q.  You also focused on the handle of it, didn't you?
25    A.  That was for DNA.
```

```
 1   Q.  That was for the DNA.

 2   A.  Uh-huh.

 3   Q.  Okay.  Where on the gun case did you obtain fingerprints?

 4   A.  I do not recall.

 5   Q.  Does your report help refresh your recollection at all?

 6   A.  May I look at it?

 7   Q.  Sure.

 8   A.  I do not have the exact locations of the fingerprints, just

 9   that fingerprints were found on the case.

10   Q.  I'm going to show you Government's Exhibit 40Y.  Would you

11   agree that this appears to be up by the handle?

12   A.  It appears to be on the inside of the handle.

13   Q.  On the inside of the handle?  I mean, that just makes

14   sense, you try to find where people are going to touch the

15   item, right?

16   A.  Correct.

17   Q.  And 40W is another portion of the case.  Looking at the

18   photograph, are you able to determine what part of the case

19   latent print 24 came from?

20   A.  No.

21   Q.  Government's Exhibit 40V, which is latent print 25, are you

22   able to determine what part of the case that came from?

23   A.  No.

24   Q.  Now, you also processed two empty magazines that were

25   inside the gun case, correct?
```

Tuesday, March 22, 2022.

1    A.  Correct.

2    Q.  And according to your testimony, you were able to get a

3    latent print off of magazine number 2 --

4    A.  Correct.

5    Q.  -- correct?

6            I'm showing Government's Exhibit 40B, could you tell

7    the jury where you obtained the latent print number 3?

8    A.  On magazine number 2.

9    Q.  What part of the magazine?

10   A.  Near the insertion point.

11   Q.  That would be up here?

12   A.  Correct.

13   Q.  Okay.  And you were also asked about latent print number 4,

14   Government's Exhibit 40C.  This was a box of FN ammunition that

15   was found inside the gun case, correct, when you received it?

16   A.  Correct.

17   Q.  And there were -- how many prints did you receive off of

18   this box?

19   A.  May I look at my notes?

20   Q.  Sure.

21   A.  Latent print number 4, 5 -- 4 through 5.

22   Q.  So 4 and 5?

23   A.  Yeah.

24           MR. PATANZO:  I think that's all of the questions I

25   have.  Thank you.

```
 1              MR. HUDOCK:  May we redirect, Your Honor?

 2              THE COURT:  Yes.

 3              MR. HUDOCK:  Thank you.
```

**REDIRECT EXAMINATION**

```
 5   BY MR. HUDOCK:

 6   Q.  Just a few more questions for you, CSI Lobnig.

 7              The first, I know you mentioned a little bit about

 8   the policy and procedure of where you swab for DNA on certain

 9   items.  Is there a particular reason why you would swab only

10   the back part of the gun separately from the front part of the

11   gun?

12   A.  So the reason is because when someone holds a gun, usually

13   you're holding -- you're touching all parts of the rear.

14              Let's say someone else were to grab for the gun, they

15   would touch the front part of the gun.  So that's why we would

16   take the two separate swabs, in case you have two different

17   people handling the gun.

18   Q.  Okay.  But it is policy for you to swab multiple areas of a

19   gun in this particular instance?

20   A.  Yes.

21   Q.  And it would be against policy not to do that.

22   A.  Correct.

23   Q.  All right.  In addition to where you swabbed, you mentioned

24   that you were looking on smooth surfaces for fingerprints.  Why

25   is that?
```

Tuesday, March 22, 2022.

```
 1   A.  Because the rough surfaces is where we like to collect our

 2   DNA from.  Because, again, the rough is where DNA can catch and

 3   hold on to, so --

 4   Q.  But what about smooth surfaces for fingerprints?  You had

 5   mentioned that on your cross-examination, why smooth surfaces

 6   for fingerprints?

 7   A.  It's the best place to visualize them.  It's where they

 8   were deposited, and they're not manipulated when we DNA or

 9   anything like that.

10   Q.  And so you would focus your attention on those areas with

11   respect to DNA and as to fingerprints.

12   A.  Yes.

13   Q.  Okay.

14          MR. HUDOCK:  Nothing further, Judge.  Thank you.

15          THE COURT:  Thank you.

16          Thank you very much, ma'am.  You may be excused.

17          (Witness excused)

18          THE COURT:  Government, please call your next

19   witness.

20          MR. HUDOCK:  Your Honor, the Government calls Kayla

21   Limb to the stand.

22          (Pause)

23          THE COURT:  Mr. Funk, can you do us a favor and see

24   if the next witness is coming in?

25          MR. FUNK:  Yes, Your Honor.
```

Tuesday, March 22, 2022.

1          THE COURT:  Here we go.  Thank you.

2          All right.  Good afternoon, ma'am.  If you could

3     please walk over here to the witness stand.

4          THE COURT:  Good afternoon.  Please stay standing

5     while I administer the oath.

6          (KAYLA LIMB, GOVERNMENT'S WITNESS, WAS SWORN)

7          THE COURT:  Please state your name and spell your

8     last name for the record.

9          THE WITNESS:  It is Kayla Limb, and it's L-I-M-B.

10         THE COURT:  Thank you.  You may be seated.

11         Please proceed.

12         MR. HUDOCK:  Thank you, Your Honor.

13                        **<u>DIRECT EXAMINATION</u>**

14    BY MR. HUDOCK:

15    Q.  Good afternoon, Analyst Limb.

16    A.  Hello.

17    Q.  Who do you work for, Analyst Limb?

18    A.  I work for the St. Lucie County Sheriff's Office.

19    Q.  And what do you do for the St. Lucie County Sheriff's

20    Office?

21    A.  I'm a latent print examiner and a certified crime scene

22    investigator.

23    Q.  Have you received any training and/or experience that

24    allows you to do your job as a latent analyst?

25    A.  Yes, I do, I have approximately 160 hours.  That includes a

```
1    40 hour basic latent print class, a 24 hour palm print
2    comparison class, and a 40 hour complex latent print class.
3    Q.  Are you a member of any professional organizations?
4    A.  I am.  I'm part of the Gold Coast Forensics, the
5    International Association for Identification, and the Florida
6    International Association for Identification.
7    Q.  In relation to your job as an analyst, do you attend
8    meetings, trainings, seminars, anything like that?
9    A.  Yes, I do.
10   Q.  Okay.  About how much time do you spend in your regular
11   duties analyzing fingerprints?
12   A.  About 80 percent of my job.
13   Q.  Okay.  And if you could give us an estimate of
14   approximately how long you've been working specifically as a
15   fingerprint examiner.
16   A.  I've been working as a latent print examiner since December
17   of 2015.
18   Q.  And if you had to give us an estimate of how many
19   comparisons you've done during that time?
20   A.  I would say thousands.
21   Q.  Okay.  Have you testified before?
22   A.  Yes, I have.
23   Q.  Okay.  About how many times?
24   A.  For crime scene or just latent prints?
25   Q.  Latent prints.
```

```
 1   A.  Four times.

 2   Q.  And is that in state or federal court?

 3   A.  State.

 4   Q.  Okay, all right.  Let's talk a little bit about the

 5   background of the fingerprint.

 6           Can you explain to the jury just in general what a

 7   fingerprint is?  I know that sounds basic, but --

 8   A.  Generally, a fingerprint -- if you look at your hands, you

 9   have ridge detail on your fingers, your palms, and even on the

10   soles of your feet.  That is what is called friction ridge

11   detail.  And a latent print is when the oils and moisture from

12   your ridges are left on a surface, and it becomes a print on a

13   surface.

14   Q.  Is that unique?

15   A.  Yes.

16   Q.  Can two people have the same print?

17   A.  No.

18   Q.  All right.  Through a person's life, does a fingerprint

19   change?

20   A.  No, it's consistent.

21   Q.  Okay.  And what is the difference between a latent

22   fingerprint and the fingerprint that you just described to the

23   jury?

24   A.  A latent print is just a print that is not visible to the

25   naked eye.  It requires some sort of chemical processing or
```

Tuesday, March 22, 2022.

 1    black powder, like you see on the CSI shows, in order for us to

 2    visualize it.

 3    Q.  And what is a known fingerprint?

 4    A.  A known fingerprint is if I were to take my own prints, I

 5    know that they're my prints, and I rolled them, or if I came

 6    and took any of your prints, I would know it came from you

 7    because I'm physically taking them from you.

 8    Q.  All right.  Now, explain to the grand -- excuse me.

 9    Explain to the jury what the distinguishing characteristics

10    that you look for are in a fingerprint?

11    A.  So there are three basic fingerprint patterns -- a loop,

12    which is it comes in and it flows out; a whorl, which if you

13    kind of think of a bulls-eye, that's generally what a whorl is,

14    it just is a big circle with a pattern type; and then an arch,

15    it kind of looks like a tent, you know, like a camping tent, it

16    essentially looks similar to that.

17            So we look for the pattern, we look for the overall

18    flow, and then we look for what's -- I call points of

19    similarity, which are bifurcations, which if you visualize like

20    a fork in the road, that's essentially what that is, ridge

21    dots, ridge endings, just points of sim -- or similarities or

22    characteristics that are unique to each person.

23    Q.  Okay.  If you could slow down just a hair.

24    A.  Sorry.

25    Q.  That's all right.  We have to get everything recorded here.

1              So explain now to the jury a little bit about how a

2    person would leave a fingerprint on an object.

3    A.  So like I previously said, a print is left from the

4    moisture and the oils in your fingers.  My hands right now,

5    because I'm nervous, they're a little sweaty, so if I touch a

6    surface, I'm very likely to leave a print because I'm excreting

7    oils and moisture.

8              Now, if I were to rub my hand like this, and I touch,

9    I'm less likely to leave a print, because I'm wiping off that

10   moisture and those oils *(indicating)*.

11   Q.  Are there surfaces that are more or less likely to have a

12   person leave a fingerprint?

13   A.  That is correct.

14   Q.  Okay.  And you sort of answered this, but just to be clear,

15   if a person touches a surface, is it guaranteed that they will

16   leave a fingerprint?

17   A.  No, it is not.

18   Q.  Okay.  Assuming a print is left, are there conditions

19   external to that fingerprint that can affect how long it lasts?

20   A.  Yes.  So heat, moisture, external factors like sunlight,

21   that can all affect the result of the -- a fingerprint

22   remaining on a surface.

23   Q.  Okay.  And in addition to whether a fingerprint remains on

24   a surface, are there factors that influence whether or not you

25   can lift that print off of a surface to look at it?

Tuesday, March 22, 2022.

1   A.   Yes.

2   Q.   Can you tell the jury about what those would be.

3   A.   If a surface is textured -- I'm trying to think -- so I

4   don't think you guys can really see.  So this is a smooth

5   surface, so this would be very conducive for prints because

6   there's no texture, there's no edges that the print has to form

7   around in order to be left there versus a textured surface,

8   kind of like styrofoam, but imagine a little bit rougher,

9   you'll have least likely the ability to leave a print because

10  of the texture on the surface.

11  Q.   Okay.  And once you have the fingerprint collected, explain

12  to the jury how you compare a known fingerprint to a latent

13  fingerprint.

14  A.   So when we -- or when I receive prints, what ends up

15  happening is I analyze that print.  So I will take it print by

16  print and decide, okay, what's my pattern type, what does my

17  ridge flow look like, what are my points of similarity or

18  points of minutia -- minutia is what they're actually called --

19  and I will mark it up in Photoshop.  We have to essentially

20  mark the points and save it so I know what I looked at before I

21  looked at the known.

22          So in doing the analysis phase, once I'm done

23  deciding what the pattern type is, what the ridge flow is, I

24  then move on to bringing in a known standard and comparing to

25  see is this -- do I have the same pattern, first of all.  If

1    it's not, then I know that it's not the right person because if

2    I have a circle and a circle, but this person has a square, you

3    can't make a square into a circle.

4              And then if -- when I'm looking at the prints and I

5    decide, okay, the pattern type is the same, then I will go into

6    looking for those points of minutia or points of similarity.

7    If they're there, they're there.  If they're not, then that

8    person is not who I'm looking for.

9    Q.  Okay.  I'm showing you what's been previously admitted as

10   Government's Composite Exhibit 40.  If you can take a look at

11   the first image in that folder for me, it should be

12   Government's Exhibit 40B, and look up when you're finished.

13   A.  *(Witness complied)*

14   Q.  You just have to look at the first one.

15   A.  Oh, okay, sorry.  Yes.

16   Q.  Sorry about that.

17             All right.  In 40B, the first image in front of you,

18   do you recognize any latent print markers?

19   A.  I see that it's labeled with a measuring scale that says

20   number 3.

21   Q.  Okay.  LP3?

22   A.  It's kind of washed out, but, yeah, there is an LP there.

23   Q.  What does LP stand for?

24   A.  Latent print.

25   Q.  Okay.  Did you analyze latent print 3?

1   A.  Yes, I did.

2   Q.  And did you compare it against the standards of Luciana

3   Knight, Ernest Knight, Ronell Bryant and Shane Cole?

4   A.  Yes, I did.

5   Q.  And were they all excluded from that fingerprint?

6   A.  Yes, they were.

7   Q.  Okay.  If you could turn, then, to Government's Exhibit --

8   and you'll forgive me here one moment -- I believe it should be

9   39C -- excuse me, 40C.

10   A.  Yes.

11   Q.  All right.  Did you analyze that fingerprint?

12   A.  Latent print number 4, yes, I did.

13   Q.  Okay.  And were all four people that we just discussed

14   excluded from that print as well?

15   A.  Yes, they were.

16   Q.  All right.  If you could flip to the next one, which I

17   believe is Government's Exhibit 40J, as in Juliet.

18   A.  Yes.

19   Q.  What is on that photograph?

20   A.  It is latent print number 11.

21   Q.  Okay.  Did you examine latent print number 11?

22   A.  Yes, I did.

23   Q.  All right.  And on latent print number 11, were you able to

24   exclude all four people that we previously discussed?

25   A.  Yes, I did.

```
 1    Q.   Okay.  Now, turning your attention to -- it should be
 2    Government's Exhibit -- one moment -- 40M, as in Mike.
 3    A.   Yes.
 4    Q.   Did you -- do you recognize that latent print?
 5    A.   Yes, I do.
 6    Q.   Which one is that?
 7    A.   It's latent print number 14.
 8    Q.   Did you examine it?
 9    A.   Yes, I did.
10    Q.   And were you able to exclude Ronell Bryant, Luciana Knight,
11    and Shane Cole from that fingerprint?
12    A.   You said -- can you repeat the three individuals?
13    Q.   Bryant, Luciana, and Cole.
14    A.   Yes, I did exclude those.
15    Q.   Okay.  All right.  Then turning to Government's
16    Exhibit 40N, which one is that?
17    A.   This would be latent print number 15.
18    Q.   Okay.  And were there a 15A and B?
19    A.   Yes.  So when I analyzed them, if there's more than one
20    print to a card, I will go ahead and give it an identifier,
21    like 15A, 15B, 15C, so I'm not trying to explain that 15 has
22    three prints, I'm trying to describe all three without
23    identifying them.
24    Q.   Okay.  And for 15A and B, were Ronell Bryant, Luciana
25    Knight and Shane Cole excluded?
```

Tuesday, March 22, 2022.

1    A.  Yes, they were.

2    Q.  Okay.  Let's turn to Government's Exhibit 40Q.

3    A.  Yes.

4    Q.  Okay.  Which latent print was that?

5    A.  This is latent print number 18.

6    Q.  Okay.  Same question:  Was Ronell Bryant, Luciana Knight

7    and Shane Cole excluded from that print?

8    A.  Yes, they were.

9    Q.  All right.  Turning your attention to Government's

10   Exhibit 40V, as in Victor.

11   A.  Okay.

12   Q.  Which print is that?

13   A.  This is latent print number 25.

14   Q.  Okay.  Did you analyze -- hold on.

15   A.  There's 23 on here too.

16   Q.  Turning your attention specifically to latent print 23, did

17   you analyze that fingerprint?

18   A.  Yes, I did.

19   Q.  Okay.  And based on that, were you able to exclude all four

20   people that we've discussed so far?

21   A.  Yes, I did.

22   Q.  All right.  Turning your attention to Government's

23   Exhibit 40W.

24   A.  Okay.

25   Q.  That should be latent print 24, did you examine that print?

```
 1   A.  Yes, I did.
 2   Q.  All right.  And once again, were you able to exclude all
 3   four people from that fingerprint?
 4   A.  Yes, I did.
 5   Q.  Okay.  Turning your attention to Government's Exhibit 40Y.
 6   A.  Okay.
 7   Q.  That should be latent prints 26A and B, is that right?
 8   A.  Yes.
 9   Q.  And once again, were you able to exclude all four people
10   from 26A and B?
11   A.  Yes, I was.
12   Q.  Okay.  Turning your attention to Government's Exhibit 40DD.
13   A.  Okay.
14   Q.  That should be latent print 31, did you examine latent
15   print 31?
16   A.  Yes, I did.
17   Q.  Okay.  And when you conducted your examination of latent
18   print 31, did you come up with a match to anybody?
19   A.  I made an identification to Ernest Knight.
20   Q.  Okay.  And when you make an identification -- let's say the
21   first comparison you make you identify as an identification --
22   A.  Yes.
23   Q.  -- do you continue against any other standards in that
24   situation?
25   A.  No, I don't.
```

Tuesday, March 22, 2022.

```
 1   Q.  So in this instance, were you able to exclude any other

 2   people?

 3   A.  Yes.

 4   Q.  Were you able to exclude Ronell Bryant?

 5   A.  Yes.

 6   Q.  Luciana Knight?

 7   A.  Yes.

 8   Q.  And Shane Cole?

 9   A.  Yes.

10   Q.  And is that because you would have compared their

11   fingerprints first before Ernest Knight?

12   A.  Correct.

13   Q.  Okay.  Turning your attention, then, to Government's

14   Exhibit 40FF.

15   A.  Yes.

16   Q.  That should be latent print 33B, did you examine that

17   fingerprint?

18   A.  Yes, I did.

19   Q.  All right.  And did you reach the same conclusion as in

20   latent print 31?

21   A.  Yes, I did.

22   Q.  Okay.  Turning your attention to Government's Exhibit 40GG.

23   A.  Okay.

24   Q.  That should be latent print 34, did you examine it?

25   A.  Yes, I did.
```

Tuesday, March 22, 2022.

```
 1   Q.  And did you reach the same conclusions as 31 and 33B?

 2   A.  Yes, I did.

 3   Q.  And, finally, Government's 40HH.

 4   A.  Yes.

 5   Q.  That should be latent print 35.

 6   A.  Yes.

 7   Q.  Did you examine it?

 8   A.  Yes, I did.

 9   Q.  And did you reach the same conclusion as 31, 33B and 34?

10   A.  Yes, I did.

11   Q.  Okay.

12          MR. HUDOCK:  If I may have one moment, Your Honor.

13   BY MR. HUDOCK:

14   Q.  Were you asked to examine other fingerprints in this case?

15   A.  No, I was not.

16   Q.  Would looking at your report refresh your recollection

17   about whether or not you examined other fingerprints in this

18   case?

19   A.  The prints that we've all discussed are all the prints that

20   I've looked at.

21   Q.  Okay.

22          MR. HUDOCK:  If I may have one moment, Your Honor.

23          (Discussion had off the record between Counsel)

24          MR. HUDOCK:  Nothing further at this time, although

25   I'd like to collect the evidence, if possible, Your Honor.
```

1    THE COURT:  Certainly.  Thank you.

2    Mr. Patanzo.

3                    **CROSS-EXAMINATION**

4  BY MR. PATANZO:

5  Q.  Good afternoon.

6  A.  Good afternoon.

7  Q.  Now, my questions are going to be very similar.

8        I want to show you what's been previously entered

9  into evidence as Government's Exhibit 24.  Now, you recognize

10  those items, correct?

11  A.  I didn't collect the items, I just received the closeup

12  pictures of the fingerprints.

13  Q.  Correct.  But these were the items that were processed and

14  delivered to you, where the latents came from, correct?

15  A.  I'm a -- I can't really -- I don't know what the PR numbers

16  are.  Like I said, it's just the latent prints that are

17  photographed up close, and then they're given to me.

18  Q.  You processed items that came out of the gun box, a

19  magazine, a box of --

20  A.  I didn't.

21  Q.  Not processed.  You analyzed latents that came off of them,

22  correct?

23  A.  Yes.

24  Q.  Okay.  And you had talked with the prosecutor about latent

25  print 3, one of the empty magazines that came out of the box,

1  and that's referenced in Government's Exhibit 40B, correct?

2  A.  Yes.

3  Q.  And your -- based on your analysis, you eliminated

4  Mr. Bryant as a source of the print.

5  A.  Yes, I did.

6  Q.  Okay.  You also talked about latent print number 4, which

7  was found on the top of the ammunition box within the gun box,

8  and similarly, you eliminated Mr. Bryant as a source of that

9  print.

10  A.  Yes, I did.

11  Q.  Okay.  There was also a second latent that was discovered

12  on that box, correct, latent print 5?

13  A.  May I refer -- I'm not sure where they came from.  I have

14  latent print number 5, and it was determined to be of no value,

15  but I'm not sure where it came from.

16  Q.  Okay.  Will your report help you?

17  A.  I don't have it listed.

18  Q.  Okay.  Latent print 11, on the back of the Indian River

19  business card, you analyzed latent print 11, correct?

20  A.  Yes, I did.

21  Q.  And you eliminated Mr. Bryant as the source of that print.

22  A.  Yes, I did.

23  Q.  Prints 12 -- latent prints 12 through 20 came from the

24  notice paper we see here, and what was admitted into evidence

25  were the latents 14, 15A and B and 18, all of which you

1   analyzed, correct?

2   A.  Yes, I did.

3   Q.  And you eliminated Mr. Bryant as a source of those prints.

4   A.  Yes, I did.

5   Q.  Latent prints 23, 24, 26, coming from the gun case, you

6   analyzed those, right?

7   A.  Yes, I did.

8   Q.  And 26 we see at the top inside handle of the gun case,

9   Mr. Bryant was eliminated based on your analysis from the print

10  on all of those locations.

11  A.  Yes.

12  Q.  And then Government's Exhibit 40HH, the purchase receipt,

13  you analyzed latent print 31, 33A and B, 34 and 35, correct?

14  A.  Yes, I did.

15  Q.  And Mr. Bryant was eliminated as a source of all of those

16  prints.

17  A.  Yes, he was.

18  Q.  And that was the extent of your involvement in this case?

19  A.  Yes, sir.

20          MR. PATANZO:  Thank you.

21          THE COURT:  Any redirect?

22          MR. HUDOCK:  Very briefly, Judge.

23          THE COURT:  All right.  And in the meantime, if you

24  could please have your colleague get your other witness ready

25  to go.

<u>**REDIRECT EXAMINATION**</u>

BY MR. HUDOCK:

Q.  Just for clarification, Ms. Limb, you had indicated to the Defense Attorney a moment ago that there were some prints that you analyzed that were of no value.

A.  Yes.

Q.  Can you explain what that means to the jury.

A.  No value prints mean that there might be ridge detail.  So if you look at the tip of your finger, there's very minimal -- there's usually straight lines up there.  So it could be a ridge event that there might be two points similar, like a bifurcation and a ridge ending, there's just not enough for me to do a comparison with.  So I couldn't determine whether there's a pattern type, I just can't make a comparison.  There's just not enough detail or it lacks detail is a better term.

Q.  So there were other fingerprints that you analyzed that had those issues, but for lack of a better --

            THE COURT:  I'm sorry.

            Sorry, if you could just wait outside momentarily.  Thank you, sir.

BY MR. HUDOCK:

Q.  Let me start over, if that's all right.

            You indicated that there were other prints like that one that you analyzed that were of no value, is that right?

1    A.  That is correct.

2    Q.  Okay.  But we didn't discuss those here because they were

3    of no value.

4    A.  That is correct.

5    Q.  Okay.

6            MR. HUDOCK:  Nothing further.  Thank you.

7            THE COURT:  Thank you very much, ma'am.  You may be

8    excused.

9            *(Witness excused)*

10           THE COURT:  Please call your next witness.

11           MR. HUDOCK:  Thank you, Your Honor.  The Government

12   calls Analyst Baker.

13           THE COURT:  Good afternoon, sir.  If you could please

14   walk over here to the witness stand.

15           Good afternoon.  Please remain standing.

16       (DANIEL BAKER, GOVERNMENT'S WITNESS, WAS SWORN)

17           THE COURT:  Please state your full name and spell

18   your last name for the record.

19           THE WITNESS:  Daniel Baker, B-A-K-E-R.

20           THE COURT:  Thank you.  You may be seated, and please

21   get as close as you can to the microphone.

22                        **DIRECT EXAMINATION**

23   BY MR. HUDOCK:

24   Q.  Good afternoon, Analyst Baker.  Could you please tell the

25   jury where you work and what you do.

1    A.   Yes.   I am employed at the Indian River Crime Laboratory as

2    a DNA analyst.   So my primary responsibilities are to screen

3    items of evidence for the presence of possible biological

4    fluids and materials.   This would include blood, semen, saliva,

5    skin cells.   I then collect samples from those items of

6    evidence and perform DNA testing, write reports when needed,

7    testify when needed.

8    Q.   Okay.   How long have you been working at the Indian River

9    Crime Laboratory?

10   A.   For approximately a year and a half.

11   Q.   Okay.   And have you received any relevant training and

12   experience that allows you to conduct your duties as a DNA

13   analyst?

14   A.   Yes.   I received training at the Indian River Crime

15   Laboratory as well as a previous laboratory I worked at, which

16   was the Florida Department of Law Enforcement.

17         The training that I received was broken down into two

18   phases.   The first phase involves me learning the scientific

19   principles behind the testing that I would be performing as

20   part of my normal job duties.   I took written examinations,

21   oral examinations.   And then the second phase of training was

22   actually working on real items of evidence under the

23   supervision of another qualified analyst.

24   Q.   Okay.   Now, let's talk a little bit about the swab

25   preparation process.   Is that specifically part of the analysis

1    process or the preparation process?

2    A.   So I would classify that as screening, where during the

3    screening process for items of evidence that come into the

4    laboratory, I'm identifying what could potentially be collected

5    for future DNA testing.

6    Q.   Okay.  And what is the difference between the screening

7    process and the analysis side of things?

8    A.   The screening process, again, is just to identify where on

9    items of evidence or what evidence I would want to perform DNA

10   testing on.  And then the analysis side is actually going

11   through the DNA testing process and getting results, making

12   comparisons to known standards, things of that nature.

13   Q.   In this case, were you part of the screening process, the

14   analysis process, or both?

15   A.   In this case, I was only involved in the screening process.

16   Q.   Okay.  So then let's talk about that.

17            Just speaking generally right now, what is the

18   purpose of a DNA screening process?

19   A.   The purpose of the screening process is to identify where

20   on evidence or what evidence to collect for future DNA testing.

21   Q.   Okay.  And how do you do that?

22   A.   I'm examining items for the presence of any characteristic

23   staining.  So for instance, if I'm looking for potential blood

24   on an item, I'm going to be looking for characteristic staining

25   of blood.

1         Also involved in this process are things called

2   presumptive testing, which are just color change tests that may

3   indicate a potential biological fluid is present.  So if I see

4   any characteristic staining of biological fluids, I can

5   potentially test those and then collect those for future DNA

6   analysis.

7   Q.  What about in a situation where you're presented with swabs

8   taken from other objects of evidence, what would you do in that

9   situation to prepare them for testing?

10  A.  Swabs are nice to receive in the laboratory because there's

11  no identifying that I need to do in terms of searching for the

12  best spot on an item of evidence to future test, the potential

13  DNA that's present has already been collected on to a small

14  area.

15        So in that instance, what I'm doing is essentially

16  just cutting a piece of the swab and placing that into a tube

17  that I label, and then that tube will go to a second analyst to

18  undergo additional DNA testing.

19  Q.  Now, even when you only have swabs, do you still make

20  observations about the envelope that they're contained in and

21  the swabs themselves?

22  A.  Yes.  So the first thing I'll do when I actually receive an

23  item of evidence is to make sure that it's been packaged

24  properly, that the seals are intact, and that it generally on

25  the outside of the package states what it is, and if that

1    matches the paperwork that I received when the item came into

2    the laboratory.

3    Q.   Okay.  And in this particular case, were you responsible

4    for collecting swabs or physical evidence, as you described?

5    A.   I was not responsible for actually collecting the swabs.  I

6    was responsible for preparing those swabs that were submitted

7    to the laboratory for DNA testing.

8    Q.   Can you explain to the jury what that cutting process

9    entails from start to finish.

10   A.   Yes.  So a swab, you can essentially think of it like a

11   Q-tip, like an oversized Q-tip, and so all I'm doing is I'm

12   taking a scalpel or a sharp knife and cutting a piece of the

13   swab off of it and placing that into a tube.  And then the

14   remainder portion of the swab is retained in a separate package

15   in the laboratory, and that is retained at the laboratory in

16   case any future testing needs to be done for any reason.

17   Q.   All right.  I'm showing you what's been previously admitted

18   as Government's Composite Exhibit 39.  If you could take the

19   composite parts out of that envelope, take a look at each of

20   them, and look up at me when you're finished.

21   A.   *(Witness complied)*

22   Q.   Okay.  Having examined all of those envelopes, do you

23   recognize them as the evidence envelopes that the swabs

24   originally came in in this case?

25   A.   Yes, I do.

1    Q.  Okay.  And apart from the analysis tape, are there any

2    additional modifications to the envelopes that would suggest

3    that they've been tampered with?

4    A.  No, nothing appears -- none of these appear to have been

5    tampered with since I interacted with them.

6    Q.  Okay.  And taking a look at Government's Exhibit -- I

7    believe it's 39A through G that should include several swabs

8    inside, are those the swabs that you would have conducted the

9    cuttings on that you previously described to the jury?

10   A.  Yes.

11   Q.  Okay.  And for each of those evidence packages, did you

12   follow the same procedures that you just described?

13   A.  Yes, I did.

14   Q.  Documentation, cutting and tubing, I guess we'll call it

15   here.

16   A.  Correct.

17   Q.  Okay.  Were there any issues with that process as to any of

18   the envelopes containing the swabs we have here, 39A through G?

19   A.  No.

20   Q.  Okay.

21           MR. HUDOCK:  If I may have one moment, Your Honor.

22           (Discussion had off the record between Counsel)

23           MR. HUDOCK:  If I may collect the evidence, Your

24   Honor, nothing further from this witness.

25           THE COURT:  All right.  Thank you.

Tuesday, March 22, 2022.

1          Mr. Patanzo or Ms. Pittaway.

2                    **CROSS-EXAMINATION**

3    BY MR. PATANZO:

4    Q.  Good afternoon, Mr. Baker.

5    A.  Good afternoon.

6    Q.  Essentially what your role was in the case is you received

7    a number of items from the St. Lucie County Sheriff's

8    department, the crime scene analyst, Ms. Lobnig, correct?

9    A.  Yes.

10   Q.  And you took cuttings of the swabs and you passed them on

11   to a second analyst, Wayne Walker.

12   A.  Yes, that's correct.

13   Q.  And he performed the DNA analysis on the items of evidence

14   in this case.

15   A.  Yes.

16   Q.  Okay.  In your experience -- you mentioned you worked with

17   FDLE, Florida Department of Law Enforcement, and you also

18   worked at another Indian River crime lab, was that the only

19   two?

20   A.  Yes.

21   Q.  Are you familiar with DNA Labs International?

22   A.  Yes, I am.

23   Q.  In Deerfield Beach.

24   A.  Yes.

25   Q.  How about Bodie Technology?

1    A.  Yes, I'm familiar with them.

2    Q.  Can you tell the jury what those labs are and what they do?

3    A.  DNA Labs International and the Bodie Technology Group are

4    private laboratories, so they have a number of functions.

5           Sometimes they will accept additional items of

6    evidence that sheriffs' offices and police departments send to

7    them, and that can be for a number of reasons.  It can be

8    because labs are backlogged, they can promise a faster

9    turnaround time, or maybe it's just evidence that a typical

10   crime laboratory is not used to working.  So those labs'

11   primary function is to provide forensic testing, just in a

12   private setting.

13   Q.  In essence, they're private labs that contract with law

14   enforcement agencies to perform the same analysis that you do.

15   A.  Yes, similar analysis.

16   Q.  Similar.  And in some cases where you have things like

17   complex mixtures --

18          MR. HUDOCK:  Objection, Your Honor.

19          THE COURT:  Yes?

20          MR. HUDOCK:  This ventures outside the scope of

21   direct.

22          THE COURT:  Sustained.

23          MR. PATANZO:  It's well within his knowledge as an

24   analyst.

25          THE COURT:  The objection is that it exceeds the

1    scope of direct examination, and that is the objection that has

2    been sustained.

3    BY MR. PATANZO:

4    Q.   Okay.  Are you familiar with complex mixtures?

5    A.   Yes.

6            MR. HUDOCK:  Objection, Your Honor.  Same objection.

7            THE COURT:  Sustained.

8            MR. PATANZO:  Okay.

9            That's all the questions I have.  Thank you, sir.

10           THE COURT:  Any redirect?

11           MR. HUDOCK:  None, Your Honor.  Thank you.

12           THE COURT:  All right.  Thank you very much, sir.

13   You may be excused.

14           *(Witness excused)*

15           MR. FUNK:  Judge, may we take at least a five minute

16   break now?

17           THE COURT:  All right.  Ladies and gentlemen, we are

18   going to take our afternoon break now until 2:36, which would

19   give you 15 minutes.

20           All rise for the jury.

21           *(The jury exited the courtroom)*

22           THE COURT:  Please be seated.

23           We'll be in recess.  I just want to ask, the next

24   witness will be who, Mr. Hudock?

25           MR. HUDOCK:  Jim Jones, Your Honor.

Tuesday, March 22, 2022.

1            THE COURT:  Okay.  Is Mr. Jones on site?

2            MR. HUDOCK:  He is.

3            THE COURT:  All right.  And then it would be Walker?

4            MR. HUDOCK:  No, Your Honor, he's not here yet.  We

5    can approach to provide some information, but we're going to

6    have some other witnesses before him to allow him to get here,

7    we need to make special accommodations for him.

8            THE COURT:  Okay.  All right.  Let's do the sidebar

9    then on that issue, please.

10            *(Sidebar discussion on the record)*

11            MR. HUDOCK:  The Government has two other witnesses

12    that we can call, Agent Seth Christy and one other whose name

13    is escaping me at the moment, that we'll call in between.

14            MS. PITTAWAY:  Angulo?

15            MR. HUDOCK:  Yes, thank you.

16            THE COURT:  Angulo, I think it is.

17            MR. HUDOCK:  Nevertheless, Mr. Walker is on FMLA with

18    a new baby, and so we told him we would have him here at

19    four o'clock to have him testify today.  We've already messaged

20    him to see if he could come earlier, but if he can't, we know

21    he'll be here at least by 4:00.

22            THE COURT:  Okay, that's helpful.  Thank you.

23            All right.  We are on our break now.  Thank you.

24            MR. HUDOCK:  Thank you, Judge.

25            *(Recess taken 2:23 p.m. until 2:41 p.m.)*

Tuesday, March 22, 2022.

1           THE COURTROOM DEPUTY:  All rise.

2           THE COURT:  Let's call in the jurors.

3           Please get your next witness prepared.

4           MR. HUDOCK:  He's ready, Your Honor.

5           MR. FUNK:  Judge, actually, this might be the

6    point -- Jim Jones is going to talk about the images, and then

7    you were going to read the admonition for the 404(b) evidence,

8    and this will constitute that.

9           THE COURT:  All right.  Thank you for the heads up.

10          THE COURTROOM DEPUTY:  All rise for the jury.

11          *(The jury entered the courtroom)*

12          THE COURT:  You may be seated.

13          Please call your next witness.

14          MR. HUDOCK:  Your Honor, the Government calls Jim

15    Jones to the stand.

16          THE COURT:  Good afternoon, sir, if you could make

17    your way over here.

18          THE COURTROOM DEPUTY:  Please raise your right hand.

19          *(JIM JONES, GOVERNMENT'S WITNESS, WAS SWORN)*

20          THE COURTROOM DEPUTY:  Please state your name,

21    spelling your last name.

22          THE WITNESS:  Jim Jones, J-O-N-E-S.

23          THE COURTROOM DEPUTY:  Thank you.

24          THE COURT:  Thank you.  You may be seated.

25          Please proceed.

1    MR. HUDOCK:  Thank you, Judge.

2    **DIRECT EXAMINATION**

3    BY MR. HUDOCK:

4    Q.  Good afternoon, Mr. Jones.  Could you please tell the jury

5    what you do for a living?

6    A.  I'm a detective with the City of Port St. Lucie Police

7    Department.

8    Q.  And specifically, what is your role with the Port St. Lucie

9    Police Department?

10   A.  I work in the technology crime section.  I have four areas

11   that I work in mostly, which are cellphone forensics, computer

12   forensics, child exploitation via the internet, and geolocation

13   of cellphones.

14   Q.  Do you have training and experience specifically in

15   reference to the analysis and collection of information from

16   cellphones?

17   A.  Yes, I do.

18   Q.  All right.  Within that particular field, are you trained

19   in different types of programs?

20   A.  Yes, I am.

21   Q.  Are you trained in the use of GrayKey?

22   A.  Correct, yes.

23   Q.  Are you trained in the use of a program called AXIOM?

24   A.  Yes.

25   Q.  All right.  And approximately, if you know, how many

1    cellphones have you analyzed?

2    A.  I've been analyzing cellphones for 11 years, approximate

3    would be well over a thousand.

4    Q.  Okay.  Now, in your regular course of work, what program do

5    you use to extract information from a cellphone?

6    A.  Right now, for iPhones, the program of choice is GrayKey.

7    It's made by a company called Grayshift.

8    Q.  Okay.  And what does GrayKey do?

9    A.  GrayKey has been able to take us where we couldn't go for

10   years before.  A locked iPhone is a locked iPhone, we could not

11   get into it.  GrayKey has the ability to bypass the lock on

12   most iPhones and extract data through the lock.

13   Q.  Okay.  How does it do that?

14   A.  There's two different types of locked iPhones.  When you

15   have a locked iPhone that's just restarted and the passcode has

16   not been put in, that's called before first unlock.  If the

17   data is heavily encrypted, GrayKey can't really pull that much

18   through that type of a -- it's called a state of the phone.

19          The second one is called after first unlock.  That

20   means you got up in the morning or during your day, you

21   unlocked your phone, you checked some stuff, and you locked it.

22   GrayKey considers all the data, top layer data, and it can

23   access it.

24   Q.  Okay.  And depending on whether a phone is before first

25   unlock or after first unlock, does it vary as to how much data

Tuesday, March 22, 2022.

1    you can get from the phone?

2    A.   Tremendously.

3    Q.   Okay.  Let's take a step back.

4         Apart from the different conditions or states of a

5    phone, can you explain to the jury what GrayKey, the item,

6    actually is, what is it?

7    A.   It's both a hardware and a software.  It comes -- GrayKey

8    comes installed on a little gray box that has two lightning

9    ports on it, one of which is used to remove what is called USB

10   restriction mode.  Apple put in a function and a software a

11   couple of updates ago, that if you don't put your passcode in,

12   it shuts your port off on your phone.  It's just a charging

13   port, it cannot be used for data.

14        The first thing GrayKey does on one of its lightning

15   ports is remove that function.  Then once that's removed, you

16   put it on the other lightning cable, and it has six steps it

17   goes through to access the data on the phone.

18   Q.   Can you tell us a little bit about those steps.

19   A.   It shows the process as it goes and the time out of it.

20   The actual propriety secrets of what GrayKey does is they're

21   not going to sit there tell you that.  Right now, they're the

22   only company in the world that can do what they do.

23   Q.   About how long does that unlocking and downloading process

24   take?

25   A.   Right now, on an IOS 15, one phone can take up to 24 hours.

Tuesday, March 22, 2022.

```
 1   Back then, probably you're looking four, six, maybe

 2   eight hours.  It depends on how much data is on a phone.

 3   Q.  Okay.  And once GrayKey can break into the phone and then

 4   extract the data from the phone, what format is that data in?

 5   A.  GrayKey pulls off what is called a zip file or archive to

 6   it.  It's a compressed zip file with all the data removed from

 7   the phone.

 8   Q.  Okay.  And are there different types of extractions that it

 9   performs?

10   A.  A BFU extraction, AFU extraction, and the third is when we

11   have the passcode, say it's a victim's phone and it's a

12   consent, that's called a paired or full file system.

13   Q.  And you just said two acronyms.  Let's explain to the jury

14   what those were, because I think you've already talked about

15   them.  So the BFU is?

16   A.  Before first unlock.

17   Q.  And AFU?

18   A.  After first unlock.

19   Q.  All right.  And once the phone is extracted and downloaded,

20   do you receive a report from the GrayKey program?

21   A.  Yes, it generates a PDF report.

22   Q.  And what's contained inside that report?

23   A.  It has a lot of different items.  It will tell you the

24   model; it will tell you unique identifier, such as Mac address,

25   UD ID, which is unique device ID; the phone number; it will
```

```
 1    tell you default emails.  It will also tell you if the phone
 2    has ever been backed up to a computer or to the cloud.
 3    Q.  Okay.  And once you have that zip file downloaded that you
 4    just talked about from GrayKey, how do you make sense of that
 5    file?
 6    A.  I download it, and I then decode it with AXIOM.  AXIOM and
 7    Grayshift have partnered together where the AXIOM program
 8    supports their proprietary file system that they pull off the
 9    phone.
10    Q.  And when AXIOM decodes that zip file, what kind of -- what
11    result do you get, what does it look like to you?
12    A.  It will populate, and it will break it down per sections in
13    the phone.  It will have communications with all your texts, it
14    will have social media, and it will have media of all your
15    photos, videos, images, operating system artifacts, location
16    artifacts.  It depends on what level of extraction you get.
17    Q.  Okay.  All of those categories that you just described in
18    the AXIOM report, are they listed?
19    A.  Yes.  They're categories on the left-hand side of the pane.
20    Q.  Can you click on them?
21    A.  Yes.
22    Q.  And can you generate reports from those categories or
23    information that you receive?
24    A.  Yes, you can.
25    Q.  Can you explain what the difference between an extraction,
```

Tuesday, March 22, 2022.

1  an AXIOM analysis of that extraction, and a report is?

2  A.  Okay.  So in forensics, we never want to examine the actual

3  source of your evidence.  You want to clone it or take an image

4  of it and examine that.  So GrayKey --

5  Q.  Hold on, let me stop you right there.

6       Why?

7  A.  Because you don't want to alter evidence.

8  Q.  Okay.

9  A.  So GrayKey -- you always want to make the minimus amount of

10  alterations or anything in it.  GrayKey extracts or clones

11  what's on the phone, pulls it off.  Once that clone is pulled

12  off, it's in a compressed zip file.  Then AXIOM decodes it, it

13  figures out the times, the dates, the messages, the artifacts,

14  the applications, the operating system.  And then once you have

15  that, you'll be able to go up in AXIOM, select what you want,

16  if you want everything or you want certain items, and it will

17  generate a report from that.

18  Q.  Okay.  And so just to dumb it down, AXIOM accesses all of

19  the different categories from the GrayKey download.

20  A.  Correct.

21  Q.  And then from that AXIOM access, it creates a report so you

22  can view each individual category.

23  A.  Correct.

24  Q.  All right.  Now, that we know how the machine basically

25  works, let's take a step back.

```
 1              When you receive a phone from evidence, tell the jury
 2     a little bit about your process.  What is the first thing that
 3     you do?
 4     A.  I photograph it.
 5     Q.  Why?
 6     A.  I always want to photograph everything I touch during a
 7     forensic examination.  It's a good process of evidence, and
 8     it's also for court purposes.
 9     Q.  Okay.  And then after you photograph the phone, what do you
10     do?
11     A.  I place it on the GrayKey machine.
12     Q.  Okay.  And after you place it on the GrayKey machine, what
13     happens?
14     A.  Once the extraction is done, I put it back in its evidence
15     packaging and I seal it back up.
16     Q.  Okay.  Do you save the extraction separately to a disk, a
17     thumb drive?
18     A.  The GrayKey machine has an external drive that all the
19     extractions go to, and it automatically writes to that.
20     Q.  And do you make a copy?
21     A.  Yes, I pull it down from there to my forensic machine.
22     Q.  Okay, all right.  Now, were you asked to examine a
23     cellphone as a part of this case?
24     A.  Yes, I was.
25              MR. HUDOCK:  May I approach, Your Honor?
```

Tuesday, March 22, 2022.

```
 1                 THE COURT:  Yes.

 2                 MR. HUDOCK:  Okay.  And if I need to, may I continue?

 3                 THE COURT:  Yes.

 4                 MR. HUDOCK:  Thank you.

 5      BY MR. HUDOCK:

 6      Q.  I'm showing you what's been previously admitted as

 7      Government's Exhibit 1.  It's an envelope here with some

 8      evidence tape at the top that's been opened.  If you could take

 9      a look at the envelope on both sides, as well as the phone that

10      is inside, and look up when you're finished.

11      A.  Yes.  That's my signature on the back of the evidence

12      packaging.

13      Q.  Okay.  Do you recognize that packaging and cellphone inside

14      of it?

15      A.  Yes.  It's actually photographed in my report.

16      Q.  Okay.  Is it the same phone that you extracted in relation

17      to this case?

18      A.  Yes, appears to be.

19      Q.  Okay.  And do you see any indications that that phone has

20      been altered in any way since your extraction?

21      A.  Not at this time.

22      Q.  Okay.  When you extracted the contents of that phone, did

23      you use the process that we just described to the jury?

24      A.  Yes, I did.

25      Q.  And that's the GrayKey process?
```

1   A.   Correct.

2   Q.   Followed by an AXIOM report generator.

3   A.   Correct.

4   Q.   Okay.  And do you remember the condition of that phone when

5   you conducted the GrayKey extraction process?

6   A.   It was in after first unlock mode.

7   Q.   And is that the mode that gives you more or less

8   information?

9   A.   It gives you more.

10  Q.   All right.  And after the report -- excuse me -- after the

11  GrayKey process was finished, did you generate a report using

12  AXIOM?

13  A.   Yes, I did.

14  Q.   Okay.

15          MR. HUDOCK:   I'm showing the Defense what's been

16  marked for identification purposes as Government's Exhibit 37.

17          (Government's Exhibit Number 37 marked for

18   identification)

19  BY MR. HUDOCK:

20  Q.   Mr. Jones, I'm showing you what's been marked for

21  identification purposes as Government's Exhibit 37.  It's a USB

22  thumb drive.  If you could take a look at the front and back of

23  that thumb drive and look up at me when you're finished.

24  A.   (Witness complied)

25  Q.   Do you recognize that thumb drive?

1    A.  Yes, I do.

2    Q.  How do you recognize it?

3    A.  I reviewed it prior.

4    Q.  Prior to?

5    A.  Trial.

6    Q.  Okay.  And how do you know it's the same thumb drive that

7    you reviewed?

8    A.  I initialed and put my badge number on it.

9    Q.  Okay.  And when you reviewed the contents of that thumb

10   drive, did it contain the GrayKey report that you created by

11   extracting the data from that telephone?

12   A.  Yes.

13   Q.  Did it also contain the AXIOM report that you created by

14   extracting the data from that telephone?

15   A.  Yes, it did.

16   Q.  Okay.

17          MR. HUDOCK:  At this time, Your Honor, the Government

18   moves Government's Exhibit 37 into evidence.

19          THE COURT:  Any objection?

20          MS. PITTAWAY:  Regarding the phone, no, Your Honor.

21   Regarding any of the report or the contents, objection subject

22   to DE 121, 127, and the previously raised 404.

23          THE COURT:  All right.  Government Exhibit 37 is

24   admitted over Defendant's stated objections.

25          (Government's Exhibit Number 37 admitted into

1   *evidence)*

2          MR. HUDOCK:  And, Your Honor, may we publish

3   Government's Exhibit 37?

4          THE COURT:  You may.

5          MR. HUDOCK:  All right.

6          *(Pause)*

7          MR. HUDOCK:  We're ready.  Thank you.

8          THE COURTROOM DEPUTY:  All right.

9   BY MR. HUDOCK:

10  Q.  Detective Jones, can you see Government's Exhibit 37, the

11  GrayKey progress report, on your screen?

12  A.  Yes, I can.

13  Q.  Okay.  And I'd like to go through some of the details of

14  that report with you, if you don't mind.

15          The GrayKey progress report, is that the one that

16  describes what happened during the extraction process?

17  A.  Yes, it does.

18  Q.  Any information referencing a device or a model, is that

19  referencing the phone that was extracted as part of the

20  process?

21  A.  Yes.

22  Q.  Okay.  So going through, if you look at the first tabled

23  line, device name, iPhone, software version 13.3.1, that would

24  be referencing that device.

25  A.  Correct.

```
 1   Q.  And if for some reason -- in line 3, it says iPhone 11 Pro
 2   Max, and then in brackets iPhone 12, 5, D431AP.  Can you
 3   explain to the jury which model it actually is and which one
 4   you look at to determine whether it matches the phone?
 5   A.  The actual model is the first one.  It's the iPhone 11 Pro
 6   Max.
 7   Q.  Okay.  What does the bracketed information refer to?
 8   A.  It's something GrayKey pulls off of the phone.  It's always
 9   one ahead of the model it's actually looking at.  It also looks
10   like that could be a model number behind it, the D431AP.  I
11   have to look that up.
12   Q.  But was the iPhone 11 Pro Max the correct model for the
13   phone that you extracted?
14   A.  Yes.
15   Q.  Okay.  Now, you previously mentioned a Mac address.  Do you
16   see any Mac addresses here on the GrayKey progress report?
17   A.  Yeah, there's a couple.  There's a wi-fi Mac address and a
18   bluetooth Mac address.
19   Q.  And are those unique to that particular phone?
20   A.  Yes.
21   Q.  What about the serial number in line 5?
22   A.  Yes.
23   Q.  Is that unique to that phone?
24   A.  Correct.
25   Q.  And finally, can you explain to the jury what an IMEI
```

1   number is and whether or not it is unique?

2   A.   IMEIs are very important.   They're used by phone carriers

3   and manufactures.   It's somewhat like a serial number for a

4   phone.   If we just have an IMEI, and we know it's on T-Mobile,

5   we can send a subpoena, and T-Mobile can tell us the phone

6   number that goes with it.   It's -- usually on iPhones, it's

7   inscribed on the SIM card tray.

8   Q.   Okay.   It also indicates here the lock state.   Is that

9   referencing the two different types of data removal you talked

10  about earlier?

11  A.   Correct.   That is after first unlock.

12  Q.   Okay.   And then it indicates at the bottom accounts.   Can

13  you tell the jury what you see there as far as accounts?

14  A.   It located a gmail account, ronellbryant100@gmail.com,

15  linked to the phone.

16  Q.   Okay.   If we scroll down, there's a heading that says event

17  log.   Can you explain to the jury what that is?

18  A.   These are the steps that GrayKey is going through to gain

19  access to the device.

20  Q.   Is that an automated process?

21  A.   Correct.

22  Q.   Do you have any intervention there?

23  A.   No.   The only time I interact is if I get an error code,

24  and sometimes we do on the iPhones, where I have to take them

25  off the machine and clear the data port out, because they get

1  dirt and substance in it.

2  Q.  Okay.  If you look halfway down the event log, you'll

3  notice an entry at 16:28 UTC.  It says, passcode brute force

4  complete, result, failure.

5  A.  Correct.

6  Q.  What does that mean?

7  A.  This model phone, I could not brute force the lock.  On

8  older iPhones, we can send a lot of numbers at it somewhat

9  fast, and we can unlock the device.  This model is not

10 supported.

11 Q.  So how did you get into this model if you couldn't brute

12 force the lock?

13 A.  It bypasses the lock.

14 Q.  How does it do that?

15 A.  Proprietary.  They will not tell us because Cellebrite and

16 everybody else would do the same.

17 Q.  Fair enough.

18        Based on this report, are you able to tell whether or

19 not the extraction was successful?

20 A.  Yes.

21 Q.  Okay.  And if you had had successive failure indications,

22 you would know that it's unsuccessful.

23 A.  If the phone can't get through the six steps to gain

24 access, it will error out, you'll get a red message that

25 there's an error, and it will fail.  That's when we take it

```
 1   off, take a look at the port, clean it, try a different cable.
 2   Q.  But that didn't happen here.
 3   A.  No, it did not.
 4   Q.  Okay.  And, again, this may be basic, but what is UTC?
 5   A.  Universal time code.
 6   Q.  Okay.  And the times listed next to UTC, are they local
 7   time or are they a different time code?
 8   A.  That's UTC.  At that time of year, it should be minus four.
 9   Q.  Okay.  So if the times are off, that could be why.
10   A.  Correct.  They're just not adjusted for our time zone,
11   that's all.
12   Q.  Okay.  And, finally, if you look at page 2, what does the
13   keychain summary indicate to you?
14   A.  All Apple products, Mac computers, Apple iPhones, all have
15   what is known as a keychain, It's a proprietary thing to Apple.
16   It is where all your passwords are stored, sometimes in plain
17   text, sometimes in really long alphanumeric hash values.
18   Sometimes we're lucky to unlock phones because there's
19   passwords used for other things, but GrayKey is able to pull
20   that keychain out, which when we examine the file system, we
21   upload the keychain to AXIOM, and it uses the keychain
22   sometimes to decode encrypted data on the phone.
23   Q.  Okay.  Now, before we get into your analysis of the GrayKey
24   report, I have some extra questions for you about deleted data
25   on iPhones.
```

1           Can you explain to the jury how deleted data is used

2   on an iPhone?

3   A.   Right now, Apple's iPhones employ something called

4   file-based encryption.  That means every single file via video,

5   picture, an application has its own decryption key.  When you

6   go to delete those files, you really don't delete the file, you

7   delete the key that reads the file.  So the deleted photos on

8   an iPhone, just -- it's a math problem that really can't be

9   solved.

10   Q.   Okay.

11   A.   Because the key is not there to decode the data.

12   Q    And so if something were deleted, would it be possible for

13   the GrayKey system to recover that information?

14   A.   It doesn't even try because it knows it can't.

15   Q.   Okay.

16   A.   Now, text messages and other things are not treated as

17   files.  They are treated as database entries, which are

18   different.  They don't have their own key.

19   Q.   Okay.  And the report that you generate from the GrayKey

20   extraction would have the same limitations as the GrayKey

21   extraction itself.

22   A.   Correct.  It's just going through the data that GrayKey

23   extracted from the phone.

24   Q.   All right.  Turning your attention to the other report on

25   Government's Exhibit 37, give it one second.

```
 1              Do you recognize this report?

 2   A.   Yes, I do.

 3   Q.   Sorry, my computer is slow here.  Just give it one second

 4   to zoom out.

 5              What type of report is this?

 6   A.   It's a PDF report.

 7   Q.   Okay.  Is this a GrayKey report or an AXIOM report?

 8   A.   It's an AXIOM report.

 9   Q.   Okay.  And so this is a report that interprets the data

10   from the GrayKey download.

11   A.   Correct.

12   Q.   If we scroll through from pages 1 and 2 and 3, it provides

13   overviews, correct?

14   A.   Correct.

15   Q.   What is described on page 4 of the report?

16   A.   It's looking at the two items being loaded in to be

17   decoded.  One is -- they call it a partial zip file, and the

18   other one is the keychain file.

19   Q.   Okay.  And it says evidence number, physical drive, Samsung

20   SSD.  That's not referring to the phone, right?

21   A.   No.  That's physically where the keychain file is.  The

22   keychain file is a little text document, but it's stored on

23   that drive.

24   Q.   And that was the drive that you were referring to

25   originally, right, that's part of the GrayKey program?
```

```
 1    A.   That's actually my internal forensic machine drive when I
 2    downloaded to it.
 3    Q.   So there's a difference between the two.
 4    A.   Yes.
 5    Q.   And as you testified before, that's to protect the
 6    original.
 7    A.   Correct.
 8    Q.   Now, if I zoom in here, do you recognize that photograph?
 9    A.   Yes.
10    Q.   What does it depict?
11    A.   This right here (indicating)  is the evidence packaging.
12    Q.   Just for record purposes, when you say this right here,
13    you're holding up Government's Exhibit 1.
14    A.   Correct.
15    Q.   Okay.  And why do you take a picture of the outside of the
16    packaging?
17    A.   I think it's important to show chain of custody and the
18    case number, all the identifiers on it.
19    Q.   Okay.  Scrolling down to the other picture, do you
20    recognize the second picture?
21    A.   Yes.  That's the screen of the phone.
22    Q.   And why do you take a picture of the phone itself?
23    A.   Sometimes on a screen, there could be something very
24    personable (sic) on it that can help to ID it, different items
25    and such like that; and again, for court purposes.
```

Tuesday, March 22, 2022.

```
 1    Q.   Does it match the general appearance of the phone in

 2    Government's Exhibit 1?

 3    A.   Without restarting it, the case looks very similar.

 4    Q.   Please don't turn it on, just the physical appearance.

 5    A.   Yes, the case looks similar.

 6    Q.   Okay.  Now, turning your attention to page 6 of the report,

 7    when you conducted the extraction report analysis in AXIOM, did

 8    you pull any photos off of the original extraction?

 9    A.   Yes, I did.

10    Q.   And can you explain to the jury whether or not photos

11    contain more or less information than just the picture itself?

12    A.   It depends on the operating system of the phone, how it's

13    set up.  IPhones have the ability to import other data to a

14    photo when it's taken, metadata, XF data, you can put in -- it

15    will grab the camera, the altitude, the lat/long, the model

16    number.

17    Q.   Okay.  And so in this report, on page 6, you have a number

18    of different records indicating that they are of a picture

19    type.  Is this the metadata or XF data that you're referring

20    to?

21    A.   Correct.

22    Q.   Okay.  And so here we have record one, picture.  We have a

23    date and time, that it's created of May 17th, 2020, and do you

24    know if that is UTC or local time?

25    A.   That's local time.
```

Tuesday, March 22, 2022.

1  Q.  Why is the difference between UTC versus local time?

2  A.  If it was UTC, it would be reflected there.

3  Q.  Okay.  And is that a process that's conducted when AXIOM

4  analyzes the download of the phone?

5  A.  Correct.

6  Q.  Okay.  Same question for record number 2., it has that it's

7  a picture and that it was created on June 12th, 2020.  Again,

8  is that local time and date?

9  A.  Correct.

10  Q.  Same question as to record three, June 21st, 2020 at

11  7:13 p.m.  Again, local time?

12  A.  Correct.  I would like to add on to that, too, Counselor.

13  Q.  Please.

14  A.  If you go back up, Apple has a recycle bin for photos.  It

15  stores for 30 days.  So when you see deleted -- it says

16  recently deleted, that means it's in the recycle bin.  It's

17  still on the phone, the decryption key has not been deleted.

18  Q.  Okay.  And record four, same question, June 21st, 2020, is

19  that the local time?

20  A.  Correct.

21  Q.  Okay.  Now, we get to page 8 of your report.  Is this one

22  of the photos that you removed from the Defendant's phone?

23           THE COURT:  One moment.

24           Ladies and gentlemen, you're going to see some

25  photographs of acts allegedly done by the Defendant on other

Tuesday, March 22, 2022.

```
 1    occasions that may be similar to acts with which the Defendant

 2    is currently charged.  You must not consider any of this

 3    evidence to decide whether the Defendant engaged in the

 4    activity alleged in the indictment.

 5              This evidence is admitted and may be considered by

 6    you for the limited purpose of assisting you in determining

 7    whether the Defendant had the state of mind or intent necessary

 8    to commit the crime charged in the indictment.

 9              Please proceed.

10              MR. HUDOCK:  Thank you, Your Honor.

11    BY MR. HUDOCK:

12    Q.  All right.  So turning to page 8 of the report, record one,

13    does record one on page 8 refer to the same metadata of record

14    one on page 6?

15    A.  Yes, that's correct.

16    Q.  All right.  And is it also listed below?

17    A.  Yes, it is.

18    Q.  Okay.  On page 9, is that a continuation of the metadata

19    for record number 1?

20    A.  Yes, it is.

21    Q.  And does it indicate which camera was used to take the

22    picture for record number 1?

23    A.  It says the lens model was an I Pro Max (sic) back dual

24    camera 6-millimeter f/2.

25    Q.  So the back camera would be -- if you could hold it up for
```

1    the jury and point out which one the back camera would be.

2    A.  This one back here *(indicating)*.

3    Q.  Is that the back or is --

4    A.  It should be the front.  That's my --

5    Q.  It says here dual back camera, so which one would that be?

6    A.  I would think that would be the back, I've never really

7    looked at it.

8    Q.  Do you know?  If you don't know, that's okay.

9    A.  No, I do not.  That's just my opinion.

10   Q.  All right.  And looking to record two, would this match up

11   to the metadata that was found on pages 6 and 7?

12   A.  Yes.

13   Q.  Same question about the continuation on page 11, is that a

14   continuation of record two?

15   A.  Yes.

16   Q.  And record three, which is on pages 11 and 12, would that

17   also match up to the metadata of record three on pages 6, 7,

18   and 8?

19   A.  Yes.

20   Q.  Finally, record four on pages 13 and 14, would this have

21   the same metadata as the description on pages 6, 7, and 8?

22   A.  Yes.

23   Q.  Okay.

24           MR. HUDOCK:  If I may have one moment, Your Honor.

25           *(Pause)*

Tuesday, March 22, 2022.

1          MR. HUDOCK:  Okay.  Nothing further at this time.

2          THE COURT:  Thank you.

3          MR. HUDOCK:  If I may, should I leave this up for

4    Counsel or --

5          THE COURT:  Ms. Pittaway, are you going to make use

6    of the report?

7          MS. PITTAWAY:  No, Your Honor.  No questions.

8          THE COURT:  Oh, no questions?

9          MS. PITTAWAY:  No, ma'am.

10          THE COURT:  Okay.  Thank you.

11          All right.  Thank you very much, sir.  You may be

12    excused.

13          THE WITNESS:  Thank you, ma'am.

14          *(Witness excused)*

15          THE COURT:  Government, please call your next

16    witness.

17          MR. FUNK:  Your Honor, the Government calls Special

18    Agent Seth Christy.

19          THE COURT:  Thank you.

20          *(Pause)*

21          THE COURTROOM DEPUTY:  Please raise your right hand.

22          *(SETH CHRISTY, GOVERNMENT'S WITNESS, WAS SWORN)*

23          THE COURTROOM DEPUTY:  Please state your name and

24    spell your last name.

25          THE WITNESS:  Special Agent Seth Christy,

```
 1   C-H-R-I-S-T-Y.

 2              THE COURTROOM DEPUTY:  Thank you.

 3                    DIRECT EXAMINATION

 4   BY MR. FUNK:

 5   Q.  Where do you work?

 6   A.  I work for the Bureau of Alcohol, Tobacco, Firearms and

 7   Explosives, better known as the ATF.

 8   Q.  What are your general responsibilities and duties with the

 9   bureau?

10   A.  I'm a criminal investigator, special agent.  I investigate

11   most aspects of violent crime, particularly firearms crimes,

12   arsons, and anything to do with explosives.

13   Q.  How long have you worked for ATF?

14   A.  Approximately six years.

15   Q.  Before that, did you have other law enforcement experience?

16   A.  Yes.  Prior to my employment with ATF, I was a special

17   agent with the State of Florida Division of Alcoholic,

18   Beverages and Tobacco, or ABT, where I also conducted

19   undercover operations and investigated cigarette trafficking.

20   Q.  And were you involved in the investigation into the

21   activities of Ronell Bryant?

22   A.  Yes.

23   Q.  As a part of your investigation, did you review different

24   images that were provided to you from the cellphone of

25   Mr. Bryant?
```

1    A.   Yes, I did.

2    Q.   Who provided you those images or in what format were they

3    provided?

4    A.   Some of the images, I took screenshots of; other images

5    were provided by Detective Jim Jones.

6    Q.   And was that off of a report that was provided to you in

7    the manner in which he just described?

8    A.   That is correct, yes.

9    Q.   When looking in there, what locations of the phone did you

10   go into in order to determine if there were any images in there

11   that were of evidentiary value?

12   A.   So some of the categories that Detective Jones was talking

13   about, they're actually labeled pictures, others are photos and

14   multimedia messages.

15   Q.   Did you take some images off Instagram?

16   A.   Yes, I did.

17   Q.   How did you go about taking those -- or preserving those

18   images?

19   A.   Mr. Bryant's Instagram account was open to the public, so

20   you didn't need to have been accepted, so -- to follow him or

21   anything like that, so it's open.  If you have an Instagram

22   account, you could just view pretty much every post that he

23   had, so I went on there with my personal phone and took

24   screenshots.

25   Q.   And earlier today, did you have an opportunity to review

1   those images?

2   A.  Yes, I have.

3   Q.  When you reviewed the images, did they appear from a flash

4   drive?

5   A.  Yes.

6   Q.  What did you do to memorialize that the flash drive was the

7   same one that you reviewed?

8   A.  I initialed the back of the flash drive.

9   Q.  I'm going to show you Government's Exhibit Number 38.  Do

10  you recognize what that is?

11           *(Government's Exhibit Number 38 marked for*

12   *identification)*

13           THE COURT:  Can you have a microphone, please.

14  A.  This is the flash drive that I signed earlier.

15           MR. FUNK:  Your Honor, at this time, I'll move into

16  evidence what's been marked as Government's Exhibit 38.

17           THE COURT:  May I see the parties at sidebar, please?

18           *(Sidebar discussion on the record)*

19           THE COURT:  I just want to make sure that this 38

20  contains only the images that we discussed earlier today.

21           MR. FUNK:  On the Dropbox video that appears in there

22  is image C, and the remainder of the images, to the extent that

23  they contain any sort of hand sign, has been pixilated.

24           MR. PATANZO:  *(Inaudible)*

25           MR. FUNK:  Correct.

Tuesday, March 22, 2022.

```
 1              MR. PATANZO:  So they're the --

 2              THE COURT:  Mr. -- please.

 3              MR. PATANZO:  I'm sorry, Judge.

 4         So it's the one Dropbox photo C, and then the same

 5    404(b), not these two, but the one where --

 6              MR. FUNK:  Right.  Where -- yes.

 7              MR. PATANZO:  Okay.  Do you want our objections?

 8              THE COURT:  So just to be clear, this is an exhibit

 9    containing photographs of the Defendant possessing what appears

10    to be the FN Five-seveN firearm without any depictions of other

11    firearms?

12              MR. FUNK:  Correct.

13              THE COURT:  Okay.  All right.  Any objection to

14    admission of Government's 38 as described?

15              MR. PATANZO:  All the previous objections to previous

16    rulings, and I don't have your order for the 404(b).

17              THE COURT:  There's no separate written order.

18              MR. PATANZO:  Okay.  So we would just rely --

19              THE COURT:  Just state it right now on the record.

20              MR. PATANZO:  -- on our previous objections to the

21    404(b) evidence and to the docket entry 121.

22              THE COURT:  Okay.  All right.  Your objection --

23              MS. PITTAWAY:  I'm sorry.  The motion in limine, I

24    just want to throw that in there.  I don't have the DE in front

25    of me, but the motion in limine --
```

```
 1              THE COURT:  Okay.  So we need to be specific.  So
 2   different orders have different things.  Just referencing
 3   docket entries, apart from the motion to suppress, which was
 4   fairly precise, you need to state right now, what are your
 5   objections to admission of 38 as described?
 6              MR. PATANZO:  Taking from the --
 7              THE COURT:  Just state them verbally now.
 8              MR. PATANZO:  We're objecting to your rulings on the
 9   404(b) --
10              THE COURT:  Okay.
11              MR. PATANZO:  -- the motion to suppress, the motion
12   in limine, and that's it.
13              THE COURT:  What aspect of the motion in limine
14   concerns the images?
15              MR. PATANZO:  I don't have it.
16              THE COURT:  Because that motion concerned other
17   firearms, and those have been removed.
18              MS. PITTAWAY:  (Inaudible)
19              THE COURT REPORTER:  I can't hear her.
20              THE COURT:  That's the issue.  I don't want to just
21   be throwing around docket entries unless we're specific with
22   what the objection is.
23              The 404(b) objection with respect to photographs
24   containing the FN Five-seveN 5.7 is overruled, because the
25   Court finds that the requirements of Rule 404(b) have been
```

Tuesday, March 22, 2022.

1    satisfied with respect to the images, and the Court has taken

2    steps to remove any images depicting any other firearms, and

3    has issued a limiting instruction.  So apart from that and the

4    motion to suppress, are there any other objections you have to

5    the photographs that I've just described?

6            MR. PATANZO:  Other than what we've already stated,

7    no.

8            THE COURT:  I don't know what you mean by other than

9    what we've already stated.

10           MR. PATANZO:  Well, first of all, you didn't mention

11   anything about the cumulative nature of what they're doing.

12   They put in 14 photographs of the firearm.

13           THE COURT:  All right.  Thank you for the reminder.

14           So -- don't interrupt.  Don't interrupt.

15           MR. PATANZO:  I was trying to state my objection.

16           THE COURT:  Thank you.

17           So I've also conducted a Rule 403 balancing, and for

18   that purpose had removed the additional images with those extra

19   redactions, which I found to be problematic.  So as it stands

20   right now, the scope of images is much narrower than initially

21   proposed by the Government, and the Court feels that Rule 403

22   is amply satisfied.

23           Please continue.

24           MR. PATANZO:  I'm just saying that there's 14

25   photographs of 404(b) evidence coming in, and two of the

1    firearms that were actually the subject of this indictment, so

2    the cumulative nature of it is still part of our objection.

3              THE COURT:  Understood.  Thank you.  And your

4    objection is overruled.

5              Let's proceed.

6              *(End of sidebar discussion)*

7              THE COURT:  All right.  Government's Exhibit 38 is

8    admitted over Defendant's objections.

9              *(Government's Exhibit Number 38 admitted into*

10    *evidence)*

11             MR. FUNK:  And if I could, please, just take one last

12    view before we publish.

13             THE COURT:  Sure.

14             *(Pause)*

15             MR. FUNK:  Judge, may we approach for a moment?

16             THE COURT:  All right.  Ladies and gentlemen, I don't

17    want to keep you waiting, so we're going to take a break now so

18    you can use the facilities.

19             All rise for the jury.

20             *(The jury exited the courtroom)*

21             THE COURT:  Please be seated.

22             MR. FUNK:  Judge, I'm sorry, when I was editing --

23             THE COURT:  Please, microphone.

24             MR. FUNK:  I'm sorry, Judge.

25             THE COURT:  Thank you.

1          MR. FUNK:  I appreciate the opportunity to

2     doublecheck.  There was apparently a mistake when we were

3     compiling --

4          THE COURT:  Just --

5          MR. FUNK:  Let me do this.

6          I appreciate the opportunity to doublecheck.  It

7     appears that the Dropbox video, what was inserted into the jump

8     drive is not the redacted version.  I apologize to the Court,

9     but to avoid any problems, if I could please have a moment to

10    recess and make sure that I get the right image in there.

11         THE COURT:  I mean, is there a reason why we can't

12    just use paper colored copies of these photographs to avoid the

13    risk of possibly clicking on a digital file that exceeds the

14    Court's ruling?

15         MR. FUNK:  Because you're able to -- it's high

16    pixilation, and from my expert, we can open it up to make it

17    larger.

18         THE COURT:  Okay.  Then can you make separate files

19    that are accessible with -- just one by one, so there's no risk

20    of scrolling through a larger document that may contain other

21    images besides the ones allowed by the Court?

22         MR. FUNK:  They are separate images within the jump

23    drive.  But unfortunately, one of those images that I'm looking

24    at, the Dropbox video that you allowed to be admitted, this one

25    is not the redacted version.  I apologize that I didn't get

```
 1   that right, but I would like an opportunity to replace that

 2   image with the one that's redacted.  So I'm sorry, Judge.

 3             THE COURT:  All right, that's fine.  We'll give

 4   you -- how long do you think you need to do this?

 5             MR. FUNK:  It may take ten to 15 minutes at most.

 6             THE COURT:  Okay.  It's 3:25.  Please do this as fast

 7   as you can.

 8             MR. FUNK:  I will.  Thank you, your Honor.

 9             THE COURT:  The Court is in recess.

10             THE COURTROOM DEPUTY:  All rise.

11             (Recess taken at 3:25 p.m. until 3:44 p.m.)

12             THE COURTROOM DEPUTY:  All rise.

13             Court is back in session.

14             THE COURT:  You may be seated.

15             Are all the images prepared?

16             MR. FUNK:  I've gone through them multiple times, I

17   appreciate your patience.  They are prepared, thank you, Your

18   Honor.

19             THE COURT:  Okay.  Thank you.

20             All right.  And I just want to make sure I know the

21   total number of the images you're going to be going through

22   with Agent Christy.

23             MR. FUNK:  It will be one, two -- ten.  And I should

24   add that four of those are from Jim Jones' report, so those

25   have been shown already.
```

Tuesday, March 22, 2022.

```
 1                THE COURT:  Okay.

 2                MR. FUNK:  I put them into the same document so that

 3      when I have the expert come testify, we only need to work out

 4      of one file.

 5                THE COURT:  So at the end of the day, there will be a

 6      total of ten 404(b) images, is that correct, Mr. Funk?

 7                MR. FUNK:  That's correct.

 8                THE COURT:  And you started with 19, I think it is,

 9      when we had our initial discussion about this topic on

10      January 11th.

11                MR. FUNK:  I believe so.  If not the exact number, it

12      was around that many.

13                THE COURT:  Okay.  All right.

14                And the time period when these photographs were

15      either created or posted is what again?  I remember April

16      through July 9th of 2020.

17                MR. FUNK:  It's after the date of the purchase of the

18      firearm that's represented in the receipt that's in the case.

19                THE COURT:  Okay.

20                MR. FUNK:  Between that date and July 9th.

21                THE COURT:  All right.  Thank you very much.

22                Let's call in the jurors.

23                MR. PATANZO:  Judge, before you do that, I have one

24      objection.

25                THE COURT:  Sure.
```

Tuesday, March 22, 2022.

1          MR. PATANZO:  Understanding that the witness is going

2     to go through ten different photographs, we would object to

3     him -- if he's going to start giving an opinion that the

4     firearm in the photograph is a real firearm or consistent with

5     a real firearm, he wasn't noticed as an expert.  There's been

6     no testimony that -- in all our previous pretrial discussions,

7     it has never been noticed that Agent Christy was going to give

8     some kind of opinion that the firearm in the 404(b) evidence is

9     a real firearm or consistent therewith.  That's never been

10    noticed.

11         THE COURT:  Any response?

12         MR. FUNK:  Judge, I only intend to have him testify

13    as to where the images came from, and not whether or not

14    there's a firearm or a particular type of firearm, or if it's

15    real within the image.

16         THE COURT:  All right.  Any objection still

17    remaining?

18         MR. PATANZO:  If that's all he's going to testify to,

19    no.

20         THE COURT:  All right.  Let's proceed.

21         Let's call in the jury.

22         THE COURTROOM DEPUTY:  All rise for the jury.

23         *(The jury entered the courtroom)*

24         THE COURT:  You may be seated.

25         Ladies and gentlemen, thank you very much for your

1  continued patience.  We are going to continue now.

2          MR. FUNK:  All right.  Thank you, Your Honor.

3  BY MR. FUNK:

4  Q.  I'm going to show you now what's a subexhibit, 38C.

5          MR. FUNK:  If we can publish.

6          Can the jurors see the image?  Okay.  Thank you.

7  BY MR. FUNK:

8  Q.  Agent Christy, do you know where -- do you recognize what

9  this image is?

10 A.  Yes.

11 Q.  And do you know where this image came from?

12 A.  Yes.  This came from the forensic report that was provided

13 by Detective Jim Jones.

14 Q.  When you did the search through the forensic report, was

15 there an indication or any facts to support the date at which

16 this might have been created?

17 A.  Yes.

18 Q.  What was that?

19 A.  I believe it was the day before the Defendant was arrested.

20 Q.  Was there a text message with another -- did someone

21 from -- did someone have a conversation with Mr. Bryant the day

22 before and supply this image as part of that conversation?

23          MR. PATANZO:  Objection, hearsay.

24          THE COURT:  Overruled.

25 A.  Yes.  There was a text message that came from an associate

Tuesday, March 22, 2022.

1    one day prior to the Defendant being arrested for the

2    violation.

3              MR. FUNK:  And I'll just -- for the record, I'll just

4    quickly scroll.

5    BY MR. FUNK:

6    Q.  And what does it appear that they're doing -- well, let me

7    ask it this way.  There's a person with a white shirt in the

8    image, do you know what they're holding?

9    A.  It appears to be some kind of video camera.

10   Q.  I'll show you Exhibit 38F.  Now, this is the HEIC image, do

11   you know where this came from?

12   A.  This image also came from the report that was provided by

13   Detective Jim Jones.

14   Q.  Do you see a belt that's in the image that the Defendant's

15   wearing?

16   A.  Yes, I do.

17   Q.  How would you describe the belt?

18   A.  It's a black studded belt with a large buckle, it appears

19   to be similar or if not the same one that was recovered from

20   the back of the vehicle the day the Defendant was arrested.

21   Q.  Let me show you Exhibit 38G.  Do you know where that image

22   came from?  It's an HEIC image.

23   A.  Yes.  This image also came from the report provided by

24   Detective Jim Jones.

25   Q.  Do you also see the belt within that image?

```
 1    A.  Yes, I do.

 2    Q.  I'm showing you 38H.  Do you recognize what that is?

 3    A.  Yes.  This is a redacted screenshot of the Defendant's

 4    Instagram account.

 5    Q.  How did you find and preserve that image?

 6    A.  As I previously stated, the Defendant had an open Instagram

 7    account, that if you have an Instagram account, you can just

 8    basically go on there and take a look at his photographs.

 9    Q.  What's the date that's at the bottom of the screenshot of

10    the Instagram account?

11    A.  June 21st, 2020.

12    Q.  And is he wearing the same clothing and the same belt as

13    the last two images?

14    A.  It appears to be the same, yes.

15    Q.  I'm showing you Exhibit 38I.  Do you know where that image

16    came from?

17    A.  This image was also in a report that was provided by

18    Detective Jim Jones; however, I saved it in a different format.

19    Q.  Does it have less clarity than the HEIC image that was

20    taken from -- or that was found in Jim Jones' report?

21    A.  Yes.

22    Q.  I'm showing you 38J, is that an image of the Defendant?

23    A.  Yes, it is.

24    Q.  Is he wearing the studded belt in that image?

25    A.  Yes.
```

1   Q.  Here's another image of him reclining in a car, it's an

2   HEIC image.  Where did that come from?

3   A.  This image came directly from the report that was provided

4   by Detective Jim Jones.

5   Q.  Showing you 38L, what does that depict?

6          Let me ask a different question.  Where did that

7   image come from?

8   A.  The original image came from the report that was provided

9   by Detective Jim Jones; however, this was saved in a different

10  format so I could utilize it in a report.

11  Q.  I'm showing you Exhibit 38M, do you know where this image

12  came from?

13  A.  The original photograph came from the report that was

14  provided by Detective Jim Jones.  This was -- also came from

15  the phone.

16  Q.  Did you save this image?  It has a lesser pixilation.

17  A.  Yes, I saved this in a jpeg format.

18  Q.  I'm showing you 38N.  What is that image?

19  A.  This is another screenshot.

20  Q.  Yeah.  Where did it come from, let me ask it that way.

21  A.  This is an image from the Defendant's Instagram.

22  Q.  What's the date that's on the Instagram?

23  A.  June 21st.

24          MR. FUNK:  Judge, just to make the record clear, I

25  moved into evidence Exhibit 38, and so it's clear that each one

```
1   of the different -- and so it's clear, I move to admit each one

2   of the subexhibits that are by letter that we just reviewed.

3              THE COURT:  So let's -- just starting C, it would be

4   C.

5              MR. FUNK:  F, G.

6              THE COURT:  F, E?

7              MR. FUNK:  I'm sorry.  Let me start again, please.

8   C, F as in Frank, G, as in Gary, H as in Harold, I -- sorry, I

9   can't think of a name with an I -- J, K, L, M, N.

10             (Government's Exhibit Numbers 38C, 38F, 38G, 38H,

11    38I, 38J, 38K, 38L, 38M, and 38N marked for identification)

12             THE COURT:  Okay.  Thank you.

13             MR. FUNK:  Thank you.

14             THE COURT:  Those exhibits have been admitted with

15   the designations previously stated.

16             (Government's Exhibit Numbers 38C, 38F, 38G, 38H,

17    38I, 38J, 38K, 38L, 38M, and 38N admitted into evidence)

18             THE COURT:  All right.

19             MR. FUNK:  Thank you.

20             Your Honor, that's all the questions I have.

21             THE COURT:  All right.  Thank you.

22             Any cross-examination?
```

23                        **CROSS-EXAMINATION**

```
24   BY MR. PATANZO:

25   Q.  Agent Christy, good afternoon.
```

Tuesday, March 22, 2022.

```
 1   A.  Good afternoon, sir.

 2   Q.  As you told the prosecutor a few moments ago, you're the

 3   case agent in this case, right?

 4   A.  Yes, sir, that's correct.

 5   Q.  So you're the kind of receptacle all of the information

 6   pursuant to the investigation, correct?

 7   A.  Yes, you could say that, yes.

 8   Q.  Prior to going to the Avenue K address on July 9th, you

 9   looked into the Defendant's driving record, you pulled a DAVID

10   history on Mr. Bryant, correct?

11   A.  Yes, that's correct.

12   Q.  And in that DAVID history, it listed his address, which was

13   consistent with the driver's license that you guys recovered on

14   July 9th, correct?

15   A.  Yes, as I recall, yes.

16   Q.  Okay.  Mr. Bryant did not have any house keys on him when

17   he was arrested, correct?

18          MR. FUNK:  Objection, Your Honor.  Outside the scope

19   of direct.

20          THE COURT:  Sustained.

21   BY MR. PATANZO:

22   Q.  Pursuant to your investigation, the weapon -- the firearm

23   in this case, there's a Form 4473, that's an ATF form, correct?

24   A.  Yes, sir.

25   Q.  And that gets filed -- does that get filed after someone
```

Tuesday, March 22, 2022.

1    purchases a firearm?

2    A.  Yes.

3    Q.  Okay.  And Mr. Knight, Ernest Knight, had filed that

4    document, correct?

5              MR. FUNK:  Objection, Your Honor.  Outside the scope

6    of direct.

7              THE COURT:  Sustained.

8              MR. PATANZO:  That's the only questions I have.

9    Thank you.

10             THE COURT:  All right.  Any redirect?

11             MR. FUNK:  No, Your Honor.  Thank you.

12             THE COURT:  All right.  Thank you, Agent.  You may be

13   excused to return to counsel table.

14             THE WITNESS:  Thank you, Judge.

15             *(Witness excused)*

16             THE COURT:  Is your next witness available?

17             MR. HUDOCK:  He is, Your Honor.

18             THE COURT:  All right.  Please call your next

19   witness.

20             MR. HUDOCK:  Your Honor, the Government calls Wayne

21   Walker to the stand.

22             *(Pause)*

23             THE COURT:  Good afternoon, sir.  Please walk over

24   here to the witness stand and remain standing to be sworn in.

25   Also, please remove your mask.

```
 1              THE COURTROOM DEPUTY:  Raise your right hand.
 2          (WAYNE WALKER, GOVERNMENT'S WITNESS, WAS SWORN)
 3              THE COURTROOM DEPUTY:  Please state your name and
 4   spell your last name, please.
 5              THE WITNESS:  Wayne Walker.  My last name is spelled
 6   W-A-L-K-E-R.
 7              THE COURTROOM DEPUTY:  Thank you.
 8              THE COURT:  You may proceed.
 9              MR. HUDOCK:  Thank you, Your Honor.
10                        DIRECT EXAMINATION
11   BY MR. HUDOCK:
12   Q.  Good afternoon, sir.
13   A.  Good afternoon.
14   Q.  Would you please tell the ladies and gentlemen of the jury
15   where you work?
16   A.  I work at the Indian River crime lab.
17   Q.  All right.  What do you do for the Indian River crime lab?
18   A.  I'm a criminalist in the biology/DNA section.
19   Q.  And what training and experience have you received to be
20   able to do your job as a criminalist?
21   A.  I have a bachelor of science degree from the University of
22   Central Florida in forensic biochemistry, along with minors in
23   chemistry and micromolecular biology.  And then from the
24   University of South Florida, I have a masters of science degree
25   in medical science with a concentration in health science.
```

1           I started my career in forensics at the Florida

2    Department of Law Enforcement at the Orlando Regional

3    Operations Center.  I started as a forensic technologist, which

4    is an entry level science position in the DNA section.  I was

5    then promoted to a crime laboratory analyst in the DNA section,

6    at which point I did about an 18 month training program that

7    was divided into two phases.

8           The first phase dealt with readings and practice

9    samples, along with doing the math and statistics used in DNA

10   testing.  At the completion of that, the second phase was doing

11   supervised case work, so I actually worked on cases under the

12   supervision of an RA trained analyst.  And then I was a crime

13   laboratory analyst for about four years after leaving -- I mean

14   before coming to the Indian River crime lab, at which time I

15   went through about a six month training program.

16          Both labs basically do the same thing, just the

17   paperwork and some of the instruments are different, so that's

18   why that training was only six months long.  And I've been with

19   Indian River crime lab for about seven years now.

20   Q.  Okay.  You mentioned the forensic biology section when you

21   initially described where you work.  What does the forensic

22   biology section do?

23   A.  We examine items of evidence for biological material, such

24   as blood, semen or saliva.  We will then try to develop a DNA

25   profile from unknown evidence, and if I do develop a DNA

1    profile, I'll compare it to any known standards that I have.

2    And if there's a match, I'll determine how common or rare that

3    unknown profile is.

4    Q.  Okay.  You also mentioned, as part of your job, you conduct

5    forensic DNA analysis.  Do you have any specialized training

6    specifically as it relates to forensic DNA analysis?

7    A.  For my undergraduate degree, it was specific for forensic

8    science, it was a forensic biochemistry degree.  And then both

9    at FDLE and at the Indian River crime lab, I did specific

10   forensics science, forensic DNA training.

11   Q.  Are you part of any professional organizations as it

12   relates to your job as a forensic DNA analyst?

13   A.  No, I'm not.

14   Q.  Are you part of any professional organizations as it

15   relates to DNA analysis in general?

16   A.  No, I'm not.

17   Q.  Okay.  However, are there any certifications or meetings or

18   conferences that you've attended in that field?

19   A.  Every year I attend a conference for continuing education.

20   We're required to have at least eight hours of continuing

21   education each year.

22   Q.  Okay.  And have you ever presented or lectured at any of

23   those?

24   A.  Never at a conference, no.

25   Q.  Okay.  Have you ever provided any types of additional

```
 1    information to people in your field?

 2    A.  I've done trainings at law enforcement agencies, where I'll

 3    go to the law enforcement agencies and do a training on exactly

 4    what the lab does, what we need and what services we can

 5    provide.  And then also at the University of Central Florida, I

 6    presented during the Intro to Forensics Science class to teach

 7    the students about forensic DNA.

 8    Q.  Okay.  Now, as part of your job as a forensic DNA analyst,

 9    does it require the use or interpretation of statistics?

10    A.  Yes, it does.

11    Q.  Okay.  And have you received any training in that use or

12    interpretation of statistics?

13    A.  Yes, I have.

14    Q.  Okay.  Can you explain briefly what that entails.

15    A.  For my -- both my undergraduate and my master degree, I

16    took statistics courses.  And then at the Indian River crime

17    lab and at FDLE, part of my training was statistics as it

18    pertains to forensic DNA analysis.  And at least two

19    conferences, I've gone to specific trainings for the type of

20    statistics used in the forensic DNA field.

21    Q.  Okay.  And collectively during your experience, whether it

22    be at FDLE, Indian River, or any of the other places that

23    you've previously worked, approximately how many times have you

24    conducted forensic DNA analysis?

25    A.  I've probably worked about four to 5,000 samples.
```

Tuesday, March 22, 2022.

```
 1    Q.   Okay.  And during that time and currently, is your

 2    proficiency tested with respect to your ability to accurately

 3    analyze DNA profiles?

 4    A.   Yes, I go through two proficiency tests a year.

 5    Q.   Can you explain to the jurors how that works.

 6    A.   A proficiency test is a test that comes from an outside

 7    organization, they know what the answer is.  I treat that test

 8    exactly how I do normal casework.  I'll do all the testing,

 9    I'll give my results, and then that test is sent -- the results

10    that I get are sent to that organization, and they determine

11    whether or not I got the true answer.

12    Q.   Does that testing involve the use of a statistical database

13    and does it involve the use of the Indian River crime lab's

14    statistical database?

15    A.   No, it does not include any type of database.

16    Q.   However, does the Indian River crime lab have a statistical

17    database that you use when you conduct your analysis?

18    A.   We do use a statistical database.  It's not specifically

19    the Indian River crime lab's; it's the FBI's.

20    Q.   Okay.  And do you know if that database is certified?

21    A.   The database is -- has been published in a peer reviewed

22    journal article, in the Journal of Forensic Science, so it's

23    been peer reviewed by other scientists and statisticians.

24    Q.   And is the Indian River crime lab required to maintain

25    certain standards and practices when it conducts DNA analysis?
```

1    A.   Yes.  So we are actually accredited, and our accreditation

2    is to the ISO 17025 standard.  And then the DNA section

3    specifically, we're also accredited to the FBI's quality

4    assurance standards for forensic DNA testing laboratories.

5    Q.   Do you know what NIST is, N-I-S-T?

6    A.   Yes, I do.

7    Q.   Can you explain to the jury what NIST is.

8    A.   NIST stands for the National Institute of Standards and

9    Technology.  It's a federal agency and what they do is they

10   provide the standards that are used -- so the best way is

11   actually giving an example.

12            If you go to a grocery store and you want produce,

13   and you weigh it on a scale, how do you know you get a pound of

14   apples?  And if you go to another store, how do you know it's

15   the same pound of apples when you go to that store?  And those

16   scales are actually certified and checked based off of a

17   standard -- usually it's a pound, or two pounds, ten pounds --

18   and that's the standard that the company uses to standardize

19   it, that standard weight comes from NIST.  So they provide

20   standards to be able to check in the -- or the meteorological

21   or measurement sciences.

22   Q.   And when you conduct your DNA analysis at the Indian River

23   crime lab, do the standards that you use comply with NIST?

24   A.   So NIST doesn't write any operational standards in that

25   form, but we do run a NIST standard.  So this is a DNA profile

1    that NIST knows what it looks like, we run that annually, and

2    so when we run this profile, it should look what NIST tells us

3    this is what it should look like, and that gives confidence to

4    our DNA results.

5    Q.  Now, based on the description, is NIST recognized in the

6    scientific community?

7    A.  Yes, they are.

8    Q.  Okay.  And in addition to all of the training and

9    experience that you've discussed before, are you required to

10   continue that training in order to continue to examine and

11   analyze DNA?

12   A.  Yes, I am.

13   Q.  Are you current with all of the trainings that you would be

14   expected to perform in order to examine and conduct DNA

15   analysis?

16   A.  Yes, I am.

17   Q.  And you previously talked about how many analyses you'd run

18   in a lab.  Have you previously testified before in the field of

19   DNA analysis?

20   A.  Yes, I have.

21   Q.  Do you know approximately how many times?

22   A.  Probably close to 50 times.

23   Q.  Okay.

24           MR. HUDOCK:  Your Honor, at this time, the Government

25   would tender witness Wayne Walker as an expert in the field of

1   DNA analysis.

2           THE COURT:  Any objection?

3           MR. PATANZO:  No.

4           THE COURT:  All right.  The witness is so qualified.

5           MR. HUDOCK:  All right.

6   BY MR. HUDOCK:

7   Q.  Mr. Walker, if you could please explain to the jury just

8   basically, what is DNA?

9   A.  DNA stands for deoxyribonucleic acid, it's the genetic

10  blueprint that makes up all life on earth.  We actually have

11  two copies of DNA.  One comes from your mother and one comes

12  from your father, and this is determined at conception and it's

13  going to remain the same throughout your life in all of the

14  cells of your body.

15          So whether it's blood cells or skin cells or hair

16  cells, all of those cells have the same DNA profile and no two

17  individuals have the same DNA profile, except for identical

18  twins.

19  Q.  Okay.  And could you explain how, then, that DNA is used in

20  forensic analysis of DNA?

21  A.  So the testing that we do looks for -- currently we're

22  doing 21 specific areas.  So we're actually not looking at all

23  of the DNA, but samples that might be of investigative

24  interest, whether it's blood or semen or saliva, or other

25  substances and objects, we will look for a DNA profile.  And if

1    we have any standards from any suspects or victims or

2    elimination standards, we can compare the known standard to the

3    unknown profile we get from crime scene evidence and make a

4    comparison to determine where this -- what the source of this

5    DNA profile is.

6    Q.  Okay.  So when you receive a substance that you would like

7    to have analyzed, can you explain the steps for conducting the

8    development of the DNA profile from that substance.

9    A.  So the first step is the screening process, the evidence is

10   examined.  Whatever types of testing might be needed will be

11   determined based off what is observed, but also whatever is in

12   the case, the case scenario.  A sample is then collected and

13   put into a tube, which now we will start the DNA process.

14        The first step is called extraction, and we're trying

15   to get the DNA out of the cells.  After that's done -- and

16   that's done basically by adding some soap-like substance and

17   heat, and that will open up the cells and allow us to get to

18   the DNA.

19        The next step is called quantitation.  So we want to

20   know how much DNA is present, because if we have a lot of DNA,

21   we might have to make a dilution.  So similar to if you have

22   orange juice concentrate, you don't want to just drink orange

23   juice concentrate, you have to add some water to dilute it out,

24   and sometimes we have to do that.

25        The next step is called amplification.  So again,

1    we're only interested in 21 specific areas, so we're going to

2    make billions of copies of these 21 areas, and then we'll put

3    it on an instrument that's going to separate the DNA based off

4    size, and this is visually seen as peaks on a graph, and that's

5    what I will use for my interpretation.

6    Q.  And is any part of that referred to as STR analysis?

7    A.  STR stands for short tandem repeat, and the STR analysis is

8    the areas that we're interested in.  They're called STR

9    markers.  So when it's STR testing, we're actually testing for

10   these 21 specific STR areas.

11   Q.  And does the Indian River crime lab conduct that type of

12   testing?

13   A.  Yes, we do.

14   Q.  Is it accredited?

15   A.  Our laboratory is accredited, yes.

16   Q.  And is that method of testing considered scientifically

17   reliable in the scientific community?

18   A.  Yes, it is.

19   Q.  Okay.  You said that you're accredited.  By whom?

20   A.  We're accredited by the American National Standards

21   Institute National Accreditation Board, or ANSI.

22   Q.  Okay.  And --

23   A.  I'm sorry, it's -- "ANSI" is the American National

24   Standards Institute National Accreditation Board, sorry.

25   Q.  Okay.  Thank you.

1              All right.  Turning your attention now away from the

2     processes that you use, let's talk to the jury a little bit

3     about just generally how DNA is transferred.

4              Can you explain how a person would transfer their DNA

5     to an object?

6     A.  There's lots of different ways.  If you're bleeding and you

7     bleed on an object or a table, or something you can transfer

8     DNA from your blood cells on to, that stain will contain your

9     DNA.  For some objects, if you maybe just rubbed your eye or

10    you sneeze into your hand or cough, and then you touch things,

11    you can transfer your DNA that way, so there's a lot of

12    different ways.

13             You can leave behind articles of clothing that you

14    might have worn, whether it's a hat or a shirt, your DNA on

15    your shirt can rub against your neck area, so your DNA will be

16    found.  I can -- am actually very good at finding DNA on

17    clothing, so there's many different ways of leaving DNA behind.

18    Q.  Are some people more or less likely to deposit DNA on an

19    object?

20    A.  It depends.  Yes, some people who might sweat more might

21    be -- or sneeze a lot, have a lot of allergies, might sneeze

22    into their hands more, touching things and leaving things

23    behind, yes, they could leave behind more DNA.

24    Q.  Are there any external factors that affect whether or not

25    DNA deposited on an object will remain on that object?

1  A.  Yes.  So there's a lot of variables, one being did someone

2  actually handle it or touch it?  If they didn't, I don't really

3  expect their DNA to be there, but if an object was wiped down

4  or cleaned, humidity, heat, weather, wet weather, which all

5  describe Florida, all those things can affect our ability to

6  develop a DNA profile.

7  Q.  Okay.  Now, in this particular case, you had an agency case

8  number of 2006391.  Did you receive a series of swabs as part

9  of that case number?

10  A.  A series of swabs did come into the laboratory with that

11  case number, yes.

12  Q.  Okay.  And did you also receive some known standards as

13  parts of that case number?

14  A.  I did not receive any known standards.

15  Q.  Okay.  Did you have profiles that you were asked to compare

16  those standards to, or were you asked to develop profiles based

17  on those swabs?

18  A.  I was only asked to develop DNA profiles from the swabs,

19  but I did not have any known standards for comparison.

20  Q.  Now, can you explain the difference between a standard and

21  those swabs.

22  A.  So a known standard comes from -- it's what is used as a

23  standard, so I know this DNA profile comes from this person.

24  It's usually an oral or it's called buccal swab.  In other

25  cases, it's a blood standard, but I use that to know this is

1    this individual's DNA profile.

2         Forensic unknown or evidence profiles, I don't know

3    whose DNA it is, I'm trying to develop that.  So that's what

4    the process we do is, we're developing DNA from these unknown

5    profiles and then comparing it to any known standards.

6         MR. HUDOCK:  May I approach the witness, Your Honor?

7         THE COURT:  You may.

8    BY MR. HUDOCK:

9    Q.  Mr. Walker, I'm showing you what's been previously admitted

10   as Government Composite Exhibit 39.  If you could take out the

11   seven envelopes contained inside Government Composite 39 and

12   take a look at each of them, and then look up at me when you're

13   finished.

14   A.  *(Witness complied)*

15   Q.  Okay.  Do you recognize those envelopes?

16   A.  I've never seen this evidence, but I do recognize them as

17   evidence that came to the lab.

18   Q.  Exactly.  Are you familiar with the way evidence comes to

19   your lab?

20   A.  Yes, I am.

21   Q.  Okay.  And is that consistent with the way that evidence

22   comes to your lab?

23   A.  Yes, it is.

24   Q.  Okay.  And in this case, when you were asked to test the

25   swabs, were you familiar with the swab evidence numbers

1    assigned to those individual pieces of evidence?

2    A.  Yes, I was.

3    Q.  Okay.  I'll turn your attention to evidence number 349155,

4    which corresponds to Government's Exhibit 39D, and also to

5    349761, which corresponds to Government's Exhibit 39F.

6           Did you attempt to conduct the processes that you

7    described to the jury to develop a DNA profile from those two

8    swabs?

9    A.  I did two of the processes.

10   Q.  And can you explain what processes those were that you did.

11   A.  I did the extraction process, so trying to get DNA out of

12   the cells, and then I did the quantitation step, so trying to

13   find out how much DNA is present.

14   Q.  Okay.  And in that case, for those two swabs, why did you

15   only do two steps?

16   A.  For these samples, when I did my quantitation, there was

17   not enough DNA to even go forward with the amplification part,

18   I didn't have enough.  So if we have no DNA or we don't have

19   enough, based off our validation, I know how much DNA I have

20   and can except to get a DNA profile from, we just stop.  We

21   don't amplify, because I'm going to not get any usable results.

22   Q.  Okay.  Then turning your attention to swabs

23   numbered 349151, which relates to Government's Exhibit 39A;

24   349152, which relates to Government's Exhibit 39B; 349154,

25   which relates to Government's Exhibit 39C; 349760, which

1    relates to Government's Exhibit 39E; and 349762, which relates

2    to Government's Exhibit 39G, are you familiar with those swab

3    numbers?

4    A.  Yes, I am.

5    Q.  And did you perform any part of the analysis that we had

6    discussed before, that four step process, on those items?

7    A.  Yes, I did.

8    Q.  How much did you complete?

9    A.  I did all of the DNA steps.

10   Q.  Okay.  Were you able to obtain enough DNA material in that

11   analysis to perform an STR analysis?

12   A.  Yes, I was.

13   Q.  Okay.  And were you able to then amplify the DNA in that

14   case?

15   A.  Yes.

16   Q.  Okay.  After you amplified, as to sample 349151, were you

17   able to reach a conclusion about the contributors in that

18   profile?

19   A.  Not about the contributors, but I was able to come up with

20   a conclusion on this sample.

21   Q.  What was that conclusion?

22   A.  A mixture of DNA profiles from at least four individuals

23   was obtained from the -- can I say what the exhibit is or just

24   use the number?

25   Q.  You can say what the exhibit is, that's fine.

1    A.  A mixture of DNA profiles from at least four individuals

2    was obtained from the swabs from muzzle and front sight.  Due

3    to the complexity of this mixture, no further conclusions can

4    be made regarding this profile.

5    Q.  Can you explain to the jury what that means?  Why was it

6    too complex that you couldn't do any further comparison?

7    A.  So we get different types of DNA profiles.  The easiest is

8    a single source or a sample that has DNA from only one

9    individual.  As you add more individuals, one person -- or

10   going from two people to three people and four people, the DNA

11   data gets more complex.  And in this situation, there's at

12   least four individuals, so it's just too complex for me to try

13   to interpret who the different contributors are.

14   Q.  Okay.  You just talked about the swabs from the muzzle and

15   front sight.  What about the swabs 152 and 154, what

16   conclusions were you able to reach as far as those swabs?

17   A.  So mixtures of DNA profiles from at least three individuals

18   were obtained from the swabs from the rear sight, grip, trigger

19   and slide, and swabs from the magazine base and insertion

20   point.  Due to the complexity of these mixtures, no further

21   conclusions can be made regarding these profiles.

22   Q.  Now, when you say the complexity of the mixture, is that

23   the same reason that you just gave the jury as to exhibits --

24   swabs 349151?

25   A.  Yes.  So these are mixtures of at least three people, but

1    it's also just too complex for me to try to interpret.

2    Q.  What about swab 349762, were you able to reach a conclusion

3    about the contributor or contributors of that swab?

4    A.  762?

5    Q.  Yes, sir.

6    A.  So insufficient DNA/data was obtained from the -- from the

7    swabs from magazine base and insertion points, so that is not

8    suitable for comparison to any known standards.  Insufficient

9    DNA quality and/or quantity can affect the ability to generate

10   a DNA typing result.

11   Q.  Can you explain to the jury what all that means?  What do

12   you mean by insufficient to produce a typing result?

13   A.  When we have insufficient, that means there's just not

14   enough data for us to interpret, so there's -- the peaks are

15   either too small or I just don't have enough of them to do any

16   type of comparison with a known standard.

17   Q.  Okay.  Let's break it down a little bit further.

18          When you say the peaks are too small or you don't

19   have enough DNA, what are you really looking for to make a

20   distinction between profiles?

21   A.  So one of the key things is that we will interpret our --

22   the unknown data before we look at any standards, and that's to

23   make sure that there's no bias.  We are interpreting the data

24   that we have and then doing a comparison.

25          When a sample is insufficient, I don't feel confident

1   that all the data is present, or there may just not be enough

2   data that's present.  And the peak heights that I was talking

3   about, the taller those peaks are, the more DNA is present and

4   the more confidence we have in the data.  When the peaks are

5   smaller, we have less confidence, and also there might be data

6   missing.  It's one of our -- it's a way to kind of determine

7   the quality of our profiles.

8   Q.  Okay.  And then turning your attention to sample 349760,

9   were you able to reach a conclusion about the contributors to

10  that profile?

11  A.  Not about the contributors, but I was able to do an

12  interpretation.

13  Q.  Okay.  And what was that interpretation?

14  A.  An inconclusive mixture of DNA profiles was obtained from

15  the swabs from handle and latches that is not suitable for

16  comparison to any known standards.  Insufficient DNA quality

17  and/or quantity can affect the ability to generate a DNA typing

18  result.

19  Q.  Okay.  And so of all of the swabs that you received in this

20  case, were any of them suitable for comparison?

21  A.  No, they were not.

22  Q.  Okay.  And that reason would have been either to a lack of

23  material or to too many contributors such that you couldn't

24  distinguish who was who.

25  A.  Yes, that's correct.

1  Q.  Okay.

2          MR. HUDOCK:  If I could have one moment, Your Honor.

3          THE COURT:  You may.

4          *(Discussion had off the record between Counsel)*

5          MR. HUDOCK:  Nothing further at this time, Judge.

6  Thank you.

7          THE COURT:  Thank you.

8          Mr. Patanzo.

9                    **CROSS-EXAMINATION**

10  BY MR. PATANZO:

11  Q.  Mr. Walker, good afternoon.

12  A.  Good afternoon.

13  Q.  I want to pick up right where you left off.

14          You had a discussion with the prosecutor about

15  complex mixtures, correct?

16  A.  Yes.

17  Q.  Okay.  And in this particular case, on item number 151 and

18  152, you had complex mixtures, correct?

19  A.  Yes.

20  Q.  And 151 is the muzzle and the front sight of the weapon,

21  correct?

22  A.  Yes.

23  Q.  And then 152 is the rear sight, the grip, the trigger, and

24  another part of the weapon.

25  A.  Yes.

```
 1    Q.   Okay.  In July of 2020 -- actually, let me ask you, when

 2    did you actually look at the evidence?  Was it in July or could

 3    it have been in August of 2020?

 4    A.   So I received the evidence from criminalist Daniel Baker,

 5    who screened the evidence and put it in a tube -- I received it

 6    from him October 27th of 2020.

 7    Q.   So in October of 2020, these types of complex mixtures were

 8    too complex for analysts at the Indian River crime lab to

 9    interpret --

10    A.   That's correct.

11    Q.   -- right?

12              But the wonderful thing about technology is now you

13    have the capabilities to interpret complex mixtures.

14    A.   Yes, some complex mixtures we are now able to interpret.

15    Q.   That's called STRmix.  It's a new software -- not a new

16    software, but a new software to Indian River.

17    A.   It's new to the Indian River crime lab.  It's new in that

18    in the United States, it's, you know, probably the last five to

19    ten years has really picked up in the United States.

20    Q.   Right.  So this type of software, it's designed to

21    deconvolute complex mixtures --

22    A.   Yes.

23    Q.   -- right?

24              And this software can deconvolute mixtures that

25    contain up to four individuals, four contributors.
```

1   A.  At the Indian River crime lab, we have validated four -- up

2   to four individuals, yes.  Each laboratory that uses it would

3   have to validate to determine how complex of mixtures that they

4   can interpret.

5   Q.  Okay.  And there are several agencies that are using

6   STRmix, correct?

7   A.  Yes.

8   Q   And there are several private labs -- DNA Labs

9   International, Bodie Technology -- they've all been using it

10  for years, haven't they?

11          MR. HUDOCK:  Objection, Judge.  Calls for

12  speculation, and relevance.

13          MR. PATANZO:  He's an expert.

14          THE COURT:  Overruled.

15  A.  I actually don't know if Bodie is using it, but I do know

16  that DNA Labs International is using the software.  I don't

17  know for how long they've been using it.

18  BY MR. PATANZO:

19  Q.  Okay.  But in your experience, you know that agencies, law

20  enforcement agencies, they contract out with these private

21  companies to specifically deconvolute complex mixtures, don't

22  they?

23  A.  Yes, they do.

24  Q.  Okay.  Indian River County was never asked by the

25  U.S. Attorney's Office to outsource this to deconvolute your

1    problem, were they?

2              MR. HUDOCK:  Objection, Judge.  Calls for

3    speculation, relevance, and scope of direct.

4              THE COURT:  Overruled.

5    A.  I was never contacted to send these -- what would be our

6    extracts to another laboratory for any type of testing.

7    BY MR. PATANZO:

8    Q.  Had you been contacted and asked to do that, Indian River

9    County certainly would have done that.

10   A.  Yes, we would have.

11   Q.  Okay.  You talked a little bit about clothing, and the

12   prosecutor asked you about transferring DNA, and clothing is an

13   item that can absorb and transfer DNA, correct?

14   A.  Yes.

15   Q.  Okay.  So when items, for example, are wrapped up in

16   clothing, there's a possibility DNA can transfer.

17   A.  Yes, that possibility does exist.

18   Q.  All right.  In fact, I think you had previously discussed

19   in another proceeding that DNA could be transferred -- coughing

20   and things like that, it could get transferred in the air,

21   right?

22   A.  It can get transferred in the air, but as you go further

23   away, obviously, if you cough -- we all went through COVID --

24   the further away you are, the less likely -- it's a very

25   similar concept.  So if I were to cough, the microphone is

```
 1    probably going to have the most amount.  As you get to that
 2    door handle, very unlikely, or if there is, it's a very small
 3    amount that I may not be able to even pick up.
 4    Q.  Certainly.  If we learned anything over the last few years,
 5    we've known that things travel through the air, right?
 6    A.  Yes.
 7    Q.  Okay.  Now, you talked -- item 151 and 152, you had a
 8    robust profile, correct?
 9    A.  Yes, I would say there is a lot of data.
10    Q.  A lot of data.  And when you talked about those individual
11    markers, you had data -- you had biology on 151 and 152 at
12    several different markers --
13    A.  Yes.
14    Q.  -- right?
15         And what is the -- a question I had looking at your
16    material, what's the analytical threshold at Indian River
17    County for you to call an allele?
18    A.  So the analytical threshold, just to define it, is at what
19    height do we feel confident that this is DNA and not just
20    background noise.  So our analytical threshold is what's called
21    60 RFUs.
22         An RFU is a relative fluorescence unit.  It's just a
23    unit of measure.  So it would be like 60 inches or 60 feet, but
24    it's just the height.  It's how -- the unit we use for height
25    on the -- our data.  And again, our analytical threshold is
```

1    60 RFU.

2    Q.  Right.  And you're talking about the height of the peak,

3    when it fluorescents, right?

4    A.  Yes.

5    Q.  Okay.  And different agencies around the state and around

6    the country, they use different RFU levels.

7    A.  Yes.

8    Q.  Indian River County is 60, you said?

9    A.  Yes, 60 RFU.

10   Q.  FBI, I think, is -- are they at 50?

11          MR. HUDOCK:  Objection, Your Honor.  Calls for

12   speculation.

13   BY MR. PATANZO:

14   Q.  If you know.

15          THE COURT:  One moment.

16          Can you restate the question, Counselor?

17   BY MR. PATANZO:

18   Q.  With the RFU levels, it's different from agency to agency.

19   A.  Yes.  The RFU -- your analytical threshold will be based

20   off the validation of your technology used at your laboratory,

21   so each agency or laboratory may have a different analytical

22   threshold.

23   Q.  Okay.  Specifically as to this evidence, 151 and 152, you

24   had RFU levels in the thousands, didn't you?

25   A.  Yes, I did.

```
 1    Q.  And that -- to you, you're confident that not only do you

 2    have biology, you have a good profile.  You have a good source

 3    of DNA there, you're confident in that.

 4    A.  Yes, I am confident that there is DNA present, but it's

 5    from multiple individuals, so my ability to interpret it is

 6    hindered by -- it doesn't matter how many -- how tall those

 7    peaks are because of how many individuals there are.

 8    Q.  Your ability, the analyst's ability, but the technology

 9    that's available can deconvolute something like that.

10    A.  It may be able to, yes.

11    Q.  Okay.  Now, you talked about not having any known standards

12    to compare this to.

13              MR. PATANZO:  Strike that, Judge.  I'm done.

14              Thank you, Mr. Walker.  I appreciate it.

15              THE WITNESS:  You're welcome.

16              THE COURT:  All right.  Thank you.

17              Any redirect?

18              MR. HUDOCK:  One question, Your Honor.
```

**REDIRECT EXAMINATION**

```
20    BY MR. HUDOCK:

21    Q.  Mr. Walker, as you sit here today, do you know

22    affirmatively whether or not differing technologies have the

23    ability to deconvolute those exhibits that you just discussed,

24    151 or 152?

25    A.  I do not.
```

Tuesday, March 22, 2022.

```
 1   Q.  Okay.

 2           MR. HUDOCK:  Nothing further, Judge.  Thank you.

 3           THE COURT:  Thank you.

 4           Thank you very much, sir.  You may be excused.

 5           THE WITNESS:  Thank you.

 6           (Witness excused)

 7           MR. FUNK:  Your Honor, the Government calls Mike

 8   Kelly.

 9           THE COURT:  Thank you.

10           (Pause)

11           THE COURT:  Good afternoon, sir.  If you could walk

12   over here to the witness stand, please.

13           Ms. Glass will swear you in.  If you could just

14   remain standing, please.

15           THE COURTROOM DEPUTY:  Raise your right hand, please.

16           (MICHAEL KELLY, GOVERNMENT'S WITNESS, WAS SWORN)

17           THE COURTROOM DEPUTY:  Please state your name,

18   spelling your last name.

19           THE WITNESS:  Michael Kelly, K-E-L-L-Y.

20           THE COURTROOM DEPUTY:  Thank you.

21           THE COURT:  Thank you.  You may be seated.

22           THE WITNESS:  Thank you.

23                        DIRECT EXAMINATION

24   BY MR. FUNK:

25   Q.  Where do you work?
```

Tuesday, March 22, 2022.

1    A.  I'm a special agent with the ATF in the Port St. Lucie,

2    Florida office, Fort Pierce office.

3    Q.  What's your current title and position?

4    A.  Special agent, criminal investigator.

5    Q.  How long have you worked for ATF?

6    A.  Since 2009.

7    Q.  What sort of positions have you held since 2009?

8    A.  I've been a special agent, criminal investigator the entire

9    time.

10   Q.  What did you do to become an ATF agent?

11   A.  After I finished my college degree, I started applying for

12   different law enforcement positions.  Once hired with ATF -- in

13   the process with ATF, I had to take an exam, go through

14   physical testing, medical testing, drug testing, polygraph.  In

15   2009, I entered the Federal Law Enforcement Training Center's

16   criminal investigator training program.

17          THE COURT:  Sir, I'm going to ask, if you don't mind,

18   to slow down just a hair so our court reporter can take

19   everything down properly.  Thank you.

20          THE WITNESS:  My apologies.

21   A.  I went through the criminal investigator training program

22   at the Federal Law Enforcement Training Center, followed by the

23   ATF special agent basic training academy.

24   BY MR. FUNK:

25   Q.  And as one of your duties and responsibilities, are you

1    what's called a nexus expert?

2    A.   Yes, sir.  I'm a firearms interstate nexus expert.

3    Q.   What does it mean to be a nexus expert?

4    A.   Part of the responsibilities with ATF firearms laws is we

5    have to establish, in many cases, that firearms that we

6    investigate and take possession of have traveled affecting

7    interstate or foreign commerce.  It is the responsibility of

8    our nexus experts to examine firearms to determine where they

9    were manufactured, as well as where they may have traveled to

10   after they were finished manufacturing to establish that at

11   some point or another, they have traveled across state lines or

12   across international borders.

13   Q.   Does that -- doing that sort of analysis necessarily

14   require you to be able to identify firearms?

15   A.   Yes, it does.

16   Q.   Do you have any special training and experience in

17   identifying firearms?

18   A.   Every ATF agent, during the course of our special agent

19   basic training academy, has to go through a course on firearms

20   identification and technology.

21        Upon entering the interstate nexus expert program,

22   we're given a 40 hour course that goes into more detail on

23   identifying firearms, where they may have manufactured, known

24   manufacturers, different resources that we have available

25   within the ATF community that specify if there are any

1   exceptions to marking —— the markings on a firearm that might

2   say —— if a firearm says it's manufactured in one place, it

3   might have actually been manufactured by a different company.

4           By law, those companies are required to notify us and

5   we have to grant them a variance, which allows them to break

6   from the norms as far as how firearms are required to be

7   marked.

8           In addition to that, I've attended advanced

9   interstate nexus training program, which was classroom work as

10  well, combined with factory tours of various firearms

11  manufacturers throughout the country.  I've also attended the

12  firearms research and technology training course with the ATF,

13  which is a 40 hour course that goes more into details on

14  identifying firearms, their function, different ways they've

15  been modified, the development of different firearm technology

16  over time.

17  Q.  And how many years have you been the nexus expert for the

18  ATF agency?

19  A.  Approximately ten years.

20  Q.  In that time, do you have any idea how many times you've

21  examined firearms for their identification?

22  A.  In excess of a thousand times, I would say.

23  Q.  What sort of resources do you have at your disposal in

24  giving you the ability in order to identify a firearm?

25  A.  In addition to the training that I've received, I maintain

1    a library of books and literature related to firearms over

2    time, different firearms that have been manufactured,

3    companies, how the companies have changed names, changed

4    possessions.  There is also a community of nexus experts

5    throughout the country, we communicate often.

6              I'm in regular communications with the firearms

7    manufacturers themselves to determine if anything has changed

8    in their manufacturing process and to verify the information

9    that I have on hand.

10   Q.  Are you also the vault custodian for ATF in Fort Pierce?

11   A.  Yes, I am.

12   Q.  And does that require you to identify and log different

13   types of firearms?

14   A.  It does.  Part of my responsibilities, any time a firearm

15   is brought to me, I verify the manufacturer, the model, the

16   serial number to make sure that the evidence as logged is the

17   evidence that's actually going into my vault.

18             I apologize.

19   Q.  I'll just put my hand up, just to kind of slow you down if

20   you get going too fast.

21   A.  Okay.

22   Q.  So when you look at a firearm, how do you go -- what sort

23   of characteristics do you look at in order to identify the

24   firearm?

25   A.  Among the characteristics that you might see on a

```
 1   firearm -- every firearm should be, depending on how recently

 2   it was manufactured, should have a manufacturer mark, should

 3   have a model number, a serial number, and identification of the

 4   caliber.  There are also other markings that might be on it,

 5   something called proofmarks for some firearms, which state that

 6   it was fired at some point to verify that it could sustain its

 7   integrity when fired with the appropriate ammunition.

 8   Q.  And do you, yourself, personally have a library of

 9   references for the identification and sort of characteristics

10   of different firearms?

11   A.  I do.

12   Q.  Why do you have that?

13   A.  For my own personal reference.  I actually enjoy knowing a

14   lot about firearms, as well as it benefits the examination of

15   firearms for determining interstate nexus.

16   Q.  Are you familiar with the FN Five-seveN firearm?

17   A.  I am.

18   Q.  Is it a somewhat unique firearm amongst collectors?

19   A.  It's -- I wouldn't call it unique necessarily anymore than

20   any other firearm.  It's somewhat unique insofar as there are

21   very few pistols, for example, that fire the 5.7x28 --

22           MS. PITTAWAY:  Objection, Judge, to relevance.

23           THE COURT:  Overruled.

24   A.  There are a small number of pistols that actually fire the

25   same caliber of ammunition that the FN Five-seveN does.
```

Tuesday, March 22, 2022.

1   Q.  And is that the caliber ammunition -- it's kind of a small

2   diameter?

3   A.  It is.

4   Q.  Kind of long in relation to diameter?

5   A.  Correct.  If it -- it appears like a rifle round, although

6   it's designed for both pistol and rifle use.

7   Q.  Now, I'm going to show you what's Exhibit 38, I'm showing

8   you Exhibit 38C.

9           MR. FUNK:  Can you do me favor and lower the -- thank

10  you.

11          THE COURT:  We're just adjusting the blinds.

12  Sometimes at this hour, the light can come in a little harshly

13  for certain people in the courtroom.

14          MR. FUNK:  I think I have a cloud right now, so I'll

15  keep going.  Thank you.

16  BY MR. FUNK:

17  Q.  I'm going focus in on -- do you see what's in Exhibit 38C?

18  A.  I do.

19  Q.  What does it appear to be, just in general first and then

20  more specifically?

21  A.  It appears to be consistent with what I would say is --

22  could possibly be an FN Five-seveN.

23  Q.  Okay.  Now, in general, though, does the photograph show a

24  male holding a firearm in his right hand?

25  A.  It shows a male holding an object, possibly a firearm, in

Tuesday, March 22, 2022.

 1   his right hand.

 2   Q.  Okay.  And I'm going to ask you about the characteristics

 3   of the firearm.  Let's start -- we'll go from back to front,

 4   and just talk about the general characteristics as I point them

 5   out with the cursor on the screen.

 6           The first characteristic is this *(indicating)*.  What

 7   part of the firearm is that called?

 8   A.  That's the rear sight.

 9   Q.  And this part along -- and I'll say top, it's actually

10   pointed down, the firearm -- or what appears to be a firearm is

11   pointed down, and then on this right-hand side, what's this

12   portion that I'm running the cursor across right

13   here *(indicating)*?

14   A.  That would be the slide.

15   Q.  What function does the slide serve?

16   A.  On a semi-automatic pistol, the slide is -- allows a person

17   to advance -- eject a round that's currently in the chamber, as

18   well as advancing the next round into the chamber, pulling

19   it -- removing it from the magazine and sliding it into the

20   chamber.

21   Q.  What's the part here at the tip of the *(indicating)* --

22   A.  That's the front sight.

23   Q.  And the top part here *(indicating)*, which is probably only

24   about one-fifth of the whole top of the gun?

25   A.  That would be the ejection port.

Tuesday, March 22, 2022.

1    Q.  And if we -- when you identify firearms, are you looking at

2    the different sorts of -- well, what would you call

3    this *(indicating)*?  It's on the back top part.

4    A.  That is -- there are -- how best to describe.

5    Q   There's these lines here.

6    A.  Cuts in the slide that allows a person to grip, it's to

7    grip the slide to make it easier for a person to manually move

8    it backwards to cause the slide to action.

9    Q.  And what is this round part right here *(indicating)*?

10   A.  I can't quite tell from that.

11   Q.  Okay.  And towards the back part, are these some of the

12   characteristics that -- these round dots here, are they some of

13   the characteristics you would look at so see whether or not it

14   is consistent with being an FN Five-seveN firearm?

15   A.  Possibly.

16   Q.  And what about now -- what about these -- there's I want to

17   say hashmarks, but on the front of the gun, there's numerous

18   lines here on the side *(indicating)*.  Is that one of the

19   characteristics that you would look at in order to determine

20   whether or not it's an FN Five-seveN firearm?

21   A.  Yes.

22   Q.  As well as where the serial number plate is located?

23   A.  Yes.

24   Q.  What is this part down here *(indicating)*?

25   A.  That's a rail.  It allows attachments to be added to the --

1   to a firearm, such as a flashlight or a laser sight.

2   Q.  What about this general area here in the

3   center *(indicating)*?

4   A.  That would be the safety.

5   Q.  How does that function?

6   A.  It has two positions, one which allows the -- in the case

7   of firearm safety, one position will allow the firearm to fire,

8   the other will prevent it from doing so.

9   Q.  And what about -- there's a curved part here on the left

10  hand -- towards the left-hand side *(indicating)*.  What is this

11  part?

12  A.  That's the trigger guard.

13  Q.  And what is this right here *(indicating)*?

14  A.  Appears to be a trigger.

15  Q.  And based on your training and experience and knowledge

16  about firearms, does this appear to be an FN Five-seveN

17  firearm?

18  A.  I would say this appears to be consistent with an

19  FN Five-SeveN.

20  Q.  Now, when it comes to identifying firearms in photographs,

21  would you ever be able to give the opinion that it's an actual

22  firearm?

23  A.  I would not.

24  Q.  And why is that?

25  A.  A picture -- without holding an object in my hand, being

1    able to examine it, feel its weight, look at the internal

2    components of it, make sure it functions, on a picture, as far

3    as I know, it could be a phenomenally crafted piece of wood

4    that was carved to look like something else.  Without handling

5    it, I would never make a determination positively solely off a

6    photograph that something is or is not a firearm.

7    Q.  Based on all these characteristics that we just pointed

8    out -- the rear sight, the front sight, the safety -- all of

9    those characteristics, are they all consistent with it being a

10   FN Five-seveN firearm?

11   A.  They are.

12   Q.  Are there any characteristics of what you see in this image

13   that is inconsistent with it being a FN Five-seveN firearm?

14   A.  No, there are not.

15            MR. FUNK:  Can we turn off the monitor for one

16   second, I don't want to show my desktop.

17            All right.  Thank you.

18   BY MR. FUNK:

19   Q.  I'm showing Exhibit 38F, do you see what appears to be a

20   firearm within that photograph?

21   A.  I see the grip and the rear slide area of what could be a

22   firearm, appears consistent with.

23   Q.  And when you look at the grip, this part *(indicating)* -- I

24   guess we didn't see that part of the firearm in the last

25   photograph -- is that sort of ridging in the front part of the

1   grip consistent with an FN Five-seveN?

2   A.  It is.

3   Q.  What's this part here that's on the bottom of the

4   grip *(indicating)*?

5   A.  That appears to be a magazine.

6   Q.  Does that appear to be consistent with an FN Five-seveN

7   firearm?

8   A.  It does.

9   Q.  And there's some -- there's kind of a circle here in the

10  middle of the grip (indicating), is that consistent with it

11  being an FN Five-seveN firearm?

12  A.  It is.

13  Q.  And all the other, as far as the back part of the gun, is

14  that consistent with it being an FN Five-seveN firearm?

15  A.  It is.

16  Q.  Is there anything in there that would make you think that

17  it is not an FN Five-seveN firearm?

18  A.  No, there's not.

19  Q.  Same question for Exhibit 38G, is everything that you see

20  in there consistent with it being an FN Five-seveN firearm?

21  A.  Yes.

22  Q.  Is there anything you see that's inconsistent with it being

23  an FN Five-seveN firearm?

24  A.  No, there's not.

25  Q.  In this image, 38H, is that of a lower quality than the

Tuesday, March 22, 2022.

1   other image that we just looked at?

2   A.  It is lower quality, yes.

3   Q.  Let me go to 38J.  With this image, what portion of what

4   appears to be a firearm is showing?

5   A.  I can see the bottom of the rail, the bottom of the trigger

6   guard, as well as the bottom of a magazine.

7   Q.  Now, are you able to give an opinion with any degree of

8   precision as to whether or not that appears to be an

9   FN Five-seveN firearm?

10  A.  Not with any degree of precision.  There's -- I would say

11  there's insufficient details on this to make any direct

12  comparison.

13  Q.  Now, is -- what you see in the images, is that consistent

14  with it being an FN Five-seveN firearm?

15  A.  I would say it was -- it could be; it is consistent with.

16  Q.  Is there anything in there that's inconsistent with it

17  being an FN Five-seveN firearm?

18  A.  No.

19           MR. FUNK:  That's all I need to show.  Thank you.

20  BY MR. FUNK:

21  Q.  I'm going to show you what is Exhibit 25, and we have

22  gloves here too if you want to use those.  I think it was

23  processed, so it may have different chemicals on it.

24           Can you go ahead and take that out, please.

25  A.  One moment.  *(Witness complied)*.

```
 1   Q.  All right.  You have it out?

 2   A.  I do.

 3   Q.  And what's it a case for?

 4   A.  This is -- this is the case for an FN Five-seveN pistol,

 5   with adjustable sights.

 6   Q.  Would you go ahead and open it up, please.

 7   A.  (Witness complied)

 8   Q.  And do you see a box for ammunition inside?

 9   A.  I do.

10   Q.  Does it have ammunition in it?

11   A.  It does.

12   Q.  What type of ammunition is it?

13   A.  It's 5.7 millimeter ammunition.

14   Q.  Is that the ammunition that's used by an FN Five-seveN?

15   A.  It is.

16            (Discussion had off the record between Counsel)

17            MR. FUNK:  Your Honor, that's all questions I have.

18   Thank you.

19            THE COURT:  Thank you.

20            Cross-examination?

21            (Discussion had off the record between Counsel)

22                        CROSS-EXAMINATION

23   BY MS. PITTAWAY:

24   Q.  Good afternoon, Agent Kelly.

25   A.  Good afternoon.
```

Tuesday, March 22, 2022.

```
 1   Q.  Now, I want to bring your attention to replicas, replica

 2   firearms.

 3   A.  Yes.

 4   Q.  You have experience in researching or handling replicas as

 5   part of your job.

 6   A.  Yes.

 7   Q.  Now, you had mentioned earlier that you could not determine

 8   from the one-dimensional image whether the apparent firearm was

 9   actually a functioning firearm.

10   A.  Correct.

11   Q.  And when you had said that, you said it could be a well

12   crafted piece of wood.

13   A.  Correct.

14   Q.  Well, I want to bring your attention to some of the more

15   professional replicas that exist.

16   A.  Absolutely.

17   Q.  Now, let's talk about some of the characteristics of some

18   of these professional replicas out there.

19            Now, the professional replicas that are made out

20   there, they're made with polymer, just like a real

21   FN Five-seveN firearm.

22   A.  Correct.

23   Q.  They have the same barrel length and height and

24   circumference, correct?

25   A.  Correct.
```

1   Q.  In fact, the muzzle is also made of steel just like a real

2   functioning FN Five-seveN.

3   A.  Often, yes.

4   Q   And in fact, the weight of the replicas can be identical to

5   a fully functioning FN Five-seveN.

6   A.  Correct.

7   Q.  Now, the slide can function on replica FN Five-SeveN

8   firearms.

9   A.  Yes, it can.

10  Q.  And the magazine can eject.

11  A.  Yes, it can.

12  Q.  In fact, there are serial numbers inscribed on metal plates

13  on the side of some of these replica firearms.

14  A.  That's correct.

15  Q.  And the grip has the same imitation of the raised polymer,

16  is that correct?

17  A.  Many times, yes.

18  Q.  And the markings of the Herstal, the maker, made in

19  Belgium, those are duplicated on some of these professional

20  replica firearms.

21  A.  Correct.

22  Q.  And so for those reasons, because some of these replicas

23  are made to perfectly replicate a real firearm, that's why you

24  can't determine from a one dimensional image whether it's a

25  fully functioning firearm.

```
 1    A.  That's correct.

 2    Q.  Now, you were shown a series of images from the Government,

 3    and in each of these instances, you were unable to determine

 4    whether or not the apparent firearm was actually a fully

 5    functioning firearm.

 6    A.  That's correct.

 7    Q.  Were you able to identify between these -- you are not able

 8    to identify between these images whether it was even the same

 9    apparent firearm.

10    A.  That's correct.

11    Q.  Now, you would not be able to determine from looking at

12    these images whether the magazine ejects, correct?

13    A.  Correct.

14    Q.  You would not be able to determine whether any of these

15    apparent firearms are Airsoft firearms?

16    A.  Correct.

17    Q.  Have you ever purchased one of the replica FN Five-seveN

18    firearms?

19    A.  I have not.

20    Q.  Have you ever looked at prices?

21    A.  I have.

22    Q.  And some of them can run up to $300?

23    A.  Yes.

24    Q.  You would not be able to sit here and tell us how many

25    FN Five-seveN replicas are on the market.
```

Tuesday, March 22, 2022.

```
 1    A.  I could not.

 2              MS. PITTAWAY:  Moment to confer.

 3              (Discussion had off the record between Counsel)

 4              MS. PITTAWAY:  No further questions.

 5              Thank you, Agent Kelly.

 6              THE COURT:  Thank you.

 7              Any redirect?

 8              MR. FUNK:  Yes, Your Honor.

 9                         REDIRECT EXAMINATION

10    BY MR. FUNK:

11    Q.  Now, of the replicas that you've seen, do they come in

12    various degrees of accuracy or representation of a particular

13    type of firearm?

14    A.  Yes, they do.

15    Q.  And what are the sorts of things that you might see on a

16    replica that you wouldn't see on a real firearm?

17    A.  That would depend on the replica.  Some replicas are of

18    lower quality to where they don't attempt to necessarily mirror

19    all features.  More advanced ones, licensed replicas, higher

20    end ones would generally attempt to mimic as many features as

21    possible.

22    Q.  And are you familiar with some of the types of features

23    that would appear on a replica, but not on a real type of gun?

24    A.  More likely I would expect things to be absent from certain

25    replicas versus readily apparent, although there are certain
```

Tuesday, March 22, 2022.

```
 1   features that would be on some replicas or Airsofts that would
 2   not be on a -- not necessarily be on an FN.
 3   Q.  Of the images that we've seen here, is there anything on
 4   those images that would lead you to believe that it is a
 5   replica?
 6   A.  Nothing that would distinguish it as a replica versus an
 7   actual FN firearm.  Insofar as the features that I see -- was
 8   able to see on those pictures are inclusive of features that I
 9   would see on an FN Five-SeveN without having any additional
10   features that I would not see on an actual Five-SeveN.  That's
11   not to say that it could not be a high quality replica.
12   Q.  But is everything consistent with it being an FN Five-SeveN
13   firearm?
14   A.  It is.
15           MR. FUNK:  That's all of the questions I have.  Thank
16   you.
17           THE COURT:  Thank you.
18           Thank you very much, sir.  You may be excused.
19           THE WITNESS:  Thank you, Your Honor.
20           (Witness excused)
21           THE COURT:  Ladies and gentlemen of the jury, it is
22   5:04.  I'm going to take a five-minute recess to discuss some
23   matters with the lawyers, and then we'll bring you back in, and
24   we will stopping today at 5:30.
25           Please rise for the jury.
```

Tuesday, March 22, 2022.

1              *(The jury exited the courtroom)*

2              THE COURT:  All right.  Please be seated.

3              Do you have any other witnesses for today, Mr. Funk?

4              MR. FUNK:  We do not, Judge.

5              THE COURT:  Okay.  Is it your intent to rest after --

6       well, seeing as Mr. Kelly's testimony has now concluded?

7              MR. FUNK:  If we could only have a moment just to

8       confer?

9              THE COURT:  I'm not saying you have to do that right

10      now on the record.  I just wanted to determine whether we were

11      going to end now with the jury or whether there was any other

12      evidence to present today, but I'm hearing there is not any.

13             MR. FUNK:  That's correct.

14             THE COURT:  All right.  Well, then we will bring the

15      jury back in, let them know that they are done for the day, and

16      to come back on Thursday morning at 9:00 a.m. to resume the

17      third day of trial, so let's call the jury back in.

18             THE COURTROOM DEPUTY:  All rise for the jury.

19             *(The jury entered the courtroom)*

20             THE COURT:  You may be seated.

21             Ladies and gentlemen, we are going to break early

22      today.  As I indicated on Monday, we will resume the third day

23      of trial this Thursday at 9:00 a.m.  So tomorrow we will not be

24      in session, but please do arrive promptly at (9:00 a.m. on

25      Thursday so we can get started.

1          As I indicated yesterday, please do not discuss this

2    case with anyone or allow anyone to discuss it with you.  Until

3    you retire to the jury room at the end of the case to

4    deliberate on your verdict, you simply aren't to talk about

5    this case.

6          Please remember not to read or listen to anything

7    touching on this case in any way.

8          Also, do not conduct any research or make any

9    investigation about the case on your own, and that includes any

10   research or investigation on the internet.

11         The only evidence in this case is the evidence that

12   is presented in the courtroom during the official proceedings.

13         Also, do not have any contact with the attorneys,

14   parties, or witnesses in the case.  And please remember not to

15   form any opinion about this case until all the evidence is in.

16   You're required to keep open mind until you start your

17   deliberations at the end of case.

18         With that, I wish you a pleasant evening and a nice

19   Wednesday, and I'll see you all Thursday bright and early.

20         Please rise for the jury.

21         *(The jury exited the courtroom)*

22         THE COURT:  All right.  Please be seated.

23         I know I'd indicated we would be doing the charge

24   conference this evening, it's going to now take place on

25   Thursday morning at 8:30, so please plan on that.

Tuesday, March 22, 2022.

```
 1              I have reviewed them, and there aren't a great number

 2    of points of deviation, so I don't think the conference will

 3    take too long, but it will take place at 8:30 prior to the

 4    witness presentation on Thursday.

 5              Mr. Funk, like I said, you anticipate resting your

 6    case when we resume on Thursday.  And then, Ms. Pittaway, how

 7    long do you plan on taking to present your case, if any?

 8              MS. PITTAWAY:  I anticipate that we would take less

 9    than a whole day.  If the Government were to rest --

10              THE COURT:  The mic, if you don't mind.

11              MS. PITTAWAY:  Yes.  I anticipate that we would take

12    less than a day.  So if the Government were to rest Thursday

13    morning, I expect that we would be able to be through all of

14    our witnesses before the end of the day.

15              THE COURT:  Okay.  Roughly -- I'm just trying to get

16    a sense whether closings would take place Thursday.

17              MS. PITTAWAY:  Maybe, I'm a bit cautious on that,

18    Your Honor, just to be prudent.  It is -- I don't expect it.

19              THE COURT:  You don't expect to be able to do

20    closings on Thursday?

21              MS. PITTAWAY:  I don't expect it.

22              THE COURT:  Okay.  But we will be using the full day

23    of trial until 5:30, I just want to make sure.

24              MS. PITTAWAY:  I anticipate it.  I think -- things

25    are moving along pretty quickly.  If they continue at that
```

```
1   pace, then we'll definitely use less than a full day, but I
2   don't know if we'll have enough time for closing.
3              THE COURT:  All right.  How much time are the parties
4   requesting for closing arguments?
5              MR. FUNK:  Thirty minutes.
6              THE COURT:  All right.  How much time would you like,
7   Ms. Pittaway?
8              MS. PITTAWAY:  Just to be clear, 30 minutes for both
9   sides of your sandwich?
10             MR. FUNK:  Total.  We would probably split it 20/10.
11             MS. PITTAWAY:  Okay.
12             THE COURT:  Okay.  And Ms. Pittaway?
13             MS. PITTAWAY:  Your Honor, I'd like to ask for 40
14  even though I may not use it.
15             THE COURT:  Okay.  Then we will do 40 both sides.
16  And Mr. Funk, please let us know before closing how you plan on
17  splitting that up so we can measure the time appropriately.
18             I have nothing further to discuss with the parties
19  this evening.  Any other substantive matters, evidentiary or
20  otherwise, to discuss now before we end for the day?
21             Ms. Pittaway?
22             MS. PITTAWAY:  Yes, Your Honor, a few matters.
23             I believe that I should put a motion in to renew the
24  404(b) based on Agent Kelly's testimony that he cannot say with
25  certainty that the apparent firearms in those images are
```

```
 1    actually firearms.  On that basis, we would renew the 404(b)

 2    objection, and if the Government has rested, I would like to

 3    bring a JOA.

 4               THE COURT:  All right.  We'll have time for those

 5    motions later, after the Government rests.

 6               Mr. Funk, what's your response to the 404(b) argument

 7    just made with respect to the --

 8               MR. HUDOCK:  Your Honor, I believe we have a juror at

 9    the door.

10               THE COURT:  Oh, okay.

11               MR. HUDOCK:  She just knocked and partially opened,

12    so I didn't want to continue until --

13               THE COURT:  Sure.  Thank you.

14               All right.  Let's continue with this argument,

15    Mr. Hudock or Mr. Funk?

16               MR. FUNK:  The -- while Michael Kelly may not be able

17    to opine in his specific opinion that the firearm was an actual

18    firearm, everything was consistent with being a firearm,

19    nothing was inconsistent with being a firearm.  And in the

20    totality of the circumstances, when you look at the fact that

21    it's specifically an FN Five-SeveN firearm, there was

22    specifically a FN Five-SeveN firearm found within the back of

23    the car, there's specifically an FN Five-SeveN case that's

24    found with inside the room, and Mr. Bryant is the one that's

25    depicted in the images, Mr. Bryant is the one driving the car,
```

```
 1    the time period of the Dropbox video image is from a day before

 2    it was transferred to him, and then there's also the metadata

 3    on all of the images, there's every reason to believe that --

 4              THE COURT:  No.  You're okay.

 5              MR. FUNK:  Okay.  There's every reason to believe

 6    that it's the same firearm.

 7              THE COURT:  All right.  Thank you.

 8              I'm going to overrule the objection.  I believe there

 9    is sufficient evidence in the record to satisfy the

10    requirements of Rule 404(b) based on the testimony of Mr. Kelly

11    and the surrounding circumstances as described by the

12    Government, and for those reasons your renewed motion with

13    respect to 404(b) will be denied.

14              I will be entering a brief written order just on the

15    record on the 404(b) issue.

16              Anything else before we recess for the day,

17    Ms. Pittaway?

18              MS. PITTAWAY:  No, Your Honor.

19              THE COURT:  Okay.  Mr. Funk?

20              MR. FUNK:  No, Your Honor.  Thank you.

21              THE COURT:  All right.  Have a nice evening.  I will

22    see the lawyers early, please, at 8:30 on Thursday.

23              One final thing, I have a full day evidentiary

24    hearing tomorrow with witnesses, et cetera, so please make sure

25    to leave these Counsel tables fully empty with no case files.
```

Tuesday, March 22, 2022.

1          MR. FUNK:  Sure.

2              *(Proceedings adjourned at 5:16 p.m.)*

3

4                    **C-E-R-T-I-F-I-C-A-T-E**

5              I hereby certify that the foregoing is

6        an accurate transcription of the proceedings in the

7        above-entitled matter.

8

   **7/20/2022**                    **/s/DIANE MILLER**
9    DATE                    DIANE MILLER, RMR, CRR, CRC
                             Official Court Reporter
10                           United States District Court
                             101 South U.S. Highway 1
11                           Fort Pierce, FL  34950
                             772-467-2337
12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    Tuesday, March 22, 2022.

USA vs. RONELL BERNARD BRYANT

**AGENT CHRISTY: [1]** 73/2
**BY MR. FUNK: [3]** 73/16 192/5 224/24
**BY MR. PATANZO: [3]** 32/9 218/18 219/7
**BY MS. PITTAWAY: [1]** 84/3
**MR. FUNK: [120]** 3/13 3/16 3/23 4/3 4/5 5/20 6/12 6/15 6/22 7/19 9/1 9/6 12/1 12/4 19/4 21/5 22/20 31/25 34/12 34/15 34/20 35/5 35/9 36/1 36/10 38/14 47/3 47/8 49/11 49/15 59/5 59/12 61/2 61/7 62/22 71/8 72/12 73/1 73/14 77/18 80/4 81/7 83/24 84/6 84/15 86/20 91/7 91/15 91/17 91/20 92/5 92/8 92/21 92/25 93/3 93/18 93/21 93/25 94/18 94/22 95/1 95/6 95/8 97/22 98/16 128/25 154/15 156/5 179/17 182/15 182/21 182/25 183/6 183/12 186/11 186/15 186/22 186/24 187/1 187/5 187/15 187/22 188/5 188/8 188/16 188/23 189/2 189/7 189/11 189/17 189/20 190/12 191/2 191/5 192/3 194/24 195/5 195/7 195/13 195/19 196/18 197/5 197/11 223/7 229/9 229/14 233/15 235/19 236/17 240/8 241/15 242/4 242/7 242/13 245/5 245/10 246/16 247/5 247/20 248/1
**MR. HUDOCK: [84]** 91/21 91/23 92/1 97/18 98/6 98/18 98/20 99/2 104/18 104/23 106/25 107/9 107/14 107/17 108/14 109/1 109/21 113/12 114/3 114/22 115/24 116/10 116/13 120/2 120/16 120/19 123/14 127/1 127/3 128/14 128/20 129/12 141/12 141/22 141/24 144/22 146/6 146/11 151/21 151/23 153/18 153/20 154/6 154/11 154/25 155/2 155/4 155/11 155/15 155/17 155/24 156/4 156/14 157/1 163/25 164/2 164/4 165/15 166/17 167/2 167/5 167/7

177/10 178/24 179/1 179/3 197/17 197/20 198/9 204/24 205/5 210/6 216/2 216/5 218/11 219/2 221/11 222/18 223/2 246/8 246/11
**MR. PATANZO: [60]** 6/24 7/9 7/15 7/18 9/3 11/17 12/5 12/8 13/2 13/21 14/1 15/17 21/19 22/14 23/15 23/18 23/25 24/14 29/6 29/8 33/4 55/23 58/6 107/3 108/17 108/21 111/8 113/7 114/25 120/6 121/1 123/24 124/2 126/24 144/20 153/23 154/8 182/24 183/1 183/3 183/7 183/15 183/18 183/20 184/6 184/8 184/11 184/15 185/6 185/10 185/15 185/24 189/23 190/1 190/18 191/23 197/8 205/3 218/13 222/13
**MS. PITTAWAY: [30]** 72/15 77/21 80/8 81/13 81/16 81/18 88/8 90/13 90/16 93/11 97/7 155/14 166/20 179/7 179/9 183/23 184/18 228/22 240/2 240/4 244/8 244/11 244/17 244/21 244/24 245/8 245/11 245/13 245/22 247/18
**THE COURT REPORTER: [1]** 184/19
**THE COURT: [298]**
**THE COURTROOM DEPUTY: [32]** 3/2 13/12 35/18 35/22 36/13 36/16 36/19 92/18 98/12 98/23 99/10 99/12 99/15 156/1 156/10 156/18 156/20 156/23 167/8 179/21 179/23 180/2 188/10 188/12 190/22 198/1 198/3 198/7 223/15 223/17 223/20 242/18
**THE JUROR: [7]** 10/10 10/24 11/13 44/20 95/3 95/5 95/7
**THE WITNESS: [22]** 36/18 44/23 59/22 59/24 81/15 81/17 99/14 101/15 101/17 129/9 146/19 156/22 179/13 179/25 197/14 198/5 222/15 223/5 223/19 223/22 224/20 241/19

**$**
**$1,345.50 [1]** 76/1

**$300 [1]** 239/22

**/**
**/s/DIANE [1]** 248/8

**1**
**10 [4]** 27/20 27/21 43/11 245/10
**101 [2]** 1/14 248/10
**109 [1]** 1/17
**10:05 [1]** 35/17
**10:15 [1]** 34/25
**11 [13]** 43/17 117/8 117/11 136/20 136/21 136/23 143/18 143/19 168/1 168/5 168/12 178/13 178/16
**11 years [1]** 158/2
**11:37 [1]** 92/17
**11:43 [1]** 92/17
**11:52 [1]** 98/13
**11th [1]** 189/10
**12 [6]** 55/2 83/1 143/23 143/23 168/2 178/16
**12 years [1]** 79/2
**121 [18]** 72/15 77/22 80/9 80/20 107/3 107/6 108/17 108/21 108/23 111/10 113/7 113/9 114/25 115/2 120/7 120/10 166/22 183/21
**122 [1]** 2/11
**127 [2]** 2/11 166/22
**129 [1]** 2/13
**12th [1]** 176/7
**13 [2]** 53/25 178/20
**13.3.1 [1]** 167/23
**13th [2]** 102/25 119/10
**14 [11]** 2/3 3/8 28/22 30/6 47/19 117/17 137/7 143/25 178/20 185/12 185/24
**142 [1]** 2/13
**145 [1]** 2/14
**146 [1]** 2/15
**14th [1]** 94/7
**15 [5]** 45/2 117/21 137/17 137/21 159/25
**15 minutes [3]** 35/13 154/19 188/5
**151 [6]** 216/17 216/20 220/7 220/11 221/23 222/24
**152 [8]** 2/16 213/15 216/18 216/23 220/7 220/11 221/23 222/24
**154 [1]** 213/15
**157 [1]** 2/17
**15A [4]** 137/18 137/21 137/24 143/25
**15B [1]** 137/21
**15C [1]** 137/21
**160 hours [1]** 129/25
**16:28 UTC [1]** 170/3
**17 [5]** 48/6 71/17 73/9 73/11 95/18
**1700 [1]** 1/20

**17025 [1]** 203/2
**17th [1]** 175/23
**18 [5]** 95/21 118/2 138/5 143/25 199/6
**180 [1]** 2/19
**19 [2]** 96/1 189/8
**195 [1]** 2/19
**198 [1]** 2/21
**1:07 [1]** 98/13

**2**
**20 [10]** 14/11 63/14 63/23 74/11 74/12 74/17 83/11 92/1 96/2 143/23
**20 years [1]** 14/10
**20-plus [1]** 14/8
**20-year [1]** 25/20
**20/10 [1]** 245/10
**2001 [1]** 37/7
**2004 [1]** 37/7
**2006391 [1]** 209/8
**2009 [4]** 37/11 224/6 224/7 224/15
**2013 [1]** 37/12
**2015 [1]** 130/17
**2019 [1]** 94/7
**202 [1]** 1/20
**2020 [20]** 37/22 38/2 62/3 69/23 76/18 76/23 81/3 103/1 111/25 119/10 175/23 176/7 176/10 176/18 189/16 193/11 217/1 217/3 217/6 217/7
**2022 [2]** 1/5 248/8
**20th [2]** 69/21 119/10
**21 [7]** 65/4 65/6 85/6 205/22 207/1 207/2 207/7
**21-CR-14017-CR-CANNON [1]** 1/2
**216 [1]** 2/21
**21st [5]** 111/25 176/10 176/18 193/11 194/23
**22 [3]** 1/5 66/8 85/16
**222 [1]** 2/22
**223 [1]** 2/23
**23 [7]** 66/23 67/9 73/7 118/6 138/15 138/16 144/5
**2337 [1]** 248/11
**236 [1]** 2/24
**24 [11]** 67/17 68/8 75/11 76/5 86/24 118/10 125/19 130/1 138/25 142/9 144/5
**24 hours [1]** 159/25
**240 [1]** 2/24
**25 [11]** 71/19 71/22 72/13 72/17 72/19 88/1 88/12 96/3 125/21 138/13 235/21
**26 [5]** 68/14 89/7 118/14 144/5 144/8
**26A [2]** 139/7 139/10
**27 [1]** 69/4

**27th [1]** 217/6
**28 [1]** 69/9
**282 [1]** 1/6
**29 [3]** 69/16 76/19 76/19
**29th [3]** 69/23 76/22 81/3
**2:23 [1]** 155/25
**2:36 [1]** 154/18
**2:41 [1]** 155/25
**2nd [2]** 1/17 54/15

**3**
**30 [3]** 70/8 89/16 96/3
**30 days [1]** 176/15
**30 minutes [3]** 34/25 92/1 245/8
**308 [1]** 69/21
**31 [9]** 70/19 118/16 139/14 139/15 139/18 140/20 141/1 141/9 144/13
**32 [2]** 71/3 90/6
**33 [3]** 2/4 71/7 118/20
**33301 [1]** 1/21
**33A [1]** 144/13
**33B [3]** 140/16 141/1 141/9
**34 [13]** 79/7 79/10 80/5 80/7 80/11 80/17 80/19 80/21 80/24 118/24 140/24 141/9 144/13
**349151 [3]** 211/23 212/16 213/24
**349152 [1]** 211/24
**349154 [1]** 211/24
**349155 [1]** 211/3
**34950 [3]** 1/15 1/18 248/11
**349760 [2]** 211/25 215/8
**349761 [1]** 211/5
**349762 [2]** 212/1 214/2
**35 [11]** 92/22 92/25 93/3 93/6 93/9 93/18 93/22 96/14 96/16 141/5 144/13
**36 [8]** 2/5 92/25 93/4 93/6 93/9 95/6 96/14 96/16
**37 [9]** 165/16 165/17 165/21 166/18 166/23 166/25 167/3 167/10 172/25
**3706 Avenue K [3]** 37/22 63/3 63/17
**38 [15]** 3/20 3/23 3/24 4/9 4/12 182/9 182/11 182/16 182/19 183/14 184/5 186/7 186/9 194/25 229/7
**386371156 [1]** 95/20
**38A [4]** 3/16 3/22 5/9 5/14
**38B [1]** 5/15
**38C [7]** 5/1 5/22 191/4 195/10 195/16 229/8 229/17

Page 250

USA vs. RONELL BERNARD BRYANT
Case 2:21-cr-14018-AMC   Document 175   Entered on FLSD Docket 07/24/2022   Page 250 of 282

**3**

**38D [1]** 5/25
**38E [1]** 6/2
**38F [4]** 192/10 195/10
 195/16 233/19
**38G [4]** 192/21 195/10
 195/16 234/19
**38H [4]** 193/2 195/10
 195/16 234/25
**38I [3]** 193/15 195/11
 195/17
**38J [4]** 193/22 195/11
 195/17 235/3
**38K [2]** 195/11 195/17
**38L [3]** 194/5 195/11
 195/17
**38M [3]** 194/11 195/11
 195/17
**38N [3]** 194/18 195/11
 195/17
**39 [3]** 150/18 210/10
 210/11
**39A [13]** 104/20 104/21
 105/3 105/7 105/9
 105/10 106/17 107/1
 107/4 107/7 151/7
 151/18 211/23
**39B [5]** 104/21 106/13
 107/7 121/13 211/24
**39C [10]** 107/11 107/12
 107/20 108/15 108/22
 108/24 109/3 117/2
 136/9 211/25
**39D [7]** 109/22 109/24
 110/4 111/6 111/9
 111/11 211/4
**39E [9]** 112/12 112/13
 112/17 112/19 112/23
 113/5 113/8 113/10
 212/1
**39F [7]** 114/4 114/5
 114/8 114/18 115/1
 115/3 211/5
**39G [6]** 114/5 114/15
 114/23 115/1 115/3
 212/2
**3:25 [2]** 188/6 188/11
**3:44 [1]** 188/11

**4**

**40 [9]** 116/1 116/16
 130/1 130/2 135/10
 225/22 226/13 245/13
 245/15
**403 [2]** 185/17 185/21
**404 [21]** 4/1 5/4 7/2 7/13
 156/7 166/22 183/5
 183/16 183/21 184/9
 184/23 184/25 185/25
 189/6 190/8 245/24
 246/1 246/6 247/10
 247/13 247/15
**40B [8]** 116/5 116/20
 120/11 120/13 126/6
 135/12 135/17 143/1
**40C [6]** 116/5 117/2
120/11 120/13 126/14
 136/9
**40DD [5]** 116/6 118/15
 120/12 120/14 139/12
**40FF [5]** 116/6 118/19
 120/12 120/14 140/14
**40GG [5]** 116/6 118/23
 120/12 120/14 140/22
**40HH [6]** 116/6 119/1
 120/12 120/14 141/3
 144/12
**40J [5]** 116/5 117/7
 120/11 120/13 136/17
**40M [5]** 116/5 117/13
 120/11 120/13 137/2
**40N [5]** 116/6 117/20
 120/11 120/14 137/16
**40Q [5]** 116/6 118/1
 120/11 120/14 138/2
**40V [6]** 116/6 118/5
 120/11 120/14 125/21
 138/10
**40W [6]** 116/6 118/9
 120/11 120/14 125/17
 138/23
**40Y [6]** 116/6 118/13
 120/12 120/14 125/10
 139/5
**417 [7]** 26/4 29/25 30/9
 47/2 56/8 56/23 57/13
**42 [1]** 4/6
**43 [1]** 4/10
**434 [1]** 50/13
**4473 [1]** 196/23
**45 [1]** 64/15
**49 [1]** 2/6
**4:00 [1]** 155/21
**4:30 [1]** 97/10

**5**

**5,000 [1]** 201/25
**5.7 [7]** 95/19 96/2 96/3
 103/5 103/8 184/24
 236/13
**5.7x28 [3]** 96/3 96/4
 228/21
**50 [3]** 74/24 204/22
 221/10
**58 [1]** 2/6
**5:04 [1]** 241/22
**5:16 [1]** 248/2
**5:30 [2]** 241/24 244/23
**5th [1]** 54/2

**6**

**6-millimeter [1]** 177/24
**60 [3]** 2/8 221/8 221/9
**60 feet [1]** 220/23
**60 inches [1]** 220/23
**60 RFU [1]** 221/1
**60 RFUs [1]** 220/21

**7**

**7/20/2022 [1]** 248/8
**762 [1]** 214/4
**772-467-2337 [1]** 248/11
**7:13 p.m [1]** 176/11
**8**

**80 percent [1]** 130/12
**81 [1]** 2/8
**8:30 [3]** 243/25 244/3
 247/22

**9**

**90 [1]** 2/9
**921 [1]** 95/21
**99 [1]** 2/10
**9:00 a.m [3]** 242/16
 242/23 242/24
**9:48 [1]** 35/17
**9th [9]** 24/11 37/22 38/2
 62/3 76/18 189/16
 189/20 196/8 196/14

**A**

**a.m [8]** 35/17 35/17
 92/17 92/17 98/13
 242/16 242/23 242/24
**Aaronson [1]** 1/19
**abilities [1]** 37/19
**ability [16]** 10/5 12/13
 121/19 121/21 134/9
 158/11 175/13 202/2
 209/5 214/9 215/17
 222/5 222/8 222/8
 222/23 226/24
**able [56]** 4/6 13/3 13/4
 16/16 17/1 30/13 33/25
 34/3 38/5 40/15 50/11
 62/13 97/16 111/21
 115/21 125/18 125/22
 126/2 136/23 137/10
 138/19 139/2 139/9
 140/1 140/4 158/9
 162/15 170/18 171/19
 187/15 198/20 203/20
 212/10 212/13 212/17
 212/19 213/16 214/2
 215/9 215/11 217/14
 220/3 222/10 225/14
 232/21 233/1 235/7
 239/7 239/7 239/11
 239/14 239/24 241/8
 244/13 244/19 246/16
**about [130]** 4/22 7/1
 7/22 9/24 10/7 12/9
 12/10 12/12 13/4 14/23
 15/11 15/13 15/14 15/15
 16/14 17/21 18/9 19/14
 20/18 20/19 20/19 20/20
 21/9 21/11 21/21 22/21
 24/22 25/6 27/1 28/2
 29/16 30/6 34/25 35/10
 36/6 38/18 45/23 45/24
 51/20 52/6 53/15 54/14
 57/22 65/14 66/10 76/4
 85/19 85/24 88/25 99/24
 100/18 100/21 100/24
 109/3 111/25 114/18
 115/12 118/19 119/12
 122/24 123/3 126/13
 127/7 128/4 130/10
 130/12 130/23 131/4
**133/1 134/2 135/16**
 141/17 142/24 143/6
 147/24 148/16 149/7
 149/20 152/25 156/6
 159/18 159/23 160/14
 161/4 163/2 168/21
 169/10 171/24 178/13
 181/13 181/17 185/11
 189/9 199/6 199/13
 199/15 199/19 201/7
 201/25 204/17 208/3
 212/17 212/19 213/14
 213/15 214/2 214/3
 215/3 215/9 215/11
 216/14 217/12 219/11
 219/12 220/10 221/2
 222/11 228/14 230/2
 230/4 230/24 231/16
 231/16 232/2 232/9
 232/16 237/17 243/4
 243/9 243/15
**about for [1]** 45/23
**above [3]** 87/6 87/7
 248/7
**above-entitled [1]** 248/7
**absent [1]** 240/24
**Absolutely [2]** 75/2
 237/16
**absorb [1]** 219/13
**ABT [1]** 180/18
**academy [7]** 37/7 37/8
 37/9 60/19 100/15
 224/23 225/19
**accept [1]** 153/5
**accepted [1]** 181/20
**access [5]** 158/23 159/17
 162/21 169/19 170/24
**accesses [1]** 162/18
**accessible [1]** 187/19
**accommodate [1]** 11/10
**accommodated [1]**
 12/21
**accommodations [2]**
 10/19 155/7
**according [2]** 29/24
 126/2
**account [7]** 169/14
 181/19 181/22 193/4
 193/7 193/7 193/10
**accounts [2]** 169/12
 169/13
**accreditation [3]** 203/1
 207/21 207/24
**accredited [6]** 203/1
 203/3 207/14 207/15
 207/19 207/20
**accuracy [1]** 240/12
**accurate [1]** 248/6
**accurately [4]** 64/4
 64/18 119/8 202/2
**acid [1]** 205/9
**acids [1]** 102/7
**acronyms [1]** 160/13
**across [5]** 66/4 66/13
 225/11 225/12 230/12
**action [1]** 231/8
**actions [1]** 26/17
**active [1]** 20/12
**activities [1]** 180/21
**activity [1]** 177/4
**acts [2]** 176/25 177/1
**actual [7]** 159/20 162/2
 168/5 232/21 241/7
 241/10 246/17
**actually [45]** 28/25
 30/11 30/15 34/1 47/15
 50/21 51/2 53/12 55/18
 87/5 87/9 115/7 134/18
 147/22 148/10 149/22
 150/5 156/5 159/6
 164/15 168/3 168/9
 174/1 181/13 186/1
 199/11 203/1 203/11
 203/16 205/10 205/22
 207/9 208/16 209/2
 217/1 217/2 218/15
 226/3 227/17 228/13
 228/24 230/9 237/9
 239/4 246/1
**add [4]** 176/12 188/24
 206/23 213/9
**added [1]** 231/25
**adding [1]** 206/16
**addition [6]** 111/14
 127/23 133/23 204/8
 226/8 226/25
**additional [1]** 6/22
 42/5 42/10 81/4 115/10
 149/18 151/2 153/5
 185/18 200/25 241/9
**address [8]** 3/7 69/20
 160/24 168/15 168/17
 168/18 196/8 196/12
**addresses [1]** 168/16
**adjourned [1]** 248/2
**adjustable [1]** 236/5
**adjusted [1]** 171/10
**adjusting [1]** 229/11
**administer [1]** 129/5
**admissible [1]** 5/10
**admission [4]** 5/5 80/6
 183/14 184/5
**admit [1]** 195/1
**admitted [34]** 5/3 72/18
 72/19 77/24 77/25 80/19
 80/21 96/14 96/16 107/5
 107/7 108/22 108/24
 111/9 111/11 113/8
 113/10 115/2 115/3
 120/9 120/14 135/9
 143/24 150/17 164/6
 166/24 166/25 177/5
 186/8 186/9 187/24
 195/14 195/17 210/9
**admonished [2]** 7/23 8/1
**admonishment [1]** 14/22
**admonition [1]** 156/7
**advance [1]** 230/17
**advanced [2]** 226/8
 240/19
**advancing [1]** 230/18
**advise [2]** 7/5 8/12

**A**

advised [1] 8/11
affairs [2] 60/10 61/23
affect [7] 10/5 133/19
 133/21 208/24 209/5
 214/9 215/17
affecting [3] 95/24 96/7
 225/6
affirmatively [1] 222/22
affirmed [1] 12/19
after [36] 17/8 17/10
 17/11 17/12 17/14 20/12
 20/20 30/15 30/24 37/9
 40/13 52/20 55/13 61/12
 61/22 112/5 119/20
 122/14 158/19 158/25
 160/18 163/9 163/12
 165/6 165/10 165/10
 169/11 189/17 196/25
 199/13 206/15 212/16
 224/11 225/10 242/5
 246/5
afternoon [32] 11/8
 97/17 97/21 97/25 98/9
 99/7 99/18 120/25 121/5
 129/2 129/4 129/15
 142/5 142/6 146/13
 146/15 146/24 152/4
 152/5 154/18 156/16
 157/4 195/25 196/1
 197/23 198/12 198/13
 216/11 216/12 223/11
 236/24 236/25
AFU [2] 160/10 160/17
again [24] 5/16 5/17 7/11
 8/2 17/1 32/20 38/5
 44/20 62/13 76/19
 107/16 110/22 128/2
 139/2 139/9 148/8 171/4
 174/25 176/7 176/11
 189/15 195/7 206/25
 220/25
against [6] 15/24 22/10
 127/21 136/2 139/23
 208/15
agencies [11] 19/12
 19/17 19/25 20/7 153/14
 201/2 201/3 218/5
 218/19 218/20 221/5
agency [13] 19/22 32/8
 33/18 60/14 60/16 78/8
 78/9 203/9 209/7 221/11
 221/18 221/21 226/18
agent [27] 7/20 15/11
 15/24 73/1 97/19 98/1
 155/12 179/18 179/25
 180/10 180/17 188/22
 190/7 191/8 195/25
 196/3 197/12 224/1
 224/4 224/8 224/10
 224/23 225/18 225/18
 236/24 240/5 245/24
Agent Christy [7] 15/11
 15/24 73/1 188/22 190/7
 191/8 195/25
Agent Kelly [2] 236/24

Agent Kelly's [1] 245/24
Agent Seth [3] 97/19
 155/12 179/18
aggravated [1] 23/13
agitated [2] 12/11 12/15
ago [4] 80/17 145/4
 159/11 196/2
agree [4] 53/13 94/6
 95/17 125/11
agreed [3] 9/1 12/21
 93/14
agreement [1] 93/14
ahead [8] 72/22 73/25
 102/4 124/3 137/20
 168/9 235/24 236/6
AILEEN [1] 1/10
aiming [1] 4/17
air [3] 219/20 219/22
 220/5
Airsoft [1] 239/15
Airsofts [1] 241/1
al [1] 1/19
Alcohol [1] 180/6
Alcoholic [1] 180/17
all [280]
alleged [2] 94/10 177/4
allegedly [1] 176/25
allele [1] 220/17
allergies [1] 208/21
allow [4] 155/6 206/17
 232/7 243/2
allowed [5] 15/4 21/20
 22/14 187/21 187/24
allows [8] 100/6 129/24
 147/12 226/5 230/16
 231/6 231/25 232/6
along [14] 11/7 34/5
 51/4 51/5 55/16 74/5
 76/10 105/25 105/25
 106/2 198/22 199/9
 230/9 244/25
alphanumeric [1]
 171/17
already [14] 17/9 20/3
 21/20 27/6 27/6 27/9
 27/14 72/23 149/13
 155/19 160/14 185/6
 185/9 188/25
also [65] 5/3 6/2 6/16
 14/13 33/21 37/24 49/9
 51/7 56/8 66/5 75/9
 75/18 80/24 85/10 85/13
 88/18 97/18 101/25
 102/9 102/12 111/15
 115/9 118/3 118/12
 118/22 118/24 122/15
 124/24 125/24 126/13
 143/6 143/11 149/1
 152/17 161/1 163/8
 166/13 168/9 169/8
 177/16 178/17 180/18
 185/17 192/12 192/23
 192/25 193/17 194/14
 197/25 200/4 201/5
 203/3 206/11 209/12

211/4 211/1 215/5
 226/11 227/4 227/10
 228/4 238/1 243/8
 243/13 247/2
alter [1] 162/7
alterations [1] 162/10
altered [1] 164/20
although [4] 5/15
 141/24 229/5 240/25
Altima [2] 39/16 45/19
altitude [1] 175/15
always [6] 102/19
 103/25 105/20 162/9
 163/6 168/8
am [15] 14/25 68/21
 68/24 130/4 147/1
 152/22 157/20 204/12
 204/16 208/16 210/20
 212/4 222/4 227/11
 228/17
amenable [2] 8/21 12/22
AMERICA [5] 1/4 94/1
 94/3 95/12 95/14
America vs [2] 94/1
 95/12
American [2] 207/20
 207/23
amino [1] 102/7
ammo [25] 45/7 45/16
ammunition [38] 45/7
 45/9 45/12 45/13 45/15
 48/16 67/24 72/4 73/22
 74/7 74/18 74/22 74/23
 75/6 75/6 87/3 96/1 96/2
 96/4 96/5 96/6 96/7
 109/17 109/19 110/12
 110/17 110/19 117/3
 126/14 143/7 228/7
 228/25 229/1 236/8
 236/10 236/12 236/13
 236/14
Among [1] 227/25
amongst [1] 228/18
amount [4] 22/5 162/9
 220/1 220/3
amplification [2] 206/25
 211/17
amplified [1] 212/16
amplify [2] 211/21
 212/13
amply [1] 185/22
analyses [1] 204/17
analysis [39] 58/3
 106/21 109/5 111/14
 111/24 134/22 143/3
 144/9 147/25 148/7
 148/10 148/14 149/6
 151/1 152/13 153/14
 153/15 157/15 162/1
 171/23 175/7 200/5
 200/6 200/15 201/18
 201/24 202/17 202/25
 203/22 204/15 204/19
 205/1 205/20 207/6
 207/7 212/5 212/11
 212/11 225/13

analyst [19] 122/9
 129/15 129/17 129/24
 130/7 146/12 146/24
 147/2 147/13 147/23
 149/17 152/8 152/11
 153/24 199/5 199/12
 199/13 200/12 201/8
analyst's [1] 222/8
analysts [1] 217/8
analytical [6] 220/16
 220/18 220/20 220/25
 221/19 221/21
analyze [7] 134/15
 135/25 136/11 138/14
 138/17 202/3 204/11
analyzed [13] 106/9
 124/6 137/19 142/21
 143/19 144/1 144/6
 144/13 145/5 145/17
 145/25 158/1 206/7
analyzes [1] 176/4
analyzing [2] 130/11
 158/2
angle [1] 64/15
Angulo [4] 44/16 44/17
 155/14 155/16
Angulo's [1] 44/22
annually [1] 204/1
another [25] 4/20 4/23
 8/10 11/9 22/16 27/9
 33/21 33/23 43/13 48/22
 51/10 57/20 78/4 122/22
 125/17 147/23 152/18
 191/20 194/1 194/19
 203/14 216/24 219/6
 219/19 225/11
ANSI [2] 207/21 207/23
answer [5] 17/6 31/13
 31/18 202/7 202/11
answered [2] 8/1 133/14
answers [2] 31/16 98/7
anticipate [8] 8/3 91/24
 97/16 98/1 244/5 244/8
 244/11 244/24
anticipated [3] 3/17
 3/25 35/12
antsy [1] 10/13
anxiety [3] 10/14 12/10
 12/12
anxious [1] 10/23
any [151] 5/13 6/11 10/4
 10/6 10/7 11/8 11/12
 20/3 20/12 24/7 24/18
 24/25 25/6 28/13 28/16
 28/18 32/3 32/6 33/4
 33/6 35/1 37/5 39/1
 45/11 52/3 58/3 72/14
 77/20 77/21 80/6 80/8
 81/4 81/14 81/16 83/19
 83/21 86/8 86/11 86/13
 86/15 89/10 89/17 93/8
 97/4 100/5 100/14
 100/24 106/21 107/2
 107/25 108/16 111/7
 111/21 112/3 112/21
 113/6 114/13 114/24

120/5 129/23 130/3
 132/6 135/18 139/23
 140/1 144/21 147/11
 148/22 149/4 150/16
 150/16 151/1 151/17
 151/17 154/10 164/19
 164/20 166/19 166/21
 167/18 168/16 169/22
 175/8 177/2 181/10
 182/23 183/10 183/13
 185/2 185/2 185/4 187/9
 190/11 190/16 191/15
 195/22 196/16 197/10
 200/1 200/5 200/11
 200/14 200/17 200/22
 200/25 201/11 201/22
 202/15 203/24 205/2
 206/1 206/1 207/6
 208/24 209/14 209/19
 210/5 211/21 212/5
 213/6 214/8 214/15
 214/22 215/16 215/20
 219/6 222/11 222/17
 225/16 225/25 226/20
 227/14 228/20 233/12
 235/7 235/10 235/11
 239/14 240/7 241/9
 242/3 242/11 242/12
 243/7 243/8 243/8 243/9
 243/13 243/15 244/7
 245/19
anybody [5] 14/24 32/19
 50/21 123/11 139/18
anymore [2] 33/1
 228/19
anyone [3] 106/5 243/2
 243/2
anything [31] 17/4
 21/24 23/23 46/9 51/14
 53/22 58/17 58/23 101/7
 101/8 102/5 102/6
 103/12 105/22 110/20
 119/22 124/23 128/9
 130/8 162/10 180/12
 181/21 185/11 220/4
 227/7 234/16 234/22
 235/16 241/3 243/6
 247/16
anywhere [1] 28/9
apart [6] 16/21 106/21
 151/1 159/4 184/3 185/3
Apartment [1] 69/21
Apartment B [1] 69/21
apologies [1] 224/20
apologize [11] 6/25
 10/10 31/14 31/14 71/18
 73/14 124/2 124/2 187/8
 187/25 227/18
apparent [8] 52/10
 52/16 237/8 239/4 239/9
 239/15 240/25 245/25
apparently [3] 4/2 8/13
 187/2
appear [15] 63/18 72/6
 72/9 72/10 106/8 110/7
 112/21 114/13 151/4

**A**

appear... [6] 182/3
192/6 229/19 232/16
234/6 240/23
appearance [5] 43/21
68/11 119/9 175/1 175/4
APPEARANCES [1]
1/12
appeared [2] 14/19 41/9
appears [28] 44/3 64/11
64/17 69/14 70/23 71/15
76/1 88/19 125/11
125/12 151/4 164/18
182/21 183/9 187/7
192/9 192/18 193/14
229/5 229/21 230/10
232/14 232/18 233/19
233/22 234/5 235/4
235/8
Apple [7] 47/12 47/13
159/10 171/14 171/14
171/15 176/14
Apple's [1] 172/3
apples [2] 203/14 203/15
application [1] 172/5
applications [1] 162/14
applies [1] 5/15
apply [2] 82/6 104/2
applying [1] 224/11
appreciate [4] 187/1
187/6 188/17 222/14
approach [11] 9/6 29/8
47/3 55/23 71/8 104/23
107/14 155/5 163/25
186/15 210/6
appropriate [3] 6/10
7/13 228/7
appropriately [1]
245/17
approximate [1] 158/2
approximately [10]
60/12 60/18 129/25
130/14 147/10 157/25
180/14 201/23 204/21
226/19
April [5] 69/23 76/18
76/22 81/3 189/15
April 29th [3] 69/23
76/22 81/3
April 9th [1] 76/18
arch [1] 132/14
archive [1] 160/5
are [206] 3/10 3/14 4/8
6/5 6/6 8/6 11/2 14/20
14/23 15/4 18/12 18/22
20/1 22/4 23/22 25/18
26/23 28/9 28/9 32/16
33/11 33/24 36/5 36/6
37/14 37/17 39/1 39/1
43/9 46/11 50/3 50/8
50/11 52/6 57/8 67/12
68/6 68/20 72/5 72/5
74/6 74/9 74/23 75/6
75/14 75/15 82/2 83/22
84/8 84/13 84/19 85/22
86/2 86/14 91/3 91/3

92/10 93/2 93/10 93/14
95/3 97/4 100/10 101/23
102/20 103/13 105/6
106/19 107/4 108/10
110/13 110/24 115/1
120/9 122/14 122/18
124/18 125/14 125/18
125/21 130/3 131/12
132/10 132/11 132/19
132/22 133/11 133/11
133/18 133/24 134/17
141/19 142/7 142/16
142/16 147/2 149/1
149/2 149/10 149/24
151/1 151/8 152/21
153/2 153/3 153/8 154/4
154/17 155/23 157/11
157/18 157/21 157/23
160/8 161/18 168/19
169/2 169/18 170/18
171/6 171/7 171/9
171/16 172/16 172/17
172/17 175/18 179/5
180/8 181/13 184/4
185/4 187/19 187/22
188/15 188/17 188/24
191/1 195/2 199/17
200/11 200/14 200/17
202/10 203/1 203/10
203/16 204/7 204/9
204/13 208/18 208/24
210/18 212/2 213/13
213/25 214/14 214/18
214/19 214/23 215/3
215/4 217/14 218/5
218/5 218/8 219/15
219/24 221/10 222/7
222/7 224/25 225/25
226/4 226/6 227/10
228/4 228/16 228/20
228/24 231/1 231/4
231/11 231/12 233/9
233/11 233/12 233/14
235/7 237/19 238/12
238/19 238/23 239/7
239/15 239/25 240/15
240/17 240/22 240/25
241/8 242/15 242/21
244/25 245/3 245/25
area [15] 10/21 17/13
22/22 44/2 47/13 64/22
65/14 65/18 65/18 65/21
104/2 149/14 208/15
232/2 233/21
areas [14] 104/8 121/10
121/25 122/6 122/19
124/21 127/18 128/10
157/10 205/22 207/1
207/2 207/8 207/10
aren't [2] 243/4 244/1
argument [4] 24/1 24/8
246/6 246/14
arguments [1] 245/4
arm [1] 4/18
arms [1] 4/17
around [12] 12/11 26/10

32/2 34/25 40/6 46/17
111/3 134/7 184/21
189/12 221/5 221/5
arrest [11] 21/13 21/21
21/22 21/24 22/24 22/25
24/4 24/5 24/10 37/16
47/18
arrested [4] 191/19
192/1 192/20 196/17
arrive [1] 242/24
arrived [4] 8/7 17/13
17/13 34/9
arsons [1] 180/12
article [2] 86/5 202/22
articles [2] 26/19 208/13
articulate [1] 34/1
artifacts [3] 161/15
161/16 162/13
artist [1] 68/20
as [232] 3/13 3/14 4/10
6/18 7/6 8/20 8/20 10/22
12/20 13/1 18/11 18/12
18/12 18/13 18/15 21/14
21/14 22/25 22/25 23/4
23/9 23/12 24/9 26/4
26/11 26/12 33/10 33/10
37/17 37/18 37/19 37/24
42/13 46/16 46/20 50/19
56/15 62/2 62/11 63/14
65/8 66/14 67/4 67/4
67/23 67/23 70/7 72/13
75/22 77/19 77/24 78/25
79/6 80/5 80/25 82/3
82/9 82/12 86/6 88/11
92/22 93/15 94/6 95/17
95/18 95/20 96/1 96/14
97/19 100/2 100/4
100/17 100/18 104/15
104/19 105/3 106/8
106/21 107/10 108/23
109/22 110/4 110/7
111/10 112/11 114/4
114/25 115/2 115/20
115/25 116/1 116/1
116/2 116/2 116/2 116/2
116/3 116/3 116/3
119/14 122/4 122/5
128/11 129/24 130/7
130/14 130/16 135/9
136/14 136/17 137/2
138/10 139/21 140/19
141/1 141/9 142/9 143/4
143/8 143/21 144/3
144/15 146/21 146/21
147/1 147/12 147/15
147/15 147/19 148/2
150/4 150/18 150/21
151/17 153/23 158/25
159/19 160/24 163/23
164/6 164/9 164/9
165/16 165/21 167/19
169/13 169/13 171/15
172/16 172/17 172/20
174/5 176/10 178/21
180/7 180/23 182/16
183/14 184/5 185/19

188/6 188/7 190/5
190/13 191/22 193/6
193/12 195/8 195/8
195/8 196/2 196/15
198/20 199/3 199/24
200/4 200/6 200/11
200/12 200/14 201/8
201/8 201/17 204/25
207/4 207/6 209/8
209/12 209/22 210/10
210/16 212/16 213/9
213/16 213/16 213/23
219/22 220/1 221/23
222/21 224/25 225/9
225/9 226/6 226/6 226/9
227/16 228/14 228/14
228/20 230/4 230/17
230/18 231/22 231/22
232/1 233/2 233/3
234/13 234/13 235/6
235/6 235/8 237/4
240/20 240/20 241/6
241/7 242/6 242/22
243/1 247/11
ask [22] 8/17 8/19 10/25
21/23 35/1 37/17 40/14
55/21 58/2 60/22 95/3
96/20 107/16 108/7
154/23 192/7 194/6
194/20 217/1 224/17
230/2 245/13
asked [19] 4/7 7/22 12/8
12/12 20/19 57/22 103/1
103/4 107/24 126/13
141/14 163/22 209/15
209/16 209/18 210/24
218/24 219/8 219/12
asking [3] 18/20 23/21
82/17
aspect [1] 184/13
aspects [1] 180/11
assault [1] 23/13
assented [1] 12/19
assign [1] 33/18
assigned [9] 9/20 11/4
26/5 30/14 33/23 60/9
60/25 61/15 211/1
assist [3] 10/22 34/9
83/8
Assistant [2] 94/4 95/15
assisted [1] 41/12
assisting [2] 44/19 177/6
associate [1] 191/25
Association [2] 130/5
130/6
assortment [1] 85/20
assume [1] 33/1
assuming [3] 25/20 54/9
133/18
assurance [1] 203/4
ATF [18] 19/24 20/6
180/7 180/13 180/16
196/23 224/1 224/5
224/10 224/12 224/13
224/23 225/4 225/18
225/25 226/12 226/18

227/10
attached [3] 25/15 67/1
123/6
attachments [1] 231/25
attempt [4] 111/15
211/6 240/18 240/20
attend [2] 130/7 200/19
attended [3] 200/18
226/8 226/11
attention [33] 10/6
12/13 12/16 82/24 83/10
85/4 89/6 89/16 90/1
90/5 102/25 111/24
117/1 117/6 117/13
117/20 128/10 137/11
138/9 138/16 138/22
139/5 139/12 140/13
140/22 172/24 175/6
208/1 211/3 211/22
215/8 237/1 237/14
attorney [6] 1/14 94/13
94/14 96/10 96/10 145/4
Attorney's [1] 218/25
attorneys [5] 94/4 94/5
95/15 95/17 243/13
attributed [1] 86/16
August [2] 32/2 217/3
AUSA [1] 1/13 1/13
author [1] 24/18
authorities [1] 19/15
automated [1] 169/20
automatic [1] 230/16
automatically [1]
163/19
available [5] 89/14
97/10 197/16 222/9
225/24
Avenue [4] 37/22 63/3
63/17 196/8
Avenue K [1] 196/8
avoid [3] 23/1 187/9
187/12
await [1] 11/15
awaiting [1] 8/6
aware [20] 6/23 7/20 8/3
11/6 21/15 22/13 46/11
63/10 68/20 82/2 83/22
84/9 84/13 84/19 84/25
85/1 85/3 86/2 86/14
86/17
away [6] 8/20 35/7 89/5
208/1 219/23 219/24
AXIOM [19] 157/23
161/6 161/6 161/7
161/10 161/18 162/1
162/12 162/15 162/18
162/21 165/2 165/12
166/13 171/21 173/7
173/8 175/7 176/3

**B**

B-A-K-E-R [1] 146/19
baby [1] 155/18
bachelor [1] 198/21
back [72] 3/2 7/25 8/9
13/25 16/17 16/18 17/2

**B**

**back... [65]** 19/10 21/12 25/13 29/2 34/8 38/22 39/21 39/24 40/3 41/1 41/7 42/11 43/4 47/17 47/23 48/1 48/8 48/18 49/2 58/16 58/18 58/23 59/1 59/3 63/11 79/9 79/16 82/15 86/19 92/12 98/11 104/3 104/12 104/15 119/9 119/14 127/10 143/18 159/3 160/1 162/25 163/14 163/15 164/11 165/22 176/14 177/23 177/25 178/1 178/2 178/3 178/5 178/6 182/8 188/13 192/20 230/3 231/3 231/11 234/13 241/23 242/15 242/16 242/17 246/22
**backed [1]** 161/2
**background [2]** 131/5 220/20
**backlogged [1]** 153/8
**backwards [1]** 231/8
**badge [3]** 46/24 47/1 166/8
**bag [63]** 15/21 16/7 16/9 18/12 21/20 26/10 26/12 26/13 26/15 26/18 27/9 27/12 27/13 27/16 27/17 28/3 28/7 28/10 30/7 31/3 34/3 40/5 40/7 40/8 40/14 40/16 40/17 41/7 41/10 42/5 42/18 43/19 47/23 51/3 51/10 51/12 51/13 51/20 51/20 51/22 52/6 52/14 52/18 52/19 52/20 52/22 52/25 53/7 53/8 53/9 53/12 53/13 53/14 54/3 54/9 54/16 54/18 54/21 54/25 71/21 75/12 75/14 88/3
**bags [7]** 40/5 51/8 51/9 51/25 52/3 58/22 58/22
**Baker [8]** 2/15 97/15 146/12 146/16 146/19 146/24 152/4 217/4
**balance [1]** 24/3
**balancing [1]** 185/17
**bar [1]** 67/1
**bare [1]** 24/5
**barrel [1]** 237/23
**base [6]** 109/8 113/22 114/16 114/19 213/19 214/7
**based [23]** 102/21 106/9 106/19 107/24 107/25 110/8 122/19 138/19 143/3 144/9 170/18 172/4 203/16 204/5 206/11 207/3 209/16 211/19 221/19 232/15 233/7 245/24 247/10
**basic [7]** 110/23 130/1

131/7 132/11 171/4 224/23 225/19
**basically [5]** 162/24 193/8 199/16 205/8 206/16
**basis [2]** 37/16 246/1
**be [279]**
**Beach [2]** 41/23 152/23
**bearing [3]** 95/19 96/2 96/4
**became [1]** 7/20
**because [39]** 5/22 10/17 16/6 16/11 16/17 19/11 47/16 55/13 57/15 74/13 101/9 127/12 128/1 128/2 132/7 133/5 133/6 133/9 134/5 134/9 135/1 140/10 146/2 149/10 153/8 160/14 162/7 169/25 170/15 171/18 172/11 172/14 184/16 184/24 187/15 206/20 211/21 222/7 238/22
**become [1]** 224/10
**becomes [2]** 12/24 131/12
**bed [6]** 66/19 67/22 83/14 83/16 83/16 83/17
**bedroom [28]** 64/17 64/22 64/23 64/24 65/7 66/19 67/1 67/21 67/22 68/18 69/7 69/14 69/19 70/14 70/16 71/5 71/16 71/25 76/22 79/25 80/2 83/14 83/16 83/16 83/16 85/4 86/11 86/15
**bedroom 1 [1]** 83/16
**bedroom 2 [4]** 64/22 67/21 83/16 85/4
**bedroom 3 [1]** 83/16
**bedrooms [5]** 64/2 83/12 83/23 84/5 84/14
**bee [1]** 101/19
**been [96]** 8/11 14/17 17/9 17/12 17/14 17/18 21/23 23/18 23/20 30/10 40/24 43/5 44/18 46/2 47/18 48/15 50/10 51/24 53/1 53/2 54/5 60/11 60/12 63/11 72/13 75/17 75/18 77/19 78/25 79/2 79/6 80/4 87/21 88/5 88/11 88/19 89/14 90/4 92/22 96/14 104/19 105/2 105/22 107/10 109/22 110/4 112/11 114/4 115/25 123/12 130/14 130/16 135/9 142/8 147/8 149/13 149/23 150/17 151/3 151/4 154/2 158/2 158/9 158/16 161/2 164/6 164/8 164/20 165/15 165/20 176/17 181/20 182/16 182/23 184/17 184/25 188/25 190/5

190/7 190/9 191/16 195/14 199/18 202/21 202/23 210/9 215/22 217/3 218/9 218/17 219/8 224/8 226/3 226/15 226/17 227/2
**before [46]** 1/10 6/24 10/2 10/16 14/17 18/2 18/10 18/24 30/20 40/6 60/19 61/15 64/7 96/21 103/11 107/24 110/7 111/19 112/12 114/25 123/23 130/21 134/20 140/11 155/6 158/10 158/16 158/24 160/16 171/23 174/5 180/15 186/12 189/23 191/19 191/22 199/14 204/9 204/18 212/6 214/22 244/14 245/16 245/20 247/1 247/16
**begin [3]** 11/23 21/12 96/20
**beginning [1]** 17/5
**behind [8]** 5/19 85/25 147/19 168/10 208/13 208/17 208/23 208/23
**behoove [1]** 32/19
**being [40]** 4/20 4/22 4/23 13/4 18/5 18/5 18/9 18/11 18/12 18/13 18/13 18/13 23/22 26/8 26/17 26/19 31/14 56/13 61/15 69/1 74/12 75/22 97/16 98/2 173/16 192/1 209/1 231/14 232/25 233/9 233/13 234/11 234/14 234/20 234/22 235/14 235/17 241/12 246/18 246/19
**Belgium [3]** 95/22 96/5 238/19
**believe [38]** 7/11 10/6 17/19 17/25 19/19 22/16 26/11 31/18 36/10 44/16 46/14 47/14 47/14 54/15 55/10 57/7 57/19 62/20 66/22 68/3 82/5 82/16 83/3 83/3 97/20 97/22 121/13 136/8 136/17 151/7 189/11 191/19 241/4 245/23 246/8 247/3 247/5 247/8
**believed [1]** 63/6
**belonged [3]** 76/25 77/9 86/12
**belonging [1]** 64/25
**below [2]** 95/17 177/16
**belt [22]** 28/24 41/7 42/7 42/8 42/20 43/19 43/22 43/23 44/3 44/5 47/2 47/24 47/25 48/4 48/10 53/19 192/14 192/17 192/18 192/25 193/12 193/24
**benefits [1]** 228/14

**Benjamin [1]** 1/19
**BERNARD [6]** 1/6 94/1 94/7 95/12 95/16 96/11
**besides [2]** 87/6 187/21
**best [9]** 11/1 11/10 12/19 18/7 97/24 128/7 149/12 203/10 231/4
**better [5]** 79/5 121/23 145/15 145/18 180/7
**between [24]** 19/23 68/4 81/19 90/15 116/9 119/21 120/18 131/21 141/23 148/6 151/22 155/13 161/25 174/3 176/1 189/20 209/20 214/20 216/4 236/16 236/21 239/7 239/8 240/3
**Beverages [1]** 180/18
**BFU [2]** 160/10 160/15
**bias [1]** 214/23
**bifurcation [1]** 145/12
**bifurcations [1]** 132/19
**big [2]** 34/6 132/14
**billions [1]** 207/2
**bin [2]** 176/14 176/16
**biochemistry [2]** 198/22 200/8
**biography [1]** 79/5
**biological [4]** 147/3 149/3 149/4 199/23
**biology [6]** 198/18 198/23 199/20 199/22 220/11 222/2
**biology/DNA [1]** 198/18
**bit [18]** 66/5 75/12 94/21 102/21 102/24 109/3 119/12 127/7 131/4 133/1 134/8 147/24 159/18 163/2 208/2 214/17 219/11 244/17
**black [12]** 4/18 5/9 5/12 5/19 6/1 43/23 47/13 66/12 85/24 102/11 132/1 192/18
**bleed [1]** 208/7
**bleeding [1]** 208/6
**blinds [1]** 229/11
**bling [1]** 43/23
**blood [8]** 147/4 148/23 148/25 199/24 205/15 205/24 208/8 209/25
**blue [5]** 30/8 39/16 41/1 66/12 67/10
**blueprint [1]** 205/10
**bluetooth [1]** 168/18
**Board [2]** 207/21 207/24
**Bodie [4]** 152/25 153/3 218/9 218/15
**body [12]** 31/24 32/3 32/3 32/4 32/5 32/6 32/10 32/14 32/19 32/22 33/2 205/14
**book [1]** 27/16
**books [1]** 227/1
**borders [1]** 225/12

**both [19]** 43/5 44/19 54/2 54/2 67/4 93/10 104/2 113/17 121/7 124/13 148/14 159/7 164/9 199/16 200/8 201/15 229/6 245/8 245/15
**bottle [5]** 70/12 70/13 89/17 89/22 90/3
**bottom [9]** 64/9 67/8 110/23 169/12 193/9 234/3 235/5 235/5 235/6
**bought [2]** 41/23 41/24
**Boulevard [1]** 1/20
**bow [2]** 38/12 62/20
**box [58]** 5/9 8/16 49/20 50/3 63/9 63/10 64/25 65/19 65/22 65/25 66/4 66/6 66/10 66/12 66/13 66/14 66/25 67/4 67/4 67/21 68/12 71/24 72/1 72/4 72/5 73/6 74/7 74/18 74/22 74/24 75/7 85/19 85/24 86/1 87/1 87/2 87/4 87/17 87/20 87/25 87/25 88/12 88/15 88/17 88/21 90/20 90/21 117/3 126/14 126/18 142/18 142/19 142/25 143/7 143/7 143/12 159/8 236/8
**boxes [2]** 66/5 85/17
**bracketed [1]** 168/7
**brackets [1]** 168/2
**bravo [1]** 116/1
**break [18]** 11/7 11/8 11/9 16/17 34/24 35/1 35/12 92/7 96/19 154/16 154/18 155/23 160/3 161/12 186/17 214/17 226/5 242/21
**breaks [2]** 11/6 12/22
**brief [3]** 92/10 92/14 247/14
**briefly [3]** 38/11 144/22 201/14
**bright [2]** 13/17 243/19
**bring [12]** 48/22 82/24 83/10 85/4 89/6 90/1 90/5 237/1 237/14 241/23 242/14 246/3
**bringing [2]** 89/16 134/24
**broken [6]** 20/1 103/14 105/22 123/9 123/12 147/17
**brother [9]** 30/2 30/3 41/15 49/2 51/5 53/8 53/9 54/20 85/2
**brought [5]** 16/18 17/2 33/24 59/15 227/15
**brush [1]** 102/11
**brute [3]** 170/3 170/7 170/11
**BRYANT [43]** 1/6 18/24 38/3 38/5 38/15 38/22

Page 254

USA vs. RONELL BERNARD BRYANT
Case 2:21-cr-14014-AMC   Document 175   Entered on FLSD Docket 07/24/2022   Page 254 of 282

**B**

BRYANT... [37] 41/23 55/14 62/2 62/11 65/1 68/5 68/20 69/19 69/25 70/12 71/15 75/23 76/21 76/25 77/9 79/25 86/12 86/16 136/3 137/10 137/13 137/24 138/6 140/4 143/4 143/8 143/21 144/3 144/9 144/15 180/21 180/25 191/21 196/10 196/16 246/24 246/25
Bryant's [9] 41/22 48/13 54/2 55/5 65/2 83/6 86/4 86/7 181/19
Bryant, [7] 94/1 94/5 94/8 94/14 95/12 95/16 96/12
Bryant, III [7] 94/1 94/5 94/8 94/14 95/12 95/16 96/12
buccal [1] 209/24
buckle [1] 192/18
bullets [1] 109/12
bulls [1] 132/13
bulls-eye [1] 132/13
bureau [2] 180/6 180/9
business [6] 74/5 76/13 76/13 87/2 117/9 143/19
button [1] 47/8
buy [1] 66/13
bypass [1] 158/11
bypasses [1] 170/13

**C**

C-E-R-T-I-F-I-C-A-T-E [1] 248/4
C-H-R-I-S-T-Y [1] 180/1
cable [2] 159/16 171/1
caliber [4] 73/22 228/4 228/25 229/1
California [2] 74/13 74/14
call [26] 22/21 34/22 35/5 35/25 59/10 97/19 98/21 99/1 122/19 128/18 132/18 146/10 151/14 155/12 155/13 156/2 156/13 173/17 179/15 189/22 190/21 197/18 220/17 228/19 231/2 242/17
called [30] 17/12 17/14 17/24 26/6 93/13 93/14 101/12 101/25 131/10 134/18 149/1 157/23 158/7 158/16 158/18 158/19 159/9 160/5 160/12 172/3 206/14 206/19 206/25 207/8 209/24 217/15 220/20 225/1 228/5 230/7
calling [1] 98/16
calls [16] 36/1 59/13

83/24 84/6 86/20 99/2 123/14 128/20 146/12 156/14 179/17 197/20 218/11 219/2 221/11 223/7
came [38] 7/19 17/7 17/11 37/12 48/19 53/13 53/14 54/11 55/16 80/15 125/19 125/22 132/5 132/6 142/14 142/18 142/21 142/25 143/13 143/15 143/23 150/1 150/24 190/13 191/11 191/12 191/25 192/11 192/12 192/22 192/23 193/16 194/3 194/8 194/12 194/13 194/14 210/17
camera [14] 17/11 17/12 17/14 17/21 32/19 33/2 33/18 175/15 177/21 177/24 177/25 178/1 178/5 192/9
cameras [9] 31/24 32/3 32/3 32/4 32/5 32/6 32/10 32/14 32/22
camping [1] 132/15
can [164] 9/24 10/1 10/19 10/20 10/24 11/3 12/25 14/1 19/7 22/21 23/1 23/18 29/8 30/19 35/21 43/21 44/2 44/20 52/3 53/12 54/24 55/1 61/5 62/18 62/22 63/21 65/8 71/20 74/10 75/11 78/5 79/5 88/6 89/5 93/18 93/19 93/20 94/16 94/24 96/21 99/12 99/19 100/9 101/2 101/3 101/4 101/14 103/20 105/21 106/5 109/17 110/4 110/18 110/20 112/16 114/8 115/12 116/17 121/1 122/1 122/2 122/5 122/12 128/2 128/23 131/6 131/16 133/19 133/21 133/25 134/2 134/4 135/10 137/12 145/7 146/21 149/4 150/8 150/10 153/2 153/7 153/7 153/8 155/5 155/12 158/22 159/1 159/5 159/18 159/22 159/25 160/3 161/20 161/22 161/24 161/25 162/22 167/10 167/12 168/2 168/25 169/5 169/5 169/12 169/17 170/8 170/9 172/1 174/24 175/10 175/14 182/13 186/18 187/16 187/18 188/7 191/5 191/6 193/7 201/4 201/14 202/5 203/7 206/2 206/7 208/4 208/7 208/11 208/13 208/15

208/16 209/5 209/20 211/10 211/20 212/23 212/25 213/3 213/5 213/21 214/9 214/11 215/17 217/24 218/4 219/13 219/16 219/22 221/16 222/9 224/18 229/9 229/12 233/15 235/5 235/24 238/4 238/7 238/9 238/10 238/11 239/22 242/25 245/17
can't [18] 22/10 30/16 79/13 84/10 119/21 135/3 142/15 145/14 155/20 158/17 170/23 172/8 172/14 184/19 187/11 195/9 231/10 238/24
CANNON [4] 1/2 1/10 93/25 95/11
cannot [2] 159/13 245/24
capabilities [1] 217/13
capture [2] 32/19 33/2
car [18] 7/25 39/6 39/11 42/11 45/23 45/25 46/1 46/2 46/11 46/12 46/13 46/17 47/23 48/8 63/11 194/1 246/23 246/25
card [8] 74/5 76/11 76/13 87/2 117/9 137/20 143/19 169/7
cardboard [2] 101/8 102/6
career [2] 79/1 199/1
careful [1] 21/10
carriers [1] 169/2
carved [1] 233/4
case [109] 1/2 10/5 10/12 22/21 22/25 24/19 30/22 49/8 66/16 66/18 66/19 66/21 68/8 70/16 72/22 73/20 73/22 73/25 74/2 74/3 74/9 74/18 75/7 75/9 75/10 80/2 82/9 83/20 87/10 93/16 93/25 95/10 101/3 103/2 103/18 104/5 112/1 112/2 113/1 113/14 118/8 118/12 118/14 123/4 124/12 124/12 124/13 124/18 124/21 124/22 124/23 125/3 125/9 125/17 125/18 125/22 125/25 126/15 127/16 141/14 141/18 144/5 144/8 144/18 148/13 148/15 150/3 150/16 150/24 152/6 152/14 162/3 164/17 174/18 175/3 175/5 189/18 196/3 196/3 196/23 199/11 206/12 206/12 209/7 209/7 209/9 209/11 209/13

210/24 211/14 212/14 215/20 216/17 232/6 236/3 236/4 243/2 243/3 243/5 243/7 243/9 243/11 243/14 243/15 243/17 244/6 244/7 246/23 247/25
cases [4] 153/16 199/11 209/25 225/5
casework [1] 202/8
Cash [1] 76/3
cat's [1] 21/20
catch [2] 110/20 128/2
categories [5] 161/17 161/19 161/22 162/19 181/12
category [1] 162/22
cause [3] 12/23 13/3 231/8
cautionary [3] 6/18 7/3 7/12
cautious [1] 244/17
Cellebrite [1] 170/15
cellphone [9] 46/8 46/12 76/25 81/25 157/11 158/5 163/23 164/13 180/24
cellphones [7] 46/14 57/18 79/3 157/13 157/16 158/1 158/2
cells [10] 147/5 205/14 205/15 205/15 205/16 205/16 206/15 206/17 208/8 211/12
center [4] 70/25 199/3 224/22 232/3
Center's [1] 224/15
Central [2] 198/22 201/5
certain [11] 6/8 91/5 91/6 93/14 124/18 127/8 162/16 202/25 229/13 240/24 240/25
certainly [6] 10/8 24/14 54/10 142/1 219/9 220/4
certainty [1] 245/25
certifications [1] 200/17
certified [3] 129/21 202/20 203/16
certify [1] 248/5
cetera [1] 247/24
chain [3] 24/25 26/1 174/17
chair [3] 8/19 11/3 12/21
chairs [2] 10/20 11/5
chamber [3] 230/17 230/18 230/20
chance [1] 102/2
change [3] 12/24 131/19 149/2
changed [3] 227/3 227/3 227/7
characteristic [4] 148/22 148/24 149/4 230/6

characteristics [14] 132/9 132/22 227/23 227/25 228/9 230/2 230/4 231/12 231/13 231/19 233/7 233/9 233/12 237/17
charge [5] 19/22 20/2 20/14 20/15 243/23
charged [7] 21/23 22/17 23/20 23/22 23/23 177/2 177/8
charging [1] 159/12
Charlie [1] 116/2
check [2] 45/8 203/20
checked [3] 48/15 158/21 203/16
chemical [4] 101/10 101/14 115/16 131/25
chemicals [1] 235/23
chemistry [1] 198/23
child [1] 157/12
choice [1] 158/6
Chris [1] 50/13
CHRISTOPHER [1] 1/13
Christy [14] 2/18 7/22 15/11 15/24 73/1 97/19 155/12 179/18 179/22 179/25 188/22 190/7 191/8 195/25
cigarette [1] 180/19
circle [8] 44/2 64/20 65/18 132/14 135/2 135/2 135/3 234/9
circling [4] 64/15 64/20 87/1 87/2
Circuit [1] 7/13
Circuit's [1] 6/18
circumference [1] 237/24
circumstances [3] 32/16 246/20 247/11
citation [7] 69/18 69/22 70/5 70/6 76/21 79/24 80/25
City [5] 60/6 60/17 78/21 79/1 157/6
clarification [1] 145/3
clarify [2] 82/15 82/17
clarity [1] 193/19
class [4] 130/1 130/2 130/2 201/6
classify [1] 148/2
classroom [1] 226/9
claustrophobia [2] 8/12 10/7
clean [3] 50/24 73/4 171/1
cleaned [1] 209/4
cleanliness [1] 49/10
clear [12] 3/13 26/9 42/13 66/9 120/10 133/14 169/25 183/8 194/24 194/25 195/1 245/8
clearing [1] 63/22

**C**

clearly [4] 12/10 12/15 23/3 27/24

click [1] 161/20

clicking [1] 187/13

client [2] 22/2 22/6

clone [2] 162/3 162/11

clones [1] 162/10

close [8] 5/6 13/22 47/18 55/20 99/19 142/17 146/21 204/22

closed [3] 52/18 52/19 52/20

closes [1] 50/15

closet [11] 64/23 65/12 65/12 65/15 65/20 66/16 66/25 67/21 85/8 85/11 85/15

closeup [1] 142/11

closing [3] 245/2 245/4 245/16

closings [2] 244/16 244/20

clothes [5] 41/8 42/6 85/8 85/10 85/13

clothing [20] 6/7 26/19 30/23 42/20 52/13 85/21 86/4 86/5 86/7 86/11 86/15 86/18 89/8 89/11 193/12 208/13 208/17 219/11 219/12 219/16

cloud [2] 161/2 229/14

Coast [1] 130/4

code [5] 67/1 95/21 169/23 171/5 171/7

Cole [6] 136/3 137/11 137/13 137/25 138/7 140/8

collaboration [1] 19/23

colleague [1] 144/24

collect [11] 29/12 86/8 90/23 101/24 128/1 141/25 142/11 147/5 148/20 149/5 151/23

collected [7] 31/19 58/24 69/1 134/11 148/4 149/13 206/12

collecting [5] 33/10 90/23 91/2 150/4 150/5

collection [6] 67/12 100/19 100/22 100/25 106/11 157/15

collectively [1] 201/21

collectors [1] 228/18

college [2] 100/12 224/11

colloquy [1] 9/10

color [3] 42/24 46/15 149/2

colored [2] 38/12 187/12

column [2] 56/14 57/12

combined [1] 226/10

come [30] 5/11 6/17 7/14 8/18 14/19 17/10 22/22 35/10 36/6 40/10 40/20 54/8 66/4 66/13 66/15

76/24 80/14 90/10 139/18 148/3 155/20 189/3 194/2 194/7 194/20 209/10 212/19 229/12 240/11 242/16

comes [15] 7/2 45/12 122/24 132/12 159/7 159/8 202/6 203/19 205/11 205/11 209/22 209/23 210/18 210/22 232/20

coming [4] 128/24 144/5 185/25 199/14

commerce [3] 95/25 96/8 225/7

commit [1] 177/8

committed [1] 22/16

common [1] 200/2

communicate [1] 227/5

communications [2] 161/13 227/6

community [4] 204/6 207/17 225/25 227/4

companies [4] 218/21 226/4 227/3 227/3

company [4] 158/7 159/22 203/18 226/3

compare [6] 134/12 136/2 200/1 206/2 209/15 222/12

compared [1] 140/10

comparing [2] 134/24 210/5

comparison [13] 130/2 139/21 145/13 145/14 206/4 209/19 213/6 214/8 214/16 214/24 215/16 215/20 235/12

comparisons [2] 130/19 148/12

compiling [1] 187/3

complete [3] 4/10 170/4 212/8

completion [1] 199/10

complex [16] 130/2 153/17 154/4 213/6 213/11 213/12 214/1 216/15 216/18 217/7 217/8 217/13 217/14 217/21 218/3 218/21

complexity [3] 213/3 213/20 213/22

compliant [1] 74/14

complied [15] 74/1 74/21 75/4 75/13 88/14 110/6 112/18 114/10 116/19 135/13 150/21 165/24 210/14 235/25 236/7

comply [1] 203/23

components [1] 233/2

composite [9] 3/24 115/25 116/18 120/3 135/10 150/18 150/19 210/10 210/11

Composite 39 [1] 210/11

compressed [2] 160/6 162/12

compromise [1] 121/21

compromised [1] 5/8

computer [3] 157/11 161/2 173/3

computers [2] 79/4 171/14

concentrate [2] 206/22 206/23

concentration [1] 198/25

concept [1] 219/25

conception [1] 205/12

concern [3] 9/25 16/16 57/23

concerned [1] 184/16

concerning [1] 12/25

concerns [3] 9/24 23/8 184/14

conclude [1] 5/13

concluded [1] 242/6

conclusion [7] 140/19 141/9 212/17 212/20 212/21 214/2 215/9

conclusions [4] 141/1 213/3 213/16 213/21

condition [13] 8/22 10/4 10/5 10/7 12/24 18/4 18/5 18/6 75/16 106/8 106/17 106/20 165/4

conditions [2] 133/18 159/4

conducive [1] 134/5

conduct [14] 22/12 23/6 62/5 83/19 83/21 100/6 147/12 200/4 202/17 203/22 204/14 207/11 211/6 243/8

conducted [11] 106/22 112/3 115/8 139/17 151/8 165/5 175/7 176/3 180/18 185/17 201/24

conducting [3] 20/11 111/14 206/7

conducts [1] 202/25

confer [5] 90/13 97/19 120/16 240/2 242/8

conference [4] 200/19 200/24 243/24 244/2

conferences [2] 200/18 201/19

confidence [3] 204/3 215/4 215/5

confident [5] 214/25 220/19 222/1 222/3 222/4

confirm [1] 89/1

connected [1] 124/6

connection [1] 68/7

consent [1] 160/12

consider [2] 7/5 177/2

considered [2] 177/5 207/16

considers [1] 158/22

consistent [24] 5/2 5/23

7/4 7/12 73/23 131/20 190/4 190/9 196/13 210/21 229/21 231/14 232/18 233/9 233/22 234/1 234/6 234/10 234/14 234/20 235/13 235/15 241/12 246/16

constitute [1] 156/8

consume [1] 97/25

contact [1] 243/13

contacted [3] 20/4 219/5 219/8

contacts [1] 21/1

contain [7] 166/10 166/13 175/11 182/23 187/20 208/8 217/25

contained [12] 39/7 73/10 88/21 89/8 90/7 105/7 110/11 112/23 114/15 149/20 160/22 210/11

containing [3] 151/18 183/9 184/24

contains [2] 103/23 182/20

contaminate [2] 49/9 67/15

contaminating [1] 49/9

contamination [1] 57/24

contemporaneous [1] 7/3

content [1] 16/3

contents [7] 51/3 51/13 68/12 72/2 164/22 166/9 166/21

context [1] 22/7

continuation [3] 177/18 178/13 178/14

continue [11] 13/18 123/23 139/23 164/2 185/23 191/1 204/10 204/10 244/25 246/12 246/14

continued [1] 191/1

continuing [2] 200/19 200/20

contract [2] 153/13 218/20

contributor [1] 214/3

contributors [8] 212/17 212/19 213/13 214/3 215/9 215/11 215/23 217/25

conversation [2] 191/21 191/22

convicted [2] 94/8 94/11

convolute [1] 121/22

copies [4] 3/8 187/12 205/11 207/2

copy [2] 87/14 163/20

corner [3] 8/20 11/3 87/9

correct [173] 4/3 7/10 14/9 14/15 14/20 14/24 15/6 15/12 15/21 15/24 17/10 17/18 17/24 18/18

18/21 19/12 19/15 22/1 24/23 25/22 26/1 27/10 27/13 27/17 27/22 28/4 28/7 28/23 29/23 30/3 32/11 49/22 50/7 51/8 55/4 56/3 56/4 56/6 57/25 61/11 65/16 70/15 70/18 78/11 81/25 82/1 82/7 82/8 82/22 82/23 83/8 83/9 83/13 83/15 83/18 84/22 85/5 85/7 85/9 86/8 87/4 87/6 87/14 87/17 87/22 87/23 88/1 88/2 88/22 88/25 89/3 89/22 121/7 121/8 121/16 121/19 121/20 122/6 122/7 122/10 122/11 122/13 122/17 124/11 124/19 124/20 125/16 125/25 126/1 126/4 126/5 126/12 126/15 126/16 127/22 133/13 140/12 142/10 142/13 142/14 142/22 143/1 143/12 143/19 144/1 144/13 146/1 144/6 151/16 152/8 152/12 157/22 162/20 162/23 165/1 165/3 167/25 168/12 168/24 169/11 169/21 170/5 171/10 172/22 173/11 173/13 173/14 174/7 174/14 175/21 176/5 176/9 176/12 176/20 177/15 181/8 182/25 183/12 189/6 189/7 196/4 196/6 196/10 196/11 196/14 196/17 196/23 197/4 215/25 216/15 216/18 216/21 217/10 218/6 219/13 220/8 229/5 237/10 237/13 237/22 237/24 237/25 238/6 238/14 238/16 238/21 239/1 239/6 239/10 239/12 239/13 239/16 242/13

correction [1] 37/7

corrections [1] 37/6

correctly [1] 44/16

corresponds [2] 211/4 211/5

cough [3] 208/10 219/23 219/25

coughing [1] 219/19

could [92] 3/13 5/10 5/16 7/1 8/19 9/19 9/25 12/20 13/8 15/17 16/18 17/2 18/7 18/16 26/11 26/12 26/20 27/13 29/6 30/11 31/6 33/12 34/1 44/18 47/24 44/9 49/15 53/24 54/5 54/6 59/12 65/18 75/1 79/4 88/12 89/24 90/2 97/10 99/7

**C**

could... [53] 99/18
102/18 121/22 123/22
126/6 129/2 130/13
132/23 136/7 136/16
144/24 145/10 145/20
146/13 146/24 148/4
150/18 155/20 156/16
157/4 158/10 164/8
165/22 168/10 170/7
171/9 174/23 177/25
181/22 186/11 187/9
194/10 196/7 205/7
205/19 208/23 210/10
216/2 217/2 219/19
219/20 223/11 223/13
228/6 229/22 233/3
233/21 235/15 237/7
237/11 240/1 241/11
242/7
couldn't [8] 16/20 50/18
68/6 145/13 158/9
170/11 213/6 215/23
counsel [22] 3/6 3/19 4/7
22/10 81/19 90/15 91/12
92/21 93/1 109/23
115/24 116/9 120/18
141/23 151/22 179/4
197/13 216/4 236/16
236/21 240/3 247/25
Counselor [2] 176/12
221/16
count [1] 75/1
country [3] 221/6
226/11 227/5
County [26] 14/8 19/14
19/24 31/23 32/13 37/1
37/18 56/18 74/6 75/20
86/9 86/10 86/14 99/22
99/25 100/5 100/15
110/8 122/9 129/18
129/19 152/7 218/24
219/9 220/17 221/8
couple [9] 21/19 25/8
26/12 98/16 121/5
122/14 124/1 159/11
168/17
course [7] 41/10 158/4
225/18 225/19 225/22
226/12 226/13
courses [1] 201/16
court [32] 1/1 1/24 1/24
3/2 4/5 8/13 10/8 14/17
14/23 24/2 38/8 62/16
92/16 93/23 94/8 95/9
97/5 116/10 116/12
131/2 163/8 174/25
184/25 185/1 185/21
187/8 187/21 188/9
188/13 224/18 248/9
248/10
Court's [8] 5/2 5/4 5/23
7/7 12/20 15/8 15/24
187/14
courtroom [22] 8/15
8/15 9/18 9/24 11/21

13/7 13/13 35/15 35/23
92/12 97/1 98/24 99/5
154/21 156/11 186/20
190/23 229/13 242/1
242/19 243/12 243/21
covered [1] 6/10
COVID [1] 219/23
CR [4] 1/2 1/2 93/25
95/11
crafted [2] 233/3 237/12
CRC [2] 1/23 248/9
create [2] 4/21 33/21
created [7] 46/20 166/10
166/13 175/23 176/7
189/15 191/16
creates [1] 162/21
creating [1] 45/20
credibility [1] 23/3
crime [40] 22/16 25/21
45/14 58/3 61/19 72/10
75/18 94/8 100/2 100/2
122/3 129/21 130/24
147/1 147/9 147/14
152/8 152/18 153/10
157/10 177/8 180/11
198/16 198/17 199/5
199/12 199/14 199/19
200/9 201/16 202/13
202/16 202/19 202/24
203/23 206/3 207/11
217/8 217/17 218/1
crimes [1] 180/11
criminal [5] 180/10
224/4 224/8 224/16
224/21
criminalist [3] 198/18
198/20 217/4
criteria [1] 91/1
cross [26] 2/3 2/6 2/8
2/11 2/13 2/16 2/19 2/21
2/24 7/21 8/4 11/25 14/3
49/16 67/15 81/20 97/23
120/23 128/5 142/3
152/2 195/22 195/23
216/9 236/20 236/22
cross-contaminate [1]
67/15
cross-examination [13]
11/25 14/3 49/16 81/20
120/23 128/5 142/3
152/2 195/22 195/23
216/9 236/20 236/22
cross-examine [1] 8/4
cross-examined [1] 7/21
CRR [2] 1/23 248/9
CSI [14] 91/21 99/3
99/18 99/21 100/4
100/18 105/2 107/19
110/3 112/16 114/8
116/15 127/6 132/1
CSI Lara [1] 99/3
CSI Lobnig [5] 99/18
99/21 105/2 116/15
127/6
cumulative [2] 185/11
186/2

current [4] 60/9 61/23
204/13 224/3
currently [6] 60/6 99/21
177/2 202/1 205/21
230/17
cursor [2] 230/5 230/12
curved [1] 232/9
custodian [1] 227/10
custody [4] 25/1 26/1
55/13 174/17
cut [5] 80/11 80/17
105/25 105/25 106/2
Cuts [1] 231/6
cutting [4] 149/16 150/8
150/12 151/14
cuttings [2] 151/9
152/10
cyanoacrylate [4]
101/12 101/23 115/14
115/19

**D**

D431AP [2] 168/2
168/10
daily [1] 37/16
DANIEL [5] 1/13 2/15
146/16 146/19 217/4
dark [2] 38/12 119/18
data [37] 158/12 158/17
158/22 158/22 158/25
159/13 159/17 160/2
160/4 160/4 160/6
166/11 166/14 169/9
169/25 171/22 171/24
172/1 172/11 172/22
173/9 175/13 175/14
175/19 213/11 214/6
214/14 214/22 214/23
215/1 215/2 215/4 215/5
220/9 220/10 220/11
220/25
database [8] 172/17
202/12 202/14 202/15
202/17 202/18 202/20
202/21
date [23] 5/7 16/20
16/25 30/12 37/25 41/21
69/22 69/24 76/15 76/17
80/25 81/2 89/19 105/17
105/20 175/23 176/8
189/17 189/20 191/15
193/9 194/22 248/9
dated [2] 54/2 54/14
dates [2] 90/10 162/13
DAVID [2] 196/9 196/12
day [34] 1/7 13/16 19/2
20/2 23/2 23/6 24/11
30/14 31/5 31/11 31/19
77/10 82/19 115/8
115/13 115/21 158/20
189/5 191/19 191/21
192/1 192/20 242/15
242/17 242/22 244/9
244/12 244/14 244/22
245/1 245/20 247/1
247/16 247/23

days [2] 41/22 176/15
DD [2] 116/3 120/4
DE [5] 72/15 77/22 80/9
166/22 183/24
DE 121 [4] 72/15 77/22
80/9 166/22
deadly [1] 23/13
deal [1] 70/24
dealers [1] 87/12
dealt [1] 199/8
December [1] 130/16
decide [4] 9/11 134/16
135/5 177/3
deciding [1] 134/23
decision [2] 11/4 22/10
decisions [2] 20/14
20/17
decode [3] 161/6 171/22
172/11
decoded [1] 173/17
decodes [2] 161/10
162/12
deconvolute [7] 122/10
217/21 217/24 218/21
218/25 222/9 222/23
decryption [2] 172/5
176/17
Deerfield [1] 152/23
default [1] 161/1
Defendant [35] 1/7 1/16
3/6 4/2 4/16 5/5 5/25 6/3
6/6 6/9 6/19 23/11 62/23
62/25 94/4 94/7 94/11
94/13 94/14 94/15 95/12
95/16 96/10 96/11 96/11
176/25 177/1 177/3
177/7 183/9 191/19
192/1 192/20 193/6
193/22
Defendant's [16] 72/18
77/24 80/20 107/5
108/23 111/10 113/9
115/2 120/9 166/24
176/22 186/8 192/14
193/3 194/21 196/9
Defender [1] 1/17
Defense [14] 3/19 4/7
5/7 8/24 92/21 93/1
104/18 107/11 109/23
112/11 114/3 115/24
145/4 165/15
define [1] 220/18
defined [1] 95/20
definitely [2] 31/6 245/1
definitively [1] 16/18
degree [11] 8/14 64/15
100/12 198/21 198/24
200/7 200/8 201/15
224/11 235/7 235/10
degrees [1] 240/12
delete [3] 172/6 172/6
172/7
deleted [7] 171/24 172/1
172/7 172/12 176/15
176/16 176/17
deliberate [1] 243/4

deliberations [1] 243/17
deliver [1] 46/3
delivered [3] 46/1 78/17
142/14
delivering [1] 45/19
demonstrating [1] 26/6
demonstrative [1] 63/14
denied [1] 247/13
deoxyribonucleic [1]
205/9
department [20] 19/15
19/25 45/14 47/16 56/16
60/7 60/8 60/17 60/23
61/9 61/13 78/22 79/1
82/22 147/16 152/8
152/17 157/7 157/9
199/2
departments [1] 153/6
depend [1] 240/17
depending [4] 32/16
97/22 158/24 228/1
depends [4] 160/2
161/16 175/12 208/20
depict [6] 4/2 48/4 64/1
80/24 174/10 194/5
depicted [10] 44/1 65/14
68/8 71/11 72/2 73/7
79/25 87/7 89/21 246/25
depicting [5] 5/5 65/7
68/18 69/14 185/2
depictions [1] 183/10
depicts [7] 41/4 64/2
67/2 67/22 69/4 71/5
85/5
deposit [1] 208/18
deposited [2] 128/8
208/25
depreciate [1] 17/2
deputies [1] 20/22
deputy [6] 31/10 33/23
50/12 50/20 51/2 82/5
Deputy U.S. Marshal [1]
82/5
describe [11] 24/6 24/7
38/10 43/21 62/18 71/21
100/9 137/22 192/17
209/5 231/4
described [17] 17/8 65/8
119/6 131/22 150/4
151/9 151/12 161/17
164/23 173/15 181/7
183/14 184/5 185/5
199/21 211/7 247/11
describes [1] 167/16
description [4] 29/13
56/12 178/21 204/5
design [1] 22/5
designations [1] 195/15
designed [2] 217/20
229/6
desktop [1] 233/16
destruction [1] 102/18
detail [6] 131/9 131/11
145/8 145/15 145/15
225/22
detailing [1] 24/19

**D**

**details [6]** 21/21 22/3
101/22 167/13 226/13
235/11
**detective [36]** 17/18
17/19 18/10 18/11 18/17
18/20 26/5 30/1 30/9
31/10 33/23 35/6 40/20
40/24 44/16 44/18 47/15
55/10 59/8 59/22 60/9
78/25 88/3 89/5 91/10
157/6 167/10 181/5
181/12 191/13 192/13
192/24 193/18 194/4
194/9 194/14
**Detective Angulo [1]**
44/16
**Detective Jim [8]** 181/5
191/13 192/13 192/24
193/18 194/4 194/9
194/14
**Detective Jones [2]**
167/10 181/12
**Detective Marc [3]**
47/15 55/10 59/22
**Detective Paul [1]** 30/9
**Detective Pearson [2]**
26/5 30/1
**Detective Randy [1]**
44/18
**Detective Saliba [8]**
17/18 17/19 18/10 18/11
18/17 18/20 40/20 40/24
**detectives [1]** 20/21
**determination [1]** 233/5
**determine [24]** 8/21
50/11 58/13 101/5 101/9
125/18 125/22 145/13
168/4 181/10 200/2
202/10 206/4 215/6
218/3 225/8 227/7
231/19 237/7 238/24
239/3 239/11 239/14
242/10
**determined [3]** 143/14
205/12 206/11
**determining [2]** 177/6
228/15
**develop [12]** 101/24
102/7 111/15 111/21
115/21 199/24 199/25
209/6 209/16 209/18
210/3 211/7
**developed [2]** 119/5
119/9
**developing [1]** 210/4
**development [2]** 206/8
226/15
**deviation [1]** 244/2
**device [6]** 160/25 167/18
167/23 167/24 169/19
170/9
**diagram [7]** 63/13 63/19
63/20 64/9 65/8 65/13
83/11
**diameter [2]** 229/2

229/4
**diamond [1]** 43/24
**diane [4]** 1/23 1/25
248/8 248/9
**did [226]** 3/10 6/20 8/1
8/12 17/19 24/7 24/18
24/20 24/21 24/25 25/2
25/5 25/10 28/21 31/10
37/4 37/9 38/2 38/24
39/21 39/24 40/2 40/8
40/10 40/14 40/17 40/20
40/22 42/7 43/3 51/12
51/21 53/17 53/19 54/8
54/15 55/4 55/8 55/17
56/11 57/18 58/2 58/4
58/5 58/17 60/19 60/21
61/13 61/20 61/20 61/22
62/5 62/7 62/11 62/12
63/2 63/4 63/5 63/5 63/7
65/2 65/3 65/24 66/1
66/18 75/22 76/24 77/1
77/14 77/15 77/17 78/3
78/14 78/16 78/17 80/11
80/13 80/14 81/4 82/9
82/11 82/15 82/20 83/2
83/8 83/19 83/21 84/4
86/9 86/15 89/7 89/9
89/13 90/6 95/2 100/14
103/7 103/18 104/5
108/7 109/4 109/7
109/12 109/14 110/16
111/15 111/18 112/2
112/5 112/5 112/6
113/14 113/17 113/18
113/19 113/21 115/9
116/10 121/6 121/10
121/10 121/11 122/5
123/3 124/21 124/22
125/3 126/17 135/25
136/1 136/2 136/4
136/11 136/12 136/21
136/22 136/25 137/4
137/8 137/9 137/14
138/14 138/16 138/18
138/21 138/25 139/1
139/4 139/14 139/16
139/18 140/16 140/18
140/19 140/21 140/24
140/25 141/1 141/2
141/7 141/8 141/9
141/10 143/5 143/10
143/20 143/22 144/2
144/4 144/7 144/14
151/11 151/13 164/22
164/24 165/11 165/13
166/10 166/13 166/15
170/11 171/3 175/7
175/9 180/15 180/23
181/1 181/9 181/15
181/16 181/17 181/25
182/3 182/6 191/14
191/20 191/21 193/5
194/2 194/6 194/16
194/20 196/16 199/6
200/9 209/1 209/8
209/10 209/12 209/14

209/15 209/19 211/6
211/9 211/10 211/11
211/12 211/14 211/16
212/5 212/7 212/8 212/9
212/17 221/25 224/10
**didn't [43]** 5/11 5/17
10/15 10/15 10/16 10/16
12/9 15/9 17/4 20/12
25/3 26/3 26/9 28/17
28/17 32/5 32/6 32/7
32/7 46/3 46/9 49/25
50/21 51/14 52/3 55/8
57/4 57/5 84/25 86/8
124/24 142/11 142/20
146/2 171/2 181/20
185/10 187/25 209/2
211/18 221/24 233/24
246/12
**difference [6]** 131/21
148/6 161/25 174/3
176/1 209/20
**different [68]** 6/7 12/21
20/1 20/18 23/1 25/8
30/19 30/22 32/24 33/11
35/5 50/22 63/5 66/5
72/6 85/20 91/2 101/2
104/10 106/1 106/2
111/18 115/12 119/23
121/15 122/14 127/16
157/19 158/14 159/4
160/8 160/23 162/19
169/9 171/1 171/7
172/18 174/24 175/18
180/23 184/2 184/2
190/2 193/18 194/6
194/9 195/1 199/17
208/6 208/12 208/17
213/7 213/13 220/12
221/5 221/6 221/18
221/21 224/12 225/24
226/3 226/14 226/15
227/2 227/12 228/10
231/2 235/23
**differentiate [1]** 119/21
**differing [1]** 222/22
**difficult [1]** 122/12
**digging [2]** 26/10 30/14
**digital [1]** 187/13
**dilute [1]** 206/23
**dilution [1]** 206/21
**dimensional [2]** 237/8
238/24
**direct [24]** 2/5 2/8 2/10
2/13 2/15 2/17 2/19 2/21
2/23 36/21 59/25 99/16
129/13 146/22 153/21
154/1 157/2 180/3
196/19 197/6 198/10
219/3 223/23 235/11
**directed [1]** 56/15
**directly [3]** 44/5 65/10
194/3
**dirt [1]** 170/1
**dirty [1]** 103/14
**discover [1]** 33/17
**discovered [1]** 143/11

**discreet [1]** 5/16
**discuss [6]** 146/2 241/22
243/1 243/2 245/18
245/20
**discussed [18]** 15/23
16/1 24/2 65/13 106/17
110/14 111/15 115/7
121/13 136/13 136/24
138/20 141/19 182/20
204/9 212/6 219/18
222/23
**discussion [21]** 21/8
22/8 24/16 81/19 90/15
91/13 92/9 97/13 116/9
120/18 141/23 151/22
155/10 182/18 186/6
189/9 216/4 216/14
236/16 236/21 240/3
**discussions [1]** 190/6
**disk [1]** 163/16
**display [2]** 26/8 94/16
**displayed [1]** 30/23
**displaying [1]** 4/16
**disposal [1]** 226/23
**dispute [2]** 3/9 5/8
**dissemination [1]** 22/3
**distinction [1]** 214/20
**distinguish [2]** 215/24
241/6
**distinguishing [1]** 132/9
**distress [1]** 8/14
**DISTRICT [9]** 1/1 1/1
1/10 1/24 93/22 93/23
95/9 95/10 248/10
**divided [1]** 199/7
**division [9]** 1/2 60/25
61/14 61/16 61/17 61/18
61/20 61/22 180/17
**DNA [141]** 67/16 100/25
102/15 102/16 102/18
102/19 102/22 103/18
103/21 103/22 109/5
109/6 109/7 110/16
110/20 111/14 112/5
112/7 121/7 122/9
122/15 124/13 124/15
124/25 125/1 127/8
128/2 128/2 128/8
128/11 147/2 147/6
147/12 148/5 148/9
148/11 148/18 148/20
149/5 149/13 149/18
150/7 152/13 152/21
153/3 198/18 199/4
199/5 199/9 199/24
199/25 200/5 200/6
200/10 200/12 200/15
201/7 201/8 201/18
201/20 201/24 202/3
202/25 203/2 203/4
203/22 203/25 204/4
204/11 204/14 204/19
205/1 205/8 205/9
205/11 205/16 205/17
205/19 205/20 205/23
205/25 206/5 206/8

206/13 206/15 206/18
206/20 206/20 207/3
208/3 208/4 208/8 208/9
208/11 208/14 208/15
208/16 208/17 208/18
208/23 208/25 209/3
209/6 209/18 209/23
210/1 210/3 210/4 211/7
211/11 211/13 211/17
211/18 211/19 211/20
212/9 212/10 212/13
212/22 213/1 213/7
213/8 213/10 213/17
214/6 214/9 214/10
214/19 215/3 215/14
215/16 215/17 218/8
218/16 219/12 219/13
219/16 219/19 220/19
222/3 222/4
**DNA/data [1]** 214/6
**do [303]**
**docket [14]** 80/20 107/3
107/5 108/17 108/21
108/23 111/10 113/9
115/2 120/6 120/10
183/21 184/3 184/21
**document [6]** 94/12
103/16 173/22 187/20
189/2 197/4
**documentation [3]**
100/22 100/25 151/14
**documented [1]** 103/11
**documenting [5]** 33/10
43/9 44/12 44/14 160/12
**documents [5]** 25/1 25/6
25/18 26/1 67/4
**does [103]** 20/16 29/18
29/18 31/23 33/15 33/21
37/15 39/14 41/1 41/6
41/15 41/20 42/16 46/20
46/24 47/10 48/3 63/15
63/18 63/23 64/1 64/4
64/5 64/7 64/9 64/14
64/16 64/18 64/19 67/20
68/22 69/6 69/16 69/20
69/24 70/1 71/3 73/6
73/8 73/19 73/21 76/2
76/15 76/16 76/19 80/24
81/1 98/4 98/6 105/14
105/17 106/7 110/7
112/21 125/5 131/18
134/16 135/23 158/8
158/13 158/25 159/14
159/20 159/23 161/11
167/17 168/7 170/6
170/14 171/12 174/10
175/1 177/13 177/21
192/6 193/19 194/5
196/25 199/21 201/4
201/9 201/10 202/12
202/13 202/15 202/16
207/11 219/17 225/3
225/13 225/15 227/12
227/14 228/25 229/19
229/23 230/15 232/5
232/16 234/6 234/8

**D**

**does...** [2] 236/10 236/11
**doesn't** [8] 56/12 56/23
84/11 121/21 121/23
172/14 203/24 222/6
**doing** [19] 37/14 41/10
43/6 60/19 92/4 110/24
110/25 134/22 149/15
150/11 185/11 192/6
199/9 199/10 205/22
214/24 225/13 232/8
243/23
**don't** [93] 6/4 7/9 7/11
10/6 10/17 10/21 12/22
13/24 17/6 18/22 23/25
24/8 28/14 29/3 30/13
30/17 31/5 31/10 32/20
33/4 43/16 44/10 46/14
50/19 50/25 52/5 53/11
53/22 54/10 54/12 54/17
54/17 55/24 73/12 74/24
82/16 84/10 85/20 86/1
86/5 89/12 89/18 89/20
89/23 89/25 90/9 90/10
90/12 98/1 98/8 106/4
107/15 123/13 123/18
134/4 139/25 142/15
143/17 159/11 162/7
167/14 172/6 172/18
175/4 178/8 183/16
183/24 184/15 184/20
185/8 185/14 185/14
186/16 206/22 209/2
210/2 211/18 211/21
214/15 214/18 214/25
218/15 218/16 218/21
224/17 233/16 240/18
244/2 244/10 244/18
244/19 244/21 245/2
**done** [17] 23/18 26/16
26/23 49/7 75/17 124/15
130/19 134/22 150/16
163/14 176/25 201/2
206/15 206/16 219/9
222/13 242/15
**door** [7] 22/8 39/3 64/17
64/18 65/12 220/2 246/9
**doorway** [1] 64/11
**dots** [2] 132/21 231/12
**double** [2] 64/8 82/15
**doublecheck** [2] 187/2
187/6
**down** [23] 20/1 22/20
31/2 39/9 39/10 39/11
66/16 132/23 147/17
161/12 162/18 163/21
169/16 170/2 174/19
209/3 214/17 224/18
224/19 227/19 230/10
230/11 231/24
**download** [4] 161/6
162/19 173/10 176/4
**downloaded** [3] 160/19
161/3 174/2
**downloading** [1] 159/23
**downstairs** [1] 35/9

**dozens** [1] 33/13
**draft** [1] 24/18
**drawer** [4] 69/8 69/13
70/7 89/7
**drawers** [2] 85/13 85/14
**drawing** [1] 63/16
**dresser** [7] 69/7 69/8
69/13 70/7 85/13 89/7
89/9
**drink** [1] 206/22
**drive** [18] 4/11 163/17
163/18 165/22 165/23
165/25 166/6 166/10
173/19 173/23 173/24
174/1 182/4 182/6 182/8
182/14 187/8 187/23
**driver's** [7] 44/8 55/17
56/5 57/4 57/5 82/24
196/13
**driving** [2] 196/9 246/25
**Dropbox** [5] 182/21
183/4 187/7 187/24
247/1
**dropped** [1] 22/23
**drug** [1] 224/14
**dry** [1] 104/2
**dual** [2] 177/23 178/5
**Due** [2] 213/2 213/20
**duffel** [2] 27/17 51/3
**dumb** [1] 162/18
**duplicated** [1] 238/19
**during** [19] 10/3 10/11
23/14 32/14 60/14 64/6
67/12 76/24 100/4
130/19 148/2 158/20
163/6 167/16 201/6
201/21 202/1 225/18
243/12
**dusting** [1] 102/9
**duties** [8] 60/23 100/6
100/17 130/11 147/12
147/20 180/8 224/25

**E**

**each** [24] 30/15 44/19
74/10 76/4 82/6 83/14
85/21 89/7 89/11 90/7
101/10 113/21 113/22
132/22 150/19 151/11
162/22 194/25 195/1
200/21 210/12 218/2
221/21 239/3
**earlier** [13] 29/25 35/12
51/24 52/9 53/6 55/8
115/7 155/20 169/10
181/25 182/14 182/20
237/7
**early** [4] 13/17 242/21
243/19 247/22
**earth** [1] 205/10
**easier** [1] 231/7
**easiest** [1] 213/7
**East** [1] 1/20
**edges** [1] 134/6
**editing** [1] 186/22
**education** [2] 200/19

200/24
**eight** [2] 160/2 200/20
**eight hours** [2] 160/2
200/20
**either** [13] 18/19 25/3
64/11 74/11 100/14
101/5 102/14 109/18
115/20 119/9 189/15
214/15 215/22
**eject** [2] 230/17 238/10
**ejection** [1] 230/25
**ejector** [3] 110/17
110/18 110/19
**ejects** [1] 239/12
**elaborate** [1] 21/18
**electronic** [5] 3/17 3/20
3/24 4/8 79/2
**electronics** [1] 79/4
**elements** [1] 19/2
**Eleventh** [2] 6/17 7/12
**eliciting** [1] 19/8
**eliminated** [6] 143/3
143/8 143/21 144/3
144/9 144/15
**elimination** [1] 206/2
**ELMO** [3] 15/17 94/17
121/2
**else** [26] 9/22 14/24 19/6
40/6 43/6 45/15 46/5
48/19 49/24 51/18 53/19
53/22 53/23 54/18 54/20
64/1 67/16 69/3 72/1
105/24 106/5 119/22
127/14 170/16 233/4
247/16
**emails** [1] 161/1
**emotional** [1] 12/11
**employ** [1] 172/3
**employed** [6] 37/18 60/6
60/12 78/21 78/25 147/1
100/4
**employee** [1] 77/11
100/4
**employment** [1] 180/16
**empty** [4] 116/25 125/24
142/25 247/25
**encounter** [1] 62/11
**encourage** [2] 32/22
33/1
**encrypted** [2] 158/17
171/22
**encryption** [1] 172/4
**end** [13] 24/16 43/4 49/2
92/9 97/9 186/6 189/5
240/20 242/11 243/3
243/17 244/14 245/20
**ending** [1] 145/12
**endings** [1] 132/21
**ends** [1] 134/14
**enforcement** [19] 37/4
37/8 37/9 60/11 60/12
60/20 82/3 90/22 147/16
152/17 153/14 180/15
199/2 201/2 201/3
218/20 224/12 224/15
224/22
**engaged** [1] 177/3

**enjoy** [1] 228/13
**enough** [13] 13/22
145/12 145/15 170/17
211/17 211/18 211/19
212/10 214/14 214/15
214/19 215/1 245/2
**entails** [3] 103/20 150/9
201/14
**enter** [2] 63/2 99/4
**entered** [13] 9/18 13/7
13/13 35/23 63/13 78/12
86/6 98/24 142/8 156/11
190/23 224/15 242/19
**entering** [3] 82/4 225/21
247/14
**entire** [3] 17/11 61/10
224/8
**entitled** [2] 93/22 248/7
**entity** [1] 20/5
**entrance** [1] 64/12
**entries** [3] 172/17 184/3
184/21
**entry** [14] 80/20 107/3
107/6 108/17 108/21
108/23 111/10 113/9
115/2 120/7 120/10
170/3 183/21 199/4
**entry 121** [11] 80/20
107/3 107/6 108/17
108/23 111/10 113/9
115/2 120/7 120/10
183/21
**envelope** [16] 104/3
104/13 104/16 105/24
106/7 106/14 106/14
106/16 106/19 108/5
108/8 108/11 149/20
150/19 164/7 164/9
**envelopes** [8] 105/6
114/11 150/22 150/23
151/2 151/18 210/11
210/15
**equipment** [2] 65/9
68/19
**equipped** [1] 32/3
**Ernest** [8] 68/3 68/4
75/21 84/23 136/3
139/19 140/11 197/3
**Ernest D** [1] 75/21
**err** [1] 74/12
**error** [3] 169/23 170/24
170/25
**escaping** [1] 155/13
**especially** [1] 119/18
**ESQ** [2] 1/16 1/19
**essence** [1] 153/13
**essential** [1] 22/6
**essentially** [7] 28/21
132/16 132/20 134/19
149/15 150/10 152/6
**establish** [2] 225/5
225/10
**establishing** [1] 7/6
**estimate** [3] 97/24
130/13 130/18
**et** [2] 1/19 247/24

**et cetera** [1] 247/24
**even** [9] 20/10 33/12
131/9 149/19 172/14
211/17 220/3 239/8
245/14
**evening** [5] 13/16
243/18 243/24 245/19
247/21
**event** [3] 145/11 169/16
170/2
**events** [1] 25/7
**ever** [6] 161/2 200/22
200/25 232/21 239/17
239/20
**every** [12] 50/15 59/2
82/6 89/7 90/23 172/4
181/22 200/19 225/18
228/1 247/3 247/5
**everybody** [4] 9/22 10/3
13/15 170/16
**everyone** [2] 14/1 32/22
**everything** [12] 4/11
10/11 10/12 22/25 32/20
132/25 162/16 163/6
224/19 234/19 241/12
246/18
**evidence** [152] 7/14 7/22
12/14 12/16 16/11 18/1
18/3 18/3 20/16 23/7
24/12 24/23 25/22 25/24
28/7 28/17 28/17 29/13
31/3 33/11 33/11 45/8
46/6 46/8 46/9 48/20
48/22 49/10 51/19 56/22
58/14 59/2 63/8 63/14
67/12 67/13 67/15 67/16
68/9 72/11 72/13 72/20
77/12 77/18 78/1 78/7
78/12 78/15 80/4 80/22
81/24 82/4 82/7 86/6
86/8 87/21 87/25 88/3
90/23 96/17 100/11
100/19 102/14 103/1
103/9 104/3 104/13
104/13 104/16 105/6
105/12 105/20 105/21
106/10 107/1 107/8
107/25 108/15 108/25
111/6 111/12 113/5
113/11 114/23 115/4
120/4 120/15 141/25
142/9 143/24 147/3
147/6 147/22 148/3
148/9 148/9 148/20
148/20 149/8 149/12
149/23 150/4 150/23
151/11 151/23 152/13
153/6 153/9 156/7 162/3
162/7 163/1 163/7
163/14 164/8 164/11
166/18 167/1 173/19
174/11 177/3 177/5
182/16 183/21 185/25
186/10 190/8 194/25
195/17 199/23 199/25
206/3 206/9 210/2

**E**

**evidence... [18]** 210/16
210/17 210/18 210/21
210/25 211/1 211/3
217/2 217/4 217/5
221/23 227/16 227/17
242/12 243/11 243/11
243/15 247/9
**evidentiary [10]** 58/17
58/20 58/24 63/6 86/13
89/15 91/3 181/11
245/19 247/23
**exact [9]** 16/20 16/25
32/21 46/15 65/18 68/6
82/13 125/8 189/11
**exactly [7]** 13/25 30/13
70/3 83/5 201/3 202/8
210/18
**exam [1]** 224/13
**examination [34]** 11/25
13/18 14/3 33/7 36/21
49/16 58/10 60/1 81/20
90/17 99/16 120/23
127/4 128/5 129/13
139/17 142/3 145/1
146/22 152/2 154/1
157/2 163/7 180/3
195/22 195/23 198/10
216/9 222/19 223/23
228/14 236/20 236/22
240/9
**examinations [2]** 147/20
147/21
**examine [21]** 8/4 51/2
103/1 115/9 136/21
137/8 138/25 139/14
140/16 140/24 141/7
141/14 162/2 162/4
163/22 171/20 199/23
204/10 204/14 225/8
233/1
**examined [6]** 7/21 50/10
141/17 150/22 206/10
226/21
**examiner [6]** 78/21
78/23 79/3 129/21
130/15 130/16
**examines [1]** 79/3
**examining [1]** 148/22
**example [9]** 4/17 5/9
10/20 26/4 59/2 70/5
203/11 219/15 228/21
**exceeds [2]** 153/25
187/13
**excellent [1]** 98/21
**except [2]** 205/17 211/20
**exceptions [1]** 226/1
**excess [1]** 226/22
**exclude [8]** 136/24
137/10 137/14 138/19
139/2 139/9 140/1 140/4
**excluded [4]** 136/5
136/14 137/25 138/7
**excreting [1]** 133/6
**excuse [7]** 12/23 13/3
117/2 117/25 132/8

136/9 165/10
**excused [23]** 9/11 11/15
11/20 34/18 34/19 59/8
59/9 91/10 91/11 128/16
128/17 146/8 146/9
154/13 154/14 179/12
179/14 197/13 197/15
223/4 223/6 241/18
241/20
**execute [1]** 20/22
**executed [1]** 62/8
**executing [1]** 38/2
**execution [3]** 21/13
76/24 77/15
**exhibit [201]** 3/16 3/16
3/23 3/24 15/19 26/25
27/3 27/20 28/2 30/6
38/20 39/13 40/23 41/3
41/17 41/25 42/1 42/3
42/9 42/16 42/21 43/11
43/17 43/25 45/2 47/19
48/3 48/6 52/8 53/25
55/2 63/14 63/15 63/23
65/4 65/6 65/17 66/8
66/23 67/9 67/17 68/8
68/14 69/4 69/9 69/16
70/8 70/19 71/3 71/7
71/17 71/19 71/20 71/22
72/13 72/17 72/19 73/7
73/9 73/11 75/11 75/14
76/5 76/19 76/19 77/2
77/3 77/5 77/19 77/23
77/25 79/7 79/10 79/16
80/5 80/11 80/17 80/21
80/24 83/1 83/11 85/6
85/16 85/25 86/24 88/1
88/12 89/7 89/16 90/5
92/22 92/23 92/25 93/3
93/4 93/6 93/18 93/22
95/6 95/18 96/1 96/16
104/20 104/21 105/7
106/13 107/17 107/11
107/12 107/20 107/22
108/15 108/24 109/24
110/5 110/11 111/6
111/11 112/12 112/13
112/19 112/23 113/10
114/5 114/15 115/3
116/1 116/5 116/16
116/18 116/20 117/2
117/7 117/13 118/1
120/3 120/11 120/13
125/10 125/21 126/6
126/14 135/10 135/12
136/7 136/17 137/2
137/16 138/2 138/10
138/23 139/5 139/12
140/14 140/22 142/9
143/1 144/12 150/18
151/6 164/7 165/16
165/17 165/21 166/18
166/23 166/25 167/3
167/10 172/25 174/13
175/2 182/9 182/11
182/16 183/8 186/7
186/9 192/10 192/21

193/19 194/11 194/25
195/10 195/16 210/10
211/4 211/5 211/23
211/24 211/25 212/1
212/2 212/23 212/25
229/7 229/8 229/17
233/19 234/19 235/21
**Exhibit 1 [4]** 77/23
164/7 174/13 175/2
**Exhibit 10 [1]** 27/20
**Exhibit 12 [2]** 55/2 83/1
**Exhibit 13 [1]** 53/25
**Exhibit 14 [3]** 28/2 30/6
47/19
**Exhibit 15 [1]** 45/2
**Exhibit 17 [4]** 48/6
71/17 73/11 95/18
**Exhibit 19 [1]** 96/1
**Exhibit 2 [1]** 65/17
**Exhibit 20 [3]** 63/14
63/23 83/11
**Exhibit 21 [3]** 65/4 65/6
85/6
**Exhibit 22 [2]** 66/8
85/16
**Exhibit 23 [3]** 66/23
67/9 73/7
**Exhibit 24 [6]** 67/17
68/8 75/11 76/5 86/24
142/9
**Exhibit 25 [4]** 71/19
72/17 88/12 235/21
**Exhibit 26 [1]** 89/7
**Exhibit 27 [1]** 69/4
**Exhibit 29 [3]** 69/16
76/19 76/19
**Exhibit 30 [1]** 89/16
**Exhibit 31 [1]** 70/19
**Exhibit 32 [1]** 71/3
**Exhibit 33 [1]** 71/7
**Exhibit 34 [3]** 80/11
80/17 80/24
**Exhibit 35 [3]** 92/22
92/25 93/3
**Exhibit 36 [1]** 93/4
**Exhibit 37 [7]** 165/16
165/21 166/18 166/23
167/3 167/10 172/25
**Exhibit 38 [5]** 3/23
182/16 186/7 194/25
229/7
**Exhibit 38A [1]** 3/16
**Exhibit 38C [2]** 229/8
229/17
**Exhibit 38F [2]** 192/10
233/19
**Exhibit 38G [2]** 192/21
234/19
**Exhibit 38I [1]** 193/15
**Exhibit 38M [1]** 194/11
**Exhibit 39 [2]** 150/18
210/10
**Exhibit 39A [3]** 104/20
105/7 211/23
**Exhibit 39B [2]** 106/13
211/24

**Exhibit 39C [5]** 107/11
107/20 108/15 117/2
211/25
**Exhibit 39D [2]** 111/6
211/4
**Exhibit 39E [4]** 112/12
112/19 112/23 212/1
**Exhibit 39F [1]** 211/5
**Exhibit 39G [2]** 114/15
212/2
**Exhibit 40 [3]** 116/1
116/16 135/10
**Exhibit 40B [5]** 116/20
120/11 126/6 135/12
143/1
**Exhibit 40C [1]** 124/14
**Exhibit 40DD [1]**
139/12
**Exhibit 40FF [1]** 140/14
**Exhibit 40GG [1]**
140/22
**Exhibit 40HH [1]**
144/12
**Exhibit 40J [2]** 117/7
136/17
**Exhibit 40M [1]** 117/13
**Exhibit 40N [1]** 137/16
**Exhibit 40Q [2]** 118/1
138/2
**Exhibit 40V [1]** 138/10
**Exhibit 40W [1]** 138/23
**Exhibit 40Y [2]** 121/10
139/5
**Exhibit 5 [2]** 27/3 52/8
**Exhibit 6 [1]** 42/3
**Exhibit 8 [1]** 15/19
**Exhibit 9 [1]** 26/25
**Exhibit B [1]** 120/3
**Exhibit's [1]** 96/3
**Exhibit's 25 [1]** 96/3
**exhibits [12]** 3/14 81/4
81/14 81/16 93/9 105/3
105/4 106/20 120/9
195/14 213/23 222/23
**Exhibits 35 [1]** 93/9
**Exhibits 39A [1]** 105/3
**exist [4]** 32/7 108/1
219/17 237/15
**exit [1]** 92/13
**exited [7]** 11/21 35/15
97/1 154/21 186/20
242/1 243/21
**expect [6]** 209/3 240/24
244/13 244/18 244/19
244/21
**expectations [1]** 98/4
**expected [1]** 204/14
**expects [1]** 97/9
**experience [19]** 14/8
25/20 78/24 100/6
100/18 100/21 100/24
129/23 147/12 152/16
157/14 180/15 198/19
201/21 204/9 218/19
225/16 232/15 237/4
**expert [10]** 187/16 189/3

190/5 204/25 218/13
225/1 225/2 225/3
225/21 226/17
**experts [2]** 225/8 227/4
**explain [32]** 14/13 22/22
101/2 103/20 110/18
131/6 132/8 132/9 133/1
134/11 137/21 145/7
150/8 159/5 160/13
161/25 168/3 168/25
169/17 172/1 175/10
201/14 202/5 203/7
205/7 205/19 206/7
208/4 209/20 211/10
213/5 214/11
**exploitation [1]** 157/12
**explosives [2]** 180/7
180/12
**extent [2]** 144/18 182/22
**external [4]** 133/19
133/20 163/18 208/24
**extra [2]** 171/24 185/18
**extract [3]** 158/5 158/12
160/4
**extracted [6]** 160/19
164/16 164/22 167/19
168/13 172/23
**extracting [2]** 166/11
166/14
**extraction [17]** 160/10
160/10 161/16 161/25
162/1 163/14 163/16
164/20 165/5 167/16
170/19 172/20 172/21
175/7 175/8 206/14
211/11
**extractions [2]** 160/8
163/19
**extracts [2]** 162/10
219/6
**eye [3]** 131/25 132/13
208/9

**F**

**f/2 [1]** 177/24
**fabrics [1]** 85/20
**Fabrique [2]** 95/22 96/5
**faces [1]** 13/17
**facilitate [1]** 33/14
**facilities [3]** 92/11 92/14
186/18
**fact [17]** 16/1 17/8 17/10
20/13 20/20 21/22 22/14
22/17 23/21 23/21 51/10
86/15 219/18 238/1
238/4 238/12 246/20
**factors [3]** 133/20
133/24 208/24
**factory [4]** 74/5 74/8
76/8 226/10
**facts [3]** 93/14 93/15
191/15
**fail [1]** 170/25
**failed [1]** 101/19
**failure [2]** 170/4 170/21
**fair [2]** 89/14 170/17

**F**

**fairly [2]** 119/8 184/4
**familiar [14]** 14/22 15/1 15/2 15/2 105/6 108/10 152/21 153/1 154/4 210/18 210/25 212/2 228/16 240/22
**family [1]** 68/6
**far [11]** 8/20 22/12 33/10 35/7 62/19 138/20 169/13 213/16 226/6 233/2 234/13
**fast [2]** 170/9 188/6 227/20
**faster [1]** 153/8
**father [1]** 205/12
**favor [2]** 128/23 229/9
**FBI [1]** 221/10
**FBI's [2]** 202/19 203/3
**FDLE [4]** 152/17 200/9 201/17 201/22
**features [7]** 240/19 240/20 240/22 241/1 241/7 241/8 241/10
**February [1]** 94/7
**February 14th [1]** 94/7
**federal [7]** 15/3 19/15 78/8 131/2 203/9 224/15 224/22
**feel [4]** 10/21 214/25 220/19 233/1
**feeling [1]** 10/23
**feels [1]** 185/21
**feet [2]** 131/10 220/23
**fellow [2]** 10/22 11/15
**felon [1]** 94/11
**felony [4]** 23/14 24/5 93/4 94/9
**female [1]** 39/3
**few [8]** 9/11 25/8 40/5 127/6 196/2 220/4 228/21 245/22
**FF [2]** 116/4 120/4
**fi [1]** 168/17
**field [8]** 34/4 100/12 157/18 200/18 201/1 201/20 204/18 204/25
**fifth [1]** 230/24
**figures [1]** 162/13
**file [20]** 3/20 160/5 160/6 160/12 161/3 161/5 161/8 161/10 162/12 171/20 172/4 172/4 172/6 172/7 173/17 173/18 173/21 173/22 187/13 189/4
**file-based [1]** 172/4
**filed [3]** 196/25 196/25 197/3
**files [4]** 172/6 172/17 187/18 247/25
**fill [2]** 24/25 33/23
**filled [1]** 25/9
**filling [2]** 6/25 31/1
**fills [1]** 25/25
**final [1]** 247/23

**finally [6]** 113/14 119/1 141/3 168/25 171/12 178/20
**find [18]** 12/22 24/8 26/9 31/6 40/8 53/17 53/19 54/15 55/8 55/17 56/11 57/4 57/5 58/17 90/23 125/14 193/5 211/13
**finding [4]** 44/8 44/10 82/4 208/16
**finds [2]** 25/24 184/25
**fine [6]** 6/5 61/6 102/11 123/25 188/3 212/25
**finger [1]** 145/9
**fingerprint [29]** 109/5 119/20 119/22 130/15 131/5 131/7 131/8 131/18 131/22 131/22 132/3 132/4 132/10 132/11 133/2 133/12 133/16 133/19 133/21 133/23 134/11 134/12 134/13 136/5 136/11 137/11 138/17 139/3 140/17
**fingerprints [31]** 67/15 100/22 101/3 101/4 101/24 102/7 102/8 102/12 102/15 102/18 109/14 109/18 111/16 111/21 115/10 115/21 124/10 124/13 125/3 125/8 125/9 127/24 128/4 128/6 128/11 130/11 140/11 141/14 141/17 142/12 145/17
**fingers [2]** 131/9 133/4
**finish [2]** 5/21 150/9
**finished [11]** 112/17 114/9 116/18 135/12 150/20 164/10 165/11 165/23 210/13 224/11 225/10
**fire [3]** 228/21 228/24 232/7
**firearm [146]** 4/2 4/17 4/21 4/23 5/6 5/14 5/19 6/4 16/11 23/13 26/19 27/22 31/20 39/24 40/8 40/10 40/15 40/17 41/8 42/18 43/20 45/17 48/8 48/9 48/12 54/25 57/11 57/12 58/1 58/21 63/11 65/19 65/24 66/3 66/5 66/6 66/11 67/2 67/23 67/23 68/11 73/23 74/4 74/7 74/8 75/19 75/25 76/9 76/10 76/13 78/7 87/13 87/24 88/21 95/18 95/20 95/21 95/22 95/24 103/5 103/8 103/18 104/6 104/8 104/10 118/8 118/12 118/14 121/6 121/7 122/22 122/23 124/9 124/12

183/16 185/12 189/18 190/4 190/4 190/5 190/8 190/9 190/14 190/14 196/22 197/1 226/1 226/2 226/15 226/24 227/14 227/22 227/24 228/1 228/1 228/16 228/18 228/20 229/24 229/25 230/3 230/7 230/10 230/10 231/14 231/20 232/1 232/7 232/7 232/17 232/22 233/6 233/10 233/13 233/20 233/22 233/24 234/7 234/11 234/14 234/17 234/20 234/23 235/4 235/19 235/14 235/21 237/8 237/19 237/21 238/23 238/25 239/4 239/5 239/9 240/13 240/16 241/7 241/13 246/17 246/18 246/18 246/19 246/21 246/22 246/23 247/6
**firearms [47]** 5/3 5/24 68/8 70/16 74/14 87/12 89/1 112/1 180/6 180/11 183/11 184/17 185/2 186/1 225/2 225/4 225/5 225/8 225/14 225/17 225/19 225/23 226/6 226/10 226/12 226/14 226/21 227/1 227/2 227/6 227/13 228/5 228/10 228/14 228/15 231/1 232/16 232/20 237/2 238/8 238/13 238/20 239/15 239/15 239/18 245/25 246/1
**fired [3]** 74/7 228/6 228/7
**first [55]** 21/19 24/1 33/16 37/4 38/20 39/19 39/21 40/4 40/14 44/23 47/15 51/2 52/9 60/16 60/22 64/7 75/3 95/18 101/5 102/15 102/19 103/7 103/9 104/11 109/5 114/20 119/19 124/16 127/7 134/25 135/11 135/14 135/17 139/21 140/11 147/18 149/22 158/16 158/19 158/24 158/25 159/14 160/16 160/18 163/2 165/6 167/22 168/5 169/11 185/10 199/8 206/9 206/14 229/19 230/6
**five [57]** 63/9 64/25 66/3 66/15 71/24 73/24 74/13 90/20 92/13 95/19 96/21 97/14 97/17 98/1 104/6 112/1 113/1 113/14 113/15 154/15 183/10 184/24 217/18 228/16

228/25 229/22 231/14 231/20 232/16 232/19 233/10 233/13 234/1 234/6 234/11 234/14 234/17 234/20 234/23 235/9 235/14 235/17 236/4 236/14 237/21 238/2 238/5 238/7 239/17 239/25 241/9 241/10 241/12 241/22 246/21 246/22 246/23
**five minutes [2]** 92/13 96/21
**five-minute [1]** 241/22
**Five-seveN [5]** 64/25 66/15 71/24 104/6 241/10
**FL [2]** 1/21 248/11
**flash [4]** 182/3 182/6 182/8 182/14
**flashlight [1]** 232/1
**flat [3]** 110/24 110/25 111/1
**flesh [1]** 13/3
**flip [1]** 136/16
**FLORIDA [20]** 1/1 1/15 1/18 69/18 74/16 87/11 93/23 95/10 95/23 96/6 130/5 147/16 152/17 180/17 198/22 198/24 199/1 201/5 209/5 224/2
**flow [4]** 11/10 132/18 134/17 134/23
**flows [1]** 132/12
**flsd.uscourts.gov [1]** 1/25
**fluid [1]** 149/3
**fluids [2]** 147/4 149/4
**fluorescence [1]** 220/22
**fluorescents [1]** 221/3
**FMLA [1]** 155/17
**FN [63]** 4/2 5/6 63/9 64/25 65/19 66/3 66/12 66/13 66/25 71/24 73/23 74/13 87/16 87/24 88/15 89/2 90/20 95/19 103/4 103/8 104/6 112/1 113/1 113/14 113/15 118/8 126/14 183/10 184/24 228/16 228/25 229/22 231/14 231/20 232/16 232/19 233/10 233/13 234/1 234/6 234/11 234/14 234/17 234/20 234/23 235/9 235/14 235/17 236/4 236/14 237/21 238/2 238/5 238/7 239/17 239/25 241/9 241/12 246/21 246/22 246/23
**FN Five-seveN [43]** 63/9 66/3 73/23 74/13 90/20 112/1 113/1 113/14 113/15 183/10 184/24 228/16 228/25 229/22

231/14 231/20 232/16 232/19 233/10 233/13 234/1 234/6 234/14 234/14 234/17 234/20 234/23 235/9 235/14 235/17 236/4 236/14 237/21 238/2 238/5 238/7 239/17 239/25 241/9 241/12 246/21 246/22 246/23
**FN Model Five-seveN [1]** 95/19
**FNB19 [2]** 96/3 96/4
**focus [6]** 4/14 12/13 23/6 24/11 128/10 229/17
**focused [1]** 124/24
**focusing [1]** 70/25
**folded [2]** 18/14 18/14
**folder [5]** 71/5 80/18 90/6 90/8 135/11
**follow [3]** 104/5 151/12 181/20
**followed [3]** 48/25 165/2 224/22
**following [2]** 12/19 21/8
**follows [1]** 94/6
**foot [1]** 21/9
**force [10]** 20/7 37/13 37/14 37/15 37/17 37/24 62/8 170/3 170/7 170/12
**foregoing [1]** 248/5
**foreign [3]** 95/24 96/8 225/7
**forensic [28]** 78/21 78/23 79/3 153/11 163/7 163/21 174/1 191/12 191/14 198/22 199/3 199/20 199/21 200/5 200/6 200/7 200/8 200/10 200/12 201/7 201/8 201/18 201/20 201/24 202/22 203/4 205/20 210/2
**forensically [2]** 58/14 79/3
**forensics [7]** 130/4 157/11 157/12 162/2 199/1 200/10 201/6
**forgive [2]** 110/22 136/8
**forgot [1]** 47/8
**fork [1]** 132/20
**form [7]** 3/18 29/12 134/6 196/23 196/23 203/25 243/15
**Form 4473 [1]** 196/23
**format [5]** 160/4 181/2 193/18 194/10 194/17
**forms [1]** 25/9
**FORT [13]** 1/2 1/15 1/18 1/21 19/17 37/22 60/17 60/23 61/9 63/3 224/2 227/10 248/11
**Fort Pierce [8]** 19/17 37/22 60/17 60/23 61/9 63/3 224/2 227/10

**F**

forth [1] 95/17
forward [1] 211/17
found [93] 7/25 16/2
16/7 16/8 18/2 18/9 18/9
23/3 26/10 27/10 29/19
29/21 29/22 29/24 30/4
30/17 30/25 31/2 31/16
33/15 34/2 34/2 40/10
40/18 42/10 42/14 42/18
43/9 43/14 43/15 44/5
44/12 44/15 45/6 45/19
46/1 46/5 46/7 46/12
46/17 46/21 46/22 47/22
47/25 48/4 48/8 48/9
48/18 48/18 49/22 51/16
53/22 54/3 54/4 54/7
54/23 54/25 55/18 56/8
56/12 56/16 56/23 57/6
57/7 57/12 57/15 57/17
58/16 62/6 63/24 65/19
65/20 65/22 69/18 70/3
70/13 72/7 80/2 82/7
82/13 83/6 86/25 87/4
121/9 125/9 126/15
143/7 178/11 185/19
193/20 208/16 246/22
246/24
four [26] 41/22 121/15
131/1 136/13 136/24
138/19 139/3 139/9
155/19 157/10 160/1
171/8 176/18 178/20
188/24 199/13 201/25
212/6 212/22 213/1
213/10 213/12 217/25
217/25 218/1 218/2
four days [1] 41/22
four o'clock [1] 155/19
four years [1] 199/13
Frank [1] 195/8
friction [1] 131/10
front [23] 9/12 27/25
49/20 104/11 105/10
107/19 110/3 116/15
122/23 127/10 127/15
135/17 165/22 178/4
183/24 213/2 213/15
216/20 230/3 230/22
231/17 233/8 233/25
full [9] 3/10 3/17 6/10
74/25 146/17 160/12
244/22 245/1 247/23
fully [5] 84/10 238/5
238/25 239/4 247/25
fuming [1] 101/13
function [8] 33/12
153/11 159/10 159/15
226/14 230/15 232/5
238/7
functioning [5] 237/9
238/2 238/5 238/25
239/5
functions [2] 153/4
233/2
FUNK [65] 1/13 2/4 2/5

2/6 2/8 2/9 2/19 2/23
2/24 8/25 11/24 21/3
21/3 33/8 35/19 35/25
36/22 38/17 45/1 47/5
47/7 47/9 49/13 55/8
56/2 57/22 58/9 58/11
60/2 61/1 61/5 61/8 63/1
71/10 72/21 73/13 78/2
79/13 79/15 80/10 80/23
81/9 90/18 92/20 92/24
93/16 93/20 97/20 98/15
128/23 180/4 189/6
191/3 191/7 223/24
229/16 233/18 235/20
240/10 242/3 244/5
245/16 246/6 246/15
247/19
further [21] 34/15 40/2
77/14 90/16 103/11
120/19 128/14 141/24
146/6 151/24 179/1
213/3 213/6 213/20
214/17 216/5 219/22
219/24 223/2 240/4
245/18
future [5] 148/5 148/20
149/5 149/12 150/16

**G**

gain [3] 122/4 169/18
170/23
gang [1] 6/8
Gary [1] 195/8
gave [3] 49/24 56/20
213/23
general [14] 31/8 32/18
61/25 63/8 63/23 65/21
131/6 175/1 180/8
200/15 229/19 229/23
230/4 232/2
generally [10] 8/15 31/9
64/24 98/4 131/8 132/13
148/17 149/24 208/3
240/20
generate [6] 161/22
162/17 165/11 172/19
214/9 215/17
generates [1] 160/21
generator [1] 165/2
genetic [2] 122/15 205/9
gentlemen [10] 35/11
93/12 96/18 154/17
176/24 186/16 190/25
198/14 241/21 242/21
geolocation [1] 157/12
get [56] 6/24 7/21 9/6
10/2 11/23 17/15 21/24
24/12 35/21 36/6 36/9
73/4 79/17 88/8 96/22
97/13 97/16 102/24
121/24 122/10 122/15
126/2 132/25 144/24
146/21 155/6 156/3
158/11 159/1 161/11
161/16 169/23 169/25
170/11 170/23 170/24

171/2 176/21 187/10
187/25 196/25 202/10
203/13 206/3 206/15
206/17 211/11 211/20
211/21 213/7 219/20
219/22 220/1 227/20
242/25 244/15
gets [7] 18/2 18/10 18/11
45/11 45/16 196/25
213/11
getting [3] 81/11 101/22
148/11
GG [2] 116/4 120/4
give [19] 10/5 32/17
75/3 78/3 79/4 88/1
122/8 124/1 130/13
130/18 137/20 154/19
172/25 173/3 188/3
190/7 202/9 232/21
235/7
given [7] 5/7 22/11
47/16 56/20 77/11
142/17 225/22
gives [3] 165/7 165/9
204/3
giving [3] 190/3 203/11
226/24
glass [7] 10/2 35/21 36/8
36/11 101/7 102/13
223/13
glove [1] 67/11
gloves [8] 49/3 50/22
50/24 57/23 67/12 72/24
73/1 235/22
gmail [1] 169/14
gmail.com [1] 169/14
go [61] 8/5 8/9 12/2
19/10 20/16 22/20 35/21
37/4 37/16 40/18 60/19
61/22 72/22 73/25 74/10
78/14 83/1 83/12 86/19
89/2 89/7 89/9 90/6 92/6
93/24 98/15 98/18 102/4
102/19 103/11 110/22
124/2 129/1 135/5
137/20 144/25 149/17
158/9 162/15 163/19
167/13 172/6 176/14
181/10 181/17 190/2
193/8 201/3 202/4
203/12 203/14 203/15
211/17 219/22 224/13
225/19 227/22 230/3
235/3 235/24 236/6
goes [5] 159/17 159/19
169/6 225/22 226/13
going [93] 6/13 7/1 7/21
9/14 10/9 10/25 11/22
21/17 21/25 23/5 35/12
37/9 39/13 40/23 41/17
41/25 42/9 47/19 52/8
63/13 66/8 66/23 69/9
70/8 71/7 71/17 71/18
73/9 77/2 79/6 85/4
91/14 91/15 91/18 92/4
92/7 96/18 97/3 101/9

101/1 101/12 104/1
109/21 110/3 112/10
116/15 119/21 121/24
125/10 125/14 142/7
148/10 148/24 154/18
155/5 156/6 156/7
159/21 167/22 169/18
172/22 176/24 179/5
182/9 186/17 188/21
188/21 190/1 190/3
190/7 190/18 191/1
191/4 196/8 205/13
207/1 207/3 211/21
213/10 220/1 224/17
227/17 227/20 229/7
229/15 229/17 230/2
235/21 241/22 242/11
242/21 243/24 247/8
Gold [1] 130/4
gone [4] 25/20 27/9
188/16 201/19
good [51] 3/4 9/19 9/23
12/23 13/3 13/8 13/15
13/16 14/5 14/6 36/3
36/23 36/24 49/18 49/19
59/17 59/24 60/3 60/4
80/22 81/23 99/7 99/18
120/25 121/5 129/2
129/4 129/15 142/5
142/6 146/13 146/15
146/24 152/4 152/5
156/16 157/4 163/7
195/25 196/1 197/23
198/12 198/13 208/16
216/11 216/12 222/2
222/2 223/11 236/24
236/25
got [8] 10/12 10/13
18/25 27/7 53/7 106/7
158/20 202/11
GOVERNMENT [45]
1/13 3/8 5/10 5/16 8/23
14/7 16/6 36/1 59/10
59/13 67/9 86/25 96/3
97/8 99/1 105/3 106/25
108/14 111/5 113/4
114/22 117/25 118/19
120/2 128/18 128/20
146/11 155/11 156/14
166/17 166/23 179/15
179/17 185/21 197/20
204/24 210/10 210/11
223/7 239/2 244/9
244/12 246/2 246/5
247/12
GOVERNMENT'S
[191] 2/2 15/19 22/18
26/25 27/3 27/20 27/21
28/2 30/6 36/15 38/20
39/13 40/23 41/3 41/17
41/25 42/1 42/2 42/9
42/16 42/21 43/11 43/17
43/25 45/2 47/19 48/3
48/6 52/8 53/25 55/2
59/19 63/14 65/4 65/6
65/17 66/8 66/23 67/17

68/14 69/9 69/16 70/8
70/13 70/19 71/3 71/7
71/17 71/18 71/22 72/13
72/17 72/19 73/7 73/9
73/10 75/11 77/2 77/3
77/5 77/19 77/23 77/25
79/6 79/10 79/16 80/5
80/7 80/11 80/17 80/19
80/21 80/24 83/1 83/10
85/5 85/15 85/25 86/24
88/1 88/11 89/6 89/16
90/5 92/22 92/22 92/25
93/3 93/6 93/9 95/18
96/1 96/14 96/16 99/11
104/19 104/21 105/7
106/13 107/1 107/4
107/7 107/11 107/12
107/20 108/15 108/22
108/24 109/22 109/24
110/4 111/6 111/9
111/11 112/11 112/13
112/17 112/19 112/23
113/8 113/10 114/5
114/8 114/15 115/1
115/3 115/25 116/5
116/16 116/20 117/1
117/6 117/13 120/3
120/11 120/13 125/10
125/21 126/6 126/14
129/6 135/10 135/12
136/7 136/17 137/2
137/15 138/2 138/9
138/22 139/5 139/12
140/13 140/22 141/3
142/9 143/1 144/12
146/16 150/18 151/6
156/19 164/7 165/16
165/17 165/21 166/18
166/25 167/3 167/10
172/25 174/13 175/2
179/22 182/9 182/11
182/16 183/14 186/7
186/9 195/10 195/16
198/2 211/4 211/5
211/23 211/24 211/25
212/1 212/2 223/16
Government's 10 [1]
27/21
Government's 34 [2]
80/7 80/19
Government's 35 [1]
96/14
Government's 38 [1]
183/14
Government's 39A [2]
107/1 107/4
Government's 39C [1]
108/22
Government's 39D [3]
109/22 110/4 111/9
Government's 39E [2]
112/17 113/8
Government's 39F [1]
114/8
Government's 40HH [1]
141/3

**G**

**grab [2]** 127/14 175/15
**grand [1]** 132/8
**grant [1]** 226/5
**granted [1]** 6/21
**graph [1]** 207/4
**grateful [1]** 11/2
**gray [8]** 27/19 27/20
27/21 27/24 53/1 53/19
58/2 159/8
**GrayKey [40]** 157/21
158/6 158/8 158/9
158/11 158/17 158/22
159/5 159/7 159/14
159/20 160/3 160/5
160/20 161/4 162/4
162/9 162/10 162/19
163/11 163/12 163/18
164/25 165/5 165/11
166/10 167/11 167/15
168/8 168/16 169/18
171/19 171/23 172/13
172/19 172/20 172/22
173/7 173/10 173/25
**Grayshift [2]** 158/7
161/7
**great [2]** 72/25 244/1
**grip [14]** 104/14 106/15
121/14 122/24 213/18
216/23 231/6 231/7
233/21 233/23 234/1
234/4 234/10 238/15
**grocery [1]** 203/12
**groove [3]** 110/18
110/19 111/1
**grooves [1]** 110/17
**Group [1]** 153/3
**guaranteed [1]** 133/15
**guard [2]** 232/12 235/6
**guess [2]** 151/14 233/24
**guidelines [1]** 62/1
**gun [54]** 6/1 31/3 42/1
44/6 46/4 46/5 49/20
52/10 52/16 61/19 63/9
64/25 66/25 67/21 71/24
72/1 72/5 72/22 73/10
73/17 73/19 74/5 75/20
85/19 87/1 87/16 87/20
87/25 87/25 88/12 88/15
88/17 88/21 122/6
124/12 124/22 125/3
125/25 126/15 127/10
127/11 127/12 127/14
127/15 127/17 127/19
142/18 143/7 144/5
144/8 230/24 231/17
234/13 240/23
**guns [3]** 3/19 3/20 45/9
**guys [2]** 134/4 196/13

**H**

**had [71]** 7/11 10/4 10/14
13/15 15/13 15/14 16/25
17/9 17/12 17/14 20/10
20/21 21/8 22/16 26/7
26/21 27/9 30/10 40/16
46/21 54/3 56/2 57/22
57/23 63/11 81/19 83/16
83/16 83/16 90/15 92/11
97/13 116/9 116/17
120/18 121/14 124/15
124/15 128/4 130/18
141/23 142/24 145/3
145/17 151/22 170/21
170/21 177/7 181/23
185/18 189/9 193/6
197/3 209/7 212/5 216/4
216/14 216/18 219/8
219/18 220/7 220/11
220/11 220/15 221/24
224/13 236/16 236/21
237/7 237/11 240/3
**hair [3]** 132/23 205/15
224/18
**half [3]** 105/21 105/21
147/10
**halfway [1]** 170/2
**hand [31]** 4/17 4/19 4/20
6/1 6/1 11/9 36/14 50/21
64/9 64/21 64/22 65/10
67/10 76/7 99/10 133/8
156/18 161/19 179/21
182/23 198/1 208/10
223/15 227/9 227/19
229/24 230/1 230/11
232/10 232/10 232/25
**handed [4]** 50/20 55/10
57/16 88/11
**handgun [4]** 63/9 66/3
66/14 66/15
**handing [1]** 88/5
**handle [11]** 44/6 112/8
112/24 124/24 125/11
125/12 125/13 144/8
209/2 215/15 220/2
**handled [1]** 30/19
**handling [6]** 23/7 24/22
100/10 127/17 233/4
237/4
**hands [5]** 49/9 73/4
131/8 133/4 208/22
**handwriting [1]** 34/1
**hanging [1]** 85/8
**happen [2]** 41/15 171/2
**happened [6]** 16/11 23/2
24/11 47/18 57/1 167/16
**happening [2]** 6/25
134/15
**happens [1]** 163/13
**hard [4]** 4/13 10/14
39/10 108/19
**hardware [1]** 159/7
**Harold [1]** 195/8
**harshly [1]** 229/12
**has [48]** 8/12 9/3 23/18
28/3 38/13 38/15 48/12
57/13 75/16 78/25 79/2
80/11 103/14 105/22
122/10 134/6 135/2
137/21 149/13 154/1
155/11 158/9 158/11
158/15 159/8 159/16
160/2 241/2 163/18
164/19 172/5 176/6
176/14 176/17 182/23
185/1 185/3 190/7
194/16 202/21 212/8
217/19 225/19 227/7
232/6 238/15 242/6
246/2
**hash [1]** 171/17
**hashmarks [1]** 231/17
**hasn't [1]** 22/12
**hat [1]** 208/14
**have [335]**
**haven't [2]** 72/23 218/10
**having [4]** 32/6 150/22
222/11 241/9
**he [46]** 7/25 8/1 17/23
17/24 19/4 19/5 21/23
22/16 22/17 23/12 23/21
26/7 30/4 35/8 36/10
38/13 40/22 41/15 41/23
43/5 43/6 49/3 49/4
55/13 56/16 56/20 62/6
79/2 79/3 79/4 84/25
94/11 122/9 144/17
152/13 155/2 155/20
155/20 181/7 181/22
190/5 193/12 193/24
196/17 197/17 245/24
**he'll [2]** 35/10 155/21
**he's [18]** 4/25 12/2 17/21
21/23 23/20 35/9 38/11
38/12 50/14 57/7 62/18
62/19 68/22 155/4 156/4
190/3 190/18 218/13
**head [2]** 96/2 96/4
**heading [1]** 169/16
**heads [1]** 156/9
**health [1]** 198/25
**hear [13]** 9/3 10/1 10/8
14/1 21/9 22/15 61/5
79/13 88/6 93/18 93/20
99/19 184/19
**hearing [3]** 108/20
242/12 247/24
**hearsay [5]** 19/4 83/24
84/6 84/11 191/23
**heat [3]** 133/20 206/17
209/4
**heavily [1]** 158/17
**HEIC [4]** 192/10 192/22
193/19 194/2
**height [5]** 220/19 220/24
220/24 221/2 237/23
**heights [1]** 215/2
**held [3]** 4/20 4/22 224/7
**Hello [1]** 129/16
**help [10]** 25/6 33/14
46/16 47/10 81/11 102/7
102/12 125/5 143/16
177/22
**helpful [1]** 155/22
**her [16]** 8/18 8/22 9/9
9/10 9/11 12/8 12/12
12/12 12/13 12/18 12/23
12/24 13/3 13/4 91/24
160/22 241/2 163/18
164/19 172/5 176/6
176/14 176/17 182/23
185/1 185/3 190/7
194/16 202/21 212/8
217/19 225/19 227/7
232/6 238/15 242/6
246/2
**here [79]** 5/8 7/1 9/15
11/1 18/8 21/10 22/11
25/5 26/3 28/13 28/17
29/25 30/17 36/3 41/23
48/25 50/9 50/18 50/19
56/24 59/17 64/8 64/14
64/20 65/10 65/14 65/21
76/6 91/22 99/8 105/2
107/19 110/22 126/11
129/1 129/3 132/25
136/8 138/15 143/24
146/2 146/14 151/15
151/18 155/4 155/6
155/18 155/21 156/17
164/7 168/16 169/8
171/2 173/3 174/8
174/11 174/12 175/22
178/2 178/5 197/24
222/21 223/12 230/13
230/21 230/23 231/5
231/9 231/12 231/18
231/24 232/2 232/9
232/13 234/3 234/9
235/22 239/24 241/3
**Here's [1]** 194/1
**hereby [1]** 248/5
**Herstal [2]** 66/13 238/18
**HH [2]** 116/4 120/4
**hidden [1]** 85/25
**high [2]** 187/15 241/11
**higher [1]** 240/19
**Highway [2]** 1/14
248/10
**him [39]** 7/23 8/2 8/4
12/1 15/13 16/1 19/6
21/23 21/25 22/15 23/22
23/23 36/11 38/6 38/8
38/10 43/3 47/18 47/18
55/20 56/20 62/13 62/14
62/16 62/18 155/6 155/6
155/7 155/18 155/18
155/19 155/20 181/20
190/3 190/12 194/1
196/16 217/6 247/2
**himself [1]** 5/25
**hindered [1]** 222/6
**hired [2]** 61/12 224/12
**his [21]** 4/17 28/7 38/13
38/23 44/23 55/16 68/23
78/23 78/25 83/4 83/6
90/2 94/5 95/17 122/12
152/3 193/8 196/12
229/24 230/1 246/17
**history [2]** 196/10
196/12
**hit [2]** 71/6 90/6
**hits [1]** 90/10
**hold [10]** 21/3 26/14
28/21 43/3 74/15 74/17
128/3 138/14 162/5
177/25
**holding [11]** 4/2 26/7
27/4 27/21 43/1 127/13
174/13 192/8 229/24
229/25 232/25
**holds [1]** 127/12
**hole [1]** 22/21
**homeowner [1]** 84/21
**honest [1]** 87/19
**Honor [97]** 6/15 6/22
19/4 31/25 34/12 34/15
34/20 36/1 38/14 47/3
49/11 59/12 59/13 59/24
62/22 71/8 72/12 72/16
81/13 86/20 90/13 91/7
92/21 93/11 94/18 97/7
97/18 98/6 98/18 99/2
104/18 106/25 107/9
107/17 108/14 109/21
111/5 112/10 113/4
114/3 114/22 115/24
120/2 120/17 120/20
123/14 127/1 128/20
128/25 129/12 141/12
141/22 141/25 146/11
151/21 151/24 153/18
154/6 154/11 154/25
155/4 156/4 156/14
163/25 166/17 166/20
167/2 177/10 178/24
179/7 179/17 182/15
188/8 188/18 191/2
195/20 196/18 197/5
197/11 197/17 197/20
198/9 204/24 210/6
216/2 221/11 222/18
223/7 236/17 240/8
241/19 244/18 245/13
245/22 246/8 247/18
247/20
**HONORABLE [1]** 1/10
**hope [1]** 13/15
**hour [8]** 92/7 96/19
130/1 130/1 130/2
225/22 226/13 229/12
**hours [4]** 129/25 159/25
160/2 200/20
**house [5]** 18/24 19/1
64/6 83/11 196/16
**how [96]** 3/14 22/11
27/8 27/11 27/14 30/6
30/19 35/7 37/2 42/13
44/22 51/20 52/14 54/14
60/11 61/20 66/24 74/9
74/9 74/23 75/6 75/25
76/2 85/19 85/24 91/24
99/23 101/9 102/2
122/18 122/21 123/11
126/17 130/10 130/14
130/18 130/23 133/1
133/19 134/12 147/8
148/21 152/25 157/25
158/13 158/25 159/23
160/2 161/4 162/24
166/2 166/6 170/11
170/14 172/1 175/12
180/13 181/17 188/4
192/17 193/5 200/2
201/23 202/5 202/8
203/13 203/14 204/17
204/21 205/19 206/20

**H**

**how... [25]** 208/3 208/4
211/13 211/19 212/8
218/3 218/17 220/24
222/6 222/6 222/7 224/5
226/6 226/17 226/20
227/3 227/22 228/1
231/4 232/5 239/24
244/6 245/3 245/6
245/16
**How's [1]** 14/1
**however [5]** 74/13
193/18 194/9 200/17
202/16
**HUDOCK [41]** 1/13
2/10 2/11 2/13 2/14 2/15
2/17 2/21 2/22 97/13
98/5 98/16 99/17 101/21
105/1 107/18 109/2
110/2 111/13 112/15
113/13 114/7 115/5
116/14 127/5 129/14
141/13 145/2 145/22
146/23 154/24 157/3
164/5 165/19 167/9
177/11 198/11 205/6
210/8 222/20 246/15
**Hudock's [1]** 91/20
**huh [3]** 108/6 123/2
125/2
**humidity [1]** 209/4
**hundred [2]** 43/15 54/11

**I**

**I'd [10]** 8/9 29/2 29/4
30/10 30/13 63/21
141/25 167/13 243/23
245/13
**I'll [31]** 3/13 8/21 13/25
14/2 35/5 61/2 63/22
72/12 73/3 77/18 79/16
80/4 88/8 97/19 98/10
115/24 149/22 182/15
192/3 192/3 192/10
200/1 200/2 201/2 202/8
202/9 211/3 227/19
229/14 230/9 243/19
**I'm [183]** 3/23 6/8 6/13
10/25 15/2 15/16 15/19
18/9 18/20 21/9 21/25
22/10 23/5 23/21 25/20
31/13 32/20 32/25 36/5
39/3 39/13 40/23 41/17
41/25 42/9 42/16 42/21
43/6 43/15 43/25 45/2
45/23 46/3 46/6 47/8
47/19 48/3 50/13 51/9
52/8 54/5 54/9 54/11
54/22 55/18 55/20 57/1
60/6 61/3 63/13 64/15
64/20 64/21 65/4 66/8
66/23 67/17 69/9 69/16
70/8 70/14 70/19 70/25
71/3 71/7 71/17 71/18
73/9 75/5 76/5 76/6
76/12 77/2 78/5 78/6

79/4 79/6 81/13 81/15
84/2 85/1 85/3 85/4 86/3
86/17 86/19 87/1 87/2
87/18 88/5 91/15 92/21
92/25 94/22 95/7 97/8
101/14 104/18 105/2
107/9 108/7 109/21
110/3 110/22 112/10
114/3 116/15 123/24
125/10 126/6 129/21
130/4 132/7 133/5 133/6
133/6 133/9 133/9 134/3
134/22 135/4 135/8
135/9 137/21 137/22
143/15 143/13 143/15
145/19 148/4 148/22
148/23 148/24 149/15
150/11 150/11 150/17
153/1 157/6 164/6
165/15 165/20 180/10
182/9 183/3 183/23
185/24 186/22 186/24
187/23 188/2 191/4
193/2 193/15 193/22
194/11 194/18 195/7
198/18 200/13 200/16
207/23 210/3 210/9
211/21 222/13 224/1
224/17 225/2 227/6
229/7 229/7 229/17
230/2 230/12 233/19
235/21 241/22 242/9
242/12 244/15 244/17
247/8
**I've [21]** 4/10 6/23 8/11
25/8 60/12 130/16
141/20 158/2 178/6
185/5 185/17 188/16
199/18 201/2 201/19
201/25 210/16 224/8
226/8 226/11 226/25
**ID [4]** 56/23 160/25
160/25 174/24
**idea [2]** 39/1 226/20
**identical [3]** 74/15
205/17 238/4
**identification [35]** 38/16
62/25 71/23 77/6 79/11
93/7 104/19 104/22
105/3 107/10 107/13
107/20 109/22 109/25
110/4 112/11 112/14
114/4 114/6 115/25
116/7 130/5 130/6
139/19 139/20 139/21
165/16 165/18 165/21
182/12 195/11 225/20
226/21 228/3 228/9
**identified [2]** 38/15
62/23
**identifier [2]** 137/20
160/24
**identifiers [1]** 174/18
**identify [15]** 29/19
30/11 38/6 121/21
122/16 139/21 148/8

148/9 225/14 226/24
227/12 227/23 231/1
239/7 239/8
**identifying [7]** 137/23
148/4 149/11 225/17
225/23 226/14 232/20
**II [1]** 1/7
**III [8]** 1/7 94/1 94/5 94/8
94/14 95/12 95/16 96/12
**image [50]** 4/16 4/24
4/25 5/9 5/23 6/9 42/17
76/5 76/11 135/11
135/17 162/3 182/22
187/10 188/2 190/15
191/6 191/9 191/11
191/22 192/8 192/10
192/12 192/14 192/21
192/22 192/23 192/25
193/5 193/15 193/17
193/19 193/22 193/24
194/1 194/2 194/3 194/7
194/8 194/11 194/16
194/18 194/21 233/12
234/25 235/1 235/3
237/8 238/24 247/1
**image C [1]** 182/22
**images [46]** 3/7 3/9 3/10
3/11 4/1 4/6 4/8 4/16 6/3
6/6 6/17 156/6 161/15
180/24 181/2 181/4
181/4 181/10 181/15
181/18 182/1 182/3
182/20 182/22 184/14
185/1 185/2 185/18
185/20 187/21 187/22
187/23 188/15 188/21
189/6 190/13 193/13
235/13 239/2 239/8
239/12 241/3 241/4
245/25 246/25 247/3
**imagine [1]** 134/8
**IMEI [2]** 168/25 169/4
**IMEIs [1]** 169/2
**imitation [1]** 238/15
**immediately [2]** 39/24
40/18
**import [1]** 175/13
**importance [1]** 53/24
**important [5]** 16/10
16/10 105/19 169/2
174/17
**impound [1]** 49/25
**impounded [3]** 29/1
50/6 50/12
**impounding [2]** 29/20
50/14
**impounds [2]** 25/25 28/6
**impression [1]** 23/20
**imprisonment [1]** 94/9
**inadvertently [1]** 80/17
**Inaudible [2]** 182/24
184/18
**inaudibly [1]** 44/25
**inches [1]** 220/23
**incident [4]** 14/14 22/4
22/9 23/9

**include [7]** 42/7 65/9
76/9 97/15 147/4 151/7
202/15
**included [4]** 5/24 42/8
67/3 74/8
**includes [4]** 81/24 116/1
129/25 243/9
**including [4]** 23/12
31/20 31/20 72/3
**inclusive [1]** 241/8
**inconclusive [1]** 215/14
**inconsistent [4]** 233/13
234/22 235/16 246/19
**INDEX [1]** 2/1
**Indian [34]** 74/5 75/20
117/9 118/18 118/22
118/24 119/2 122/9
143/18 147/1 147/8
147/14 152/18 198/16
198/17 199/14 199/19
200/9 201/16 201/22
202/13 202/16 202/19
202/24 203/22 207/11
217/8 217/16 217/17
218/1 218/24 219/8
220/16 221/8
**indicate [7]** 46/21 64/8
69/24 76/2 149/3 171/13
177/21
**indicated [9]** 12/18
29/25 30/9 49/24 145/3
145/24 242/22 243/1
243/23
**indicates [3]** 66/10
169/8 169/12
**indicating [20]** 44/4
50/3 133/10 174/11
175/18 178/2 230/6
230/13 230/21 230/23
231/3 231/9 231/18
231/24 232/3 232/10
232/13 233/23 234/4
234/10
**indication [1]** 191/15
**indications [2]** 164/19
170/21
**indicative [1]** 66/12
**indictment [5]** 23/14
94/10 177/4 177/8 186/1
**individual [10]** 10/20
11/5 33/21 78/18 89/11
109/12 162/22 211/1
213/9 220/10
**individual's [1]** 210/1
**individually [2]** 8/18
90/7
**individuals [14]** 83/22
84/9 84/19 137/12
205/17 212/22 213/1
213/9 213/12 213/17
217/25 218/2 222/5
222/7
**inference [2]** 4/20 5/18
**influence [1]** 133/24
**inform [1]** 84/4
**information [13]** 10/7

155/5 157/15 158/5
161/23 165/8 167/18
168/7 172/13 175/11
196/5 201/1 227/8
**initial [4]** 8/18 50/16
105/20 189/9
**initialed [2]** 166/8 182/8
**initially [5]** 26/15 65/22
109/4 185/20 199/21
**initials [4]** 28/9 28/16
50/3 105/15
**ink [1]** 90/3
**inquire [1]** 8/23
**inquired [1]** 10/3
**inscribed [2]** 169/7
238/12
**inserted [1]** 187/7
**insertion [7]** 109/8
113/22 114/16 114/19
126/10 213/19 214/7
**inside [55]** 27/12 27/16
27/16 40/7 43/19 45/6
45/13 47/20 52/22 55/6
64/23 65/7 65/8 66/19
68/11 68/18 69/7 69/8
69/13 69/19 70/7 71/5
71/16 74/3 75/7 75/10
79/21 86/25 87/20 87/24
87/25 88/13 88/15 88/17
90/21 105/7 106/14
106/14 108/8 108/10
109/12 110/11 112/23
125/12 125/13 125/25
126/15 144/8 151/8
160/22 164/10 164/13
210/11 236/8 246/24
**insofar [3]** 23/9 228/20
241/7
**inspect [2]** 103/4 112/2
**inspecting [1]** 74/11
**inspection [1]** 106/19
**Instagram [9]** 181/15
181/19 181/21 193/4
193/6 193/7 193/10
194/21 194/22
**installed [1]** 159/8
**instance [5]** 106/7
127/19 140/1 148/23
149/15
**instances [2]** 102/20
239/3
**instant [1]** 23/14
**Institute [3]** 203/8
207/21 207/24
**instruction [9]** 6/17 6/18
6/20 7/2 7/4 7/7 7/12
7/16 185/3
**instructions [1]** 6/19
**instrument [1]** 207/3
**instruments [1]** 199/17
**insufficient [7]** 214/6
214/8 214/12 214/13
214/25 215/16 235/11
**insure [2]** 22/5 97/9
108/1
**intact [2]** 123/21 149/24

**I**

**integrity [2]** 15/5 228/7
**intend [3]** 21/23 21/24 190/12
**intent [5]** 5/7 7/6 21/14 177/7 242/5
**intentionally [2]** 15/8 15/10
**interact [1]** 169/23
**interacted [1]** 151/5
**interest [1]** 205/24
**interested [2]** 207/1 207/8
**interesting [1]** 121/9
**interfere [2]** 106/4 109/18
**interfering [1]** 12/13
**internal [4]** 60/9 61/23 174/1 233/1
**international [7]** 130/5 130/6 152/21 153/3 218/9 218/16 225/12
**internet [2]** 157/12 243/10
**interpret [9]** 213/13 214/1 214/14 214/21 217/9 217/13 217/14 218/4 222/5
**interpretation [5]** 201/9 201/12 207/5 215/12 215/13
**interpreting [1]** 214/23
**interprets [1]** 173/9
**interrupt [2]** 185/14 185/14
**interstate [8]** 93/5 95/24 96/7 225/2 225/7 225/21 226/9 228/15
**intervention [1]** 169/22
**interviews [2]** 83/19 83/21
**Intro [1]** 201/6
**introduce [1]** 23/9
**inventories [1]** 32/14
**inventory [17]** 25/12 25/13 29/2 29/4 29/15 29/18 31/1 33/21 33/24 45/21 46/19 48/17 48/23 55/22 56/2 57/9 82/2
**investigate [3]** 61/25 180/10 225/6
**investigated [2]** 23/12 180/19
**investigates [1]** 61/18
**investigation [12]** 19/11 24/4 58/12 62/2 82/10 83/20 180/20 180/23 196/6 196/22 243/9 243/10
**investigations [4]** 14/15 61/15 61/17 61/18
**investigative [2]** 37/19 205/23
**investigator [9]** 37/19 100/2 122/20 129/22 180/10 224/4 224/8

224/16 224/21
**investigator's [1]** 122/4
**involve [3]** 23/14 202/12 202/13
**involved [7]** 14/17 37/21 37/24 62/2 148/15 149/1 180/20
**involvement [2]** 38/18 144/18
**involves [1]** 147/18
**IOS [1]** 159/25
**IOS 15 [1]** 159/25
**iPhone [13]** 47/13 47/13 77/9 158/10 158/10 158/15 167/23 168/1 168/2 168/5 168/12 172/2 172/8
**iPhone 11 [3]** 168/1 168/5 168/12
**iPhone 12 [1]** 168/2
**iPhones [13]** 46/17 47/14 57/16 158/6 158/12 158/14 169/6 169/24 170/8 171/14 171/25 172/3 175/13
**is [622]**
**is entitled [1]** 93/22
**ISO [1]** 203/2
**ISO 17025 [1]** 203/2
**issue [9]** 3/7 5/7 6/23 7/19 11/18 12/25 155/9 184/20 247/15
**issued [5]** 76/21 76/22 79/25 80/25 185/3
**issues [5]** 10/17 23/1 24/12 145/18 151/17
**issuing [1]** 6/16
**it [654]**
**it'd [1]** 65/21
**it's [167]** 3/23 4/15 4/19 5/12 7/6 7/12 7/13 8/15 13/16 16/18 19/23 23/1 29/12 29/25 32/21 32/23 33/20 34/5 34/6 39/10 39/10 43/23 44/23 45/9 45/12 47/22 50/10 55/5 57/6 63/14 63/20 64/8 66/3 68/3 68/18 69/13 70/12 70/23 74/24 74/24 75/18 76/13 77/9 84/9 87/10 87/13 87/18 88/19 89/21 90/4 103/14 106/15 111/3 116/21 117/8 119/18 123/25 128/7 128/7 129/9 131/20 135/1 135/1 135/19 135/22 137/7 142/16 149/23 151/7 153/9 153/23 158/7 158/18 159/7 159/12 160/6 160/11 160/11 162/12 163/7 163/8 164/7 164/15 165/21 166/6 168/5 168/8 168/8 168/9 169/3 169/4 169/6 169/6 170/22 171/15

172/1 172/22 173/6 173/8 173/16 173/22 174/17 175/12 175/14 175/23 176/6 176/16 176/16 181/21 183/4 187/15 188/6 189/17 190/14 192/18 192/22 194/1 194/25 195/1 202/18 202/19 202/22 203/9 203/14 203/17 205/9 205/12 205/15 205/24 207/9 207/23 208/14 209/22 209/24 209/24 209/25 213/12 214/1 215/6 215/6 217/15 217/17 217/17 217/18 217/20 219/24 220/2 220/22 220/24 220/24 221/18 222/4 226/2 228/19 228/20 229/1 229/6 230/9 231/3 231/6 231/20 232/21 236/13 238/24 243/24 246/21 247/6
**item [26]** 27/10 30/15 30/16 33/20 34/4 46/1 55/4 56/5 57/15 59/2 70/4 71/11 85/16 85/24 90/23 105/22 119/19 125/15 148/24 149/12 149/23 150/1 159/5 216/17 219/13 220/7
**items [92]** 16/7 18/1 18/3 18/3 18/12 25/1 26/7 26/7 26/12 27/6 27/14 28/14 29/19 29/20 29/21 29/24 30/4 30/8 30/20 30/22 31/16 31/19 33/16 33/24 34/9 41/12 41/23 42/5 44/11 45/18 45/22 46/22 47/7 49/4 52/6 57/8 57/11 57/17 58/1 58/2 58/16 58/23 63/5 63/8 64/25 65/2 65/9 70/2 74/2 82/13 85/19 85/21 86/2 86/13 87/4 87/20 87/21 89/11 91/2 91/3 91/4 101/9 105/21 111/14 111/22 111/25 115/6 115/9 115/10 115/14 115/15 127/9 142/10 142/11 142/13 142/18 147/3 147/5 147/22 148/3 148/9 148/22 152/7 152/13 153/5 160/23 162/16 173/16 174/24 199/23 212/6 219/15
**its [9]** 94/3 95/14 104/16 124/9 159/14 163/14 172/5 228/6 233/1
**itself [5]** 45/12 121/7 172/21 174/22 175/11

**J**

**J-O-N-E-S [1]** 156/22

**jacket [1]** 38/13
**Jadin [1]** 50/13
**jail [1]** 37/11
**January [1]** 189/10
**January 11th [1]** 189/10
**Jim [20]** 2/17 78/18 78/20 78/21 78/25 154/25 156/6 156/14 156/19 156/22 181/5 188/24 191/13 192/13 192/24 193/18 193/20 194/4 194/9 194/14
**JOA [1]** 246/3
**job [10]** 122/12 129/24 130/7 130/12 147/20 198/20 200/4 200/12 201/8 237/5
**joint [3]** 6/19 19/23 21/14
**jointly [1]** 7/11
**Jones [23]** 2/17 78/18 78/20 78/21 97/15 154/25 155/1 156/6 156/15 156/19 156/22 157/4 165/20 167/10 181/5 181/12 191/13 192/13 192/24 193/18 194/4 194/9 194/14
**Jones' [2]** 188/24 193/20
**Jose [1]** 44/24
**journal [2]** 202/22 202/22
**jpeg [1]** 194/17
**JUDGE [41]** 1/10 5/20 6/12 7/19 9/7 11/17 12/5 13/2 13/21 22/20 23/15 35/5 49/15 61/2 73/14 81/7 90/16 92/8 94/22 128/14 144/22 154/15 155/24 156/5 157/1 183/3 186/15 186/22 186/24 188/2 189/23 190/12 194/24 197/14 216/5 218/11 219/2 222/13 223/2 228/22 242/4
**judgment [1]** 122/19
**juice [2]** 206/22 206/23
**Juliet [2]** 116/2 136/17
**July [16]** 23/9 24/11 37/22 38/2 54/2 54/15 62/3 102/25 111/25 119/10 189/16 189/20 196/8 196/14 217/1 217/2
**July 13th [1]** 102/25
**July 21st [1]** 111/25
**July 2nd [1]** 54/15
**July 5th [1]** 54/2
**July 9 [1]** 23/9
**July 9th [8]** 24/11 37/22 38/2 62/3 189/16 189/20 196/8 196/14
**jump [3]** 4/11 187/7 187/22
**June [5]** 176/7 176/10

176/18 193/11 194/23
**June 12th [1]** 176/7
**June 21st [4]** 176/10 176/18 193/11 194/23
**juror [11]** 5/13 9/18 9/20 11/18 11/21 12/6 12/20 13/1 36/5 44/25 246/8
**jurors [20]** 8/6 8/11 8/20 10/22 11/16 11/23 34/24 35/1 35/21 61/5 92/11 92/12 92/15 93/20 94/17 98/22 156/2 189/22 191/6 202/5
**jury [85]** 1/9 6/19 7/4 7/7 8/15 10/3 11/11 11/15 13/12 13/13 22/14 23/20 24/22 26/9 30/19 31/14 35/14 35/15 35/22 35/23 51/7 71/21 96/25 97/1 98/23 98/24 99/19 100/9 101/2 103/20 110/18 111/19 119/6 126/7 131/6 131/23 132/9 133/1 134/2 134/12 145/7 146/25 150/8 151/9 153/2 154/20 154/21 156/10 156/11 157/4 159/5 160/13 163/1 164/23 168/3 168/25 169/13 169/17 172/1 175/10 178/1 186/19 186/20 190/21 190/22 190/23 198/14 203/7 205/7 208/2 211/7 213/5 213/23 214/11 241/21 241/25 242/1 242/11 242/15 242/17 242/18 242/19 243/3 243/20 243/21
**jury's [1]** 28/15
**just [189]** 4/6 4/14 7/15 9/15 10/11 10/12 10/12 10/13 10/13 10/14 10/15 10/18 11/6 12/22 13/2 13/4 14/10 14/11 21/10 21/15 22/11 22/23 23/1 23/15 23/18 27/1 27/4 27/8 27/11 27/14 29/6 32/7 34/24 35/1 36/5 36/11 38/11 38/18 40/18 42/2 43/16 48/10 49/15 51/16 52/14 56/3 61/2 64/7 64/24 65/5 66/9 76/4 80/15 80/17 82/13 82/15 82/17 84/10 87/6 87/7 88/1 88/6 92/14 93/24 94/16 97/7 97/8 97/10 99/19 107/3 108/21 110/14 111/8 111/15 112/25 115/6 115/17 119/6 123/25 125/8 125/13 127/6 130/24 131/6 131/22

USA vs. RONELL BERNARD BRYANT
Case 2:21-cr-14012-AMC   Document 175   Entered on FLSD Docket 07/24/2022   Page 265 of 282

Page 265

**J**

**just...** [100] 131/24 132/14 132/21 132/23 133/14 135/14 136/13 142/11 142/16 145/3 145/12 145/14 145/15 145/20 148/8 148/17 149/2 149/16 151/12 153/9 153/11 154/23 158/15 159/12 160/13 161/4 161/17 162/18 164/23 169/4 171/10 172/8 172/22 173/3 174/12 175/4 175/11 178/9 181/7 181/22 182/19 183/8 183/18 183/19 183/24 184/2 184/7 184/20 185/5 185/24 186/11 187/4 187/12 187/19 188/20 192/3 192/3 193/7 194/24 195/2 195/3 199/16 205/7 206/22 208/3 208/9 211/20 212/23 213/12 213/14 213/23 214/1 214/13 214/15 215/11 220/18 220/19 220/22 220/24 222/23 223/13 224/18 227/19 227/19 229/11 229/19 230/4 233/7 235/1 237/20 238/1 242/7 242/10 244/15 244/18 244/23 245/8 246/7 246/11 247/14

**K**

**K-E-L-L-Y** [1] 223/19
**Kayla** [4] 2/12 128/20 129/6 129/9
**keep** [7] 14/2 18/6 21/14 119/19 186/17 229/15 243/16
**keeping** [2] 4/13 48/17
**Keith** [6] 2/3 7/20 41/14 43/2 51/4 54/19
**Kelly** [8] 2/23 223/8 223/16 223/19 236/24 240/5 246/16 247/10
**Kelly's** [2] 242/6 245/24
**key** [6] 172/5 172/7 172/11 172/18 176/17 214/21
**keychain** [8] 171/13 171/15 171/20 171/21 171/21 173/18 173/21 173/22
**keys** [1] 196/16
**kind** [8] 16/23 29/13 44/2 58/3 102/9 103/13 103/23 132/13 132/15 134/8 135/22 161/10 190/8 192/9 196/5 215/6 227/19 229/1 229/4 234/9
**knew** [1] 94/11

**knife** [1] 150/12
**Knight** [15] 68/3 68/4 75/21 84/21 84/23 136/3 136/3 137/10 137/25 138/6 139/19 140/6 140/11 197/3 197/3
**Knight's** [1] 85/2
**knocked** [1] 246/11
**know** [106] 6/19 7/22 8/1 8/2 9/24 10/9 10/17 11/9 18/22 19/23 22/11 23/19 23/25 29/3 29/24 31/5 31/6 31/10 32/20 32/23 32/23 33/13 33/25 43/14 43/16 43/17 44/22 47/20 50/8 50/19 50/25 51/10 51/10 53/11 54/7 54/10 54/12 67/6 67/25 68/4 74/23 74/24 78/17 79/19 83/5 83/5 85/16 85/20 85/21 86/24 90/10 102/2 108/8 116/21 121/6 123/11 123/17 127/7 131/7 132/5 132/6 132/15 134/20 135/1 142/15 155/20 157/25 162/24 166/6 169/4 170/22 175/24 178/8 178/8 185/8 188/20 191/8 191/11 192/8 192/11 192/21 193/15 194/11 202/7 202/20 203/5 203/13 203/14 204/21 206/20 209/23 209/25 210/2 211/19 217/18 218/15 218/15 218/17 218/19 221/14 222/21 233/3 242/15 243/23 245/2 245/16
**knowing** [1] 228/13
**knowledge** [7] 20/11 46/21 66/6 88/23 90/21 153/23 232/15
**known** [21] 132/3 132/4 134/12 134/21 134/24 148/12 171/15 180/7 200/1 206/2 209/12 209/14 209/19 209/22 210/5 214/8 214/16 215/16 220/5 222/11 225/23
**knows** [4] 21/23 23/21 172/14 204/1
**Kors** [2] 42/25 47/22

**L**

**L-I-M-B** [1] 129/9
**L-O-B-N-I-G** [1] 99/14
**lab** [20] 58/3 152/18 198/16 198/17 199/14 199/19 200/9 201/4 201/17 202/16 202/24 203/23 204/18 207/11 210/17 210/19 210/22 217/8 217/17 218/1
**lab's** [2] 202/13 202/19

**label** [3] 64/2 73/7 149/17
**labeled** [3] 64/16 135/19 181/13
**laboratories** [2] 153/4 203/4
**laboratory** [19] 147/1 147/9 147/15 147/15 148/4 149/10 150/2 150/7 150/15 150/15 153/10 199/5 199/13 207/15 209/10 218/2 219/6 221/20 221/21
**labs** [9] 152/21 153/2 153/3 153/8 153/13 199/16 218/8 218/8 218/16
**labs'** [1] 153/10
**lack** [2] 145/18 215/22
**lacks** [1] 145/15
**ladies** [10] 35/11 93/12 96/18 154/17 176/24 186/16 190/25 198/14 241/21 242/21
**Lara** [5] 2/10 91/21 99/3 99/11 99/14
**large** [2] 103/23 192/18
**larger** [2] 187/17 187/20
**Las** [1] 1/20
**laser** [1] 232/1
**last** [20] 3/18 8/2 25/8 36/17 44/20 56/14 59/21 99/13 129/8 146/18 156/21 179/24 186/11 193/13 198/4 198/5 217/18 220/4 223/18 233/24
**lasts** [1] 133/14
**lat** [1] 175/15
**lat/long** [1] 175/15
**latches** [3] 112/8 112/24 215/15
**late** [1] 98/9
**latent** [70] 109/5 109/14 111/15 111/21 117/4 117/8 117/11 117/11 117/17 117/21 117/25 118/2 118/6 118/10 118/14 118/16 118/20 118/24 119/4 125/19 125/21 126/3 126/7 126/13 126/21 129/21 129/24 130/1 130/2 130/16 130/24 130/25 131/11 131/21 131/24 134/12 135/18 135/24 135/25 136/12 136/20 136/21 136/23 137/14 137/7 137/17 138/4 138/5 138/13 138/16 138/25 139/7 139/14 139/14 139/17 140/16 140/20 140/24 141/5 142/16 142/24 143/6 143/11 143/12 143/14 143/18 143/19 143/23

**144/5 144/13**
**latent 11** [1] 117/11
**latents** [3] 142/14 142/21 143/25
**later** [5] 23/22 73/5 77/11 77/14 246/5
**Lauderdale** [1] 1/21
**Lauren** [2] 15/20 42/14
**law** [22] 7/13 37/4 37/7 37/9 60/11 60/12 60/20 82/3 87/11 90/22 147/16 152/17 153/13 180/15 199/2 201/2 201/3 218/19 224/12 224/15 224/22 226/4
**lawful** [3] 24/3 38/3 62/9
**laws** [1] 225/4
**lawyers** [2] 241/23 247/22
**lay** [1] 70/23
**layer** [1] 158/22
**laying** [1] 87/14
**layout** [1] 63/16
**lead** [3] 102/18 121/24 241/4
**leading** [1] 21/13
**leads** [1] 22/16
**learned** [1] 220/4
**learning** [1] 147/18
**least** [20] 4/21 11/7 22/5 40/5 69/2 79/2 92/1 92/2 96/21 123/21 134/9 154/15 155/21 200/20 201/18 212/22 213/1 213/12 213/17 213/25
**leave** [12] 40/18 81/4 133/2 133/6 133/9 133/12 133/16 134/9 179/3 208/13 208/23 247/25
**leaves** [1] 23/19
**leaving** [3] 199/13 208/17 208/22
**lectern** [2] 81/12 88/9
**lectured** [1] 200/22
**led** [1] 24/10
**leeway** [1] 32/17
**left** [18] 39/5 45/13 53/4 62/19 65/10 65/20 67/10 70/25 85/16 87/9 131/12 133/3 133/18 134/7 161/19 216/13 232/9 232/10
**left-hand** [4] 65/10 67/10 161/19 232/10
**leftover** [1] 98/2
**length** [3] 78/25 97/23 237/23
**lengthy** [1] 11/7
**lens** [1] 177/23
**less** [12] 10/23 133/9 133/11 165/7 175/11 193/19 208/18 215/5 219/24 244/8 244/12 245/1
**lesser** [1] 194/16

**let** [41] 4/14 5/21 8/6 8/23 9/24 10/9 11/9 28/21 35/1 37/17 38/14 38/20 40/13 40/18 45/23 46/10 46/19 47/20 60/22 62/22 64/20 66/9 75/11 76/19 78/6 79/19 80/16 94/22 97/13 145/23 162/5 187/5 192/6 192/21 194/6 194/20 195/7 217/1 235/3 242/15 245/16
**letter** [1] 195/2
**letters** [1] 116/16
**letting** [1] 22/11
**level** [2] 161/16 199/4
**levels** [3] 221/6 221/18 221/24
**library** [2] 227/1 228/8
**license** [10] 44/8 55/5 55/11 55/12 55/17 56/5 57/4 57/5 82/24 196/13
**licensed** [1] 240/19
**lieutenant** [4] 8/1 14/5 14/11 24/18
**Lieutenant Pearson** [1] 8/1
**life** [3] 131/18 205/10 205/13
**lift** [1] 133/25
**light** [1] 229/12
**lightning** [3] 159/8 159/14 159/16
**like** [88] 8/9 10/11 10/11 10/12 10/13 10/13 10/13 10/14 10/14 10/14 10/14 10/15 10/15 10/17 10/17 10/18 12/5 20/15 31/4 32/18 32/25 32/3 39/4 41/7 43/23 43/23 43/24 46/4 46/5 52/21 53/4 53/5 62/20 63/21 66/7 75/18 85/20 87/11 90/4 102/12 103/23 103/24 105/22 121/13 122/8 128/1 128/9 130/8 132/1 132/15 132/15 132/19 133/3 133/8 133/20 134/8 134/17 137/21 141/25 142/16 145/11 145/24 150/10 150/11 153/16 161/11 167/13 168/10 169/3 174/25 176/12 181/21 188/1

Page 266

**L**

like... [15] 204/1 204/3 206/6 206/16 219/20 220/23 222/9 229/5 233/4 237/20 238/1 244/5 245/6 245/13 246/2
liked [1] 12/8
likeliest [1] 4/22
likelihood [1] 121/24
likely [7] 133/6 133/9 133/11 134/9 208/18 219/24 240/24
Limb [8] 2/12 97/15 128/21 129/6 129/9 129/15 129/17 145/3
limine [4] 183/23 183/25 184/12 184/13
limitations [1] 172/20
limited [2] 7/5 177/6
limiting [5] 6/16 6/20 7/2 7/16 185/3
line [4] 64/9 167/23 168/1 168/21
line 3 [1] 168/1
line 5 [1] 168/21
lines [7] 34/5 64/8 64/15 145/10 225/11 231/5 231/18
lines here [1] 231/5
linked [1] 169/15
list [2] 46/24 82/2
listed [7] 22/4 116/17 143/17 161/18 171/6 177/16 196/12
listen [1] 243/6
lists [1] 56/5
literature [1] 227/1
little [25] 31/4 43/23 43/24 66/4 75/12 87/10 94/21 102/21 102/24 109/3 119/12 127/7 131/4 133/1 133/5 134/8 147/24 159/8 159/18 163/2 173/22 208/2 214/17 219/11 229/12
living [1] 157/5
loaded [3] 109/9 109/11 173/16
Lobnig [18] 2/10 91/21 91/22 97/16 99/3 99/4 99/11 99/14 99/18 99/21 105/2 107/19 110/3 112/16 114/8 116/15 127/6 152/8
local [8] 19/17 171/6 175/24 175/25 176/1 176/8 176/11 176/19
locate [3] 63/5 83/2 113/15
located [27] 18/3 26/7 27/14 29/14 29/14 30/10 30/21 33/20 33/20 46/11 63/11 64/24 70/6 70/17 71/5 71/15 76/22 79/25 82/7 102/22 118/7

118/11 118/13 118/17 118/21 169/14 231/22
location [11] 20/4 27/7 56/12 64/14 64/20 65/17 65/21 90/24 106/1 106/2 161/15
locations [4] 121/15 125/8 144/10 181/9
lock [7] 31/3 158/11 158/12 169/8 170/7 170/12 170/13
locked [5] 158/10 158/10 158/14 158/15 158/21
log [4] 33/21 169/17 170/2 227/12
logged [2] 87/20 227/16
logging [1] 82/4
logistics [1] 34/7
logistics-wise [1] 34/7
long [17] 60/11 91/24 99/23 130/14 133/19 147/8 159/23 171/17 175/15 180/13 188/4 199/18 218/17 224/5 229/4 244/3 244/7
look [76] 16/21 29/4 29/11 30/11 39/6 47/6 47/20 50/11 52/3 66/6 74/15 75/11 87/9 88/12 90/2 90/2 90/7 101/3 103/23 105/11 106/16 108/5 110/5 112/16 112/17 114/8 114/9 116/17 116/18 116/20 119/13 119/14 119/23 125/6 126/19 131/8 132/10 132/17 132/17 132/18 133/25 134/17 135/10 135/12 135/14 145/9 150/19 150/20 151/6 161/11 164/9 164/10 165/22 165/23 167/22 168/4 168/11 170/2 171/1 171/12 193/8 204/2 204/3 205/25 210/12 210/12 214/22 217/2 227/22 227/23 231/13 231/19 233/1 233/4 233/23 246/20
looked [16] 16/19 16/24 25/8 30/8 39/23 40/7 48/10 52/7 52/21 134/20 134/21 141/20 178/7 196/9 235/1 239/20
looking [27] 40/2 43/24 65/24 101/4 103/13 122/4 122/15 122/16 125/17 127/24 135/4 135/6 135/8 141/16 148/23 148/24 160/1 168/9 173/16 178/10 181/9 187/23 205/22 214/19 220/15 231/1 239/11

looks [14] 39/4 39/10 41/7 53/4 53/5 62/20 75/18 85/20 90/4 132/15 132/16 168/9 175/3 175/5 204/1 205/21
loop [1] 132/11
lot [15] 12/14 14/7 34/6 50/18 90/3 160/23 170/8 206/20 208/11 208/21 208/21 209/1 220/9 220/10 228/14
lots [1] 208/6
louder [1] 61/2
lower [5] 76/11 229/9 234/25 235/2 240/18
LP [2] 135/22 135/23
LP3 [1] 135/21
Luciana [7] 84/21 136/2 137/10 137/13 137/24 138/6 140/6
Lucie [34] 14/8 19/14 19/18 19/19 19/20 19/24 19/25 31/23 32/13 37/1 37/18 47/16 56/16 56/18 60/6 60/8 61/12 78/22 79/1 82/21 86/9 86/10 86/14 99/22 99/25 100/5 100/15 110/8 129/18 129/19 152/7 157/6 157/8 224/1
lucky [1] 171/18
lunch [5] 11/7 92/7 96/19 96/24 98/10
Luncheon [1] 98/13
LYDIA [4] 1/16 84/8 94/12 96/9
lyrics [1] 69/14

**M**

ma'am [12] 10/9 11/1 11/12 87/19 88/4 95/2 99/7 128/16 129/2 146/7 179/9 179/13
Mac [6] 160/24 168/15 168/16 168/17 168/18 171/14
machine [7] 162/24 163/11 163/12 163/18 163/21 169/25 174/1
Madam [1] 116/10
made [16] 6/23 8/2 30/22 69/19 70/12 70/24 139/19 158/7 213/4 213/21 237/19 237/20 238/1 238/18 238/23 246/7
magazine [34] 31/20 45/6 45/11 45/13 45/15 45/16 107/23 109/4 109/8 109/9 109/12 109/17 109/18 110/14 113/21 113/22 114/16 114/17 114/19 114/20 116/24 116/25 124/9 126/3 126/8 126/9 142/19 213/19 214/7

230/19 234/5 235/6 238/10 239/12
magazines [14] 67/23 72/4 74/6 74/9 74/10 74/12 74/12 74/15 74/16 87/3 113/15 113/17 125/24 142/25
Mainly [1] 49/8
maintain [2] 202/24 226/25
maintained [1] 87/21
make [48] 3/13 10/19 11/3 12/2 12/5 13/9 13/22 21/10 23/19 34/4 40/6 78/6 102/20 103/10 122/12 124/1 135/3 139/20 139/21 145/14 149/19 149/23 155/7 156/16 161/4 162/9 163/20 179/5 182/19 187/10 187/16 187/18 188/20 194/24 206/3 206/21 207/2 214/19 214/23 227/16 231/7 233/2 233/5 234/16 235/11 243/8 244/23 247/24
maker [1] 238/18
makes [2] 125/13 205/10
making [5] 20/14 20/17 24/8 56/15 148/11
male [2] 229/24 229/25
managing [1] 23/7
manipulated [3] 103/15 105/22 128/8
manner [3] 14/20 63/23 181/7
manual [4] 87/16 87/24 88/15 88/25
manually [1] 231/7
manufactured [10] 95/22 95/23 96/5 96/6 225/9 225/23 226/2 226/3 227/2 228/2
manufacturer [2] 227/15 228/2
manufacturers [3] 225/24 226/11 227/7
manufactures [1] 169/3
manufacturing [2] 225/10 227/8
many [28] 23/1 30/19 32/24 37/2 42/13 61/20 74/9 74/10 74/23 75/6 126/17 130/18 130/23 157/25 189/12 201/23 204/17 204/21 208/17 215/23 222/6 222/7 225/5 226/17 226/20 238/17 239/24 240/20
Marc [8] 2/7 47/15 55/10 57/6 57/19 59/13 59/19 59/22
MARCH [1] 1/5
mark [4] 80/11 134/19 134/20 228/2

marked [35] 3/14 4/10 71/22 72/13 77/5 77/19 79/6 79/10 80/4 88/11 92/22 93/6 95/18 96/1 104/19 104/21 105/3 107/10 107/12 109/22 109/24 110/4 112/11 112/13 114/4 114/5 115/25 116/6 165/16 165/17 165/20 182/21 182/16 195/11 226/7
marker [1] 64/2
markers [5] 72/10 135/18 207/9 220/11 220/12
market [1] 239/25
marking [1] 226/1
markings [3] 226/1 228/4 238/18
marks [1] 72/5
Marshal [1] 82/5
Marshal's [1] 37/13
marshals [3] 19/24 20/6 35/10
mask [4] 9/25 38/13 99/9 197/25
master [1] 201/15
masters [1] 198/24
match [7] 73/19 98/4 139/18 175/1 178/10 178/17 200/2
matches [2] 150/1 168/4
material [7] 121/19 122/5 122/15 199/23 212/10 215/23 220/16
materials [1] 147/4
math [2] 172/8 199/9
matter [2] 222/6 248/7
matters [4] 97/4 241/23 245/19 245/22
Max [4] 168/2 168/6 168/12 177/23
maximizes [1] 121/18
may [101] 3/4 6/12 7/8 9/6 9/22 11/14 11/20 13/10 13/14 23/9 29/9 34/12 34/13 34/18 35/24 36/20 38/14 47/3 47/4 51/24 52/1 55/23 55/24 59/8 59/23 71/8 71/9 79/8 82/12 86/12 86/12 91/4 91/10 91/12 92/19 97/2 98/14 98/25 99/8 104/23 104/24 107/14 107/15 120/16 121/1 121/2 121/12 123/12 124/2 125/6 126/19 127/1 128/16 129/10 141/12 141/22 143/13 146/7 146/20 149/2 151/21 151/23 154/13 154/15 156/12 156/24 163/25 164/2 167/2 167/4 171/4 175/23 177/1 177/5 178/24 179/3 179/11 182/17

**M**

**may... [23]** 186/15
187/20 188/5 188/14
190/24 197/12 198/8
210/6 210/7 215/1 216/3
220/3 221/21 222/10
223/4 223/21 225/9
225/23 235/23 241/18
242/20 245/14 246/16
**May 17th [1]** 175/23
**maybe [7]** 40/5 51/10
53/11 153/9 160/1 208/9
244/17
**Maynard [2]** 93/25
95/11
**me [74]** 4/14 5/12 5/21
7/1 7/20 8/6 8/23 11/9
14/1 26/17 26/17 29/11
30/3 35/1 37/17 38/20
39/5 40/14 45/23 46/10
46/19 47/16 47/20 51/4
55/14 55/16 56/20 58/15
60/22 64/20 66/9 69/3
75/11 76/19 78/6 79/19
80/15 88/1 93/18 94/22
97/13 110/22 115/12
117/2 117/25 123/22
124/1 132/8 135/11
136/8 136/9 142/17
145/12 145/23 147/18
150/20 155/13 162/5
165/10 165/23 183/25
187/5 192/6 192/21
194/6 194/20 195/7
210/12 213/12 214/1
217/1 227/15 229/9
235/3
**mean [12]** 22/23 37/15
52/25 53/24 125/13
145/8 170/6 185/8
187/11 199/13 214/12
225/3
**means [11]** 57/2 57/3
96/20 101/6 145/7
158/20 172/4 176/16
213/5 214/11 214/13
**meantime [1]** 144/23
**measure [2]** 220/23
245/17
**measurement [1]** 203/21
**measuring [1]** 135/19
**media [2]** 161/14 161/14
**medical [3]** 10/4 198/25
224/14
**meetings [2]** 130/8
200/17
**member [1]** 130/3
**members [1]** 86/9
**memorialize [1]** 182/6
**memory [2]** 82/14 108/7
**Mendoza [8]** 8/12 9/9
9/14 9/17 9/18 9/19
11/21 13/1
**mention [1]** 185/10
**mentioned [10]** 57/23
123/3 127/7 127/23

128/5 152/16 168/15
199/20 200/4 237/7
**mentioning [1]** 24/5
**message [3]** 170/24
191/20 191/25
**messaged [1]** 155/19
**messages [3]** 162/13
172/16 181/14
**metadata [8]** 175/14
175/19 177/13 177/18
178/11 178/17 178/21
247/2
**metal [2]** 101/7 238/12
**meteorological [1]**
203/20
**method [2]** 5/11 207/16
**methods [2]** 111/18
115/20
**mic [1]** 244/10
**Michael [6]** 2/23 42/25
47/22 223/16 223/19
246/16
**micromolecular [1]**
198/23
**microphone [13]** 9/6
13/23 47/7 55/25 61/1
73/12 79/14 92/24 99/19
146/21 182/13 186/23
219/25
**middle [1]** 234/10
**might [23]** 20/10 22/9
43/5 90/10 97/22 102/20
145/8 145/11 156/5
191/16 205/23 206/10
206/21 208/14 208/20
208/20 208/21 215/5
226/1 226/3 227/25
228/4 240/15
**Mike [3]** 116/2 137/2
223/7
**miller [4]** 1/23 1/25
248/8 248/9
**millimeter [5]** 95/19
96/2 96/4 177/24 236/13
**mimic [1]** 240/20
**mind [5]** 167/14 177/7
224/17 243/16 244/10
**mindful [1]** 5/3
**minimal [1]** 145/9
**minimum [1]** 24/6
**minimus [1]** 162/9
**minors [1]** 198/22
**minus [1]** 171/8
**minute [5]** 8/10 36/12
80/17 154/15 241/22
**minutes [12]** 9/11 34/25
35/10 35/13 92/1 92/13
96/19 96/21 154/19
188/5 245/5 245/8
**minutia [3]** 134/18
134/18 135/6
**mirror [1]** 240/18
**miscellaneous [8]** 69/8
74/3 87/3 87/5 87/13
87/18 88/18 88/24
**misconduct [1]** 62/1

**mislead [1]** 30/18
**misleading [1]** 23/19
**missed [1]** 54/6
**missing [3]** 12/16 36/5
215/6
**mistake [2]** 117/2 187/2
**Mixed [1]** 52/25
**mixture [7]** 121/24
122/10 212/22 213/1
213/3 213/22 215/14
**mixtures [14]** 153/17
154/4 213/17 213/20
213/25 216/15 216/18
217/7 217/13 217/14
217/21 217/24 218/3
218/21
**Mobile [2]** 169/4 169/5
**mode [3]** 159/10 165/6
165/7
**model [17]** 95/19 103/5
103/8 160/24 167/18
168/3 168/5 168/9
168/10 168/12 170/7
170/9 170/11 175/15
177/23 227/15 228/3
**Model 5.7 [2]** 103/5
103/8
**modifications [1]** 151/2
**modified [1]** 226/15
**moisture [5]** 131/11
133/4 133/7 133/10
133/20
**moment [26]** 29/6 34/12
49/15 59/12 65/5 88/1
88/6 90/13 97/14 120/16
136/8 137/2 141/12
141/22 145/4 151/21
155/13 176/23 178/24
186/15 187/9 216/2
221/15 235/25 240/2
242/7
**momentarily [3]** 9/15
94/16 145/20
**moments [1]** 196/2
**Monday [1]** 242/22
**monitor [1]** 213/15
**month [2]** 199/6 199/15
**months [2]** 25/8 199/18
**more [39]** 5/11 5/15 5/17
10/21 12/24 24/7 33/9
43/8 45/23 46/10 46/19
60/14 75/12 84/2 94/9
94/21 95/2 121/24
122/12 127/6 133/11
137/19 165/7 165/9
175/11 208/18 208/20
208/22 208/23 213/9
213/11 215/3 215/4
225/22 226/13 229/20
237/14 240/19 240/24
**morning [25]** 3/4 9/19
9/23 11/7 12/12 12/15
13/8 13/15 14/5 14/6
36/3 36/23 36/24 49/18
49/19 59/17 59/24 60/3
60/4 81/22 81/23 158/20

242/16 243/25 244/13
**most [9]** 16/10 16/10
66/5 76/8 97/20 158/12
180/11 188/5 220/1
**mostly [1]** 157/11
**mother [1]** 205/11
**motion [10]** 183/23
183/25 184/3 184/11
184/11 184/13 184/16
185/4 245/23 247/19
**motions [1]** 246/5
**move [16]** 13/24 13/25
72/12 77/18 80/4 94/24
104/4 107/1 108/15
111/6 113/5 114/23
134/24 182/15 195/1
231/7
**moved [4]** 40/6 60/22
124/12 194/25
**moves [2]** 120/3 166/18
**moving [3]** 12/11 34/6
244/25
**Mr [96]** 2/3 2/4 2/5 2/6
2/6 2/8 2/9 2/10 2/11
2/11 2/13 2/13 2/14 2/15
2/16 2/17 2/19 2/19 2/21
2/21 2/22 2/23 2/24 14/4
15/18 19/9 24/17 29/10
33/8 36/22 38/17 45/11
47/5 47/9 49/17 56/1
58/11 60/2 61/8 63/1
71/10 72/21 78/2 79/15
80/10 80/23 90/18 99/17
101/21 105/1 107/18
109/2 110/2 111/13
112/15 113/13 114/7
115/5 116/14 120/24
121/4 123/16 123/20
124/5 127/5 129/14
141/13 142/4 145/2
145/22 146/23 152/3
154/3 157/3 164/5
165/19 167/9 177/11
180/4 183/2 191/3 191/7
195/24 196/21 198/11
205/6 210/8 216/10
221/13 221/17 222/20
223/24 229/16 233/18
235/20 240/10
**Mr. [104]** 6/23 8/3 8/3
8/25 9/2 11/24 13/19
13/20 18/24 21/3 21/3
21/11 22/1 34/18 34/22
35/7 35/19 35/25 38/5
38/15 44/22 47/7 49/13
49/14 54/2 55/8 56/2
57/22 58/8 58/9 59/14
61/1 61/5 62/2 62/11
65/1 65/2 69/19 69/25
70/12 71/15 73/13 76/21
77/9 79/19 79/25 81/9
83/6 86/4 86/7 86/12
86/16 91/20 92/20 92/24
93/16 93/20 97/13 97/20
98/5 98/15 98/16 108/19
120/22 123/22 128/23

142/2 143/4 143/8
143/21 144/3 144/9
144/15 152/1 152/4
154/24 155/1 155/17
157/4 165/20 180/25
181/19 189/6 191/21
196/10 196/16 197/3
205/7 210/9 216/8
216/11 222/14 222/21
242/3 242/6 244/5
245/16 246/6 246/15
246/15 246/24 246/25
247/10 247/19
**Mr. Angulo's [1]** 44/22
**Mr. Baker [1]** 152/4
**Mr. Bryant [27]** 18/24
38/5 38/15 62/2 62/11
65/1 69/19 69/25 70/12
71/15 76/21 77/9 79/25
86/12 86/16 143/4 143/8
143/21 144/3 144/9
144/15 180/25 191/21
196/10 196/16 246/24
246/25
**Mr. Bryant's [6]** 54/2
65/2 83/6 86/4 86/7
181/19
**Mr. Funk [31]** 8/25
11/24 21/3 21/3 35/19
35/25 47/7 49/13 55/8
56/2 57/22 58/9 61/1
61/5 73/13 79/13 81/9
92/20 92/24 93/16 93/20
97/20 98/15 128/23
189/6 242/3 244/5
245/16 246/6 246/15
247/19
**Mr. Hudock [5]** 97/13
98/5 98/16 154/24
246/15
**Mr. Hudock's [1]** 91/20
**Mr. Jones [3]** 155/1
157/4 165/20
**Mr. Kelly [1]** 247/10
**Mr. Kelly's [1]** 242/6
**Mr. Knight [1]** 197/3
**Mr. Patanzo [15]** 6/23
8/3 8/3 9/2 13/20 21/11
22/1 49/14 58/8 108/19
120/22 123/22 142/2
152/1 216/8
**Mr. Paul [2]** 34/22 35/7
**Mr. Pearson [2]** 13/19
34/18
**Mr. Stotler [1]** 59/14
**Mr. Walker [6]** 155/17
205/7 210/9 216/11
222/14 222/21
**Ms [8]** 2/8 2/24 81/21
84/12 84/18 86/23 88/10
236/23
**Ms. [31]** 6/25 8/11 9/9
9/14 9/17 9/19 10/2 13/1
35/21 36/8 36/11 81/10
81/11 84/8 84/21 85/2
91/22 93/8 97/6 98/3

**M**

**Ms.... [11]** 99/4 145/3
152/1 152/8 179/5
223/13 244/6 245/7
245/12 245/21 247/17
**Ms. Glass [5]** 10/2 35/21
36/8 36/11 223/13
**Ms. Knight's [1]** 85/2
**Ms. Limb [1]** 145/3
**Ms. Lobnig [3]** 91/22
99/4 152/8
**Ms. Luciana [1]** 84/21
**Ms. Lydia [1]** 84/8
**Ms. Mendoza [5]** 9/9
9/14 9/17 9/19 13/1
**Ms. Natalie [1]** 8/11
**Ms. Pittaway [13]** 6/25
81/10 81/11 93/8 97/6
98/3 152/1 179/5 244/6
245/7 245/12 245/21
247/17
**much [29]** 5/18 22/25
75/25 79/5 91/9 98/2
107/17 122/5 122/12
128/16 130/10 146/7
154/12 158/17 158/25
160/2 179/11 181/22
185/20 189/21 190/25
206/20 211/13 211/19
212/8 223/4 241/18
245/3 245/6
**multimedia [1]** 181/14
**multiple [10]** 19/12 50/9
58/22 121/10 121/25
122/6 122/19 127/18
188/16 222/5
**music [1]** 68/23
**must [3]** 47/17 93/15
177/2
**muzzle [7]** 27/24 104/11
105/10 213/2 213/14
216/20 238/1
**my [79]** 7/20 8/17 11/10
14/2 16/16 16/16 16/25
20/21 23/16 28/16 30/3
31/18 46/6 53/8 60/9
61/23 62/19 67/5 68/3
69/2 70/6 82/18 82/19
85/12 85/18 85/23 88/23
89/9 90/21 97/9 97/13
97/24 106/4 108/7 117/2
121/18 126/19 130/12
132/4 132/5 133/4 133/8
134/16 134/16 134/17
142/7 147/2 147/20
163/21 164/11 164/15
166/8 173/3 174/1 178/4
178/9 180/16 181/23
185/15 187/16 198/5
199/1 200/7 201/15
201/15 201/15 201/17
202/9 207/5 211/16
222/5 224/11 224/20
227/14 227/17 227/19
228/13 232/25 233/16
**myself [2]** 94/12 96/9

**N**

**N-I-N-H-Y-D-R-I-N [1]**
102/3
**N-I-S-T [1]** 203/5
**naked [1]** 131/25
**name [36]** 36/16 36/17
39/3 41/22 44/20 44/22
44/24 46/6 48/13 54/2
59/20 59/21 65/2 67/25
68/2 75/19 78/18 90/2
99/12 99/13 129/7 129/8
146/17 146/18 155/12
156/20 156/21 167/23
179/23 179/24 195/9
198/3 198/4 198/5
223/17 223/18
**names [1]** 227/3
**narcotic [1]** 34/5
**narrower [1]** 185/20
**Natalie [1]** 8/11
**National [5]** 203/8
207/20 207/21 207/23
207/24
**Nationale [2]** 95/22 96/5
**nature [7]** 21/11 23/9
24/9 66/11 148/12
185/11 186/2
**near [3]** 46/12 83/6
126/10
**necessarily [5]** 16/3
225/13 228/19 240/18
241/2
**necessary [1]** 177/7
**neck [1]** 208/15
**need [24]** 11/8 13/23
20/16 35/1 40/14 81/11
88/3 95/2 97/4 97/9 98/8
121/1 121/2 123/25
149/11 155/7 164/2
181/20 184/1 184/4
188/4 189/3 201/4
235/19
**needed [5]** 58/14 94/21
147/6 147/7 206/10
**needs [3]** 36/10 103/10
150/16
**nervous [1]** 133/5
**never [16]** 21/23 22/17
23/22 23/22 32/2 54/23
54/25 162/2 178/6 190/7
190/9 200/24 210/16
218/24 219/5 233/5
**Nevertheless [1]** 155/17
**new [7]** 32/21 155/18
217/15 217/15 217/16
217/17 217/17
**news [1]** 10/8
**next [26]** 18/15 34/20
35/25 51/20 59/10 91/14
91/18 92/13 94/25 98/16
99/1 122/8 128/18
128/24 136/16 146/10
154/23 156/3 156/13
171/6 179/15 197/16
197/18 206/19 206/25
230/18

**N**

**nexus [16]** 93/5 225/1
225/2 225/3 225/8
225/21 226/9 226/17
227/4 228/15
**nice [6]** 34/1 96/24
98/10 149/10 243/18
247/21
**night [1]** 8/2
**ninhydrin [5]** 101/25
115/15 115/18 119/12
119/18
**Nissan [4]** 30/8 39/16
41/1 45/19
**NIST [10]** 203/5 203/7
203/8 203/19 203/23
203/24 203/25 204/1
204/2 204/5
**no [109]** 1/2 5/3 5/24
11/13 11/19 24/20 25/4
27/11 28/11 28/13 28/16
28/20 33/12 33/12 33/18
34/15 35/3 40/1 42/15
43/10 44/10 50/1 51/1
52/5 52/11 54/13 55/1
55/18 57/5 58/4 58/15
59/4 61/4 73/2 81/5
84/24 84/25 84/25 85/18
85/23 88/4 88/20 89/23
90/16 90/25 93/11 95/3
108/1 109/13 110/10
111/23 112/22 114/14
119/16 119/25 123/10
125/20 125/23 131/17
131/20 133/17 134/6
134/6 139/25 141/15
143/14 145/5 145/8
145/25 146/3 149/11
151/4 151/19 155/4
166/20 169/23 171/3
173/21 178/9 179/7
174/9 177/9 178/9
183/17 185/7 187/19
190/6 190/19 197/11
200/13 200/16 200/24
202/15 205/3 205/16
211/18 213/3 213/20
214/23 215/21 233/14
234/18 234/24 235/18
240/4 247/4 247/18
247/20 247/25
**noise [1]** 220/20
**none [5]** 24/1 28/14
28/19 151/4 154/11
**nonelectronic [1]** 4/11
**nonporous [8]** 101/6
101/6 101/12 102/12
115/14 115/15 115/17
115/18
**normal [3]** 59/1 147/20
202/8
**norms [1]** 226/6
**North [1]** 1/17
**not [222]** 3/10 3/20 3/20
4/8 5/10 6/13 6/20 7/23
8/1 8/12 8/15 12/16 13/4
14/23 15/2 15/4 16/3

18/3 18/17 18/20 20/24
20/25 21/21 22/1 22/23
23/1 23/4 23/8 23/14
23/25 24/7 24/9 24/20
24/21 25/2 28/12 30/3
31/13 31/14 32/17 32/19
32/20 32/25 43/7 43/15
45/22 46/12 47/20 50/5
50/13 51/9 52/10 52/11
54/5 54/11 54/22 54/24
55/1 55/4 55/17 55/18
55/20 56/11 57/2 57/18
58/4 58/4 58/5 58/15
66/3 66/20 67/15 74/13
74/24 74/25 75/10 78/16
78/17 80/13 81/17 82/11
82/20 83/3 83/7 83/8
83/21 84/25 85/1 85/3
85/18 85/21 85/23 86/3
86/12 86/17 87/16 87/18
89/21 90/19 90/21 91/4
95/4 95/23 96/6 97/9
97/14 106/9 108/3 108/4
109/16 110/22 119/17
119/23 121/2 125/4
125/8 127/21 128/8
131/24 133/17 133/24
135/1 135/1 135/7 135/8
137/21 141/15 141/17
142/21 143/13 143/15
145/12 145/15 150/5
153/10 155/4 158/10
158/16 159/21 164/21
169/1 170/7 170/9
170/15 170/19 171/3
171/10 172/11 172/16
173/20 175/10 176/17
177/2 178/9 183/5 187/8
187/25 189/11 190/13
190/13 192/19 196/16
200/13 200/16 202/11
202/15 202/18 205/22
208/24 209/14 209/19
211/17 211/21 212/19
214/7 214/13 215/1
215/11 215/15 215/21
217/15 220/3 220/19
222/1 222/11 222/22
222/25 231/13 231/20
232/23 233/6 233/14
234/17 234/18 234/24
235/8 235/10 237/7
239/4 239/7 239/11
239/14 239/19 239/24
240/1 240/23 241/2
241/2 241/10 241/11
241/11 242/4 242/9
242/12 242/23 243/1
243/6 243/8 243/13
243/14 245/14 246/16
**notates [1]** 28/7
**note [2]** 7/15 23/16
**notebook [3]** 69/13 70/7
70/23
**notes [2]** 97/14 126/19
**nothing [17]** 40/6 51/15

18/3 53/23 53/24 103/10
120/19 128/14 141/24
146/6 151/4 151/24
179/1 216/5 223/2 241/6
245/18 246/19
**notice [8]** 76/8 87/1
117/18 117/23 117/24
118/3 143/24 170/3
**noticed [3]** 190/5 190/7
190/10
**notify [1]** 226/4
**November [1]** 116/2
**now [135]** 4/10 6/3 6/10
9/9 11/15 11/23 12/1
12/25 13/10 13/24 14/11
16/14 17/23 19/11 20/18
24/22 27/3 28/6 29/18
32/3 32/10 34/25 35/12
38/18 45/18 52/8 53/17
53/25 56/16 57/22 63/21
70/2 77/14 80/11 81/24
82/24 83/10 83/12 83/19
85/4 85/8 85/15 85/19
86/2 86/18 86/24 87/20
88/5 88/11 88/20 88/25
89/6 90/5 93/16 96/19
100/17 101/2 102/14
104/5 109/3 109/9
111/14 111/24 115/6
121/18 121/23 122/9
124/9 125/24 132/8
133/1 133/4 133/8 137/1
142/7 142/9 147/24
148/17 149/19 154/16
154/18 155/23 158/4
158/6 159/21 159/25
162/24 163/22 168/15
171/23 172/3 172/16
174/8 175/6 176/21
183/19 184/4 184/7
185/20 186/17 191/1
191/4 192/10 199/19
201/8 204/5 206/13
208/1 209/7 209/20
213/22 217/12 217/14
220/7 222/11 229/7
229/14 229/23 231/16
232/20 235/7 235/13
237/1 237/7 237/17
237/19 238/7 239/2
239/11 240/11 242/6
242/10 242/11 243/24
245/20
**nowhere [1]** 50/3
**nuanced [2]** 5/11 24/7
**number [145]** 12/9
24/23 25/21 25/21 38/21
39/13 40/23 41/3 41/17
41/25 42/1 42/9 42/16
42/21 43/11 43/17 43/25
46/24 47/1 48/3 50/10
51/7 51/9 56/5 65/7
66/19 67/1 67/3 67/3
67/7 67/8 67/22 68/14
68/18 69/7 69/9 69/14
69/19 70/8 70/14 71/6

**N**

number... [104] 71/16
71/22 71/25 72/13 72/19
73/9 73/10 73/17 73/19
73/20 76/22 77/2 77/4
77/5 77/19 77/25 79/7
79/10 79/16 80/1 80/5
80/21 82/3 86/11 86/15
90/3 90/6 93/18 93/22
93/25 95/6 95/7 95/11
95/20 107/12 108/24
109/24 111/11 112/13
113/10 116/25 116/25
117/8 117/17 118/2
118/6 118/10 118/14
118/16 118/20 118/24
126/3 126/7 126/8
126/13 126/21 135/20
136/12 136/20 136/21
136/23 137/7 137/17
138/5 138/13 143/6
143/14 152/7 153/4
153/7 160/25 165/17
166/8 166/25 168/10
168/21 169/1 169/3
169/6 173/19 174/18
175/16 175/17 176/6
177/19 177/22 182/9
182/11 186/9 188/21
189/11 209/8 209/9
209/11 209/13 211/3
212/24 216/17 227/16
228/3 228/3 228/24
231/22 244/1
number 1 [6] 77/2 77/4
77/19 79/16 177/19
177/22
Number 10 [1] 43/11
Number 11 [1] 43/17
number 151 [1] 216/17
Number 17 [1] 73/9
number 2 [20] 38/21
65/7 66/19 67/1 67/22
68/18 69/7 69/14 69/19
70/14 71/6 71/16 71/25
76/22 80/1 86/11 86/15
116/25 126/3 176/6
Number
21-14017-CR-Cannon/
Maynard [2] 93/25
95/11
Number 25 [1] 72/13
Number 26 [1] 68/14
Number 28 [1] 69/9
number 3 [4] 39/13 56/5
126/7 135/20
Number 30 [1] 70/8
Number 32 [1] 90/6
Number 34 [2] 79/7
80/5
number 349155 [1]
211/3
Number 35 [2] 93/18
93/22
Number 36 [1] 95/6
Number 38 [1] 182/9

number 386371156 [1]
95/20
number 4 [3] 40/23
126/13 143/6
number 5 [6] 41/3 41/25
42/1 43/25 48/3 143/14
Number 6 [1] 41/17
Number 7 [1] 42/9
Number 8 [1] 42/16
Number 9 [1] 42/21
numbered [1] 211/23
numbered 349151 [1]
211/23
numbering [1] 4/14
numbers [18] 50/9 67/6
93/6 96/16 104/21 107/7
114/5 115/3 116/5
116/11 120/13 142/15
170/8 195/10 195/16
210/25 212/3 238/12
numerous [1] 231/17

**O**

o'clock [5] 96/20 96/22
97/3 98/11 155/19
oath [1] 129/5
object [11] 7/8 133/2
190/2 208/5 208/7
208/19 208/25 208/25
209/3 229/25 232/25
objecting [2] 13/4 184/8
objection [58] 7/15 13/5
19/4 21/4 23/16 31/25
72/14 72/15 72/18 77/20
77/24 80/6 80/8 80/20
83/24 84/6 84/15 86/20
93/8 107/2 107/5 108/16
108/23 111/7 111/10
113/6 113/9 114/24
115/2 120/5 120/10
123/14 153/18 153/25
154/1 154/6 154/6
166/19 166/21 183/13
183/22 184/22 184/23
185/15 186/2 186/4
189/24 190/16 191/23
196/18 197/5 205/2
218/11 219/22 221/11
228/22 246/2 247/8
objections [8] 77/21
166/24 183/7 183/15
183/20 184/5 185/4
186/8
objects [3] 149/8 205/25
208/9
observations [1] 149/20
observed [2] 109/4
206/11
obtain [6] 86/11 86/13
86/15 121/19 125/3
212/10
obtained [6] 126/7
212/23 213/2 213/18
214/6 215/14
obviously [2] 11/1
219/23

occasions [1] 177/1
occurred [1] 37/21
October [2] 217/6 217/7
October 27th [1] 217/6
off [40] 9/25 81/19 90/3
90/4 90/15 105/21 116/9
120/18 126/3 126/17
133/9 133/25 141/23
142/21 150/13 151/22
159/12 160/5 161/8
162/11 162/12 168/8
169/25 171/1 171/9
175/8 181/6 181/15
203/16 206/11 207/3
211/19 216/4 216/13
221/20 233/5 233/15
236/16 236/21 240/3
offense [5] 5/6 22/17
69/24 94/10 94/10
offenses [2] 22/4 23/11
office [30] 1/14 1/17
14/9 19/24 20/5 31/23
32/13 35/9 37/1 37/10
37/18 56/18 77/11 78/9
78/13 78/14 82/18 86/9
86/11 86/15 99/22 100/1
100/5 100/15 110/9
129/18 129/20 218/25
224/2 224/2
officer [11] 28/6 28/25
29/19 30/21 37/15 37/17
37/24 40/20 57/20 60/20
82/3
officer's [1] 23/6
officers [8] 17/9 21/12
22/7 23/10 24/10 27/9
30/19 61/25
offices [1] 153/6
official [3] 1/24 243/12
248/9
often [2] 227/5 238/3
Oh [4] 36/5 135/15
179/8 246/10
oils [4] 131/11 133/4
133/7 133/10
okay [370]
Olas [1] 1/20
old [1] 89/24
older [1] 170/8
once [15] 33/16 40/10
40/17 134/11 134/22
139/2 139/9 159/15
160/3 160/19 161/3
162/11 162/14 163/14
224/12
one [166] 3/22 4/16 4/17
4/25 5/25 6/1 6/7 6/22
6/24 8/11 11/5 11/6
13/23 16/10 17/19 20/20
23/8 25/25 26/5 26/10
30/10 30/21 33/9 36/5
39/18 40/6 40/25 41/12
43/8 46/3 46/7 46/10
47/12 48/15 49/15 50/4
50/14 51/11 51/22 52/1
52/1 53/20 54/3 54/6

54/7 54/8 55/18 57/7
59/12 60/14 64/2 64/15
65/22 66/6 66/16 67/6
68/22 68/25 69/2 74/10
76/4 83/23 84/2 84/5
84/13 88/6 89/23 92/7
94/9 96/19 96/20 96/22
97/3 97/14 98/11 102/2
103/24 103/25 104/1
109/16 113/24 115/17
117/2 117/17 118/1 118/5
118/9 118/19 120/16
121/9 123/25 135/14
136/8 136/16 137/2
137/6 137/16 137/19
141/12 141/22 142/25
145/25 151/21 155/12
158/19 159/9 159/14
159/25 167/15 168/3
168/5 168/9 172/25
173/3 173/17 173/18
175/22 176/21 176/23
177/12 177/13 177/14
178/1 178/2 178/5
178/24 182/7 183/4
183/5 186/11 187/19
187/19 187/23 187/24
188/2 188/23 189/4
189/23 192/1 192/19
194/25 195/1 205/11
205/11 209/1 213/8
213/9 214/21 215/6
216/2 221/15 222/18
224/25 226/2 230/24
231/18 232/6 232/7
233/15 235/25 237/8
238/24 239/17 246/24
246/25 247/23
one o'clock [4] 96/20
96/22 97/3 98/11
one-dimensional [1]
237/8
one-fifth [1] 230/24
one-hour [1] 92/7
ones [5] 13/23 110/13
187/21 240/19 240/20
online [1] 89/2
only [33] 4/24 5/22
25/18 51/22 52/1 54/3
68/25 74/15 77/21 82/12
87/4 88/24 91/5 120/6
127/9 148/15 149/19
152/18 159/22 169/23
182/20 189/3 190/12
197/8 199/18 207/1
209/18 211/15 213/8
222/1 230/23 242/7
243/11
open [25] 10/21 18/1
22/8 26/13 26/18 40/14
40/16 65/12 69/8 69/13
71/20 73/25 74/20 74/22
79/19 79/20 88/12
105/24 181/19 181/21
187/16 193/6 206/17
236/6 243/16

opened [17] 17/9 18/16
26/16 30/10 39/21 40/17
41/9 52/9 52/14 52/20
52/22 67/22 68/12 106/5
113/14 164/8 246/11
opening [2] 80/15 80/18
opens [2] 22/23 50/15
operating [3] 161/15
162/14 175/12
operation [1] 20/12
operational [1] 203/24
operations [3] 32/17
180/19 199/3
opine [1] 246/17
opinion [7] 178/9 190/3
190/8 232/21 235/7
243/15 246/17
opportunity [4] 181/25
187/1 187/6 188/1
option [1] 4/22
oral [2] 147/21 209/24
orange [2] 206/22
206/22
order [21] 15/8 15/10
15/24 37/5 40/14 58/13
60/20 77/12 78/14
124/19 132/1 134/7
181/10 183/16 183/17
204/10 204/14 226/24
227/23 231/19 247/14
orders [1] 184/2
ordinary [1] 103/15
organization [2] 202/7
202/10
organizations [3] 130/3
200/11 200/14
original [6] 62/8 75/16
174/6 175/8 194/8
194/13
originally [3] 4/7 150/24
173/25
Orlando [2] 22/22 199/2
Ortiz [1] 39/4
Osceola [1] 22/3
other [88] 4/18 4/20 5/3
5/24 6/1 8/20 10/7 11/12
11/23 15/4 20/7 20/21
27/9 30/22 33/4 39/1
42/20 44/19 51/7 51/9
51/12 51/13 51/20 51/24
52/3 53/19 54/18 54/20
55/21 57/8 57/16 58/22
58/22 67/24 69/2 72/5
74/16 83/22 84/4 84/9
84/13 87/5 88/20 88/20
101/23 104/1 108/17
109/16 139/23 140/1
141/14 141/17 144/24
145/17 145/24 149/8
155/6 155/11 155/12
159/16 171/19 172/16
172/24 173/18 174/19
175/13 176/25 180/15
181/4 183/10 184/16
185/2 185/4 185/6 185/8
187/20 201/22 202/23

**O**

**other...** [10] 205/24 209/24 228/4 228/20 232/8 234/13 235/1 242/3 242/11 245/19
**others** [1] 181/13
**otherwise** [1] 245/20
**our** [36] 7/15 8/11 11/7 13/16 19/25 32/7 33/18 49/9 91/14 96/19 97/13 128/1 154/18 155/23 171/10 183/7 183/20 186/2 189/9 190/6 203/1 204/4 207/15 209/5 211/19 214/21 215/6 215/7 219/5 220/20 220/25 220/25 224/18 225/8 225/18 244/14
**out** [78] 4/17 5/14 6/2 6/2 13/3 17/12 17/14 17/24 18/14 21/20 24/25 25/9 25/25 26/6 26/12 26/14 31/1 31/6 33/24 34/9 37/6 37/16 40/4 41/12 42/5 43/4 43/6 45/11 45/12 45/14 45/15 47/24 49/2 53/6 53/8 53/9 53/12 53/13 53/14 66/16 66/25 67/21 69/19 70/12 70/23 72/22 75/1 78/15 86/8 90/11 103/10 103/12 103/15 132/12 135/22 142/18 142/25 169/25 170/24 171/20 173/4 178/1 189/3 206/15 206/23 210/10 211/11 211/13 218/20 230/5 233/8 235/24 236/1 237/18 237/19
**outside** [10] 12/3 73/6 98/19 145/20 149/25 153/20 174/15 196/18 197/5 202/6
**outsource** [1] 218/25
**outstanding** [1] 22/15
**over** [32] 8/19 11/3 25/8 36/3 36/6 42/1 48/22 59/17 72/18 77/24 80/19 86/25 87/14 99/8 107/5 108/23 111/10 113/9 115/2 120/9 129/3 145/23 146/14 156/17 158/3 166/24 186/8 197/23 220/4 223/12 226/16 227/1
**overall** [1] 116/24 119/2 132/17
**overrule** [1] 247/8
**overruled** [10] 32/1 84/1 84/17 123/19 184/24 186/4 191/24 218/14 219/4 228/23
**oversized** [1] 150/11
**overt** [1] 5/12
**overviews** [1] 173/13

**own** [6] 66/6 132/4 172/5 172/18 228/13 243/9
**owner's** [3] 87/16 87/24 88/15
**ownership** [1] 88/25

**P**

**P-E-A-R-S-O-N** [1] 36/18
**P-R-O-C-E-E-D-I-N-G-S** [1] 3/1
**p.m** [7] 98/13 155/25 155/25 176/11 188/11 188/11 248/2
**pace** [1] 245/1
**package** [7] 28/17 48/23 49/25 105/11 105/14 149/25 150/14
**packaged** [3] 28/25 30/20 149/23
**packages** [1] 151/11
**packaging** [5] 163/15 164/12 164/13 174/11 174/16
**packet** [7] 3/10 4/5 25/15 103/22 104/3 104/12 104/16
**page** [11] 2/2 171/12 173/15 175/6 175/17 176/21 177/12 177/13 177/14 177/18 177/13
**page 11** [1] 178/13
**page 2** [1] 171/12
**page 4** [1] 173/15
**page 6** [3] 175/6 175/17 177/14
**page 8** [3] 176/21 177/12 177/13
**page 9** [1] 177/18
**pages** [7] 1/6 173/12 178/11 178/16 178/17 178/20 178/21
**pages 1** [1] 173/12
**pages 11** [1] 178/16
**pages 13** [1] 178/20
**pages 6** [3] 178/11 178/17 178/21
**paid** [2] 75/25 76/2
**paired** [1] 160/12
**palm** [1] 130/1
**palms** [1] 131/9
**pamphlet** [2] 87/11 89/1
**pane** [1] 161/19
**paper** [8] 57/3 70/23 76/6 101/8 102/6 119/20 143/24 187/12
**paperwork** [13] 67/24 69/8 72/3 74/3 76/9 87/1 87/5 87/13 87/18 88/18 88/24 150/1 199/17
**part** [60] 17/23 18/17 18/19 18/20 20/8 20/10 20/24 46/20 62/8 62/11 65/10 76/11 82/9 110/19 122/22 122/23 125/18

**past** [1] 79/2
125/22 126/9 127/10 127/10 127/15 130/4 147/20 147/25 148/13 163/23 167/19 173/25 180/23 186/2 191/22 200/4 200/11 200/14 201/8 201/17 207/6 209/8 211/17 212/5 216/24 225/4 227/14 230/7 230/9 230/21 230/23 231/3 231/9 231/11 231/24 232/9 232/11 233/23 233/24 233/25 234/3 234/13 237/5
**partial** [1] 173/17
**partially** [1] 246/11
**participate** [3] 38/2 38/24
**participation** [2] 24/19 26/21
**particular** [13] 20/2 90/24 106/7 115/8 127/9 127/19 150/3 157/18 168/19 190/14 209/7 216/17 240/12
**particularly** [1] 180/11
**parties** [9] 6/19 8/13 8/17 21/6 93/13 182/17 243/14 245/3 245/18
**parties'** [1] 21/14
**partnered** [1] 161/7
**parts** [4] 34/6 127/13 150/19 209/13
**passcode** [4] 158/15 159/11 160/11 170/3
**passed** [1] 152/10
**passwords** [2] 171/16 171/19
**past** [1] 79/2
**PATANZO** [45] 1/19 2/3 2/6 2/11 2/13 2/16 2/19 2/21 6/23 8/3 8/3 9/2 13/20 14/4 15/18 19/9 21/11 22/1 24/17 29/10 49/14 49/17 56/1 58/8 94/13 96/10 108/19 120/22 120/24 121/4 123/16 123/20 123/22 124/5 142/2 142/4 152/1 152/3 154/3 195/24 196/21 216/8 216/10 221/13 221/17
**patience** [2] 188/17 191/1
**patrol** [4] 37/12 60/25 61/10 61/14
**pattern** [8] 7/4 132/14 132/17 134/16 134/23 134/25 135/5 145/14
**patterns** [1] 132/11
**Paul** [10] 2/5 30/9 34/8 34/20 34/21 35/7 36/1 36/15 36/18 82/5
**Pause** [19] 8/8 9/13 9/16 13/11 29/7 34/14 35/4

36/7 59/16 94/19 94/23 99/6 128/22 167/6 178/25 179/20 186/14 197/22 223/10
**pay** [1] 12/13
**paying** [1] 12/16
**PDF** [2] 160/21 173/6
**peak** [2] 215/2 221/2
**peaks** [6] 207/4 214/14 214/18 215/3 215/4 222/7
**Pearson** [21] 2/3 2/5 7/21 8/1 13/19 26/5 30/1 30/9 34/8 34/18 34/21 34/22 35/7 36/2 36/15 36/18 41/14 43/2 51/4 54/19 82/5
**peer** [2] 202/21 202/23
**people** [23] 18/24 28/21 33/13 39/1 50/11 84/4 125/14 127/17 131/16 136/13 136/24 138/20 139/3 139/9 140/2 201/1 208/18 208/20 213/10 213/10 213/10 213/25 229/13
**per** [1] 161/12
**percent** [3] 43/15 54/11 130/12
**perfectly** [1] 238/23
**perform** [6] 147/6 148/9 153/14 204/14 212/5 212/11
**performed** [2] 124/13 152/13
**performing** [1] 147/19
**performs** [1] 160/9
**Perhaps** [1] 5/10
**period** [3] 61/14 189/14 247/1
**permissible** [1] 5/22
**permit** [1] 123/22
**permitted** [1] 11/17
**permitting** [1] 7/13
**person** [39] 25/24 26/15 28/6 30/24 30/25 31/1 33/9 33/15 33/19 43/8 44/14 45/20 46/2 46/21 48/16 48/22 49/22 55/21 68/2 69/2 78/4 83/4 83/6 83/6 122/16 132/22 133/2 133/12 133/15 135/1 135/2 135/8 192/7 208/4 209/23 213/9 230/16 231/6 231/7
**person's** [1] 131/18
**personable** [1] 174/24
**personal** [2] 82/13 82/14 181/23 228/13
**personally** [6] 46/3 66/5 83/21 94/5 95/16 228/8
**persons** [1] 84/13
**perspective** [2] 122/3 122/4
**persuasive** [1] 24/9
**pertains** [1] 201/18

**PETER** [3] 1/19 94/13 96/10
**phase** [5] 134/22 147/18 147/21 199/8 199/10
**phases** [2] 147/18 199/7
**phenomenally** [1] 233/3
**phone** [54] 77/15 82/16 158/18 158/21 158/24 159/1 159/5 159/12 159/17 159/25 160/2 160/3 160/4 160/7 160/11 160/19 160/25 161/1 161/9 161/13 162/11 163/1 163/9 164/9 164/16 164/19 164/22 165/4 166/20 167/19 168/4 168/8 168/13 168/19 168/23 169/2 169/4 169/5 169/15 170/7 170/23 171/22 172/23 173/20 174/21 174/22 175/1 175/12 176/4 176/17 176/22 181/9 181/23 194/15
**phones** [4] 55/12 55/13 57/10 171/18
**phonetic** [1] 39/4
**photo** [5] 85/5 85/15 87/8 175/14 183/4
**photograph** [39] 16/8 16/17 17/1 18/15 18/15 26/18 30/24 33/16 39/2 40/11 41/18 42/10 48/4 55/7 66/20 67/10 68/18 71/4 71/12 72/3 76/5 80/25 89/21 116/21 116/24 117/14 119/2 125/18 136/19 163/4 163/6 163/9 174/8 190/4 194/13 229/23 233/6 233/20 233/25
**photographed** [12] 18/4 18/6 18/11 18/13 18/13 26/8 40/13 69/1 91/4 119/15 142/17 164/15
**photographing** [3] 23/7 33/10 69/3
**photographs** [22] 5/5 7/5 17/20 25/12 25/16 28/22 30/9 33/19 89/10 116/18 119/4 176/25 183/9 184/23 185/5 185/12 185/25 187/12 189/14 190/2 193/8 232/20
**photos** [10] 18/7 30/24 89/13 161/15 172/7 175/8 175/10 176/14 176/22 181/13
**Photoshop** [1] 134/19
**physical** [5] 10/4 150/4 173/19 175/4 224/14
**physically** [2] 132/7 173/21
**pick** [3] 124/18 216/13

**P**

**pick...** [1] 220/3
**picked** [2] 43/6 217/19
**picking** [1] 32/23
**picture** [23] 3/22 38/21
39/9 40/21 40/24 46/6
52/16 53/10 53/21 65/7
67/9 172/5 174/15
174/19 174/20 174/22
175/11 175/18 175/22
176/7 177/22 232/25
233/2
**pictures** [3] 142/12
181/13 241/8
**piece** [18] 20/15 25/24
28/7 28/13 28/16 57/3
70/23 76/6 82/7 102/14
103/9 103/14 105/25
106/4 149/16 150/12
233/3 237/12
**pieces** [7] 16/11 24/23
25/21 33/11 58/14 103/1
211/1
**PIERCE** [12] 1/2 1/15
1/18 19/17 37/22 60/17
60/23 61/9 63/3 224/2
227/10 248/11
**piled** [1] 85/10
**pill** [3] 70/12 70/13
89/17
**pills** [1] 89/17
**pistol** [4] 95/19 229/6
230/16 236/4
**pistols** [2] 228/21 228/24
**PITTAWAY** [24] 1/16
2/8 2/24 6/25 81/10
81/11 81/21 84/12 84/18
86/23 88/10 93/8 94/13
96/10 97/6 98/3 152/1
179/5 236/23 244/6
245/7 245/12 245/21
247/17
**pixilated** [1] 182/23
**pixilation** [2] 187/16
194/16
**place** [15] 26/17 32/4
32/6 32/11 66/18 70/3
104/2 105/20 128/7
163/11 163/12 226/2
243/24 244/3 244/16
**placed** [3] 66/19 104/12
104/15
**places** [1] 201/22
**placing** [3] 110/3 149/16
150/13
**plain** [1] 171/16
**Plaintiff** [1] 1/5
**plan** [3] 243/25 244/7
245/16
**planning** [1] 34/24
**plastic** [1] 101/7
**plate** [1] 231/22
**plates** [1] 238/12
**pleasant** [2] 13/15
243/18
**please** [109] 9/20 9/24

9/25 10/9 11/9 11/23
13/9 13/22 13/24 15/17
21/17 34/22 35/25 36/3
36/6 36/13 36/16 36/17
38/10 47/24 55/24 59/10
59/17 59/18 59/20 71/20
72/22 73/25 74/20 74/22
75/1 88/12 90/2 91/12
93/24 94/17 95/7 96/21
96/25 98/22 99/1 99/5
99/8 99/10 99/12 99/13
101/20 124/4 128/18
129/3 129/4 129/7
129/11 144/24 146/10
146/13 146/15 146/17
146/20 146/24 154/22
155/9 156/3 156/13
156/18 156/20 156/25
157/4 175/14 176/13
177/9 179/15 179/21
179/23 182/13 182/17
183/2 185/23 186/11
186/21 186/23 187/9
188/6 195/7 197/18
197/23 197/25 198/3
198/4 198/14 205/7
223/12 223/14 223/15
223/17 235/24 236/6
241/25 242/2 242/24
243/1 243/6 243/14
243/20 243/22 243/25
245/16 247/22 247/24
**plus** [2] 14/8 98/1
**pocket** [3] 4/25 87/10
88/18
**point** [21] 5/2 11/8
12/22 38/10 62/18 63/2
91/5 91/6 105/14 109/8
113/23 114/16 114/19
126/10 156/6 178/1
199/6 213/20 225/11
228/6 230/4
**pointed** [3] 230/10
230/11 233/7
**pointing** [1] 76/6
**points** [10] 132/18
132/21 134/17 134/18
134/20 135/6 135/6
145/11 214/7 244/2
**pointy** [3] 110/23 110/24
111/2
**police** [22] 19/17 19/18
19/19 19/20 19/25 24/18
47/16 56/16 60/7 60/8
60/17 60/23 61/9 61/12
61/25 78/22 79/1 82/22
100/15 153/6 157/6
157/9
**policies** [1] 62/1
**policy** [10] 32/4 32/6
32/10 32/13 32/21 48/21
49/5 127/8 127/18
127/21
**polished** [1] 5/17
**Polo** [2] 7/25 48/12
**polygraph** [1] 224/14

**polymer** [2] 237/20
238/15
**populate** [1] 161/12
**porous** [5] 101/5 101/7
102/5 115/18 119/19
**port** [21] 19/18 19/19
19/20 19/25 47/15 56/16
60/6 60/8 60/22 61/12
78/22 79/1 82/21 157/6
157/8 159/12 159/13
169/25 171/1 224/1
230/25
**Port St. Lucie** [1] 19/18
**portable** [1] 13/23
**portion** [6] 20/20 65/20
125/17 150/14 230/12
235/3
**portions** [1] 124/18
**ports** [2] 159/9 159/15
**position** [4] 40/13 199/4
224/3 232/7
**positioned** [1] 4/18
**positions** [3] 224/7
224/12 232/6
**positively** [1] 233/5
**possessing** [2] 5/5 183/9
**possession** [9] 47/17
51/12 51/14 51/18 51/21
76/25 77/15 78/3 225/6
**possessions** [1] 227/4
**possibility** [2] 219/16
219/17
**possible** [8] 3/14 8/21
21/15 97/22 141/25
147/3 172/12 240/21
**possibly** [11] 23/1 46/5
69/3 87/18 102/19
109/18 110/20 187/13
229/22 229/25 231/15
**post** [1] 181/22
**postcard** [1] 89/2
**posted** [1] 189/15
**potential** [3] 148/23
149/3 149/12
**potentially** [3] 97/18
148/4 149/5
**pound** [3] 203/13 203/15
203/17
**pounds** [2] 203/17
203/17
**powder** [2] 102/11 132/1
**PR** [1] 142/15
**practice** [1] 199/8
**practices** [1] 202/25
**precise** [3] 46/10 46/19
184/4
**precision** [2] 235/8
235/10
**prefer** [1] 11/3
**prejudice** [2] 22/6 23/11
**prejudicial** [1] 4/15
**preparation** [2] 147/25
148/1
**prepare** [1] 149/9
**prepared** [6] 31/13
31/15 35/20 156/3

188/15 188/17
**preparing** [1] 150/6
**prescription** [5] 70/12
89/17 89/19 89/21 90/3
**presence** [3] 11/2 147/3
148/22
**present** [17] 3/6 20/3
26/11 26/18 39/18 62/5
116/15 149/3 149/13
206/20 211/13 215/1
215/2 215/3 222/4
242/12 244/7
**presentation** [1] 244/4
**presented** [8] 5/12 17/1
17/4 24/2 149/7 200/22
201/6 243/12
**presenting** [1] 3/18
**preservation** [1] 67/13
**preserve** [2] 20/16 193/5
**preserving** [1] 181/17
**press** [1] 47/8
**presume** [2] 24/12 52/25
**presumptive** [1] 149/2
**pretrial** [3] 21/15 22/2
190/6
**pretty** [3] 6/8 181/22
244/25
**prevent** [1] 232/8
**previous** [7] 21/21
116/16 147/15 183/15
183/15 183/20 190/6
**previously** [25] 15/14
65/13 72/2 79/24 104/19
107/10 111/8 111/19
113/7 133/3 135/9
136/24 142/8 150/17
151/9 164/6 166/22
168/15 193/6 195/15
201/23 204/17 204/18
210/9 219/18
**prices** [1] 239/20
**primary** [2] 147/2
153/11
**principles** [1] 147/19
**print** [79] 102/22 117/4
117/8 117/17 117/21
117/25 118/2 118/6
118/10 118/14 118/16
118/20 118/24 119/4
124/19 125/19 125/21
126/3 126/7 126/13
126/21 129/21 130/1
130/1 130/2 130/16
131/11 131/12 131/16
131/24 131/24 133/3
133/6 133/9 133/18
133/25 134/6 134/9
134/15 134/15 134/25
135/18 135/24 135/25
136/12 136/14 136/20
136/21 136/23 137/4
137/7 137/17 137/20
138/4 138/5 138/7
138/12 138/13 138/16
138/25 138/25 139/14
139/15 139/18 140/16

140/20 140/24 141/5
142/25 143/4 143/6
143/9 143/12 143/16
143/18 143/19 143/21
144/9 144/13
**print 3** [2] 135/25
142/25
**print 4** [1] 117/4
**printing** [1] 121/7
**prints** [27] 102/10 119/5
119/9 119/13 124/22
126/17 130/24 130/25
132/4 132/5 132/6 134/5
132/14 135/4 137/22
139/7 141/19 141/19
142/16 143/23 143/23
144/3 144/5 144/16
145/4 145/8 145/24
**prior** [16] 18/5 23/8
25/5 26/16 26/21 41/22
72/15 77/21 80/8 84/8
166/3 166/4 180/16
192/1 196/8 244/3
**private** [6] 9/10 153/4
153/12 153/13 218/8
218/20
**Pro** [4] 168/1 168/5
168/12 177/23
**probably** [10] 55/12
89/13 97/25 160/1
201/25 204/22 217/18
220/1 230/23 245/10
**problem** [8] 6/4 6/5 8/12
10/16 12/17 17/7 172/8
219/1
**problematic** [1] 185/19
**problems** [1] 187/9
**procedure** [7] 15/15
48/21 49/5 59/1 90/22
91/1 127/8
**procedures** [7] 15/2
15/3 62/1 106/10 107/25
110/8 151/12
**proceed** [9] 92/3 101/20
124/4 129/11 156/25
177/9 186/5 190/20
198/8
**proceeding** [1] 219/19
**proceedings** [4] 1/9
243/12 248/2 248/6
**proceeds** [1] 70/24
**process** [48] 33/14 34/6
46/20 48/25 101/9
101/11 101/23 102/5
102/21 103/20 104/5
112/25 119/13 124/22
147/25 148/1 148/1
148/3 148/7 148/8
148/11 148/13 148/14
148/15 148/18 148/19
149/1 150/8 151/17
159/19 159/23 163/2
163/7 164/23 164/25
165/5 165/11 167/16
167/20 169/20 176/3
206/9 206/13 210/4

**P**

process... [4] 211/11
212/6 224/13 227/8
processed [8] 75/18
88/19 124/9 125/24
142/13 142/18 142/21
235/23
processes [7] 101/23
115/13 119/5 208/2
211/6 211/9 211/10
processing [11] 45/20
46/2 48/17 67/16 72/10
77/14 100/10 102/14
103/11 119/19 131/25
produce [5] 74/14 82/9
82/20 203/12 214/12
produced [2] 16/6 82/21
production [1] 68/23
products [1] 171/14
professional [7] 130/3
200/11 200/14 237/15
237/18 237/19 238/19
proficiency [3] 202/2
202/4 202/6
profile [21] 199/25
200/1 200/3 203/25
204/2 205/16 205/17
205/25 206/3 206/5
206/8 209/6 209/23
210/1 211/7 211/20
212/18 213/4 215/10
220/8 222/2
profiles [14] 202/3
209/15 209/16 209/18
210/2 210/5 212/22
213/1 213/7 213/17
213/21 214/20 215/7
215/14
program [12] 157/23
158/4 158/6 160/20
161/7 173/25 199/6
199/15 224/16 224/21
225/21 226/9
programs [1] 157/19
progress [3] 167/11
167/15 168/16
progressing [1] 22/12
promise [1] 153/8
promoted [1] 199/5
promptly [3] 96/20
96/22 242/24
proofmarks [1] 228/5
proper [5] 5/4 24/3
properly [5] 4/24 5/23
88/7 149/24 224/19
property [4] 24/25
25/25 55/16 56/13
propose [1] 8/17
proposed [2] 7/7 185/21
proprietary [3] 161/8
170/15 171/15
propriety [1] 159/20
prosecutor [5] 22/22
142/24 196/2 216/14
219/12
protect [2] 15/5 174/5

protected [1] 22/3
prove [1] 91/5
proved [1] 93/15
provide [6] 87/12
153/11 155/5 201/5
203/10 203/19
provided [15] 6/18 10/6
180/24 181/2 181/3
181/5 181/6 191/12
192/12 192/23 193/17
194/3 194/8 194/14
200/25
provides [1] 173/12
proximity [1] 5/6
prudent [1] 244/18
public [2] 1/17 181/19
publish [3] 167/2 186/12
191/5
published [1] 202/21
publishing [2] 70/24
71/2
pull [8] 47/24 72/22
99/18 158/17 161/8
163/21 171/19 175/8
pulled [6] 53/6 53/8 53/9
53/12 162/11 196/9
pulling [1] 230/18
pulls [3] 160/5 162/11
168/8
punishable [1] 94/8
purchase [6] 76/15
76/17 88/21 89/2 144/12
189/17
purchased [1] 239/17
purchaser [1] 75/19
purchases [2] 76/9
197/1
purchasing [1] 74/4
purple [2] 119/20
119/21
purpose [8] 5/4 7/6 16/5
107/15 148/18 148/19
177/6 185/18
purposes [7] 97/8 105/3
163/8 165/16 165/21
174/12 174/25
pursuant [4] 6/17 80/20
196/6 196/22
put [28] 29/13 33/11
34/3 34/4 45/16 46/6
46/6 46/9 48/19 50/16
51/18 54/5 56/22 89/5
158/16 159/10 159/11
159/16 163/14 166/8
175/14 185/12 189/2
206/13 207/2 217/5
227/19 245/23
putting [1] 46/8

**Q**

Q-tip [4] 103/24 121/10
150/11 150/11
Q-tips [1] 103/24
qualifications [1] 78/24
qualified [2] 147/23
205/4

qualify [6] 203/3 214/9
215/7 215/16 234/25
235/2 240/18 241/11
quantitation [3] 206/19
211/12 211/16
quantity [2] 214/9
215/17
Quebec [1] 116/3
question [34] 4/22 7/22
7/24 13/4 15/13 15/14
15/25 16/14 16/16 16/22
16/25 19/7 23/6 31/13
78/5 82/6 84/2 84/8
84/11 97/7 98/8 110/7
121/9 121/23 138/6
176/6 176/10 176/18
178/13 194/6 220/15
221/16 222/18 234/19
questioning [2] 21/11
123/23
questions [29] 6/11
11/12 11/18 12/9 12/20
33/5 34/15 49/11 58/6
59/5 81/7 90/16 91/7
95/3 106/13 107/24
121/5 126/24 127/6
142/7 154/9 171/24
179/7 179/8 195/20
197/8 236/17 240/4
241/15
quick [2] 82/15 97/7
quickly [3] 97/11 192/4
244/25
quite [2] 10/22 231/10
quote [1] 24/3

**R**

RA [1] 199/12
rabbit [1] 22/20
rail [2] 231/25 235/5
raise [7] 11/9 36/13
99/10 156/18 179/21
198/1 223/15
raised [8] 39/18 39/19
97/5 111/8 113/7 120/6
166/22 238/15
Ralph [2] 15/19 42/14
Randy [1] 44/18
rap [1] 68/20
rare [1] 200/2
rather [2] 43/3 48/16
reach [7] 140/19 141/1
141/9 212/17 213/16
214/2 215/9
reacts [2] 101/10 102/6
read [9] 7/3 30/16 84/10
91/15 92/4 93/16 96/15
156/7 243/6
readily [3] 52/10 52/16
240/25
reading [2] 92/4 93/9
readings [1] 199/8
reads [2] 95/9 172/7
ready [10] 11/23 11/24
12/2 75/5 98/9 98/15
98/18 144/24 156/4

167/7
real [12] 4/21 82/15
147/22 190/4 190/5
190/9 190/15 237/20
238/1 238/23 240/16
240/23
really [6] 10/13 10/17
11/8 16/21 17/7 54/7
134/4 142/15 158/17
171/17 172/6 172/8
178/6 209/2 214/19
217/19
rear [14] 104/15 106/15
121/15 122/22 123/4
123/6 123/11 124/6
127/13 213/18 216/23
230/8 233/8 233/21
reason [11] 22/2 102/17
127/9 127/12 150/16
168/1 187/11 213/23
215/22 247/3 247/5
reasonable [2] 5/13 5/18
reasons [4] 6/2 153/7
238/22 247/12
recall [13] 66/20 70/2
86/1 89/12 89/18 89/19
89/25 90/9 90/19 123/13
123/18 125/4 196/15
receipt [40] 15/20 16/8
16/19 16/21 18/15 18/16
41/8 41/21 42/1 42/2
42/10 48/12 53/15 53/20
54/3 54/4 54/6 54/7
54/14 54/14 54/23 67/22
67/25 72/3 75/9 75/10
75/20 76/2 76/15 87/2
87/6 87/7 87/14 90/19
118/18 118/22 118/25
119/3 144/12 189/18
receipts [13] 7/24 7/25
16/2 16/14 16/19 16/24
17/3 24/25 25/25 42/14
53/25 75/14 88/20
receive [15] 3/10 74/4
100/14 116/10 126/17
134/14 149/10 149/22
160/20 161/23 163/1
206/9 209/8 209/12
209/14
received [22] 3/8 30/16
100/5 100/18 100/21
100/24 103/8 111/25
126/15 129/23 142/11
147/11 147/14 147/17
150/1 152/6 198/19
201/11 215/19 217/4
217/5 226/25
recently [2] 176/16
228/1
receptacle [1] 196/5
recess [14] 35/16 35/17
92/10 92/16 92/17 97/3
98/13 154/23 155/25
187/10 188/9 188/11
241/22 247/16
reclining [1] 194/1

recognize [47] 29/11
29/12 38/21 41/3 41/18
42/22 43/12 45/2 47/20
48/6 55/4 55/5 55/7 55/8
62/13 65/24 67/17 68/15
69/4 69/10 70/9 70/19
71/1 71/11 71/21 75/22 77/3
79/21 105/4 112/19
114/11 116/21 117/14
135/18 137/4 142/9
150/23 164/13 165/25
166/2 173/1 174/8
174/20 182/10 191/8
193/2 210/15 210/16
recognized [1] 204/5
recollection [20] 25/6
25/10 42/13 46/16 47/10
67/5 68/3 69/2 70/6
82/12 82/14 82/18 82/19
85/12 85/18 85/23 89/9
89/10 125/5 141/16
recommend [1] 31/24
record [54] 8/10 9/10
12/5 13/2 23/19 38/14
38/16 43/21 46/19 62/22
62/24 77/24 80/16 81/19
90/15 91/13 93/9 93/17
96/15 116/9 116/17
120/18 129/8 141/23
146/18 151/22 155/10
174/12 175/22 176/6
176/10 176/18 177/12
177/13 177/13 177/19
177/22 178/10 178/14
178/16 178/17 178/20
182/18 183/19 192/3
194/24 196/9 216/4
236/16 236/21 240/3
242/10 247/9 247/15
recorded [2] 82/3
132/25
recording [2] 65/9 68/19
records [2] 71/2 175/18
recover [2] 57/18 172/13
recovered [11] 25/21
28/25 57/19 71/24 77/10
81/24 83/3 87/16 88/17
192/19 196/13
rectangle [2] 5/19 6/2
recycle [2] 176/14
176/16
red [2] 85/16 170/24
redact [1] 5/17
redacted [12] 3/8 3/21
4/7 4/8 4/24 5/1 5/23 6/9
187/8 187/25 188/2
193/3
redaction [3] 5/11 6/4
6/7
redactions [3] 3/9 3/19
185/19
redirect [21] 2/4 2/6 2/9
2/11 2/14 2/22 2/24 33/6
33/7 58/10 90/17 127/1
127/4 144/21 145/1
154/10 197/10 222/17

Page 273

USA vs. RONELL BERNARD BRYANT
Case 2:21-cr-14041-AMC   Document 175   Entered on FLSD Docket 07/24/2022   Page 273 of 282

**R**

redirect... [3] 222/19 240/7 240/9
refer [4] 24/9 143/13 168/7 177/13
reference [4] 56/23 78/6 157/15 228/13
referenced [4] 27/1 29/25 57/8 143/1
references [1] 228/9
referencing [8] 3/11 113/1 115/6 167/18 167/19 167/24 169/9 184/2
referred [2] 112/25 207/6
referring [7] 18/23 20/9 70/4 110/13 173/20 173/24 175/19
reflect [5] 16/17 29/2 38/14 62/22 80/16
reflected [1] 176/2
reflects [2] 38/16 62/24
refresh [6] 25/6 25/10 46/16 47/10 125/5 141/16
regarding [6] 93/4 93/5 166/20 166/21 213/4 213/21
regards [2] 58/12 58/16
Regional [1] 199/2
regular [6] 46/20 49/5 90/22 130/10 158/4 227/6
related [5] 21/24 23/23 61/19 83/19 227/1
relates [9] 62/3 200/6 200/12 200/15 211/23 211/24 211/25 212/1 212/1
relation [4] 111/1 130/7 164/16 229/4
relationship [1] 68/4
relative [2] 75/22 220/22
relayed [1] 48/18
relevance [5] 21/5 31/25 218/12 219/3 228/22
relevant [6] 22/17 22/24 23/2 23/2 23/25 147/11
reliable [1] 207/17
rely [1] 183/18
relying [1] 86/10
remain [8] 12/20 59/18 74/2 146/15 197/24 205/13 208/25 223/14
remainder [3] 97/25 150/14 182/22
remaining [3] 92/15 133/22 190/17
remains [1] 133/23
remember [19] 44/8 44/10 44/11 46/8 46/10 46/14 51/22 52/1 52/4 52/5 54/17 54/24 55/1 104/8 112/7 165/4 189/15 243/6 243/14

reminder [1] 185/13
removal [1] 169/9
remove [5] 99/8 109/17 159/9 159/15 185/2 197/25
removed [8] 18/5 18/12 27/13 159/15 160/6 176/22 184/17 185/18
removing [1] 230/19
renew [2] 245/23 246/1
renewed [1] 247/12
repeat [3] 78/5 137/12 207/7
replace [1] 188/1
replica [11] 237/1 238/7 238/13 238/20 239/17 240/16 240/17 240/23 241/5 241/6 241/11
replicas [13] 237/1 237/4 237/15 237/18 237/19 238/4 238/22 239/25 240/11 240/17 240/19 240/25 241/1
replicate [1] 238/23
report [57] 82/9 82/16 82/19 82/20 82/21 82/22 125/5 141/16 143/16 160/20 160/21 160/22 161/18 162/1 162/17 162/21 164/15 165/2 165/10 165/11 166/10 165/13 166/21 167/11 167/14 167/15 168/16 170/18 171/24 172/19 172/24 173/1 173/5 173/6 173/7 173/17 173/8 173/9 173/15 175/6 175/7 175/17 176/21 177/12 179/6 181/6 188/24 191/12 191/14 192/12 192/23 193/17 193/20 194/3 194/8 194/10 194/13
REPORTED [1] 1/23
reporter [5] 1/24 116/10 116/12 224/18 248/9
reports [5] 24/19 25/9 25/10 147/6 161/22
reposition [1] 10/20
represent [3] 64/4 64/18 119/8
representation [2] 18/7 240/12
represented [2] 66/24 189/18
request [3] 6/20 24/3 24/4
requested [3] 4/6 6/8 7/9
requesting [1] 245/4
require [3] 201/9 225/14 227/12
required [7] 45/9 200/20 202/24 204/9 226/4 226/6 243/16
requirements [2] 184/25 247/10

require [1] 131/25
requisite [1] 7/6
research [3] 226/12 243/8 243/10
researching [1] 237/4
residence [6] 38/23 62/6 63/2 63/16 63/24 64/1
residency [1] 91/5
resolved [1] 22/21
resources [2] 225/24 226/23
respect [15] 3/9 8/10 21/17 23/15 28/24 57/11 57/11 107/5 121/6 128/11 184/23 185/1 202/2 246/7 247/13
respond [1] 20/4
response [3] 22/19 190/11 246/6
responsibilities [6] 60/24 147/2 180/8 224/25 225/4 227/14
responsibility [4] 33/15 39/6 58/13 225/7
responsible [4] 33/19 150/3 150/5 150/6
rest [3] 242/5 244/9 244/12
restarted [1] 158/15
restarting [1] 175/3
restate [3] 19/7 84/10 221/16
rested [1] 246/2
resting [1] 244/5
restriction [1] 159/10
rests [1] 246/5
result [7] 115/20 133/21 161/11 170/4 214/10 214/12 215/18
results [5] 148/11 202/9 202/9 204/4 211/21
resume [4] 71/15 242/16 242/22 244/6
resuming [1] 96/22
retained [2] 150/14 150/15
retire [1] 243/3
retrieve [1] 39/7
retrieved [1] 50/22
return [17] 25/12 25/13 29/2 29/4 29/15 29/18 31/1 33/22 33/24 45/21 46/20 48/17 48/23 55/22 56/2 96/21 197/13
returning [1] 8/14
revelation [1] 14/7
review [5] 25/6 25/10 97/11 180/23 181/25
reviewed [10] 25/18 166/3 166/7 166/9 182/3 182/7 195/2 202/21 202/23 244/1
revisit [1] 12/25
revisiting [1] 6/13
RFU [7] 220/22 221/1 221/6 221/9 221/18

221/19 221/24
RFUs [1] 220/21
ridge [9] 131/9 131/10 132/20 132/21 134/17 134/23 145/8 145/11 145/12
ridges [1] 131/12
ridging [1] 233/25
rifle [2] 229/5 229/6
right [238] 4/13 8/5 8/9 9/5 9/14 11/14 11/22 12/3 16/1 16/5 16/7 16/10 16/12 17/8 17/17 17/21 18/2 21/6 22/18 23/5 23/24 27/1 27/9 31/8 31/12 31/20 34/22 35/16 35/19 36/9 36/14 44/4 50/2 50/6 50/7 50/10 52/12 56/9 56/14 56/17 57/15 59/14 61/6 62/19 64/8 64/9 64/14 64/20 64/21 64/22 67/8 72/17 76/7 77/23 80/16 80/19 81/9 85/19 85/24 85/25 87/10 89/3 91/9 92/3 92/6 92/10 92/19 92/20 93/2 93/8 93/12 94/24 96/13 97/2 98/7 98/10 98/19 99/4 99/10 99/18 99/21 101/18 101/20 101/22 102/25 103/7 105/2 106/19 106/24 107/4 107/9 107/19 107/22 108/22 109/1 110/1 111/4 111/9 112/16 112/19 113/3 113/8 114/2 114/11 114/13 114/15 114/21 115/1 115/6 115/12 115/23 116/11 116/15 117/6 118/5 120/1 120/8 121/22 122/2 122/6 122/16 125/15 127/23 129/2 131/4 131/18 132/8 132/25 133/4 135/1 135/17 136/11 136/16 136/23 137/15 138/9 138/22 139/2 139/7 140/19 144/6 144/23 145/23 145/25 148/17 150/17 151/25 154/12 154/17 155/3 155/8 155/23 156/9 156/18 157/18 157/25 158/6 159/21 159/25 160/19 162/5 162/24 163/22 165/10 166/23 167/5 167/8 172/3 172/24 173/20 173/25 174/11 174/12 177/12 177/16 178/10 179/11 179/21 183/6 183/13 183/19 183/22 184/4 185/13 185/20 186/7 186/16 187/10 188/1 188/3 188/20 189/13

189/21 190/16 190/20 191/2 195/18 195/21 196/3 197/10 197/12 197/18 198/1 198/17 205/4 205/5 208/1 216/13 217/11 217/20 217/23 219/18 219/21 220/5 220/14 221/2 221/3 222/16 223/15 229/14 229/24 230/1 230/11 230/12 231/9 232/13 233/17 236/1 242/2 242/9 242/14 243/22 245/3 245/6 246/4 246/14 247/7 247/21
right-hand [5] 64/9 64/21 64/22 76/7 230/11
rise [20] 3/2 9/17 13/12 35/14 35/18 35/22 92/18 96/25 98/12 98/23 154/20 156/1 156/10 186/19 188/10 188/12 190/22 241/25 242/18 243/20
risk [3] 22/11 187/13 187/19
River [34] 74/6 75/20 117/9 118/18 118/22 118/24 119/2 122/9 143/18 147/1 147/8 147/14 152/18 198/16 198/17 199/14 199/19 200/9 201/16 201/22 202/13 202/16 202/19 202/24 203/22 207/11 217/8 217/16 217/17 218/1 218/24 219/8 220/16 221/8
RMR [2] 1/23 248/9
road [5] 37/11 60/25 61/9 61/14 132/20
robust [1] 220/8
rod [1] 85/8
role [13] 18/22 20/12 37/24 58/12 60/9 61/13 61/23 61/24 62/11 99/25 100/7 152/6 157/8
rolled [1] 132/5
RONELL [24] 1/6 38/3 38/22 41/22 41/23 55/5 55/14 68/5 68/20 75/22 76/25 94/1 94/5 94/7 94/14 95/12 95/16 96/11 136/3 137/10 137/24 138/6 140/4 180/21
ronellbryant100 [1] 169/14
room [14] 11/15 64/16 68/19 68/25 69/3 70/3 86/5 86/6 86/9 86/13 86/18 91/5 243/3 246/24
rough [4] 63/18 63/20 128/1 128/2
rougher [1] 134/8
Roughly [1] 244/15

**R**

round [11] 43/24 74/7
74/11 74/12 74/24 115/9
229/5 230/17 230/18
231/9 231/12
rounds [13] 74/9 74/10
74/15 74/17 74/23 75/6
75/8 96/2 96/3 109/19
110/12 110/16 110/17
rub [2] 133/8 208/15
rubbed [3] 90/3 90/4
208/9
rule [7] 15/4 23/5
123/23 184/25 185/17
185/21 247/10
Rule 403 [2] 185/17
185/21
Rule 404 [2] 184/25
247/10
ruling [11] 5/2 5/4 5/8
5/24 6/14 7/7 21/16 22/2
23/15 124/1 187/14
rulings [2] 183/16 184/8
run [5] 203/25 204/1
204/2 204/17 239/22
running [1] 230/12
RX [1] 90/3

**S**

S-T-O-T-L-E-R [1]
59/22
sacrificing [1] 22/6
safe [1] 34/4
safety [4] 89/1 232/4
232/7 233/8
said [20] 3/22 8/15 24/4
24/9 26/4 51/24 55/4
82/20 87/7 115/17
121/14 133/3 137/12
142/16 160/13 207/19
221/8 237/11 237/11
244/5
sale [1] 87/12
sales [1] 71/2
Saliba [9] 17/18 17/19
18/2 18/10 18/11 18/17
18/20 40/20 40/24
saliva [3] 147/4 199/24
205/24
same [72] 5/15 6/2 16/20
16/25 27/3 31/16 31/18
41/21 42/2 47/25 63/10
65/14 66/14 70/7 70/16
76/13 80/2 80/24 82/6
105/25 106/8 106/13
106/17 106/20 110/7
112/25 114/25 117/23
117/24 119/13 121/10
121/14 121/16 131/16
134/25 135/5 138/6
140/19 141/1 141/9
151/12 153/14 154/6
164/16 166/6 170/16
172/20 176/6 176/10
176/18 177/13 178/13
178/21 182/7 183/4

189/2 192/19 193/12
193/12 193/14 199/16
203/15 205/13 205/16
205/17 213/23 228/25
234/19 237/23 238/15
239/8 247/6
sample [6] 206/12
212/16 212/20 213/8
214/25 215/8
samples [5] 147/5 199/9
201/25 205/23 211/16
Samsung [1] 173/19
sandwich [1] 245/9
sanitized [2] 21/14
22/25
satisfied [2] 185/1
185/22
satisfy [1] 247/9
save [3] 134/20 163/16
194/16
saved [3] 193/18 194/9
194/17
saw [10] 15/21 16/19
16/23 16/25 26/15 30/23
38/5 40/17 46/5 62/13
say [38] 4/2 9/3 10/16
15/10 17/14 20/7 39/10
56/12 69/20 70/5 71/1
78/23 89/14 92/1 99/20
103/12 110/13 127/14
130/20 139/20 160/11
174/12 196/7 212/23
212/25 213/22 214/18
220/9 226/2 226/22
229/21 230/9 231/17
232/18 235/10 235/15
241/11 245/24
saying [4] 16/14 52/17
185/24 242/9
says [16] 45/22 56/8
56/12 56/14 56/24 57/12
71/6 135/19 168/1
169/16 170/3 173/19
176/15 177/23 178/5
226/2
scale [3] 63/18 135/19
203/13
scales [1] 203/16
scalpel [1] 150/12
scenario [1] 206/12
scenarios [1] 32/24
scene [25] 17/10 17/11
17/13 17/24 20/3 20/15
26/17 30/12 33/13 45/14
50/20 55/9 62/5 72/10
75/18 77/10 78/10 83/21
100/2 100/2 122/4
129/21 130/24 152/8
206/3
scenes [1] 25/21
schedule [1] 97/11
science [9] 198/21
198/24 198/25 198/25
199/4 200/8 200/10
201/6 202/22
sciences [1] 203/21

scientific [3] 147/18
204/6 207/17
scientifically [1] 207/16
scientists [1] 202/23
scissors [2] 79/8 79/17
scope [6] 153/20 154/1
185/20 196/18 197/5
219/3
scratched [1] 90/4
screen [9] 44/2 63/21
65/18 67/8 147/2 167/11
174/21 174/23 230/5
screened [1] 217/5
screening [9] 148/2
148/3 148/6 148/8
148/13 148/15 148/18
148/19 206/9
screenshot [3] 193/3
193/9 194/19
screenshots [2] 181/4
181/24
scroll [3] 169/16 173/12
192/4
scrolling [2] 174/19
187/20
seal [2] 31/2 163/15
sealed [7] 30/12 30/15
31/5 80/18 104/13
104/16 105/11
seals [1] 149/24
search [19] 20/22 20/22
25/13 25/15 37/21 38/24
40/2 41/10 56/15 56/15
59/1 62/5 64/6 64/12
76/24 77/15 82/2 83/8
191/14
searches [1] 32/15
searching [4] 26/5 38/18
39/11 149/11
seat [2] 9/20 11/4
seated [25] 3/5 8/19 9/22
10/21 13/10 13/14 35/24
36/20 59/23 92/19 97/2
98/14 98/25 129/10
146/20 154/22 156/12
156/24 186/21 188/14
190/24 223/21 242/2
242/20 243/22
second [19] 13/16 54/4
54/8 66/9 104/14 113/25
114/17 115/8 121/13
143/11 147/21 149/17
152/11 158/19 172/25
173/3 174/20 199/10
233/16
seconds [1] 124/1
secrets [1] 159/20
section [10] 60/10 61/23
95/21 157/10 198/18
199/4 199/5 199/20
199/22 203/2
Section 921 [1] 95/21
sections [1] 161/12
secure [1] 28/17
secured [1] 20/4
securing [1] 23/6

see [85] 4/6 8/6 8/21
10/24 13/16 16/8 17/1
18/8 18/14 18/14 18/16
20/15 20/18 21/6 26/12
26/13 26/20 27/8 27/11
27/13 27/14 27/19 27/22
30/11 38/8 39/24 40/15
44/3 50/13 52/15 53/1
53/20 62/16 65/8 75/10
89/23 91/12 98/10
102/10 102/13 106/5
107/19 107/25 108/3
108/3 108/4 128/23
132/1 134/4 134/25
135/19 143/24 144/8
149/3 155/20 164/19
167/10 168/16 169/13
176/15 176/24 182/17
191/6 192/14 192/25
227/25 229/17 231/13
233/12 233/19 233/21
233/24 234/19 234/22
235/5 235/13 236/8
240/15 240/16 241/7
241/8 241/9 241/10
243/19 247/22
seeing [3] 26/17 26/18
242/6
seem [1] 6/4
seemed [1] 12/22
seen [4] 207/4 210/16
240/11 241/3
seized [1] 56/13
select [1] 162/15
selection [2] 10/3 10/11
semen [3] 147/4 199/24
205/24
semi [1] 230/16
semi-automatic [1]
230/16
seminars [1] 130/8
send [4] 153/6 169/5
170/8 219/5
sense [4] 102/21 125/14
161/4 244/16
sent [3] 58/2 202/9
202/10
separate [9] 19/2 20/5
45/13 127/16 150/14
183/17 187/18 187/22
207/3
separately [5] 45/16
113/19 113/20 127/10
163/16
sergeant [1] 39/3
serial [14] 67/3 67/3
67/6 73/10 73/17 73/19
73/19 95/19 168/21
169/3 227/16 228/3
231/22 238/12
series [3] 209/8 209/10
239/2
serve [4] 21/22 37/16
99/25 230/15
services [1] 201/4
session [5] 3/3 97/17

97/25 188/13 242/24
set [13] 3/17 4/10 4/11
6/10 31/4 50/22 95/17
104/11 104/14 104/15
122/21 122/22 175/13
Seth [7] 2/18 7/22 97/19
155/12 179/18 179/22
179/25
sets [4] 6/7 104/10
113/24 113/25
setting [1] 153/12
seveN [52] 60/13 63/9
64/25 66/15 71/24
73/23 74/13 90/20 95/19
104/6 112/1 113/1
113/14 113/15 183/10
184/24 199/19 210/11
228/16 228/25 229/22
231/14 231/20 232/16
232/19 233/10 233/13
234/1 234/6 234/11
234/14 234/17 234/20
234/23 235/9 235/14
235/17 236/4 236/14
237/21 238/2 238/5
238/7 239/17 239/25
241/9 241/10 241/12
246/21 246/22 246/23
seven years [2] 60/13
199/19
several [5] 17/9 151/7
218/5 218/8 220/12
Shane [5] 136/3 137/11
137/25 138/7 140/8
sharp [2] 98/11 150/12
she [19] 8/12 8/13 8/15
8/19 9/3 12/9 12/10
12/11 12/11 12/15 12/18
12/18 12/19 12/20 12/20
12/21 91/23 98/20
246/11
she's [5] 8/21 12/10
12/16 98/18 98/19
shelves [1] 85/10
shelving [1] 65/21
sheriff's [28] 14/9 19/14
19/24 20/5 31/23 32/13
37/1 37/10 37/18 56/18
77/11 78/9 78/12 78/14
82/18 82/20 82/21 86/9
86/10 86/14 99/22 99/25
100/5 100/15 110/8
129/18 129/19 152/7
sheriffs' [1] 153/6
shielded [1] 6/1
shielding [1] 5/13
shirt [36] 18/14 26/13
26/13 26/25 27/4 27/12
27/14 27/16 27/19 27/19
27/21 27/22 27/24 28/3
28/24 30/6 38/12 42/23
42/25 43/13 47/22 52/23
53/1 53/2 53/4 53/6
53/12 53/13 53/19 53/20
58/2 58/2 62/20 192/7
208/14 208/15

# S

**shocked [2]** 16/3 16/23
**shoe [1]** 85/17
**shop [2]** 74/5 75/20
**short [3]** 61/14 108/7
207/7
**should [24]** 5/3 12/1
50/5 97/20 135/11 136/8
137/1 138/25 139/7
139/14 140/16 140/24
141/5 151/7 171/8 178/4
179/3 188/23 204/2
204/3 228/1 228/2 228/2
245/23
**show [55]** 16/18 38/20
39/13 39/14 40/23 41/1
41/3 41/6 41/17 41/20
41/25 42/9 42/17 43/17
47/19 48/6 52/8 55/22
63/13 63/15 63/23 64/10
64/16 66/8 66/23 67/20
68/14 69/6 69/9 69/17
70/8 71/4 71/7 71/17
71/18 73/9 75/11 76/15
76/19 76/20 77/2 79/6
115/24 125/10 142/8
174/17 182/9 191/4
192/10 192/21 229/7
229/23 233/16 235/19
235/21
**showed [1]** 42/2
**showing [43]** 3/25 15/16
15/19 26/25 28/2 42/16
42/21 43/11 43/25 45/2
48/3 65/4 67/17 69/16
70/19 71/3 71/21 76/5
76/12 92/21 92/25
104/18 105/2 107/9
109/21 112/10 114/3
126/6 135/9 150/17
164/6 165/15 165/20
193/2 193/15 193/22
194/5 194/11 194/18
210/9 229/7 233/19
235/4
**shown [7]** 20/21 27/20
33/22 55/2 56/3 188/25
239/2
**shows [9]** 5/9 5/25 38/21
41/21 43/18 43/19 132/1
159/19 229/25
**shuts [1]** 159/12
**shy [1]** 61/21
**sic [10]** 17/2 48/12 49/3
65/17 84/8 101/15 103/5
115/15 174/24 177/23
**side [26]** 64/9 64/21
64/22 65/10 66/21 66/25
67/4 67/8 67/10 70/25
76/7 104/11 105/10
110/23 110/24 110/24
110/25 111/1 111/2
148/7 148/10 161/19
230/11 231/18 232/10
238/13
**sidebar [12]** 21/7 21/8

22/13 24/16 91/12 91/13
92/9 155/8 155/10
182/17 182/18 186/6
**sided [1]** 103/24
**sides [3]** 164/9 245/9
245/15
**sight [17]** 104/15 106/15
121/15 123/4 123/6
123/11 124/6 213/2
213/15 213/18 216/20
216/23 230/8 230/22
232/1 233/8 233/8
**sights [2]** 27/25 236/5
**sign [1]** 182/23
**signal [1]** 6/8
**signature [3]** 28/7 28/9
164/11
**signed [4]** 30/15 94/12
96/9 182/14
**silver [3]** 46/8 46/12
47/12
**sim [2]** 132/21 169/7
**similar [13]** 106/8
106/20 132/16 142/7
145/11 153/15 153/16
175/3 175/5 177/1
192/19 206/21 219/25
**similarities [1]** 132/21
**similarity [3]** 132/19
134/17 135/6
**similarly [2]** 4/18 143/8
**simply [3]** 26/6 29/19
243/4
**since [5]** 130/16 151/5
164/20 224/6 224/7
**singing [1]** 68/22
**single [4]** 59/2 122/18
172/4 213/8
**singles [2]** 71/6 90/6
**sir [70]** 13/8 14/12 14/16
15/7 15/22 15/25 17/16
17/22 19/13 19/16 19/21
21/3 24/24 25/9 25/17
25/19 27/2 27/5 27/23
28/1 28/5 28/8 29/17
30/5 31/22 32/12 36/3
44/22 59/17 59/23 60/4
62/10 62/12 62/15 62/17
65/3 68/1 68/6 68/24
71/13 74/19 74/24 75/5
75/8 75/10 75/15 75/18
75/24 76/16 81/5 81/16
84/4 144/19 145/21
146/13 154/9 154/12
156/16 179/11 196/1
196/4 196/24 197/23
198/12 214/5 223/4
223/11 224/17 225/2
241/18
**sit [7]** 9/20 11/5 12/21
50/19 159/21 222/21
239/24
**site [1]** 155/1
**sitting [6]** 26/13 31/5
33/25 42/19 48/9 62/19
**situation [7]** 10/18 32/18

32/21 147/24 149/7
149/9 213/11
**situations [1]** 33/2
**six [7]** 95/8 159/16 160/1
170/23 180/14 199/15
199/18
**six months [1]** 199/18
**six years [1]** 180/14
**size [2]** 66/14 207/4
**skin [2]** 147/5 205/15
**slide [12]** 104/14 106/15
121/15 213/19 230/14
230/15 230/16 231/6
231/7 231/8 233/21
238/7
**sliding [1]** 230/19
**slight [1]** 20/11
**slow [4]** 132/23 173/3
224/18 227/19
**slowly [1]** 93/24
**small [6]** 149/13 214/15
214/18 220/2 228/24
229/1
**smaller [1]** 215/5
**smooth [5]** 124/23
127/24 128/4 128/5
134/4
**sneeze [3]** 208/10 208/21
208/21
**so [254]**
**soap [1]** 206/16
**soap-like [1]** 206/16
**social [1]** 161/14
**software [9]** 159/7
159/10 167/23 217/15
217/16 217/16 217/20
217/24 218/16
**sold [2]** 75/20 76/14
**sole [1]** 8/19
**solely [1]** 233/5
**soles [1]** 131/10
**solicit [1]** 84/11
**soliciting [1]** 21/11
**solved [1]** 172/9
**some [7]** 8/14 9/23
10/19 11/17 30/23 32/16
32/17 41/8 41/22 42/20
63/2 65/3 65/9 67/24
70/2 70/24 72/5 74/3
76/9 85/14 90/4 91/4
92/11 101/23 102/20
103/1 103/15 105/14
111/24 115/21 131/25
145/4 153/16 155/5
155/6 158/21 164/7
167/13 168/1 171/24
176/24 181/4 181/12
181/15 190/8 192/9
199/17 206/16 206/23
208/9 208/18 208/20
209/12 217/14 225/11
228/5 228/6 231/11
231/12 234/9 237/14
237/17 237/17 238/13
238/19 238/22 239/22
240/17 240/22 241/1

241/22
**somebody [8]** 33/18
46/5 49/24 50/15 51/18
51/21 67/16 69/3
**someone [13]** 19/6 40/10
44/12 48/19 48/21
105/24 122/8 127/12
127/14 191/20 191/21
196/25 209/1
**something [23]** 23/20
32/24 34/5 43/6 49/8
66/4 73/4 75/17 93/13
101/11 101/12 101/25
103/15 123/3 168/8
172/3 172/12 174/23
208/7 222/9 228/5 233/4
233/6
**sometimes [10]** 93/13
153/5 169/24 171/16
171/17 171/18 171/22
174/23 206/24 229/12
**somewhat [5]** 16/3
169/3 170/8 228/18
228/20
**somewhere [2]** 45/14
54/9
**songs [1]** 90/7
**sorry [36]** 3/23 13/21
21/9 36/5 47/8 61/3
64/21 70/14 73/14 78/5
78/6 81/15 84/2 94/22
95/7 101/14 101/17
108/7 108/19 115/18
123/24 132/24 135/15
135/16 145/19 145/20
173/3 183/3 183/23
186/22 186/24 188/2
195/7 195/8 207/23
207/24
**sort [9]** 131/25 133/14
182/23 224/7 225/13
226/23 227/22 228/9
233/25
**sorts [2]** 231/2 240/15
**sounds [1]** 131/7
**source [10]** 82/12 143/4
143/8 143/21 144/3
144/15 162/3 206/4
213/8 222/2
**South [4]** 1/14 69/21
198/24 248/10
**South Florida [1]**
198/24
**SOUTHERN [3]** 1/1
93/23 95/10
**speak [1]** 55/24
**speaking [2]** 44/25
148/17
**special [17]** 14/15 15/11
15/23 61/15 61/17 61/18
155/7 179/17 179/25
180/10 180/16 224/1
224/4 224/8 224/23
225/16 225/18
**specialized [2]** 100/14
200/5

**specialty [1]** 33/1
**specific [15]** 16/19 17/13
31/10 37/5 45/23 86/5
184/1 184/21 200/7
200/9 201/19 205/22
207/1 207/10 246/17
**specifically [21]** 8/16
12/10 70/2 80/9 100/17
103/4 109/3 130/14
138/16 147/25 157/8
157/14 200/6 202/18
203/3 218/21 221/23
229/20 246/21 246/22
246/23
**specify [1]** 225/25
**speculation [6]** 83/25
86/21 123/15 218/12
219/3 221/12
**spell [11]** 36/17 44/20
44/22 59/20 99/13
101/14 102/2 129/7
146/17 179/24 198/4
**spelled [2]** 44/17 198/5
**spelling [3]** 101/19
156/21 223/18
**spend [2]** 61/20 130/10
**spent [1]** 14/7
**split [1]** 245/10
**splitting [1]** 245/17
**spoke [2]** 15/11 15/13
**Sportsman [4]** 118/18
118/22 118/24 119/2
**Sportsman's [1]** 117/9
**spot [1]** 199/1
**square [4]** 4/19 5/12
135/2 135/3
**SSD [1]** 173/20
**St. [34]** 14/8 19/14 19/18
19/19 19/20 19/24 19/25
31/23 32/13 37/1 37/18
47/16 56/16 56/18 60/6
60/8 61/12 78/22 79/1
82/21 86/9 86/10 86/14
99/22 99/25 100/5
100/15 110/8 129/18
129/19 152/7 157/6
157/8 224/1
**St. Lucie [33]** 14/8
19/14 19/19 19/20 19/24
19/25 31/23 32/13 37/1
37/18 47/16 56/16 56/18
60/6 60/8 61/12 78/22
79/1 82/21 86/9 86/10
86/14 99/22 99/25 100/5
100/15 110/8 129/18
129/19 152/7 157/6
157/8 224/1
**stain [1]** 208/8
**staining [3]** 148/23
148/24 149/4
**stamp [2]** 96/2 96/4
**stand [13]** 12/1 13/9
36/4 36/13 99/3 128/21
129/3 135/23 146/14
156/15 197/21 197/24
223/12

**S**

**standard [13]** 48/21 134/24 203/22 203/17 203/18 203/19 203/25 206/2 209/20 209/22 209/23 209/25 214/16
**standardize [1]** 203/18
**standards [24]** 136/2 139/23 148/12 200/1 202/25 203/4 203/8 203/10 203/20 203/23 203/24 206/1 206/2 207/20 207/24 209/12 209/14 209/16 209/19 210/5 214/8 214/22 215/16 222/11
**standing [8]** 4/25 39/3 39/4 59/18 129/4 146/15 197/24 223/14
**stands [6]** 103/10 103/12 185/19 203/8 205/9 207/7
**start [9]** 37/10 124/21 145/23 150/9 190/3 195/7 206/13 230/3 243/16
**started [14]** 10/2 10/12 36/6 36/9 37/6 37/11 39/11 40/4 96/22 189/8 199/1 199/3 224/11 242/25
**starting [1]** 195/3
**state [27]** 8/22 15/2 27/8 36/16 59/20 95/23 96/6 99/12 129/7 131/2 131/3 146/17 156/20 158/18 169/8 177/7 179/23 180/17 183/19 184/4 184/7 185/15 198/3 221/5 223/17 225/11 228/5
**stated [11]** 7/6 72/18 77/24 83/22 84/9 86/4 166/24 185/6 185/9 193/6 195/15
**statement [2]** 19/5 19/8
**states [19]** 1/1 1/4 1/10 74/16 93/22 94/1 94/3 94/4 95/9 95/11 95/14 95/15 95/21 99/2 149/25 159/4 217/18 217/19 248/10
**station [1]** 33/25
**statistical [4]** 202/12 202/14 202/16 202/18
**statisticians [1]** 202/23
**statistics [6]** 199/9 201/9 201/12 201/16 201/17 201/20
**status [1]** 93/4
**stay [7]** 11/1 11/4 12/19 13/24 84/25 92/12 129/4
**stayed [3]** 83/23 84/4 84/13
**staying [1]** 13/1
**steel [1]** 238/1

**step [9]** 122/8 159/3 162/25 206/9 206/14 206/19 206/25 211/12 212/6
**steps [9]** 5/16 159/16 159/18 169/18 170/23 185/2 206/7 211/15 212/9
**stereotypical [1]** 102/9
**sterile [1]** 104/1
**sticker [1]** 85/25
**still [12]** 36/6 37/18 49/20 73/6 74/2 79/8 97/14 119/13 149/19 176/17 186/2 190/16
**stipulate [2]** 94/6 95/17
**stipulation [9]** 93/3 93/4 93/13 93/15 94/2 94/25 95/6 95/13 96/9
**stipulations [5]** 91/15 92/4 93/10 93/16 96/15
**stop [2]** 162/5 211/20
**stopping [1]** 241/24
**store [4]** 54/15 203/12 203/14 203/15
**stored [4]** 45/10 45/12 171/16 173/22
**stores [1]** 176/15
**story [1]** 21/12
**Stotler [9]** 2/7 47/15 55/10 57/6 57/19 59/13 59/14 59/19 59/22
**STR [7]** 207/6 207/7 207/7 207/8 207/9 207/10 212/11
**straight [1]** 145/10
**stray [1]** 23/8
**Street [2]** 1/17 69/21
**strike [2]** 115/7 222/13
**STRmix [2]** 217/15 218/6
**strong [1]** 4/19
**studded [2]** 192/18 193/24
**students [1]** 201/7
**stuff [4]** 10/18 22/23 102/13 158/21
**styrofoam [1]** 134/8
**subexhibit [1]** 191/4
**subexhibits [1]** 116/1 195/2
**subject [6]** 72/15 77/21 80/8 107/3 166/21 186/1
**submitted [2]** 7/11 150/6
**subpoena [1]** 169/5
**substance [7]** 4/15 23/10 24/10 170/1 206/6 206/8 206/16
**substances [1]** 205/25
**substantially [2]** 106/8 106/20
**substantive [2]** 97/4 245/19
**successful [1]** 170/19
**successive [1]** 170/21
**such [6]** 23/12 160/24

174/24 199/23 215/23 232/1
**sufficient [1]** 247/9
**suggest [1]** 151/2
**suitable [3]** 214/8 215/15 215/20
**Suite [1]** 1/20
**summary [1]** 171/13
**summer [1]** 32/2
**sunlight [1]** 133/20
**supervised [1]** 199/11
**supervision [2]** 147/23 199/12
**supervisor [1]** 14/14
**supply [1]** 191/22
**support [1]** 191/15
**supported [1]** 170/10
**supports [1]** 161/8
**supposed [5]** 13/24 14/23 95/3 106/2 122/21
**suppress [3]** 184/3 184/11 185/4
**sure [40]** 9/4 12/2 13/22 16/13 19/8 21/10 34/4 40/6 43/7 43/15 44/21 50/13 50/17 51/9 54/5 54/11 54/22 55/7 55/20 79/4 87/19 97/12 103/10 125/7 126/20 143/13 143/15 149/23 182/19 186/13 187/10 188/20 189/25 214/23 227/16 233/2 244/23 246/13 247/24 248/1
**surface [18]** 101/5 101/6 101/8 101/10 103/25 110/20 124/23 131/12 131/13 133/6 133/15 133/22 133/24 133/25 134/3 134/5 134/7 134/10
**surfaces [7]** 102/8 102/12 127/24 128/1 128/4 128/5 133/11
**surprise [1]** 119/24
**surrounding [2]** 58/1 247/11
**surveillance [12]** 17/23 18/17 18/19 18/21 18/22 18/25 20/3 20/8 20/9 20/11 20/19 20/24
**surveilling [1]** 18/24
**suspects [1]** 206/1
**sustain [1]** 228/6
**sustained [7]** 84/7 86/22 153/22 154/2 154/7 196/20 197/7
**swab [36]** 103/18 103/22 104/6 104/12 105/10 106/15 107/23 109/7 109/12 110/12 110/16 110/21 112/5 112/24 113/17 113/19 113/21 114/16 114/19 121/14 121/16 122/18 123/3 127/8 127/9 127/18

147/24 149/16 150/10 150/13 150/14 209/24 210/25 212/2 214/2 214/3
**swabbed [9]** 104/9 106/21 109/8 110/17 112/7 112/8 113/22 123/6 127/23
**swabbing [4]** 103/21 103/25 121/9 121/25
**swabs [43]** 103/23 103/23 103/25 104/3 104/11 104/12 104/14 104/15 113/24 113/25 122/22 127/16 149/7 149/10 149/19 149/21 150/4 150/5 150/6 150/23 151/7 151/8 151/18 152/10 209/8 209/10 209/17 209/18 209/21 210/25 211/8 211/14 211/22 212/3 213/14 213/15 213/16 213/18 213/19 213/24 214/7 215/15 215/19
**swear [2]** 36/11 223/13
**sweat [1]** 208/20
**sweaty [1]** 133/5
**switch [1]** 121/1
**sworn [13]** 36/10 36/15 59/18 59/19 99/8 99/11 129/6 146/16 156/19 179/22 197/24 198/2 223/16
**system [9]** 4/14 14/17 160/12 161/8 161/15 162/14 171/20 172/13 175/12

**T**

**T-Mobile [2]** 169/4 169/5
**table [3]** 31/4 197/13 208/7
**tabled [1]** 167/22
**tables [1]** 247/25
**tabs [1]** 66/12
**tactics [1]** 32/17
**take [66]** 9/25 12/1 26/13 26/17 28/21 29/11 30/25 35/12 40/20 47/6 51/12 51/14 51/21 59/2 61/13 77/12 77/15 78/15 79/16 97/20 106/16 108/5 110/5 112/16 114/8 116/17 127/16 132/4 134/15 135/10 150/18 150/19 154/15 154/18 158/9 159/3 159/24 159/25 162/3 162/25 164/8 165/22 169/24 170/25 171/1 174/15 174/22 177/21 181/15 186/11 186/17 188/5 193/8 210/10 210/12 224/13 224/18

225/6 235/24 241/22 243/24 244/3 244/3 244/8 244/11 244/16
**taken [32]** 5/16 18/14 26/11 30/24 35/17 40/24 42/5 45/11 47/15 55/13 66/21 66/25 67/9 67/21 68/8 78/7 78/8 78/8 78/9 79/8 89/11 91/3 91/4 92/17 98/13 119/5 149/8 155/25 175/14 185/1 188/11 193/20
**takes [2]** 45/14 45/15
**taking [20]** 11/6 30/24 33/19 34/9 34/24 41/12 43/3 44/11 45/18 49/2 91/25 96/19 105/11 116/20 132/7 150/12 151/6 181/17 184/6 244/7
**talk [21]** 12/9 14/23 15/4 20/20 21/20 28/14 38/18 52/6 61/2 65/14 76/4 109/3 111/25 131/4 147/24 148/16 156/6 208/2 230/4 237/17 243/4
**talked [16]** 3/18 24/22 28/2 53/15 57/22 142/24 143/6 160/14 161/4 169/9 204/17 213/14 219/11 220/7 220/10 222/11
**talking [15]** 12/10 17/21 18/9 19/14 20/18 20/19 22/21 27/1 29/15 45/23 88/24 119/12 181/12 215/2 221/2
**tall [1]** 102/6
**taller [1]** 215/3
**tampered [6]** 106/9 110/7 112/21 114/13 151/3 151/5
**tampering [5]** 107/25 108/1 108/3 108/3 108/4
**tan [1]** 38/12
**tandem [1]** 207/7
**tape [12]** 30/15 34/4 50/16 50/18 104/13 105/12 105/20 105/25 106/4 106/10 151/1 164/8
**task [7]** 20/7 37/13 37/14 37/15 37/17 37/24 62/8
**tasked [1]** 45/18
**teach [1]** 201/6
**team [7]** 17/23 18/17 18/19 18/21 18/22 18/25 20/10
**teamwork [1]** 33/13
**technologies [1]** 222/22
**technologist [1]** 199/3
**technology [11]** 152/25 153/3 157/10 203/9 217/12 218/9 221/20

**T**

technology... **[4]** 222/8
225/20 226/12 226/15
**telephone [2]** 166/11
166/14
**tell [28]** 7/1 16/20 29/11
30/13 30/19 50/18 68/6
105/21 115/12 126/6
134/2 146/24 153/2
157/4 159/18 159/21
160/23 160/24 161/1
161/1 163/1 169/5
169/13 170/15 170/18
198/14 231/10 239/24
**telling [1]** 57/1
**tells [1]** 204/2
**temporal [1]** 5/6
**ten [12]** 35/10 74/11
74/15 79/2 96/19 188/5
188/23 189/6 190/2
203/17 217/19 226/19
**ten minutes [2]** 35/10
96/19
**ten pounds [1]** 203/17
**ten years [2]** 217/19
226/19
**tender [1]** 204/25
**tent [2]** 132/15 132/15
**term [3]** 94/9 95/20
145/16
**terms [3]** 31/8 98/5
149/11
**test [9]** 74/7 109/14
149/5 149/12 202/6
202/6 202/7 202/9
210/24
**test-fired [1]** 74/7
**tested [3]** 34/5 58/14
202/2
**testified [11]** 14/19
15/14 15/20 52/9 53/6
97/15 111/19 124/15
130/21 174/5 204/18
**testify [6]** 23/4 147/7
155/19 189/3 190/12
190/18
**testifying [2]** 7/21 19/5
**testimony [16]** 14/24
15/5 15/12 16/6 17/7
25/5 25/11 54/3 57/6
91/25 96/23 126/2 190/6
242/6 245/24 247/10
**testing [29]** 112/3 115/9
115/20 147/6 147/19
148/5 148/10 148/11
148/20 149/2 149/9
149/18 150/7 150/16
153/11 199/10 202/8
202/12 203/4 205/21
206/10 207/9 207/9
207/12 207/16 219/6
224/14 224/14 224/14
**tests [2]** 149/2 202/4
**text [5]** 171/17 172/16
173/22 191/20 191/25
**texts [1]** 161/13

**texture [2]** 134/6 134/10
**textured [2]** 134/3 134/7
**than [24]** 33/9 35/12
43/3 43/8 53/19 54/18
54/20 60/14 66/5 79/5
88/20 94/9 108/17
137/19 175/11 185/6
185/8 185/20 193/19
228/19 234/25 244/9
242/12 245/1
**thank [140]** 3/4 7/17
7/18 9/23 10/2 11/14
11/20 13/6 13/10 24/15
33/4 34/16 34/17 34/18
35/3 35/21 35/24 36/8
36/19 36/20 49/12 49/13
58/7 58/8 59/5 59/7 59/8
59/23 59/24 61/6 61/7
79/18 81/8 81/9 81/13
90/14 91/8 91/9 92/8
92/19 93/21 94/18 94/24
95/1 96/13 98/25 99/15
107/17 116/8 120/8
120/20 120/21 121/2
124/1 126/25 127/3
128/14 128/15 128/16
129/1 129/10 129/12
142/1 144/20 145/21
146/6 146/7 146/11
146/20 151/25 154/9
154/11 154/12 155/15
155/22 155/23 155/24
156/9 156/23 156/24
157/1 164/4 167/7
177/10 179/2 179/10
179/11 179/13 179/19
180/2 185/13 185/16
186/3 186/25 188/8
188/17 188/19 189/21
190/25 191/2 191/6
195/12 195/13 195/19
195/21 197/9 197/11
197/12 197/14 198/7
198/9 207/25 216/6
216/7 222/14 222/16
223/2 223/3 223/4 223/5
223/9 223/20 223/21
223/22 224/19 229/9
229/15 233/17 235/19
236/18 236/19 240/5
240/6 241/15 241/17
241/18 241/19 246/13
247/7 247/20
**that [1147]**
**that's [169]** 3/16 3/18
3/22 3/24 4/1 4/3 4/11
5/15 5/22 6/8 10/16
13/24 17/12 17/13 20/9
22/23 23/25 27/3 28/3
29/15 34/25 38/22 43/13
45/6 49/11 51/22 52/14
52/20 56/2 56/24 57/2
57/3 58/6 59/3 59/5 61/4
61/11 63/13 65/16 67/16
69/22 70/15 70/18 71/11
73/17 73/19 73/20 73/22

74/17 74/19 76/4 76/6
76/8 76/11 81/7 82/1
82/8 82/25 83/9 83/13
83/15 83/18 85/9 86/8
87/5 87/6 87/23 89/3
89/4 91/7 101/7 101/8
101/8 101/16 101/18
101/18 102/6 103/15
108/17 110/20 117/11
118/3 122/21 126/24
127/15 132/13 132/20
132/25 143/1 145/23
149/13 152/12 154/9
155/22 158/15 158/16
159/15 160/12 164/8
164/11 164/25 170/25
171/8 171/11 173/20
173/21 173/25 174/1
174/5 174/21 175/25
176/3 177/15 178/4
178/8 178/9 184/12
184/20 188/2 188/3
189/7 189/18 189/18
190/9 190/18 192/14
193/9 194/22 195/20
196/4 196/11 196/23
197/8 199/17 203/18
206/15 206/16 207/3
207/4 210/3 212/25
214/22 215/2 215/25
217/10 217/15 222/9
227/17 230/8 230/17
230/22 231/25 232/12
234/3 234/22 235/16
235/19 236/14 236/17
238/14 238/23 239/1
239/6 239/10 241/10
241/15 242/13 246/23
246/24
**their [17]** 10/5 10/6 23/3
24/4 32/22 33/2 104/3
104/12 140/10 161/8
172/18 208/4 208/22
209/3 226/14 226/21
227/8
**them [66]** 4/7 7/5 10/24
18/5 18/9 21/20 22/16
26/9 26/10 29/22 30/10
30/23 30/25 32/7 33/2
33/17 33/25 34/2 40/25
44/12 44/19 46/3 46/4
57/19 65/2 65/3 74/11
74/12 75/1 79/9 79/12
106/21 109/14 113/19
119/9 119/14 119/15
128/7 132/5 132/7
137/19 137/23 142/21
149/9 150/20 150/23
151/5 152/10 153/1
153/7 160/15 161/20
169/24 184/7 188/16
189/2 210/12 210/16
214/15 215/20 226/5
226/5 230/4 239/22
242/15 244/1
**themselves [3]** 33/16

149/21 227/7
**then [114]** 4/5 4/7 4/15
7/15 8/21 8/23 9/10
10/25 11/2 12/25 16/24
20/20 25/16 30/12 31/2
34/2 35/11 37/11 37/12
40/7 41/8 45/14 45/15
45/19 48/22 53/2 74/6
75/3 78/14 89/13 90/2
91/17 91/18 91/20 92/3
92/6 92/7 104/2 104/3
109/5 115/15 117/6
117/20 117/25 118/5
118/15 121/21 122/6
122/8 122/22 124/9
132/14 132/18 134/24
135/1 135/4 135/5 135/7
136/7 137/15 140/13
142/17 144/12 147/5
147/21 148/10 148/16
149/5 149/17 150/13
155/3 155/9 156/6
159/15 160/1 160/3
161/6 162/12 162/14
162/21 163/9 168/2
169/12 183/4 187/18
198/23 199/5 199/12
199/24 200/8 201/5
201/16 202/9 203/2
205/19 206/12 207/2
208/10 210/5 210/12
211/12 211/22 212/13
214/24 215/8 216/23
229/19 230/11 241/23
242/14 244/6 245/1
245/15 247/2
**there's [65]** 5/18 5/18
6/7 16/14 32/17 32/24
33/12 34/6 45/11 49/8
50/9 50/18 83/12 87/10
87/11 93/12 101/25
134/6 134/6 137/19
138/15 145/9 145/10
145/12 145/14 145/15
149/10 158/14 168/17
168/17 169/16 170/25
171/18 174/3 183/17
185/24 187/19 190/5
190/14 192/7 196/23
200/2 208/6 208/11
208/17 209/1 213/11
214/13 214/14 214/23
219/16 231/5 231/16
231/17 232/9 234/9
234/9 234/18 234/24
235/10 235/11 246/23
247/2 247/3 247/5
**therefore [2]** 95/23 96/7
**therein [1]** 89/8
**therewith [1]** 190/9
**these [50]** 3/10 4/16 6/6
6/17 7/5 16/7 18/1 18/12
39/1 70/2 83/23 84/5
84/14 85/19 90/10 93/2
93/15 97/17 103/23
142/13 151/4 169/18
183/5 187/12 189/14
207/2 207/10 210/4
211/16 213/20 213/21
213/25 217/7 218/20
219/5 231/5 231/11
231/12 231/16 233/7
237/18 238/13 238/19
238/22 239/3 239/7

**T**

**these...** [4] 239/8 239/12 239/14 247/25

**they** [115] 8/17 10/4 16/2 18/4 18/4 18/5 18/9 20/11 21/22 22/9 23/3 23/4 24/6 25/15 26/8 26/11 28/13 29/13 30/16 30/20 31/2 31/2 31/23 32/7 33/16 33/18 34/1 34/3 50/5 50/15 50/21 54/5 68/6 70/3 72/9 72/10 74/13 75/15 75/16 83/22 84/4 89/13 89/15 94/21 97/15 105/25 105/25 106/4 114/13 119/5 119/8 119/14 119/23 127/14 128/7 133/15 136/5 136/6 136/15 138/1 138/8 143/13 146/2 153/2 153/4 153/5 153/8 159/22 161/8 161/18 169/25 170/15 171/6 171/7 172/17 172/18 173/17 175/18 181/2 182/3 182/23 185/12 187/22 188/17 202/7 202/10 203/9 203/9 203/19 204/7 208/23 209/2 215/21 218/3 218/10 218/20 218/22 218/23 219/1 221/6 221/10 225/8 225/9 225/10 225/11 225/23 231/12 233/9 233/11 237/23 240/11 240/14 240/18 242/15 244/25

**they'll** [1] 76/9

**they're** [34] 18/11 18/12 18/13 18/13 28/12 33/25 33/25 74/11 85/21 106/2 122/25 123/1 128/8 132/5 133/5 134/18 135/7 135/7 135/7 142/17 149/20 153/13 159/20 159/21 161/19 169/2 171/10 181/13 183/1 185/11 192/6 192/8 207/8 237/20

**they've** [8] 8/6 23/21 23/22 30/10 151/3 218/9 218/17 226/14

**thing** [9] 103/7 103/9 149/22 159/14 163/2 171/15 199/16 217/12 247/23

**things** [34] 12/24 20/18 21/19 23/3 23/12 43/9 43/23 43/24 44/12 44/14 46/11 69/1 76/4 87/11 103/13 103/16 122/14 148/7 148/12 149/1 153/16 171/19 172/16 184/2 208/10 208/22 208/22 209/5 214/21

219/20 220/5 240/15 240/24 244/24

**think** [53] 4/19 4/24 4/25 5/8 5/13 5/18 5/22 6/10 6/20 7/9 7/13 10/15 23/8 23/10 30/13 32/18 39/10 40/4 40/5 41/21 48/19 51/10 53/8 53/22 54/17 55/20 58/6 61/6 73/12 79/12 92/11 94/21 98/7 98/8 126/24 132/13 134/3 134/4 150/10 155/16 160/14 174/17 178/6 188/4 189/8 195/9 219/18 221/10 229/14 234/16 235/22 244/2 244/24

**third** [3] 160/10 242/17 242/22

**Thirty** [3] 75/8 95/8 245/5

**Thirty minutes** [1] 245/5

**Thirty-six** [1] 95/8

**this** [246] 3/2 5/2 5/9 6/13 10/5 10/8 11/18 12/12 12/15 12/22 12/25 13/16 14/14 15/8 15/19 15/23 16/17 16/18 18/2 19/11 20/2 21/17 22/1 22/2 22/11 22/19 23/19 24/1 24/7 24/13 24/19 26/4 26/25 27/6 30/17 30/22 30/22 31/13 32/5 32/18 32/25 33/3 35/1 35/6 37/17 39/9 40/14 46/4 46/4 50/15 56/18 56/24 57/3 57/3 64/8 64/14 64/20 65/7 65/10 65/12 65/21 67/9 68/11 71/24 72/12 77/18 81/8 82/9 83/1 83/11 83/20 85/5 85/5 85/8 85/15 85/16 85/24 86/25 87/8 87/16 87/20 89/16 89/24 92/14 93/14 93/15 95/4 97/5 103/1 103/18 104/5 106/7 106/25 107/15 108/14 111/5 113/4 114/22 120/2 120/19 123/4 123/25 125/11 126/14 126/18 127/19 133/8 133/14 134/4 134/5 134/25 135/2 137/17 138/5 138/13 140/1 141/14 141/17 141/24 144/18 147/4 148/13 148/15 149/1 150/3 150/24 151/24 152/14 153/20 156/5 156/8 163/23 164/17 164/21 166/17 170/7 170/9 170/11 170/18 171/4 173/1 173/5 173/7 173/9 174/11 174/12 175/17 175/19 176/21

177/1 177/5 178/2 178/10 178/20 179/1 179/3 182/14 182/15 182/19 183/8 186/1 187/5 187/24 188/4 188/6 189/9 191/9 191/11 191/12 191/16 191/22 192/7 192/10 192/11 192/12 192/23 193/3 193/17 194/3 194/9 194/11 194/14 194/16 194/17 194/19 194/21 196/3 196/23 203/25 204/2 204/3 204/24 205/12 206/4 206/4 207/4 209/7 209/23 209/23 209/25 210/1 210/16 210/24 212/20 213/3 213/4 213/11 215/19 216/5 216/17 217/20 217/24 218/25 220/19 221/23 222/12 229/12 230/6 230/9 230/11 230/11 231/3 231/9 231/24 232/2 232/10 232/13 232/16 232/18 233/12 233/23 234/3 234/25 235/3 235/11 236/4 236/4 242/23 243/1 243/5 243/7 243/11 243/15 243/24 245/19 246/14

**those** [113] 6/4 6/5 11/5 25/1 25/18 26/7 26/17 27/14 29/24 30/4 34/5 42/13 45/20 57/18 58/2 63/8 65/2 67/6 71/1 74/10 84/19 85/21 86/2 87/3 87/21 93/16 98/1 103/16 105/4 105/6 106/20 107/3 110/12 110/13 110/16 111/14 111/21 113/17 114/11 115/6 115/9 115/20 116/17 119/4 119/13 120/6 120/9 128/10 133/10 134/2 135/6 137/14 142/10 144/3 144/6 144/10 144/15 145/18 146/2 147/5 149/5 149/5 150/6 150/22 151/8 151/11 153/2 153/10 159/18 160/14 161/17 161/22 168/19 172/6 181/2 181/17 181/22 184/17 185/18 187/23 188/24 188/24 195/14 200/23 203/15 205/16 209/5 209/16 209/17 209/21 210/15 211/1 211/7 211/10 211/14 212/2 212/6 213/16 215/3 220/10 222/6 222/23 226/4 233/9

235/22 238/19 238/22 241/4 241/8 245/25 246/4 247/12

**though** [4] 83/4 124/6 229/23 245/14

**thought** [6] 8/14 8/18 10/10 21/13 51/24 54/6

**thousand** [2] 158/3 226/22

**thousands** [2] 130/20 221/24

**three** [14] 60/18 64/3 83/12 84/14 132/11 137/12 137/22 137/22 176/10 178/16 178/17 213/10 213/17 213/25

**three years** [1] 60/18

**threshold** [6] 220/16 220/18 220/20 220/25 221/19 221/22

**through** [46] 27/9 30/11 37/5 54/18 54/20 60/19 73/3 75/12 89/7 89/9 90/6 94/3 94/5 95/14 95/16 97/16 100/14 126/21 131/18 143/23 148/11 151/7 151/18 158/12 158/18 159/17 167/13 167/22 169/18 170/23 172/22 173/12 187/20 188/16 188/21 189/16 190/2 191/14 199/15 202/4 219/23 220/5 224/13 224/21 225/19 244/13

**throughout** [3] 205/13 226/11 227/5

**throw** [1] 183/24

**throwing** [1] 184/21

**thumb** [6] 163/17 165/22 165/23 165/25 166/6 166/9

**Thursday** [11] 242/16 242/23 242/25 243/19 243/25 244/4 244/6 244/12 244/16 244/20 247/22

**tie** [2] 38/12 62/21

**tight** [1] 10/22

**time** [86] 4/13 10/14 14/7 14/13 14/14 16/20 16/25 17/11 28/15 31/13 32/2 32/5 32/8 32/10 34/3 35/2 35/6 39/11 44/19 50/15 60/14 61/10 61/15 63/2 68/25 72/6 72/12 77/18 78/6 84/2 94/10 95/2 95/4 96/21 97/5 97/8 98/2 100/4 106/25 108/14 108/19 109/9 109/14 111/5 113/4 114/22 120/2 120/19 130/10 130/19 141/24 153/9 159/19 164/21 166/17 169/23 171/5 171/7 171/7 171/8

171/10 175/23 175/24 175/25 176/1 176/8 176/11 176/19 179/1 182/15 189/14 199/14 202/1 204/24 216/5 224/9 226/16 226/20 227/2 227/14 245/22 245/3 245/6 245/17 246/4 247/1

**times** [13] 32/23 130/23 131/1 162/13 171/6 171/9 188/16 201/23 204/21 204/22 226/20 226/22 238/17

**timing** [1] 98/5

**tip** [6] 103/24 121/10 145/9 150/11 150/11 230/21

**tips** [1] 103/24

**title** [2] 95/21 224/3

**Title 18** [1] 95/21

**Tobacco** [2] 180/6 180/18

**today** [21] 14/20 24/8 25/5 38/5 38/8 50/19 62/13 62/16 97/9 97/10 97/15 119/13 119/23 155/19 181/25 182/20 222/21 241/24 242/3 242/12 242/22

**together** [8] 33/10 44/19 54/5 87/22 113/19 122/25 123/1 161/7

**told** [9] 7/20 8/2 19/6 34/2 46/4 51/7 55/7 155/18 196/2

**tomorrow** [2] 242/23 247/24

**too** [16] 5/18 23/3 55/16 110/22 138/15 176/12 213/6 213/12 214/1 214/15 214/18 215/23 217/8 227/20 235/22 244/3

**took** [19] 14/13 16/17 47/12 47/16 48/19 51/18 55/14 66/16 78/3 79/12 86/6 116/24 119/4 132/6 147/20 152/10 181/4 181/23 201/16

**top** [22] 4/19 41/9 42/19 48/9 52/13 53/3 56/14 64/15 65/20 70/25 80/12 87/9 110/19 110/23 143/7 144/8 158/22 164/8 230/9 230/23 230/24 231/3

**topic** [3] 8/10 15/25 189/9

**total** [4] 75/3 188/21 189/6 245/10

**totality** [1] 246/20

**touch** [9] 44/2 63/21 125/14 127/15 133/5 133/8 163/6 208/10 209/2

**T**

touched [1] 123/21
touches [1] 133/15
touching [4] 27/24
127/13 208/22 243/7
tough [1] 101/18
tours [1] 226/10
towards [2] 231/11
232/10
track [2] 31/7 48/17
traffic [6] 69/18 69/22
70/5 70/6 76/21 79/24
trafficking [1] 180/19
trained [8] 100/10
122/18 122/21 124/18
157/18 157/21 157/23
199/12
training [35] 37/5 100/6
100/9 100/14 100/18
100/21 100/24 129/23
147/11 147/14 147/17
147/21 157/14 198/19
199/6 199/15 199/18
200/5 200/10 201/3
201/11 201/17 204/8
204/10 224/15 224/16
224/21 224/22 224/23
225/16 225/19 226/9
226/12 226/25 232/15
trainings [4] 130/8
201/2 201/19 204/13
TRANSCRIPT [1] 1/9
transcription [1] 248/6
transfer [5] 208/4 208/7
208/11 219/13 219/16
transferred [5] 208/3
219/19 219/20 219/22
247/2
transferring [1] 219/12
transport [1] 30/25
travel [1] 220/5
traveled [5] 95/24 96/7
225/6 225/9 225/11
tray [1] 169/7
treat [2] 93/15 202/7
treated [2] 172/16
172/17
Tremendously [1] 159/2
trial [12] 1/9 11/11
13/16 94/1 95/6 95/12
96/9 96/22 166/5 242/17
242/23 244/23
trials [1] 14/19
tried [1] 18/6
trigger [9] 104/14
106/15 121/14 122/24
213/18 216/23 232/12
232/14 235/5
truck [1] 49/3
true [2] 93/14 202/11
trunk [34] 15/21 17/9
18/1 26/16 26/16 31/17
31/21 34/8 34/10 39/9
39/15 39/19 39/21 39/25
40/3 41/1 41/13 42/11
43/4 43/5 43/6 43/14

43/15 48/1 48/19 51/8
51/25 52/9 58/17 58/18
58/23 59/2 59/3 83/8
try [14] 3/13 11/10 14/2
30/11 31/6 94/22 122/10
122/16 125/14 171/1
172/14 199/24 213/12
214/1
trying [10] 110/22 134/3
137/21 137/22 185/15
206/14 210/3 211/11
211/12 244/15
tube [5] 149/16 149/17
150/13 206/13 217/5
tubing [1] 151/14
turn [7] 8/23 119/21
136/7 138/2 175/4 211/3
233/15
turnaround [1] 153/9
turned [2] 48/16 104/16
turning [23] 44/11 86/24
102/25 111/24 117/1
117/6 117/13 117/20
137/1 137/15 138/9
138/16 138/22 139/5
139/12 140/13 140/22
172/24 175/6 177/12
208/1 211/22 215/8
turns [1] 119/20
TV [2] 102/10 102/13
Twenty [1] 37/3
twice [1] 115/17
twins [1] 205/18
two [69] 6/4 6/6 7/24
16/2 16/4 16/15 16/24
17/3 19/2 20/18 23/22
46/14 47/12 47/14 53/25
54/7 57/10 57/16 61/21
64/3 67/23 72/4 74/6
87/3 89/24 92/15 93/16
96/1 99/24 101/4 103/23
103/25 104/10 113/15
113/24 113/24 115/12
125/24 127/16 127/16
131/16 145/11 147/17
152/19 155/11 158/14
159/8 160/13 169/9
173/16 174/3 178/10
178/14 183/5 185/25
188/23 193/13 199/7
201/18 202/4 203/17
205/11 205/16 211/7
211/9 211/14 211/15
213/10 232/6
two pounds [1] 203/17
two years [4] 23/22
61/21 89/24 99/24
type [23] 10/4 63/10
65/24 70/24 76/9 132/14
134/16 134/23 135/5
145/14 158/18 173/5
175/19 190/14 201/19
202/15 207/11 214/16
217/20 219/6 236/12
240/13 240/23
types [11] 46/16 157/19

158/1 160/8 169/9
200/25 206/10 213/7
217/7 227/13 240/22
typical [2] 76/8 153/9
typically [8] 66/4 66/13
66/15 74/16 87/11 91/3
102/15 103/13
typing [3] 214/10 214/12
215/17

**U**

U.S [5] 1/14 1/14 1/17
1/24 248/10
U.S. [5] 19/24 20/6
37/13 82/5 218/25
U.S. Attorney's [1]
218/25
U.S. Marshal's [1]
37/13
U.S. marshals [2] 19/24
20/6
UD [1] 160/25
UD ID [1] 160/25
Uh [3] 108/6 123/2
125/2
Uh-huh [3] 108/6 123/2
125/2
ultimately [2] 78/12
82/16
unable [1] 239/3
unaltered [1] 106/17
unclear [1] 84/9
under [11] 14/10 14/11
44/5 48/12 77/22 108/21
113/7 114/25 120/6
147/22 199/11
undercover [1] 180/19
undergo [1] 149/18
undergraduate [2]
200/7 201/15
underneath [2] 27/22
53/2
undersigned [2] 94/4
95/15
understand [6] 9/23
13/5 16/5 50/10 53/11
56/19
understanding [3]
106/10 121/18 190/1
understood [5] 7/17
13/5 24/13 97/12 186/3
undivided [1] 10/6
unduly [1] 4/15
unfairly [1] 23/10
unfortunately [2] 32/5
187/23
uniform [2] 69/18 79/24
unique [5] 66/3 131/14
132/22 160/24 160/25
168/19 168/23 169/1
228/18 228/19 228/20
unit [9] 14/15 20/2
20/21 32/25 33/1 100/3
220/22 220/23 220/24
UNITED [16] 1/1 1/4
1/10 93/22 94/1 94/3

94/4 95/9 95/11 95/14
95/15 95/21 99/2 217/18
217/19 248/10
units [1] 20/1
Universal [1] 171/5
University [3] 198/21
198/24 201/5
unknown [6] 199/25
200/3 206/3 210/2 210/4
214/22
unless [2] 32/23 184/21
unlikely [1] 220/2
unloaded [1] 109/10
unlock [10] 158/16
158/19 158/25 158/25
160/16 160/18 165/6
169/11 170/9 171/18
unlocked [1] 158/21
unlocking [1] 159/23
unredacted [3] 3/8 3/25
4/8
unsuccessful [2] 124/10
170/22
until [17] 20/12 32/2
35/17 37/11 37/12 88/8
92/17 97/3 98/13 154/18
155/25 188/11 243/2
243/15 243/16 244/23
246/12
unusual [2] 33/9 43/8
up [82] 4/13 5/11 7/19
9/9 14/2 16/18 17/22
18/16 20/21 21/13 22/23
26/7 26/14 27/4 27/21
30/10 30/15 31/3 31/3
31/4 32/2 32/17 32/23
35/10 39/9 43/1 43/3
50/15 52/9 52/22 54/6
58/12 58/15 73/25 74/20
76/6 81/4 88/12 98/4
112/17 114/9 116/18
125/11 126/11 134/14
134/19 135/12 139/18
142/17 145/10 150/20
156/9 158/20 159/25
161/2 162/15 163/15
164/10 165/23 168/11
174/13 175/13 176/14
177/25 178/10 178/17
179/3 187/16 205/10
206/17 210/12 212/19
216/13 217/19 217/25
218/1 219/15 220/3
227/19 236/6 239/22
245/17
up in [1] 134/19
UPC [1] 67/1
updates [1] 159/11
upload [1] 171/21
upon [3] 56/15 86/10
225/21
upper [2] 67/10 76/7
upset [1] 12/15
us [23] 9/24 10/9 11/1
12/17 12/19 43/5 49/9
75/3 102/12 128/23

130/13 130/18 132/1
158/9 159/18 169/5
170/15 204/2 206/17
214/14 226/4 239/24
245/16
usable [1] 211/21
USB [2] 159/9 165/21
use [43] 11/2 13/23
23/13 63/21 91/1 91/1
92/11 92/13 101/12
101/24 102/9 102/11
103/22 103/25 108/1
121/2 121/10 122/18
122/21 157/21 157/23
158/5 164/23 179/5
186/18 187/12 201/9
201/11 202/12 202/13
202/17 202/18 203/23
207/5 208/2 209/25
212/24 220/24 221/6
229/6 235/22 245/1
245/14
used [23] 3/11 102/5
104/10 104/11 104/14
115/13 115/14 115/15
121/14 153/10 159/9
159/13 169/2 171/19
172/1 177/21 199/9
201/20 203/10 205/19
209/22 221/20 236/14
uses [3] 171/21 203/18
218/2
using [9] 111/18 119/5
165/11 218/5 218/9
218/15 218/16 218/17
244/22
usually [8] 45/13 102/18
103/22 127/12 145/10
169/6 203/17 209/24
UTC [7] 170/3 171/4
171/6 171/8 175/24
176/1 176/2
utilize [1] 194/10

**V**

validate [1] 218/3
validated [1] 218/1
validation [2] 211/19
221/20
value [11] 58/17 58/20
58/24 63/6 91/3 143/14
145/5 145/8 145/25
146/3 181/11
values [1] 171/17
variables [1] 209/1
variance [1] 226/5
various [6] 64/2 64/25
65/8 67/24 226/10
240/12
vary [2] 102/21 158/25
vault [2] 227/10 227/17
vehicle [15] 6/3 15/21
26/6 31/4 38/19 38/22
38/24 39/15 39/22 41/13
44/9 44/11 47/13 63/24
192/20

## V

**vehicles [1]** 32/15
**ventures [1]** 153/20
**verbally [1]** 184/7
**verbiage [1]** 32/21
**verdict [1]** 243/4
**verify [4]** 86/7 227/8 227/15 228/6
**Vero [1]** 41/23
**Versace [4]** 54/14 54/15 54/23 90/19
**version [3]** 167/23 187/8 187/25
**versus [4]** 134/7 176/1 240/25 241/6
**very [30]** 4/19 4/21 5/12 12/11 32/21 91/9 92/14 97/11 107/17 128/16 133/6 134/5 142/7 144/22 145/9 146/7 154/12 169/2 174/23 175/3 179/11 189/21 190/25 208/16 219/24 220/2 220/2 223/4 228/21 241/18
**via [2]** 157/12 172/4
**vice [1]** 61/18
**victim [1]** 32/24
**victim's [1]** 160/11
**victims [1]** 206/1
**Victor [2]** 116/3 138/10
**video [6]** 172/4 182/21 187/7 187/24 192/9 247/1
**videos [1]** 161/15
**view [3]** 162/22 181/22 186/12
**violated [2]** 15/8 15/10
**violation [1]** 192/2
**violations [1]** 61/15
**violent [1]** 180/11
**visible [1]** 131/24
**visualize [6]** 102/12 103/9 103/12 128/7 132/2 132/19
**visually [2]** 112/2 207/4
**voice [1]** 14/2
**vs [3]** 1/5 94/1 95/12

## W

**W-A-L-K-E-R [1]** 198/6
**wait [6]** 9/3 88/8 92/15 94/20 94/20 145/20
**waiting [2]** 11/22 186/17
**walk [8]** 36/3 59/17 79/13 99/8 129/3 146/14 197/23 223/11
**Walker [16]** 2/20 44/18 97/15 122/9 152/11 155/3 155/17 197/21 198/2 198/5 204/25 205/7 210/9 216/11 222/14 222/21
**wallet [9]** 44/8 47/14 55/6 55/13 57/16 82/25 83/2 83/3 83/5

**want [52]** 7/16 8/17 10/8 11/4 21/10 21/15 22/8 22/20 24/12 28/14 30/17 47/6 47/19 55/22 72/24 82/24 83/10 89/6 90/1 90/5 92/12 92/13 97/9 108/5 142/8 148/9 154/23 162/2 162/3 162/7 162/9 162/15 162/16 162/16 163/6 182/19 183/7 183/24 184/20 186/17 188/20 203/12 206/19 206/22 216/13 231/16 233/16 235/22 237/1 237/14 244/23 246/12
**wanted [3]** 3/7 22/12 242/10
**warrant [17]** 20/22 20/23 21/13 21/21 21/22 21/24 22/5 22/15 23/23 24/4 24/5 24/10 25/14 25/15 38/3 62/9 76/24
**warranted [1]** 5/8
**warrants [3]** 37/12 37/14 37/16
**was [406]**
**washed [1]** 135/22
**wasn't [12]** 13/3 16/23 17/23 18/19 18/25 19/5 19/7 20/3 20/10 26/15 123/9 190/5
**waste [1]** 28/15
**watching [1]** 19/1
**water [2]** 104/1 206/23
**way [28]** 5/17 9/9 13/9 16/21 17/8 33/12 41/9 45/8 45/9 52/14 61/2 67/14 80/25 84/11 103/15 106/4 112/21 114/13 156/17 164/20 192/7 194/20 203/10 208/11 210/18 210/21 215/6 243/7
**Wayne [7]** 2/20 122/9 152/11 197/20 198/2 198/5 204/25
**ways [6]** 101/2 101/4 208/6 208/12 208/17 226/14
**we [244]** 3/11 3/17 3/18 3/25 6/24 7/9 7/16 8/5 8/6 9/9 9/10 10/1 10/12 10/19 10/20 10/20 11/2 11/2 11/6 11/15 11/17 12/25 12/25 16/8 16/17 18/6 18/7 18/22 19/25 20/4 20/16 22/20 22/25 23/22 24/2 24/2 27/19 30/8 30/22 31/3 31/6 32/2 32/3 32/4 32/4 32/5 32/6 32/7 32/20 32/22 33/18 35/21 36/5 36/6 37/16 38/14 48/10 48/18 52/14 52/20 53/1 53/11

53/15 53/20 62/22 63/21 64/7 65/12 73/1 76/4 83/1 83/12 85/15 88/6 92/10 92/11 92/11 92/15 94/24 95/3 96/20 96/21 97/10 97/18 97/24 98/18 100/10 102/11 102/19 103/22 103/22 103/24 103/24 104/2 104/2 105/20 105/20 106/17 110/14 110/21 110/24 111/15 115/16 127/1 127/15 128/1 128/8 129/1 132/17 132/17 132/18 132/25 134/14 134/19 136/13 136/24 143/24 144/8 146/2 151/18 154/15 154/17 155/4 155/7 155/12 155/18 155/18 155/20 155/23 158/9 158/10 160/10 162/2 162/24 164/23 167/2 169/4 169/4 169/5 169/16 169/24 170/8 170/9 170/25 171/20 171/20 171/23 173/12 175/22 175/22 176/21 182/20 183/18 184/1 186/12 186/15 187/2 187/11 187/16 189/3 189/9 190/2 191/1 191/5 195/2 199/23 199/24 201/4 201/4 202/18 203/1 203/25 204/1 204/2 205/10 205/21 205/25 206/1 206/2 206/3 206/13 206/19 206/20 206/21 206/24 207/13 210/4 211/18 211/18 211/20 211/20 212/5 213/7 214/13 214/21 214/22 214/23 214/24 215/4 215/5 217/14 218/1 219/10 219/23 220/4 220/19 220/24 225/4 225/5 225/24 226/5 227/5 231/1 233/7 233/15 233/24 235/1 235/21 241/24 242/4 242/7 242/10 242/14 242/21 242/22 242/23 242/25 243/23 244/6 244/8 244/11 244/13 244/22 245/10 245/15 245/17 245/20 246/1 246/8 247/16
**we'd [1]** 31/4
**we'll [15]** 9/3 34/24 73/4 89/2 102/24 151/14 154/23 155/13 188/3 207/2 230/3 241/23 245/1 245/2 246/4
**we're [35]** 11/22 20/9 20/18 20/19 35/11 35/16 61/6 74/13 88/24 92/7

96/18 97/3 103/25 110/25 122/21 122/21 155/5 167/7 171/18 184/8 184/21 186/17 200/20 203/3 205/21 205/22 206/14 207/1 207/1 207/8 207/9 207/20 210/4 225/22 229/11
**we've [22]** 22/25 138/20 141/19 155/19 185/6 185/9 220/5 241/3
**weapon [24]** 23/13 27/25 45/6 45/11 45/12 48/18 49/22 50/20 50/21 51/21 51/23 52/2 53/1 53/3 121/11 121/16 121/25 122/5 123/6 123/11 124/7 196/22 216/20 216/24
**wear [5]** 31/24 32/4 32/14 32/22 57/23
**wearing [9]** 6/6 38/11 38/12 49/3 62/18 62/20 192/15 193/12 193/24
**weather [2]** 209/4 209/4
**Wednesday [1]** 243/19
**weigh [1]** 203/13
**weight [3]** 203/19 233/1 238/4
**welcome [1]** 222/15
**well [48]** 8/5 10/25 12/18 13/2 14/22 15/1 15/4 15/11 16/16 17/4 20/18 21/19 24/1 27/12 40/13 50/13 53/6 55/12 60/22 64/7 67/4 67/23 86/4 89/13 92/3 97/19 97/24 98/7 104/15 115/7 136/14 147/15 153/23 158/3 164/9 185/10 192/6 225/9 226/10 228/14 230/18 231/2 231/22 235/6 237/11 237/14 242/6 242/14
**went [16]** 15/11 26/10 26/16 37/4 37/6 37/7 37/11 54/18 54/20 64/6 64/12 86/25 181/23 199/15 219/23 224/21
**were [181]** 3/11 3/20 3/20 4/6 7/24 7/25 9/20 14/13 14/14 16/2 16/2 17/9 18/3 18/4 18/4 18/5 18/9 18/24 19/2 19/12 19/15 19/17 20/4 20/11 20/24 21/12 21/22 22/7 22/9 23/10 24/6 25/9 26/8 26/11 27/4 27/6 27/14 27/20 29/15 30/20 32/2 33/22 37/21 37/24 39/18 39/18 42/5 42/5 42/14 44/12 44/14 44/19 45/18 46/17 46/22 47/12 51/2 51/7 55/2 58/1 58/16 58/22 60/23 61/9

61/10 61/12 62/2 62/5 62/8 63/6 63/8 63/10 65/22 66/16 68/25 69/1 70/3 72/2 82/17 84/19 85/8 85/10 85/13 86/2 86/10 86/18 87/3 87/20 88/20 88/21 89/10 89/17 103/1 103/4 104/14 105/24 110/13 111/21 115/21 119/5 119/12 119/14 124/10 125/9 125/24 126/2 126/13 126/17 127/14 127/24 128/8 132/4 133/8 136/5 136/6 136/13 136/15 136/23 137/10 137/18 137/24 138/1 138/8 138/19 139/2 139/9 140/1 140/4 141/14 142/13 142/13 143/25 145/4 145/5 145/17 145/24 145/25 146/2 148/13 150/3 150/6 151/17 156/7 160/14 163/22 172/12 173/24 180/20 180/24 181/2 181/5 181/10 181/11 186/1 187/2 189/14 209/15 209/16 210/24 210/25 211/10 212/10 212/13 212/16 213/16 213/18 214/2 215/9 215/20 215/21 217/7 219/1 219/25 225/9 225/10 239/2 239/3 239/7 242/10 244/9 244/12
**weren't [2]** 26/9 72/6
**wet [2]** 104/1 209/4
**what [310]**
**what's [62]** 18/16 23/2 42/19 45/8 45/9 47/1 61/24 64/21 65/6 66/23 67/10 68/2 69/22 71/21 72/13 75/19 77/19 78/23 79/6 79/21 80/4 88/5 88/11 91/1 92/22 104/18 105/2 107/10 108/8 108/10 109/22 110/3 110/11 112/11 114/4 115/25 132/18 134/16 135/9 142/8 150/17 160/22 162/11 164/6 165/15 165/20 182/16 191/4 193/9 194/22 210/9 220/16 220/20 224/3 225/1 229/7 229/17 230/11 230/21 234/3 236/3 246/6
**whatever [3]** 40/4 206/10 206/11
**whatnot [1]** 97/10
**when [148]** 3/11 6/17 7/2 7/13 7/20 10/11 16/4 16/19 16/23 16/24 17/4 17/12 17/13 17/14 20/4

**W**

**when... [133]** 20/15 20/21 24/2 24/2 27/7 28/14 33/20 33/24 34/9 37/4 39/18 39/21 41/9 43/6 44/5 45/8 46/19 47/18 49/2 52/9 52/14 52/22 59/1 60/22 63/5 64/6 65/14 66/13 67/9 68/12 78/3 78/7 78/7 78/23 79/19 80/25 87/20 90/22 102/14 103/7 103/12 103/22 106/9 106/21 109/4 109/17 110/13 112/17 113/14 114/9 115/8 116/18 119/9 119/14 119/18 119/19 121/24 122/24 123/6 123/21 124/6 126/15 127/12 128/8 131/11 134/14 134/14 135/4 135/12 137/19 139/17 139/20 147/6 147/7 149/19 149/22 150/1 150/20 158/14 160/10 161/10 163/1 164/10 164/22 165/4 165/23 166/9 170/25 171/20 172/5 174/1 174/12 175/7 175/14 176/3 176/15 181/9 182/3 186/22 187/2 189/3 189/9 189/14 191/14 196/16 199/20 202/17 202/25 203/15 203/22 204/2 206/6 207/9 210/12 210/24 211/16 213/22 214/13 214/18 214/25 215/4 217/1 219/15 220/10 221/3 227/22 228/7 231/1 232/20 233/23 237/11 244/6 246/20

**where [103]** 4/25 13/25 16/2 21/17 21/25 29/12 29/14 31/2 32/4 34/2 35/8 36/25 37/9 40/18 43/9 43/14 43/16 43/25 44/3 44/14 46/4 46/4 46/22 48/4 53/7 54/4 54/8 54/11 60/5 61/22 63/23 64/6 64/18 66/18 70/16 80/14 82/13 83/2 83/5 88/17 97/8 99/21 102/20 102/21 109/7 110/16 110/21 111/1 112/7 113/21 118/7 118/11 118/13 118/17 118/21 121/13 125/3 125/14 126/7 127/8 127/23 128/1 128/2 128/7 142/14 143/13 143/15 146/25 148/2 148/8 148/19 149/7 153/16 158/9 161/7 169/24 171/16 173/21

**whether [44]** 4/15 10/4 11/4 46/11 47/20 66/20 78/17 83/22 84/9 84/13 86/14 90/19 101/5 133/23 133/24 141/17 145/13 158/24 168/4 169/1 170/18 175/10 177/3 177/7 190/13 201/21 202/11 205/15 205/24 208/14 208/24 222/22 231/13 231/20 235/8 237/8 238/24 239/4 239/8 239/12 239/14 242/10 242/11 244/16

**which [93]** 3/19 4/15 4/25 5/25 8/19 19/22 20/19 23/7 23/12 23/14 24/11 25/10 26/4 27/20 45/9 50/13 50/19 56/15 58/14 62/6 62/19 65/9 67/1 67/6 70/4 85/4 85/24 86/12 93/10 96/19 102/15 103/22 104/8 115/17 115/17 117/2 117/7 118/1 118/5 118/9 118/19 122/5 124/21 125/21 132/12 132/12 132/19 132/19 136/16 137/6 137/16 138/4 138/12 143/6 143/25 147/15 149/2 154/18 157/11 159/9 160/25 168/3 168/3 171/20 172/17 177/1 177/21 178/1 178/5 178/16 181/7 184/3 185/19 191/15 196/12 199/3 199/6 199/14 206/13 209/4 211/4 211/5 211/23 211/24 211/25 211/25 212/1 226/5 226/9 226/13 228/5 230/23 232/6

**whichever [1]** 103/25
**while [6]** 11/15 26/8 92/14 119/20 129/5 246/16
**whiskey [1]** 116/3
**white [17]** 27/3 28/3 28/24 30/6 38/12 42/25 52/23 53/2 53/4 53/6 53/12 53/13 53/20 58/1 62/20 76/16 192/7
**who [59]** 7/21 17/19 20/14 20/14 20/15 20/16 20/16 21/1 25/25 26/15

**28/24 29/14 29/19 29/21 29/22 29/24 29/25 30/10 30/11 30/14 30/14 30/17 30/21 30/25 31/1 31/5 31/6 31/10 33/15 39/1 41/12 44/12 44/14 45/20 46/21 46/21 48/16 49/22 50/25 53/11 54/18 54/20 56/14 78/20 83/5 84/19 84/21 91/14 91/18 97/14 129/17 135/8 154/24 181/2 208/20 213/13 215/24 215/24 217/5**

**Who's [2]** 43/1 92/4
**whole [5]** 18/25 55/12 119/20 230/24 244/9
**whom [5]** 56/8 56/23 57/12 57/12 207/19
**whorl [2]** 132/12 132/13
**whose [8]** 19/11 30/16 50/8 67/25 82/3 86/2 155/12 210/3
**why [40]** 7/24 10/16 16/1 16/14 17/4 21/11 22/7 22/8 22/21 22/22 23/10 23/25 26/3 43/3 49/7 57/22 67/12 84/10 105/19 106/3 109/16 119/17 122/5 127/9 127/15 127/24 128/5 162/6 163/5 171/9 174/15 174/22 176/1 187/11 199/18 211/14 213/5 228/12 232/24 238/23

**wi [1]** 168/17
**wi-fi [1]** 168/17
**will [77]** 6/16 6/21 8/4 9/9 9/9 9/10 11/2 11/6 11/10 11/17 13/1 34/20 35/6 36/11 66/13 66/14 79/17 91/4 92/5 92/12 92/14 93/16 96/20 98/16 119/18 133/15 134/15 134/19 135/5 137/20 143/16 149/17 153/5 154/24 156/8 160/23 160/24 160/25 161/1 161/12 161/12 161/13 161/14 161/14 162/16 170/15 170/24 170/25 175/15 188/8 188/23 189/5 199/24 205/25 206/10 206/13 206/17 207/5 208/8 208/15 208/25 214/21 221/19 223/13 232/7 232/8 241/24 242/12 242/22 242/23 244/2 244/3 244/22 245/15 247/13 247/14 247/21

**window [1]** 64/11
**wiped [1]** 209/3
**wiping [1]** 133/9
**wise [1]** 34/7
**wish [2]** 7/8 243/18

**within [34]** 5/6 11/10 19/25 20/5 32/7 37/10 39/24 46/12 56/15 58/17 64/1 65/17 67/4 68/19 70/3 71/11 72/1 73/10 73/22 74/2 74/18 75/6 75/9 75/14 90/20 143/7 153/23 157/18 187/22 190/15 192/25 225/25 233/20 246/22
**without [18]** 22/6 24/5 30/14 30/16 32/6 33/12 33/13 55/24 71/21 74/11 79/14 101/22 137/22 175/3 183/10 232/25 233/4 241/9
**witness [77]** 2/2 11/24 13/7 13/9 13/18 24/13 34/19 34/20 35/5 35/20 35/25 36/4 36/15 38/15 47/3 59/9 59/11 59/19 62/23 74/1 74/21 75/4 75/13 80/18 81/8 81/14 88/14 91/11 91/14 91/19 98/15 99/1 99/11 104/23 110/6 112/18 114/10 116/19 128/17 128/19 128/24 129/3 129/6 135/13 144/24 146/9 146/10 146/14 146/16 150/21 151/24 154/14 154/24 156/3 156/13 156/19 165/24 179/14 179/16 179/22 190/1 197/15 197/16 197/19 197/24 198/2 204/25 205/4 210/6 210/14 223/6 223/12 223/16 235/25 236/7 241/20 244/4
**witnesses [16]** 2/1 15/5 91/20 97/10 97/14 97/17 98/1 98/2 98/8 98/17 155/6 155/11 242/3 243/14 244/14 247/24
**women's [1]** 86/18
**wonderful [1]** 217/12
**wondering [1]** 97/8
**wood [2]** 233/3 237/12
**word [1]** 101/18
**words [1]** 71/1
**work [24]** 33/9 36/25 43/8 60/5 63/22 73/3 99/21 99/22 100/2 129/17 129/18 146/25 157/10 157/11 158/4 180/5 180/6 189/3 198/15 198/16 199/11 199/21 223/25 226/9
**worked [17]** 20/6 20/6 20/7 37/2 60/14 60/16 60/17 61/14 99/23 147/15 152/16 152/18 180/13 199/11 201/23 201/25 224/5
**working [5]** 130/14

**130/16 147/8 147/22 153/10**
**works [4]** 56/16 101/25 162/25 202/5
**world [1]** 159/22
**worn [2]** 67/12 208/14
**would [205]** 3/11 4/21 5/10 5/13 5/24 8/18 10/5 10/15 10/22 12/5 12/8 12/12 12/18 16/16 16/21 17/1 17/12 17/18 18/15 19/5 21/2 22/22 22/13 25/15 26/7 26/18 26/21 30/25 30/25 31/1 31/2 31/4 31/8 31/8 31/9 31/16 31/18 32/18 33/1 33/1 33/19 33/23 34/3 38/5 38/10 40/23 46/2 46/16 48/15 53/1 53/2 55/21 58/24 62/13 62/15 62/19 64/14 70/24 71/20 72/22 72/25 73/25 74/4 74/12 74/14 74/15 74/16 74/20 74/22 75/1 82/6 82/13 82/13 82/21 83/5 87/21 87/25 89/13 89/15 91/20 92/1 97/25 101/19 102/7 103/16 105/24 105/25 106/21 106/22 107/1 108/1 108/1 108/15 109/16 110/21 111/6 113/5 113/24 114/23 115/13 115/17 119/13 119/14 119/23 121/23 125/10 126/11 127/9 127/15 127/15 127/21 128/10 130/20 132/6 133/2 134/2 134/5 137/17 140/10 141/16 147/4 147/19 148/2 148/9 149/8 151/2 151/8 154/18 155/3 155/18 158/3 167/23 170/16 170/22 172/12 172/20 176/2 176/12 177/25 178/1 178/5 178/6 178/6 178/10 178/16 178/20 183/18 188/1 190/2 192/17 195/3 198/14 204/13 204/25 206/6 208/4 215/22 218/2 219/5 219/19 219/10 220/9 220/23 226/22 229/21 230/14 230/25 231/2 231/13 231/19 232/4 232/18 232/21 232/23 233/5 234/16 235/10 235/15 236/6 239/11 239/14 239/24 240/17 240/20 240/23 240/24 241/1 241/1 241/4 241/6 241/9 241/10 243/23 244/8 244/11 244/13 244/16 245/6 245/10 246/1

**W**

**would... [1]** 246/2
**wouldn't [8]** 7/16 15/10
28/13 28/16 28/16 31/3
228/19 240/16
**wrap [1]** 34/3
**wrapped [2]** 54/5
219/15
**write [5]** 20/22 31/2
82/16 147/6 203/24
**writes [1]** 163/19
**writing [3]** 30/17 69/15
90/1
**written [3]** 147/20
183/17 247/14

**X**

**XF [2]** 175/14 175/19

**Y**

**Yankee [1]** 116/3
**yeah [8]** 10/24 44/4
52/20 53/10 126/23
135/22 168/17 194/20
**year [7]** 25/20 94/9
147/10 171/8 200/19
200/21 202/4
**years [21]** 14/8 14/10
23/22 37/2 60/13 60/18
61/20 61/21 79/2 89/24
99/24 158/2 158/10
180/14 199/13 199/19
217/19 218/10 220/4
226/17 226/19
**yes [394]**
**yesterday [19]** 3/12 8/13
9/21 10/3 12/9 12/14
12/15 14/7 15/9 15/20
15/24 16/6 17/8 24/22
25/5 25/11 28/3 97/12
243/1
**yet [4]** 22/12 71/21
97/14 155/4
**you [1374]**
**you'd [1]** 204/17
**you'll [6]** 12/7 134/9
136/8 162/15 170/2
170/24
**you're [56]** 7/1 11/6
13/22 14/11 14/22 15/1
16/14 17/21 19/14 21/10
21/17 24/8 27/1 27/21
49/22 50/4 52/16 56/8
84/25 101/9 101/11
101/12 102/14 112/17
114/9 116/18 121/24
121/25 122/4 122/14
122/15 122/18 127/13
127/13 135/12 149/7
150/20 160/1 164/10
165/23 174/13 175/19
176/24 187/15 188/21
196/2 196/5 207/19
208/6 210/12 221/2
222/1 222/3 222/15
243/16 247/4

**you've [14]** 14/17 14/19
21/20 22/14 25/20 25/21
130/14 130/19 160/14
200/18 201/23 204/9
226/20 240/11
**your [354]**
**yourself [3]** 54/18 75/3
228/8
**yourselves [1]** 92/14
**Yulee [1]** 39/4

**Z**

**zero [1]** 26/21
**zip [6]** 160/5 160/6
161/3 161/10 162/12
173/17
**zone [1]** 171/10
**zoom [2]** 173/4 174/8