```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT PIERCE DIVISION
                    CASE NO.:  21-14017-CR-CANNON


UNITED STATES OF AMERICA,

              Plaintiff,                    JUNE 6, 2020
         vs.
                                            FORT PIERCE, FLORIDA
RONELL BERNARD BRYANT,
                                            PAGES 1 - 97
              Defendant.
_____/


                TRANSCRIPT OF SENTENCING HEARING
              BEFORE THE HONORABLE AILEEN M. CANNON
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:     DANIEL FUNK, AUSA
                        CHRISTOPER HUDOCK, AUSA
                        Office of U.S. Attorney
                        101 South U.S. Highway 1
                        Fort Pierce, Florida  34950


FOR THE DEFENDANT:      LYDIA PITTAWAY, ESQ.
                        PETER PATANZO, ESQ.
                        Office of U.S. Public Defender
                        109 North Second Street
                        Fort Pierce, Florida  34950


REPORTED BY:            DIANE MILLER, RMR, CRR, CRC
                        Official Court Reporter
                        U.S. District Court
                        diane_miller@flsd.uscourts.gov
```

1

2                              **INDEX OF WITNESSES**

3    **GOVERNMENT'S WITNESS**                          **PAGE**

4    **Seth Christy**

5    Direct by Mr. Funk                                   9

6    Cross by Ms. Pittaway                               46

7    Redirect by Mr. Funk                                59

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>P-R-O-C-E-E-D-I-N-G-S</u>

1

2          THE COURT:  Thank you.  You may be seated.

3          THE COURTROOM DEPUTY:  Calling

4    case 21-CR-14017-Cannon, U.S.A. vs. Ronell Bernard Bryant.

5          Can we have the parties enter your appearance,

6    beginning with the government, please.

7          MR. FUNK:  Good morning, Your Honor; Daniel Funk on

8    behalf of the United States.

9          THE COURT:  Good morning.

10          MR. HUDOCK:  Good morning, Your Honor; Chris Hudock

11   on behalf of the United States.

12          THE COURT:  Good morning.

13          MS. PITTAWAY:  Good morning, Your Honor; Lydia

14   Pittaway on behalf of Mr. Bryant, who's seated beside me, along

15   with co-counsel, Peter Patanzo.

16          MR. PATANZO:  Good morning, Your Honor.

17          THE COURT:  Good morning, Ms. Pittaway and

18   Mr. Patanzo.

19          And good morning, Mr. Bryant.

20          We are here for sentencing in this matter.

21          As you're aware, Mr. Bryant, on March 25th of this

22   year, following a jury trial, you were found guilty of the sole

23   count of the indictment which charges you with knowingly

24   possessing a firearm and ammunition knowing that you were a

25   convicted felon.  The Court thereafter adjudicated you guilty

```
 1    of that offense, so we are here today for sentencing.

 2           The purpose of today's proceeding is to arrive at a

 3    sentence that is reasonable but not greater than necessary to

 4    achieve the purposes of sentencing as set forth in Title 18,

 5    United States Code, Section 3553(a).

 6           In preparation for today's hearing, the Court has

 7    reviewed the full record, including the Presentence

 8    Investigation Report, which appears at docket entry 149.  I've

 9    also reviewed the sentencing memorandum and motion for downward

10    variance that was filed on your behalf and docketed at 147,

11    along with the Government's opposition to that motion.

12           This morning, I also received various letters

13    submitted by friends and family of the defendant, and I have

14    reviewed those as well.

15           Ms. Pittaway, are there any additional materials the

16    Court should have received prior to today's hearing?

17           MS. PITTAWAY:  Not on behalf of the Defense, Your

18    Honor.

19           THE COURT:  All right.

20           Mr. Bryant, have you had an opportunity to review the

21    Presentence Investigation Report?

22           THE DEFENDANT:  Yes, I have.

23           THE COURT:  Do you need any additional time to

24    discuss matters related to sentencing with your attorney?

25           THE DEFENDANT:  No, I don't.
```

```
 1                THE COURT:  All right.

 2                Ms. Pittaway, is there any reason we should not

 3      proceed with sentencing today?

 4                MS. PITTAWAY:  There's no reason not to proceed, Your

 5      Honor.  I do want to make an objection to the Government's

 6      exhibit and witness list, which was just filed on Friday.

 7      However, I'll defer to the Court whether to bring that up now

 8      or in a few moments.

 9                THE COURT:  Okay.

10                All right.  Let me inquire as to the PSI,

11      Ms. Pittaway, are there any objections to the Presentence

12      Investigation Report?  I saw none were filed.

13                MS. PITTAWAY:  No, Judge.

14                THE COURT:  All right.  Is that correct, Mr. Funk,

15      from the Government's perspective?

16                MR. FUNK:  Yes, Your Honor.

17                THE COURT:  All right.

18                All right.  Seeing as there are no objections to the

19      Presentence Investigation Report, the Court will adopt the PSI

20      in full, along with the calculations contained therein.

21                The PSI recommends a total offense level of 20, a

22      criminal history category of two which produces an advisory

23      guideline range of 37 to 46 months, a range of supervised

24      release of one to three years, a fine range of $15,000 to

25      $150,000, although no fine is recommended, and the mandatory
```

1    special assessment of $100.

2              Is that correct, Ms. Pittaway?

3              MS. PITTAWAY:  Yes, Your Honor.

4              THE COURT:  All right.  Any changes, Mr. Funk?

5              MR. FUNK:  No, Your Honor.

6              THE COURT:  Okay.

7              All right.  Having calculated the advisory guideline

8    range and in light of the absence of any objections, the Court

9    will now hear argument from the parties on an appropriate

10   sentence and receive into evidence any appropriate evidence.

11             Mr. Funk, what is your intent today with respect to

12   sentencing?

13             MR. FUNK:  Your Honor, I provided the Court with an

14   exhibit list.  There's a number of exhibits, including videos,

15   a couple transcripts, and some images that I would like to show

16   the Court that I think bear on the sentencing.  I also have,

17   for the foundation for those exhibits, Special Agent Seth

18   Christy from ATF.

19             THE COURT:  Okay.  And can you give the Court a

20   general overview of the nature of the exhibits?

21             MR. FUNK:  Exhibit 1 is a music video titled

22   "29 Don."  It's of an autobiographical nature.  He speaks about

23   events in his life, as well as crimes that have been committed

24   by other people or, more specifically, that someone ratted on

25   someone else and what should be done in retaliation.

1          Within the video, there's images of multiple people

2    carrying firearms; there's images of Mr. Bryant carrying

3    multiple different types of firearms; there's gang colors that

4    are shown for the Bloods gang.  There's also children that were

5    incorporated into the production of the video, so I think it's

6    relevant to show the nature and characteristics of the

7    defendant as well as the need for deterrence.

8          Specifically, I'm not introducing it strictly for he

9    makes rap videos.  He's an artist, he can make these videos,

10   but it's really -- it goes to his character.

11         THE COURT:  All right.  Ms. Pittaway, what is your

12   objection to these exhibits?

13         MS. PITTAWAY:  Your Honor, there's a number of

14   objections.

15         First of all, these videos -- the Government, they

16   just stated that Mr. Bryant is an artist.  These videos, the

17   lyrics, the songs -- first of all, there's no evidence of

18   whether Mr. Bryant collaborated with somebody else or had

19   somebody else write any of the lyrics, somebody else who wrote

20   the set list, the script for the videos.  There's no evidence

21   to back any of this up.  They took some lyrics that they got

22   off the internet or that they had translated from a song, and

23   they're putting it forward before this Court to ask you to

24   enhance the sentence -- or at least the high end of the

25   guidelines against Mr. Bryant.

1          First of all, this is an absolute violation of the

2     First Amendment.  Mr. Bryant is an artist.  He should have the

3     opportunity to be able to either buy music that's written,

4     write his own, collaborate on music, and present it for an

5     entertainment artistic value.  To essentially criminalize that

6     conduct or to otherwise enhance a sentence based on that

7     conduct is an absolute violation of the First Amendment.

8     There's a chilling effect, and there's a prior restraint for

9     the future.

10          THE COURT:  All right.

11          MS. PITTAWAY:  And, Your Honor, I have a few more

12    arguments on that point too, which is that the Government, they

13    state that there's guns in these images.  First of all, we

14    don't know whether or not the jury even believed that the

15    404(b) images depicted a real firearm.  They very well may have

16    had the theory that the gun, which was a real gun, as testified

17    by ATF, which was in the trunk of the vehicle.  So to then

18    bring out all these videos, all these other images and try to

19    have this Court believe that these are real firearms, that

20    absolutely flies in the face of the ATF testimony, Michael

21    Kelly, where you cannot determine whether the firearms are

22    replicas, props, or functioning firearms.

23          So if we -- the fact that the jury may not even have

24    accepted that the 404(b) images depict a functioning firearm,

25    and then to ask this Court to sentence Mr. Bryant to the high

```
 1   end of the guidelines, that's absolutely a conflict of facts.
 2   And to ask this Court to speculate over whether or not any
 3   firearms are real in any of the images, it's an improper
 4   argument, Judge.
 5             THE COURT:  All right.
 6             I think your position is premature at it stage.  I'm
 7   going to receive the information and then determine whether
 8   it's relevant to the Court's consideration of sentencing.
 9             So, Mr. Funk, you may proceed.
10             MR. FUNK:  Your Honor, I'll call Special Agent Seth
11   Christy.
12             THE COURTROOM DEPUTY:  Please raise your right hand,
13   sir.
14             (SETH CHRISTY, GOVERNMENT'S WITNESS, WAS SWORN)
15             THE COURTROOM DEPUTY:  Please state your name,
16   spelling your last name.
17             THE WITNESS:  Special Agent Seth Christy,
18   C-H-R-I-S-T-Y.
19             THE COURT:  You may be seated.
20             THE WITNESS:  Thank you.
21                      DIRECT EXAMINATION
22   BY MR. FUNK:
23   Q.  Where do you work?
24   A.  I work for the Bureau of Alcohol, Tobacco, Firearms and
25   Explosives, or the ATF.
```

```
1    Q.  Are you the primary investigating officer in Mr. Bryant's
2    case?
3    A.  Yes.
4    Q.  As a part of your investigation, did you collect certain
5    images and videos of Mr. Bryant in possession of firearms?
6    A.  Yes, I did.
7    Q.  Was one of those videos a "29 Don" video?
8    A.  Yes, that's correct.
9    Q.  Where did you get that from?
10   A.  It was available for public access on YouTube.
11   Q.  What was the date that that was published?
12   A.  I believe it was January of 2020.
13   Q.  When was Mr. Bryant convicted of a felony offense that
14   prohibited him from being in possession of firearms?
15   A.  February of 2019.
16   Q.  What -- just in general terms, what does that video depict?
17   A.  The video depicts Mr. Bryant, among other people, in
18   possession of suspected firearms.
19           MS. PITTAWAY:  Objection, Judge.
20           THE COURT:  And the nature of your objection is?
21           MS. PITTAWAY:  Well, if the video is going to come in
22   or be displayed to the Court, then it can speak for itself.  He
23   doesn't need to summarize it.
24           THE COURT:  Overruled.
25           You may continue.
```

1   A.  So the video depicts Mr. Bryant, as well as other

2   individuals who are known to law enforcement in Fort Pierce as

3   being affiliated with gang activity.  There's multiple firearms

4   in the videos.  There's individuals, including Mr. Bryant, who

5   are holding up hand signs that are affiliated with the Bloods

6   gang.  There's also young children in these videos, as well as

7   references to shooting people, et cetera.

8   Q.  Now, is 29th Street a documented gang in Fort Pierce?

9   A.  Yes.

10  Q.  Is that based on your experience with working with local

11  agencies as well as your own investigation?

12  A.  Yes.

13          MS. PITTAWAY:  Objection, Judge.  I don't believe

14  that Agent Christy has been tendered as an expert regarding

15  this area of inquiry.

16          THE COURT:  All right.  Mr. Funk, why don't you lay

17  an additional foundation for Mr. Christy's knowledge about the

18  subject matter just elicited.

19  BY MR. FUNK:

20  Q.  Has ATF been involved in gang investigations with the 29th

21  Street gang over the last four or five years?

22  A.  Yes, and I have been part of those investigations.  Many of

23  them included OCDETF investigations, Organized Crime Drug

24  Enforcement Task Force, where we investigated numerous

25  individuals who have been documented in multiple ATF cases,

1    including some of Mr. Bryant's associates.

2    Q.  And how does that documentation occur?

3    A.  The local law enforcement agencies normally document them.

4    They'll take many different things into account -- tattoos that

5    indicate gang membership; making statements -- admissions that

6    they are gang members, either on social media, rap videos, or

7    during law enforcement encounters.  And then also there's

8    adoption of style, dress, colors.  There's also the use of hand

9    signs.  All of those things are taken into account with

10   documented gang members.

11   Q.  What are the colors that are in the image that reflect the

12   defendant's membership in the Bloods gang?

13   A.  For Bloods gang, it's normally red or black.  In this

14   video, they are red.

15   Q.  In the images that you saw during the course of your

16   investigation, did you see Mr. Bryant exhibiting or showing

17   Bloods gang signs?

18   A.  Yes.

19          MR. FUNK:  Your Honor, at this time, I'll move into

20   evidence what's been marked as Government's Exhibit Number 1.

21          (Government's Exhibit Number 1 marked for

22    identification)

23          THE COURT:  Any objection?

24          MS. PITTAWAY:  Yes, Your Honor.

25          THE COURT:  What is the basis of the objection for

```
 1    the Court's inability to even consider this information,

 2    setting aside whether it actually warrants potentially an

 3    upward variance or a high-end sentence, which we haven't heard

 4    argument yet on?

 5              MS. PITTAWAY:  I would renew the objections, Your

 6    Honor.  And in addition, regarding the elicitation of the gang

 7    experience, a lot of that is -- it's speculation.

 8              THE COURT:  All right.  The objection is overruled.

 9    I've heard no legal basis to preclude the Court's consideration

10    of this information.

11              So, Mr. Funk, please play Government's Exhibit 1, the

12    music video.

13              (Government's Exhibit Number 1 admitted into

14     evidence)

15              (Audio recording played in open court)

16              MR. FUNK:  Is it showing up on the --

17              All right.  Thank you.

18              (Video recording played in open court)

19              MR. FUNK:  Okay.  I'm going to stop at the 38-second

20    mark.

21    BY MR. FUNK:

22    Q.  Do you see children in the video?

23    A.  Yes, sitting on the car.

24    Q.  What age do they appear to be?

25              MS. PITTAWAY:  Objection, Judge.  Speculation.
```

```
 1            THE COURT:  Overruled.
 2   A.  They appear to be anywhere from eight to ten years old.
 3   Q.  The red bandanna that Mr. Bryant had on earlier in the
 4   video, is that consistent with the colors used by the Bloods
 5   gang?
 6   A.  Yes.
 7            MS. PITTAWAY:  And, Mr. Funk, I'm having a hard time
 8   hearing you.
 9            MR. FUNK:  Oh, I'm sorry.
10            MS. PITTAWAY:  If you could please use the
11   microphone, and repeat your last question?
12            MR. FUNK:  Sorry about that.  Can you hear me now?
13            I'll talk a whole lot louder than I normally do,
14   Judge.  Sorry.
15   BY MR. FUNK:
16   Q.  Was the bandanna that Mr. Bryant was wearing in the video
17   consistent with the Bloods gang's colors?
18   A.  Yes.
19   Q.  Do you recognize individuals in this video?
20   A.  Yes, I do.
21   Q.  Who do you recognize?
22   A.  The individual that's wearing the white Adidas shirt is
23   Willie Irvin, Jr.
24   Q.  How old was he in the early part of 2020?
25   A.  He was approximately 17 years old.
```

Monday, June 6, 2022.

```
 1    Q.  Do you recognize any other individuals in the video?

 2    A.  Yes.  The individual to the far right, who is -- appears to

 3    be holding a gun pointing at the screen is Jaquan

 4    Ragan (phonetic).

 5    Q.  After reviewing the video, do the firearms that appear here

 6    appear to be real firearms?

 7    A.  Yes.

 8              MS. PITTAWAY:  Objection, Judge.  There's

 9    insufficient inquiry for him to be able to make that kind of a

10    factual and legal conclusion.

11              THE COURT:  Well, the question is:  Do the firearms

12    appear to be real firearms, and the answer is yes.  So the

13    Court understands your point that there is no definitive

14    conclusion as a scientific matter whether those firearms, in

15    fact, meet the definition of a federal firearm.

16              You may proceed.

17              (Video recording played in open court)

18    BY MR. FUNK:

19    Q.  Now, as a part of preparing for today's testimony, did you

20    prepare a transcript of what you heard in that video?

21    A.  Yes, I did.

22    Q.  And to the best of your ability, did you put that down onto

23    the page in order for the judge to be able to read the lyrics

24    of the song, if she chooses to?

25    A.  Yes.
```

```
1   Q.  Is that Government's Exhibit 31?
2   A.  Yes.
3           MR. FUNK:  And, Your Honor, at this time, I'll move
4   into evidence what's been marked as Government's Exhibit 31.
5           (Government's Exhibit Number 31 marked for
6    identification)
7           THE COURT:  Any objection?
8           MS. PITTAWAY:  Yes, Judge.  And if I may just make a
9   continuing objection throughout each of the exhibits.
10          THE COURT:  Okay.  And what is your continuing
11  objection?
12          MS. PITTAWAY:  The aforementioned objections.  I can
13  recite them all, Your Honor.
14          THE COURT:  What are they?
15          MS. PITTAWAY:  The speculation, the lack of
16  foundation, lack of adequate expert foundation, the rendering
17  of legal and factual conclusions, and the First Amendment
18  argument that I initially presented.
19          THE COURT:  Okay.  All right.  I have noted your
20  standing objections.  And just to be clear, those relate to all
21  32 exhibits on the government's exhibit witness (sic) list?
22          MS. PITTAWAY:  That's correct, Your Honor.
23          THE COURT:  Okay.  All right.
24          MS. PITTAWAY:  And I do believe, also, that I will
25  need to make an objection as to the images -- let's see,
```

```
 1   Government's Exhibit 2, Government's Exhibit 3, Government's

 2   Exhibit's 4, Government's Exhibit 5, Government's Exhibit 6,

 3   Government's Exhibit 8, Government's Exhibit 9, 10, 11, because

 4   those were all subject to the motion to suppress and the

 5   motions in limine and the 404(b) opposition.

 6           THE COURT:  Okay.

 7           MS. PITTAWAY:  And that would be Exhibit -- yeah,

 8   that would -- and also -- actually, all of the -- those

 9   objections to the motion to suppress would apply to all of the

10   images in the government's exhibit, as many of these were

11   obtained directly from my client's cellphone.

12           THE COURT:  Okay.

13           All right.  With that added clarification, the Court

14   overrules the objections for purposes of this hearing.  Federal

15   law permits the Court to consider relevant evidence for

16   purposes of sentencing.  Whether these exhibits signal the need

17   for a higher or lower sentence is yet to be determined.  But

18   for purposes of the Court's consideration, I see no legal basis

19   to preclude admission of the exhibits.

20           So Mr. Funk, Government's Exhibit 32 *(sic)*, is

21   admitted over Defendant's multiple objections.

22           MR. FUNK:  Actually, Judge, it was 31, please.

23           THE COURT:  Okay.  Excuse me.  Thirty-one.

24           *(Government's Exhibit Number 31 admitted into*

25    *evidence)*
```

Monday, June 6, 2022.

```
 1              MR. FUNK:  Yes, ma'am.  Thank you.
 2    BY MR. FUNK:
 3    Q.  Agent Christy, during the course of your investigation and
 4    involvement with local law enforcement, did you come to
 5    recognize an individual by the name of Kwamain?
 6    A.  Yes.
 7    Q.  Is Kwamain referenced in the "29 Don" lyrics?
 8    A.  Yes.
 9    Q.  In what way is he referenced?
10    A.  In the beginning, he's referenced as a -- well, essentially
11    a rat.  They're saying that he told on somebody, and then they
12    go into calling him multiple names.
13    Q.  And do you know what the circumstances were where Kwamain
14    might have been involved in cooperating with law enforcement
15    against someone else?
16    A.  Yes.
17    Q.  How do you know about that and what information do you
18    have?
19    A.  I received information from the St. Lucie County Sheriff's
20    Office gang unit that Kwamain, who is Kwamain Lewis, a
21    person --
22              MS. PITTAWAY:  Objection, Judge.  This is hearsay
23    within hearsay and --
24              THE COURT:  All right.  The rules for presentation of
25    evidence are different at sentencing.  I see no basis to
```

1    conclude at this point that this information is unreliable.

2            Mr. Funk, you may continue to lay a foundation.

3            MS. PITTAWAY:  And, Judge, if I just may add Sixth

4    Amendment confrontation violation on that issue.

5            THE COURT:  All right.  Thank you.

6            MR. FUNK:  Can the witness continue, Your Honor?

7            THE COURT:  Yes.

8            MR. FUNK:  Thank you.

9    A.  So I believe he's making a reference to Kwamain -- an

10   individual named Kwamain Lewis, who's a documented 29th Street

11   gang member, who was involved in a shooting with some other

12   individuals and were suspected of cooperating with law

13   enforcement.

14   Q.  Now, in the -- around the eighth line, what's the meaning,

15   from your understanding, of the term "whacked"?

16   A.  Whacked can mean a number of different things, but I mean,

17   it can mean a person who has been shot, a person who has been

18   retaliated against, and most notably a person who has been

19   killed.

20   Q.  I'd like you to look at the second page, about six lines

21   down, based on your training and experience, what is a

22   "chopper"?

23   A.  A "chopper" is a long gun, a rifle.

24   Q.  What is a "stick"?

25   A.  A "stick" is also a gun.  It can either mean a handgun, a

1  pistol, or a rifle.

2  Q.  Who is "Little Willie"?

3  A.  Little Willie is an individual I mentioned previously,

4  Willie Irvin, Jr.

5  Q.  Was he a juvenile at the time that the video was recorded?

6  A.  Yes.  He was born in 2004.

7        MR. FUNK:  If I could have the ELMO, please.

8  BY MR. FUNK:

9  Q.  Do you have the packet of exhibits with you?

10  A.  Yes.

11  Q.  Could I have you look through Exhibits 2, 3, 4, 5, and 6.

12        (Government's Exhibit Number 2, 3, 4, 5, and 6 marked

13   for identification)

14  A.  (Witness complied)

15  Q.  Where did those images come from?

16  A.  These images were found during a search of the defendant's

17  cellphone.

18  Q.  And do they represent Mr. Bryant holding a firearm or

19  multiple firearms?

20  A.  Yes.

21        MR. FUNK:  Your Honor, at this time, I'll move into

22  evidence what's been marked as Government's Exhibit 2 through

23  6.

24        THE COURT:  All right.  Two through six are admitted

25  over defendant's previously stated objections.

 1          *(Government's Exhibit Numbers 2 through 6 admitted*
 2   *into evidence)*
 3          MR. FUNK:  Your Honor, I'm publishing Government's
 4   Exhibit Number 2.  This is a printout of the image.
 5   BY MR. FUNK:
 6   Q.  Do you recognize what firearms it appears that Mr. Bryant
 7   is holding?
 8   A.  The firearm that he's holding in his right hand appears to
 9   be the same firearm that we removed from his trunk, the one he
10   was charged with, which is an FNH 5.7 pistol.  The one in the
11   left hand -- it's a little grainy of a photo, but I was able to
12   zoom in on this firearm that he's holding in his left hand.
13   You can actually see the model and the caliber on the side of
14   the gun.  It's an FNS-9 Compact.
15   Q.  Let me show you Government's Exhibit Number 3.  I've got it
16   kind of zoomed in there.
17          On the digital image, are you able to tell whether or
18   not the FN Five-SeveN in his right hand has a magazine or no
19   magazine?
20   A.  There's no magazine in that gun.
21   Q.  What would that indicate to you?
22   A.  It indicated that it accepts a detachable magazine, and
23   that it's -- it appears to be unloaded.
24   Q.  Let me show you Government's Exhibit Number 4.
25          What does that show?

```
1    A.   Ronell Bryant holding a -- what appears to be an FNH 5.7
2    pistol in his right hand.
3    Q.   In Government Exhibit's Number 5?
4    A.   Once again, Ronell Bryant, he's holding the two firearms
5    previously mentioned.
6    Q.   Government's Exhibit Number 6.
7    A.   Ronell Bryant holding the FNH 5.7 in his right hand, and
8    what I believe to be the FNS-9 Compact in his left hand.
9    Q.   Do you know the date that these images were taken?
10   A.   I believe it was on or about June 8th, the day before he
11   was arrested.
12   Q.   Was Mr. Bryant a convicted felon on that date?
13   A.   Yes.
14   Q.   If you would, please, take a look at Exhibit Number 8.  Do
15   you have that in front of you?
16              (Government's Exhibit Number 8 marked for
17    identification)
18   A.   I do.
19   Q.   What is that a picture of?
20   A.   It's a picture of Ronell Bryant holding a firearm.
21   Q.   And were you able to find the metadata, as a part of the
22   analysis of the images, to determine what date that image was
23   created on?
24   A.   Yes.
25   Q.   What was the creation date for that image?
```

```
1    A.  May 17th, 2020.

2    Q.  Was Mr. Bryant a convicted felon on that date?

3    A.  Yes.

4            MR. FUNK:  Your Honor, if I might, I'll introduce

5    Government's Exhibit Number 8.

6            THE COURT:  All right.  Government's Exhibit 8 is

7    admitted over defendant's previously stated objection.

8            (Government's Exhibit Number 8 admitted into

9     evidence)

10   BY MR. FUNK:

11   Q.  Please look at Government's Exhibit Number 9.

12           What's that an image of?

13           (Government's Exhibit Number 9 marked for

14    identification)

15   A.  The image of Ronell Bryant holding an FNH 5.7 pistol in his

16   right hand and displaying what appears to be a Bloods hand

17   sign.

18   Q.  What was the date -- based on your investigation and

19   understanding of what the metadata shows, what was the date

20   that that image was created?

21   A.  I believe it was on or about 6-12, June 12th, 2020.

22           MR. FUNK:  Your Honor, at this time, I'll move into

23   evidence what's been marked as Government's Exhibit 9.

24           THE COURT:  I don't see it on the screen -- oh, okay.

25           All right.  Government's Exhibit 9 is admitted over
```

```
 1    defendant's previously stated objections.
 2                (Government's Exhibit Number 9 admitted into
 3     evidence)
 4                MR. FUNK:  I'll just display that for a moment,
 5    Judge.
 6    BY MR. FUNK:
 7    Q.  Agent Christy, would you please look at Government's
 8    Exhibit 10 and 11.
 9                What do those show?
10                (Government's Exhibit Numbers 10 and 11 marked for
11     identification)
12    A.  So it depicts Ronell Bryant sitting in a vehicle with a
13    firearm in his right pocket.
14    Q.  Based on the metadata that was found with those images,
15    when was that image created?
16    A.  This one was June 21st of 2020.
17    Q.  Both Exhibits Number 10 and 11?
18    A.  Yes.  They were taken the same day.
19                MR. FUNK:  Your Honor, at this time, I'll move into
20    evidence Government's Exhibit 10 and 11.
21                THE COURT:  Government's Exhibit 10 and 11 are
22    admitted over defendant's previously stated objections.
23                (Government's Exhibit Numbers 10 and 11 admitted into
24     evidence)
25                MR. FUNK:  And I'll just briefly publish 10.  And 11.
```

```
 1   BY MR. FUNK:
 2   Q.  In those images, does that appear to be the same
 3   FN Five-SeveN firearm that was found on Mr. Bryant on July 9th
 4   of 2020?
 5   A.  Yes, it appears to be the same firearm.
 6   Q.  Now, did you also find additional images on the phone which
 7   showed the defendant located in Denver -- or in the Denver
 8   area?
 9   A.  Yes.
10   Q.  Was that approximately April 22nd of 2020?
11   A.  Yes.
12   Q.  And when he was there, was he with other individuals in
13   possession of money and firearms?
14   A.  Yes.
15   Q.  And one of the social media images -- I'd like you to look
16   at Government's Exhibit Number 12.  Do you recognize what that
17   is?
18              (Government's Exhibit Number 12 marked for
19    identification)
20   A.  Yes.  It's a picture of Ronell Bryant wearing a red ski
21   mask and with the title saying, "I only came to meet the plug."
22   Q.  Did you see other images that were created around the
23   sign -- the same time that were indicative of someone doing
24   drug dealing?
25   A.  Yes.
```

```
 1   Q.  And what is a "plug"?

 2   A.  A "plug" is a supplier of narcotics.

 3           MR. FUNK:  Your Honor, at this time, I'll move in

 4   Government's Exhibit Number 12.

 5           THE COURT:  Any objection, Ms. Pittaway?

 6           MS. PITTAWAY:  The aforementioned objections, Your

 7   Honor, just continuing.

 8           THE COURT:  Okay.

 9           All right.  Government's Exhibit 12 is admitted over

10   defendant's previously stated objections.

11           (Government's Exhibit Number 12 admitted into

12    evidence)

13           MR. FUNK:  I'll just briefly publish Government's

14   Exhibit Number 12.

15   BY MR. FUNK:

16   Q.  Next, Agent, Government's Exhibit Number 13, what does that

17   depict?

18           (Government's Exhibit Number 13 marked for

19    identification)

20   A.  This one is a photo of Ronell Bryant's screen saver from

21   his cellphone.  This was the way it appeared when we took in

22   into custody.

23   Q.  Did you later see Mr. Bryant with the ski cap pulled up so

24   that you could identify Mr. Bryant clearly?

25   A.  Yes.
```

```
 1   Q.  And let's go back just to -- for Exhibit Number 12, just so

 2   that we make note of that, the sandals or the flip-flops that

 3   Mr. Bryant is wearing there, do you see those later depicted in

 4   images when he and other people are in the snow in Colorado?

 5   A.  Yes.  They appear to be the same brand or same sandals.

 6          MR. FUNK:  Your Honor, at this time, I'll move into

 7   evidence what's been marked as Government's Exhibit 13.

 8          THE COURT:  Government's Exhibit 13 is admitted over

 9   defendant's previously stated objections.

10          (Government's Exhibit Number 13 admitted into

11    evidence)

12          MR. FUNK:  I'll just briefly publish 13.

13   BY MR. FUNK:

14   Q.  Agent, would you please look at Government's Exhibit 14,

15   15, 16, and 17.

16          What do those images depict?

17          (Government's Exhibit Numbers 14, 15, 16, and 17 for

18    identification)

19   A.  So these images depict Ronell Bryant, along with his

20   cousin, Deontarrius Smith, and Jeremy Ragan, in the snow with

21   large quantities of money, what appears a Mini Draco AK-47

22   variant pistol, and a large quantity of cash.

23   Q.  Is Mr. Bryant in possession of that Draco pistol?

24   A.  Yes.

25          MR. FUNK:  Your Honor, at this time, I'll move into
```

1    evidence what's been marked as Government's Exhibit 14, 15, 16,

2    and 17.

3            THE COURT:  Government's 14 through 17 are admitted

4    over defendant's previously stated objections.

5            (Government's Exhibit Number 14 through 17 admitted

6     into evidence)

7            MR. FUNK:  And I'll briefly publish Government's

8    Exhibit 14.

9    BY MR. FUNK:

10   Q.  The red object on Mr. Bryant's head, what is that?

11   A.  It's a red ski mask.

12   Q.  Is that what was shown earlier in Government Exhibit 13 and

13   12?

14   A.  It appears to be the same one.

15   Q.  And what about the sandals?

16   A.  The sandals appear to be the same ones.

17   Q.  Is there someone with a mask on in that image?

18   A.  Yes.

19   Q.  Who's that?

20   A.  That's Deontarrius Smith.

21   Q.  From the metadata were you able to tell what location these

22   images were taken and on what date?

23   A.  Yes.  It put them in Rocky Mountain National Park,

24   approximately April 20th, 2020.

25           MR. FUNK:  I'll briefly publish Government's

```
 1   Exhibit 15, 16, 17.
 2   BY MR. FUNK:
 3   Q.  Did Mr. Bryant publish to the web on Instagram or other
 4   social media images of himself in possession of a firearm?
 5   A.  Yes, Instagram and also Facebook.
 6   Q.  And was that at or about the time that he was arrested for
 7   possession of the FN Five-SeveN firearm?
 8   A.  Yes.  I believe it was just maybe a couple weeks before he
 9   was arrested with the FN.
10           MR. FUNK:  Your Honor, I'll have the agent look at
11   Government's Exhibit 18 and 19.
12           (Government's Exhibit Number 18 and 19 marked for
13    identification)
14   BY MR. FUNK:
15   Q.  What do those images represent?
16   A.  Government Exhibit 18 is a picture of Ronell Bryant sitting
17   in the vehicle.  It is the same photo that was shown previously
18   with the FNH 5.7 pistol in his pocket.
19   Q.  What's Government's Exhibit 19?
20   A.  Nineteen is the same photo.  It appears to be zoomed in a
21   little further.
22   Q.  And on what social media platform do you believe that they
23   were published on?
24   A.  This was Instagram.
25           MR. FUNK:  Your Honor, at this time, I'll move into
```

Monday, June 6, 2022.

1    evidence what's been marked as Government's Exhibit 18 and 19.

2           THE COURT:  Government's 18 and 19 are admitted over

3    defendant's previously stated objections.

4           (Government's Exhibit Numbers 18 and 19 admitted into

5     evidence)

6           MR. FUNK:  And I'll briefly publish Government's

7    Exhibit 18 and 19.

8    BY MR. FUNK:

9    Q.  Let me have you look at Government's Exhibit 20, 21, 22,

10   and 23.

11          Do you recognize what those are?

12          (Government's Exhibit Numbers 20, 21, 22, and 23

13    marked for identification)

14   A.  Yes.  These were photos that were extracted from the

15   defendant's cellphone.

16   Q.  What do they represent -- or what do they show?

17   A.  Exhibit 20 is Ronell Bryant and an associate.  It appears

18   to be a Glock pistol laying on his lap.

19   Q.  On whose lap?  On Mr. Bryant's lap?

20   A.  On Mr. Bryant's lap.

21          Exhibit 21 --

22          MS. PITTAWAY:  Objection to the characterization of

23   "associate."

24          THE COURT:  All right.  Why don't you restate the

25   question?

                        Monday, June 6, 2022.

1    BY MR. FUNK:

2    Q.   Is Mr. Bryant sitting next to another person?

3    A.   Yes.

4    Q.   Is it Mr. Bryant that has the firearm that's on his lap?

5    A.   Yes.

6    Q.   What's Government's Exhibit 21?

7    A.   Exhibit 21, once again, is Ronell Bryant holding what

8    appears to be an assault rifle with a suppresser on the end of

9    it.

10   Q.   What's Government Exhibit's 22?

11   A.   It's a picture of Ronell Bryant with what appears to be an

12   AR-15 pistol style rifle.

13   Q.   And Government's Exhibit 23.

14   A.   Exhibit 23, Ronell Bryant with a firearm tucked in his

15   pants.

16        MR. FUNK:  Your Honor, at this time, I'll move into

17   evidence what's been marked Government's Exhibit 20, 21, 22,

18   and 23.

19        THE COURT:  Government's 20, 21, 22, and 23 are

20   admitted over defendant's previously stated objections.

21             (Government's Exhibit Numbers 20, 21, 22, and 23

22    admitted into evidence)

23        MR. FUNK:  I'll briefly publish, Your Honor,

24   Government's Exhibit 20, 21, 22, and 23.

25

```
 1   BY MR. FUNK:

 2   Q.  Agent, if you would, please, look at Government's

 3   Exhibit 24.

 4            What's shown in that image?

 5            (Government's Exhibit Number 24 marked for

 6    identification)

 7   A.  This image is a picture of Ronell Bryant and an

 8   unidentified female exhibiting what appears to be a Bloods hand

 9   sign.

10            MR. FUNK:  Your Honor, I'll move into evidence what's

11   been marked as Government's Exhibit 24.

12            THE COURT:  Agent Christy, can you elaborate on your

13   experience or knowledge about the relevant purported gang sign

14   in the image, 24?

15            THE WITNESS:  Yes, ma'am.

16            I received specialized training at the ATF academy

17   and as well as the Federal Law Enforcement Training Center

18   regarding major gangs in the United States, how they operate,

19   what their territories are, what their colors or hand signs

20   are.  Specifically, I've received further training through my

21   experience here as a special agent in the Fort Pierce area,

22   working with local law enforcement, the Port St. Lucie Police

23   Department, as well as the St. Lucie County Sheriff's gang

24   unit, where my primary experience has been working gang

25   violence in St. Lucie County.
```

1    I've worked multiple investigations regarding the

2   29th Street gang, as well as some other gangs that are

3   documented, here in Fort Pierce.  I've arrested multiple

4   members of the 29th Street gang, and I have continuing

5   experience regarding Bloods gang membership.

6        THE COURT:  All right.  Thank you.

7   BY MR. FUNK:

8   Q.  And based on all that training and experience, are you able

9   to identify the hand sign being flashed by Mr. Bryant in

10  Government's Exhibit 24 as a Bloods hand sign?

11  A.  Yes.  And I also interviewed Mr. Bryant, and he showed me

12  the Bloods hand sign in a post-*Miranda* interview.

13        MR. FUNK:  Your Honor, I'll move into evidence at

14  this time what's been marked as Government Exhibit 24.

15        THE COURT:  Government's Exhibit 24 is admitted over

16  defendant's previously stated objections.

17        (*Government's Exhibit Number 24 admitted into*

18   *evidence*)

19  BY MR. FUNK:

20  Q.  What does Government's Exhibit 25 show?

21        (*Government's Exhibit Number 25 marked for*

22   *identification*)

23  A.  Twenty-five is a picture of Ronell Bryant next to a large

24  quantity of what appears to be marijuana.

25  Q.  Do you know when or where this photograph was taken?

1    A.  This was around the same timeframe as the Colorado photos.

2    Q.  Is that based on the context as well as where the images

3    were found on the phone?

4    A.  Yes.

5           MR. FUNK:  Your Honor, at this time, I'll move into

6    evidence what's been marked as Government Exhibit 25.

7           THE COURT:  Government's 25 is admitted over

8    defendant's previously stated objections.

9           *(Government's Exhibit Number 25 admitted into*

10    *evidence)*

11          MR. FUNK:  I'll publish Government's Exhibit 25

12    briefly.

13          If I could have the audio/visual please?  Change to

14    the overhead.

15    BY MR. FUNK:

16    Q.  Are you familiar with there being published a video in open

17    access called "2020 *(sic)* Flow"?

18    A.  Yes.

19    Q.  I'm sorry, "2021 Flow"?

20    A.  Yes.

21    Q.  Does that depict Mr. Bryant?

22    A.  Yes.  On the left is Ronell Bryant; on the right is Willie

23    Irvin, Jr.

24    Q.  Do you know when Mr. Bryant was arrested on his state case?

25    A.  His state case, he was arrested on July 9th of 2020.

1   Q.  Was he on bond from that date?

2   A.  Yes.

3   Q.  And was he on bond, then, in the beginning part of 2021?

4   A.  Yes, he was.

5   Q.  And "2021 Flow," does that show Mr. Bryant in the company

6   of a juvenile?

7   A.  Yes.

8   Q.  Who is that juvenile?

9   A.  Willie Irvin, Jr.

10  Q.  Does Mr. Irvin, Jr., have possession of a firearm while

11  he's in the company of Mr. Bryant?

12  A.  Yes.

13          *(Video recording played in open court)*

14          MR. FUNK:  I'm sorry, Judge.  I don't know if I moved

15  into evidence Exhibit 26.

16          *(Government's Exhibit Number 26 marked for*

17   *identification)*

18          THE COURT:  My records show it has not yet been

19  admitted.  It is now admitted over defendant's previously

20  stated objections.

21          *(Government's Exhibit Number 26 admitted into*

22   *evidence)*

23          MR. FUNK:  I apologize, Your Honor.  Thank you.

24  BY MR. FUNK:

25  Q.  What does Government's Exhibit 26 *(sic)* show?

1   A.  Twenty-six or 27?

2   Q.  Twenty-seven.  I'm sorry.

3              (Government's Exhibit Number 27 marked for

4    identification)

5   A.  Twenty-seven, on the left is a picture of Ronell Bryant and

6   Willie Irvin, Jr.  The center photo is Willie Irvin, Jr., with

7   what appears to be a Glock style firearm.  On the right, again,

8   is Willie Irvin, Jr., holding what appears to be a Glock

9   firearm.

10             MR. FUNK:  Your Honor, I'll move into evidence what's

11  been marked as Government's Exhibit 27.

12             THE COURT:  And just to be clear, 27, 28, and 29 all

13  come from 26?

14             MR. FUNK:  They do, yes, Your Honor.

15             THE COURT:  All right.  Government's 27 through 29

16  are admitted over defendant's previously stated objections.

17             (Government's Exhibit Numbers 27, 28, and 29 admitted

18   into evidence)

19             MR. FUNK:  Thank you, Your Honor.

20             And I'll briefly display Government's Exhibit 27 on

21  the overhead.

22  BY MR. FUNK:

23  Q.  And what does Government's Exhibit 28 show?

24  A.  Twenty-eight is a picture of Ronell Bryant and appearing to

25  be getting a tattoo, as well as holding up a Bloods hand sign.

```
 1    Q.  And does that appear -- let me show you Government's

 2    Exhibit 29.  What does that show?

 3    A.  It's Ronell Bryant with a large stack of money.

 4    Q.  It refers to a "Trap God."  What does "trap" refer to?

 5    A.  "Trap" refers to the sale of narcotics.

 6    Q.  Did Mr. Bryant publish, during the time he was on bond, an

 7    audio recording of a rap song titled "Guilty Til Proven

 8    Innocent"?

 9    A.  Yes.

10    Q.  And did you have an opportunity to listen to that?

11    A.  I have.

12    Q.  Does it make reference to real events that were going on in

13    Mr. Bryant's life?

14    A   Yes.

15    Q.  What things does he refer to in the song?

16    A.  He refers to multiple real life incidents.  One of them

17    actually refers to the ATF busting in the door for illegal

18    hammers, or firearms.  He also refers to having cases out of

19    Louisiana, which he was stopped and detained in Louisiana for

20    narcotics.

21    Q.  And does he refer to the pending charges that he had in

22    state at the time?

23    A.  Yes.

24    Q.  How does he refer to the prosecutor in that song?

25    A.  He calls him an "evil white bro."
```

```
 1              MR. FUNK:  Your Honor, at this time, I'll move into
 2   evidence what's been marked as Government's Exhibit 30.
 3              (Government's Exhibit Number 30 marked for
 4    identification)
 5              THE COURT:  Government's 30 is admitted over
 6   defendant's previously stated objection.
 7              (Government's Exhibit Number 30 admitted into
 8    evidence)
 9              MS. PITTAWAY:  Your Honor, I'm a little unclear of
10   where these phrases are from.  I'm reviewing the exhibit.
11   Could there be like a line that's referenced in support of the
12   agent's testimony --
13              MR. FUNK:  I can do that, Judge.
14              MS. PITTAWAY:  -- for these phrases?
15              MR. FUNK:  Sorry to overlap.
16              There's Government's Exhibit 32.
17   BY MR. FUNK:
18   Q.  Agent, as a part of your investigation and preparation for
19   your testimony today, did you prepare Exhibit 32, which is a
20   transcript, to the best of your ability, of the song Guilty Til
21   Proven Innocent?
22              (Government's Exhibit Number 32 marked for
23    identification)
24   A.  Yes.
25   Q.  And on the bottom of --
```

```
1              MR. FUNK:  I'll move into evidence what's been marked

2    as Government's Exhibit 32.

3              THE COURT:  Government's 32 is admitted over

4    defendant's previously stated objection, as is Government's 30,

5    which is the audio file itself.

6              (Government's Exhibit Number 32 admitted into

7     evidence)

8    BY MR. FUNK:

9    Q.  At the bottom of Exhibit 32, the last line, can you read

10   that for the Court?

11   A.  You said the last line?

12   Q.  Last line of the first page of Exhibit 32.

13   A.  It says:  "Know that DA ain't even shit but evil white

14   bro."

15   Q.  Does he on the top -- the first line on the top of the

16   second page of Exhibit Number 32 refer to the feds?

17   A.  Yes.

18   Q.  Can you read that line for the judge, please?

19   A.  It says:  "Feds parked across the street with them damn

20   binoculars."

21   Q.  Five lines down on page 2 of Exhibit 32, does it make

22   reference to "put the Ps down"?

23   A.  Yes.

24   Q.  Can you read that line?

25   A.  It says:  "Stop taking trips to Cali had to put the Ps
```

1    down."

2    Q.   What are "Ps"?

3    A.   "Ps" are pounds, weights of narcotics.

4    Q.   About in the middle, there's a "30K from us in Louisiana."

5    Can you read that line for the judge?

6    A.   Yes.  It says:  "Them crackers took about 30K from us in

7    Louisiana."

8    Q.   What are "crackers" making reference to?

9    A.   Police, law enforcement.

10   Q.   And the "30K from Louisiana," what does that make reference

11   to?

12   A.   That was a seizure that was made by Louisiana law

13   enforcement when they stopped Ronell Bryant, Deontarrius Smith,

14   and Jeremy Ragan in a vehicle with some small amounts of

15   narcotics, and they seized $30,000 -- or approximately $30,000

16   during that traffic stop.

17   Q.   And the line below that one, what does it say?

18   A.   "ATF just busted in for some illegal hammers."

19   Q.   What's the next line say?

20   A.   "But none of these guns mine, they belong to Luciana."

21   Q.   Who's Luciana?

22   A.   Luciana is the defendant's mother.

23   Q.   Is that in reference to the July 9th, 2020, search of the

24   house, Luciana's house?

25   A.   I believe it is, yes.

1          THE COURT:  Agent Christy, returning for a moment to

2   the traffic stop you just mentioned in Louisiana, can you

3   describe for the Court the basis of your knowledge?

4          THE WITNESS:  Yes, Your Honor.  I spoke to the

5   arresting officer who made that traffic stop and interviewed

6   him over the phone.  He stated that he was conducting drug

7   interdiction detail that evening and stopped the car that was

8   traveling at a very high rate of speed, and he identified all

9   three occupants for me, as well as sent me a copy of his

10  report.

11         THE COURT:  All right.  Thank you.

12         MR. FUNK:  Thank you.

13  BY MR. FUNK:

14  Q.  On the third page of Government's Exhibit 32 is there a

15  reference made to "DD snitched about five and I know he feels

16  shitty"?  Who's "DD"?

17  A.  I'm sorry, which --

18  Q.  It's in the middle part of the third page of Exhibit 32,

19  the lyrics for "Guilty Til Proven Innocent."

20  A.  I don't recall who "DD" is.

21  Q.  Do you know who "Sosa" is?

22  A.  No.

23         THE COURT:  Agent, I have a question about the lyrics

24  for these songs.  Where did you obtain them?

25         THE WITNESS:  These lyrics I transcribed, Judge.

1          THE COURT:  And where did you obtain the --

2          THE WITNESS:  I got them from -- it's posted on

3    YouTube as well as iTunes.

4          THE COURT:  All right.

5          THE WITNESS:  Apple iTunes.

6          THE COURT:  Thank you.

7    BY MR. FUNK:

8    Q.  Do you recognize -- in the content of the remainder of the

9    song, do you recognize other individuals that are referenced?

10   A.  There is a section, I just need a second to find it.

11         Yes, here.

12   Q.  On which page?

13   A.  Page 3.  Page 3 of Exhibit 32.

14         On the fifth line down, he says:  "Then BJ got sank

15   by his codefendant."  He's talking about Bentrell

16   Johnson *(phonetic)*.  This was the same instance where Kwamain

17   Lewis was involved in, where a person was killed.  And this

18   individual actually did get -- they did have a cooperating

19   witness for that case.

20   Q.  Any other individuals that you recognize that are

21   referenced in this song?

22   A.  Well, he mentions his little brother who got arrested.  I

23   do believe he had a relative that was arrested for home

24   invasion.

25   Q.  Any other individuals?

1    A.  Not that I see here.

2    Q.  And let me draw your attention to the last page of

3    Exhibit 32, fourth line from the bottom, "They just dropped my

4    four charges out there in Kissimmee."  What's that making

5    reference to?

6    A.  Ronell Bryant did have a case -- when we initiated the

7    investigation, when we were doing our deconflictions, we

8    noticed that there was an open investigation out of Osceola

9    County for a shooting.  We reached out to that detective, we

10   spoke with him regarding the incident, and a person had -- a

11   witness had basically stated that he was shot at by an

12   individual that he recognized as Ronell Bryant.

13   Q.  Those charges were eventually dropped, is that correct?

14   A.  Correct.

15        MR. FUNK:  Your Honor, at this time, I'd like to

16   publish Government's Exhibit 30.

17        THE COURT:  All right.  Exhibit 30 has been admitted.

18   You may publish.

19        MR. FUNK:  Thank you.

20        (Video recording played in open court)

21        MR. FUNK:  Your Honor, I don't have any further

22   questions.  Thank you.

23        THE COURT:  I have just one question.  Did Government

24   Exhibit 7 get admitted?  I may have missed that one.  It's a

25   music video, description "Too Much Paper."

```
 1              MR. FUNK:  Oh, you're right, Judge, I didn't.
 2   BY MR. FUNK:
 3   Q.  Agent, did you have an opportunity to review a video that
 4   you located on social media titled "Too Much Paper"?
 5   A.  Yes.
 6   Q.  And is that the music video that was shot that's depicted
 7   in Government's Exhibit 2 through 6, the images that came from
 8   Mr. Bryant's phone?
 9   A.  Yes, with the one in particular where the person is holding
10   a video camera behind him when he's holding two guns in
11   Government's Exhibit 6, yes.
12              MR. FUNK:  Your Honor, at this time, I'll move into
13   evidence what's been marked as Government's Exhibit 7.
14              (Government's Exhibit Number 7 marked for
15    identification)
16              THE COURT:  Agent Christy, so where did 7 come from?
17              THE WITNESS:  Seven was another music video that was
18   uploaded to YouTube, Judge.
19              THE COURT:  All right.  Thank you.
20              Government's 7 is admitted over defendant's
21   previously stated objection.
22              (Government's Exhibit Number 7 admitted into
23    evidence)
24              MR. FUNK:  Your Honor, I'll just play the beginning
25   portion of that video.
```

1           *(Video recording played in open court)*

2                   MR. FUNK:  Judge, I'll stop that at the 46-second

3      mark.

4      BY MR. FUNK:

5      Q.  Are there -- what's done to the images of the firearms in

6      that video?

7      A.  They're blurred out.

8      Q.  And do you have any idea why someone would blur out the

9      video?

10     A.  I believe they blurred them out because the resolution was

11     very high, and you could probably see the serial numbers on the

12     guns.

13                  MR. FUNK:  Your Honor, that's all the questions I

14     have.  Thank you.

15                  THE COURT:  I just have one follow-up.

16                  On the music video, Government's Exhibit 1, 7, 30,

17     31 -- scratch that.

18                  I'm trying to figure out -- Mr. Funk, what are the

19     exhibits of the actual videos?

20                  MR. FUNK:  It's Exhibit 1, Exhibit 7, Exhibit 26.

21     Those are the videos.  And then the audio, there's just a

22     simple image that's shown.  The audio is Exhibit 30.

23                  THE COURT:  Okay.

24                  Agent Christy, Government's 1, 7, and 26, the videos,

25     did those all come from YouTube?

1          THE WITNESS:  Yes, Judge.  All the videos that you've

2    seen here today came from YouTube.

3          THE COURT:  And then Government's Exhibit 30, the

4    audio file of the song Guilty Til Proven Innocent, where was

5    that downloaded from or viewed on?

6          THE WITNESS:  That was also loaded on to YouTube, and

7    it's also available on iTunes.

8          THE COURT:  And when you search on YouTube for this

9    material, how do you locate it?  Is it through a search of the

10   stage name or through what manner?

11         THE WITNESS:  Yes, Judge, that's correct.  If you

12   type in "Lil Polo Da Don" into the search area, these videos

13   will appear.

14         THE COURT:  And in your experience, who is "Lil Polo

15   Da Don"?

16         THE WITNESS:  That's Ronell Bryant.

17         THE COURT:  All right.  Thank you.

18         MR. FUNK:  No further questions.  Thank you.

19         THE COURT:  Ms. Pittaway?

20                      **CROSS-EXAMINATION**

21   BY MS. PITTAWAY:

22   Q.  Good morning.

23   A.  Good morning.

24   Q.  I want to turn your attention first to the music videos --

25   1, 7, 26.  Now, for those videos, you had stated that those

1   were off YouTube, correct?

2   A.  Yes.

3   Q.  So you have no metadata associated with those videos,

4   correct?

5   A.  Not to my knowledge.  Only the upload date that they were

6   uploaded to the platform.

7   Q.  And something could be uploaded days, months, years before

8   the upload, correct?

9   A.  It could be, yeah.  I mean I'm not sure.  I'm not sure of

10  the answer to that question.

11  Q.  You're not sure the date that any of these were created.

12  A.  Oh, I know the approximate date of the "29 Don" video.  It

13  was uploaded in January of 2020.

14  Q.  And that's because it was subject to the facts of this

15  case, correct?

16  A.  Yes.

17  Q.  As to the other videos, you have no metadata associated

18  with the creation date for those files.

19  A.  Creation date, no.  No creation date.

20  Q.  I want to bring your attention to Government's Exhibit 30.

21          Do you know what 30 was?  That's photo lyrics.

22          Now, you stated you found the lyrics off of iTunes?

23  A.  This is for "29 Don," 31?

24  Q.  Correct.

25  A.  These lyrics are posted on YouTube, along with the song.

Monday, June 6, 2022.

```
 1  Q.  Did you copy/paste from iTunes to put them on to a Word
 2  format?
 3  A.  I listened to the song multiple times and made sure that it
 4  was correct.  And I did make some corrections.
 5  Q.  Same line of questions as to Government's Exhibit 32, the
 6  lyrics of "Guilty Til Proven Innocent."
 7  A.  Yes, same thing.  I listened to the song multiple times, I
 8  transcribed it.  I, you know, removed or changed things that
 9  were either unintelligible, could not make it out, or were just
10  flat-out incorrect.
11  Q.  Now, Government's Exhibit 32, you had mentioned something
12  regarding Mr. Bryant's brother?
13  A.  That's correct.
14  Q.  Okay.  And now, regarding the lyrics of this song, which
15  lines are referencing his brother?
16  A.  Just give me one moment.  I just have to go through it.
17          So on the second-to-last page, the ninth line down,
18  he states:  "My little brother caught a life murder and
19  attempted."
20  Q.  Is the brother a figurative sense or a literal sense?
21  A.  It could be figurative or literal.  However, factually, his
22  brother was arrested for a home invasion, very serious offense.
23  Q.  A home invasion.
24  A.  That's correct.
25  Q.  Okay.  Not a life murder and attempted.
```

1    A.  It was a home invasion with a firearm.  It carries a

2    similar punishment.

3    Q.  My question:  Was that -- the charge at issue for his

4    brother was a home invasion, your words.

5    A.  Correct.

6    Q.  The lyrics talk about a "life murder and attempted."

7    A.  Right.

8    Q.  Now, I'm going to bring your attention a few lines down,

9    six lines down.

10    A   On which page, ma'am?

11    Q.  Same page.

12    A.  All right.

13    Q.  So if you go six lines down, and states:  "Nigga told and

14    got life, that what a snitch need."  The snitch got life.

15    A.  Yes.

16    Q.  Okay.  The snitch got life from court, a court sentence,

17    correct?

18    A.  It appears that that's what they're talking about, yes.

19    Q.  Now, all of the government's exhibits in this packet, they

20    all depict what may appear as a firearm, but you are not able

21    to say conclusively that any of these appearing as a firearm

22    items are actual real functioning firearms.

23    A.  There's no way to tell unless we actually fire the gun.

24    Q.  So it's a no.

25    A.  Correct.

1   Q.  Now, I want to bring your attention to Government's Exhibit

2   Number 3.  And you had stated on direct -- I'll give you a

3   moment to flip there.  You had stated on direct examination

4   that the detachable magazine indicated a real firearm.  An

5   Airsoft FN Five-SeveN model will also have a detachable CO2

6   magazine, correct?

7   A.  I'm not familiar with Airsoft pistols, only real guns.

8   Q.  So you're not familiar with FN Five-SeveN replicas or prop

9   models?

10  A.  I have never held one personally in my experience.

11  Q.  Let's talk about Airsoft and replica models in general.

12  They have detachable magazines.

13  A.  Airsoft pistols?

14  Q.  Yes, sir.

15  A.  Like I said, I wouldn't know about Airsoft pistols.  I only

16  know what indicates a real firearm.  A real firearm accepts a

17  detachable magazine.

18  Q.  So with Airsoft magazines, do you have any idea how they

19  function?

20  A.  I don't.  I know that there's a CO2 cartridge that's inside

21  of the frame of the pistol, and that it expels a projectile,

22  but it's -- similar to like a BB gun.

23  Q.  And do you know how those CO2 cartridges get into the

24  apparent firearm?

25  A.  No.  Like I said, I have no experience with Airsoft

```
 1   pistols.
 2   Q.  Do you recall the testimony of Michael Kelly and
 3   Christopher Robinson during the trial?
 4   A.  Yes.
 5   Q.  And they were both tendered as experts in firearms.
 6   A.  That's correct.
 7   Q.  Do you remember whether they testified regarding the
 8   replicas or props expelling magazines?
 9   A.  I don't recall if they did or not.  If you have a
10   transcript available, I could take a look at that.
11   Q.  Government's Exhibit 12, this was obtained from social
12   media, correct?
13   A.  This was obtained I believe from his cellphone, extraction
14   of his cellphone.
15   Q.  And that cellphone post (sic), that was the basis of a
16   social media post.
17   A.  This particular photo?
18   Q.  Correct.
19   A.  I believe it was at one time in a social media post, yes.
20   Q.  Turning to Government's Exhibit 14, 15, 16, and 17, that
21   series right there, several of those were also posted to social
22   media.
23   A.  At one time, they were, yes.  They were taken down.
24   Q.  Government's Exhibit 20, do you have any metadata on the
25   creation of that image?
```

```
 1   A.  I believe there is metadata associated with this.  However,

 2   we don't have it with us today.

 3   Q.  So you can't testify to that today.

 4   A.  I can't tell you when this was created.  All I know it was

 5   taken from the defendant's phone.

 6   Q.  Same question as to Government's Exhibit 21.  You do not

 7   have metadata associated with that image to testify to today.

 8   A.  No.

 9   Q.  Are you aware of whether Government's Exhibit Number 21 was

10   subject to a professional photo shoot?

11   A.  I don't know.

12   Q.  Do you know any of -- you don't know any of the

13   circumstances surrounding the taking of that photo.

14   A.  This particular photo?

15   Q.  Yes, sir.

16   A.  I believe that it was part of rap video shoot.  I recognize

17   the some of the -- I recognize gentleman in the background, and

18   I recognize, obviously, Ronell Bryant.

19   Q.  And how about the car, do you recognize the car being from

20   any video shoot?

21   A.  Yes.

22   Q.  Government's Exhibit Number 22, that image was taken as

23   part of a professional photo shoot, correct?

24   A.  I don't know.

25   Q.  Okay.  Did you find a series of images of Mr. Bryant
```

```
 1    wearing these clothes, having that same apparent firearm in a
 2    series of Facebook posts?
 3    A.  I did see some similar posts where he was holding the
 4    firearm, similar to like holding it up over his head like
 5    this (indicating), for a promotional release of a song or
 6    something of that nature.
 7    Q.  Government's Exhibit 24, you do not have the metadata on
 8    this file to testify about today, correct?
 9    A.  No, we don't.
10    Q.  Government's Exhibit 25, you do not have the metadata
11    associated with this file to testify to today.
12    A.  No.
13    Q.  And was -- Government's Exhibit 27, that was posted to
14    social media?
15    A.  Yes.  This was a -- some still photos taken from a video
16    that was uploaded to YouTube.
17    Q.  Government's Exhibit 29, this image was posted to social
18    media?
19    A.  This was a video from his phone -- or a still photo from
20    his phone.
21    Q.  Do you know if it was ever posted to social media?
22    A.  I don't recall if it was or it wasn't.
23    Q.  Now, I want to talk about the "Trap God" phrase.  Now, that
24    is a music genre, a subgenre within rap music.
25    A.  Yes, it is.
```

1   Q.  And so you had testified earlier that it indicated drug

2   dealing, but that phrase actually has multiple meanings,

3   doesn't it?

4   A.  It can mean different things.  In this particular instance,

5   where he's holding a bunch of money, I believe it infers to

6   drug dealing.

7   Q.  Well, Mr. Bryant was also a successful recording artist,

8   correct?

9   A.  I don't know to the -- what extent he was successful or

10  not.  I don't know what his financial situation is.

11  Q.  Now, Mr. Bryant, he headlined music shows, correct?

12  A.  He did.

13  Q.  Sometimes a thousand people would show up at those shows.

14  A.  I've never been to one.  I couldn't tell you how many

15  people were there.  It appears that it was popular.

16  Q.  And if you've never been to one of his shows, then you

17  cannot testify regarding any activity during his performance

18  that he may or may not do.

19  A.  Correct.

20  Q.  Now, are you aware of whether marijuana is legal Colorado?

21  A.  I believe it has been legalized in Colorado.

22  Q.  Now, you mentioned the St. Lucie County gang documentation?

23  A.  Yes.

24  Q.  Have you ever seen anyone who became a documented gang

25  member by St. Lucie County and was later removed from the list?

1  A.  I have seen that happen, yes.

2  Q.  And what's the criteria for that?

3  A.  For the removal?

4  Q.  Yes, sir.

5  A.  It's every five years.  So they have to be documented --

6  their documentation lasts for five years, and then it's

7  removed.

8  Q.  Now, let's talk about that documentation.

9  A.  I'm sorry, let me correct myself.  It has to be renewed.

10 Q.  Now, let's talk about the documentation.  For the

11 documentation, posting on social media with another known or

12 documented gang member, under St. Lucie County definition, that

13 can be a factor for adding somebody to the designation list.

14 A.  That is one of the criteria, yes.

15 Q.  Wearing the color red in a predominantly black community in

16 Fort Pierce could also get somebody on the documented gang

17 designated list.

18 A.  Not necessarily.  It's a combination of things and also --

19 it's a combination of who these people are involved with on a

20 daily basis.

21 Q.  Using a hand signal or a hand gesture that is perceived by

22 law enforcement to be a gang sign could also get somebody on

23 the list to be designated as a gang member.

24 A.  Yes, it is one of the criteria.

25 Q.  So, hypothetically speaking, if a couple of cousins were to

```
 1   get together, and if they were to wear red, and if they were to
 2   do a gang sign and take a picture and post it to social media,
 3   those individuals could all end up on the St. Lucie County
 4   designated gang list.
 5   A.  Potentially, yes.
 6   Q.  They would be called "documented gang members."
 7   A.  Potentially, that -- it would be part of the process, yes.
 8   Q.  And then it might take up to five years to get off the
 9   list.
10   A.  It does take five years to get off the list.
11   Q.  And during those five years, if they were to post another
12   image like that, then that five years could be renewed.
13   A.  Possibly, yes.
14   Q.  Now, I want to turn your attention to the videos.
15            This would be Government's Exhibit 1, the "29 Don"
16   video, Government's Exhibit 7, "Too Much Paper" -- actually,
17   let me just focus on Government's Exhibit 1, the "29 Don."
18            Now, this was the video that we saw at the beginning
19   of the government's presentation, and it had maybe 15, maybe
20   total 20 people in the video.  How many firearms or apparent
21   firearms did you count, roughly?
22   A.  I don't recall.  There was numerous firearms in that video.
23   Q.  And there were AR style firearms?
24   A.  I observed an AR style firearm, a rifle.
25   Q.  At least one.
```

1   A.   There was multiple, yes.

2   Q.   And these were accessorized with scopes, correct?

3   A.   It appeared that some of them had accessories on them, yes.

4   Q.   Some of them had stickers on them?

5   A.   I believe some of them on the magazines, yes.

6   Q.   There was at least one TEC-9 model?

7   A.   I don't recall a TEC-9 being introduced.  It was -- one

8   appeared to be a MAC-11, one appeared to be a Glock 19 or 23,

9   one appeared to be an AR-15.  There was numerous firearms in

10  the video.

11  Q.   Now, the AR style firearm that was depicted in this video

12  with the scope and with the accessories, what would be the fair

13  market value of that?

14  A.   A rifle, an AR-15 rifle?

15  Q.   Yes, sir, with the scope and the accessory shown in the

16  video.

17  A.   I mean it's all very subjective.  It can go anywhere from

18  700 to 7,000, depending on how expensive the gun actually is.

19  Q.   And how many of these AR style firearms in that price range

20  did you see in that video?

21  A.   It's tough to tell how expensive a firearm is just by

22  looking at it.  I can tell you that the mean range of an AR-15

23  is around a thousand dollars.  A scope could go anywhere from

24  200 to $2,000.  So it's very subjective.  I mean it's a very

25  subjective question.

1   Q.  Sure.  We're talking about ballpark figures.

2   A.  Ballpark, the average AR-15 with a scope, 1500 to $2,000.

3   Q.  Okay.  Now, you said a MAC-11.  What is the fair market

4   value of a MAC-11, ballpark?

5   A.  A semi-automatic MAC-11 would range anywhere from 500 used

6   to a couple of thousand dollars.

7   Q.  And how about -- you had mentioned that there was at least

8   one Glock apparent firearm in the video.  What's the ballpark

9   range of a Glock?

10  A.  The Glock that the defendant was holding was a brand new

11  Glock 19, probably about 600 to $700.

12  Q.  All right.  And now, the total firearms, you never tallied

13  them up, correct?

14  A.  No.

15  Q.  Okay.  Do you have any kind of a ballpark figure?  Did you

16  see maybe ten different make and models, 15 different make and

17  models?

18  A.  I don't recall.  There was numerous.  I mean, probably half

19  a dozen different make and models.

20  Q.  Okay.  Half a dozen of the AR or the handguns or --

21  A.  There was a mix and match.  I mean there was a lot of

22  handguns in the video.  I saw one or two rifles in the video.

23  We saw a Draco, Micro Draco in the video, an AR-15.

24  Q.  How about the Draco, what's a ballpark fair market value

25  for a Draco?

```
 1    A.  Draco could run about a thousand dollars or less.

 2             MS. PITTAWAY:  Moment to confer, Your Honor?

 3             THE COURT:  Sure.

 4             MS. PITTAWAY:  No further questions, Agent.

 5             THE COURT:  Thank you.

 6             MR. FUNK:  Could I have the video, please?

 7                     REDIRECT EXAMINATION

 8    BY MR. FUNK:

 9    Q.  Agent Christy, I'm going to play Government's Exhibit

10    Number 1 and pause at certain points.  And my question for you

11    is:  What type of firearm it appears that Mr. Bryant is

12    holding?

13             Just a moment.  I think it's starting up now.

14             (Video recording played in open court)

15    BY MR. FUNK:

16    Q.  Can you describe for the record -- this is Government's

17    Exhibit Number 1, it's four seconds into the video -- what does

18    that appear to be that Mr. Bryant is holding?

19    A.  It appears to be a handgun with a 50-round drum magazine.

20    Q.  How does a 50-round drum magazine function?

21    A.  I'm sorry, say again?

22    Q.  How does a 50-round magazine function?  What's the

23    significance of that?

24    A.  It's high-capacity magazine, similar to any other magazine.

25             MS. PITTAWAY:  Objection, Judge.  Outside the scope.
```

Monday, June 6, 2022.

```
 1              THE COURT:  Overruled.
 2   BY MR. FUNK:
 3   Q.  Do you have the ability to shoot 50 rounds without
 4   reloading with that magazine?
 5   A.  Yes.
 6              (Video recording played in open court)
 7   BY MR. FUNK:
 8   Q.  Okay.  I'm at the six-second mark.  What does that appear
 9   to be that Mr. Bryant's in possession of?
10   A.  It appears to be a Military Arms (sic) Corporation
11   Model MAC-11.
12   Q.  What kind of firearm is that?
13   A.  It's a pistol, but it can hold up to a 30-round magazine or
14   more.
15              (Video recording played in open court)
16   BY MR. FUNK:
17   Q.  Now, we're at about the 11, 12-second mark.  Did you see
18   that firearm?  Do you recognize what type of firearm that is?
19   A.  It appears to be a TEC-9, but I can't see the whole thing.
20              (Video recording played in open court)
21   BY MR. FUNK:
22   Q.  I'm at the 20-second mark.  What firearm does that appear
23   to be?
24   A.  It appears to be some model of a Glock pistol.
25              (Video recording played in open court)
```

```
 1   BY MR. FUNK:
 2   Q.  At the 36-second mark, what type of firearm does that
 3   appear to be?
 4   A.  Draco Micro, AK-47 variant pistol.
 5              (Video recording played in open court)
 6   BY MR. FUNK:
 7   Q.  At the 55-second mark, what firearm does that appear to be?
 8   A.  That's a Glock pistol.
 9              (Video recording played in open court)
10   BY MR. FUNK:
11   Q.  And at one minute and one second, Mr. Irving, what kind of
12   firearm does it appear that he's in possession of?
13   A.  He appears to have an AR-15 style rifle.
14   Q.  What's he wearing?
15   A.  It appears to be body armor.
16   Q.  Was he a juvenile at the time the video was produced?
17   A.  Released, yes.
18              (Video recording played in open court)
19   BY MR. FUNK:
20   Q.  At one minute and three seconds, what firearm is that
21   Mr. Bryant is in possession of?
22   A.  It appears to be an AR-15 style pistol or rifle.
23   Q.  What's on the top that looks pink?
24   A.  That's an optic, a sight.
25   Q.  What does that give someone the ability to do?
```

1    A.  Acquire targets and aim and shoot.

2    Q.  Does it make it easier for someone who's inexperienced with

3    a firearm to shoot the firearm accurately?

4    A.  Yes.

5              *(Video recording played in open court)*

6              MR. FUNK:  Thank you, Your Honor.  That's all I have.

7              THE COURT:  I have one question for the agent.

8              There was a discussion earlier about St. Lucie's

9    documentation for gang members.  Agent Christy, I think you

10   made a reference to a post-*Miranda* interview that you conducted

11   of the defendant, is that correct?

12             THE WITNESS:  Yes, Judge.

13             THE COURT:  And what did the defendant say or suggest

14   in reference to gang signals or gang affiliation during that

15   interview?

16             THE WITNESS:  I showed him with my hand the Bloods

17   sign, and I said, "What is this?"  And he stated, "That's

18   Blood, that's what it means."

19             THE COURT:  All right.  Thank you, sir.  You may be

20   excused.

21             THE WITNESS:  Thank you.

22             *(Witness excused)*

23             MR. FUNK:  I have nothing further, Your Honor.  Thank

24   you.

25             THE COURT:  All right.

                              Monday, June 6, 2022.

1          So I understand the Government has concluded its

2   evidentiary presentation.  We are going to take a 15-minute

3   break, at which point, I will hear argument from the parties

4   and anything from the defense.

5          THE COURTROOM DEPUTY:  All rise.

6          *(The Judge exited the courtroom)*

7          *(Recess was taken at 10:38 a.m until 11:01 a.m.)*

8          *(The Judge entered the courtroom)*

9          THE COURT:  You may be seated.

10         All right.  Ms. Pittaway, do you have any evidence to

11  present?

12         MS. PITTAWAY:  Just argument, Your Honor.

13         THE COURT:  Okay.  Any witnesses or family members

14  who wish to speak on Mr. Bryant's behalf?

15         MS. PITTAWAY:  No, Your Honor.  There have been

16  letters of support provided.  I will read off the names of the

17  individuals who had been present.  I think that they probably

18  are still in the restrooms or getting a drink of water.  But

19  that would be the extent of it, Your Honor.  I could just

20  couple it with my argument.

21         THE COURT:  Okay.  Before I hear argument from the

22  parties, I do want to make a few observations about the various

23  exhibits presented today in light of the objections.

24         Title 18, United States Code, Section -- I think it's

25  3661, if I'm not mistaken, expressly forbids any limitation

 1    placed on the Court's ability to receive and consider for

 2    purposes of imposing an appropriate sentence information

 3    related to the defendant's character and conduct.  The Court

 4    finds the exhibits presented today fall comfortably within that

 5    broad principle.  These exhibits derive either from the

 6    defendant's own devices or from publicly available sources,

 7    such as YouTube and iTunes.  The agent testified credibly that

 8    he reviewed those materials, and the Court has examined them

 9    independently, including the exhibits that previously were

10    admitted during the trial.

11            I'm also mindful of the defendant's argument that at

12    least as to some of these exhibits, law enforcement isn't aware

13    of the specific date the images or videos were created as

14    opposed to ultimately uploaded, or whether the firearms

15    depicted in the images, in fact, satisfy the federal definition

16    of a firearm, which is something that cannot be resolved

17    conclusively without physical testing of the firearms.  But I

18    don't find either of those factual distinctions sufficient to

19    deem any of the information unreliable, unduly speculative, or

20    otherwise lacking in foundation.

21            So the exhibits were properly admitted and are proper

22    consideration for sentencing purposes.

23            With that, let's turn to argument from the parties,

24    starting from the Government.

25            MR. FUNK:  Your Honor, I wrote ten pages already for

```
 1    the argument, and to talk about it now would kind of just be
 2    rehashing a bit of what I've said before.  But I think the core
 3    thing to look at is, on the day of July 9th of 2020, what was
 4    in his mind about possession of the firearm on that date?  And
 5    what surrounds it gives you an idea about what he was thinking
 6    or what he was not thinking, for that matter.  And that has to
 7    do with his prohibition.  His complete disregard for his
 8    prohibition is what is the most aggravating factor in his
 9    possession.  He's brazen about it.  It's not something which is
10    simply incidental.  Okay.
11          There's this defense that there's a prop or that he
12    just had it for the music shoots for all of those things.  No,
13    he had a real firearm.  It was the FN Five-SeveN, the same one
14    that he possessed multiple occasions prior to that.  It was in
15    his possession.  The jury found that he intended to come back
16    and take possession of it, which is a necessary part of them
17    finding him being in constructive possession.
18          Did he care about the law?  Absolutely not.  He had
19    alternatives.  His argument is that he wants to forward his
20    career.  He could have used prop guns.  You know, I can't
21    mention it during trial, or it's close, to mention the fact
22    that we never saw a pellet gun or a prop or anything like that.
23    I mean, there's no foundation, there's no facts supporting
24    that.  And everything else is consistent with it being the FN
25    firearm.
```

```
1              He has all of these other firearms.  The video is
2     uploaded after he's been a convicted felon.  Part of his
3     lifestyle, part of who he is, his characteristics are having
4     firearms.  Part of his identity is having firearms.  And he
5     says as much.  You know, we have all kinds of different
6     evidence that show characteristics of people.  There's letters
7     from family and friends that, in Mr. Brian's case, show the
8     good side of Mr. Bryant.  He's been successful.  He's
9     ambitious.  He has the ability to read and write.  He has a
10    future that could be had separate and apart from what he
11    chooses to do, which is maintain a lifestyle that involves
12    possession of firearms.
13             He didn't need to have a real firearm, but he chose
14    to.  Okay.  He had access -- wherever this prop is, it's -- it
15    just simply isn't anything but two firearms that he's holding
16    and the still images of the video of the day before.  It's
17    nothing but real firearms that he's holding at the time that
18    they obliterate the image during the video.
19             There's an argument about, like, is he an artist and
20    does he have the right to express himself?  I don't want the
21    Court to take into consideration the mere fact that he is a rap
22    artist or that he has lyrics that are offensive.  That's beside
23    the point.  That shouldn't be taken into consideration.  But
24    when it comes to showing the nature and characteristics of the
25    defendant, what it allows us to do is show a writing that's
```

```
 1    biographical.  The defendant puts forward who he is, and how
 2    he's built or he's not built like that, when he says it the rap
 3    video.  He refers to real things.  Okay.
 4            So we know that he does engage in possession of
 5    firearms.  He certainly was when he was in Colorado.  We know
 6    the date and time of that and the other images.  He surely was
 7    when he was in the "2021 Flow" video.  The big concern too --
 8    and when it talks about deterrence, okay. there's specific and
 9    general deterrence.  But the general deterrence, he's put
10    himself in a position where he incorporated juveniles into his
11    activities.  Okay.  The kids on the front of the truck in the
12    "29 Don" video, you have to judge for yourself, but they're not
13    more than eight, ten years old with all of these folks around.
14    He's a part of that, that influences these children.
15            So when it comes to general deterrence and what
16    should be taken into consideration, it's not the video, but
17    it's his contact with him and Willie Irvin, now an adult, but a
18    juvenile at the time, and influencing those individuals.
19            So the core part, the seriousness of the offense.  He
20    didn't care about what the law was.  He just wanted to have a
21    real firearm.  It's about the deterrence to Mr. Bryant and
22    respect for the authority of the Court, our legal system, for
23    the laws that we all share.  Mr. Bryant needs to be
24    specifically deterred by a sentence that sends a message to him
25    that that's what needs to happen.  There's the general
```

1    deterrence to the community, to let the young kids know that

2    this lifestyle, this disregard for the law is something that

3    won't be tolerated.

4            So with all that being said, I think the sentence at

5    the top end of the guideline would be sufficient but not great

6    than necessary to address all those points that should be taken

7    under consideration in 3553.

8            THE COURT:  Thank you.

9            Ms. Pittaway.

10           MS. PITTAWAY:  I'm ready to proceed when the Court is

11   ready.

12           THE COURT:  Yes.

13           MS. PITTAWAY:  I'm opening up with an image from the

14   "29 Don" video.  This is at the very end, two minutes

15   43 seconds in.  This is what appears at the end of the video.

16   "All weapons shown in this video are prop weapons for motion

17   picture use only."  This is Government's Exhibit 1.

18           This disclaimer at the end of the "29 Don" video, it

19   is consistent with the manager's testimony, Mr. Onea Laguerre,

20   who sat on that stand and testified that the artist and the

21   talent that he manages use replica props.  It's an issue of

22   liability, it's an issue of safety.  And, well, I'm sure that

23   replicas are much cheaper than real firearms anyway.  So for a

24   variety of reasons, it makes sense to only use replicas and

25   props in the videos.

1          Several of the videos that were shown here before the

2    Court, they were all professionally produced videos.  And we

3    don't need a videographer in each instance, because you can

4    look at the quality depicted in the videos, you can look at the

5    rented cars, you can look at the wads of cash, that is all

6    consistent with what Mr.Laguerre testified to at trial.

7          What was also testified to is Ernest Knight's

8    knowledge of the rented cars.  These were not Mr. Bryant's,

9    they weren't the videographers, they were rented.  The cash

10   came from the label, the rented cars came from the label and

11   the manager.  And this disclaimer is consistent with all the

12   testimony by the witnesses on behalf of Mr. Bryant.  And,

13   frankly, it's also just common sense that a label would use

14   replicas and props.

15         Agent Christy testified about how expensive these

16   firearms are.  Some of them are $1200, plus they have

17   accessories of sights, which are several hundred dollars in

18   addition.  You add up 1200 here, 400 there, 700 here, 200

19   accessories, another AR, okay, that's another $1200.  We are at

20   $10,000 in firearms.  The idea that videographers would allow

21   these real functioning firearms to be pointed directly at their

22   face while they're shooting a music video?  That is simply

23   nonsensical.  These are not real firearms depicted in the

24   government's exhibits.

25         I also want to comment on the fact that the testimony

```
 1    from Chris Robinson, this was on cross-examination -- the
 2    defense's expert, Chris Robinson, testified about how with the
 3    CO2 cartridges, there is a projectile.  The magazine expels,
 4    CO2 cartridge goes in, magazine then goes back into and
 5    attaches into the apparent firearm, or the replica firearm,
 6    prop firearm, and then it can expel a projectile of the CO2,
 7    like a BB bullet.
 8         So we heard testimony at trial regarding the CO2
 9    cartridges, and that they are -- the magazine does eject from
10    the replica or the prop for the CO2 cartridges.  And that is
11    very, very important, because ATF Agent Christy seems to want
12    to hang his hat on the depiction in the government's exhibit of
13    Mr. Bryant sitting down, in Government's Exhibit 3, and because
14    the magazine is detached, that that is indicative of a
15    functioning firearm.  That's simply factually inaccurate.  And
16    to quote ATF Agent Michael Kelly, "Any of these firearms could
17    be very well painted pieces of wood."
18         So all of that together, they all support that the
19    government's allegations that these are all firearms or that
20    they may be firearms, it's absolutely pure speculation.  I
21    think it's a very dangerous road to go down, because we're in a
22    criminal court where somebody is subject to criminal liability
23    and criminal punishment, and something more than speculation
24    should be demanded and relied upon.
25         I also want to point out how in Government's Exhibit
```

1     Number 2 -- and this is the image, it's infamous in this case,

2     in that it was introduced during trial, relied on by the

3     Government, relied on at sentencing, and this is with the

4     videographer who's clearly pointing and directing Mr. Bryant

5     how to stand, where to point a firearm.  So when we watch these

6     videos, when we look at the images of him in shoots, we know

7     that somebody is scripting him, somebody is telling him what to

8     do.  We know from Mr. Knight's testimony at trial that

9     Mr. Bryant shows up, they have clothes for him, they have

10    things available for him, they tell him what he is going to do.

11    He is managed talent.

12              I want to turn to the lyrics.  And these were

13    provided in Government's Exhibit 31 and 32.  I've already made

14    my objections, so I'm not going to review those, but

15    substantively I want to speak about those in that -- again,

16    this is First Amendment -- ground zero for First Amendment.  It

17    is the First Amendment that the founding fathers chose to put

18    in the constitution, and that is absolutely essential to

19    enforce, to protect, and this is about the right for free

20    speech.  This is about artistic and entertainment value

21    language.  As offensive as maybe it is, and maybe it really

22    isn't, this is about the First Amendment protecting the ability

23    for Mr. Bryant to sing, to rap, to take pictures, and to not

24    have criminal liability associated with his artistic

25    expression.

```
 1              Substantively, we do not know for certain who wrote
 2    any of these lyrics.  We don't know if he collaborated.  We
 3    don't know if his label bought the lyrics and had him rap the
 4    lyrics, because he's got a larger presence.  We don't know.  So
 5    to hold him accountable as if he absolutely created all of
 6    these lyrics and to hold him criminally liable for the artistic
 7    expression of these lyrics is an incredibly dangerous road to
 8    go down.  It shakes the core of the criminal justice system to
 9    be held criminally liable for the artistic expression that has
10    been depicted in the lyrics.  And substantively what is very
11    important too is that while Agent Christy testified about some
12    of the lyrics that indicated real-life scenarios, there were
13    also lyrics that did not seem to echo any real-life experience
14    that Agent Christy could draw.  And specifically where
15    Mr. Bryant is saying that his brother is in prison for
16    attempted murder, that's simply fictitious, not true.
17              So, again, holding Mr. Bryant -- penalizing him for
18    these lyrics is an incredibly dangerous road to go down.
19              And I will talk about disparity in just a moment, but
20    I want to touch right now on the fact that the rapper, stage
21    name Eminem, his real name is Marshall Mathers, and he has been
22    infamous in the media for the very detailed allegation -- the
23    very detailed lyrics that he has a violence toward women, very
24    detailed in how he is going to hurt women, how he's going to
25    kill women, what he's going to do with their bodies.  And he
```

```
 1   had two cases in Michigan, one of them in Macomb County,
 2   Michigan, Case Number 2000-2824, he had one in Oakland County,
 3   Michigan, Case Number 2000-173333, each of these were titled
 4   People v. Marshall Mathers, and in each case, he is charged
 5   with a firearm.  He's charged in one of them with pistol
 6   whipping, hitting somebody with the firearm.  And yet he gets
 7   probation.  I think that there is -- there needs to be the
 8   recognition of separating artistic expression from looking at
 9   facts depicting firearms.
10           Mr. Bryant is not accused of -- this indictment is
11   just constructive possession of a firearm in the trunk of a
12   vehicle.  The fact that I even am stating that reminds me of
13   how far the Government has gone from bringing the facts
14   regarding the indictment before this Court for purposes of
15   trying to impose a sentence that is reasonable and no more than
16   necessary to effectuate the purposes of 3553 factors.
17           And there's two other points I want to bring up
18   regarding the exhibits, and this would be in Government's 32,
19   on the third page, where Agent Christy -- he testified that
20   even the interpretation was very reasonable, regarding talking
21   about a snitch getting what he needed, the snitch got sentenced
22   to life by a court of law.
23           So as much the Government wants to depict the lyrics
24   as advocating for all kinds of different crimes, there are a
25   number of interpretations that are improper and that are based
```

```
 1   on speculation.  This is a very big distinction over whether
 2   saying a snitch gets life because of retaliation or because a
 3   court of law sentenced him and saying that's a proper sentence.
 4          And on that point, Government's 29, depicting the
 5   phrase "Trap God," this is a genre of rap music, and there's
 6   Mr. Bryant posting "Trap God."  He's a rap artist, and he's got
 7   a lot of money, because he's a successful artist.  Accepting,
 8   adopting, and penalizing Mr. Bryant on the government's
 9   speculation of interpretation, the government's speculation on
10   the idea of the use of firearms is an incredibly dangerous road
11   to go down, because there are multiple interpretations to a lot
12   of this information.
13          The Colorado allegations, these are social media
14   pics.  These were not from a burner phone that corresponded
15   with an arrest for a drug transaction.  It's in a state, first
16   of all, where pot is -- marijuana is legal.  And second of all,
17   these are social media posts.  And, again, these are expensive
18   firearms depicted.  It's a setting with snow, which might be
19   exciting for a Florida-based audience or Florida-based fans.
20   There are several factors that indicate here that the
21   government's allegations are nothing more than mere
22   speculation.  And, again, penalizing based on these
23   speculations by the Government is an incredibly dangerous road
24   to go down.
25          I want to touch briefly on the gang allegations.
```

1    There is absolutely nothing anybody has to do to be designated

2    by the St. Lucie County Sheriff's Office as a gang member,

3    other than wearing some colors, flashing some hand signs, which

4    everybody in predominantly black neighborhoods tend to know.

5    The fact that Mr. Bryant could recognize the sign with

6    Agent Christy is not indicative of him being in a gang or being

7    part of a gang.  And even -- I could stand here today before

8    the Court, I could say, "I'm in a gang," that is not in and of

9    itself criminally sanctionable behavior.  And even if this

10   Court believes that Mr. Bryant was participating to some

11   extent, or socializing or fraternizing in a gang, again, this

12   talking about something, wearing a color, saying words, giving

13   hand signs, these are -- it's a very dangerous road to use

14   those kinds of behaviors to provide criminal sanctions.

15          This case is about the indictment, about constructive

16   possession of a firearm in a vehicle following a video shoot,

17   and that's why we're here today.

18          So turning now to disparity, I want to bring out two

19   other cases.  One of them is *United States v. Dwayne Carter*.

20   This is Case Number 20-CR-2022.  It was in the Southern

21   District of Florida.  Dwayne Carter's stage name is Lil Wayne.

22   He had entered a plea for possession of firearm.  He was

23   carrying a firearm in an airport, which can be an incredibly,

24   incredibly serious circumstances *(sic)*.  While his sentence was

25   pending, he received an executive grant of clemency from

1   President Trump.

2          Bill Kapri, K-A-P-R-I, Case Number 19-CR-20273, his

3   stage name is Kodak Black.  He received 46 months.  He had --

4   he was pardoned with an executive grant of clemency.  He had a

5   prior robbery violation.  He had a supervised release

6   sentencing.  And, I'm sorry, the underlying offense was making

7   a false statement to obtain a firearm, which he ended up

8   acquiring as well.

9          We look at these facts -- I would respectfully submit

10  to the Court that the possession of firearms that occurred in

11  each of these instances was more factually serious than

12  Mr. Bryant's case.  In each of these cases, they received an

13  executive grant of clemency.

14         So disparity, I would respectfully submit to the

15  Court, it's in addition to the statistics provided.  I'm quite

16  certain that the Court reads everything that comes in front of

17  it.  And regarding the sentencing guidelines and how they are

18  frequently departed or varied from downward in the southern

19  district, that in addition to some of these examples, one of

20  them being in the southern district, of an executive grant of

21  clemency in cases arguably with much more serious factual

22  circumstances.

23         I want to summarize the letters.  There were a number

24  of letters that were provided to the Court, as the Court

25  referenced initially.  I also want to bring notice to the

1    amount of people who have come here during trial and here today

2    at sentencing in support of Mr. Bryant.

3            At all times during the trial and during the

4    sentencing, the rows have been filled.  And when we read the

5    letters, we know why.  He supported his mother when she was

6    disabled from the Army.  She had testified at trial about how

7    when she had surgery, he would bring her to and from surgery,

8    help take care of her, stay at her house with her when she did

9    that.  We see family members talking about how he takes the

10   time to FaceTime some of his younger cousins, congratulate

11   them; encouraging one of his family members to finish college

12   at Marshall University saying, "Don't be like me and not have

13   an education, you go finish this."  And he inspired his

14   relative to finish that degree.

15           This is somebody who reached a level of success

16   coming from a small town, and he maintained this love, this

17   bond, this support for all of his family.

18           So we can look at the videos that the Government

19   wants to use to depict the individual, the human being sitting

20   at that table, but that human being is far more.  He's a family

21   man, who takes care of his family, loves his family, is

22   supported and maintains strong bonds with his family.  And he's

23   somebody who is so creative that he was finding anything to

24   make a beat on from the time of six years old, because music

25   was just apparently in his blood.  Somebody who started

```
 1    recording in his bedroom and made it to be able to be recording
 2    in a studio.
 3              Now, for clarity purposes, there is a letter from his
 4    label that says that he is under contract; that contract has
 5    expired.  The letter is not dated, so I'm not exactly sure when
 6    it's from.  So I do want to bring that out.  And as the
 7    memorandum discusses --
 8              THE COURT:  Which letter is that?  Who's the author
 9    of that letter?
10              MS. PITTAWAY:  Yes, let me grab that letter.
11              (Pause)
12              MS. PITTAWAY:  Ad Julien.
13              THE COURT:  Can you spell that, please?
14              MS. PITTAWAY:  Of course.  First name is A-D, last
15    name Julien, J-U-L-I-E-N.
16              THE COURT:  I don't have that letter in the packet
17    that I received.
18              MS. PITTAWAY:  That one was filed, Your Honor.
19              THE COURT:  Oh, okay.  May I please see a copy of
20    that?
21              MS. PITTAWAY:  Permission to approach?
22              (Pause)
23              THE COURT:  All right.  Thank you.
24              MS. PITTAWAY:  Yes.
25              And regarding the -- regarding all the government's
```

```
 1    exhibits, I also just want to point out that Mr. Bryant's
 2    conviction that was adjudicated resulting in his loss of the
 3    ability to own or possess firearm or ammunition, it was on
 4    February 14th, 2019.  And the instant offense was on 7/9/2020.
 5    So when we're talking about these videos, these images, these
 6    files with no metadata, there's a very short -- relatively
 7    short timeframe between when he was convicted and when the
 8    instant offense happened.  So I do want to bring that up for
 9    the Court just to further support the idea that there is a lot
10    of speculation offered on behalf of the Government.
11            In conclusion, Your Honor, as provided in the
12    sentencing memorandum, a statistical analysis, as well as the
13    cases discussed herein, they support the notion of -- to reduce
14    disparity amongst similarly situated defendants throughout the
15    southern district, Mr. Bryant is respectfully requesting for a
16    sentence of 30 months.  The other sentence that he received in
17    this case for that initial case where he was adjudicated on was
18    less than a year.  So this would be a significantly higher
19    sentence than what he received before, and it would be
20    sufficient and no greater than necessary to be able to
21    effectuate the purposes of 3553.
22            In conclusion, I would also like to add that
23    Mr. Bryant has requested for designation at Coleman, and that
24    for purposes of appeal, he would respectfully request for the
25    appointment of the federal defender's office.
```

 1          THE COURT:  All right.  Mr. Bryant, you have an

 2   opportunity to address the Court, if you wish, but you're not

 3   required to make a statement.

 4          MS. PITTAWAY:  Mr. Bryant and I have discussed this

 5   before, and he has indicated, based on advice of counsel, that

 6   he wishes to remain silent at this time.

 7          THE COURT:  All right.  Thank you.  So noted.

 8          All right.  While the Court has considered the

 9   statements of all parties, the presentence report, which

10   contains the advisory guidelines, and the statutory factors set

11   forth in Title 18, United States Code, Section 3553(a), it is

12   the finding of the Court that the defendant is not able to pay

13   a fine.

14          To begin with, I'm going to deny the motion for a

15   downward variance.  I don't find a downward variance to be

16   appropriate in this case.  Although, I will impose a sentence

17   at the low end of the guidelines, which the Court finds to

18   appropriately encapsulate all of the relevant 3553(a) factors,

19   including, most relevant here, the seriousness of the offense,

20   the need to promote respect for the law, and the need to

21   promote general and specific deterrence.

22          I do want to state at the outset that this case is in

23   no way a penalty for the defendant's artistic expression, nor

24   is the Court adopting as substantively true any of the lyrics

25   presented today.  This case, as the defense has noted and I

1    think properly clarified, is about the defendant's knowing

2    possession of a firearm on July 9th, 2020.  That is the offense

3    the jury convicted the defendant of, based on a lengthy trial,

4    and that is the offense the Court has focused on.  So to the

5    extent there have been suggestions about dangerous paths with

6    respect to the First Amendment, that is not the Court's

7    concern.  The Court is strictly focused on the offense of

8    conviction, which involves, of course, the defendant's

9    constructive possession of the firearm.

10            Implicit in the jury's verdict was the jury's finding

11   that the defendant had both the power and intention to take

12   control of that firearm later even if he didn't directly

13   possess it in the vehicle.

14            Having considered the full sentencing record,

15   including all of the 3553(a) factors, the defendant's strong

16   family ties, the various letters submitted on his behalf, which

17   depict a strong family man with professional potential and a

18   desire to succeed, balanced, of course, against the seriousness

19   of the offense and the defendant's knowing possession of a

20   firearm, when he knew full well he was not permitted to do

21   so -- this is, after all, a defendant who is not unfamiliar

22   with firearms but yet chose to possess one in any event -- and

23   for those reasons, the Court will impose a sentence of

24   37 months.

25            It is the judgment of the Court that the defendant,

1   Ronell Bernard Bryant, III, is committed to the Bureau of

2   Prisons to be imprisoned for 37 months.  Upon release from

3   imprisonment, the defendant shall be placed on supervised

4   release for a term of three years.  Within 72 hours of release,

5   the defendant shall report in person to the probation office in

6   the district where released.

7          While on supervised release, the defendant shall

8   comply with the mandatory and standard conditions of supervised

9   release, which include not committing any crimes, being

10  prohibited from possessing a firearm or other dangerous device,

11  not unlawfully possessing a controlled substance, and

12  cooperating in the collection of DNA.  The defendant also shall

13  comply with the following special conditions:  Permissible

14  search, and unpaid restitution, fines, or special assessments,

15  as noted in part F of the presentence report.

16         It is further ordered that the defendant shall pay

17  immediately to the United States a special assessment of $100.

18         The total sentence is therefore 37 months'

19  imprisonment, three years' supervised release, and a $100

20  special assessment.

21         Now that sentence has been imposed, does the

22  defendant or his counsel object to the Court's finding of fact

23  or to the manner in which sentence was pronounced?

24         MS. PITTAWAY:  Objection to the substantive

25  reasonableness and the procedural pronouncement of sentencing.

```
 1              THE COURT:  And just to be clear, what is the

 2    procedural objection?

 3              MS. PITTAWAY:  Moment to confer, Your Honor.

 4              (Discussion had off the record between counsel)

 5              MS. PITTAWAY:  Judge, it would just be regarding the

 6    prior objections to the evidence that was submitted.

 7              THE COURT:  Okay.  Thank you for that clarification.

 8              Sir, you have the right to appeal the conviction and

 9    sentence imposed.  Any notice of appeal must be filed within

10    14 days after the entry of the judgment.  If you are unable to

11    pay the cost of an appeal, you may apply for leave to appeal

12    in forma pauperis.

13              With respect to the defense request that the Court

14    recommend a particular BOP facility, the Court declines to make

15    that recommendation.  Although, if the defendant wishes for a

16    recommendation based on geography, the Court is happy to

17    recommend a sentence in Florida wherever he so desires.  Is

18    that still a request?

19              MS. PITTAWAY:  Yes, Your Honor.

20              THE COURT:  All right.  Anything further from the

21    defense?

22              MS. PITTAWAY:  Nothing further, Judge.

23              THE COURT:  Anything from the Government?

24              MR. FUNK:  No, Your Honor.  Thank you.

25              THE COURT:  All right.
```

1          MS. PITTAWAY:  Actually, I'm sorry, Your Honor, if

2    you could appoint the office of the federal defender for

3    purposes of appeal.

4          THE COURT:  So appointed.

5          Mr. Bryant, god bless you.  I wish you well.

6          The Court is in recess.

7          THE COURTROOM DEPUTY:  All rise.

8          *(Proceedings adjourned at 11:40 a.m.)*

9                    -  -  -  -  -

10         **CERTIFICATE OF OFFICIAL COURT REPORTER**

11         I hereby certify that the foregoing is

12    an accurate transcription and proceedings in the

13    above-entitled matter.

14

**7/25/2022**                     **/s/DIANE MILLER**
15    DATE                      DIANE MILLER, RMR, CRR, CRC
                                Official Court Reporter
16                              United States District Court
                                101 South U.S. Highway 1
17                              Fort Pierce, FL  34950
                                772-467-2337
18

19

20

21

22

23

24

25

**MR. FUNK: [65]** 3/7 5/16 6/5 6/13 6/21 9/10 12/19 13/16 13/19 14/9 14/12 16/3 17/22 18/1 19/6 19/8 20/7 20/21 21/3 23/4 23/22 24/4 24/19 24/25 26/3 26/13 27/6 27/12 27/25 28/7 28/25 29/10 29/25 30/6 31/16 31/23 32/10 33/13 34/5 34/11 35/14 35/23 36/10 36/14 36/19 38/1 38/13 38/15 39/1 41/12 43/15 43/19 43/21 44/1 44/12 44/24 45/2 45/13 45/20 46/18 59/6 62/6 62/23 64/25 83/24
**MR. HUDOCK: [1]** 3/10
**MR. PATANZO: [1]** 3/16
**MS. PITTAWAY: [48]** 3/13 4/17 5/4 5/13 6/3 7/13 8/11 10/19 10/21 11/13 12/24 13/5 13/25 14/7 14/10 15/8 16/8 16/12 16/15 16/22 16/24 17/7 18/22 19/3 26/6 30/22 38/9 38/14 59/2 59/4 59/25 63/12 63/15 68/10 68/13 78/10 78/12 78/14 78/18 78/21 78/24 80/4 82/24 83/3 83/5 83/19 83/22 84/1
**THE COURT: [98]**
**THE COURTROOM DEPUTY: [5]** 3/9 9/12 9/15 63/5 84/7
**THE DEFENDANT: [2]** 4/22 4/25
**THE WITNESS: [15]** 9/17 9/20 32/15 41/4 41/25 42/2 42/5 44/17 46/1 46/6 46/11 46/16 62/12 62/16 62/21

**$**

**$10,000 [1]** 69/20
**$100 [3]** 6/1 82/17 82/19
**$1200 [2]** 69/16 69/19
**$15,000 [1]** 5/24
**$150,000 [1]** 5/25
**$2,000 [2]** 57/24 58/2
**$30,000 [2]** 40/15 40/15
**$700 [1]** 58/11

**/**

**/s/DIANE [1]** 84/14

**1**

**10 [8]** 17/3 24/8 24/10 24/17 24/20 24/21 24/23 24/25
**101 [2]** 1/14 84/16
**109 [1]** 1/18

**10:38 [1]** 63/7
**11 [14]** 17/3 24/8 24/10 24/17 24/20 24/21 24/23 24/25 57/8 58/3 58/4 58/5 60/11 60/17
**11:01 [1]** 63/7
**11:40 [1]** 84/8
**12 [10]** 23/21 25/16 25/18 26/4 26/9 26/11 26/14 27/1 28/13 51/11
**12-second [1]** 60/17
**1200 [1]** 69/18
**12th [1]** 23/21
**13 [7]** 26/16 26/18 27/7 27/8 27/10 27/12 28/12
**14 [7]** 27/14 27/17 28/1 28/3 28/5 28/8 51/20
**14 days [1]** 83/10
**147 [1]** 4/10
**149 [1]** 4/8
**14th [1]** 79/4
**15 [15]** 27/15 27/17 28/1 29/1 31/12 51/20 56/19 57/9 57/14 57/22 58/2 58/16 58/23 61/13 61/22
**15-minute [1]** 63/2
**1500 [1]** 58/2
**16 [5]** 27/15 27/17 28/1 29/1 51/20
**17 [7]** 27/15 27/17 28/2 28/3 28/5 29/1 51/20
**17 years [1]** 14/25
**173333 [1]** 73/3
**17th [1]** 23/1
**18 [10]** 4/4 29/11 29/12 29/16 30/1 30/2 30/4 30/7 63/24 80/11
**19 [9]** 29/11 29/12 29/19 30/1 30/2 30/4 30/7 57/8 58/11

**2**

**20 [10]** 5/21 30/9 30/12 30/17 31/17 31/19 31/21 31/24 51/24 56/20
**20-second [1]** 60/22
**200 [2]** 57/24 69/18
**2004 [1]** 20/6
**2019 [2]** 10/15 79/4
**2020 [16]** 1/5 10/12 14/24 23/1 23/21 24/16 25/4 25/10 28/24 34/17 34/25 40/23 47/13 65/3 79/4 81/2
**2021 [4]** 34/19 35/3 35/5 67/7
**2022 [2]** 75/20 84/14
**20273 [1]** 76/2
**20th [1]** 28/24
**21 [11]** 30/9 30/12 30/21 31/6 31/7 31/17 31/19 31/21 31/24 52/6 52/9
**21-14017-CR-CANNON [1]** 1/2
**21st [1]** 24/16
**22 [8]** 30/9 30/12 31/10

**31/17 31/19 31/21 31/24 52/22**
**22nd [1]** 25/10
**23 [9]** 30/10 30/12 31/13 31/14 31/18 31/19 31/21 31/24 57/8
**2337 [1]** 84/7
**24 [9]** 32/3 32/5 32/11 32/14 33/10 33/14 33/15 33/17 53/7
**25 [7]** 33/20 33/21 34/6 34/7 34/9 34/11 53/10
**25th [1]** 3/21
**26 [8]** 35/15 35/16 35/21 35/25 36/13 45/20 45/24 46/25
**27 [8]** 36/1 36/3 36/11 36/12 36/15 36/17 36/20 53/13
**28 [3]** 36/12 36/17 36/23
**2824 [1]** 73/2
**29 [8]** 10/7 36/12 36/15 36/17 37/2 47/23 53/17 74/4
**29 Don [8]** 6/22 18/7 47/12 56/15 56/17 67/12 67/14 68/18
**29th [5]** 11/8 11/20 19/10 33/2 33/4

**3**

**30 [12]** 38/2 38/3 38/5 38/7 39/4 43/16 43/17 45/16 45/22 46/3 47/20 47/21
**30 months [1]** 79/16
**30-round [1]** 60/13
**30K [3]** 40/4 40/6 40/10
**31 [8]** 16/1 16/4 16/5 17/22 17/24 45/17 47/23 71/13
**32 [20]** 16/21 17/20 38/16 38/19 38/22 39/2 39/3 39/6 39/9 39/12 39/16 39/21 41/14 41/18 42/13 43/3 48/5 48/11 71/13 73/18
**34950 [3]** 1/15 1/18 84/17
**3553 [7]** 4/5 68/7 73/16 79/21 80/11 80/18 81/15
**36-second [1]** 61/2
**3661 [1]** 63/25
**37 [1]** 5/23
**37 months [2]** 81/24 82/2
**37 months' [1]** 82/18
**38-second [1]** 13/19

**4**

**400 [1]** 69/18
**404 [3]** 8/15 8/24 17/5
**43 seconds [1]** 68/15
**46 [1]** 2/6
**46 months [2]** 5/23 76/3
**46-second [1]** 45/2
**47 [2]** 27/21 61/4

**5**

**5.7 [5]** 21/10 22/1 22/7 23/15 29/18
**50 [1]** 60/3
**50-round [3]** 59/19 59/20 59/22
**500 [1]** 58/5
**55-second [1]** 61/7
**59 [1]** 2/7

**6**

**6-12 [1]** 23/21
**600 [1]** 58/11

**7**

**7,000 [1]** 57/18
**7/25/2022 [1]** 84/14
**7/9/2020 [1]** 79/4
**700 [2]** 57/18 69/18
**72 hours [1]** 82/4
**772-467-2337 [1]** 84/17

**8**

**8th [1]** 22/10

**9**

**97 [1]** 1/7
**9th [5]** 25/3 34/25 40/23 65/3 81/2

**A**

**a.m [3]** 63/7 63/7 84/8
**ability [8]** 15/22 38/20 60/3 61/25 64/1 66/9 71/22 79/3
**able [12]** 8/3 15/9 15/23 21/11 21/17 22/21 28/21 33/8 49/20 78/1 79/20 80/12
**about [58]** 6/22 11/17 14/12 18/17 19/20 22/10 23/21 28/15 29/6 32/13 40/4 40/6 41/15 41/23 42/15 49/6 49/18 50/11 50/15 52/19 53/8 53/23 55/8 55/10 58/1 58/7 58/11 58/24 59/1 60/17 62/8 63/22 65/1 65/4 65/5 65/9 65/18 66/19 67/8 67/20 67/21 69/15 70/2 71/15 71/19 71/19 71/22 72/11 72/19 73/21 75/12 75/15 75/15 77/6 77/9 79/5 81/1 81/5
**above [1]** 84/13
**above-entitled [1]** 84/13
**absence [1]** 6/8
**absolute [2]** 8/1 8/7
**absolutely [7]** 8/20 9/1 65/18 70/20 71/18 72/5 75/1
**academy [1]** 32/16
**accepted [1]** 8/24
**Accepting [1]** 74/7
**accepts [2]** 21/22 50/16
**access [3]** 10/10 34/17

**66/14**
**accessories [4]** 57/3 57/12 69/17 69/19
**accessorized [1]** 57/2
**accessory [1]** 57/15
**account [2]** 12/4 12/9
**accountable [1]** 72/5
**accurate [1]** 84/12
**accurately [1]** 62/3
**accused [1]** 73/1
**achieve [1]** 4/4
**Acquire [1]** 62/1
**acquiring [1]** 76/8
**across [1]** 39/19
**activities [1]** 67/11
**activity [2]** 11/3 54/17
**actual [2]** 45/19 49/22
**actually [11]** 13/2 17/8 17/22 21/13 37/17 42/18 49/23 54/2 56/16 57/18 84/1
**Ad [1]** 78/12
**add [3]** 19/3 69/18 79/22
**added [1]** 17/13
**adding [1]** 55/13
**addition [4]** 13/6 69/18 76/15 76/19
**additional [4]** 4/15 4/23 11/17 25/6
**address [2]** 68/6 80/2
**adequate [1]** 16/16
**Adidas [1]** 14/22
**adjourned [1]** 84/8
**adjudicated [3]** 3/25 79/2 79/17
**admission [1]** 17/19
**admissions [1]** 12/5
**admitted [40]** 13/13 17/21 17/24 20/24 21/1 23/7 23/8 23/25 24/2 24/22 24/23 24/23 26/9 26/11 27/8 27/10 28/3 28/5 30/2 30/4 31/20 31/22 33/15 33/17 34/7 34/9 35/19 35/19 35/21 36/16 36/17 38/5 38/7 39/3 39/6 43/17 43/24 44/20 44/22 64/10 64/21
**adopt [1]** 5/19
**adopting [2]** 74/8 80/24
**adoption [1]** 12/8
**adult [1]** 67/17
**advice [1]** 80/5
**advisory [3]** 5/22 6/7 80/10
**advocating [1]** 73/24
**affiliated [2]** 11/3 11/5
**affiliation [1]** 62/14
**aforementioned [2]** 16/12 26/6
**after [4]** 15/5 66/2 81/21 83/10
**again [9]** 22/4 31/7 36/7 59/21 71/15 72/17 74/17 74/22 75/11
**against [4]** 7/25 18/15

**A**

against... [2] 19/18 81/18
age [1] 13/24
agencies [2] 11/11 12/3
agent [30] 6/17 9/10 9/17 11/14 18/3 24/7 26/16 27/14 29/10 32/2 32/12 32/21 38/18 41/1 41/23 44/3 44/16 45/24 59/4 59/9 62/7 62/9 64/7 69/15 70/11 70/16 72/11 72/14 73/19 75/6
Agent Christy [15] 11/14 18/3 24/7 32/12 41/1 44/16 45/24 59/9 62/9 69/15 70/11 72/11 72/14 73/19 75/6
Agent Michael [1] 70/16
Agent Seth [3] 6/17 9/10 9/17
agent's [1] 38/12
aggravating [1] 65/8
AILEEN [1] 1/10
aim [1] 62/1
ain't [1] 39/13
airport [1] 75/23
Airsoft [7] 50/5 50/7 50/11 50/13 50/15 50/18 50/25
AK [2] 27/21 61/4
AK-47 [1] 61/4
Alcohol [1] 9/24
all [93]
allegation [1] 72/22
allegations [4] 70/19 74/13 74/21 74/25
allow [1] 69/20
allows [1] 66/25
along [5] 3/14 4/11 5/20 27/19 47/25
already [2] 44/25 71/13
also [32] 4/9 4/12 6/16 7/4 11/6 12/7 12/8 16/24 17/8 19/25 25/6 29/5 33/11 37/18 46/6 46/7 50/5 51/21 54/7 55/16 55/18 55/22 64/11 69/7 69/13 69/25 70/25 72/13 76/25 79/1 79/22 82/12
alternatives [1] 65/19
although [3] 5/25 80/16 83/15
am [1] 73/12
ambitious [1] 66/9
Amendment [9] 8/2 8/7 16/17 19/4 71/16 71/16 71/17 71/22 81/6
AMERICA [1] 1/3
ammunition [2] 3/24 79/3
among [1] 10/17
amongst [1] 79/14
amount [1] 77/1
amounts [1] 40/14
analysis [2] 22/22 79/12

another [6] 31/2 44/17 55/11 56/11 69/19 69/19
answer [2] 15/12 47/10
any [40] 4/15 4/23 5/2 5/11 6/4 6/8 6/10 7/19 7/21 9/2 9/3 12/23 15/1 16/7 26/5 42/20 42/25 43/21 45/8 47/11 49/21 50/18 51/24 52/12 52/12 52/20 54/17 58/15 59/24 63/10 63/13 63/25 64/19 70/16 72/22 72/13 80/24 81/22 82/9 83/9
anybody [1] 75/1
anyone [1] 54/24
anything [6] 63/4 65/22 66/15 77/23 83/20 83/23
anyway [1] 68/23
anywhere [4] 14/2 57/17 57/23 58/5
apart [1] 66/10
apologize [1] 55/23
apparent [5] 50/24 53/1 56/20 58/8 70/5
apparently [1] 77/25
appeal [6] 79/24 83/8 83/9 83/11 83/11 84/3
appear [1] 13/24 14/2 15/5 15/6 15/12 25/2 27/5 28/16 37/1 46/13 49/20 59/18 60/8 60/22 61/3 61/7 61/12
appearance [1] 3/5
APPEARANCES [1] 1/12
appeared [5] 26/21 57/3 57/8 57/8 57/9
appearing [2] 36/24 49/21
appears [29] 4/8 15/2 21/6 21/8 21/23 22/1 23/16 25/5 27/21 28/14 29/20 30/17 31/8 31/11 32/8 33/24 36/7 36/8 49/18 54/15 59/11 59/19 60/10 60/19 60/24 61/13 61/15 61/22 68/15
Apple [1] 42/5
apply [2] 17/9 83/11
appoint [1] 84/2
appointed [1] 84/4
appointment [1] 79/25
approach [1] 78/21
appropriate [4] 6/9 6/10 64/2 80/16
appropriately [1] 80/18
approximate [1] 47/12
approximately [4] 14/25 25/10 28/24 40/15
April [2] 25/10 28/24
April 20th [1] 28/24
April 22nd [1] 25/10
AR [14] 31/12 56/23 56/24 57/9 57/11 57/14 57/19 57/22 58/2 58/20 58/23 61/13 61/22 69/19

AR-15 [8] 31/12 57/9 57/14 57/22 58/2 58/23 61/13 61/22
are [76] 3/20 4/1 4/15 5/11 5/18 7/4 8/19 8/21 9/3 10/1 11/2 11/5 11/5 12/6 12/9 12/11 12/11 12/14 16/14 18/25 20/24 21/17 24/21 27/4 28/3 30/2 30/11 31/19 32/19 32/20 33/2 33/8 34/16 36/16 38/10 40/2 40/3 40/8 42/9 42/20 45/5 45/18 45/21 47/25 48/15 49/20 49/22 52/9 54/20 55/19 63/2 63/18 64/21 66/3 66/22 68/16 68/23 69/16 69/16 69/17 69/19 69/23 70/9 70/19 73/24 73/25 73/25 74/11 74/13 74/17 74/17 74/20 74/21 75/13 76/17 83/10
area [4] 11/15 25/8 32/21 46/12
arguably [1] 76/21
argument [13] 6/9 9/4 13/4 16/18 63/3 63/12 63/20 63/21 64/11 64/23 65/1 65/19 66/19
arguments [1] 8/12
armor [1] 61/15
Arms [1] 60/10
Army [1] 77/6
around [5] 19/14 25/22 34/1 57/23 67/13
arrest [1] 74/15
arrested [9] 22/11 29/6 29/9 33/3 34/24 34/25 42/22 42/23 48/22
arresting [1] 41/5
arrive [1] 4/2
artist [9] 7/9 7/16 8/2 54/7 66/19 66/22 68/20 74/6 74/7
artistic [7] 8/5 71/20 71/24 72/6 72/9 73/8 80/23
as [86]
aside [1] 13/2
ask [3] 7/23 8/25 9/2
assault [1] 31/8
assessment [3] 6/1 82/17 82/20
assessments [1] 82/14
associate [2] 30/17 30/23
associated [6] 47/3 47/17 52/1 52/7 53/11 71/24
associates [1] 12/1
ATF [11] 6/18 8/17 8/20 9/25 11/20 11/25 32/16 37/17 40/18 70/11 70/14
attaches [1] 70/5
attempted [4] 48/19 48/25 49/6 72/16

attention [6] 43/2 46/24 47/20 49/8 50/1 56/14
attorney [2] 1/14 4/24
audience [1] 74/19
audio [7] 13/15 34/13 37/7 39/5 45/21 45/22 46/4
audio/visual [1] 34/13
AUSA [2] 1/13 1/13
author [1] 78/8
authority [1] 67/22
autobiographical [1] 6/22
automatic [1] 58/5
available [5] 10/10 46/7 51/10 64/6 71/10
average [1] 58/2
aware [4] 3/21 52/9 54/20 64/12

**B**

back [4] 7/21 27/1 65/15 70/4
background [1] 52/17
balanced [1] 81/18
ballpark [6] 58/1 58/2 58/4 58/8 58/15 58/24
bandanna [2] 14/3 14/16
based [14] 8/6 11/10 19/21 23/18 24/14 33/8 34/2 73/25 74/19 74/19 74/22 80/5 81/3 83/16
basically [1] 43/11
basis [7] 12/25 13/9 17/18 18/25 41/3 51/15 55/20
BB [2] 50/22 70/7
be [97]
bear [1] 6/16
beat [1] 77/24
became [1] 54/24
because [13] 17/3 45/10 47/14 69/3 70/11 70/13 70/21 72/4 74/2 74/2 74/7 74/11 77/24
bedroom [1] 78/1
been [39] 6/23 11/14 11/20 11/22 11/25 12/20 16/4 18/14 19/17 19/17 19/18 20/22 23/23 27/7 28/1 30/1 31/17 32/11 32/24 33/14 34/6 35/18 36/11 38/2 39/1 43/17 44/13 54/14 54/16 54/21 63/15 63/17 66/2 66/8 72/10 72/21 77/4 81/5 82/21
before [13] 1/10 7/23 22/10 29/8 47/7 63/21 65/2 66/16 69/1 73/14 75/7 79/19 80/5
begin [1] 80/14
beginning [5] 3/6 18/10 35/3 44/24 56/18
behalf [9] 3/8 3/11 3/14

4/10 4/17 63/14 69/12 79/10 81/16
behavior [1] 75/9
behaviors [1] 75/14
behind [1] 44/10
being [15] 10/14 11/3 33/9 34/16 52/19 57/7 65/17 65/24 68/4 75/6 75/6 76/20 77/19 77/20 82/9
believe [20] 8/19 10/12 11/13 16/24 19/9 22/8 22/10 23/21 29/8 29/22 40/25 42/23 45/10 51/13 51/19 52/1 52/16 54/5 54/21 57/5
believed [1] 8/14
believes [1] 75/10
belong [1] 40/20
below [1] 40/17
Bentrell [1] 42/15
BERNARD [3] 1/6 3/4 82/1
beside [2] 3/14 66/2
best [2] 15/22 38/20
between [2] 79/7 83/4
big [2] 67/7 74/1
Bill [1] 76/2
binoculars [1] 39/20
biographical [1] 67/1
bit [1] 65/2
BJ [1] 42/14
black [4] 12/13 55/15 75/4 76/3
bless [1] 84/5
blood [2] 62/18 77/25
Bloods [14] 7/4 11/5 12/12 12/13 12/17 14/4 14/17 23/16 32/8 33/5 33/10 33/12 36/25 62/16
blur [1] 45/8
blurred [2] 45/7 45/10
bodies [1] 72/25
body [1] 61/15
bond [4] 35/1 35/3 37/6 77/17
bonds [1] 77/22
BOP [1] 83/14
born [1] 20/6
both [3] 24/17 51/5 81/11
bottom [3] 38/25 39/9 43/3
bought [1] 72/3
brand [2] 27/5 58/10
brazen [1] 65/9
break [1] 63/3
Brian's [1] 66/7
briefly [10] 24/25 26/13 27/12 28/7 28/25 30/6 31/23 34/12 36/20 74/25
bring [1] 5/7 8/18 47/20 49/8 50/1 73/17 75/18 76/25 77/7 78/6 79/8
bringing [1] 73/13

**B**

**bro** [2] 37/25 39/14
**broad** [1] 64/5
**brother** [8] 42/22 48/12 48/15 48/18 48/20 48/22 49/4 72/15
**BRYANT** [91]
**Bryant's** [14] 10/1 12/1 26/20 28/10 30/19 30/20 37/13 44/8 48/12 60/9 63/14 69/8 76/12 79/1
**built** [2] 67/2 67/2
**bullet** [1] 70/7
**bunch** [1] 54/5
**Bureau** [2] 9/24 82/1
**burner** [1] 74/14
**busted** [1] 40/18
**busting** [1] 37/17
**buy** [1] 8/3

**C**

**C-H-R-I-S-T-Y** [1] 9/18
**calculated** [1] 6/7
**calculations** [1] 5/20
**Cali** [1] 39/25
**caliber** [1] 21/13
**call** [1] 9/10
**called** [2] 34/17 56/6
**calling** [2] 3/3 18/12
**calls** [1] 37/25
**came** [5] 25/21 44/7 46/2 69/10 69/10
**camera** [1] 44/10
**can** [31] 3/5 6/19 7/9 10/22 14/12 16/12 19/6 19/16 19/17 19/25 21/13 32/12 38/13 39/9 39/18 39/24 40/5 41/2 54/4 55/13 57/17 57/22 59/16 60/13 69/3 69/4 69/5 70/6 75/23 77/18 78/13
**can't** [4] 52/3 52/4 60/19 65/20
**CANNON** [3] 1/2 1/10 3/4
**cannot** [3] 8/21 54/17 64/16
**cap** [1] 26/23
**capacity** [1] 59/24
**car** [4] 13/23 41/7 52/19 52/19
**care** [4] 65/18 67/20 77/8 77/21
**career** [1] 65/20
**carries** [1] 49/1
**carrying** [3] 7/2 7/2 75/23
**cars** [3] 69/5 69/8 69/10
**Carter** [1] 75/19
**Carter's** [1] 75/21
**cartridge** [2] 50/20 70/4
**cartridges** [4] 50/23 70/3 70/9 70/10
**case** [22] 1/2 3/4 10/2 34/24 34/25 42/19 43/6 47/15 66/7 71/1 73/2

73/3 73/4 75/15 75/20 76/2 76/12 79/17 79/17 80/16 80/22 80/25
**case**
**21-CR-14017-Cannon** [1] 3/4
**cases** [7] 11/25 37/18 73/1 75/19 76/12 76/21 79/13
**cash** [3] 27/22 69/5 69/9
**category** [1] 5/22
**caught** [1] 48/18
**cellphone** [7] 17/11 20/17 26/21 30/15 51/13 51/14 51/15
**center** [2] 32/17 36/6
**certain** [4] 10/4 59/10 72/1 76/16
**certainly** [1] 67/5
**CERTIFICATE** [1] 84/10
**certify** [1] 84/11
**cetera** [1] 11/7
**Change** [1] 34/13
**changed** [1] 48/8
**changes** [1] 6/4
**character** [2] 71/10 64/3
**characteristics** [4] 7/6 66/3 66/6 66/24
**characterization** [1] 30/22
**charge** [1] 49/3
**charged** [3] 21/10 73/4 73/5
**charges** [4] 3/23 37/21 43/4 43/13
**cheaper** [1] 68/23
**children** [4] 7/4 11/6 13/22 67/14
**chilling** [1] 8/8
**chooses** [2] 15/24 66/11
**chopper** [2] 19/22 19/23
**chose** [3] 66/13 71/17 81/22
**Chris** [3] 3/10 70/1 70/2
**CHRISTOPER** [1] 1/13
**Christopher** [1] 51/3
**Christy** [20] 2/4 6/18 9/11 9/14 9/17 11/14 18/3 24/7 32/12 41/1 44/16 45/24 59/9 62/9 69/15 70/11 72/11 72/14 73/19 75/6
**Christy's** [1] 11/17
**circumstances** [4] 18/13 52/13 75/24 76/22
**clarification** [2] 17/13 83/7
**clarified** [1] 81/1
**clarity** [1] 78/3
**clear** [3] 16/20 36/12 83/1
**clearly** [2] 26/24 71/4
**clemency** [4] 75/25 76/4 76/13 76/21
**client's** [1] 17/11

**close** [1] 65/21
**clothes** [2] 53/1 71/9
**co** [1] 3/15
**co-counsel** [1] 3/15
**CO2** [8] 50/5 50/20 50/23 70/3 70/4 70/6 70/8 70/10
**Code** [3] 4/5 63/24 80/11
**codefendant** [1] 42/15
**Coleman** [1] 79/23
**collaborate** [1] 8/14
**collaborated** [2] 7/18 72/2
**collect** [1] 10/4
**collection** [1] 82/12
**college** [1] 77/11
**color** [2] 55/15 75/12
**Colorado** [6] 27/4 34/1 54/20 54/21 67/5 74/13
**colors** [7] 7/3 12/8 12/11 14/4 14/17 32/19 75/3
**combination** [2] 55/18 55/19
**come** [8] 10/21 18/4 20/15 36/13 44/16 45/25 65/15 77/1
**comes** [3] 66/24 67/15 76/16
**comfortably** [1] 64/4
**coming** [1] 77/16
**comment** [1] 69/25
**committed** [2] 6/23 82/1
**committing** [1] 82/9
**common** [1] 69/13
**community** [2] 55/15 66/1
**Compact** [2] 21/14 22/8
**company** [2] 35/5 35/11
**complete** [1] 65/7
**complied** [1] 20/14
**comply** [2] 82/8 82/13
**concern** [2] 67/7 81/7
**conclude** [1] 19/1
**concluded** [1] 63/1
**conclusion** [4] 15/10 15/14 79/11 79/22
**conclusions** [1] 16/17
**conclusively** [2] 49/21 64/17
**conditions** [2] 82/8 82/13
**conduct** [3] 8/6 8/7 64/3
**conducted** [1] 62/10
**conducting** [1] 41/6
**confer** [2] 59/2 83/3
**conflict** [1] 9/1
**confrontation** [1] 19/4
**congratulate** [1] 77/10
**consider** [3] 13/1 17/15 64/1
**consideration** [8] 9/8 13/9 17/18 64/22 66/21 66/23 67/16 68/7
**considered** [2] 80/8 81/14

**consistent** [6] 14/4 14/17 65/24 68/19 69/6 69/11
**constitution** [1] 71/18
**constructive** [2] 65/17 73/11 75/15 81/9
**contact** [1] 67/17
**contained** [1] 5/20
**contains** [1] 80/10
**content** [1] 42/8
**context** [1] 34/2
**continue** [3] 10/25 19/2 19/6
**continuing** [4] 16/9 16/10 26/7 33/4
**contract** [2] 78/4 78/4
**control** [1] 81/12
**controlled** [1] 82/11
**convicted** [7] 3/25 10/13 12/22 23/2 66/2 79/7 81/3
**conviction** [3] 79/2 81/8 83/8
**cooperating** [4] 18/14 19/12 42/18 82/12
**copy** [3] 41/9 48/1 78/19
**copy/paste** [1] 48/1
**core** [3] 65/2 67/19 72/8
**Corporation** [1] 60/10
**correct** [31] 5/14 6/2 10/8 16/22 43/13 43/14 46/11 47/1 47/4 47/8 47/15 47/24 48/4 48/13 48/24 49/5 49/17 49/25 50/6 51/6 51/12 51/18 52/23 53/8 54/8 54/11 54/19 55/9 57/2 58/13 62/11
**corrections** [1] 48/4
**corresponded** [1] 74/14
**cost** [1] 83/11
**could** [28] 14/10 20/7 20/11 26/24 34/13 38/11 45/11 47/7 47/9 48/9 48/21 51/10 55/16 55/22 56/3 56/12 57/23 59/1 59/6 63/19 65/20 66/10 70/16 72/14 75/5 75/7 75/8 84/2
**couldn't** [1] 54/14
**counsel** [4] 3/15 80/5 82/22 83/4
**count** [2] 3/23 56/21
**County** [11] 18/19 32/23 32/25 43/9 54/22 54/25 55/12 56/3 73/1 73/2 75/2
**couple** [5] 6/15 29/8 55/25 58/6 63/20
**course** [5] 12/15 18/3 78/14 81/8 81/18
**court** [73] 1/1 1/24 1/24 3/25 4/6 4/16 5/7 5/19 6/8 6/13 6/16 6/19 7/23 8/19 8/25 9/2 10/22 13/15 13/18 15/13 15/17 17/13 17/15 35/13 39/10

**41/3 43/20 45/1 49/16 49/16 59/14 60/6 60/15 60/20 60/25 61/5 61/9 61/18 62/5 64/3 64/8 66/21 67/22 68/10 69/2 70/22 73/14 73/22 74/3 75/8 75/10 76/10 76/15 76/16 76/24 76/24 79/9 80/2 80/8 80/12 80/17 80/24 81/4 81/7 81/23 81/25 83/13 83/14 83/16 84/6 84/10 84/15 84/16**
**Court's** [7] 9/8 13/1 13/9 17/18 64/1 81/6 82/22
**courtroom** [2] 63/6 63/8
**cousin** [1] 27/20
**cousins** [2] 55/25 77/10
**CR** [4] 1/2 3/4 75/20 76/2
**crackers** [2] 40/6 40/8
**CRC** [2] 1/23 84/15
**created** [8] 22/23 23/20 24/15 25/22 47/11 52/4 64/13 72/5
**creation** [5] 22/25 47/18 47/19 47/19 51/25
**creative** [1] 77/23
**credibly** [1] 64/7
**Crime** [1] 11/23
**crimes** [3] 6/23 73/24 82/9
**criminal** [7] 5/22 70/22 70/22 70/23 71/24 72/8 75/14
**criminalize** [1] 8/5
**criminally** [3] 72/6 72/9 75/9
**criteria** [3] 55/2 55/14 55/24
**cross** [3] 2/6 46/20 70/1
**cross-examination** [2] 46/20 70/1
**CRR** [2] 1/23 84/15
**custody** [1] 26/22

**D**

**DA** [3] 39/13 46/12 46/15
**daily** [1] 55/20
**damn** [1] 39/19
**dangerous** [8] 70/21 72/7 72/18 74/10 74/23 75/13 81/5 82/10
**DANIEL** [1] 1/13 3/7
**date** [20] 10/11 22/9 22/12 22/22 22/25 23/2 23/18 23/19 28/22 35/1 47/5 47/11 47/12 47/18 47/19 47/19 64/13 65/4 67/6 84/15
**dated** [1] 78/5
**day** [4] 22/10 24/18 65/3 66/16
**days** [2] 47/7 83/10
**DD** [3] 41/15 41/16

**D**

**DD... [1]** 41/20
**dealing [3]** 25/24 54/2 54/6
**declines [1]** 83/14
**deconflictions [1]** 43/7
**deem [1]** 64/19
**defendant [22]** 1/7 1/16 4/13 7/7 25/7 58/10 62/11 62/13 66/25 67/1 80/12 81/3 81/11 81/21 81/25 82/3 82/5 82/7 82/12 82/16 82/22 83/15
**defendant's [30]** 12/12 17/21 20/16 20/25 23/7 24/1 24/22 26/10 27/9 33/16 34/8 35/19 36/16 38/6 39/4 40/22 44/20 52/5 64/3 64/6 64/11 80/23 81/1 81/8 81/15 81/19
**defendants [1]** 79/14
**defender [2]** 1/17 84/2
**defender's [1]** 79/25
**defense [6]** 4/17 63/4 65/11 80/25 83/13 83/21
**defense's [1]** 70/2
**defer [1]** 5/7
**definition [3]** 15/15 55/12 64/15
**definitive [1]** 15/13
**degree [1]** 77/14
**demanded [1]** 70/24
**Denver [2]** 25/7 25/7
**deny [1]** 80/14
**Deontarrius [3]** 27/20 28/20 40/13
**departed [1]** 76/18
**Department [1]** 32/23
**depending [1]** 57/18
**depict [10]** 8/24 10/16 26/17 27/16 27/19 34/21 49/20 73/23 77/19 81/17
**depicted [9]** 8/15 27/3 44/6 57/11 64/15 69/4 69/23 72/10 74/18
**depicting [2]** 73/9 74/4
**depiction [1]** 70/12
**depicts [3]** 10/17 11/1 24/12
**derive [1]** 64/5
**describe [2]** 41/3 59/16
**description [1]** 43/25
**designated [4]** 55/17 55/23 56/4 75/1
**designation [2]** 55/13 79/23
**desire [1]** 81/18
**desires [1]** 83/17
**detachable [5]** 21/22 50/4 50/5 50/12 50/17
**detached [1]** 70/14
**detail [1]** 41/7
**detailed [3]** 72/22 72/23 72/24

**detained [1]** 37/19
**detective [1]** 43/9
**determine [3]** 8/21 9/7 22/22
**determined [1]** 17/17
**deterred [1]** 67/24
**deterrence [8]** 7/7 67/8 67/9 67/9 67/15 67/21 68/1 80/21
**device [1]** 82/10
**devices [1]** 64/6
**diane [4]** 1/23 1/25 84/14 84/15
**did [39]** 10/4 10/6 10/9 12/16 15/19 15/21 15/22 18/4 20/15 25/6 25/22 26/23 29/3 37/6 37/10 38/19 41/24 42/1 42/18 42/18 43/6 43/23 44/3 44/16 45/25 48/1 48/4 51/9 52/25 53/3 54/12 56/21 57/20 58/15 60/17 62/13 65/18 72/13 77/8
**didn't [4]** 44/1 66/13 67/20 81/12
**different [10]** 7/3 12/4 18/25 19/16 54/4 58/16 58/16 58/19 66/5 73/24
**digital [1]** 21/17
**direct [4]** 2/5 9/21 50/2 50/3
**directing [1]** 71/4
**directly [3]** 17/11 69/21 81/12
**disabled [1]** 77/6
**disclaimer [2]** 68/18 69/11
**discuss [1]** 4/24
**discussed [2]** 79/13 80/4
**discusses [1]** 78/7
**discussion [2]** 62/8 83/4
**disparity [4]** 72/19 75/18 76/14 79/14
**display [2]** 24/4 36/20
**displayed [1]** 10/22
**displaying [1]** 23/16
**disregard [2]** 65/7 68/2
**distinction [1]** 74/1
**distinctions [1]** 64/18
**district [10]** 1/1 1/1 1/10 1/24 75/21 76/19 76/20 79/15 82/6 84/16
**DIVISION [1]** 1/2
**DNA [1]** 82/12
**do [73]** 4/23 5/5 9/23 13/22 13/24 14/13 14/19 14/20 14/21 15/1 15/5 15/11 16/24 18/13 18/17 18/17 20/9 20/18 21/6 22/9 22/14 22/18 24/9 25/16 27/3 27/16 29/15 29/22 30/11 30/16 30/16 33/25 34/24 36/14 38/13 41/21 42/8 42/9 42/23 45/8 46/9 47/21 50/18 50/23 51/2 51/7 51/24

52/6 52/12 52/19 53/7 53/10 53/21 54/18 56/2 58/15 60/3 60/18 61/25 63/10 63/22 65/7 66/11 66/25 71/8 71/10 72/1 72/25 75/1 78/6 79/8 80/22 81/20
**docket [1]** 4/8
**docketed [1]** 4/10
**document [1]** 12/3
**documentation [7]** 12/2 54/22 55/6 55/8 55/10 55/11 62/9
**documented [10]** 11/8 11/25 12/10 19/10 33/3 54/24 55/5 55/12 55/16 56/6
**does [37]** 10/16 12/2 21/25 25/2 26/16 33/20 34/21 35/5 35/10 35/25 36/23 37/1 37/2 37/4 37/12 37/15 37/21 37/24 39/15 39/21 40/10 40/17 56/10 59/17 59/20 59/22 60/8 60/22 61/2 61/7 61/12 61/25 62/2 66/20 67/4 70/9 82/21
**doesn't [2]** 10/23 54/3
**doing [2]** 25/23 43/7
**dollars [2]** 57/23 58/6 59/1 69/17
**Don [12]** 6/22 10/7 18/7 46/12 46/15 47/12 47/23 56/15 56/17 67/12 68/14 68/18
**don't [31]** 4/25 8/14 11/13 11/16 23/24 30/24 35/14 41/20 43/21 50/20 51/9 52/2 52/11 52/12 52/24 53/9 53/22 54/9 54/10 56/22 57/7 58/18 64/18 66/20 69/3 72/2 72/3 72/4 77/12 78/16 80/15 80/15
**door [1]** 37/17
**down [17]** 15/22 19/21 39/21 39/22 40/1 42/14 48/17 49/8 49/9 49/13 51/23 70/13 70/21 72/8 72/18 74/11 74/24
**downloaded [1]** 46/5
**downward [4]** 4/9 76/18 80/15 80/15
**dozen [2]** 58/19 58/20
**Draco [8]** 27/21 27/23 58/23 58/23 58/24 58/25 59/1 61/4
**Draco AK-47 [1]** 27/21
**draw [2]** 43/2 72/14
**dress [1]** 12/8
**drink [1]** 63/18
**dropped [2]** 43/3 43/13
**drug [6]** 11/23 25/24 41/6 54/1 54/6 74/15
**drum [2]** 59/19 59/20

**during [17]** 12/7 12/15 18/3 20/16 37/6 40/16 51/3 54/17 56/11 62/14 64/10 65/21 66/18 71/2 77/1 77/3 77/3
**Dwayne [2]** 75/19 75/21

**E**

**each [6]** 16/9 69/3 73/3 73/4 76/11 76/12
**earlier [4]** 14/3 28/12 54/1 62/8
**early [1]** 14/24
**easier [1]** 62/2
**echo [1]** 72/13
**education [1]** 77/13
**effect [1]** 8/8
**effectuate [2]** 73/16 79/21
**eight [3]** 14/2 36/24 67/13
**eighth [1]** 19/14
**either [6]** 8/3 12/6 19/25 48/9 64/5 64/18
**eject [1]** 70/9
**elaborate [1]** 32/12
**elicitation [1]** 13/6
**elicited [1]** 11/18
**ELMO [1]** 20/7
**else [6]** 6/25 7/18 7/19 7/19 18/15 65/24
**Eminem [1]** 72/21
**encapsulate [1]** 80/18
**encounters [1]** 12/7
**encouraging [1]** 77/11
**end [10]** 7/24 9/1 13/3 31/8 56/3 68/5 68/14 68/15 68/18 80/17
**ended [1]** 76/7
**enforce [1]** 71/19
**enforcement [12]** 11/2 11/24 12/3 12/7 18/4 18/14 19/13 32/17 32/22 40/9 40/13 55/22 64/12
**engage [1]** 67/4
**enhance [2]** 7/24 8/6
**enter [1]** 3/5
**entered [2]** 63/8 75/22
**entertainment [2]** 8/5 71/20
**entitled [1]** 84/13
**entry [2]** 4/8 83/10
**entry 149 [1]** 4/8
**Ernest [1]** 69/7
**ESQ [2]** 1/16 1/17
**essential [1]** 71/18
**essentially [2]** 8/5 18/10
**et [1]** 11/7
**et cetera [1]** 11/7
**even [9]** 8/14 8/23 13/1 39/13 73/12 73/20 75/7 75/9 81/12
**evening [1]** 41/7
**event [1]** 81/22
**events [2]** 6/23 37/12
**eventually [1]** 43/13

**ever [2]** 53/21 54/24
**every [1]** 55/5
**everybody [1]** 75/4
**everything [2]** 65/24 76/16
**evidence [44]** 6/10 6/10 7/17 7/20 12/20 13/14 16/4 17/15 17/25 18/25 20/22 21/2 23/9 23/23 24/3 24/20 24/24 26/12 27/7 27/11 28/1 28/6 30/1 30/5 31/17 31/22 32/10 33/13 33/18 34/6 34/10 35/15 35/22 36/10 36/18 38/2 38/8 39/1 39/7 44/13 44/23 63/10 66/6 83/6
**evidentiary [1]** 63/2
**evil [2]** 37/25 39/13
**exactly [1]** 78/5
**examination [5]** 9/21 46/20 50/3 59/7 70/1
**examined [1]** 64/8
**examples [1]** 76/19
**exciting [1]** 74/19
**Excuse [1]** 17/23
**excused [2]** 62/20 62/22
**executive [4]** 75/25 76/4 76/13 76/20
**exhibit [157]**
**Exhibit 1 [7]** 6/21 13/11 45/16 45/20 56/15 56/17 68/17
**Exhibit 10 [3]** 24/8 24/20 24/21
**Exhibit 12 [2]** 26/9 5/11/11
**Exhibit 13 [3]** 27/7 27/8 28/12
**Exhibit 14 [4]** 27/14 28/1 28/8 51/20
**Exhibit 15 [1]** 29/1
**Exhibit 18 [4]** 29/11 29/16 30/1 30/7
**Exhibit 19 [1]** 29/19
**Exhibit 2 [3]** 17/1 20/22 44/7
**Exhibit 20 [5]** 30/9 30/17 31/17 31/24 51/24
**Exhibit 21 [4]** 30/21 31/6 31/7 52/6
**Exhibit 23 [2]** 31/13 31/14
**Exhibit 24 [6]** 32/3 32/11 33/10 33/14 33/15 53/7
**Exhibit 25 [4]** 33/20 34/6 34/11 53/10
**Exhibit 26 [3]** 35/15 35/25 45/20
**Exhibit 27 [3]** 36/11 36/20 53/13
**Exhibit 28 [1]** 36/23
**Exhibit 29 [2]** 37/2 53/17
**Exhibit 3 [2]** 17/1 70/13

USA vs. RONELO BERNARD BRYANT

**E**

**Exhibit 30 [6]** 38/2 43/16 43/17 45/22 46/3 47/20
**Exhibit 31 [3]** 16/1 16/4 71/13
**Exhibit 32 [13]** 17/20 38/16 38/19 39/2 39/9 39/12 39/21 41/14 41/18 42/13 43/3 48/5 48/11
**Exhibit 5 [1]** 17/2
**Exhibit 6 [2]** 17/2 44/11
**Exhibit 7 [4]** 43/24 44/13 45/20 56/16
**Exhibit 8 [2]** 17/3 23/6
**Exhibit 9 [3]** 17/3 23/23 23/25
**Exhibit's [3]** 17/2 22/3 31/10
**Exhibit's 4 [1]** 17/2
**exhibiting [2]** 12/16 32/8
**exhibits [22]** 6/14 6/17 6/20 7/12 16/9 16/21 17/16 17/19 20/9 20/11 24/17 45/19 49/19 63/23 64/4 64/5 64/9 64/12 64/21 69/24 73/18 79/1
**Exhibits 2 [1]** 20/11
**exited [1]** 63/6
**expel [1]** 70/6
**expelling [1]** 51/8
**expels [2]** 50/21 70/3
**expensive [4]** 57/18 57/21 69/15 74/17
**experience [12]** 11/10 13/7 19/21 32/13 32/21 32/24 33/5 33/8 46/14 50/10 50/25 72/13
**expert [3]** 11/14 16/16 70/2
**experts [1]** 51/5
**expired [1]** 78/5
**Explosives [1]** 9/25
**express [1]** 66/20
**expression [5]** 71/25 72/7 72/9 73/8 80/23
**expressly [1]** 63/25
**extent [4]** 54/9 63/19 75/11 81/5
**extracted [1]** 30/14
**extraction [1]** 51/13

**F**

**face [2]** 8/20 69/22
**Facebook [2]** 29/5 53/2
**FaceTime [1]** 77/10
**facility [1]** 83/14
**fact [10]** 8/23 15/15 64/15 65/21 66/21 69/25 72/20 73/12 75/5 82/22
**factor [2]** 55/13 65/8
**factors [5]** 73/16 74/20 80/10 80/18 81/15
**facts [6]** 9/1 47/14 65/23 73/9 73/13 76/9

factual [4] 15/10 16/17 64/18 76/21
**factually [3]** 48/21 70/15 76/11
**fair [3]** 57/12 58/3 58/24
**fall [1]** 64/4
**false [1]** 76/7
**familiar [3]** 34/16 50/7 50/8
**family [12]** 4/13 63/13 66/7 77/9 77/11 77/17 77/20 77/21 77/21 77/22 81/16 81/17
**fans [1]** 74/19
**far [3]** 15/2 73/13 77/20
**fathers [1]** 71/17
**February [2]** 10/15 79/4
**February 14th [1]** 79/4
**federal [6]** 15/15 17/14 32/17 64/15 79/25 84/2
**feds [2]** 39/16 39/19
**feels [1]** 41/15
**felon [4]** 3/25 22/12 23/2 66/2
**felony [1]** 10/13
**female [1]** 32/8
**few [4]** 5/8 8/11 49/8 63/22
**fictitious [1]** 72/16
**fifth [1]** 42/14
**figurative [2]** 48/20 48/21
**figure [2]** 45/18 58/15
**figures [1]** 58/1
**file [4]** 39/5 46/4 53/8 53/11
**filed [5]** 4/10 5/6 5/12 78/18 83/9
**files [2]** 47/18 79/6
**filled [1]** 77/4
**financial [1]** 54/10
**find [6]** 22/21 25/6 42/10 52/25 64/18 80/15
**finding [5]** 65/17 77/23 80/12 81/10 82/22
**finds [2]** 64/4 80/17
**fine [3]** 5/24 5/25 80/13
**fines [1]** 82/14
**finish [3]** 77/11 77/13 77/14
**fire [1]** 49/23
**firearm [67]** 3/24 8/15 8/24 15/15 20/18 21/8 21/9 21/12 22/20 24/13 25/3 25/5 29/4 29/7 31/4 31/14 35/10 36/7 36/9 49/1 49/20 49/21 50/4 50/16 50/16 50/24 53/1 53/4 56/24 57/11 57/21 58/8 59/11 60/12 60/18 60/18 60/22 61/2 61/7 61/12 61/20 62/3 62/3 64/16 65/4 65/13 65/25 66/13 67/21 70/5 70/5 70/6 70/15 71/5 73/5 73/6 73/11 75/16 75/22

75/23 76/7 79/3 81/2 81/9 81/12 81/20 82/10
**firearms [53]** 7/2 7/3 8/19 8/21 8/22 9/3 9/24 10/5 10/14 10/18 11/3 15/5 15/6 15/11 15/12 15/14 20/19 21/6 22/4 25/13 37/18 45/5 49/22 51/5 56/20 56/21 56/22 56/23 57/9 57/19 58/12 64/14 64/17 66/1 66/4 66/4 66/12 66/16 66/17 67/5 68/23 69/16 69/20 69/21 69/23 70/16 70/19 70/20 73/9 74/10 74/18 76/10 81/22
**first [17]** 7/15 7/17 8/1 8/2 8/7 8/13 16/17 39/12 39/15 46/24 71/16 71/16 71/17 71/22 74/15 78/14 81/6
**five [16]** 11/21 21/18 25/3 29/7 33/23 39/21 41/15 50/5 50/8 55/5 55/6 56/8 56/10 56/11 56/12 65/13
**five years [7]** 11/21 55/5 55/6 56/8 56/10 56/11 56/12
**FL [1]** 84/17
**flashed [1]** 33/9
**flashing [1]** 75/3
**flat [1]** 48/10
**flat-out [1]** 48/10
**flies [1]** 8/20
**flip [2]** 27/2 50/3
**flip-flops [1]** 27/2
**flops [1]** 27/2
**FLORIDA [8]** 1/1 1/6 1/15 1/18 74/19 74/19 75/21 83/17
**Florida-based [2]** 74/19 74/19
**Flow [4]** 34/17 34/19 35/5 67/7
**flsd.uscourts.gov [1]** 1/25
**FN [8]** 21/18 25/3 29/7 29/9 50/5 50/8 65/13 65/24
**FN Five-SeveN [6]** 21/18 25/3 29/7 50/5 50/8 65/13
**FNH [5]** 21/10 22/1 22/7 23/15 29/18
**FNH 5.7 [5]** 21/10 22/1 22/7 23/15 29/18
**FNS [2]** 21/14 22/8
**FNS-9 [2]** 21/14 22/8
**focus [1]** 56/17
**focused [2]** 81/4 81/7
**folks [1]** 67/13
**follow [1]** 45/15
**follow-up [1]** 45/15
**following [3]** 3/22 75/16 82/13

**forbids [1]** 63/25
**Force [1]** 11/24
**foregoing [1]** 84/11
**forma [1]** 83/12
**format [1]** 48/2
**FORT [10]** 1/2 1/6 1/15 1/18 11/2 11/18 32/21 33/3 55/16 84/17
**Fort Pierce [5]** 11/2 11/8 32/21 33/3 55/16
**forth [2]** 4/4 80/11
**forward [3]** 7/23 65/19 67/1
**found [7]** 3/22 20/16 24/14 25/3 34/3 47/22 65/15
**foundation [7]** 6/17 11/17 16/16 16/16 19/2 64/20 65/23
**founding [1]** 71/17
**four [3]** 11/21 43/4 59/17
**four seconds [1]** 59/17
**fourth [1]** 43/3
**frame [1]** 50/21
**frankly [1]** 69/13
**fraternizing [1]** 75/11
**free [1]** 71/19
**frequently [1]** 76/18
**Friday [1]** 5/6
**friends [2]** 4/13 66/7
**front [3]** 22/15 67/11 76/16
**full [4]** 4/7 5/20 81/14 81/20
**function [1]** 50/19 59/20 59/22
**functioning [5]** 8/22 8/24 49/22 69/21 70/16
**FUNK [54]** 1/13 2/5 2/7 3/7 5/14 6/4 6/11 9/9 9/22 11/16 11/19 13/11 13/21 14/7 14/15 15/18 17/20 18/2 19/2 20/8 21/5 23/10 24/6 25/1 26/15 27/13 28/9 29/2 29/14 30/8 31/1 32/1 33/7 33/19 34/15 35/24 36/22 38/17 39/8 41/13 42/7 44/2 45/4 45/18 59/8 59/15 60/2 60/7 60/16 60/21 61/1 61/6 61/10 61/19
**further [10]** 29/21 32/20 43/21 46/18 59/4 62/23 79/9 82/16 83/20 83/22
**future [2]** 8/9 66/10

**G**

**gang [41]** 7/3 7/4 11/3 11/6 11/8 11/20 11/21 12/5 12/6 12/10 12/12 12/13 12/17 13/6 14/5 18/20 19/11 32/13 32/23 32/24 33/2 33/4 33/5 54/22 54/24 55/12 55/16

55/22 55/23 56/2 56/4 56/6 62/9 62/14 62/14 74/25 75/2 75/6 75/7 75/8 75/11
**gang's [1]** 14/17
**gangs [2]** 32/18 33/2
**general [8]** 6/20 10/16 50/11 67/9 67/9 67/15 67/25 80/21
**genre [2]** 53/24 74/5
**gentleman [1]** 52/17
**geography [1]** 83/16
**gesture [1]** 55/21
**get [9]** 10/9 42/18 43/24 50/23 55/16 55/22 56/1 56/8 56/10
**gets [2]** 73/6 74/2
**getting [4]** 36/25 63/18 73/21
**give [4]** 6/19 48/16 50/2 61/25
**gives [1]** 65/5
**giving [1]** 75/12
**Glock [10]** 30/18 36/7 36/8 57/8 58/8 58/9 58/10 58/11 60/24 61/8
**Glock 19 [2]** 57/8 58/11
**go [12]** 18/12 27/1 48/16 49/13 57/17 57/23 70/21 72/8 72/18 74/11 74/24 77/13
**god [5]** 37/4 53/23 74/5 74/6 84/5
**goes [3]** 7/10 70/4 70/4
**going [13]** 9/7 10/21 13/19 37/12 49/8 59/9 63/2 71/10 71/14 72/24 72/24 72/25 80/14
**gone [1]** 73/13
**good [11]** 3/7 3/9 3/10 3/12 3/13 3/16 3/17 3/19 46/22 46/23 66/8
**got [11]** 7/21 21/15 42/2 42/14 42/22 49/14 49/14 49/16 72/4 73/21 74/6
**government [20]** 1/13 3/6 7/15 8/12 22/3 28/12 29/16 31/10 33/14 34/6 43/23 63/1 64/24 71/3 73/13 73/23 74/23 77/18 79/10 83/23
**government's [153]**
**Government's 1 [1]** 45/24
**Government's 27 [1]** 36/15
**Government's 29 [1]** 74/4
**Government's 30 [2]** 38/5 39/4
**Government's 32 [2]** 39/3 73/18
**Government's 7 [1]** 44/20
**grab [1]** 78/10
**grainy [1]** 21/11

**G**

grant [4]  75/25 76/4
76/13 76/20
great [1]  68/5
greater [2]  4/3 79/20
ground [1]  71/16
guideline [3]  5/23 6/7
68/5
guidelines [5]  7/25 9/1
76/17 80/10 80/17
guilty [7]  3/22 3/25 37/7
38/20 41/19 46/4 48/6
gun [11]  8/16 8/16 15/3
19/23 19/25 21/14 21/20
49/23 50/22 57/18 65/22
guns [6]  8/13 40/20
44/10 45/12 50/7 65/20

**H**

had [36]  4/20 7/18 7/22
8/16 14/3 37/21 39/25
42/23 43/10 43/11 46/25
48/11 50/2 50/3 54/1
56/19 57/3 57/4 58/7
63/17 65/12 65/13 65/18
66/10 66/14 72/3 73/1
73/2 75/22 76/3 76/4
76/5 77/6 77/7 81/11
83/4
half [2]  58/18 58/20
hammers [2]  37/18
40/18
hand [23]  9/12 11/5 12/8
21/8 21/11 21/12 21/18
22/2 22/7 22/8 23/16
23/16 32/8 32/19 33/9
33/10 33/12 36/25 55/21
55/21 62/16 75/3 75/13
handgun [2]  19/25
59/19
handguns [2]  58/20
58/22
hang [1]  70/12
happen [2]  55/1 67/25
happened [1]  79/8
happy [1]  83/16
hard [1]  14/7
has [33]  4/6 11/14 11/20
19/17 19/17 19/18 21/18
31/4 32/24 35/18 43/17
54/2 54/21 55/9 63/1
64/8 65/6 66/1 66/9 66/9
66/22 72/9 72/21 72/23
73/13 75/1 78/4 79/23
80/5 80/8 80/25 81/4
82/21
hat [1]  70/12
have [82]  3/5 4/13 4/16
4/20 4/22 6/16 6/23 8/2
8/11 8/15 8/19 8/23
11/22 11/25 16/19 18/14
18/18 20/7 20/9 20/11
22/15 29/10 30/9 33/4
34/13 35/10 37/10 37/11
41/23 42/18 43/6 43/21
43/23 43/24 44/3 45/8

45/14 45/15 47/3 47/17
48/16 50/5 50/10 50/12
50/18 50/25 51/9 51/24
52/2 52/7 53/7 53/10
54/24 55/1 55/5 58/15
59/6 60/3 61/13 62/6
62/7 62/23 63/10 63/15
65/20 66/5 66/13 66/20
67/12 67/20 69/16 71/9
71/9 71/24 77/1 77/4
77/12 78/16 80/1 80/4
81/5 83/8
haven't [1]  13/3
having [7]  6/7 14/7
37/18 53/1 66/3 66/4
81/14
he [129]
he's [30]  7/9 18/10 19/9
21/8 21/12 22/4 35/11
42/15 44/10 54/5 61/12
65/9 66/2 66/8 66/8
66/15 66/17 67/2 67/2
67/9 67/14 72/4 72/24
72/25 73/5 74/6 74/6
74/7 77/20 77/22
head [2]  28/10 53/4
headlined [1]  54/11
hear [4]  6/9 14/12 63/3
63/21
heard [4]  13/3 13/9
15/20 70/8
hearing [5]  1/9 4/6 4/16
14/8 17/14
hearsay [2]  18/22 18/23
held [2]  50/10 72/9
help [1]  77/8
her [4]  77/7 77/8 77/8
77/8
here [17]  3/20 4/1 15/5
32/21 33/3 42/11 43/1
46/2 69/1 69/18 69/18
74/20 75/7 75/17 77/1
77/1 80/19
hereby [1]  84/11
herein [1]  79/13
high [6]  7/24 8/25 13/3
41/8 45/11 59/24
high-capacity [1]  59/24
high-end [1]  13/3
higher [2]  17/17 79/18
Highway [2]  1/14 84/16
him [23]  10/14 15/9
18/12 37/25 41/6 43/10
44/10 62/16 65/17 67/17
67/24 71/6 71/7 71/7
71/9 71/10 71/10 72/3
72/5 72/6 72/17 74/3
75/6
himself [3]  29/4 66/20
67/10
his [68]  6/23 7/10 8/4
21/8 21/9 21/12 21/18
22/2 22/7 22/8 23/15
24/13 26/21 27/19 29/18
30/18 31/4 31/14 34/24
34/25 41/9 42/15 42/22

48/15 48/21 49/3 51/13
51/14 53/4 53/19 53/20
54/10 54/16 54/17 65/4
65/7 65/7 65/7 65/8
65/15 65/19 65/19 66/2
66/3 66/4 67/10 67/17
70/12 71/24 72/17 72/25
72/21 75/24 76/2 77/5
77/10 77/11 77/13 77/17
77/21 77/21 77/22 77/25
78/1 78/3 79/2 81/16
82/22
history [1]  5/22
hitting [1]  73/6
hold [3]  60/13 72/5 72/6
holding [25]  11/5 15/3
20/18 21/7 21/8 21/12
22/1 22/4 22/7 22/20
23/15 31/7 36/8 36/25
44/9 44/10 53/3 53/4
54/5 58/10 59/12 59/18
66/15 66/17 72/17
home [5]  42/23 48/22
48/23 49/1 49/4
Honor [61]  3/7 3/10
3/13 3/16 4/18 5/5 5/16
6/3 6/5 6/13 7/13 8/11
9/10 12/19 12/24 13/6
16/3 16/13 16/22 19/6
20/21 21/3 23/4 23/22
24/19 26/3 26/7 27/6
27/25 29/10 29/25 31/16
31/23 32/10 33/13 34/5
35/23 36/10 36/14 36/19
38/1 38/9 41/4 43/15
43/21 44/12 44/24 45/13
59/2 62/6 62/23 63/12
63/15 63/19 64/25 78/18
79/11 83/3 83/19 83/24
84/1
HONORABLE [1]  1/10
hours [1]  82/4
house [3]  40/24 40/24
77/8
how [29]  12/2 14/24
18/17 32/18 37/24 46/9
50/18 50/23 52/19 54/14
56/20 57/18 57/19 57/21
58/7 58/24 59/20 59/22
67/1 69/15 70/2 70/25
71/5 72/24 72/24 73/13
76/17 77/6 77/9
However [3]  5/7 48/21
52/1
HUDOCK [2]  1/13 3/10
human [2]  77/19 77/20
hundred [1]  69/17
hurt [1]  72/24
hypothetically [1]  55/25

**I**

I'd [3]  19/20 25/15
43/15
I'll [35]  5/7 9/10 12/19
14/13 16/3 20/21 23/4
23/22 24/4 24/19 24/25

26/3 26/13 27/6 27/12
27/25 28/7 28/25 29/10
29/25 30/6 31/16 31/23
32/10 33/13 34/5 34/11
36/10 36/20 38/1 39/1
44/12 44/24 45/2 50/2
I'm [34]  7/8 9/6 13/19
14/7 14/9 21/3 34/19
35/14 36/2 38/9 38/10
41/17 45/18 47/9 47/9
49/8 50/7 55/9 59/9
59/21 60/8 60/22 63/25
64/11 68/10 68/13 68/22
71/14 75/8 76/6 76/15
78/5 80/14 84/1
I've [9]  4/8 13/9 21/15
32/20 33/1 33/3 54/14
65/2 71/13
idea [6]  45/8 50/18 65/5
69/20 74/10 79/9
identification [18]  12/22
16/6 20/13 22/17 23/14
24/11 25/19 26/19 27/18
29/13 30/13 32/6 33/22
35/17 36/4 38/4 38/23
44/15
identified [1]  41/8
identify [2]  26/24 33/9
identity [1]  66/4
III [1]  82/1
illegal [2]  37/17 40/18
image [22]  12/11 21/4
21/17 22/22 22/25 23/12
23/15 23/20 24/15 28/17
32/4 32/7 32/14 45/22
51/25 52/7 52/22 53/17
56/12 66/18 68/13 71/1
images [37]  6/15 7/1 7/2
8/13 8/15 8/18 8/24 9/3
10/5 12/15 16/25 17/10
20/15 20/16 22/9 22/22
24/14 25/2 25/6 25/15
25/22 27/4 27/16 27/19
28/22 29/4 29/15 34/2
44/7 45/5 52/25 64/13
64/15 66/16 67/6 71/6
79/5
immediately [1]  82/17
Implicit [1]  81/10
important [2]  70/11
72/11
impose [3]  73/15 80/16
81/23
imposed [2]  82/21 83/9
imposing [1]  64/2
imprisoned [1]  82/2
imprisonment [2]  82/3
82/19
improper [2]  9/3 73/25
inability [1]  13/1
inaccurate [1]  70/15
incident [1]  43/10
incidental [1]  65/10
incidents [1]  37/16
include [1]  82/9
included [1]  11/23

including [7]  4/7 6/14
11/4 12/1 64/9 80/19
81/15
incorporated [2]  7/5
67/10
incorrect [1]  48/10
incredibly [6]  72/7
72/18 74/10 74/23 75/23
75/24
independently [1]  64/9
INDEX [1]  2/2
indicate [3]  12/5 21/21
74/20
indicated [5]  21/22 50/4
54/1 72/12 80/5
indicates [1]  50/16
indicating [1]  53/5
indicative [3]  25/23
70/14 75/6
indictment [4]  3/23
73/10 73/14 75/15
individual [8]  14/22
15/2 18/5 19/10 20/3
42/18 43/12 77/19
individuals [13]  11/2
11/4 11/25 14/19 15/1
19/12 25/12 42/9 42/20
42/25 56/3 63/17 67/18
inexperienced [1]  62/2
infamous [2]  71/1 72/22
infers [1]  54/5
influences [1]  67/14
influencing [1]  67/18
information [9]  9/7 13/11
13/10 18/17 18/19 19/1
64/2 64/19 74/12
initial [1]  79/17
initially [2]  16/18 76/25
initiated [1]  43/6
Innocent [5]  37/8 38/21
41/19 46/4 48/6
inquire [1]  5/10
inquiry [2]  11/15 15/9
inside [1]  50/20
inspired [1]  77/13
Instagram [3]  29/3 29/5
29/24
instance [3]  42/16 54/4
69/3
instances [1]  76/11
instant [2]  79/4 79/8
insufficient [1]  15/9
intended [1]  65/15
intent [1]  6/11
intention [1]  81/11
interdiction [1]  41/7
internet [1]  7/22
interpretation [2]  73/20
74/9
interpretations [2]
73/25 74/11
interview [3]  33/12
62/10 62/15
interviewed [2]  33/11
41/5
introduce [1]  23/4

**I**

introduced [2] 57/7 71/2
introducing [1] 7/8
invasion [5] 42/24 48/22 48/23 49/1 49/4
investigated [1] 11/24
investigating [1] 10/1
investigation [12] 4/8 4/21 5/12 5/19 10/4 11/11 12/16 18/3 23/18 38/18 43/7 43/8
investigations [4] 11/20 11/22 11/23 33/1
involved [5] 11/20 18/14 19/11 42/17 55/19
involvement [1] 18/4
involves [2] 66/11 81/8
Irvin [3] 35/9 35/10 67/17
Irvin, [6] 14/23 20/4 34/23 36/6 36/6 36/8
Irvin, Jr [6] 14/23 20/4 34/23 36/6 36/6 36/8
Irving [1] 61/11
is [228]
isn't [3] 64/12 66/15 71/22
issue [4] 19/4 49/3 68/21 68/22
it [133]
it's [53] 6/22 7/5 7/10 9/3 9/8 12/13 13/7 21/11 21/14 21/23 22/20 25/20 42/2 43/24 45/20 46/7 49/24 50/22 55/5 55/6 55/18 55/19 57/17 57/21 57/24 57/24 59/13 59/17 59/24 60/13 63/24 65/9 65/21 66/14 66/16 67/16 67/17 67/21 68/21 68/22 69/13 70/20 70/21 71/1 74/15 74/18 75/13 76/15 78/6
items [1] 49/22
its [1] 63/1
itself [3] 10/22 39/5 75/9
iTunes [6] 42/3 42/5 46/7 47/22 48/1 64/7

**J**

J-U-L-I-E-N [1] 78/15
January [2] 10/12 47/13
Jaquan [1] 15/3
Jeremy [2] 27/20 40/14
Johnson [1] 42/16
Jr [8] 14/23 20/4 34/23 35/9 35/10 36/6 36/6 36/8
judge [31] 1/10 5/13 9/4 10/19 11/13 13/25 14/14 15/8 15/23 16/8 17/22 18/22 19/3 24/5 35/14 38/13 39/18 40/5 41/25 44/1 44/18 45/2 46/1 46/11 59/25 62/12 63/6

judgment [2] 81/25 83/10
Julien [2] 78/12 78/15
July [5] 25/3 34/25 40/23 65/3 81/2
July 9th [5] 25/3 34/25 40/23 65/3 81/2
JUNE [4] 1/5 22/10 23/21 24/16
June 12th [1] 23/21
June 21st [1] 24/16
June 8th [1] 22/10
jury [5] 3/22 8/14 8/23 65/15 81/3
jury's [2] 81/10 81/10
just [44] 5/6 7/16 10/16 11/18 16/8 16/20 19/3 24/4 24/25 26/7 26/13 27/1 27/1 27/12 29/8 36/12 40/18 41/2 42/10 43/3 43/23 44/24 45/15 45/21 48/9 48/16 48/16 56/17 57/21 59/13 63/12 63/19 65/1 65/12 66/15 67/20 69/13 72/19 73/11 77/25 79/1 79/9 83/1 83/5
justice [1] 72/8
juvenile [2] 20/5 35/6 35/8 61/16 67/18
juveniles [1] 67/10

**K**

K-A-P-R-I [1] 76/2
Kapri [1] 76/2
Kelly [3] 8/21 51/2 70/16
kids [2] 67/11 68/1
kill [1] 72/25
killed [2] 19/19 42/17
kind [6] 15/9 21/16 58/15 60/12 61/11 65/1
kinds [3] 66/5 73/24 75/14
Kissimmee [1] 43/4
knew [1] 81/20
Knight's [2] 69/7 71/8
know [38] 8/14 18/13 18/17 22/9 33/25 34/24 35/14 39/13 41/15 41/21 47/12 47/21 48/8 50/15 50/16 50/20 50/23 52/4 52/11 52/12 52/12 52/24 53/21 54/9 54/10 65/20 66/5 67/4 67/5 68/1 71/6 71/8 72/1 72/2 72/3 72/4 75/4 77/5
knowing [3] 3/24 81/1 81/19
knowingly [1] 3/23
knowledge [5] 11/17 32/13 41/3 47/5 69/8
known [2] 11/2 55/11
Kodak [1] 76/3
Kwamain [8] 18/5 18/7

63/8 67/12 83/5 83/22
18/13 18/20 18/20 19/9 19/10 42/16

**L**

label [5] 69/10 69/10 69/12 72/3 78/4
lack [2] 16/15 16/16
lacking [1] 64/20
Laguerre [1] 68/19
language [1] 71/21
lap [5] 30/18 30/19 30/19 30/20 31/4
large [4] 27/21 27/22 33/23 37/3
larger [1] 72/4
last [9] 9/16 11/21 14/11 39/9 39/11 39/12 43/2 48/17 78/14
lasts [1] 55/6
later [4] 26/23 27/3 54/25 81/12
law [19] 11/2 12/3 12/7 17/15 18/14 18/14 19/12 32/17 32/22 40/9 40/12 55/22 64/12 65/18 67/20 68/2 73/22 74/3 80/20
laws [1] 67/23
lay [2] 11/16 19/2
laying [1] 30/18
least [5] 7/24 56/25 57/6 58/7 64/12
leave [1] 83/11
left [5] 21/11 21/12 22/8 34/22 36/5
legal [7] 13/9 15/10 16/17 17/18 54/20 67/22 74/16
legalized [1] 54/21
lengthy [1] 81/3
less [2] 59/1 79/18
let [10] 5/10 21/15 21/24 30/9 37/1 43/2 55/9 56/17 68/1 78/10
let's [6] 16/25 27/1 50/11 55/8 55/10 64/23
letter [6] 78/3 78/5 78/8 78/9 78/10 78/16
letters [7] 4/12 63/16 66/6 76/23 76/24 77/5 81/16
level [2] 5/21 77/15
Lewis [3] 18/20 19/10 42/17
liability [3] 68/22 70/22 71/24
liable [2] 72/6 72/9
life [13] 6/23 37/13 37/16 48/18 48/25 49/6 49/14 49/14 49/16 72/12 72/13 73/22 74/2
lifestyle [3] 66/3 66/11 68/2
light [2] 6/8 63/23
like [17] 6/15 19/20 25/15 38/11 43/15 50/15 50/22 50/25 53/4 53/4

56/12 65/22 66/19 67/2 70/7 77/12 79/22
Lil [3] 46/12 46/14 75/21
limine [1] 17/5
limitation [1] 63/25
line [15] 19/14 38/11 39/9 39/11 39/12 39/15 39/18 39/24 40/5 40/17 40/19 42/14 43/3 48/5 48/17
lines [6] 19/20 39/21 48/15 49/8 49/9 49/13
list [11] 5/6 6/14 7/20 16/21 54/25 55/13 55/17 55/23 56/4 56/9 56/10
listen [1] 37/10
listened [2] 48/3 48/7
literal [2] 48/20 48/21
little [7] 20/2 20/3 21/11 29/21 38/9 42/22 48/18
loaded [1] 46/6
local [4] 11/10 12/3 18/4 32/22
locate [1] 46/9
located [2] 25/7 44/4
location [1] 28/21
long [1] 19/23
look [18] 19/20 20/11 22/14 23/11 24/7 25/15 27/14 29/10 30/9 32/2 51/10 65/3 69/4 69/4 69/5 71/6 76/9 77/18
looking [2] 57/22 73/8
looks [1] 61/23
loss [1] 79/2
lot [6] 13/7 14/13 58/21 74/7 74/11 79/9
louder [1] 14/13
Louisiana [7] 37/19 37/19 40/4 40/7 40/10 40/12 41/2
love [1] 77/16
loves [1] 77/21
low [1] 80/17
lower [1] 17/17
Luciana [3] 40/20 40/21 40/22
Luciana's [1] 40/24
Lucie [9] 18/19 32/22 32/23 32/25 54/22 54/25 55/12 56/3 75/2
Lucie's [1] 62/8
LYDIA [2] 1/16 3/13
lyrics [28] 7/17 7/19 7/21 15/23 18/7 41/19 41/23 41/25 47/21 47/22 47/25 48/6 48/14 49/6 66/22 71/12 72/2 72/3 72/4 72/6 72/7 72/10 72/12 72/13 72/18 72/23 73/23 80/24

**M**

ma'am [3] 18/1 32/15 49/10

MAC [5] 57/8 58/3 58/4 58/5 60/11
MAC-11 [4] 57/8 58/3 58/4 58/5
Macomb [1] 73/1
made [7] 40/12 41/5 41/15 48/3 62/10 71/13 78/1
magazine [18] 21/18 21/19 21/20 21/22 50/4 50/6 50/17 59/19 59/20 59/22 59/24 59/24 60/4 60/13 70/3 70/4 70/9 70/14
magazines [4] 50/12 50/18 51/8 57/5
maintain [1] 66/11
maintained [1] 77/16
maintains [1] 77/22
major [1] 32/18
make [19] 5/5 7/9 15/9 16/8 16/25 27/2 37/12 39/21 40/10 48/4 48/9 58/16 58/16 58/19 62/2 63/22 77/24 80/3 83/14
makes [2] 7/9 68/24
making [5] 12/5 19/9 40/8 43/4 76/6
man [2] 77/21 81/17
managed [1] 71/11
manager [1] 69/11
manager's [1] 68/19
manages [1] 68/21
mandatory [2] 5/25 82/8
manner [2] 46/10 82/23
many [6] 11/22 12/4 17/10 54/14 56/20 57/19
March [1] 3/21
March 25th [1] 3/21
marijuana [3] 33/24 54/20 74/16
mark [7] 13/20 45/3 60/8 60/17 60/22 61/2 61/7
marked [32] 12/20 12/21 16/14 16/5 20/12 20/22 22/16 23/13 23/23 24/10 25/18 26/18 27/7 28/1 29/12 30/1 30/13 31/17 32/5 32/11 33/14 33/21 34/6 35/16 36/3 36/11 38/2 38/3 38/22 39/1 44/13 44/14
market [3] 57/13 58/3 58/24
Marshall [3] 72/21 73/4 77/12
mask [3] 25/21 28/11 28/17
match [1] 58/21
material [1] 46/9
materials [2] 4/15 64/8
Mathers [2] 72/21 73/4
matter [5] 3/20 11/18 15/14 65/6 84/13
matters [1] 4/24

## M

**may [21]** 3/2 8/15 8/23 9/9 9/19 10/25 15/16 16/8 19/2 19/3 23/1 43/18 43/24 49/20 54/18 54/18 62/19 63/9 70/20 78/19 83/11
**May 17th [1]** 23/1
**maybe [6]** 29/8 56/19 56/19 58/16 71/21 71/21
**me [18]** 3/14 5/10 14/12 17/23 21/15 21/24 30/9 33/11 37/1 41/9 41/9 43/2 48/16 55/9 56/17 73/12 77/12 78/10
**mean [12]** 19/16 19/16 19/17 19/25 47/9 54/4 57/17 57/22 57/24 58/18 58/21 65/23
**meaning [1]** 19/14
**meanings [1]** 54/2
**means [1]** 62/18
**media [17]** 12/6 25/15 29/4 29/22 44/4 51/12 51/16 51/19 51/22 53/14 53/18 53/21 55/11 56/2 72/22 74/13 74/17
**meet [2]** 15/15 25/21
**member [5]** 19/11 54/25 55/12 55/23 75/2
**members [8]** 12/6 12/10 33/4 56/6 62/9 63/13 77/9 77/11
**membership [3]** 12/5 12/12 33/5
**memorandum [3]** 4/9 78/7 79/12
**mention [2]** 65/21 65/21
**mentioned [6]** 20/3 22/5 41/2 48/11 54/22 58/7
**mentions [1]** 42/22
**mere [2]** 66/21 74/21
**message [1]** 67/24
**metadata [12]** 22/21 23/19 24/14 28/21 47/3 47/17 51/24 52/1 52/7 53/7 53/10 79/6
**Michael [3]** 8/20 51/2 70/16
**Michigan [3]** 73/1 73/2 73/3
**Micro [2]** 58/23 61/4
**microphone [1]** 14/11
**middle [2]** 40/4 41/18
**might [4]** 18/14 23/4 56/8 74/18
**Military [1]** 60/10
**miller [4]** 1/23 1/25 84/14 84/15
**mind [1]** 65/4
**mindful [1]** 64/11
**mine [1]** 40/20
**Mini [1]** 27/21
**minute [3]** 61/11 61/20 63/2
**minutes [1]** 68/14

**Miranda [2]** 33/12 62/10
**missed [1]** 43/24
**mistaken [1]** 63/25
**mix [1]** 58/21
**model [5]** 21/13 50/5 57/6 60/11 60/24
**Model MAC-11 [1]** 60/11
**models [5]** 50/9 50/11 58/16 58/17 58/19
**moment [8]** 24/4 41/1 48/16 50/3 59/2 59/13 72/19 83/3
**moments [1]** 5/8
**money [5]** 25/13 27/21 37/3 54/5 74/7
**months [6]** 5/23 47/7 76/3 79/16 81/24 82/2
**months' [1]** 82/18
**more [10]** 6/24 8/11 60/14 67/13 70/23 73/15 74/21 76/11 76/21 77/20
**morning [1]** 3/7 3/9 3/10 3/12 3/13 3/16 3/17 3/19 4/12 46/22 46/23
**most [3]** 19/18 65/8 80/19
**mother [2]** 40/22 77/5
**motion [6]** 4/9 4/11 17/4 77/9 68/16 80/14
**motions [1]** 17/5
**Mountain [1]** 28/23
**move [17]** 12/19 16/3 20/21 23/22 24/19 26/3 27/6 27/25 29/25 31/16 32/10 33/13 34/5 36/10 38/1 39/1 44/12
**moved [1]** 35/14
**Mr [42]** 2/5 2/7 9/22 11/19 13/21 14/15 15/18 18/2 20/8 21/5 23/10 24/6 25/1 26/15 27/13 28/9 29/2 29/14 30/8 31/1 32/1 33/7 33/19 34/15 35/24 36/22 38/17 39/8 41/13 42/7 44/2 45/4 59/8 59/15 60/2 60/7 60/16 60/21 61/1 61/6 61/10 61/19
**Mr. [94]**
**Mr. Brian's [1]** 66/7
**Mr. Bryant [64]** 3/14 3/19 3/21 4/20 7/2 7/16 7/18 7/25 8/2 8/25 10/5 10/13 10/17 11/1 11/4 12/16 14/3 14/16 20/18 21/6 22/12 23/2 25/3 26/23 26/24 27/3 27/23 29/3 31/2 31/4 33/9 33/11 34/21 34/24 35/5 35/11 37/6 52/25 54/7 54/11 59/11 59/18 61/21 66/8 67/21 67/23 69/12 70/13 71/4 71/9 71/23 72/15 72/17 73/10 74/6

74/8 75/5 75/10 77/2 79/15 79/23 80/1 80/4 84/5
**Mr. Bryant's [13]** 10/1 12/1 28/10 30/19 30/20 37/13 44/8 48/12 60/9 63/14 69/8 76/12 79/1
**Mr. Christy's [1]** 11/17
**Mr. Funk [10]** 5/14 6/4 6/11 9/9 11/16 13/11 14/7 17/20 19/2 45/18
**Mr. Irvin [1]** 35/10
**Mr. Irving [1]** 61/11
**Mr. Knight's [1]** 71/8
**Mr. Onea [1]** 68/19
**Mr. Patanzo [1]** 3/18
**Mr.Laguerre [1]** 69/6
**Ms [2]** 2/6 46/21
**Ms. [10]** 3/17 4/15 5/2 5/11 6/2 7/11 26/5 46/19 63/10 68/9
**Ms. Pittaway [10]** 3/17 4/15 5/2 5/11 6/2 7/11 26/5 46/19 63/10 68/9
**much [7]** 43/25 44/4 56/16 66/5 68/23 73/23 76/21
**multiple [16]** 7/1 7/3 11/3 11/25 17/21 18/12 20/19 33/1 33/3 37/16 48/3 48/7 54/2 57/1 65/14 74/11
**murder [4]** 48/18 48/25 49/6 72/16
**music [16]** 6/21 8/3 8/4 13/12 43/25 44/6 44/17 45/16 46/24 53/24 53/24 54/11 65/12 69/22 74/5 75/24
**must [1]** 83/9
**my [13]** 17/11 32/20 32/24 35/18 43/3 47/5 48/18 49/3 50/10 59/10 62/16 63/20 71/10 myself [1] 55/9

## N

**name [10]** 9/15 9/16 18/5 46/10 72/21 72/21 75/21 76/3 78/14 78/15
**named [1]** 19/10
**names [2]** 18/12 63/16
**narcotics [5]** 26/2 37/5 37/20 40/3 40/15
**National [1]** 28/23
**nature [6]** 6/20 6/22 7/6 10/20 53/6 66/24
**necessarily [1]** 55/18
**necessary [5]** 4/3 65/16 68/6 73/16 79/20
**need [13]** 4/23 7/7 10/23 16/25 17/16 42/10 49/14 66/13 69/13 80/9 80/20
**needed [1]** 73/21
**needs [3]** 67/23 67/25 73/7

**neighborhoods [1]** 75/4
**never [5]** 50/10 54/14 54/16 58/12 65/22
**new [1]** 58/10
**next [4]** 26/16 31/2 33/23 40/19
**Nigga [1]** 49/13
**Nineteen [1]** 29/20
**ninth [1]** 48/17
**no [39]** 1/2 4/25 5/4 5/13 5/18 5/25 6/5 7/17 7/20 13/9 15/13 17/18 18/25 21/18 21/20 41/22 46/18 47/3 47/17 47/19 47/19 49/23 49/24 50/25 50/25 52/8 53/9 53/12 58/14 59/4 63/15 65/12 65/23 65/23 73/15 79/6 79/20 80/23 83/24
**none [2]** 5/12 40/20
**nonsensical [1]** 69/23
**normally [3]** 12/3 12/13 14/13
**North [1]** 1/18
**not [56]** 4/3 4/17 5/2 5/4 7/8 8/14 8/23 9/2 21/18 35/18 43/1 47/5 47/9 47/9 47/11 48/9 48/25 49/20 50/7 50/8 51/9 52/6 53/7 53/10 54/10 54/18 55/18 63/25 65/6 65/9 65/18 67/2 67/12 67/16 68/5 69/8 69/23 71/14 71/23 72/1 72/13 72/16 73/10 74/14 75/6 75/8 77/12 78/5 78/5 80/2 80/12 81/6 81/20 81/21 82/9 82/11
**notably [1]** 19/18
**note [1]** 27/2
**noted [4]** 16/19 80/7 80/25 82/15
**nothing [5]** 62/23 66/17 74/21 75/1 83/22
**notice [2]** 76/25 83/9
**noticed [1]** 43/8
**notion [1]** 79/13
**now [35]** 5/7 6/9 11/8 14/12 15/19 19/14 25/6 35/19 46/25 47/22 48/11 48/14 49/8 49/19 50/13 53/23 53/23 54/11 54/20 54/22 55/8 55/10 56/14 56/18 57/11 58/3 58/12 59/13 60/17 65/1 67/17 72/20 75/18 78/3 82/21
**number [59]** 6/14 7/13 12/20 12/21 13/13 16/5 17/24 19/16 20/12 21/4 21/15 21/24 22/3 22/6 22/14 22/16 23/5 23/8 23/11 23/13 24/2 24/17 25/16 25/18 26/4 26/11 26/14 26/16 26/18 27/1 27/10 28/5 29/12 32/5 33/17 33/21 34/9 35/16

35/21 36/3 38/3 38/7 38/22 39/6 39/16 44/14 44/22 50/2 52/9 52/22 59/10 59/17 71/1 73/2 73/3 73/25 75/20 76/2 76/23
**Number 1 [3]** 12/20 59/10 59/17
**Number 10 [1]** 24/17
**Number 12 [4]** 25/16 26/4 26/14 27/1
**Number 13 [1]** 31/16
**Number 19-CR-20273 [1]** 76/2
**Number 2 [2]** 21/4 71/1
**Number 20-CR-2022 [1]** 75/20
**Number 2000-173333 [1]** 73/3
**Number 2000-2824 [1]** 73/2
**Number 21 [1]** 52/9
**Number 22 [1]** 52/22
**Number 3 [2]** 21/15 50/2
**Number 32 [1]** 39/16
**Number 4 [1]** 21/24
**Number 5 [1]** 22/3
**Number 6 [1]** 22/6
**Number 8 [2]** 22/14 23/5
**Number 9 [1]** 23/11
**numbers [9]** 21/1 24/10 24/23 27/17 30/4 30/12 31/21 36/17 45/11
**numerous [4]** 11/24 56/22 57/9 58/18

## O

**Oakland [1]** 73/2
**object [2]** 28/10 82/22
**objection [24]** 5/5 7/12 10/19 10/20 11/13 12/23 12/25 13/8 13/25 15/8 16/7 16/9 16/11 16/25 18/22 23/7 26/5 30/22 38/6 39/4 44/21 59/25 82/24 83/2
**objections [26]** 5/11 5/18 6/8 7/14 13/5 16/12 16/20 17/19 17/14 17/21 20/25 24/1 24/22 26/6 26/10 27/19 28/4 30/3 31/20 33/16 34/8 35/20 36/16 63/23 71/14 83/6
**obliterate [1]** 66/18
**observations [1]** 63/22
**observed [1]** 56/24
**obtain [3]** 41/24 42/1 76/7
**obtained [3]** 17/11 51/11 51/13
**obviously [1]** 52/18
**occasions [1]** 65/14
**occupants [1]** 41/9
**occur [1]** 12/2

**O**

**occurred [1]** 76/10
**OCDETF [1]** 11/23
**off [7]** 7/22 47/1 47/22 56/8 56/10 63/16 83/4
**offense [13]** 4/1 5/21 10/13 48/22 67/19 76/6 79/4 79/8 80/19 81/2 81/4 81/7 81/19
**offensive [2]** 66/22 71/21
**offered [1]** 79/10
**office [7]** 1/14 1/17 18/20 75/2 79/25 82/5 84/2
**officer [2]** 10/1 41/5
**Official [3]** 1/24 84/10 84/15
**oh [5]** 14/9 23/24 44/1 47/12 78/19
**okay [31]** 5/9 6/6 6/19 13/19 16/10 16/19 16/23 17/6 17/12 17/23 23/24 26/8 45/23 48/14 48/25 49/16 52/25 58/3 58/15 58/20 60/8 63/13 63/21 65/10 66/14 67/3 67/8 67/11 69/19 78/19 83/7
**old [5]** 14/2 14/24 14/25 67/13 77/24
**once [2]** 22/4 31/7
**one [43]** 5/24 10/7 17/23 21/9 21/10 24/16 25/15 26/20 28/14 37/16 40/17 43/23 43/24 44/9 45/15 48/16 50/10 51/19 51/23 54/14 54/16 55/14 55/24 56/25 57/6 57/7 57/8 57/9 58/8 58/22 61/11 61/11 61/20 62/7 65/13 73/1 73/2 73/5 75/19 76/19 77/11 78/18 81/22
**Onea [1]** 68/19
**ones [1]** 28/16
**only [6]** 25/21 47/5 50/7 50/15 68/17 68/24
**open [17]** 13/15 13/18 15/17 34/16 35/13 43/8 43/20 45/1 59/14 60/6 60/15 60/20 60/25 61/5 61/9 61/18 62/5
**opening [1]** 68/13
**operate [1]** 32/18
**opportunity [5]** 4/20 8/3 37/10 44/3 80/2
**opposed [1]** 64/14
**opposition [2]** 4/11 17/5
**optic [1]** 61/24
**order [1]** 15/23
**ordered [1]** 82/16
**Organized [1]** 11/23
**Osceola [1]** 43/8
**other [23]** 6/24 8/18 10/17 11/1 15/1 19/11 25/12 25/22 27/4 29/3 33/2 42/9 42/20 42/25

47/17 59/24 66/1 67/6 73/17 75/3 75/19 79/16 82/10
**otherwise [2]** 8/6 64/20
**our [2]** 43/7 67/22
**out [15]** 8/18 37/18 43/4 43/8 43/9 45/7 45/8 45/10 45/18 48/9 48/10 70/25 75/18 78/6 79/1
**outset [1]** 80/22
**Outside [1]** 59/25
**over [22]** 9/2 11/21 17/21 20/25 23/7 23/25 24/22 26/9 27/8 28/4 30/2 31/20 33/15 34/7 35/19 36/16 38/5 39/3 41/6 44/20 53/4 74/1
**overhead [2]** 34/14 36/21
**overlap [1]** 38/15
**overruled [4]** 10/24 13/8 14/1 60/1
**overrules [1]** 17/14
**overview [1]** 6/20
**own [4]** 8/4 11/11 64/6 79/3

**P**

**P-R-O-C-E-E-D-I-N-G-S [1]** 3/1
**packet [3]** 20/9 49/19 78/16
**page [16]** 2/3 15/23 19/20 39/12 39/16 39/21 41/14 41/18 42/12 42/13 42/13 43/2 48/17 49/10 49/11 73/19
**page 2 [1]** 39/21
**Page 3 [2]** 42/13 42/13
**pages [2]** 1/7 64/25
**painted [1]** 70/17
**pants [1]** 31/15
**Paper [3]** 43/25 44/4 56/16
**pardoned [1]** 76/4
**Park [1]** 28/23
**parked [1]** 39/19
**part [19]** 10/4 11/22 14/24 15/19 22/21 35/3 38/18 41/18 52/16 52/23 56/7 65/16 66/2 66/3 66/4 67/14 67/19 75/7 82/15
**part F [1]** 82/15
**participating [1]** 75/10
**particular [5]** 44/9 51/17 52/14 54/4 83/14
**parties [5]** 3/5 6/9 63/3 63/22 64/23 80/9
**paste [1]** 48/1
**PATANZO [3]** 1/17 3/15 3/18
**paths [1]** 81/5
**pauperis [1]** 83/12
**pause [3]** 59/10 78/11 78/22

**pay [3]** 80/12 82/16 83/11
**pellet [1]** 65/22
**penalizing [3]** 72/17 74/8 74/22
**penalty [1]** 80/23
**pending [2]** 37/21 75/25
**people [12]** 6/24 7/1 10/17 11/7 27/4 54/13 54/15 55/19 56/20 66/6 73/4 77/1
**People v. Marshall [1]** 73/4
**perceived [1]** 55/21
**performance [1]** 54/17
**Permissible [1]** 82/13
**Permission [1]** 78/21
**permits [1]** 17/15
**permitted [1]** 81/20
**person [9]** 18/21 19/17 19/17 19/18 31/2 42/17 43/10 44/9 82/5
**personally [1]** 50/10
**perspective [1]** 55/21
**PETER [2]** 1/17 3/15
**phone [8]** 25/6 34/3 41/6 44/8 52/5 53/19 53/20 74/14
**phonetic [1]** 15/4 42/16
**photo [12]** 21/11 26/20 29/17 29/20 36/6 47/21 51/17 52/10 52/13 52/14 52/23 53/19
**photograph [1]** 33/25
**photos [3]** 30/14 34/1 53/15
**phrase [1]** 53/23 54/2 74/5
**phrases [2]** 38/10 38/14
**physical [1]** 64/17
**pics [1]** 74/14
**picture [11]** 22/19 22/20 25/20 29/16 31/11 32/7 33/23 36/5 36/24 56/2 68/17
**pictures [1]** 71/21
**pieces [1]** 70/17
**PIERCE [10]** 1/2 1/6 1/15 1/18 11/2 11/8 32/21 33/3 55/16 84/17
**pink [1]** 61/23
**pistol [16]** 20/1 21/10 22/2 23/15 27/22 27/23 29/18 30/18 31/12 50/21 60/13 60/24 61/4 61/8 61/22 73/5
**pistols [4]** 50/7 50/13 50/15 51/1
**PITTAWAY [14]** 1/16 2/6 3/14 3/17 4/15 5/2 5/11 6/2 7/11 26/5 46/19 46/21 63/10 68/9
**placed [2]** 64/1 82/3
**Plaintiff [1]** 1/5
**platform [2]** 29/22 47/6
**play [3]** 13/11 44/24

59/9
**played [15]** 13/15 13/18 15/17 35/13 43/20 45/1 59/14 60/6 60/15 60/20 60/25 61/5 61/9 61/18 62/5
**plea [1]** 75/22
**please [17]** 3/6 9/12 9/15 13/11 14/10 17/22 20/7 22/14 23/11 24/7 27/14 32/2 34/13 39/18 59/6 78/13 78/19
**plug [3]** 25/21 26/1 26/2
**plus [1]** 69/16
**pocket [2]** 24/13 29/18
**point [9]** 8/12 15/13 19/1 63/3 66/23 70/25 71/5 74/4 79/1
**pointed [1]** 69/21
**pointing [2]** 15/3 71/4
**points [3]** 59/10 68/6 73/17
**Police [2]** 32/22 40/9
**Polo [2]** 46/12 46/14
**popular [1]** 54/15
**Port [1]** 32/22
**portion [1]** 44/25
**position [2]** 9/6 67/10
**possess [3]** 79/3 81/13 81/22
**possessed [1]** 65/14
**possessing [3]** 3/24 82/10 82/11
**possession [25]** 10/5 10/14 10/18 25/13 27/23 29/4 29/7 35/10 60/9 61/12 61/21 65/4 65/9 65/15 65/16 65/17 66/12 67/4 73/11 75/16 75/22 76/10 81/2 81/9 81/19
**Possibly [1]** 56/13
**post [7]** 33/12 51/15 51/16 51/19 56/2 56/11 62/10
**post-Miranda [2]** 33/12 62/10
**posted [6]** 42/2 47/25 51/21 53/13 53/17 53/21
**posting [2]** 55/11 74/6
**posts [3]** 53/2 53/3 74/17
**pot [1]** 74/16
**potential [1]** 81/17
**potentially [3]** 13/2 56/5 56/7
**pounds [1]** 40/3
**power [1]** 81/11
**preclude [2]** 13/9 17/19
**predominantly [2]** 55/15 75/4
**premature [1]** 9/6
**preparation [2]** 4/6 38/18
**prepare [2]** 15/20 38/19
**preparing [1]** 15/19
**presence [1]** 72/4
**present [3]** 8/4 63/11

63/17
**presentation [3]** 18/24 56/19 63/2
**presented [4]** 16/18 63/23 64/4 80/25
**presentence [6]** 4/7 4/21 5/11 5/19 80/9 82/15
**President [1]** 76/1
**President Trump [1]** 76/1
**previously [20]** 20/3 20/25 22/5 23/7 24/1 24/22 26/10 27/9 28/4 29/17 30/3 31/20 33/16 34/8 35/19 36/16 38/6 39/4 44/21 64/9
**price [1]** 57/19
**primary [2]** 10/1 32/24
**principle [1]** 64/5
**printout [1]** 21/4
**prior [5]** 4/16 8/8 65/14 76/5 83/6
**prison [1]** 72/15
**Prisons [1]** 82/2
**probably [4]** 45/11 58/11 58/18 63/17
**probation [2]** 73/7 82/5
**procedural [2]** 82/25 83/2
**proceed [5]** 5/3 5/4 9/9 15/16 68/10
**proceeding [1]** 4/2
**proceedings [2]** 84/8 84/12
**process [1]** 56/7
**produced [2]** 61/16 69/2
**produces [1]** 5/22
**production [1]** 7/5
**professional [2]** 52/10 52/23 81/17
**professionally [1]** 69/2
**prohibited [2]** 10/14 82/10
**prohibition [2]** 65/7 65/8
**projectile [3]** 50/21 70/3 70/6
**promote [2]** 80/20 80/21
**promotional [1]** 53/5
**pronounced [1]** 82/23
**pronouncement [1]** 82/25
**prop [8]** 50/8 65/11 65/20 65/22 66/14 68/16 70/6 70/10
**proper [2]** 64/21 74/3
**properly [2]** 64/21 81/1
**props [5]** 8/22 51/8 68/21 68/25 69/14
**prosecutor [1]** 37/24
**protect [1]** 71/19
**protecting [1]** 71/22
**Proven [5]** 37/7 38/21 41/19 46/4 48/6
**provide [1]** 75/14
**provided [6]** 6/13 63/16

**P**

provided... [4] 71/13 76/15 76/24 79/11
Ps [4] 39/22 39/25 40/2 40/3
PSI [3] 5/10 5/19 5/21
public [2] 1/17 10/10
publicly [1] 64/6
publish [12] 24/25 26/13 27/12 28/7 28/25 29/3 30/6 31/23 34/11 37/6 43/16 43/18
published [3] 10/11 29/23 34/16
publishing [1] 21/3
pulled [1] 26/23
punishment [2] 49/2 70/23
pure [1] 70/20
purported [1] 32/13
purpose [1] 4/2
purposes [12] 4/4 17/14 17/16 17/18 64/2 64/22 73/14 73/16 78/3 79/21 79/24 84/3
put [7] 15/22 28/23 39/22 39/25 48/1 67/9 71/17
puts [1] 67/1
putting [1] 7/23

**Q**

quality [1] 69/4
quantities [1] 27/21
quantity [2] 27/22 33/24
question [11] 14/11 15/11 30/25 41/23 43/23 47/10 49/3 52/6 57/25 59/10 62/7
questions [5] 43/22 45/13 46/18 48/5 59/4
quite [1] 76/15
quote [1] 70/16

**R**

Ragan [3] 15/4 27/20 40/14
raise [1] 9/12
range [8] 5/23 5/23 5/24 6/8 57/19 57/22 58/5 58/9
rap [11] 7/9 12/6 37/7 52/16 53/24 66/21 67/2 71/23 72/3 74/5 74/6
rapper [1] 72/20
rat [1] 11/4
rate [1] 41/8
ratted [1] 6/24
reached [2] 43/9 77/15
read [8] 15/23 39/9 39/18 39/24 40/5 63/16 66/9 77/4
reads [1] 76/16
ready [2] 68/10 68/11
real [24] 8/15 8/16 8/19 9/3 15/6 15/12 37/12

37/16 49/22 50/4 50/7 50/16 50/16 65/13 66/13 66/17 67/3 67/21 68/23 69/21 69/23 72/12 72/13 72/21
real-life [2] 72/12 72/13
really [2] 71/10 71/21
reason [2] 5/2 5/4
reasonable [3] 4/3 73/15 73/20
reasonableness [1] 82/25
reasons [2] 68/24 81/23
recall [7] 41/20 51/2 51/9 53/22 56/22 57/7 58/18
receive [3] 6/10 9/7 64/1
received [11] 4/12 4/16 18/19 32/16 32/20 75/25 76/3 76/12 78/17 79/16 79/19
recess [2] 63/7 84/6
recite [1] 16/13
recognition [1] 73/8
recognize [16] 14/19 14/21 15/1 18/5 21/6 25/16 30/11 42/8 42/9 42/20 52/16 52/17 52/18 52/19 60/18 75/5
recognized [1] 43/12
recommend [2] 83/14 83/17
recommendation [2] 83/15 83/16
recommended [1] 5/25
recommends [1] 5/21
record [4] 4/7 59/16 81/14 83/4
recorded [1] 20/5
recording [19] 13/15 13/18 15/17 35/13 37/7 43/20 45/1 54/7 59/14 60/6 60/15 60/20 60/25 61/5 61/9 61/18 62/5 78/1 78/1
records [1] 35/18
red [8] 12/13 12/14 14/3 25/20 28/10 28/11 55/15 56/1
Redirect [2] 2/7 59/7
reduce [1] 79/13
refer [5] 37/4 37/15 37/21 37/24 39/16
reference [10] 19/9 37/12 39/22 40/8 40/10 40/23 41/15 43/5 62/10 62/14
referenced [7] 18/7 18/9 18/10 38/11 42/9 42/21 76/25
references [1] 11/7
referencing [1] 48/15
refers [6] 37/4 37/5 37/16 37/17 37/18 67/3
reflect [1] 12/11
regarding [18] 11/14

13/6 32/18 33/1 33/5 43/10 48/12 48/14 51/7 54/17 70/8 73/14 73/18 73/20 76/17 78/25 78/25 83/5
rehashing [1] 65/2
relate [1] 16/20
related [2] 4/24 64/3
relative [2] 42/23 77/14
relatively [1] 79/14
release [9] 5/24 53/5 76/5 82/2 82/4 82/4 82/7 82/9 82/19
released [2] 61/17 82/6
relevant [6] 7/6 9/8 17/15 32/13 80/18 80/19
relied [3] 70/24 71/2 71/3
reloading [1] 60/4
remain [1] 80/6
remainder [1] 42/8
remember [1] 51/7
reminds [1] 73/12
removal [1] 55/3
removed [4] 21/9 48/8 54/25 55/7
rendering [1] 16/16
renew [1] 13/5
renewed [2] 55/9 56/12
rented [4] 69/5 69/8 69/9 69/10
repeat [1] 14/11
replica [4] 50/11 68/21 70/5 70/10
replicas [6] 8/22 50/8 51/8 68/23 68/24 69/14
report [8] 4/8 4/21 5/12 5/19 41/10 80/9 82/5 82/15
REPORTED [1] 1/23
Reporter [3] 1/24 84/10 84/15
represent [3] 20/18 29/15 30/16
request [3] 79/24 83/13 83/18
requested [1] 79/23
requesting [1] 79/15
required [1] 80/3
resolution [1] 45/10
resolved [1] 64/16
respect [5] 6/11 67/22 80/20 81/6 83/13
respectfully [1] 76/9 76/14 79/15 79/24
restate [1] 30/24
restitution [1] 82/14
restraint [1] 8/8
restrooms [1] 63/18
resulting [1] 79/2
retaliated [1] 19/18
retaliation [2] 6/25 74/2
returning [1] 41/1
review [3] 4/20 44/3 71/14
reviewed [4] 4/7 4/9

4/14 64/8
reviewing [2] 15/5 38/10
rifle [9] 19/23 20/1 31/8 31/12 56/24 57/14 57/14 61/13 61/22
rifles [1] 58/22
right [59] 4/19 5/1 5/10 5/14 5/17 5/18 6/4 6/7 7/11 8/10 9/5 9/12 11/6 13/8 13/17 15/2 16/19 16/23 17/13 18/24 19/5 22/7 23/6 23/16 23/25 24/13 26/9 30/24 33/6 34/22 36/7 36/15 41/11 42/4 43/17 44/1 44/19 46/17 49/7 49/12 51/21 58/12 62/19 62/25 63/10 66/20 71/19 72/20 78/23 80/1 80/7 80/8 83/8 83/20 83/25
rise [2] 63/5 84/7
RMR [2] 1/23 84/15
road [6] 70/21 72/7 72/18 74/10 74/23 75/13
robbery [1] 76/5
Robinson [3] 51/3 70/1 70/2
Rocky [1] 28/23
RONELL [28] 1/6 3/4 22/1 22/4 22/7 22/20 23/15 24/12 25/20 26/20 27/19 29/16 30/17 31/7 31/11 31/14 32/7 33/23 34/22 36/5 36/24 37/3 40/13 43/6 43/12 46/16 52/18 82/1
roughly [1] 56/21
round [5] 59/19 59/20 59/22 60/13
rounds [1] 60/3
rows [1] 77/4
rules [1] 18/24
run [1] 59/1

**S**

safety [1] 68/22
said [7] 39/11 50/15 50/25 58/3 62/17 65/2 68/4
sale [1] 37/5
same [19] 21/9 24/18 25/2 25/5 25/23 27/5 27/5 28/14 28/16 29/17 29/20 34/1 42/16 48/5 48/7 49/11 52/6 53/1 65/13
sanctionable [1] 75/9
sanctions [1] 75/14
sandals [4] 27/2 27/5 28/15 28/16
sank [1] 42/14
sat [1] 68/20
satisfy [1] 64/15
saver [1] 26/20
saw [6] 5/12 12/15 56/18

58/22 58/23 65/22
say [6] 40/17 40/19 49/21 59/21 61/23 75/8
saying [7] 18/11 25/21 72/15 74/2 74/3 75/12 77/12
says [8] 39/13 39/19 39/25 40/6 42/14 66/5 67/2 78/4
scenarios [1] 72/12
scientific [1] 15/14
scope [5] 57/12 57/15 57/23 58/2 59/25
scopes [1] 57/2
scratch [1] 45/17
screen [3] 15/3 23/24 26/20
script [1] 7/20
scripting [1] 71/7
search [6] 20/16 40/23 46/8 46/9 46/12 82/14
seated [4] 3/2 3/14 9/19 63/9
second [4] 1/18 13/19 19/20 39/16 42/10 45/2 48/17 60/8 60/17 60/22 61/2 61/7 61/11 74/16
seconds [3] 59/17 61/20 68/15
section [4] 4/5 42/10 63/24 80/11
Section 3553 [2] 4/5 80/11
see [19] 12/16 13/22 16/25 17/18 18/25 21/13 23/24 25/22 26/23 27/3 43/1 45/11 53/3 57/20 58/16 60/17 60/19 77/9 78/19
Seeing [1] 5/18
seem [1] 72/13
seems [1] 70/11
seen [3] 46/2 54/24 55/1
seized [1] 40/15
seizure [1] 40/12
semi [1] 58/5
semi-automatic [1] 58/5
sends [1] 67/24
sense [4] 48/20 48/20 68/24 69/13
sent [1] 41/9
sentence [24] 4/3 6/10 7/24 8/6 8/25 13/3 17/17 49/16 64/2 67/24 68/4 73/15 74/3 75/24 79/16 79/16 79/19 80/16 81/23 82/18 82/21 82/23 83/9 83/17
sentenced [2] 73/21 74/3
sentencing [21] 1/9 3/20 4/1 4/4 4/9 4/24 5/3 6/12 6/16 9/8 17/16 18/25 64/22 71/3 76/6 76/17 77/2 77/4 79/12 81/14 82/25
separate [1] 66/10

**S**

separating [1]  73/8
serial [1]  45/11
series [3]  51/21 52/25 53/2
serious [4]  48/22 75/24 76/11 76/21
seriousness [3]  67/19 80/19 81/18
set [3]  4/4 7/20 80/10 9/14 9/17
setting [2]  13/2 74/18
seven [9]  21/18 25/3 29/7 36/2 36/5 44/17 50/5 50/8 65/13
several [4]  51/21 69/1 69/17 74/20
shakes [1]  72/8
shall [5]  82/3 82/5 82/7 82/12 82/16
share [1]  67/23
she [4]  15/24 77/5 77/6 77/7
Sheriff's [3]  18/19 32/23 75/2
shirt [1]  14/22
shit [1]  39/13
shitty [1]  41/16
shoot [8]  52/10 52/16 52/20 52/23 60/3 62/1 62/3 75/16
shooting [4]  11/7 19/11 43/9 69/22
shoots [2]  65/12 71/6
short [2]  79/6 79/7
shot [3]  19/17 43/11 44/6
should [7]  4/16 5/2 6/25 8/2 67/16 68/6 70/24
shouldn't [1]  66/23
show [18]  6/15 7/6 21/15 21/24 21/25 24/9 30/16 33/20 35/5 35/18 35/25 36/23 37/1 37/2 54/13 66/6 66/7 66/25
showed [3]  25/7 33/11 62/16
showing [3]  12/16 13/16 66/24
shown [8]  7/4 28/12 29/17 32/4 45/22 57/15 68/16 69/1
shows [5]  23/19 54/11 54/13 54/16 71/9
sic [7]  16/21 17/20 34/17 35/25 51/15 60/10 75/24
side [2]  21/13 66/8
sight [1]  61/24
sights [1]  69/17
sign [12]  23/17 25/23 32/9 32/13 33/9 33/10 33/12 36/25 55/22 56/2 62/17 75/5
signal [2]  17/16 55/21
signals [1]  62/14

significance [1]  59/23
significantly [1]  79/18
signs [6]  11/5 12/9 12/17 32/19 75/3 75/13
silent [1]  80/6
similar [5]  49/2 50/22 53/3 53/4 59/24
similarly [1]  79/14
simple [1]  45/22
simply [5]  65/10 66/15 69/22 70/15 72/16
sing [1]  71/23
sir [7]  9/13 50/14 52/15 55/4 57/15 62/19 83/8
sitting [6]  13/23 24/12 29/16 31/2 70/13 77/19
situated [1]  79/14
situation [1]  54/10
six [7]  19/20 20/24 36/1 49/9 49/13 60/8 77/24
six years [1]  77/24
six-second [1]  60/8
Sixth [1]  19/3
ski [3]  25/20 26/23 28/11
small [2]  40/14 77/16
Smith [3]  27/20 28/20 40/13
snitch [6]  49/14 49/14 49/16 73/21 73/21 74/2
snitched [1]  41/15
snow [3]  27/4 27/20 74/18
so [54]  4/1 7/5 8/17 8/23 9/9 11/1 13/11 15/12 17/20 19/9 24/12 26/23 27/1 27/19 44/16 47/3 48/17 49/13 49/24 50/8 50/18 52/3 54/1 55/5 55/25 57/24 63/1 64/21 67/4 67/15 67/19 68/4 68/23 70/8 70/18 71/5 71/14 72/4 72/17 73/23 75/18 76/14 77/18 77/23 78/5 78/6 79/5 79/8 79/18 80/7 81/4 81/21 83/17 84/4
social [16]  12/6 25/15 29/4 29/22 44/4 51/11 51/16 51/19 51/21 53/14 53/17 53/21 55/11 56/2 74/13 74/17
socializing [1]  75/11
sole [1]  3/22
some [23]  6/15 7/21 12/1 19/11 33/2 40/14 40/18 48/4 52/17 53/3 53/15 57/3 57/4 57/5 60/24 64/12 69/16 72/11 75/3 75/3 75/10 76/19 77/10
somebody [14]  7/18 7/19 7/19 18/11 53/13 55/16 55/22 70/22 71/7 71/7 73/6 77/15 77/23 77/25
someone [8]  6/24 6/25

18/15 25/23 28/17 45/8 61/25 62/2
something [8]  47/7 48/11 53/6 64/16 65/9 68/2 70/23 75/12
Sometimes [1]  54/13
song [14]  7/22 15/24 37/7 37/15 37/24 38/20 42/9 42/21 46/4 47/25 48/3 48/7 48/14 53/5
songs [2]  7/17 41/24
sorry [12]  14/9 14/12 14/14 34/19 35/14 36/2 38/15 41/17 55/9 59/21 76/6 84/1
Sosa [1]  41/21
sources [1]  64/6
South [2]  1/14 84/16
southern [1]  1/1 75/20 76/18 76/20 79/15
speak [3]  10/22 63/14 71/15
speaking [1]  55/25
speaks [1]  6/22
special [9]  6/1 6/17 9/10 9/17 32/21 82/13 82/14 82/17 82/20
specialized [1]  32/16
specific [3]  64/13 67/8 80/21
specifically [5]  6/24 7/8 32/20 67/24 72/14
speculate [1]  9/2
speculation [10]  13/7 13/25 16/15 70/20 70/23 74/1 74/9 74/9 74/22 79/10
speculations [1]  74/23
speculative [1]  64/19
speech [1]  71/20
speed [1]  41/8
spell [1]  78/13
spelling [1]  9/16
spoke [2]  41/4 43/10
St. [10]  18/19 32/22 32/23 32/25 54/22 54/25 55/12 56/3 62/8 75/2
St. Lucie [16]  18/19 32/22 32/23 32/25 54/22 54/25 55/12 56/3 75/2
St. Lucie's [1]  62/8
stack [1]  37/3
stage [5]  9/6 46/10 72/20 75/21 76/3
stand [3]  68/20 71/5 75/7
standard [1]  82/8
standing [1]  16/20
started [1]  77/25
starting [2]  59/13 64/24
state [7]  8/13 9/15 34/24 34/25 37/22 74/15 80/22
stated [24]  7/16 20/25 23/7 24/1 24/22 26/10 27/9 28/4 30/3 31/20 33/16 34/8 35/20 36/16

38/6 39/4 41/6 43/11 44/21 46/25 47/22 50/2 50/3 62/17
statement [2]  76/7 80/3
statements [2]  12/5 80/9
states [14]  1/1 1/4 1/10 3/8 3/11 4/5 32/18 48/18 49/13 63/24 75/19 80/11 82/17 84/16
States v. Dwayne [1]  75/19
stating [1]  73/12
statistical [1]  79/12
statistics [1]  76/15
statutory [1]  80/10
stay [1]  77/8
stick [2]  19/24 19/25
stickers [1]  57/4
still [5]  53/15 53/19 63/18 66/16 83/18
stop [6]  13/19 39/25 40/16 41/2 41/5 45/2
stopped [3]  37/19 40/13 41/7
street [7]  1/18 11/8 11/21 19/10 33/2 33/4 39/19
strictly [2]  7/8 81/7
strong [3]  77/22 81/15 81/17
studio [1]  78/2
style [9]  12/8 31/12 36/7 56/23 56/24 57/11 57/19 61/13 61/22
subgenre [1]  53/24
subject [5]  11/18 17/4 47/14 52/10 70/22
subjective [3]  57/17 57/24 57/25
submit [2]  76/9 76/14
submitted [3]  4/13 81/16 83/6
substance [1]  82/11
substantive [1]  82/24
substantively [4]  71/15 72/1 72/10 80/24
succeed [1]  81/18
success [1]  77/15
successful [4]  54/7 54/9 66/8 74/7
such [1]  64/7
sufficient [3]  64/18 68/5 79/20
suggest [1]  62/13
suggestions [1]  81/5
summarize [2]  10/23 76/23
supervised [6]  5/23 76/5 82/3 82/7 82/8 82/19
supplier [1]  26/2
support [7]  38/11 63/16 70/18 77/2 77/17 79/9 79/13
supported [2]  77/5 77/22
supporting [1]  65/23

suppress [2]  17/4 17/9
suppresser [1]  31/8
sure [5]  47/9 47/9 47/11 48/3 58/1 59/3 68/22 78/5
surely [1]  67/6
surgery [2]  77/7 77/7
surrounding [1]  52/13
surrounds [1]  65/5
suspected [2]  10/18 19/12
SWORN [1]  9/14
system [2]  67/22 72/8

**T**

table [1]  77/20
take [12]  12/4 22/14 51/10 56/2 56/8 56/10 63/2 65/16 66/21 71/23 77/8 81/11
taken [13]  12/9 22/9 24/18 28/22 33/25 51/23 52/5 52/22 53/15 63/7 66/23 67/16 68/6
takes [2]  77/9 77/21
taking [2]  39/25 52/13
talent [2]  21/11 21/12
talk [8]  14/13 49/6 50/11 53/23 55/8 55/10 65/1 72/19
talking [7]  42/15 49/18 58/1 73/20 75/12 77/9 79/5
talks [1]  67/8
tallied [1]  58/12
targets [1]  62/1
Task [1]  11/24
tattoo [1]  36/25
tattoos [1]  12/4
TEC [3]  57/6 57/7 60/19
TEC-9 [3]  57/6 57/7 60/19
tell [8]  21/17 28/21 49/23 52/4 54/14 57/21 57/22 71/10
telling [1]  71/7
ten [4]  14/2 58/16 64/25 67/13
ten years [2]  14/2 67/13
tend [1]  75/4
tendered [2]  11/14 51/5
term [2]  19/15 82/4
terms [1]  10/16
territories [1]  32/19
testified [12]  8/16 51/7 54/1 64/7 68/20 69/6 69/7 69/15 70/2 72/11 73/19 77/6
testify [5]  52/3 52/7 53/8 53/11 54/17
testimony [10]  8/20 15/19 38/12 38/19 51/2 68/19 69/12 69/25 70/8 71/8
testing [1]  64/17
than [13]  4/3 14/13

## T

**than... [11]** 67/13 68/6 68/23 70/23 73/15 74/21 75/3 76/11 79/18 79/19 79/20

**Thank [28]** 3/2 9/20 13/17 18/1 19/5 19/8 33/6 35/23 36/19 41/11 41/12 42/6 43/19 43/22 44/19 45/14 46/17 46/18 59/5 62/6 62/19 62/21 62/23 68/8 78/23 80/7 83/7 83/24

**that [372]**

**that's [33]** 8/3 9/1 10/8 14/22 16/22 28/20 31/4 38/11 44/6 45/13 45/22 46/11 46/16 47/14 47/21 48/13 48/24 49/18 50/20 51/6 61/8 61/24 62/6 62/17 62/18 66/22 66/25 67/25 69/19 70/15 72/16 74/3 75/17

**their [5]** 32/19 32/19 55/6 69/21 72/25

**them [25]** 11/23 12/3 16/13 28/23 37/16 39/19 40/6 41/24 42/2 45/10 48/1 57/3 57/3 57/4 57/4 57/5 58/13 64/8 65/16 69/16 73/1 73/5 75/19 76/20 77/11

**then [16]** 8/17 8/25 9/7 10/22 12/7 18/11 35/3 42/14 45/21 46/3 54/16 55/6 56/8 56/12 70/4 70/6

**theory [1]** 8/16

**there [44]** 4/15 5/2 5/11 5/18 15/13 21/16 25/12 27/3 28/17 34/16 38/11 41/14 42/10 43/4 43/8 45/5 50/3 51/21 52/1 54/15 56/22 56/23 57/1 57/6 57/9 58/7 58/18 58/21 58/21 62/8 63/15 69/18 70/3 72/12 73/7 73/7 73/24 74/11 74/20 75/1 76/23 78/3 79/9 81/5

**there's [35]** 5/4 6/14 7/1 7/2 7/3 7/4 7/13 7/17 7/20 8/8 8/8 8/13 11/3 11/4 11/6 12/7 12/8 15/8 21/20 38/16 40/4 45/21 49/23 50/20 65/11 65/11 65/23 65/23 66/6 66/19 67/8 67/25 73/17 74/5 79/6

**thereafter [1]** 3/25

**therefore [1]** 82/18

**therein [1]** 5/20

**these [60]** 7/9 7/12 7/15 7/16 8/13 8/18 8/18 8/19 11/6 17/10 17/16 20/16 22/9 27/19 28/21 30/14

38/10 38/14 40/20 41/24 41/25 46/12 47/11 47/25 49/21 53/1 55/19 57/2 57/19 64/5 64/12 66/1 67/13 67/14 69/8 69/15 69/21 69/23 70/16 70/19 71/5 71/12 72/2 72/6 72/7 72/18 73/3 74/13 74/14 74/17 74/17 74/22 75/13 76/9 76/11 76/12 76/19 79/5 79/5 79/5

**they [55]** 7/15 7/21 7/21 7/22 8/12 8/15 12/6 12/14 13/24 14/2 16/14 18/11 20/18 24/18 27/5 29/22 30/16 30/16 32/18 36/14 40/13 40/15 40/20 42/18 43/3 45/10 47/5 49/19 50/12 50/18 51/5 51/7 51/9 51/23 51/23 55/5 56/1 56/1 56/6 56/11 63/17 66/18 69/2 69/9 69/9 69/16 70/9 70/18 70/20 71/9 71/9 71/10 76/12 76/17 79/13

**They'll [1]** 12/4

**they're [6]** 7/23 18/11 45/7 49/18 67/12 69/22

**thing [3]** 48/7 60/19 65/3

**things [10]** 12/4 12/9 19/16 37/15 48/8 54/4 55/18 65/12 67/3 71/10

**think [12]** 6/16 7/5 9/6 59/13 62/9 63/17 63/24 65/2 68/4 70/21 73/7 81/1

**thinking [2]** 65/5 65/6

**third [3]** 41/14 41/18 73/19

**Thirty [1]** 17/23

**Thirty-one [1]** 17/23

**this [109]**

**those [38]** 4/14 6/17 10/7 11/22 12/9 15/14 16/20 17/4 17/8 20/15 24/9 24/14 25/2 27/3 27/16 29/15 30/11 43/13 45/21 45/25 46/25 46/25 47/3 47/18 50/23 51/21 54/13 56/3 56/11 64/8 64/18 65/12 67/18 68/6 71/14 71/15 75/14 81/23

**thousand [4]** 54/13 57/23 58/6 59/1

**three [5]** 5/24 41/9 61/20 82/4 82/19

**three seconds [1]** 61/20

**three years [2]** 5/24 82/4

**three years' [1]** 82/19

**through [12]** 20/11 20/22 20/24 21/1 28/3 28/5 32/20 36/15 44/7 46/9 46/10 48/16

**throughout [2]** 16/9

79/14

**ties [1]** 81/16

**Til [5]** 37/7 38/20 41/19 46/4 48/6

**time [31]** 4/23 12/19 14/7 16/3 20/5 20/21 23/22 24/19 25/23 26/3 27/6 27/25 29/6 29/25 31/16 33/14 34/5 37/6 37/22 38/1 43/15 44/12 51/19 51/23 61/16 66/17 67/6 67/18 77/10 77/24 80/6

**timeframe [1]** 34/1 79/7

**times [3]** 48/3 48/7 77/3

**title [4]** 4/4 25/21 63/24 80/11

**Title 18 [3]** 4/4 63/24 80/11

**titled [4]** 6/21 37/7 44/4 73/3

**Tobacco [1]** 9/24

**today [16]** 4/1 5/3 6/11 38/19 46/2 52/2 52/3 52/7 53/8 53/11 63/23 64/4 75/7 75/17 77/1 80/25

**today's [4]** 4/2 4/6 4/16 15/19

**together [2]** 56/1 70/18

**told [2]** 18/11 49/13

**tolerated [1]** 68/3

**too [6]** 8/12 43/25 44/4 56/16 67/7 72/11

**took [3]** 7/21 26/21 40/6

**top [4]** 39/15 39/15 61/23 68/5

**total [4]** 5/21 56/20 58/12 82/18

**touch [2]** 72/20 74/25

**tough [1]** 57/21

**toward [1]** 72/23

**town [1]** 77/16

**traffic [3]** 40/16 41/2 41/5

**training [5]** 19/21 32/16 32/17 32/20 33/8

**transaction [1]** 74/15

**transcribed [2]** 41/25 48/8

**transcript [4]** 1/9 15/20 38/20 51/10

**transcription [1]** 84/12

**transcripts [1]** 6/15

**translated [1]** 7/22

**trap [6]** 37/4 37/4 37/5 53/23 74/5 74/6

**traveling [1]** 41/8

**trial [12]** 3/22 51/3 64/10 65/21 69/6 70/8 71/2 71/8 77/1 77/3 77/6 81/3

**trips [1]** 39/25

**truck [1]** 67/11

**true [2]** 72/16 80/24

**Trump [1]** 76/1

**trunk [3]** 8/17 21/9 73/11

**try [1]** 8/18

**trying [2]** 45/18 73/15

**tucked [1]** 31/14

**turn [4]** 46/24 56/14 64/23 71/12

**turning [2]** 51/20 75/18

**Twenty [5]** 33/23 36/1 36/2 36/5 36/24

**Twenty-eight [1]** 36/24

**Twenty-five [1]** 33/23

**Twenty-seven [2]** 36/2 36/5

**Twenty-six [1]** 36/1

**two [10]** 5/22 20/24 22/4 44/10 58/22 66/15 68/14 73/1 73/17 75/18

**two minutes [1]** 68/14

**type [4]** 46/12 59/11 60/18 61/2

**types [1]** 7/3

## U

**U.S [5]** 1/14 1/14 1/17 1/24 84/16

**U.S.A. [1]** 3/4

**U.S.A. vs [1]** 3/4

**ultimately [1]** 64/14

**unable [1]** 83/10

**unclear [1]** 38/9

**under [3]** 55/12 68/7 78/4

**underlying [1]** 76/6

**understand [1]** 63/1

**understanding [2]** 19/15 23/19

**understands [1]** 15/13

**unduly [1]** 64/19

**unfamiliar [1]** 81/21

**unidentified [1]** 32/8

**unintelligible [1]** 48/9

**unit [2]** 18/20 32/24

**UNITED [12]** 1/1 1/4 1/10 3/8 3/11 4/5 32/18 63/24 75/19 80/11 82/17 84/16

**University [1]** 77/12

**unlawfully [1]** 82/11

**unless [1]** 49/23

**unloaded [1]** 21/23

**unpaid [1]** 82/14

**unreliable [2]** 19/1 64/19

**until [1]** 63/7

**up [20]** 5/7 7/21 11/5 13/16 26/23 36/25 45/15 53/4 54/13 56/3 56/8 58/13 59/13 60/13 68/13 69/18 71/9 73/17 76/7 79/8

**upload [2]** 47/5 47/8

**uploaded [7]** 44/18 47/6 47/7 47/13 53/16 64/14 66/2

**upon [2]** 70/24 82/2

**upward [1]** 13/3

**us [4]** 40/4 40/6 52/2 66/25

**use [9]** 12/8 14/10 68/17 68/21 68/24 69/13 74/10 75/13 77/19

**used [3]** 14/4 58/5 65/20

**Using [1]** 55/21

## V

**v. [2]** 73/4 75/19

**value [5]** 8/5 57/13 58/4 58/24 71/20

**variance [4]** 4/10 13/3 80/15 80/15

**variant [1]** 27/22 61/4

**varied [1]** 76/18

**variety [1]** 68/24

**various [3]** 4/12 63/22 81/16

**vehicle [7]** 8/17 24/12 29/17 40/14 73/12 75/16 81/13

**verdict [1]** 81/10

**very [20]** 8/15 41/8 45/11 48/22 57/17 57/24 57/24 68/14 70/11 70/11 70/17 70/21 72/10 72/22 72/23 72/23 73/20 74/1 75/13 79/6

**video [75]** 6/21 7/1 7/5 10/7 10/16 10/17 10/21 11/1 12/14 13/12 13/18 13/22 14/4 14/16 14/19 15/1 15/5 15/17 15/20 20/5 34/16 35/13 43/20 43/25 44/3 44/6 44/10 44/17 44/25 45/1 45/6 45/9 45/16 47/12 52/16 52/20 53/15 53/19 56/16 56/18 56/20 56/22 57/10 57/11 57/16 57/20 58/8 58/22 58/22 58/23 59/6 59/14 59/17 60/6 60/15 60/20 60/25 61/5 61/9 61/16 61/18 62/5 66/1 66/16 66/18 67/3 67/7 67/12 67/16 68/14 68/15 68/16 68/18 69/22 75/16

**videographer [2]** 69/3 71/4

**videographers [2]** 69/9 69/20

**videos [30]** 6/14 7/9 7/9 7/15 7/16 7/20 8/18 10/5 10/7 11/4 11/6 12/6 45/19 45/21 45/24 46/1 46/12 46/24 46/25 47/3 47/17 56/14 64/13 68/25 69/1 69/2 69/4 71/6 77/18 79/5

**viewed [1]** 46/5

**violation [4]** 8/1 8/7 19/4 76/5

**violence [2]** 32/25 72/23

**visual [1]** 34/13

**V**

**vs [2]**  1/5 3/4

**W**

**wads [1]**  69/5
**want [23]**  5/5 46/24
47/20 50/1 53/23 56/14
63/22 66/20 69/25 70/11
70/25 71/12 71/15 72/20
73/17 74/25 75/18 76/23
76/25 78/6 79/1 79/8
80/22
**wanted [1]**  67/20
**wants [3]**  65/19 73/23
77/19
**warrants [1]**  13/2
**was [154]**
**wasn't [1]**  53/22
**watch [1]**  71/5
**water [1]**  63/18
**way [4]**  18/9 26/21
49/23 80/23
**Wayne [1]**  75/21
**we [43]**  3/5 3/20 4/1 5/2
8/13 8/23 11/24 13/3
21/9 26/21 27/2 43/6
43/7 43/7 43/9 43/9
49/23 52/2 53/9 56/18
58/23 63/2 65/22 66/5
67/4 67/5 67/23 69/2
69/19 70/8 71/5 71/6
71/6 71/8 72/1 72/2 72/2
72/4 76/9 77/4 77/5 77/9
77/18
**we're [5]**  58/1 60/17
70/21 75/17 79/5
**weapons [2]**  68/16 68/16
**wear [1]**  56/1
**wearing [9]**  14/16 14/22
25/20 27/3 53/1 55/15
61/14 75/3 75/12
**web [1]**  29/3
**weeks [1]**  29/8
**weights [1]**  40/3
**well [25]**  4/14 6/23 7/7
8/15 10/21 11/1 11/6
11/11 15/11 18/10 32/17
32/23 33/2 34/2 36/25
41/9 42/3 42/22 54/7
68/22 70/17 76/8 79/12
81/20 84/5
**were [52]**  3/22 3/24 5/12
7/4 17/4 17/10 18/13
19/12 20/16 22/9 22/21
24/18 25/22 25/23 28/21
28/22 29/23 30/14 30/14
34/3 37/12 43/7 43/13
47/1 47/5 47/11 48/9
48/9 51/5 51/21 51/23
51/23 54/15 55/25 56/1
56/1 56/11 56/23 57/2
64/9 64/13 64/21 69/1
69/2 69/8 69/9 71/12
72/12 73/3 74/14 76/23
76/24
**weren't [1]**  69/9

**whacked [2]**  19/15
19/16
**what [109]**
**what's [30]**  12/20 16/4
19/14 20/22 23/12 23/23
27/7 28/1 29/19 30/1
31/6 31/10 31/17 32/4
32/10 33/14 34/6 36/10
38/2 39/1 40/19 43/4
44/13 45/5 55/2 58/8
58/24 59/22 61/14 61/23
**when [31]**  10/13 24/15
25/12 26/21 27/4 33/25
34/24 40/13 43/6 43/7
44/10 46/8 52/4 66/24
67/2 67/5 67/7 67/8
67/15 68/10 71/5 71/6
77/4 77/5 77/7 77/8 78/5
79/5 79/7 79/7 81/20
**where [27]**  8/21 9/23
10/9 11/24 18/13 20/15
32/24 33/25 34/2 38/10
41/24 42/1 42/16 42/17
44/9 44/16 46/4 53/3
54/5 67/10 70/22 71/5
72/14 73/19 74/16 79/17
82/6
**wherever [2]**  66/14
83/17
**whether [15]**  5/7 7/18
8/14 8/21 9/2 9/7 13/2
15/14 17/16 21/17 51/7
52/9 54/20 64/14 74/1
**which [34]**  3/23 4/8 5/6
5/22 8/12 8/16 8/17 13/3
21/10 25/6 37/19 38/19
39/5 41/17 42/12 48/14
49/10 63/3 64/16 65/9
65/16 66/11 69/17 74/18
75/3 75/23 76/7 78/8
80/9 80/17 81/8 81/16
82/9 82/23
**while [6]**  35/10 69/22
72/11 75/24 80/8 82/7
**whipping [1]**  73/6
**white [3]**  14/22 37/25
39/13
**who [32]**  7/19 11/2 11/4
11/25 14/21 15/2 18/20
19/11 19/17 19/17 19/18
20/2 35/8 41/5 41/20
41/21 42/22 46/14 54/24
55/19 63/14 63/17 66/3
67/1 68/20 72/1 77/1
77/15 77/21 77/23 77/25
81/21
**who's [8]**  3/14 19/10
28/19 40/21 41/16 62/2
71/4 78/8
**whole [2]**  14/13 60/19
**whose [1]**  30/19
**why [5]**  11/16 30/24
45/8 75/17 77/5
**will [10]**  5/19 6/9 16/24
46/13 50/5 63/3 63/16
72/19 80/16 81/23

**Willie [10]**  14/23 20/2
20/3 20/4 34/22 35/9
36/6 36/6 36/8 67/17
**wish [3]**  63/14 80/2 84/5
**wishes [2]**  80/6 83/15
**within [6]**  7/1 18/23
53/24 64/4 82/4 83/9
**without [2]**  60/3 64/17
**witness [9]**  2/3 5/6 9/14
16/21 19/6 20/14 42/19
43/11 62/22
**witnesses [3]**  2/2 63/13
69/12
**women [3]**  72/23 72/24
72/25
**won't [1]**  68/3
**wood [1]**  70/17
**Word [1]**  48/1
**words [2]**  49/4 75/12
**work [2]**  9/23 9/24
**worked [1]**  33/1
**working [3]**  11/10 32/22
32/24
**would [31]**  6/15 13/5
17/7 17/8 17/9 21/21
22/14 24/7 27/14 32/2
45/8 54/13 56/6 56/7
56/15 57/12 58/5 63/19
65/1 68/5 69/13 69/20
73/18 76/9 76/14 77/7
79/18 79/19 79/22 79/24
83/5
**wouldn't [1]**  50/15
**write [3]**  7/19 8/4 66/9
**writing [1]**  66/25
**written [1]**  8/3
**wrote [3]**  7/19 64/25
72/1

**Y**

**yeah [2]**  17/7 47/9
**year [2]**  3/22 79/18
**years [14]**  5/24 11/21
14/2 14/25 47/7 55/5
55/6 56/8 56/10 56/11
56/12 67/13 77/24 82/4
**years' [1]**  82/19
**yes [109]**
**yet [5]**  13/4 17/17 35/18
73/6 81/22
**you [196]**
**you're [5]**  3/21 44/1
47/11 50/8 80/2
**you've [2]**  46/1 54/16
**young [2]**  11/6 68/1
**younger [1]**  77/10
**your [97]**
**yourself [1]**  67/12
**YouTube [11]**  10/10
42/3 44/18 45/25 46/2
46/6 46/8 47/1 47/25
53/16 64/7

**Z**

**zero [1]**  71/16
**zoom [1]**  21/12
**zoomed [2]**  21/16 29/20